UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCDONALD,

    Plaintiff,

vs.

FJ CARRIER LOGISTICS LLC, a foreign corporation, DIESEL GLOBAL LOGISTICS, INC., a foreign corporation, and MARCO POLO PASTRANA-JIMENEZ,

    Defendants.

CASE NO. 2:24-cv-10049

HON. BRANDY R. MCMILLION
MAGISTRATE HON. CURTIS IVY, JR.

---

| | |
|---|---|
| KEVIN H. SEIFERHELD (P58016)<br>ALEXANDER P. KEMP (80963)<br>MICHIGAN AUTO LAW, P.C.<br>*Attorneys for Plaintiff*<br>30101 Northwestern Hwy.<br>Farmington Hills, MI 48334<br>T: 248.353.7575 \| F: 248.254.8081<br>Email: kseiferheld@michiganautolaw.com<br>       akemp@michiganautolaw.com<br>asst: esimon@michiganautolaw.com | KEVIN J. PLAGENS (P55992)<br>KOPKA PINKUS DOLIN PC<br>*Attorneys for Defendant DGL*<br>32605 W. Twelve Mile Rd, Suite 300<br>Farmington Hills, MI 48334<br>T: 248.324.2620 \| F: 248.324.2610<br>Email: KJPlagens@kopkalaw.com<br>asst: kdramsay@kopkalaw.com<br><br>VALERIE HENNING MOCK (P55572)<br>JEFFERY S. SPRYS (P68261)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br>*Attorneys for FJ Carrier and Marco Polo Pastrana-Jimenez*<br>17197 N Laurel Park Drive, Suite 201<br>Livonia, MI 48152<br>T: 313.327.3100 \| F: 313.327.3101<br>Email: valerie.mock@wilsonelser.com<br>       jeffery.sprys@wilsonelser.com |

**APPEARANCE OF COUNSEL**

**NOTICE OF APPEARANCE** of NINA A. ROSENBACH and KOPKA PINKUS DOLIN PC, as counsel for and on behalf of Defendant, DIESEL GLOBAL LOGISTICS, INC., in the above cause of action.

    Respectfully submitted,

    KOPKA PINKUS DOLIN PC

    */s/ A. Nina Rosenbach*
By:_____
    A. NINA ROSENBACH  (P79351)
    KEVIN J. PLAGENS (P55992)
    Attorneys for Defendant DGL
    32605 W. Twelve Mile Road, Suite 300
    Farmington Hills, MI 48334
Dated: May 27, 2025    NARosenbach@kopkalaw.com

## CERTIFICATE OF SERVICE

I am an employee of KOPKA PINKUS DOLIN PC, and I certify that I filed/served the foregoing document on May 27, 2025, using the ***ECF e-filing system*** which will send a copy of this document together with notification to all counsel of record; and that I mailed a copy of this document to any non-e-filing participants.

    */s/ A. Nina Rosenbach*
    A. NINA ROSENBACH  (P79351)
    KOPKA PINKUS DOLIN PC
    *Attorneys for Defendant DGL*
    NARosenbach@kopkalaw.com