UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCDONALD,

       Plaintiff,

v.

       Case No. 2:24-cv-10049
       Honorable Brandy R. McMillion

FJ CARRIER LOGISTICS LLC,
MARCO POLO PASTRANA-JIMENEZ, and
DIESEL GLOBAL LOGISTICS INC.,

       Defendants.
_____/

## ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY (ECF NO. 57)

     Before the Court is Wilson, Elser, Moskowitz, Edelman & Dicker, LLP's Motion to Withdraw as Counsel for Defendants FJ Carrier Logistics LLC and Marco Polo Pastrana-Jimenez. ECF No. 57. The Court held a hearing on the Motion on May 28, 2025. Based on the record before the Court, the hearing in this matter, and the Court being otherwise fully advised in the premises;

     **IT IS HEREBY ORDERED** that Wilson, Elser, Moskowitz, Edelman & Dicker, LLP's Motion to Withdraw (ECF No. 57) is **GRANTED**.

     **IT IS FURTHER ORDERED** that Defendants FJ Carrier Logistics LLC and Marco Polo Pastrana-Jimenez shall retain new counsel within the next 45 days; and

1

that new counsel shall file an appearance on or before **July 14, 2025**. Defendant Pastrana-Jimenez may elect to obtain new counsel or choose to proceed *pro se* if he so desires. However, Defendant FJ Carrier Logistics LLC must obtain new counsel because a business entity, including an LLC, must be represented by counsel to proceed in litigation. *See United States Sec. and Exch. Comm'n v. Merklinger*, 2009 WL 3498721, at *3 n.4 (E.D. Mich. 2009). **If Defendant FJ Carrier Logistics LLC fails to obtain new counsel as ordered, a default will be entered.**

**IT IS FURTHER ORDERED** that Wilson, Elser, Moskowitz, Edelman & Dicker, LLP will serve a copy of this Order upon Defendants FJ Carrier Logistics LLC and Marco Polo Pastrana-Jimenez by first class mail and via email.

**IT IS SO ORDERED.**

Dated: May 28, 2025                                         s/Brandy R. McMillion
                                                                                      Hon. Brandy R. McMillion
                                                                                      United States District Judge