UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMES MCDONALD, | Case No. 2:24-cv-10049 |
| | Hon. Brandy R. McMillion |
| Plaintiff, | Mag. Curtis Ivy, Jr. |
| v | |
| FJ CARRIER LOGISTICS LLC, MARCO POLO PASTRANA-JIMENEZ, and DISEL GLOBAL LOGISTICS, INC., | **APPEARANCE AND NOTICE OF APPEARANCE** |
| Defendants. | |

| | |
|---|---|
| KEVIN H. SEIFERHELD (P58016) | TIMOTHY S. GROUSTRA (P48966) |
| ALEXANDER P. KEMP (P80963) | KELLY M. MANN (P60596) |
| MICHIGAN AUTO LAW, P.C. | DICKIE, MCCAMEY & CHILCOTE, PC |
| Attorneys for Plaintiff | Attorneys for Defendants Marco Pastrana-Jimenez/FJ Carrier Logistics |
| 30101 Northwestern Hwy. | 120 Kercheval Avenue, Ste. 200 |
| Farmington Hills, MI 48334 | Grosse Pointe Farms, MI 48236 |
| (248) 353-7575 / Fax (248) 254-8081 | (313) 308-2034 / Fax (888) 811-7144 |
| kseiferheld@michiganautolaw.com | tgroustra@dmclaw.com |
| akemp@michiganautolaw.com | kmann@dmclaw.com |
| esimon@michiganautolaw.com | |
| | ANN N. ROSENBACH (P79351) |
| | KEVIN J. PLAGENS (P55992) |
| | KOPKA PINKUS DOLIN PLC |
| | Attorneys for Defendant Diesel Global |
| | 32605 W. Twelve Mile Road, Suite 300 |
| | Farmington Hills, MI 48334 |
| | (248) 324-2610 / Fax (248) 324-2610 |
| | narosenbach@kopkalaw.com |
| | kjplagens@kopkalaw.com |

## APPEARANCE AND NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT

PLEASE ENTER the appearance of the undersigned as attorney for Defendants, MARCO POLO PASTRANA-JIMENEZ and FJ CARRIER LOGISTICS LLC, in the above matter.

Respectfully submitted,

DICKIE, MCCAMEY & CHILCOTE, P.C.

By: /s/ *Timothy S. Groustra*
TIMOTHY S. GROUSTRA (P48966)
120 Kercheval Avenue, Suite 200
Grosse Pointe Farms, MI  48236
(313) 308-2034

Dated: June 25, 2025

## NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT

PLEASE TAKE NOTICE that I have caused my appearance to be entered for Defendants, MARCO POLO PASTRANA-JIMENEZ and FJ CARRIER LOGISTICS LLC, in the above matter.

Respectfully submitted,

DICKIE, MCCAMEY & CHILCOTE, P.C.

By: /s/ *Timothy S. Groustra*
TIMOTHY S. GROUSTRA (P48966)
120 Kercheval Avenue, Suite 200
Grosse Pointe Farms, MI  48236
(313) 308-2034

Dated: June 25, 2025

**PROOF OF SERVICE**

On June 25, 2025, I served, via court's e-filing system, a copy of the foregoing upon all counsel of record at their respective addresses. I declare under penalty of perjury that this statement is true to the best of my knowledge, information, and belief.

/s/ *Marla Pomante*
         Marla Pomante

33591347.1