UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

James McDonald,

                    Plaintiff(s),

v.                                     Case No. 2:24−cv−10049−BRM−CI
                                              Hon. Brandy R. McMillion

FJ Carrier Logistics LLC, et al.,

                    Defendant(s),
_____/

**NOTICE OF TELEPHONIC CONFERENCE**

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Brandy R. McMillion as follows:

- STATUS CONFERENCE:  July 9, 2025 at 10:00 AM

    The conference shall be initiated by the Court.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:**   Please call 313−261−7355 Phone conference ID 366 089 233#

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/Leanne Hosking
                                                              Case Manager

Dated:  June 26, 2025