Exhibit 1

# MARK KWARTOWITZ, D.O.

Orthopedic Surgery

August 14, 2024

**Jeffery Sprys**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Laurel Office Park III
17197 Laurel Park Suite 201
Livonia, MI 48152

**RE: James McDonald**

| | |
|---|---|
| Date of Birth: | [redacted] |
| Date of Loss: | 08/29/2023 |
| Date of IME: | 08/14/2024 |
| Claim Number: | 25371-00002 |
| Case Number: | 22352221 |

Dear Jeffery Sprys:

Mr. James McDonald was advised that the purpose of today's visit was for an Independent Medical Evaluation. He was informed and understood that no doctor/patient relationship would be established, no medical advice would be offered, and no medical treatment would be rendered.

If any new records or information become available to me at a later date, I reserve the right to change my diagnostic impressions and recommendations.

**HISTORY OF PRESENT CONDITION:**

James McDonald is a **57**-year-old, right-hand-dominant gentleman who reports being involved in a motorcycle accident on **August 29, 2023**. He states that he was traveling on a highway at approximately **45** miles/hour when he was hit by a semi-truck. He states that he had a helmet on at the time of the impact. He admits to loss of consciousness. He does not remember the event of the accident. He was taken to hospital at Beaumont Oakwood Hospital for evaluation and treatment of his injury.

**MEDICAL RECORDS:**
Within the medical records, I am in receipt of State of Michigan traffic crash report dated **August 29, 2023**. Within the narrative, it was noted that unit 1 was traveling west and unit 2 was traveling east when unit 1 failed to yield the right of way when making a left turn, causing a crash between the two units.

Within the records, I am in receipt of a photograph of a semi-truck front with impaction damage to the bumper as well as a photograph of a motorcycle.

Mr. McDonald was seen at Beaumont Oakwood Hospital.

I am in receipt of Emergency Department records dated **August 29, 2023**. Within the history, it is noted the patient was a **56**-year-old presenting with level **2** trauma activation. It was noted that the patient was struck on his motorcycle by a semi-truck traveling approximately **50** miles/hour. He was ejected. It was noted that he was wearing his helmet. He was complaining of primarily **LEFT**-sided chest wall and **LEFT** leg pain and there was an obvious open deformity to the **LEFT** lower extremity. X-ray reports of the tibia and fibula on the **LEFT** shows fracture of the patella, tibia, and fibula. There is CT of the lower extremity on the **LEFT** showing fracture of the distal tibia and fibula and base of third and fourth metatarsal fracture.

I am in receipt of photographs from **August 29, 2023**, for obvious deformity of leg with what appears to be open fractures along the anterior aspect of the tibia.

I am in receipt of a trauma consult from **August 29, 2023**, from Oakwood where Mr. McDonald was noted to be unresponsive at the scene. He was complaining of pain to his **LEFT** leg. There was positive loss of consciousness.

There is a note by Dr. Vogel, orthopedics, where impression was **LEFT** tib-fib midshaft displaced open comminuted fracture with displaced **LEFT** patella fracture. Recommended irrigation and debridement with external fixation of **LEFT** open tibia fracture and IV antibiotics. Mr. McDonald underwent surgical intervention.

I am in receipt of an operative report dated **August 29, 2023**, with a pre and postop diagnosis of **LEFT** tibia open fracture and a procedure of irrigation and debridement of **LEFT** tibia with external fixation of the **LEFT** open fibular fracture by Dr. Vogel.

There is a trauma note from **August 29, 2023**. It was noted that the patient was taken to CT directly following the OR due to concerns for unequal pupils directly following the OR.

There is a note from **August 31, 2023**, by trauma surgery. It notes that the **LEFT** lower extremity was in a knee immobilizer and Ex-Fix to the **LEFT** lower extremity.

Mr. McDonald was seen on **September 2, 2023**. The trauma note states that he was more alert but still lethargic. There was an x-ray report on the **LEFT** showing a **LEFT** mid scapular fracture slightly comminuted. It was noted that the plan was for Orthopedics to return to surgery and maintain nonweightbearing to **LEFT** lower extremity. He was seen during the hospital stay by trauma.

He was then taken back to the operating room by Dr. Vogel on **September 5, 2023**. I am receipt of the operative report. Pre and postop diagnosis was open **LEFT** midshaft tib-fib fracture with displaced **LEFT** patellar fracture and **LEFT** fibular fracture. Procedure was intramedullary nailing to the **LEFT** tibia with removal of external fixator of the **LEFT** tibia with open reduction and internal fixation of **LEFT** distal fibula and excision of the patella fracture with patellar tendon reattachment. This was performed on **September 5, 2023**.

I am in receipt of further trauma notes from **September 5, 2023**, **September 6, 2023**, **September 7, 2023**, and last trauma note from **September 8, 2023**.

I am also in receipt of multiple photographs of the knee postoperatively as well as the **LEFT** lower extremity. Mr. McDonald was intubated as well as external fixator photographs were taken.

Mr. McDonald states that he was hospitalized for approximately **30** days in a short term and long term. Postoperatively, he states that he followed with regards to his fractures and underwent physical therapy, which he is still performing twice a week at Mendelson Kornblum. He states that since his injury he ambulates with a cane in the **RIGHT** hand.

**<u>CHIEF COMPLAINT:</u>**

He complains of pain, which he states is **3/10** on a VAS scale through his **LEFT** knee, leg, and ankle. He has increasing pain with any prolonged ambulation, **5/10**. He states that he is able to ambulate approximately **15** minutes before he has increasing pain and swelling to the **LEFT** lower extremity. He is unable to ambulate any long distances and does not take any pain medication on a regular basis.

**PAST MEDICAL HISTORY:**
Hypertension, diabetes, and thyroid.

**PAST SURGICAL HISTORY:**
Initial irrigation and debridement with an application of external fixator **August 29, 2023**, as well as open reduction and internal fixation of the ankle with intramedullary nailing of the tibia and excision of patellar fracture fragment with patellar tendon repair from **September 5, 2023**.

**MEDICATIONS:**
Metformin, levothyroxine, and blood pressure medication.

**SOCIAL HISTORY:**
He states that he lives in a two-story home but sleeps on the main level. He is unable to drive as well as house cleaning or grocery shopping. He denies tobacco use and ETOH use.

**EMPLOYMENT HISTORY:**
He states that he was working at Southgate Lincoln in car sales, working five days a week, approximately **45** hours a week. He states that his job consisted of approximately **60**% of the time being on his feet and **40**% sitting. He states that he has not worked since his motorcycle accident.

**PHYSICAL EXAMINATION:**
He is a **185**-pound, **5' 7"** gentleman, in no acute distress. He does ambulate within the office setting with an antalgic gait offloading his **LEFT** lower extremity with a cane in his **RIGHT** hand. Range of motion to the **RIGHT** knee is **0** to **125** degrees compared to **5** degrees short of full extension to **90** degrees of flexion on the **LEFT** with passive motion extending from **0** to **95** degrees of flexion. There is soft tissue swelling to the **LEFT** lower extremity. There is well-healed scar to the **LEFT** lower extremity, **10** cm scar anteriorly as well as a **6** cm scar along the distal third of the **LEFT** tibia. He has a **7** cm lateral scar to the ankle. Ankle range of motion is **neutral** to **20** degrees of plantar flexion on the **LEFT** compared to **5** degrees beyond neutral to **35** degrees of plantar flexion on the **RIGHT**. There is tenderness to palpation along the anterior aspect of the tibia. There is no effusion to the **LEFT** knee.

**DIAGNOSTIC STUDIES:**
X-rays were obtained to bilateral lower extremities. Three views of the ankles, AP, mortise, and lateral view as well as two views of bilateral tib-fib and three views of

bilateral knees AP, lateral, and merchant views show no acute osseous pathology to the **RIGHT** leg. There is a healed vertical union with intramedullary fixation of the **LEFT** tibia with well-maintained joint space to the **LEFT** knee. There is a distal pole bony void of the patella on the **LEFT** compared to the contralateral **RIGHT** side.

The **LEFT** ankle shows well maintained mortise with a healed fibula fracture with internal fixation. There is cortical union at the tibial shaft fracture site but there does appear to be cortical bone loss compared to the contralateral **RIGHT** side although there is bridging callus and union.

**FINAL IMPRESSION:**

James McDonald is a **57**-year-old who was involved in a motorcycle accident, hit by semi-truck on **August 29, 2023**. After review of the medical records, history taken, physical examination and radiographic review of Mr. McDonald, these injuries were casually related to the motorcycle accident from **August 29, 2023**. He underwent an appropriate orthopedic surgical intervention with regards to surgical irrigation, debridement as well as definitive fixation with intramedullary nailing, open reduction and internal fixation, and patellar tendon reattachment of the **LEFT** knee. He has undergone appropriate physical therapy to obtain motion and strength to his **LEFT** lower extremity. With regards to his orthopedic injury, he is approximately one year out from his accident and is at maximum medical improvement. I would encourage continued home exercises and strengthening. I do not see a need at this time for any continued outpatient structured physical therapy as he is able to perform these exercises on his own. From an employment status, Mr. McDonald could return to a desk job as well as a job that would allow sit to stand option. I would anticipate that he will continue to make increasing gains with regards to his mobilization with time. He is not able to return to a full work duty because of his injuries and I would anticipate that he will not be able to ambulate long distances, but it would be encouraged to ambulate to continue strengthening of the lower extremity. During the perioperative course with regards to his injury, it would be appropriate to undergo replacement services and attendant care for three to six months. After his injuries until complete union, he is again at MMI at this time and is not in need of replacement services or attendant care.

By my signature below, I declare that during the immediately preceding year I have devoted a majority of my professional time to either the active clinical practice of medicine in the specialty of my board certification and/or the instruction of students in an accredited medical school or in an accredited residency or clinical research program for physicians in the specialty of my board certification.

I attest to having the scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue in this case. I have current, relevant, knowledge and experience to render an opinion for this case, and my opinions and conclusions are based solely upon the review of the records submitted as well as the results of my examination, if applicable. There is no conflict of interest known to me regarding this specific case. I have received no financial incentive or compensation that is dependent in any way on the opinion I have rendered. No delegation of this examination and/or review was rendered.

Thank you for allowing me to evaluate this individual. Should you have any further questions, please feel free to contact me through ExamWorks.

Sincerely,

Mark Kwartowitz, D.O.
Board Certified & Fellowship-Trained

MK/modl/lc