Exhibit 2

# CRAIG HYSNI, M.D.

Physical Medicine & Rehabilitation


September 18, 2024

**Jeffery Sprys**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Laurel Office Park III
17197 Laurel Park Suite 201
Livonia, MI 48152

**RE: James McDonald**

| | |
|---|---|
| Date of Birth: | [redacted] |
| Date of Loss: | 08/29/2023 |
| Date of IME: | 09/18/2024 |
| Claim Number: | 25371-00002 |
| Case Number: | 22355249 |

Dear Jeffery Sprys:

Mr. James McDonald presented to my office at 1135 West University Drive in Rochester Hills, Michigan, for the purpose of an independent medical evaluation. His identification was verified with a Michigan State driver's license. Mr. McDonald's fiancée was also present for today's examination. She did not have identification.

Mr. McDonald understood that as an independent medical evaluation, this did not constitute a physician/patient relationship. I am unable to discuss my findings and/or make treatment recommendations today. He understood that a copy of this report would be released to the requesting parties. He was informed at the time of the examination not to engage in any physical maneuvers beyond what he could tolerate and/or beyond what felt were beyond his limits or could cause physical harm or injury. He understood the above and agreed to proceed with the independent medical evaluation.

Ari, medical assistant, was present for the entire history and examination.

**CHIEF COMPLAINT:**
Left leg pain.

**HISTORY OF PRESENT ILLNESS:**
Mr. James McDonald is a 57-year-old gentleman, who was involved in a motor vehicle accident on August 29, 2023. He was the helmeted driver of a motorcycle, traveling down the road when a semi-truck was trying to make a left-hand turn. He tried to stop, his brakes locked and he collided into the truck. He believes he hit the grill of the truck. He states "I don't remember" when asked if he lost consciousness, but he states, "I think so."

I do have a State of Michigan Traffic Crash Report for my review dated August 29, 2023. States unit 1 was traveling left on Pennsylvania Road. Unit 2 was traveling east on Pennsylvania Road. Unit 1 failed to yield the right of way when making a left turn onto a private drive, causing the crash between the two units.

Mr. McDonald states police and EMS arrived at the scene. He was taken to the hospital. He was found to have multiple fractures including the left patella and tibia and fibula with detachment of the left patellar tendon, left rib fractures, left scapular fracture, multiple facial fractures, and lung contusion. He states he was at Oakwood Hospital for about 10 days and then was transferred to Oakwood Heritage Hospital for another 21 days thereafter.

He states that he was discharged home at a wheelchair level. He did receive home healthcare therapies and was in a wheelchair for about "four months." He transitioned into a walker and now uses a cane.

He is currently seeing Dr. Mendelson, Orthopedic Surgery, since December of 2023. He did see Dr. Vogel, his orthopedic surgeon, at Oakwood up until that point. The next appointment with Dr. Mendelson is in October. He is seeing his pain management physician every three months, Dr. Singh, who is also at Dr. Mendelson Kornblum's office. He uses Norco maybe one time a week now as needed only.

**CURRENT COMPLAINTS:**
We were asked to specifically assess his left leg and left knee.

He currently outlines left leg pain from the knee down to the ankle. Denies any hip or thigh pain. He states his knee pain is predominantly with standing or walking and pain radiates down from the knee to the ankle usually after standing or walking for about 10 minutes or so. There is no pain above the knee or the hip. He notes occasional knee

discomfort, but predominantly left ankle stiffness and swelling. Currently, his pain is a 2/10, at best 0/10 and worst 7-8/10. Pain is worse with standing or walking. It is relieved with sitting and change of position. It usually does resolve fairly quickly after changing position.

He has no history of knee or ankle pain prior to this accident. Overall, he feels that this is 20% better.

He is currently full weightbearing on the left lower extremity. Again, he denies any low back pain or hip pain to me at this time.

**PAST MEDICAL HISTORY:**
Diabetes, hypertension, and hypothyroidism.

**PAST SURGICAL HISTORY:**
Include multiple left leg surgeries.

**MEDICATIONS:**
He mentions taking metformin, levothyroxine, and blood pressure medications.

**ALLERGIES:**
None.

**SOCIAL HISTORY:**
He denies smoking, drinking, and using illicit drugs. He lives in Dearborn Heights, Michigan. He lives with his significant other and one of his stepdaughters. He does have one biological daughter and one stepdaughter and three grand kids. He lives in a two-level home with bed and bathroom on the main level. He is independent with all his basic ADLs and self-care. He does have a ramp entry.

He is not working. He worked at Southgate Lincoln Dealership, selling parts. He has been there since 2001 full time without restrictions. His last day at work was August 28, 2023.

**RECORD REVIEW:**
I do have multiple records for my review today.

- Injury report, State of Michigan Traffic Crash Report dated August 29, 2023 that I have already outlined.
- EMS run sheet.

- Brownstown Fire Department dated August 29, 2023. The narrative section states E181, A181, I182, and A184 responded to a motorcycle versus semi-truck crash at the above location. I182 was flat on the scene and reported that the driver of the motorcycle was down on the ground. A181 allowed him to sit for care the down driver. E181 controlled the fuel leak from the motorcycle and assisted with patient care. A184 was canceled when en route. The driver of E181 went to the hospital with A181 to assist in patient care. E181 remained on the scene to assist BTPD with traffic control until the Downriver crash team arrived. Driver of the semi-truck was ambulatory and did not want to be seen by fire department staff. E181 cleared at 0810.
- Hospital records from Oakwood Southshore Medical Center from August 29, 2023 through September 8, 2023. There are a total of 962 pages reviewed. These are a multitude of records reviewed including some photos of the semi-truck. Minor facial laceration, dental trauma, fracture of left tib and fib, open type 1 closed head injury, fracture, subarachnoid bleed, subdural hematoma, rib fractures, and pulmonary contusion. ED notes found 56-year-old male presents as a level 2 trauma activation, was struck on his motorcycle by a semi-truck. Semi-truck was turning, the motorcycle was going approximately 50 miles an hour. He was ejected. He was wearing a shell helmet. He denies any medical problems other than hypothyroidism. Unknown last tetanus. Complaining of primarily left-sided chest wall pain and left leg pain. Multiple testings were done. Pelvic x-rays, no evidence of fracture. Tib-fib x-ray notes fracture of the patella and tibia and fibula. CT facial and head and cervical spine noted scattered subarachnoid within the cerebrum and a small amount of subdural hemorrhage along with the right tentorial leaflet, for which imaging is recommended. Numerous complex facial fractures as detailed above, most notably in the bilateral pterygoids and bilateral zygomaxillary complexes. Facial reconstructive surgery consultation is recommended. Concern for fracture of the osseous segment of the right external auditory canal of the right temporal bone. Soft tissue swelling all over the face and blood products within the sinus. No acute fracture or traumatic subluxation of the cervical spine. CT chest and abdomen and pelvis: Acute fractures of multiple ribs. Non-visualized distal left internal jugular vein suspicious for occlusion. Small nonspecific ground-glass opacities in the upper lobes. No acute process within the abdomen or pelvis. CT head and CT face, I have reviewed that earlier. Left femur x-ray: No fracture of the patella, tibia, or fibula as described. CT cervical spine: No fractures or subluxations. CTA lower extremity: No evidence of vascular injury involving left lower extremity. Fractures of the distal tibia and fibula as well as the base of the third and fourth metatarsals. Left hand: No evidence of fracture. Right hand: No evidence of fracture. The patient was admitted. Seen by multiple

surgical teams for the above. The patient was hospitalized in the ICU, intubated. I and D of left open tibia fracture, external fixation of left open tibia fracture, laceration repair of the supraorbital area. IV Keppra for seizure prophylaxis and IV antibiotics. Neurosurgery and Vascular Surgery consulted and following, no interventions recommended at that time. Cleared by Neurosurgery. Neuro checks, blood pressure control, and status post chest tube placement. He had the SAH, SDH and IVH, which were stabilized. Multiple facial fractures which were all nonoperative. Multiple rib fractures on the right with pneumothorax, which the chest tube resolved. Subscapular fracture and left patellar fracture. Condition was addressed and improved over this hospital course and tolerated regular diet. Pain was controlled with oral medications. Able to void without difficulty. Therapy evaluated the patient. Recommended inpatient rehab. He was discharged in stable condition to IPR with prescriptions and follow-up instructions. Discharged on September 7, 2023. The patient underwent ORIF and tendon reattachment by Dr. Vogel on September 5, 2023.

- Again, as outlined, there are multiple medication lists, progress notes, consultations, imaging reports, and nursing reports reviewed in total. Also, included in these were multiple black and white photos that were reviewed.
- Three other notes from Oakwood Heritage Hospital from September 8, 2023 through September 29, 2023. These are reviewed again in detail. Admitted with moderate TBI with SAH and SDH.
- Included are multiple progress notes and PT and OT notes. Also, notes from the previous hospitalization.
- Of note, there are some notes that do reference moderate TBI with positive LOC and a 14 GCS on presentation with posttraumatic amnesia. The patient completed Keppra on September 4, 2023. Again, the left patellar fracture, noted to have ORIF and tendon reattachment done by Dr. Vogel on September 5, 2023. CAM boot September 20, 2023, which was stable. 22 sutures were removed on September 21, 2023.
- Independent medical evaluation by Kwartowitz, D.O., August 14, 2024. This is reviewed.

**PHYSICAL EXAMINATION:**

Height 5' 8", weight 180 pounds, and his blood pressure is 135/74.

General: Pleasant gentleman, appears his stated age. He is in no acute distress.

Gait/transfer: Does have a cane in the right hand today. He ambulates with a slightly antalgic gait. We did not assess toe or heel walking or squatting at the knees. He is able to transfer to and from the exam table independently without assistance.

Cervical spine: Not assessed.

Thoracic spine: Not assessed.

Lumbar spine: Inspection without abnormalities. There is no tenderness to palpation. Full active range of motion of the lumbar spine in all planes without pain. Straight leg raise negative in the seated and supine position. FABER'S negative.

Musculoskeletal examination of the upper extremities: There is full active range of motion about the bilateral shoulders, elbows, and wrists without significant pain or discomfort. No bony abnormalities or tenderness.

Musculoskeletal examination of the lower extremities: There is full active range of motion about the bilateral hips, right knee, and right ankle without pain or discomfort. There are no bony abnormalities or tenderness.

Left knee exam: There is well-healed midline surgical scar. On palpation, no tenderness to palpation. Left knee active range of motion: Full knee extension. His active knee flexion is 0 to 105 degrees. There is noted a well-healed incision of the patella. There are well-healed incisions at the medial and lateral ankles, and the distal medial lower leg, well-healed incision with scar around that incision as well and scarring in the medial ankle region as well. Left ankle as above notes slightly decreased dorsi and plantarflexion in the left compared to the right. No significant swelling is appreciated.

Extremity exam: Notes no calf tenderness. There are well-healed surgical scars as outlined. There is edema of the left lower extremity compared to the right, 1+. There are chronic skin changes in bilateral lower extremities.

Neurological exam: Alert and oriented x3 with good insight. Language is intact. Cranial nerves are intact. Motor exam with 5/5 strength in the upper extremities in all major muscle groups. In the lower extremities 5/5 strength except for some slight give-way weakness about the left ankle and foot, improved with distraction. There is atrophy of the left lower leg compared to the right side. Sensation is grossly intact to light touch throughout. Reflexes are 2+ and symmetric in the upper extremities, patella 2+ at the right, and 0 to 1+ left Achilles. Plantar responses are downgoing. There is no clonus.

**IMPRESSION:**
Difficulty walking with left lower extremity pain secondary to above outlined history of multiple traumas including left patellar fracture, left tib-fib fracture, and base of the third and fourth metatarsal fractures.

**COMMENTS:**
Mr. James McDonald is a 57-year-old gentleman, who was involved in a motor vehicle accident on August 29, 2023. He was the helmeted driver of a motorcycle, traveling on Pennsylvania Road, when a semi-truck turned in front of him. He attempted to stop, but unfortunately hit the front of the truck directly. He did hit his head and there was loss of consciousness according to the note.

He was taken to Oakwood Hospital with multiple traumas outlined above. He underwent I and D of the left open tibia fracture with external fixation of left open tibia fracture on August 29, 2023. He then underwent IM nailing of left tibia with removal of external fixator of the left tibia with ORIF of the left distal fibula and excision of the patellar fracture with patellar tendon reattachment on September 5, 2023 by Dr. Vogel. Postop course, complicated by pneumothorax healed with chest tube placement. He was transferred to inpatient rehab on September 8, 2023, where he remained through September 29, 2023.

From there he was discharged home. He states he was in a wheelchair for about four months and slowly advanced to a walker. He had home healthcare therapy as well as eventually started outpatient physical therapy he believes in December or January.

We were asked to assess the allegation of left leg and knee pain. He is currently complaining of left leg pain from the knee down to the ankle. He notes the pain with standing or walking and is relieved when he changes position. He denies any back pain or pain above the knee. He really has no specific numbness or tingling. His main issue is he notes stiffness and swelling of the left ankle, again with prolonged position.

He is currently treating with Dr. Mendelson whom he is going to be seeing in October. He is seeing his primary care physician as needed as well as pain management every three months with Dr. Singh. He is on Norco one time a week, if that.

He is still using a cane for mobility. He is independent with all his basic ADLs and self-care. He lives in Dearborn, Michigan, in a two-level home. Bed and bathroom are at the main level. He is independent with everything. He is currently not working. He was

working selling parts at Southgate Lincoln Dealership, where he had been since 2001 full time without restrictions. Last day at work was August 20, 2023.

After a complete history and examination as well as record review, it is my opinion that Mr. McDonald's left leg pain is directly related to the outlined multiple traumas related to the motor vehicle accident on August 29, 2023. He does have ongoing intermittent left leg pain, knee and ankle pain, specifically with prolonged standing or sitting.

All treatment that I have reviewed has been reasonable and appropriate. At this point, based on the elapsed time from the date of the injury, which is approximately 13 months, I do feel he is at maximum medical improvement. He should continue following with Orthopedic Surgery as scheduled. I do not feel there is need for any more continued outpatient formal physical therapy, and he should continue to stay diligent with his home exercise program on his own.

I do not feel there is need for ongoing pain management services as it relates to his ongoing left lower extremity symptoms and should wean off the Norco. I will defer comment on his traumatic brain injury to the appropriate specialist.

In my opinion, I do feel it is reasonable and appropriate that this gentleman did have household services or attendant care for up to four to five months after the accident in question. He would not have been in need of those replacement services and/or attendant care services after that.

This gentleman can return to work with restrictions of sit-to-stand options.

By my signature below, I declare that during the immediately preceding year I have devoted a majority of my professional time to either the active clinical practice of medicine in the specialty of my board certification and/or the instruction of students in an accredited medical school or in an accredited residency or clinical research program for physicians in the specialty of my board certification.

I attest to having the scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue in this case. I have current, relevant, knowledge and experience to render an opinion for this case, and my opinions and conclusions are based solely upon the review of the records submitted as well as the results of my examination, if applicable. There is no conflict of interest known to me regarding this specific case. I have received no financial incentive or compensation that

is dependent in any way on the opinion I have rendered. No delegation of this examination and/or review was rendered.

Thank you for allowing me to evaluate the above outlined claimant, Mr. James McDonald. If you have any further questions or concerns, please do not hesitate to contact me through ExamWorks. I reserve the right to amend my opinion if any further records are made available to me.

Sincerely,

Craig Hysni, M.D.
Board Certified, American Board of
Physical Medicine and Rehabilitation

CH/modl/lc