Exhibit 3

MDpanel

# Todd B. Francis, M.D.
## Neurosurgery

**All correspondence to:**
MDpanel
14855 Galleon Court, Suite A
Plymouth, MI 48170

May 31, 2025

Timothy Groustra
Dickie, McCamey & Chilcote P.C.
89 Kercheval Avenue, Suite 200
Grosse Pointe Farms, MI 48236

Examinee: James McDonald
Date of Evaluation: April 16, 2025
Date of Injury: August 29, 2023
Claim Number: 25371.00002

To Timothy Groustra:

**INTRODUCTION**

Mr. James McDonald presents himself today for independent medical evaluation in my office. He was accompanied by his wife throughout the entire interview and examination. I have not previously evaluated Mr. McDonald in a clinical setting, and before we began, he was apprised as to the nature of the examination. No medical advice was rendered, no treatment was given, and no medications were prescribed. During the immediately preceding year, I have devoted a majority of my professional time to the practice of medicine in my board specialty, which is neurosurgery.

**CHIEF COMPLAINT/HISTORY OF PRESENT ILLNESS**

Mr. James McDonald states that on August 29, 2023, he was struck on his motorcycle by a semi-truck as it was turning. He had amnesia to events at that time. He was helmeted. He had a left lower extremity injury and left-sided chest pain. He had a left patellar tib-fib fracture. He had multiple rib fractures. He had a subarachnoid hemorrhage, and he had bilateral pulmonary

contusions and a subdural hematoma. He had facial bone fractures and skull base fractures as well as a left scapular fracture. He had orthopedic surgeries to treat his leg issues and fractures. He was discharged to inpatient rehab, roughly September 8, 2023, and spent 2 weeks in rehabilitation. Since then, he was seeing a neurosurgeon, Dr. Fiani, who has not recommended any surgery. He has had no back or neck surgeries. He is pending a referral to a TBI (traumatic brain injury) expert.

**OCCUPATIONAL HISTORY**

Currently, he is unemployed. He used to work in dealership sales. He has lost work since the motor vehicle accident. He had been in his job for 24 years.

**SOCIAL HISTORY**

General diet. Does not smoke. Does not drink. He is involved in an auto case.

**FAMILY HISTORY**

Cancer and leukemia.

**PAST MEDICAL HISTORY**

Positive for diabetes after the motor vehicle accident, thyroid problem, high blood pressure.

**PAST SURGICAL HISTORY**

Includes the orthopedic surgery.

**MEDICATIONS**

Includes levothyroxine, metformin, trazodone for sleep, and amlodipine. He does not take aspirin.

**ALLERGIES**

No known allergies.

**REVIEW OF SYSTEMS**

Positive for frequent recurrent headaches, possible seizures, left foot numbness and tingling, head injury, memory loss, hearing loss, muscle pain cramps, and difficulty walking.

**PHYSICAL EXAMINATION**

He is 5 feet 8 inches, 185 pounds.

He is right handed. Sits comfortably in a chair. He uses a cane to ambulate. He has decreased hearing in his left ear; otherwise, other cranial nerves are intact. Reflexes are normal. No pathologic reflexes are present. Strength is 5/5 bilaterally in all extremities tested. Sensation to light touch is intact in both arms and legs. Inspection of the cervicothoracic and lumbar spine reveals no deformities. He has negative straight leg raise testing bilaterally. His gait is antalgic. Mini mental status exam, he scored perfectly on 30/30.

**REVIEW OF MEDICAL RECORDS**

Medical records have been provided. These began in 2014 with Dr. Syed Danish, April 8, 2014. Right shoulder pain is the reason for visit. He fell on ice about 2 months prior, leading to shoulder pain, and it is now getting worse. Diagnoses include shoulder pain on the right side, frozen shoulder, hypothyroidism, obesity, history of hyperlipidemia. There is an x-ray of the shoulder performed as well. This was in 2014.

He follows up with Dr. Syed Danish on April 11, 2014, for shoulder pain and again November 17, 2014. He then sees Dr. Syed Danish on June 29, 2015, for a thyroid disorder, acquired hypothyroidism, testosterone deficiency, adult BMI greater than 30, obesity, ex-smoker, thyroid disorder, fatigue, and lipid screen.

He presents for blood test results shortly thereafter on July 6, 2015. He again presents for a blood pressure checkup.

November 11, 2015, he sees Dr. Syed Danish again for blood pressure checkup and again on July 3, 2017, and there are multiple follow-up visits for medical issues in 2017 and 2018. This is with Dr. Syed Danish.

The visits continue until June 10, 2021.

April 27, 2022, he was seen at Beaumont Urgent Care for coronavirus exposure.

He then sees Dr. Henry Jurasek on April 25, 2023, for medication refills and to establish new doctor care, as there is a lump on his right wrist for 1 week and a dry spot behind his knee. This is August 15, 2023.

A CT chest, abdomen and pelvis was performed on August 29, 2023, which was the date of the accident. Clinical history is motorcycle accident. Impressions: Acute fractures of multiple bilateral ribs. Nonvisualization of the left IJ, suspicious for inclusion. Nonspecific fat-stranding, left lower neck. Small ground-glass opacities, upper lobes. No acute process in the abdomen and pelvis.

A CT facial head and cervical spine on August 29, 2023. Impression states no acute fracture or traumatic subluxation of the cervical spine, scattered subarachnoid and cerebrum, small amount of subdural hemorrhage along the right anterior leaflet, numerous complex facial fractures, concerning right temporal bone fracture and osseous segment of right external auditory canal, left supraclavicular region concerning blood products.

On August 29, 2023, a note from Corewell Health Trenton, submission for semi-truck versus motorcycle level 2 trauma activation. He was struck on his motorcycle by a semi-truck. Semi-truck was turning and the motorcycle was going 50 miles an hour. He was ejected wearing a shell helmet. He denies any medical problems other than hypothyroidism, unknown last tetanus. He did eat breakfast this morning. Complaining primarily of left-sided chest wall pain and left leg pain, obvious open deformity to left lower extremity and states that he has decreased sensation in the leg. The admission was August 29, 2023; discharge was September 8, 2023.

The final impressions, encounter diagnoses on August 29, 2023, include motorcycle accident, initial encounter; MVC, initial encounter; facial laceration; dental trauma; fracture of left tibia and fibula, open type 1 or 2; patellar fracture; closed head injury; subarachnoid bleed; subdural hematoma; facial fracture; rib fractures; pulmonary contusion; type 3 open fracture distal end of left tibia, and radiculopathy of lumbar region. Consults placed to neurosurgery, orthopedic surgery, vascular surgery and physical/occupational therapy.

There are multiple pictures of the injured limbs. There is a discharge summary of September 7, 2023. The admission diagnoses include patellar fracture, closed head injury, facial laceration, dental trauma, MVC, fracture of left tibia and fibula open type 1 and 2, and motorcycle accident. Discharge diagnoses include tibia-fibula fracture, patellar fracture. Discharged stable. He did have an ex-fix placed on his tibia and fibula, later internally fixed by orthopedic surgery. He had subdural, subarachnoid and intraventricular hemorrhage, which all stabilized, and he was discharged to rehab.

There are multiple images and operative reports for the orthopedic surgeries he received. There are notes from physical medicine and rehabilitation during his recovery. I have reviewed all these notes.

There are notes from Precision Orthopedics, this is from October 9, 2023, for a postop visit, left open tib-fib fracture and patella fracture, he states he is improving per Dr. Vogel.

There are multiple prescriptions and letters of medical necessity and prescriptions from Dr. Vogel. There are case management reports by Julie M. Bise from October 11, 2023, to January 31, 2024, and there are several OTP notes by occupational therapist.

He has visited to cardiovascular specialist, Dr. Omar Obeidat on November 2, 2023, which I have reviewed.

There is a family health note from Dr. Henry Jurasek on November 6, 2023, and a follow-up with Dr. Vogel on November 8, 2023. There were more also notes from the case manager, November 8, 2023, and several disability certificates as well.

There is a visit to Mendelson Kornblum for an MRI prescription, a lumbar MRI. This was done at Synergy Health Partners by Dr. Chintan Desai; date is December 13, 2023. The impression is L2-L3 asymmetric disc bulge, L3-L4 disc bulge, and L4-L5 disc bulge. There is a posterior protrusion-type herniations at L3-L4 and L4-L5, indicating annular fissure at L4-L5.

There are follow-up notes from Mendelson Kornblum as well as prescriptions given. Dr. Mendelson evaluates him as well.

There is an MRI of the brain on December 28, 2023, stating no focal abnormality from Synergy Health Partners. Brain parenchyma appears unremarkable. No evidence of intracranial hemorrhage.

There is a cervical spine MRI from Synergy Health Partners on December 28, 2023, read as retrolisthesis 1 mm at C5- C6, C2-C3 right paracentral protruding-type disc herniation, C3-C4 disc bulge, C4-C5 disc bulge, left paracentral protruding-type disc herniation, C5-C6 and C6-C7 broad-based disc bulges, posterior central protruding-type disc herniation at C6-C7.

There are also MRIs of the extremities as well. There is another visit with Dr. Stephen Mendelson as well from Mendelson Kornblum and there are several visits with Dr. Mendelson on December of 2023 and in January 2024 as well.

There is a note from Dr. Brian Fiani from Mendelson Kornblum on January 22, 2024, lumbar VPulse cold compression pad, and he sees him on January 22, 2024, with chief complaint of head trauma, neck pain and back pain. Dr. Fiani's impression is that he is suffering a good amount of pain and memory difficulties. Traumatic brain injury blood work by Healix, cold compression. Consult with pain management, Dr. Singh, physical therapy, chiropractic care; the patient chose to hold off. Follow up in 4 weeks.

There was a follow-up with Dr. Klein, podiatrist from Mendelson Kornblum. There are several follow-ups with Dr. Klein in January of 2024. There are various health insurance claim forms, as well, interspersed in these notes.

There is a note from Dr. Brian Fiani, March 4, 2024, follow-up visit, complaining of thoracic, cervical and lumbar spine pain. Cervical spine pain is improved; it is 2/10. Lumbar spine pain is also 2/10. He has been undergoing physical therapy. Dr. Fiani's impressions were cervical spondylosis, lumbar spondylosis with cervicalgia and axial pain. Plan is to continue with conservative management. Consider epidural blocks if pain worsens and see back in 4 weeks approximately.

There is a visit with Dr. Hanish Singh from Mendelson Kornblum; he is a pain doctor. He also sees Dr. Mendelson on March 12, 2024, as well.

Physical therapist notes from Sue Cash, interspersed from April of 2024 and March of 2024, as well, from Mendelson Kornblum Physical Therapy. Dr. Mendelson also refills medications in April, and there is an operative report as well and arthrogram by Dr. Mendelson in the shoulder, April 23, 2024.

There is a note with Dr. Hanish Singh from pain management, May 3, 2024, and there is a progress note by Dr. Hanish Singh on June 14, 2024, from Mendelson Kornblum. He has ongoing spine pain related to an auto injury, worse to cervicothoracic at this time. Bilateral trigger point injections are ordered by Dr. Singh.

He was also seen by Dr. Hanish Singh on July 8, 2024, for follow-up, as well as Dr. Mendelson in July of 2024 for follow-up visits.

There is a deposition of July 30, 2024. This deposition is from Mr. James McDonald on July 30, 2024, and I have reviewed this deposition.

Ensuing in August of 2024, there are physical therapy records from Mendelson Kornblum, follow-up with Dr. Singh on September 9, 2024, which I have reviewed, and continued physical therapy records.

Dr. Mendelson sees him again on October 29, 2024, for follow-up, as well as Dr. Hanish Singh in November of 2024, and through November, they continued to follow up with the claimant.

The records conclude on March 27, 2025, from Mendelson Kornblum Orthopedics and continued physical therapy and records from Mendelson Kornblum.

**DIAGNOSTIC STUDIES**

I was provided diagnostic films from several facilities, which included many studies outside of the scope of my specialty. I have reviewed these studies, including spine x-rays and orthopedic and vascular studies, which do not change my opinions.

I have also reviewed CT head from April 20, 2025 which is normal.

**IMPRESSION/CONCLUSIONS**

James McDonald presents today for independent medical evaluation in my office. He alleges a motor vehicle accident, dated August 29, 2023.

This accident that Mr. McDonald was involved in is quite serious. He was on a motorcycle and was struck by a semi-truck. He was ejected and suffered multiple injuries, including a very serious leg fracture, multiple rib fractures, a skull fracture with subarachnoid hemorrhage, subdural hemorrhage, and traumatic intraparenchymal hemorrhage; this is among other injuries.

Aside from a cervical and lumbar myofascial strain, I do not feel that Mr. McDonald sustained any other spinal injuries in this motor vehicle accident, fortunately. My comments will be limited to my area of expertise, which is neurosurgery. I cannot comment on his very serious-appearing injuries to his extremities, including his leg. There is no doubt that Mr. McDonald sustained a traumatic brain injury with a cerebral hemorrhage. This has resolved, but he is likely left with some cognitive issues from his brain injury. I would defer to neuropsychological evaluation to determine the extent of this and a traumatic brain injury expert. From a neurosurgery standpoint, he never required surgical evacuation of any hematoma, and he was appropriately managed with observation and repeat CAT scans to ensure that the bleeding had resolved. The MRI of his brain, performed at Synergy Health Partners, revealed later on after this accident that the blood had totally resolved in his brain. There were no further injuries to the parenchyma and

no areas of stroke and no findings of permanent damage. He had a normal MRI of his brain at that time. MRIs of the cervical and lumbar spine at Synergy Health Partners revealed degenerative changes not related to the trauma sustained.

As far as his cervical spine is concerned, 3 months would have been a reasonable time for him to improve; it should be August 29, 2023, to November 29, 2023. Any care rendered to him after this time period with regard to his spine are not related to his motor vehicle accident in question. He would have been considered at maximum medical improvement and pre-accident status at that time. At no time would he have required any injections for his neck or low back, any surgeries, or any further treatment for this injury, aside from physical therapy and medications. Chiropractic manipulation may have been indicated as well, although he chose not to pursue this.

With regard to his brain injury, I would defer to a neuropsychologist for definitive opinion on ongoing issues. His Mini Mental Status Exam was normal; he scored a perfect score on it in my office. While this is not an extensive evaluation of his neurocognitive status, it is certainly a sign that he is recovering appropriately from his brain injury.

At no time did he require any neurosurgery intervention in his brain.

In summary, Mr. McDonald sustained a cervical and lumbar myofascial strain in this motor accident and a traumatic intracerebral hemorrhage, subdural hemorrhage, and questionable skull fracture in the temporal bone. On my exam, he has decreased hearing in his left ear, which very well may be related to the skull fracture. He requires no further neurosurgical care at this time, as he is at maximum medical improvement and pre-accident status from a neurosurgical standpoint only.

**DISCLOSURE**

The source of all facts was the history given by the examinee and review of the previous medical reports. I personally interviewed the examinee, performed the physical examination, reviewed the history with the examinee, reviewed the medical records provided, dictated this report, and it reflects my professional observations, conclusions and recommendations. I accept the accuracy of the documentation and the opinions of the authors, although I may not always agree with their conclusions.

I declare under penalty of perjury that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information I have indicated I have received from others. As to that information, I declare under

penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe it to be true.

The above opinions are based solely on the information provided and mentioned above and are based on my best medical judgment, to a reasonable medical probability. If more information becomes available, such information may or may not change my opinions.

Any comments on appropriateness of care are professional opinions based upon the specifics of the case and should not be generalized, nor necessarily be considered supportive or critical of, the involved providers or disciplines. Any medical recommendations offered are provided as guidance and not as medical orders.

I typically manage the type of condition, procedure, treatment or issue under review, and maintain current and relevant knowledge to render an opinion in this matter. I do not have any known conflict of interest in performing this service, and have not received any financial compensation dependent on the outcome of the service.

The above report is not to be construed as a complete physical examination for general health purposes. Only these symptoms which I believe to have been involved in the injury or might relate to the injury have been assessed.

Thank you for the opportunity to evaluate James McDonald. I hope this helps you in evaluation of this claimant. Please do not hesitate to contact me should you have questions.

Sincerely,

Todd B. Francis, M.D.
Neurosurgery, Board Certified

***In the prior year, I have devoted a majority of my professional time to the active clinical practice of medicine or to teaching in a medical school, or in an accredited residency or clinic research program for physicians.***