Exhibit 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCDONALD,

Plaintiff,

v

FJ CARRIER LOGISTICS LLC, MARCO POLO PASTRANA-JIMENEZ, and DIESEL GLOBAL LOGISTICS, INC.,

Defendants.

Case No. 2:24-cv-10049
Hon. Brandy R. McMillion
Mag. Curtis Ivy, Jr.

---

KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (P80963)
MICHIGAN AUTO LAW, P.C.
Attorneys for Plaintiff
30101 Northwestern Hwy.
Farmington Hills, MI 48334
(248) 353-7575/Fax (248) 254-8081
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
esimon@michiganautolaw.com

TIMOTHY S. GROUSTRA (P48966)
DAVID A. KOWALSKI (P71179)
DICKIE, MCCAMEY & CHILCOTE, PC
Attorneys for Defendants Marco Pastrana-Jimenez/FJ Carrier Logistics
120 Kercheval Avenue, Ste. 200
Grosse Pointe Farms, MI 48236
(313) 308-2034 / Fax (888) 811-7144
tgroustra@dmclaw.com
dkowalski@dmclaw.com

KEVIN J. PLAGENS (P55992)
MICHAEL J. WATT (P63869)
QUINTAIROS, PRIETO, WOOD & BOYER
Attorneys for Defendant Diesel Global
41430 Grand River Avenue, Suite D
Novi, MI 48375
(248) 783-6780/ Fax (248) 783-6781
Kevin.Plagens@qpwblaw.com

---

**NOTICE TO APPEAR FOR MEDICAL EXAM**

TO: All Counsel of Record

PLEASE TAKE NOTICE that Defendants have scheduled Plaintiff **JAMES MCDONALD** to appear on **Friday, September 25, 2026, at 11:00 a.m.** for an independent medical examination with **Dr. Mark Jacobson**, who specializes in orthopedic surgery. The examination will take place at **Medsource, 20700 Civic Center Drive, Suite 300, Southfield, MI 48076.**

YOUR CLIENT IS PUT ON NOTICE that if he must cancel and reschedule the above examination, he must provide the undersigned with written notice of cancellation **no less than three (3) BUSINESS DAYS** before the appointment.

FURTHER, failure to appear at the examination without such notice will result in Plaintiff being responsible for paying the late cancellation fee of $400.00.

FURTHER, if Plaintiff fails to appear at the examination, he will be responsible for paying the no-show fee of $400.00.

This medical evaluation is being taken pursuant to MCR 2.311(A).

Respectfully submitted,

By: /S/ DAVID A. KOWALSKI
DAVID A. KOWALSKI (P71179)
Attorneys for Defendants
120 Kercheval Avenue, Suite 200
Grosse Pointe Farms, MI 48236
(313) 308-2034
dkowalski@dmclaw.com

Dated: July 30, 2026

**PROOF OF SERVICE**

On July 30, 2026, I served, via EMAIL, only, a copy of the foregoing upon all counsel of record at their respective addresses. I declare under penalty of perjury that this statement is true to the best of my knowledge, information, and belief.

/s/ Holly R. Peseski
Holly R. Peseski

36386706.1