Exhibit 5

**From:** Leo St. Amour
**To:** Kowalski, David A.; Kevin Seiferheld
**Cc:** Groustra, Timothy; Kevin J Plagens; Elize Vartanian; Alexander Kemp; Peseski, Holly; McCray, Deirdre; Pellegrini, Beth
**Subject:** RE: EXT Confirmation of Deposition Scheduling Agreement [DMC-IMANAGE_MAIN.FID3523730]
**Date:** Thursday, July 30, 2026 5:01:00 PM
**Attachments:** image012.png
image013.png
image014.png
image015.png
image017.png
image018.png
image019.png
image020.png
image021.png
image022.png
image023.png

---

David,

I have reviewed the IME notice your office sent today for an examination with Marc Jacobson for purposes of an orthopedic surgery examination. Our client has already appeared for an examination by an orthopedic surgeon in this case on August 14, 2024 with Dr. Mark Kwartowitz. Therefore, any subsequent examination would be inappropriate seeing as how it is duplicative of an examination that has already taken place. Additionally, given that the discovery cutoff is tomorrow, your notice seeks to obtain an examination after the close of discovery, which is also not permitted. Lastly, your notice is not appropriate for this case as it says the evaluation is being taken pursuant to MCR 2.311(A). As I'm sure you know, the Michigan Court Rules to not apply to this action.

With all of that aside, we agreed with you that mutually agreeable dates would be provided for the depositions of all retained experts that would testify at trial by July 21, 2026. We provided you with those dates in good faith with the expectation that you would do the same. But you have not. Can you please tell me what the purpose of entering that agreement was if you were not going to follow through on your end?

Thanks,

---

**From:** Kowalski, David A. <dkowalski@dmclaw.com>
**Sent:** Thursday, July 30, 2026 4:19 PM
**To:** Kevin Seiferheld <kseiferheld@michiganautolaw.com>
**Cc:** Groustra, Timothy <tgroustra@dmclaw.com>; Kevin J Plagens <kevin.plagens@qpwblaw.com>; Elize Vartanian <esimon@michiganautolaw.com>; Leo St. Amour <lstamour@michiganautolaw.com>; Alexander Kemp <akemp@michiganautolaw.com>; Peseski, Holly <hpeseski@dmclaw.com>; McCray, Deirdre <dmccray@dmclaw.com>; Pellegrini, Beth <bpellegrini@dmclaw.com>
**Subject:** RE: EXT Confirmation of Deposition Scheduling Agreement [DMC-IMANAGE_MAIN.FID3523730]

CAUTION: This email is from an external source. If you believe it's malicious, use the Report Message button.