Exhibit 6

| | |
|---|---|
| **From:** | Kowalski, David A. |
| **To:** | Leo St. Amour; Kevin Seiferheld |
| **Cc:** | Groustra, Timothy; Kevin J Plagens; Elize Vartanian; Alexander Kemp; Peseski, Holly; McCray, Deirdre; Pellegrini, Beth |
| **Subject:** | RE: EXT Confirmation of Deposition Scheduling Agreement [DMC-IMANAGE_MAIN.FID3523730] |
| **Date:** | Friday, July 31, 2026 11:34:58 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image005.png<br>image006.png<br>image007.png<br>image008.png<br>image009.png<br>image010.png<br>image011.png<br>image012.png<br>image013.png<br>image843253.png |

CAUTION: This email is from an external source. If you believe it's malicious, use the Report Message button.

Good morning,

A more complete response to your email below will be forthcoming, but I wanted to respond to the IME, given the short time before the exam.

As to the IME, Dr. Jacobson is an orthopedic surgeon specializing in the spine, while Dr. Kwartowitz, the previous orthopedic surgeon, specializes in the extremities (arms/legs/shoulders/hips, etc). Therefore, it will not be the same exam or duplicative, as different parts of the body will be the focus (back vs extremities). It is my understanding that Plaintiff is making injury claims related to extremities and the back. If there is no claim for any back/spine injury, please advise.

We can certainly correct the notice to reference the federal rule, as that was a typo. However, the exam is not duplicative, because entirely different parts of the body are being evaluated by each exam. Please advise if Plaintiff will appear given this clarification. If not, please accept this email as a request to concur in a motion seeking to compel same.

Thanks,
Dave

**David A. Kowalski, Esquire**
Principal
313-308-2037 Office