UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCDONALD,

Plaintiff,

v

FJ CARRIER LOGISTICS LLC, MARCO POLO PASTRANA-JIMENEZ, and DIESEL GLOBAL LOGISTICS, INC.,

Defendants.

Case No. 2:24-cv-10049
Hon. Brandy R. McMillion
Mag. Curtis Ivy, Jr.

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTIONS**

---

KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (P80963)
LEO J. ST. AMOUR (P88642)
MICHIGAN AUTO LAW, P.C.
Attorneys for Plaintiff
30101 Northwestern Hwy.
Farmington Hills, MI 48334
(248) 353-7575 / Fax (248) 254-8081
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
lstamour@michiganautolaw.com
esimon@michiganautolaw.com

TIMOTHY S. GROUSTRA (P48966)
DICKIE, MCCAMEY & CHILCOTE, PC
Attorneys for Defendants Marco Pastrana-Jimenez/FJ Carrier Logistics
120 Kercheval Avenue, Ste. 200
Grosse Pointe Farms, MI 48236
(313) 308-2034 / Fax (888) 811-7144
tgroustra@dmclaw.com

KEVIN J. PLAGENS (P55992)
ANNE N. ROSENBACK (P79351)
QUINTAIROS, PRIETO, WOOD & BOYER
Attorneys for Defendant Diesel Global
41430 Grand River Avenue, Suite D
Novi, MI 48375
(248) 783-6780/ Fax (248) 783-6781
Kevin.Plagens@qpwblaw.com
anne.rosenbach@qpwblaw.com

---

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTIONS**

NOW COME Defendants FJ Carrier Logistics, LLC ("FJ Carrier") and Marco Polo Pastrana-Jiminez ("Mr. Pastrana-Jiminez"), by and through their attorneys, DICKIE, McCAMEY, & CHILCOTE, P.C., and hereby WITHDRAW the following Motions, without prejudice:

1. **Dkt. #94**, Defendants' FJ Carrier Logistics, LLC and Marco Polo Pastrana-Jimenez's Motion to Strike and/or Compel Dr. Bradley Sewick.

2. **Dkt. #95**, Defendants' FJ Carrier Logistics, LLC and Marco Polo Pastrana-Jimenez's Motion to Preclude Expert Testimony and/or to Permit *Daubert* Challenges After the Deadline for Such Challenges, Once Defendant has been Provided with Expert Reports and Expert Depositions have been Taken.

3. **Dkt. #96**, Defendants' J Carrier Logistics, LLC and Marco Polo Pastrana-Jimenez's Motion to Preclude Evidence Regarding DTI Brain Scans.

Respectfully Submitted,

DICKIE, MCCAMEY & CHILCOTE, PC

By: /s/ Timothy S. Groustra

TIMOTHY S. GROUSTRA (P48966)
Attorney for Defendants Marco Pastrana-Jimenez/FJ Carrier Logistics
120 Kercheval Avenue, Ste. 200
Grosse Pointe Farms, MI 48236
(313) 308-2034 / Fax (888) 811-7144
tgroustra@dmclaw.com

Dated: September 4, 2026

**PROOF OF SERVICE**

On September 4, 2026, via court's e-filing system, a copy of the foregoing upon all counsel of record at their respective addresses. I declare under penalty of perjury that this statement is true to the best of my knowledge, information, and belief.

*/s/ Holly R. Peseski*
Holly R. Peseski

36646319.1