# Exhibit

# F

MendelsonKornblum
Orthopedic & Spine Specialists

Alice Mendelson, MD
Anna Babushkina, MD
Anthony Oddo, DO
Benjamin Mayo, MD
Brian Fiani, DO
Brian Kassa, DO
David Mendelson, MD
Gerald J Jerry, MD
Hanish Singh, MD
Jack Belen, MD
Jeffrey Mendelson, MD
Jeffrey B. Klein, DPM
Kyle Bohm, MD
Martin Kornblum, MD
M. Wednesday Hall, DO
Preetinder Bhullar, MD
Rachelle Randall, DPM
Rasheed Abiola, MD
Stephen Mendelson, MD
Steven Acker, DO
Sunil Manjila, MD
Tony Abood, DO

Office: MK Livonia
Address: 36622 5 Mile Road Suite 101
Phone: (734) 542-0200
Fax: (734) 542-0220

**CONFIDENTIAL**
**MEDICAL/PROGRESS REPORT**

**PATIENT NAME:** **McDonald, James #211512**

**DATE OF BIRTH:** [redacted]

**DATE OF SERVICE:** **September 09, 2024**

## HISTORY:

The patient is a 57-year-old male who is following up in my office for chronic spine pain with related to an auto injury.

I have been managing his cervical and thoracic spine pain we did do trigger point injections on 6/25/2024 and he is endorsing ongoing improvement overall.

He has multiple orthopedic related injuries and also follows with orthopedics for this.

He is getting physical therapy for his cervical spine that is providing benefit and he will be completing this soon.

He is denying any new weakness bowel or bladder dysfunction or saddle anesthesia.

## PHYSICAL EXAMINATION:

General: He is alert and oriented x 3, no apparent distress
Respiratory: Nonlabored
Cervical spine: Spurling's test is negative, axial loading is negative
Thoracic spine: He is nontender palpation
Lumbar spine: Axial loading is negative
Gait: Antalgic with a cane

## IMAGING / RADIOGRAPHS / STUDIES REVIEWED:

MRI of the cervical and lumbar spine were reviewed in detail. Please see full reports.

## IMPRESSIONS:

1. Motor vehicle versus motorcycle accident 8/29/2023
3. Cervical spondylosis with cervicalgia
3. Lumbar spondylosis with axial back pain
4. Cervical and lumbar spine pain related to motor vehicle versus motorcycle accident
5. History of a left tib-fib open fracture requiring ORIF and revascularization
6. History of left patella fracture requiring ORIF
7. Left scapular fracture

8. Multiple rib fractures with ongoing pain
9. Multiple facial fractures with cranial nerve palsy
10. History of intracranial hemorrhage x 2

**PLAN:**

A maps report was reviewed. I am not prescribing controlled medications.

He has responded well to trigger point injections with ongoing relief. We may consider a cervical interlaminar epidural steroid injection lumbar epidural steroid injection if indicated currently he is continuing to improve with conservative measures and physical therapy therefore I will hold off.

I will see him back in approximately 2 months time by then he will have completed physical therapy and I will have a better idea of how he is progressing

This dictation was prepared using Dragon Medical voice recognition software. As a result, errors may occur. When identified, these errors have been corrected. While every attempt is made to correct errors during dictation, errors may still exist.

Electronically signed by Hanish Singh, MD on Date 09/09/2024 At 11:15

# Beaumont

**McDonald, James**
DOB: 1/3/1967
Ord Provider: Morita, Christopher
Auth Provider: Morita, Christopher

HAR: 53971842506
Age: 56 yrs
Pt. Class: Inpatient

**CT FACIAL W/O IV CONTRAST** — **Exam Ended: 08/29/2023 8:44 AM**
**CT HEAD W/O IV CONTRAST** — **08/29/2023 8:44 AM**
**CT CERVICAL SPINE W/O IV CONTRAST** — **08/29/2023 8:44 AM**

Order #: 1450791031 Accession #: A33445595 Performing Department: OSMC CT
Associated Diagnoses: MVC (motor vehicle collision), initial encounter Location: OAKWOOD SOUTHSHORE MEDICAL CENTER
Indications Comment: MVC

**Study Result**

Narrative & Impression

CLINICAL INDICATION: Motor vehicle collision

TECHNIQUE: CT of the head, face and cervical spine was performed without the administration of intravenous contrast.

COMPARISON: None available

FINDINGS:

CT HEAD:

BRAIN PARENCHYMA: There is scattered subarachnoid hemorrhage throughout the cerebrum for example bilateral frontal sulci and left sylvian fissure frontal horn left lateral ventricle, hemorrhage along the right tentorial leaflet.

MIDLINE SHIFT OR HERNIATION: No midline shift or herniation.

VENTRICLES: No hydrocephalus.

DURAL VENOUS SINUSES: No hyperdensity to suggest acute thrombus.

EXTRA-AXIAL SPACES (epidural, subdural, subarachnoid spaces and basal cisterns): As above.

VISUALIZED ORBITS: Normal.

VISUALIZED PARANASAL SINUSES AND MASTOID AIR CELLS: Paranasal sinuses are clear. Tympanomastoid cavities are aerated.

SOFT TISSUES: Normal.

OSSEOUS STRUCTURES: Fractures as detailed below.

CT FACE:

Skin and subcutaneous soft tissues: There is significant soft tissue swelling throughout the face.

Osseous structures: There are numerous fractures as follows:

There is an acute fracture involving the nasal tip, additional fracture involving the left zygomatic arch, the anterior and lateral left maxillary sinus, the left medial and lateral pterygoids, the left sphenoid bone.

The right lateral maxillary sinus and the right zygomatic process, the right medial and lateral pterygoids, the right sphenoid bone.

There is concern for an additional fracture involving the osseous segment of the right external auditory canal (series 6 image 145).

Orbits: The globes, retrobulbar fat, extraocular muscles, and optic nerve sheath complexes are intact and normal in morphology.

Paranasal sinuses: There is scattered blood products throughout the bilateral maxillary sinuses, bilateral sphenoid sinuses and ethmoid air cells.

Mastoid air cells: Clear.

CT CERVICAL SPINE:

ALIGNMENT:

VERTEBRAE:

DISCS:

PARAVERTEBRAL SOFT TISSUES: Concern for blood products in the left supraclavicular region (series 4 image 303).

EVALUATION OF INDIVIDUAL LEVELS DEMONSTRATES:
There is multilevel degenerative osteoarthritic changes manifesting as joint space
loss, chronic endplate changes, osteophyte formation, uncovertebral spurring, and facet arthropathy resulting in varying degrees of neuroforaminal narrowing. Additionally there is multilevel posterior disc osteophyte complexes without significant spinal canal narrowing.

IMPRESSION:

Scattered subarachnoid within the cerebrum and a small amount of subdural hemorrhage along the right tentorial leaflet for which short-term follow-up imaging is recommended to ensure stability.

Numerous complex facial fractures as detailed above most notably of the bilateral pterygoids and the bilateral zygomaxillary complexes, facial reconstructive surgery consultation is recommended as clinically indicated.

Concern for a fracture involving the osseous segment right external auditory canal of the right temporal bone.

Concern for development of blood products in the left supraclavicular region (series 4 image 303).

Extensive soft tissue swelling involving the face as well as blood products within the sinuses.

No acute fracture or traumatic subluxation of the cervical spine.

Findings were discussed with Dr. Hilliard of the emergency department by Dr. Zaman at 831 AM on 08/29/2023 and read back.

Interpreted By: Zaman, Omer A, MD
Dictated by: Zaman, Omer A, MD
Electronically Signed By: Omer A Zaman, MD on 8/29/2023 8:58 AM
Provider Result Tracking

| Distribution Date/Time: | In Basket Recipients: | | |
|---|---|---|---|
| 8/29/2023 9:00 AM | | | |
| | Non-In Basket Recipients: | Method: | Fax #: |

McDonald, James ( 5397184) Printed by [PO7611] at 12/19/2023 7:10 AM