Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

James McDonald,

Plaintiff,

vs.

FJ Carrier Logistics LLC, *et al.*,

Defendants.

Case No. 2:24-cv-10049-BRM-CI
Hon. Brandy R. McMillion
Mag. Curtis Ivy, Jr.

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' REPLY BRIEF (ECF No. 101)**

NOW COMES Plaintiff, James McDonald, by and through his attorneys, Michigan Auto Law, P.C., and for his Motion to Strike Defendants FJ Carrier Logistics LLC and Marco Polo Pastrana-Jimenez's Reply Brief (ECF No. 101), states as follows:

Plaintiff respectfully moves the Court to enter an order striking Defendants' Reply Brief (ECF No. 101) because it was not timely filed as required by E.D. Mich. LR 7.1(e)(1)(B) since the Reply was filed fourteen days after service of Plaintiff's Response and Defendant's Reply does not support a motion subject to an enlarged briefing schedule. *See* E.D. Mich. LR 7.1(e)(2)(B).

Counsel for Plaintiff certifies that counsel conferred with the parties entitled to be heard on the motion in good faith in a manner that reasonably explained the

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

nature of the motion and its legal basis. *See* E.D. Mich. LR 7.1(a)(1). Counsel for Plaintiff requested, but did not obtain, concurrence in the relief sought. *See* E.D. Mich. LR 7.1(a)(2)(A).

Respectfully submitted,

MICHIGAN AUTO LAW, P.C.

BY: /s/ Leo J. St. Amour

LEO J. ST. AMOUR (P88642)
Attorney for Plaintiff

KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (P80963)
Attorneys for Plaintiff
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
lstamour@michiganautolaw.com
esimon@michiganautolaw.com
30101 Northwestern Hwy.
Farmington Hills, MI 48334
248-353-7575
248-254-8081 (fax)

Dated: September 15, 2026

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| James McDonald,<br><br>Plaintiff,<br><br>vs.<br><br>FJ Carrier Logistics LLC, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-10049-BRM-CI<br>Hon. Brandy R. McMillion<br>Mag. Curtis Ivy, Jr. |

**<u>BRIEF IN SUPPORT</u>**

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**TABLE OF CONTENTS**

Concise Statement of Issue Presented .......... v
Controlling or Most Appropriate Authority .......... vi
Table of Authorities .......... vii
Introduction .......... 1
Statement of Facts .......... 1
Argument .......... 2
Conclusion .......... 4

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

## CONCISE STATEMENT OF ISSUE PRESENTED

**I.** Under Eastern District of Michigan Local Rule 7.1, should a reply brief supporting a motion not subject to an enlarged briefing schedule be stricken when it is filed seven days after it was due?

Plaintiff answers: "Yes."

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

## CONTROLLING OR MOST APPROPRIATE AUTHORITY

The controlling or most appropriate authority is Eastern District of Michigan Local Rule 7.1, which provides the following:

**a. Briefing Schedule.**

1. **Standard Briefing Schedule.**

   A. Responses to all motions, except those listed in subparagraph 2(A) below, must be filed within 14 days after service of the motion.

   B. If filed, a reply brief supporting such motion **must be filed within 7 days after service of the response**, but at least 3 days before the motion hearing.

2. **Enlarged Briefing Schedule.**

   A. Responses to the following motions must be filed within 21 days following service of the motion:

   - for injunctive relief,
   - for judgment on the pleadings,
   - for summary judgment,
   - to dismiss or quash an indictment or information made by a defendant,
   - to suppress evidence in a criminal case,
   - to certify or decertify a class,
   - to dismiss under Federal Rule of Civil Procedure 12(b), and
   - to involuntarily dismiss an action under Federal Rule of Civil Procedure 41(b).

   B. If filed, a reply brief supporting such a motion must be filed within 14 days after service of the response, but not less than 3 days before the motion hearing.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

# TABLE OF AUTHORITIES

## Cases

*Beaubien v. Trivedi*,
No. 21-11000, 2024 WL 1071859, at *1 (E.D. Mich. Mar. 11, 2024)....................3

*Nugent v. Spectrum Juvenile Justice Servs.*,
No. 21-12741, 2024 WL 5701382, at *3 (E.D. Mich. April 29, 2024)...................3

## Rules

E.D. Mich. LR 7.1(e) ........................................................................................2

E.D. Mich. LR 7.1(e)(1)(A)..................................................................................2

E.D. Mich. LR 7.1(e)(1)(B) ..................................................................................2

E.D. Mich. LR 7.1(e)(2)(A)..................................................................................2

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

## INTRODUCTION

This is a motion to strike an untimely filed reply brief. Defendants filed their reply brief a week late because their motion is not subject to an enlarged briefing schedule. Since they failed to timely file their reply brief, Plaintiff's motion should be granted, and Defendants' untimely reply brief should be stricken.

## STATEMENT OF FACTS

Defendants filed their motion to compel Plaintiff's attendance at a second defense medical examination on August 15, 2026. *See* ECF No. 91. Plaintiff filed his Response opposing Defendant's motion on August 31, 2026, which was timely filed because Defendants filed their motion on a Saturday. *See* ECF No. 100. Because Defendants' motion was not subject to an enlarged briefing schedule as it was a discovery motion, Defendants' reply in support of their motion was due on Monday, September 7, 2026. Defendants did not file a reply by that deadline. Instead, they filed a reply brief on Monday, September 14, 2026, a week late.

Time, however, is of the essence. Defendants' motion seeks to compel Plaintiff's appearance at a defense medical examination that was noticed to occur on September 25, 2026. *See* Pl,'s Resp. to Defs.' Mot. to Compel, ECF No. 100, PageID.3108. In this notice, Defendants state that if the examination is to be cancelled, that three business days' notice must be tendered or Plaintiff is subject to a cancellation fee of $400. *See id.* By not filing their reply brief timely, a decision

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

on Defendants' motion has likely been delayed, which increases the risk to Plaintiff that he could be wrongfully assessed a fee should a ruling not be issued prior to the requirements contained in the notice. And Defendants know this, as they specifically requested that the briefing schedule for this motion proceed without delay at the last status conference held with the Court. *See* Minute Entry for Status Conf. (Aug. 27, 2026) (staying briefing on ECF Nos. 94, 95, and 96 only).

## ARGUMENT

Eastern District of Michigan Local Rule 7.1 sets the default briefing schedule for motions. *See* E.D. Mich. LR 7.1(e). When a motion not subject to an enlarged briefing schedule (*i.e.*, a non-dispositive motion) is filed, a response "must be filed within 14 days after service of the motion." E.D. Mich. LR 7.1(e)(1)(A). Reply briefs, if filed, "must be filed within 7 days after service of the response, but at least three days before the motion hearing." E.D. Mich. LR 7.1(e)(1)(B).

Here, Defendants' motion to compel was not a motion for which an enlarged briefing schedule is prescribed. *See* E.D. Mich. LR 7.1(e)(2)(A). Therefore, Defendants were required to file their reply brief within seven days of the service of Plaintiff's response. Since Plaintiff filed his response to Defendants' motion on August 31, 2026, Defendants' reply brief was required to be filed on September 7, 2026, to be considered timely. Defendants filed their brief on September 14, 2026, which is one week after the deadline for their brief to have been timely filed.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

When a brief is untimely filed, the Court can strike it, particularly in the absence of a motion seeking additional time to file the brief. *See, e.g.*, *Nugent v. Spectrum Juvenile Justice Servs.*, No. 21-12741, 2024 WL 5701382, at *3 (E.D. Mich. April 29, 2024). There, the plaintiff filed an untimely reply brief, which the defendant moved to strike as untimely. *Id.* The court granted the motion and struck the untimely reply, reasoning that the plaintiff did not have leave to file a late reply, and that they could have sought to obtain leave by filing a "simple motion" to extend the time to file a reply. *Id.*

Indeed, courts have even gone as far as to strike untimely briefs filed without leave *sua sponte*. *See, e.g.*, *Beaubien v. Trivedi*, No. 21-11000, 2024 WL 1071859, at *1 (E.D. Mich. Mar. 11, 2024). In that case, the defendant filed a reply untimely without first obtaining leave of the court. *Id.* Because the reply was not timely filed, the Court, on its own initiative, ordered the brief stricken. *Id.* at *6.

In this case, Defendants have filed an untimely reply brief without first seeking to obtain leave for additional time to file a late reply. Therefore, as the court did in *Nugent* and *Beaubien*, this Court should strike Defendants' untimely reply brief to Plaintiff's response to Defendants' motion to compel for violating the Court's briefing schedule.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

## CONCLUSION

Defendants have failed to comply with the Local Rules, causing a delayed decision on their own motion. Because Defendants filed an untimely reply without obtaining (or seeking to obtain) leave of the Court to do so, Plaintiff's motion should be granted, and Defendants' reply brief (ECF No. 101) should be stricken.

Respectfully submitted,

MICHIGAN AUTO LAW, P.C.

BY: /s/ Leo J. St. Amour
LEO J. ST. AMOUR (P88642)
Attorney for Plaintiff

KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (P80963)
Attorneys for Plaintiff

Dated: September 15, 2026

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiff's Motion to Strike Defendants' Reply Brief was filed with the Clerk of Court using the Court's CM/ECF system, which sent a Notice of Electronic Filing (NEF) containing notice and a copy of the foregoing instrument to all counsel of record.

/s/ Leo St. Amour
Leo St. Amour