Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

JAMES MCDONALD,

Plaintiff,

vs.

FJ CARRIER LOGISTICS LLC, a foreign corporation, DIESEL GLOBAL LOGISTICS, INC., a foreign corporation, and MARCO POLO PASTRANA-JIMENEZ,

Defendants.

CASE NO. 2:24-cv-10049

HON. BRANDY R. MCMILLION
Mag. Judge Curtis Ivy, Jr.

---

KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (80963)
MICHIGAN AUTO LAW, P.C.
*Attorneys for Plaintiff*
30101 Northwestern Hwy.
Farmington Hills, MI 48334
T: 248.353.7575 | F: 248.254.8081
Email: kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
assistant: esimon@michiganautolaw.com

KEVIN J. PLAGENS (P55992)
KOPKA PINKUS DOLIN PC
*Attorneys for Defendant DGL*
32605 W. Twelve Mile Road, Suite 300
Farmington Hills, MI 48334
T: 248.324.2620 | F: 248.324.2610
Email: KJPlagens@kopkalaw.com
assistant: kdramsay@kopkalaw.com

VALERI HENNING MOCK (P55572)
JEFFERYS. SPRYS (P68261)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
Attorneys for FJ Carrier and Marco Polo Pastrana-Jimenez
17197 N Laurel Park Drive, Suite 201
Livonia, MI 48152
T: 313.327.3100 | F: 313.327.3101

Email: valerie.mock@wilsonelser.com
jeffery.sprys@wilsonelser.com

**DEFENDANT DIESEL GLOBAL LOGISTICS INC.'S SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant, DIESEL GLOBAL LOGISTICS INC., by and through its attorneys Kevin J. Plagens and Kopka Pinkus Dolin PC, and for its Supplemental Answers to Plaintiff's First Set of Interrogatories, states as follows:

1. Identify the person(s) providing answers to these interrogatories, and all persons who assisted or provided information to answer these interrogatories by providing each such person/entity's full name, address, telephone number, employer and occupation (if applicable).

**ANSWER: Pat Hofacre, President of Diesel Global Logistics. He may be contacted through counsel.**

2. Provide the full name, address, and principal location of your company, including any parent companies, any sister or related companies, any subsidiary companies owned by your company, as well as the identity of all owner(s).

**ANSWER: Diesel Global Logistics, Inc., 11 Founders Blvd., Suite 300, El Paso, TX 79906. This corporation is its own entity. There are no parent companies, any sister or related companies, any subsidiary companies.**

3. Describe the minimum criteria that you use for the qualification of

commercial motor carriers prior to allowing them to accept loads arranged by DIESEL GLOBAL LOGISTICS, INC.

**ANSWER: Diesel Global Logistics requests a packet of documents consisting of the motor carrier's MC license and proof of insurance that meets expectations relating to liability. Defendant will also review the motor carrier's safety rating pursuant to the information that can be found publicly through the Federal Motor Carrier Safety Administration.**

4. Describe your relationship with Defendants MARCO POLO PASTRANA-JIMENEZ and/or FJ CARRIER LOGISTICS LLC prior to the events forming the basis of this lawsuit, including the extent, how often, when, where, and under what circumstances that you had previously worked with either.

**ANSWER: Diesel Global Logistics, Inc. has been a freight forwarder with FJ Carrier Logistics LLC since June of 2023 and has no relationship with FJ Carrier Logistics LLC's driver.**

5. State whether there were any contracts or agreements between DIESEL GLOBAL LOGISTICS, INC. and MARCO POLO PASTRANA-JIMENEZ and/or FJ CARRIER LOGISTICS LLC, what those contracts or agreements include, and whether or not any contracts or agreements were in place that were not reduced to writing. For those contracts and/or agreements that were reduced to writing, please produce.

**ANSWER: Defendant states yes. The parties had a Freight Forwarder/Motor Carrier Agreement at the time of the subject incident.**

6. At any time, has any individual member, shareholder, owner, employee, or agent of DIESEL GLOBAL LOGISTICS, INC. worked in any capacity, either as an agent, servant, workman, employee, or independent contractor,

for FJ CARRIER LOGISTICS LLC, and vice-versa, at any time, has any individual member, shareholder, owner, employee, or agent of FJ CARRIER LOGISTICS LLC worked in any capacity, either as an agent, servant, workman, employee, or independent contractor, for DIESEL GLOBAL LOGISTICS, INC. If so, please provide the names, description of roles, and dates worked.

**ANSWER: No.**

7. At any time, has FJ CARRIER LOGISTICS LLC ever leased, purchased, or used any tractors and/or trailers from DIESEL GLOBAL LOGISTICS, INC., and vice-versa, at any time, has DIESEL GLOBAL LOGISTICS, INC. ever leased, purchased, or used any tractors and/or trailers from FJ CARRIER LOGISTICS LLC. If so, please provide the dates of such purchase/lease, the VIN numbers of the tractor and trailer, the registration of the tractor and trailer, and produce any documentation regarding such purchases/leases.

**ANSWER: No.**

8. Identify all persons or entities who you believe were involved in brokering the load, DGL741520, with FJ CARRIER LOGISTICS LLC and/or MARCO POLO PASTRANA-JIMENEZ, including such person or entity's name, telephone number, address, position/job title, and employer. This specifically includes any individual employees or agents of DIESEL GLOBAL LOGISTICS, INC.

**ANSWER: No person was involved as this was done by a computer automated system. Diesel Global Logistics, Inc. was the only entity involved in the load.**

9. Identify all of your employees or agents who assisted with the qualification of Defendant FJ CARRIER LOGISTICS LLC and/or MARCO POLO PASTRANA-JIMENEZ, or otherwise participated in the evaluation of FJ CARRIER LOGISTICS LLC's and/or MARCO POLO PASTRANA-JIMENEZ's fitness as a commercial motor carrier, including each person or entity's name, address, telephone number, position/job title, employer, and a brief description of each person's role in the evaluation and qualification process.

**ANSWER: Diesel Global Logistics employee Jose Sanchez, operations manager, reviewed the qualifications of FJ Carrier Logistics, Inc. including the publicly accessible information through the Federal Motor Carrier Safety Administration and SAFER. He may be contacted through counsel.**

10. State each and every action taken by DIESEL GLOBAL LOGISTICS, INC. to investigate the motor carrier fitness, regulatory compliance, and safety history, of FJ CARRIER LOGISTICS LLC and/or MARCO POLO PASTRANA-JIMENEZ, including identifying any third-party services who were retained to assist in any such investigation.

**ANSWER: Defendant reviewed all publicly accessible information through the Federal Motor Carrier Safety Administration and SAFER for FJ Carrier Logistics LLC.**

11. Regarding the load, DGL741520, please identify the shipper, the receiver, the cargo which was to be transported, any scheduled pickup time, the destination, any scheduled delivery time, and the rate of pay being offered by DIESEL GLOBAL LOGISTICS, INC. to haul the load.

**ANSWER: Load DGL741520 consisted of brake discs that were sold to Ford Customer Services Division on 08/23/2023 and was shipped from Rassini Frensos S.A de C.V to Hollingsworth Logistics Management with the expected arrival on 08/29/2023.**

12. Regarding the load, DGL741520, please state when and how FJ CARRIER LOGISTICS LLC and/or MARCO POLO PASTRANA-JIMENEZ first accepted the load. This includes the time and date, as well as the method by which the load was accepted (e.g. mobile app, desktop website, verbally on the telephone, etc.).

**ANSWER: Diesel Global Logistics, Inc.'s pick-up information is communicated electronically.**

13. Regarding the load, DGL741520, state whether DIESEL GLOBAL LOGISTICS, INC. provided any routing instructions, or other directions or guidance, including but not limited to, information about traffic conditions, weather, driving directions, pick up instructions, drop off instructions, or any other instructions, direction, or guidance, to FJ CARRIER LOGISTICS LLC and/or MARCO POLO PASTRANA-JIMENEZ. If yes, state with specificity what instructions, directions, or guidance, were provided, and to whom.

**ANSWER: Diesel Global Logistics, Inc. does not provide any routing instructions, or other directions or guidance, including but not limited to, information about traffic conditions, weather, driving directions, pick up instructions, drop off instructions, or any other instructions, direction, or guidance. Defendant only provided the address and the shipper load ID number to FJ Carrier Logistics LLC.**

14. State when, from whom, and how, you received notice that MARCO POLO PASTRANA-JIMENEZ had been involved in the subject collision, and whether any kind of accident/incident report was generated.

**ANSWER: This Defendant was informed of the accident when suit was filed.**

15. Please state when FJ CARRIER LOGISTICS LLC and/or MARCO POLO PASTRANA-JIMENEZ began hauling loads arranged by you, and whether FJ CARRIER LOGISTICS LLC and/or MARCO POLO PASTRANA-JIMENEZ currently haul loads for you. If not, please state when it was that they last hauled a load arranged by you.

**ANSWER: FJ Carrier Logistics LLC began forwarding freight approximately in June of 2023 and is currently continuing to do so.**

16. Please state whether at any time, before or after the subject collision, DIESEL GLOBAL LOGISTICS, INC., ever suspended, revoked, restricted, or otherwise limited, FJ CARRIER LOGISTICS LLC and/or MARCO POLO PASTRANA-JIMENEZ's privileges or ability to accept loads arranged by DIESEL GLOBAL LOGISTICS, INC.

**ANSWER: No.**

17. Identify any and all materials, including but not limited to any onboarding materials, training materials, safety materials, written standards or policies, or any other materials in any form or medium, that DIESEL GLOBAL LOGISTICS, INC. has ever provided to FJ CARRIER LOGISTICS LLC and/or MARCO POLO PASTRANA-JIMENEZ.

**ANSWER: Diesel Global Logistics, Inc. and FJ Carrier Logistics LLC are two independent companies. Diesel Global Logistics, Inc has never provided onboarding materials, training materials, safety materials, written standards**

**or policies, or any other materials in any form or medium to FJ Carrier Logistics LLC to provide to its employees.**

18. Please state with specificity, and describe in detail, any and all consulting and training offered by DIESEL GLOBAL LOGISTICS, INC., regardless as to whether such services are offered to motor carriers, shippers, receivers, or anyone else involved in the transportation cycle.

**ANSWER: Diesel Global Logistics, Inc. does not provide consulting or training services to motor carriers, shippers or receivers or anyone else including but not limited to FJ Carrier Logistics LLC involved in the transportation cycle.**

19. Please provide a breakdown of the number of loads DIESEL GLOBAL LOGISTICS, INC. has brokered, arranged, or freight forwarded, for the last 10 (ten) years, including how many loads for each motor carrier involved.

**ANSWER: Defendant objects to this interrogatory as overbroad and unduly burdensome. Moreover, the information sought is not readily obtainable, irrelevant or substantially prejudicial and not designed to lead to the discovery of admissible evidence.**

20. State whether DIESEL GLOBAL LOGISTICS, INC., provides liability insurance to, or has any policy of liability insurance which would extend coverage to, a motor carrier or its driver while hauling loads arranged by DIESEL GLOBAL LOGISTICS, INC.

**ANSWER: Defense counsel previously advised Plaintiff's counsel that Century Surety Company informed Diesel Global Logistics, Inc., that there is no coverage for this incident.**

21. For each and every liability insurance policy (including excess policies and/or umbrella policies) that was in effect covering DIESEL GLOBAL LOGISTICS, INC. on the date of the subject collision, August 29, 2023, identify the insurer, policy number, and coverage limits, and the insurance agency through which it was obtained (if applicable).

**ANSWER: See attached certificate of liability insurance.**

As to objections only,

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: /s/ Kevin J. Plagens

_

KEVIN J. PLAGENS (P55992)
Attorneys for Defendant DGL
32605 W. Twelve Mile Road, Suite 300
Farmington Hills, MI 48334
T: 248.324.2620

Dated: May 15, 2026

**CERTIFICATE OF SERVICE**

STATE OF MICHIGAN )
) ss.
COUNTY OF OAKLAND )

I, Sandra Huffman, am an employee of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., and I certify that on May 15, 2026, I served the following documents:

**DIESEL GLOBAL LOGISTICS INC.'S SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

together with this ***Certificate of Service*** upon the attorneys of record ***via email and first-class mail*** at their respective email address(es) and mailing address(es) as disclosed by the pleadings herein.

/s/ Sandra Huffman

Sandra Huffman
*for Quintairos, Prieto, Wood & Boyer, P.A.*