Exhibit 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCDONALD,

Plaintiff,

vs.

FJ CARRIER LOGISTICS LLC, a foreign corporation, DIESEL GLOBAL LOGISTICS, INC., a foreign corporation, and MARCO POLO PASTRANA-JIMENEZ,

Defendants.

CASE NO. 2:24-cv-10049

HON. BRANDY R. MCMILLION
Mag. Judge Curtis Ivy, Jr.

---

KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (80963)
MICHIGAN AUTO LAW, P.C.
30101 Northwestern Hwy.
Farmington Hills, MI 48334
T: 248.353.7575 | F: 248.254.8081
Email:
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
assistant: esimon@michiganautolaw.com
*Attorneys for Plaintiff*

KEVIN J. PLAGENS (P55992)
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
41430 Grand River Avenue, Suite D
Novi, MI 48375
M: 248.470.4976
T: 248.783.6780 | F: 248.783.6781
Email: Kevin.Plagens@qpwblaw.com
assistant:
Kimberly.Ramsay@qpwblaw.com
*Attorneys for Diesel Global Logistics, Inc.*

TIMOTHY S. GROUSTRA (P48966)
KELLY M. MANN (P60596)
DICKIE, MCCAMEY & CHILCOTE, PC
120 Kercheval Avenue, Ste. 200
Grosse Pointe Farms, MI 48236

---

(313) 308-2034 / Fax (888) 811-7144
Email: tgroustra@dmclaw.com
kmann@dmclaw.com
*Attorneys for Defendants Marco Pastrana-Jimenez/FJ Carrier Logistics*

**DIESEL GLOBAL LOGISTICS, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS TO PRODUCE**

Defendant, DIESEL GLOBAL LOGISTICS, INC., by and through its attorneys, QUINTAIROS, PRIETO, WOOD & BOYER, P.A., for its Supplemental Responses to Plaintiff's Second Set of Interrogatories and Requests to Produce, states as follows:

**INTERROGATORIES**

1. Identify every motor carrier, broker, freight forwarder, logistics company, or other entity involved in the transportation of the Load from its point of origin to its intended destination, and for each entity identified, state: (a) the full legal name; (b) the principal place of business; (c) the USDOT number, if any; (d) the MC number, if any; (e) the role performed in transporting the Load; (f) the segment of transportation performed; (g) the dates of involvement; and (h) the identity of any agreement governing the relationship.

**ANSWER: FJ Carrier Logistics LLC. See attached motor carrier agreement.**

2. Describe in detail how You came to be assigned the Load, including: (a) the date You first learned of the Load; (b) the entity that tendered the Load to You; (c) the method by which the Load was tendered; (d) the identity of any load board, platform, or system used; (e) whether the Load was brokered to You by another broker; and (f) the identity of any intermediary between the shipper and You.

**ANSWER: Upon information and belief Rassini Frenos S.A.DE C.V. was the manufacturer who sold the load to Ford Motor Companies. Diesel Global was the freight forwarding company.**

3. Identify the motor carrier that transported the trailer involved in the collision from its point of origin in Puebla, Mexico to Nuevo Laredo, Mexico, and state: (a) the full legal name; (b) the principal place of business; (c) the USDOT number, if any; (d) the MC number, if any; (e) the Mexican SCT permit number, if any; (f) the name of the driver or drivers; (g) the dates of transportation; (h) the identity of any agreement between You and this motor carrier; and (i) the identity of this motor carrier's liability insurance carrier and policy number.

**ANSWER: FJ Carrier Logistics LLC**