Exhibit 5

## REQUESTS FOR PRODUCTION

1. Please produce any and all documents in the trip envelope regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

2. Please produce any and all proof of deliveries for any and all trips regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation**

3. Please produce any and all rate confirmations regarding the Load.

**RESPONSE: See Attached.**

4. Please produce any and all scale tickets regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

5. Please produce any and all bills of lading regarding the Load.

**RESPONSE: Please see attached Bill of Lading.**

6. Please produce any and all fuel tickets regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

7. Please produce any and all trailer interchange agreements regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

8. Please produce any and all trailer interchange agreements regarding the trailer involved in the collision.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

9. Please produce any and all United States Customs documentation regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

10. Please produce any and all Mexico Customs documentation regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

11. Please produce any and all commercial invoice documentation regarding the Load.

**RESPONSE: See attached.**

12. Please produce any and all packing list documentation regarding the Load.

**RESPONSE: Please see attached.**

13. Please produce any and all certificate of origin documentation regarding the Load.

**RESPONSE: Please see attached.**

14. Please produce any and all Electronic Export Information (EEI) documentation regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

15. Please produce any and all permits utilized with the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

16. Please produce any and all licenses utilized with the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

17. Please produce any and all certifications utilized with the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

18. Please produce any and all C-TPAT (Customs Trade Partnership Against Terrorism) Certifications utilized with the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

19. Please produce any and all signed load confirmation sheets regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

20. Please produce any and all documentation of changes to the rate confirmation regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

21. Please produce any and all documentation of Your acceptance of the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

22. Please produce any and all load papers regarding the Load.

**RESPONSE: Please see attached.**

23. Please produce any and all documentation regarding the file and/or load S2056.

**RESPONSE: Please see attached.**

24. Please produce any and all documentation regarding the file and/or load 52056.

**RESPONSE: Please see attached**

25. Please produce any and all documentation regarding the file and/or load S20S6.

**RESPONSE: Please see attached.**

26. Please produce any and all documentation regarding the file and/or load 520S6.

**RESPONSE: Please see attached**

27. Please produce any and all documentation You received upon assignment of the Load.

**RESPONSE: Please see attached**

28. Please produce any and all documentation about the deadline regarding the Load.

**RESPONSE: Please see attached.**

29. Please produce any and all documentation You gave to FJ Carrier Logistics LLC regarding the Load.

**RESPONSE: Please see attached.**

30. Please produce any and all documentation You received from FJ Carrier Logistics LLC regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

31. Please produce any and all documentation You gave to Rassini Frenos regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

32. Please produce any and all documentation You received from Rassini Frenos regarding the Load.

**RESPONSE: Please see attached.**

33. Please produce any and all documentation involving Rassini Frenos regarding the Load.

**RESPONSE: Please see attached.**

34. Please produce any and all documentation You gave to Hollingsworth Logistics regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

35. Please produce any and all documentation You received from Hollingsworth Logistics regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

36. Please produce any and all documentation involving Hollingsworth Logistics regarding the Load.

**RESPONSE: Please see attached.**

37. Please produce any and all documentation You gave to Schneider Logistics regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

38. Please produce any and all documentation You received from Schneider Logistics regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

39. Please produce any and all documentation involving Schneider Logistics regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

40. Please produce any and all documentation You gave to Ford, including Ford Customer Service Division, regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

41. Please produce any and all documentation You received from Ford, including Ford Customer Service Division, regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

42. Please produce any and all documentation involving Ford, including Ford Customer Service Division, regarding the Load.

**RESPONSE: Please see attached**

43. Please produce any and all documentation regarding who to call about the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

44. Please produce any and all documents identifying the motor carrier that transported the Load from its point of origin to Nuevo Laredo, Mexico.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

45. Please produce any and all documents identifying the motor carrier that delivered the trailer involved in the collision to FJ Carrier Logistics LLC in Nuevo Laredo, Mexico.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

46. Please produce any and all communications with any motor carrier regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

47. Please produce any and all agreements between You and any motor carrier regarding the Load or the trailer involved in the collision.

**RESPONSE: Please see attached.**

48. Please produce any and all documents reflecting who had possession of the trailer involved in the collision prior to FJ Carrier Logistics LLC.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

49. Please produce any and all insurance certificates, declarations pages, or proof of insurance for any motor carrier involved in transporting the Load.

**RESPONSE: Please see attached.**

50. Please produce any and all indemnification agreements related to the Load or the trailer involved in the collision.

**RESPONSE: Please see attached.**

51. Please produce any and all documents identifying every broker involved in arranging transportation of the Load.

**RESPONSE: Please see attached.**

52. Please produce any and all communications with any broker other than Yourself regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

53. Please produce any and all rate confirmations received from any entity regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

54. Please produce any and all rate confirmations sent to any entity regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

55. Please produce any and all agreements between You and any other broker regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

56. Please produce any and all documents reflecting how You were assigned the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

57. Please produce any and all documents reflecting the entity that tendered the Load to You.

**RESPONSE: Please see attached.**

58. Please produce any and all documents reflecting how You assigned the Load to FJ Carrier Logistics LLC.

**RESPONSE: Please see attached.**

59. Please produce any and all documents reflecting ownership of the trailer involved in the collision.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

60. Please produce any and all lease agreements for the trailer involved in the collision.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

61. Please produce any and all rental agreements for the trailer involved in the collision.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

62. Please produce any and all documents reflecting who was responsible for maintenance of the trailer involved in the collision.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

63. Please produce any and all communications regarding the Load between any combination of shippers, brokers, motor carriers, consignees, or logistics providers.

**RESPONSE: Please see attached.**

64. Please produce any and all communications regarding delays, deadlines, or delivery windows for the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

65. Please produce any and all communications regarding the pickup of the Load or trailer in Nuevo Laredo, Mexico.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

66. Please produce any and all GPS or tracking data for the trailer involved in the collision from the point of origin to the collision site.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

67. Please produce any and all documents reflecting the route traveled by the trailer involved in the collision from the point of origin to the collision site.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

68. Please produce any and all documents reflecting any corporate relationship, common ownership, or affiliation between You and FJ Carrier Logistics LLC.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

69. Please produce any and all documents reflecting any corporate relationship, common ownership, or affiliation between You and any motor carrier involved in transporting the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

70. Please produce any and all documents reflecting any corporate relationship, common ownership, or affiliation between You and any Mexican motor carrier.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

71. Please produce any and all pedimentos regarding the Load.

**RESPONSE: Please see attached.**

72. Please produce any and all PITA (Permiso de Internación Temporal de Remolques) permits regarding the trailer involved in the collision.

**RESPONSE: Please see attached.**

73. Please produce any and all documents reflecting the seal numbers applied to the trailer involved in the collision at any point from origin to destination.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

74. Please produce any and all documents reflecting inspections of the Load or trailer at any point from origin to the collision site.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

75. Please produce any and all carrier vetting or qualification documents for FJ Carrier Logistics LLC.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

76. Please produce any and all carrier vetting or qualification documents for any motor carrier You assigned to transport any segment of the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

77. Please produce any and all documents reflecting Your review of safety data, SMS scores, or FMCSA records for FJ Carrier Logistics LLC.

**RESPONSE: Defendant is reviewing this request, and any responsive documents will be forwarded on receipt.**

78. Please produce any and all documents reflecting Your review of safety data, SMS scores, or FMCSA records for any motor carrier involved in transporting the Load.

**RESPONSE: Defendant is reviewing this request, and any responsive documents will be forwarded on receipt.**

79. Please produce any and all freight forwarder-carrier agreements between You and FJ Carrier Logistics LLC.

**RESPONSE: Please see attached.**

80. Please produce any and all freight forwarder-carrier agreements between You and any motor carrier involved in transporting the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation.**

81. Please produce any and all documents reflecting the entity that originally tendered the Load to You for brokerage.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation**

82. Please produce any and all shipper-broker or shipper-freight-forwarder agreements regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation**

83. Please produce any and all communications with any shipper regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation**

84. Please produce any and all documents reflecting payments made or received regarding the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation**

85. Please produce any and all documents reflecting Your selection of FJ Carrier Logistics LLC to transport the Load.

**RESPONSE: Diesel Global Logistics, Inc. does not possess responsive documentation**

Respectfully Submitted,

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By: /s/ Kevin J. Plagens

_____________________________________

KEVIN J. PLAGENS (P55992)
*Attorneys for Diesel Global Logistics, Inc.*
41430 Grand River Avenue, Suite D
Novi, MI 48375
M: 248.470.4976
T: 248.783.6780

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN )
) ss.
COUNTY OF OAKLAND )

I, Kimberly Ramsay, am an employee of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., and I certify that on May 18, 2026, I served the following documents:

**DIESEL GLOBAL LOGISTICS, INC.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND REQUESTS TO PRODUCE**

together with this ***Certificate of Service*** upon the attorneys of record ***via email and first-class mail*** at their respective email address(es) and mailing address(es) as disclosed by the pleadings herein.

/s/ Kimberly Ramsay

Kimberly Ramsay
*for Quintairos, Prieto, Wood & Boyer, P.A.*