Exhibit 6

From: Leo St. Amour <lstamour@michiganautolaw.com>

To: 'kevin.plagens@qpwblaw.com' <kevin.plagens@qpwblaw.com>

CC: Alexander Kemp <akemp@michiganautolaw.com>;Kevin Seiferheld <kseiferheld@michiganautolaw.com>;Elize Vartanian <esimon@michiganautolaw.com>

BCC:

Subject: RE: EXT RE: McDonald v. Diesel

Sent: 4/2/2026 5:00:00 PM

Attachments: image001.png, image002.png, image003.png, image004.gif, image005.png, image006.png, image007.png, image008.png, image009.png, image010.png, image011.png, image012.png, image013.png

---

Mr. Plagens,

Pursuant to Federal Rule of Civil Procedure 37(a)(1), Eastern District of Michigan Local Rule 7.1, Judge McMillion's Practice Guidelines, and the Amened Case Management Requirements and Scheduling Order, Counsel for Plaintiff would like to conduct a meet and confer to attempt to resolve outstanding discovery issues, namely:

1. Diesel Global Logistics, Inc.'s (DGL) outstanding answers to Plaintiff's Second Set of Interrogatories and Request for Production of Documents, which are overdue

2. DGL's answers to Plaintiff's Second Set of Requests for Admission, which are not sufficiently answered pursuant to Federal Rule of Civil Procedure 36(a)(1)(4)

3. DGL's supplemental answers to Plaintiff's First Set of Interrogatories as outlined in previous correspondence dated April 15, 2025, including:
   a. #4: DGL identified that it has been a freight forwarder with FJ Carrier since June of 2023, but did not provide the extent, including how often, when it worked with FJ Carrier
   b. #12: the information of the load being communicated electronically and produce such documentation
   c. #19: the number of loads that have been arranged and how many for FJ Carrier
   d. #20: Regarding the Certificate of Liability Insurance: there are references at least 6 different insurance policies but only one is referenced in this answer. Can you please supplement to identify all those insurance policies and produce copies

of such policies?

4. DGL's answers to Plaintiff's First Set of Request for Production of Documents, including:
   a. #5: the written communication between Diesel and FJ Carrier / the driver is relevant to our direct negligence claim. Can you please supplement to provide such written communication?
   b. #14: we asked for payments between Diesel and FJ Carrier. Since it was stated that Diesel began arranging loads a few months before this collision, I don't believe that is unduly burdensome to produce a few months.
   c. #20: you answered that you are compiling the dispatch records, can you please supplement?
   d. #25: you answered that you are compiling the handbooks / manuals, can you please supplement?

Please provide availability to conduct this meet and confer. If we do not receive a response from you by the close of business on Monday, April 6, 2026, we will proceed to step 2 of the Court's protocol concerning discovery disputes and will request a status conference with the Court.

Thank you,