Exhibit 7

**From:** Alexander Kemp
**To:** Kevin J Plagens; Leo St. Amour
**Cc:** Kevin Seiferheld; Elize Vartanian; Kimberly D. Ramsay; Shellie K. Patterson; Deborah Linsdeau
**Subject:** RE: EXT RE: McDonald v. Diesel
**Date:** Monday, April 6, 2026 1:45:16 PM
**Attachments:** image001.png
image002.png
image003.png
image005.png
image006.png
image007.png
image008.png
image009.png
image010.png
image011.png
image012.png
image013.png
image014.png
image015.png
image016.png
image017.png
image018.png
image775281.png
image509569.png
image889541.png
image593006.png
image285967.png
image317743.png
image632897.png
image252762.png
image275752.png
image012446.png
image000065.png
image938162.png

---

Thanks Kevin. We will send over a stip.



**Alexander Kemp**
Attorney at Law
Board Certified in Truck Accident Law | NBTA

(800) 968-1001
(248) 254-8081 (fax)
akemp@michiganautolaw.com
30101 Northwestern Hwy, Farmington Hills, MI 48334

This email message is CONFIDENTIAL, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), please immediately notify the sender by return email or by calling (800) 968-1001 and delete this email message from your computer. Thank you.

**From:** Kevin J Plagens <kevin.plagens@qpwblaw.com>
**Sent:** Monday, April 6, 2026 12:53 PM
**To:** Alexander Kemp <akemp@michiganautolaw.com>; Leo St. Amour <lstamour@michiganautolaw.com>
**Cc:** Kevin Seiferheld <kseiferheld@michiganautolaw.com>; Elize Vartanian <esimon@michiganautolaw.com>; Kimberly D. Ramsay <kimberly.ramsay@qpwblaw.com>; Shellie K. Patterson <shellie.patterson@qpwblaw.com>; Deborah Linsdeau <deborah.linsdeau@qpwblaw.com>
**Subject:** Re: EXT RE: McDonald v. Diesel

CAUTION: This email is from an external source. If you believe it's malicious, use the Report Message button.

Alex,

I have asked my client to send me all the documents that he has that would be responsive to RQA, Interrogatories and RQPD. My plan is to have my paralegal go through the documents with him so he can explain what documents are responsive to the specific request and then get you the answers to all the issued discovery. Call me if you want to discuss this further. Kevin (248) 470-4976

**Kevin J Plagens | Senior Partner**
**Quintairos, Prieto, Wood & Boyer, P.A.**
41430 Grand River Ave, Suite D, Novi, MI 48375
Ph: (248) 783-6780 ext. 4894 Fax: (248) 783-6781
Email: kevin.plagens@qpwblaw.com
qpwblaw.com

Alabama ◆ Arizona ◆ California ◆ Colorado ◆ Connecticut ◆ Florida ◆ Georgia ◆ Idaho ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts ◆ Michigan ◆ Mississippi
Missouri ◆ Nevada ◆ New Jersey ◆ New Mexico ◆ New York ◆ North Carolina ◆ Ohio ◆ Oregon ◆ Pennsylvania ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI ◆ Utah ◆ Washington ◆ West Virginia

**QPWB is committed to providing the best client experience possible.**
Please contact client support with any issues or questions regarding your service.

---

**From:** Alexander Kemp <akemp@michiganautolaw.com>
**Sent:** Monday, April 6, 2026 12:11 PM
**To:** Kevin J Plagens <kevin.plagens@qpwblaw.com>; Leo St. Amour <lstamour@michiganautolaw.com>
**Cc:** Kevin Seiferheld <kseiferheld@michiganautolaw.com>; Elize Vartanian <esimon@michiganautolaw.com>; Kimberly D. Ramsay <kimberly.ramsay@qpwblaw.com>; Shellie K. Patterson <shellie.patterson@qpwblaw.com>; Deborah Linsdeau <deborah.linsdeau@qpwblaw.com>
**Subject:** RE: EXT RE: McDonald v. Diesel

Kevin,

Does that include not just amending or supplementing the prior answers, but also answering the interrogatories and RPD that were never answered?

Thanks,



**Alexander Kemp**
Attorney at Law
Board Certified in Truck Accident Law | NBTA

(800) 968-1001
(248) 254-8081 (fax)
akemp@michiganautolaw.com
30101 Northwestern Hwy, Farmington Hills, MI 48334

This e□ail message is CONFIDENTIAL, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), please immediately notify the sender by return e□ail or by calling (800) 968-1001 and delete this e□ail message from your computer. Thank you.

---

**From:** Kevin J Plagens <kevin.plagens@qpwblaw.com>
**Sent:** Thursday, April 2, 2026 1:52 PM
**To:** Leo St. Amour <lstamour@michiganautolaw.com>
**Cc:** Alexander Kemp <akemp@michiganautolaw.com>; Kevin Seiferheld <kseiferheld@michiganautolaw.com>; Elize Vartanian <esimon@michiganautolaw.com>; Kimberly D. Ramsay <kimberly.ramsay@qpwblaw.com>; Shellie K. Patterson <shellie.patterson@qpwblaw.com>; Deborah Linsdeau <deborah.linsdeau@qpwblaw.com>
**Subject:** Re: EXT RE: McDonald v. Diesel

CAUTION: This email is from an external source. If you believe it's malicious, use the Report Message button.

Mr. St Amour,

I have spoken with my client. Would you be agreeable to stipulated order whereby my client will provide you with amended answers pm pr before 4/14/2026? Please advise.

Regards,

Kevin Plagens
(248) 470-4976

**Kevin J Plagens | Senior Partner**
**Quintairos, Prieto, Wood & Boyer, P.A.**
41430 Grand River Ave, Suite D, Novi, MI 48375
Ph: (248) 783-6780 ext. 4894 Fax: (248) 783-6781
Email: kevin.plagens@qpwblaw.com
qpwblaw.com

Alabama ◆ Arizona ◆ California ◆ Colorado ◆ Connecticut ◆ Florida ◆ Georgia ◆ Idaho ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts ◆ Michigan ◆ Mississippi
Missouri ◆ Nevada ◆ New Jersey ◆ New Mexico ◆ New York ◆ North Carolina ◆ Ohio ◆ Oregon ◆ Pennsylvania ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI ◆ Utah ◆ Washington ◆ West Virginia

**QPWB is committed to providing the best client experience possible.**
Please contact client support with any issues or questions regarding your service.

---

**From:** Leo St. Amour <lstamour@michiganautolaw.com>
**Sent:** Thursday, April 2, 2026 1:00 PM
**To:** Kevin J Plagens <kevin.plagens@qpwblaw.com>
**Cc:** Alexander Kemp <akemp@michiganautolaw.com>; Kevin Seiferheld <kseiferheld@michiganautolaw.com>; Elize Vartanian <esimon@michiganautolaw.com>
**Subject:** RE: EXT RE: McDonald v. Diesel

Mr. Plagens,

Pursuant to Federal Rule of Civil Procedure 37(a)(1), Eastern District of Michigan Local Rule 7.1, Judge McMillion's Practice Guidelines, and the Amened Case Management Requirements and Scheduling Order, Counsel for Plaintiff would like to conduct a meet and confer to attempt to resolve outstanding discovery issues, namely:

1. Diesel Global Logistics, Inc.'s (DGL) outstanding answers to Plaintiff's Second Set of Interrogatories and Request for Production of Documents, which are overdue

2. DGL's answers to Plaintiff's Second Set of Requests for Admission, which are not sufficiently answered pursuant to Federal Rule of Civil Procedure 36(a)(1)(4)

3. DGL's supplemental answers to Plaintiff's First Set of Interrogatories as outlined in previous correspondence dated April 15, 2025, including:
    a. #4: DGL identified that it has been a freight forwarder with FJ Carrier since June of 2023, but did not provide the extent, including how often, when it worked with FJ Carrier
    b. #12: the information of the load being communicated electronically and produce such documentation
    c. #19: the number of loads that have been arranged and how many for FJ Carrier
    d. #20: Regarding the Certificate of Liability Insurance: there are references at least 6 different insurance policies but only one is referenced in this answer. Can you please supplement to identify all those insurance policies and produce copies of such policies?

4. DGL's answers to Plaintiff's First Set of Request for Production of Documents, including:
    a. #5: the written communication between Diesel and FJ Carrier / the driver is relevant to our direct negligence claim. Can you please supplement to provide such written communication?
    b. #14: we asked for payments between Diesel and FJ Carrier. Since it was stated that Diesel began arranging loads a few months before this collision, I don't believe that is unduly burdensome to produce a few months.
    c. #20: you answered that you are compiling the dispatch records, can you please supplement?
    d. #25: you answered that you are compiling the handbooks / manuals, can you please supplement?

Please provide availability to conduct this meet and confer. If we do not receive a response from you by the close of business on Monday, April 6, 2026, we will proceed to step 2 of the Court's protocol concerning discovery disputes and will request a status conference with the Court.

Thank you,



**Leo St. Amour**
Attorney at Law

(800) 968-1001
(248) 254-8081 (fax)
lstamour@michiganautolaw.com
30101 Northwestern Hwy, Farmington Hills, MI 48334

MICHIGAN AUTOLAW.COM
AUTO ACCIDENT ATTORNEYS

This e-mail message is CONFIDENTIAL, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), please immediately notify the sender by return e-mail or by calling (800) 968-1001 and delete this e-mail message from your computer. Thank you.

---

**From:** Alexander Kemp
**Sent:** Friday, December 26, 2025 12:38 PM
**To:** Kevin Seiferheld <kseiferheld@michiganautolaw.com>; 'kevin.plagens@qpwblaw.com' <kevin.plagens@qpwblaw.com>
**Cc:** Elize Vartanian <esimon@michiganautolaw.com>
**Subject:** RE: EXT RE: McDonald v. Diesel

Mr. Plagens,

I hope you are having a great holiday season and Happy New Year!

After the new year, can you please send the outstanding discovery below? We have some deps upcoming and want to make sure we have the discovery for the deps.

Thanks!

---

**From:** Alexander Kemp
**Sent:** Thursday, October 30, 2025 12:47 PM
**To:** Kevin Seiferheld <kseiferheld@michiganautolaw.com>; 'kevin.plagens@qpwblaw.com' <kevin.plagens@qpwblaw.com>
**Cc:** Elize Vartanian <esimon@michiganautolaw.com>
**Subject:** RE: EXT RE: McDonald v. Diesel

Mr. Plagens,

Please see below

Thanks,

---

**From:** Alexander Kemp
**Sent:** Thursday, October 30, 2025 12:42 PM
**To:** 'Kevin Plagens' <KJPlagens@kopkalaw.com>; Kevin Seiferheld <kseiferheld@michiganautolaw.com>
**Cc:** Elize Vartanian <esimon@michiganautolaw.com>
**Subject:** RE: EXT RE: McDonald v. Diesel

Mr. Plagens,

Just following up on this. Can you please send over?

Thanks!

---

**From:** Kevin Plagens <KJPlagens@kopkalaw.com>
**Sent:** Tuesday, April 15, 2025 6:50 PM
**To:** Kevin Seiferheld <kseiferheld@michiganautolaw.com>; Alexander Kemp <akemp@michiganautolaw.com>
**Cc:** Elize Vartanian <esimon@michiganautolaw.com>
**Subject:** Re: EXT RE: McDonald v. Diesel

CAUTION: This message is from an external source. Please exercise caution before opening attachments, clicking links, or following guidance. If you believe it is malicious, use the Report Message button.

Soon!

Get Outlook for iOS

---

**From:** Kevin Seiferheld <kseiferheld@michiganautolaw.com>
**Sent:** Tuesday, April 15, 2025 5:16:51 PM
**To:** Kevin Plagens <KJPlagens@kopkalaw.com>; Alexander Kemp <akemp@michiganautolaw.com>

**Cc:** Elize Vartanian <esimon@michiganautolaw.com>
**Subject:** RE: EXT RE: McDonald v. Diesel

Trying to turn you into a full time facilitator.



**Kevin Seiferheld**
Attorney at Law

MICHIGAN AUTOLAW.COM
AUTO ACCIDENT ATTORNEYS

(800) 968-1001
(248) 254-8081 (fax)
kseiferheld@michiganautolaw.com
www.MichiganAutoLaw.com
30101 Northwestern Hwy, Farmington Hills, MI 48334

This e-mail message is CONFIDENTIAL, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), please immediately notify the sender by return e-mail or by calling (800) 968-1001 and delete this e-mail message from your computer. Thank you.

**From:** Kevin Plagens <KJPlagens@kopkalaw.com>
**Sent:** Tuesday, April 15, 2025 4:50 PM
**To:** Kevin Seiferheld <kseiferheld@michiganautolaw.com>; Alexander Kemp <akemp@michiganautolaw.com>
**Cc:** Elize Vartanian <esimon@michiganautolaw.com>
**Subject:** EXT RE: McDonald v. Diesel

CAUTION: This message is from an external source. Please exercise caution before opening attachments, clicking links, or following guidance. If you believe it is malicious, use the Report Message button.

You guys are relentless. Like a pack of wolves circling the old prey!

**Kevin J. Plagens** | Shareholder
KPD ATTORNEYS AT LAW
KOPKA PINKUS DOLIN PC
32605 W. Twelve Mile Road, Suite 300
Farmington Hills, MI 48334
**T:** 248.324.2620 **x** x760 | **F:** 248.324.2610
**Direct:** 248.848.1885 | **Cell:** 248.470.4976

**Offices in Illinois, Indiana, Michigan, Kentucky and Wisconsin**
**website** | **vCard** | **map** | **email**

**From:** Kevin Seiferheld <kseiferheld@michiganautolaw.com>
**Sent:** Tuesday, April 15, 2025 4:28 PM
**To:** Alexander Kemp <akemp@michiganautolaw.com>; Kevin Plagens <KJPlagens@kopkalaw.com>
**Cc:** Elize Vartanian <esimon@michiganautolaw.com>
**Subject:** RE: McDonald v. Diesel

Ya, Mr. Plagens. Get on the ball.



**Kevin Seiferheld**
Attorney at Law

(800) 968-1001
(248) 254-8081 (fax)

kseiferheld@michiganautolaw.com
www.MichiganAutoLaw.com
30101 Northwestern Hwy, Farmington Hills, MI 48334

This e□ail message is CONFIDENTIAL, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), please immediately notify the sender by return e□ail or by calling (800) 968-1001 and delete this e□ail message from your computer. Thank you.

**From:** Alexander Kemp <akemp@michiganautolaw.com>
**Sent:** Tuesday, April 15, 2025 3:47 PM
**To:** Kevin Plagens <KJPlagens@kopkalaw.com>
**Cc:** Kevin Seiferheld <kseiferheld@michiganautolaw.com>
**Subject:** McDonald v. Diesel

Mr. Plagens,

After reviewing your written discovery answers, we still need a few more things. Can you please provide the following and supplement your written discovery?

Please let me know if you have any questions or would like to discuss.

Thanks!

Rogs

#4 – you identified that Diesel has been a freight forwarder with FJ Carrier since June of 2023, but did not provide the extent, including how often, when Diesel worked with FJ Carrier

#8 – please identify which person was involved in this process of overseeing the computer automated process

#12 – please provide the information of the load being communicated electronically and produce such documentation

#19 – please provide the number of loads that have been arranged and how many for FJ Carrier

#20 – the Certificate of Liability Insurance references at least 6 different insurance policies but only one is referenced in this answer. Can you please supplement to identify all those insurance policies and produce copies of such policies?

RPD

#13 – the written communication between Diesel and FJ Carrier / the driver is relevant to our direct negligence claim. Can you please supplement to provide such written communication?

#14 – we asked for payments between Diesel and FJ Carrier. Since it was stated that Diesel began arranging loads a few months before this collision, I don't believe that is unduly burdensome to produce a few months.

#20 – you answered that you are compiling the dispatch records, can you please supplement?

#25 – you answered that you are compiling the handbooks / manuals, can you please supplement?



**Alexander Kemp**
Attorney at Law

(800) 968-1001
(248) 254-8081 (fax)
akemp@michiganautolaw.com
www.MichiganAutoLaw.com
30101 Northwestern Hwy, Farmington Hills, MI 48334