Exhibit 8

From: Alexander Kemp <akemp@michiganautolaw.com>

To: Lauren R. Sulik <lrsulik@kopkalaw.com>;Kevin Seiferheld <kseiferheld@michiganautolaw.com>;Elize Vartanian <esimon@michiganautolaw.com>

CC: Kevin Plagens <KJPlagens@kopkalaw.com>;Kim D. Ramsay <kdramsay@kopkalaw.com>

BCC:

Subject: RE: EXT 109010 : : McDonald, James v Diesel Global, et al :

Sent: 1/29/2025 6:05:16 PM

Attachments: image001.png, image451185.png, image204935.png, image415630.png, image296132.gif, image637476.png, image515670.png, image516686.png, image378737.png, image582770.png, image554520.png, image373716.png

---

Lauren,

Not a problem at all.

Thanks,



**Alexander Kemp**
Attorney at Law

(800) 968-1001
(248) 254-8081 (fax)
akemp@michiganautolaw.com
www.MichiganAutoLaw.com
30101 Northwestern Hwy, Farmington Hills, MI 48334

This email message is CONFIDENTIAL, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error or are not the named recipient(s), please immediately notify the sender by return email or by calling (800) 968-1001 and delete this email message from your computer. Thank you.

**From:** Lauren R. Sulik <lrsulik@kopkalaw.com>
**Sent:** Wednesday, January 29, 2025 12:47 PM
**To:** Kevin Seiferheld <kseiferheld@michiganautolaw.com>; Alexander Kemp <akemp@michiganautolaw.com>; Elize Vartanian <esimon@michiganautolaw.com>
**Cc:** Kevin Plagens <KJPlagens@kopkalaw.com>; Kim D. Ramsay <kdramsay@kopkalaw.com>
**Subject:** EXT 109010 : : McDonald, James v Diesel Global, et al :

CAUTION: This message is from an external source. Please exercise caution before opening attachments, clicking links, or following guidance. If you believe it is malicious, use the Report Message button.

Good afternoon,

Please advise if you'll grant us a two week extension in order to fully respond to your discovery requests. I note responses are due this week Friday (1/31). The new due date would be Friday (2/14).

If you have any questions, please let us know.

Thank you,

**Lauren R. Sulik** | Paralegal
K|P|D ATTORNEYS AT LAW
KOPKA PINKUS DOLIN PC
32605 W. Twelve Mile Road, Suite 300
Farmington Hills, MI 48334
**T:** 248.324.2620 **x** 918 | **F:** 248.324.2610
**Direct:** 248.324.2601

**Offices in Illinois, Indiana, Michigan, Kentucky and Wisconsin**

**website | vCard | map | email**

Note: This e-mail may contain confidential information. If you have received this e-mail without being the proper recipient, you are hereby notified that any review, copying or distribution of it is strictly prohibited. Please inform us immediately and destroy the original transmittal. Please visit www.kopkalaw.com for other information concerning our firm

This email has been scanned for email related threats and delivered safely by Mimecast.