Exhibit 10

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMES MCDONALD,

Plaintiff,

vs.

Case No: 2:24-cv-10049-MFL-CI
Hon. Brandy R. McMillion
Mag. Judge Curtis Ivy, Jr.

FJ CARRIER LOGISTICS LLC, a foreign corporation, DIESEL GLOBAL LOGISTICS, INC., a foreign corporation, and MARCO POLO PASTRANA-JIMENEZ,

Defendants.

/

KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (P80963)
Michigan Auto Law, P.C.
Attorneys for Plaintiff
30101 Northwestern Hwy.
Farmington Hills, MI 48334
(248) 353-7575
(248) 254-8081 fax
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
esimon@michiganautolaw.com

TIMOTHY S. GROUSTRA (P48966)
KELLY E. MANN (P60596)
DICKIE, MCCAME & CHILCOTE, PC
Attorneys for Defendants Marco Pastrana-Jimenez/FJ Carrier Logistics
120 Kercheval Avenue, Suite 200
Grosse Pointe Farms, MI 48236
(313) 308-2034
(888) 811-7144 fax
tgroustra@dmclaw.com
kmann@dmclaw.com

KEVIN J. PLAGENS (P55992)
QUINTAIROS, PRIETO,
WOOD & BOYER, P.C.
Attorney for Defendant Diesel
41430 Grand River Ave., Suite D
Novi, MI 48375
(248) 783-6780
(248) 783-6781 fax
Kevin.Plagens@qpwblaw.com

/

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**NOTICE OF TAKING VIDEOTAPED DEPOSITION OF JOSE SANCHEZ**

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff, JAMES MCDONALD, by and through his attorneys, MICHIGAN AUTO LAW, P.C., will take the videotaped deposition of:

**Deponent:** Jose Sanchez

**Date/Time:** Mutually convenient date and time to be determined

**Location:** To be determined

before a notary public, from time to time thereafter as same may be continued until completed, said deposition to be taken pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Michigan.

You are invited to attend and cross examine said witness.

Respectfully submitted,

MICHIGAN AUTO LAW, P.C.

BY: /s/ Kevin H. Seiferheld
KEVIN H. SEIFERHELD (P58016)
Attorney for Plaintiff

Dated: October 30, 2025

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as directed on the pleadings on October 30, 2025, by:

☐ US MAIL ☐ FAX ☐ HAND DELIVERY ☐ FEDERAL EXPRESS ☐ OTHER
☐ E-FILE ☒ E-MAIL

*/s/ Elize Vartanian Simon*
Elize Vartanian Simon