Exhibit 11

## Leo St. Amour

**From:** Leo St. Amour
**Sent:** Tuesday, September 1, 2026 3:54 PM
**To:** Kevin J Plagens; Kimberly D. Ramsay
**Cc:** Alexander Kemp; Kevin Seiferheld; Elize Vartanian
**Subject:** James McDonald v. DGL
**Attachments:** ORD - Proposed Stip Ord Compelling Discovery.docx

**Categories:** Attached to Filevine

Mr. Plagens,

As we have discussed, we are still awaiting the production of updated discovery responses and the dates for the deposition of your client and its dispatcher. Please see the attached stipulated order compelling the production of this discovery and these depositions and let me know if we may sign your name and submit it to the Court for entry.

If we are unable to work out the terms on a stipulated order compelling this discovery by the end of this week, we intend to proceed with filing a motion to compel.

Thank you,

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

James McDonald,

Plaintiff,

vs.

FJ Carrier Logistics, LLC, *et al.*,

Defendants.

Case No. 2:24-cv-10049-BRM-CI
Hon. Brandy R. McMillion
Mag. Curtis Ivy, Jr.

---

**[PROPOSED] STIPULATED ORDER COMPELLING DISCOVERY**

This matter having come before the Court upon stipulation of the parties and the Court otherwise being fully informed of the premises;

**IT IS HEREBY ORDERED** that Defendant Diesel Global Logistics, Inc., shall serve supplemental answers Plaintiff's Second Set of Interrogatories and Second Request for Production of Documents on or before Friday, September 18, 2026.

**IT IS FURTHER ORDERED** that Defendant Diesel Global Logistics, Inc. shall serve supplemental answers to Plaintiff's First Set of Interrogatories and First Request for Production of Documents on or before Friday, September 18, 2026.

**IT IS FURTHER ORDERED** that Defendant Diesel Global Logistics, Inc.'s corporate representative and dispatcher shall appear for depositions on or before Friday, September 25, 2026.

**IT IS SO ORDERED.**

______________________________
BRANDY R. MCMILLION
UNITED STATES DISTRICT JUDGE

Dated:

We stipulate to the entry of the above order:

/s/ Alexander P. Kemp
ALEXANDER P. KEMP (P80963)
Attorney for Plaintiff

______________________________
KEVIN J. PLAGENS (P55992)
Attorney for Defendant Diesel Global Logistics, Inc.