Exhibit 1

CARRIER
LOGISTICS LLC
607 Grand Central Blvd.
Laredo, TX 78045

Date: 1-AGO-2023

First Name: MARCO Polo Middle Name: PASTRANA Last Name: JIMENEZ

Date of Birth: 30-OCT-1991 Social Security#: N/A

Address: 2ª CERRADA DE HIDALGO Phone Number#: 722-341-4766

City: TOLUCA State: EDO.MEX ZIP Code: 52300

Do you have the legal right to work in the United States? ☐ Yes ☐ No

Can you provide Proof of Age? ☐ Yes ☐ No

Have you ever worked for this company before? ☐ Yes ☐ No

Are you employed now? ☐ Yes ☐ No

If so, please explain: ______

If so, please list dates of Employment ______ to ______

Reason for Leaving: ______

Who referred you? ______

Have you ever been convicted of a felony? ☐ Yes ☐ No

If so, please explain: ______

IS there any reason you might not be able to perform the functions of the job for which you have applied for?? ☐ Yes ☐ No

If so, please explain: ______

# COMMERCIAL DRIVER APPLICATION

FILL IN ALL BLANKS & PROVIDE ALL INFORMATION REQUESTED – PRINT OR TYPE

Date: 08-01-2023

First Name: MARCO POLO Middle Name: PASTRANA Last Name: JIMENEZ

Date of Birth: 30-OCT-1991 Social Security#: N/A

Address: 2da CERRADA DE HIDALGO Phone Number#: 722 341-4766

City: TOLUCA State: EDO.MEX ZIP Code: 52300

If there has been a change of address within the last 3 years, please list your previous addresses below.

1) Street: ______ From: ______ To: ______
City: ______ State: ______ Zip: ______

2) Street: ______ From: ______ To: ______
City: ______ State: ______ Zip: ______

3) Street: ______ From: ______ To: ______
City: ______ State: ______ Zip: ______

If you need more space, please use the blank space on the back side of this sheet.

Driver's License Information:
Please list last 3 licenses held.

State: ______ Number: ______ Expiration Date ______

State: ______ Number: ______ Expiration Date ______

State: ______ Number: ______ Expiration Date ______

Experience:

Equipment: ______ Dates: ______

Equipment: ______ Dates: ______

Equipment: ______ Dates: ______

Accidents, Last 3 years – (If none, please write NONE)

Date: ______ Describe: ______ Injuries: ______ Fatalities: ______

Date: ______ Describe: ______ Injuries: ______ Fatalities: ______

List all Traffic Violations/Convictions within the last 3 years – (If none, please write NONE)

Date: ________ Violation: ______________ State: _____ Commercial Vehicle: YES/NO

Date: ________ Violation: ______________ State: _____ Commercial Vehicle: YES/NO

Date: ________ Violation: ______________ State: _____ Commercial Vehicle: YES/NO

Date: ________ Violation: ______________ State: _____ Commercial Vehicle: YES/NO

Have you ever had any drivers license denied, suspended, revoked, or canceled by any issuing state agency? ☐ Yes ☑ No

If so, please explain: ______________________________

Employment History; last 10 years (383.65) – account or gaps between employers.

1) Employer: MOVIMIENTOS INDUSTRIALES DE ACERO CALIDAD Dates: 30/01/21 to 31/03/23
Address: ACCESO ALAEROPUERTO MUNICIPAL 5.8km Supervisor: OPERADOR
City, State, Zip: CELAYA. GUANAJUATO 38116 Telephone: 461 618 8920

Were you subject to the Federal Motor Carrier Regulations during this period? ☐ Yes ☐ No

Were You subject to 49CFR Part 40 controlled substance and alcohol testing? ☐ Yes ☐ No

Reason for Leaving: ______________________________

2) Employer: FLETAMENTO INTEGRAL SA DE CV Dates: 23/06/18 to 06.06.2020
Address: INDEPENDENCIA No 859 Supervisor: OPERADOR
City, State, Zip: VERACRUZ. VER CP. 91700 Telephone: 229 923 01 00

Were you subject to the Federal Motor Carrier Regulations during this period? ☐ Yes ☐ No

Were You subject to 49CFR Part 40 controlled substance and alcohol testing? ☐ Yes ☐ No

Reason for Leaving: ______________________________

3) Employer: EXPRESS DE CARGA SA DE CV Dates: 10.07.20 to 25-01-21
Address: COL. EL CERRILLO Supervisor: ________
City, State, Zip: TOLUCA EDO. MEX Telephone: 55 1089 9004

Were you subject to the Federal Motor Carrier Regulations during this period? ☐ Yes ☐ No

Were You subject to 49CFR Part 40 controlled substance and alcohol testing? ☐ Yes ☐ No

Reason for Leaving: ______________________________

4) Employer: ______________________ Dates: ______ to ______
Address: ______________________ Supervisor: ______________
City, State, Zip: ______________________ Telephone: ______________

Were you subject to the Federal Motor Carrier Regulations during this period? ☐ Yes ☐ No

Were You subject to 49CFR Part 40 controlled substance and alcohol testing? ☐ Yes ☐ No

Reason for Leaving: ______________________________________________

5) Employer: ______________________ Dates: ______ to ______
Address: ______________________ Supervisor: ______________
City, State, Zip: ______________________ Telephone: ______________

Were you subject to the Federal Motor Carrier Regulations during this period? ☐ Yes ☐ No

Were You subject to 49CFR Part 40 controlled substance and alcohol testing? ☐ Yes ☐ No

Reason for Leaving: ______________________________________________

6) Employer: ______________________ Dates: ______ to ______
Address: ______________________ Supervisor: ______________
City, State, Zip: ______________________ Telephone: ______________

Were you subject to the Federal Motor Carrier Regulations during this period? ☐ Yes ☐ No

Were You subject to 49CFR Part 40 controlled substance and alcohol testing? ☐ Yes ☐ No

Reason for Leaving: ______________________________________________

7) Employer: ______________________ Dates: ______ to ______
Address: ______________________ Supervisor: ______________
City, State, Zip: ______________________ Telephone: ______________

Were you subject to the Federal Motor Carrier Regulations during this period? ☐ Yes ☐ No

Were You subject to 49CFR Part 40 controlled substance and alcohol testing? ☐ Yes ☐ No

Reason for Leaving: ______________________________________________

Use backside of sheet for additional employers.

**For driver applicants of Commercial Motor Vehicles that require a Commercial Drivers License (CDL) the applicant must disclose their controlled substance and alcohol status per the requirements of 49CFR Part 40.25(J).**

As a prospective driver employee, you have the right to review the information provided previous employers. You have the right to errors in information corrected by the previous employer(s) and for that previous employer(s) to re-send the corrected information to the prospective employer. You have the right to have a rebuttal statement attached the alleged Erroneous information, if the previous employer and the driver cannot agree on the accuracy of the information.

Driver employees who have previous Department of Transportation, regulated employment history in the preceding three years; and wish to review previous employer provided investigative information, must submit a written request to the prospective employer, which may be done at any time. Including when applying or as late thirty (30) days after being employed or being notified of denial of employment. The prospective employer must provide this information to applicant within five (5) business days of receiving the written request. If the prospective employer has not yet received the requested information from the previous employer(s), then the five (5) business day deadlines will begin when the prospective employer receives the requested safety performance history information. If the driver has not arranged to pick up or receive the requested records within thirty (30) days of the prospective employer making them available. The prospective motor carrier may consider the driver to have waived their request to review the records.

"I certify that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge."

[signature] 1-AGOSTO-2023

Applicants Signature Date Signed

TO BE COMPLETED BY THE EMPLOYER:

Application received by: Application received for completeness by:

Name Name

Title Date Title Date

SIGNIFICANT DATES:

Date of Hire ______________

Time and Date of Pre-Employment (CST) ______________

Time and Date of Pre-Employment Result (CST) ______________

Date of First Used in Safety Sensitive Position ______________

Date of Termination ______________