Exhibit 2

# PSP Detailed Report

**Federal Motor Carrier Safety Administration**

**No crash or inspection results found.**

## Driver Information

| Last Name | First Name | License # | State |
|---|---|---|---|
| PASTRANAJIMENEZ | MARCOPOLO | EDOM030933 | MX |

## Crash Activity

**Crash Summary (Crashes listed represent a driver's involvement in FMCSA-reportable crashes, without any determination as to responsibility.)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| # of Crashes: | 0 | # of Crashes with Fatalities: | 0 | # of Crashes with Injuries: | 0 | # of Towaways: | 0 |
| # Not preventable: | 0 | # of Fatalities: | 0 | # of Injuries: | 0 | # of Hazmat Releases: | 0 |

**Crash Details (Crashes listed represent a driver's involvement in FMCSA-reportable crashes, without any determination as to responsibility.)**

| | Date | DOT # | Carrier Name | Driver Name | Driver Lic | State | Driver DOB | Rpt St | Report Number | Location | # Fatalities | # of Injuries |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Inspection Activity (3 year history from MCMIS snapshot date)

**Inspection Summary**

| Driver Summary | | Vehicle Summary | | Hazmat Summary | |
|---|---|---|---|---|---|
| Driver Inspections: | 0 | Vehicle Inspections: | 0 | Hazmat Inspections | 0 |
| Driver Out-of-service Inspections: | 0 | Vehicle Out-of-service Inspections: | 0 | Hazmat Out-of-service Inspections: | 0 |
| Driver Out-of-service Rate: | 0% | Vehicle Out-of-service Rate: | 0% | Hazmat Out-of-service Rate: | 0% |

**Inspection Details**

| Carrier Info | | | | Driver Info | | | | Inspection Info | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | DOT # | Carrier Name | Driver Name | Driver Lic | State | Driver DOB | Rpt St | Report Number | Hazmat Insp | Insp Level | # of Viol |

**Violation Summary**

| Violation # | Description | # of Violations | # of Out-of-service Violations |
|---|---|---|---|

The summary counts and rates only include violations that were attributable to PASTRANAJIMENEZ, MARCOPOLO.

Report executed at: 8/29/2023 2:09:06 PM

MCMIS snapshot date: 07/28/2023

This document contains sensitive information. Improper handling of this information can negatively affect individuals. Handle and secure this information appropriately to prevent inadvertent disclosure by keeping the document under the control of authorized persons. Properly dispose of this document when no longer required.

For an explanation of FMCSA-reportable crashes see: https://www.psp.fmcsa.dot.gov/psp/?redirectUrl=FAQ