Exhibit 3

An official website of the United States government Here's how you know

United States Department of Transportation

FMCSA
Federal Motor Carrier Safety Administration

DRUG & ALCOHOL CLEARINGHOUSE

My Dashboard | Violations | Queries: Detail | Return-to-Duty | Reports | Manage

# Query Detail

## Query Overview

### Employer Conducting Query: FJ CARRIER LOGISTICS LLC

### Query Result: Driver Not Prohibited

**Query Status:** Completed (8/29/2023 14:26:05)

**Conducted By:** JADE ARREZOLA | **Query Type:** Pre-employment |
**Query Submitted:** Manually

#### Driver Information

**Name:** MARCO POLO PASTRANA-JIMENEZ
**Date of Birth:** [redacted]
**CDL/CLP i :** MX-MX-EDOM030933

#### Consent Information

**Requested:** 8/29/2023 14:25:55
**Recorded:** 8/29/2023 14:26:05
**Status:** Provided

#### Query History

**Created:** 8/29/2023 14:25:55
**Completed:** 8/29/2023 14:26:05
**Query Result:** Driver Not Prohibited

## Open Violations

### No Open Violations

LEARN MORE

The Return-to-Duty Process

U.S. DEPARTMENT OF TRANSPORTATION
**Federal Motor Carrier Safety Administration**
1200 NEW JERSEY AVENUE, SE
WASHINGTON, DC 20590
202-366-4000

Subscribe To Email Update

**About**
About FMCSA
Registration
Regulations
Safety
Analysis
Careers
FMCSA Portal

**News and Events**
FMCSA Newsroom
Press Releases
Speeches
Testimony
Events

**Resources**
Resources for Carriers
Resources for Consumers
Resources for Drivers
Forms
Contact Us

**Policies, Rights, Legal**
About DOT
Budget and Performance
Civil Rights
FOIA
Information Quality
No FEAR Act
Office of Inspector General
Privacy Policy
Vulnerability Disclosure Policy