Exhibit 4

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCDONALD,
Plaintiff,
Case No. 2:24-cv-10049-MFL-CI
-vs-
FJ CARRIER LOGISTICS LLC, a foreign corporation, DIESEL GLOBAL LOGISTICS, INC., a foreign corporation, and MARCO POLO PASTRANA-JIMENEZ,
Defendants.
_______________________________________/

V I D E O T A P E D D E P O S I T I O N

DEPONENT: ELIAS SALINAS
DATE: Thursday, January 29, 2026
TIME: 10:04 a.m.
LOCATION: Laredo, Texas
REPORTER: Maureen M. McLaughlin, CSR-4400
Core Litigation Support, LLC, Firm-8546
VIDEO: Jake Primak
Core Litigation Support, LLC, Firm-8546

Page 2

APPEARANCES:
MICHIGAN AUTO LAW
By: Alexander P. Kemp (P-80963)
Leo St. Amour (P-88642)
E-mail: Akemp@michiganautolaw.com
30101 Northwestern Highway
Farmington Hills, Michigan 48334
Telephone: 248.353.7575
Appearing on behalf of the Plaintiff

DICKIE MCCAMEY & CHILCOTE, P.C.
By: Timothy S. Groustra (P-48966)
E-mail: Tgroustra@dmclaw.com
120 Kercheval Avenue, Suite 200
Grosse Pointe Farms, Michigan 48236
Telephone: 313.308.2034
Appearing on behalf of Defendants Pastrana-Jimenez and FJ Carrier Logistics

Page 3

APPEARANCES: (Continued)
QUINTAIROS PRIETO WOOD & BOYER, P.C.
By: KEVIN J. PLAGENS (P-55992)
E-mail: Kevin.plagens@qpwblaw.com
41430 Grand River Avenue, Suite D
Novi, Michigan 48375
Telephone: 248.783.6780
Appearing on behalf of Defendant Diesel Global Logistics

Page 4

TABLE OF CONTENTS

WITNESS
ELIAS SALINAS PAGE

Examination by Mr. Kemp. . . . . . . . . . . .10
Examination by Mr. Groustra. . . . . . . . . 183

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Ex. No. 1 | Northern Express Group Document. . . . . . . . . . . | 184 |
| Ex. No. 2 | Facebook Page . . . . . . . . | 184 |
| Ex. No. 3 | Facebook Page . . . . . . . . | 184 |
| Ex. No. 4 | Facebook Page . . . . . . . . | 184 |
| Ex. No. 5 | Article . . . . . . . . . . . | 184 |
| Ex. No. 6 | Article . . . . . . . . . . . | 184 |
| Ex. No. 7 | CorporationWiki Document. . . | 184 |
| Ex. No. 8 | Affidavit . . . . . . . . . . | 184 |
| Ex. No. 9 | Policy Declarations . . . . . | 184 |
| Ex. No. 10 | Bill of Lading. . . . . . . . | 184 |
| Ex. No. 11 | Bill of Lading. . . . . . . . | 184 |
| Ex. No. 12 | Rate Confirmation . . . . . . | 184 |

Page 5

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Ex. No. 13 | Monarch Data | 184 |
| Ex. No. 14 | Instruction Letter | 184 |
| Ex. No. 15 | Invoice | 184 |
| Ex. No. 16 | Driver Vehicle Inspection Report | 184 |
| Ex. No. 17 | Administrative Sanctions | 184 |
| Ex. No. 18 | Safety Manual | 184 |
| Ex. No. 19 | Letter | 184 |
| Ex. No. 20 | Signature Page | 184 |

(Exhibits attached to transcript)

Page 6

Thursday, January 29, 2026
Laredo, Texas
10:04 a.m.
* * *

THE VIDEO OPERATOR: We are now on the record. This begins media one in the video deposition of Elias Salinas, taken virtually. Today's date is January 29, 2026. The time is now 10:04 a.m.
This is the matter of James McDonald versus FJ Carrier Logistics LLC, Diesel Global Logistics, Incorporated, and Marco Polo Pastrana-Jimenez, case number 2:24-cv-10049-MFL-CI in the U.S. District Court, Eastern District of Michigan, Southern Division.
My name is Jake Primak, legal videographer. Our court reporter today is Maureen McLaughlin, both representing Core Litigation Support, LLC.
Will the court reporter please swear in the witness.
ELIAS SALINAS,
after having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

Page 7

THE VIDEO OPERATOR: Thank you.
Counselors, would you please briefly introduce yourselves for the record.
MR. KEMP: Alex Kemp on behalf of the plaintiff.
MR. GROUSTRA: Tim Groustra on behalf of --
MR. PLAGENS: Kevin Plagens -- Kevin Plagens on behalf of Diesel Global Logistics.
MR. GROUSTRA: Tim Groustra on behalf of defendants FJ and Marco Pastrana.
THE VIDEO OPERATOR: Thank you. We may proceed.
MR. KEMP: Let the record reflect that this is the deposition of FJ Carrier Logistics, taken pursuant to notice, in agreement of counsel, to be used for any and all purposes under the Federal Court Rules and Federal Rules of Evidence.
Good morning, sir.
THE WITNESS: Good morning.
MR. KEMP: You ever given a deposition before?
THE WITNESS: Yes, sir.
MR. KEMP: Okay. How many times?
THE WITNESS: A few times. Two or three

Page 8

times.
MR. KEMP: Okay. Is that in your capacity at FJ Carrier Logistics?
THE WITNESS: Yes, sir.
MR. KEMP: And would that be related to other motor vehicle collisions?
THE WITNESS: Yes, sir. Two of them were for myself personally.
MR. KEMP: Okay. Were you being sued personally?
THE WITNESS: No. I was actually struck by somebody else.
MR. KEMP: All right. So you were a actual plaintiff in -- in those other -- okay.
THE WITNESS: Correct.
MR. KEMP: All right. I'll just briefly go over the ground rules even though you've been through this experience, and your attorney may have explained how today's going to go, and I don't want to know anything you've discussed with your attorney, okay?
THE WITNESS: Understood.
MR. KEMP: Today's just a question and answer session. I'm here to ask questions. Your job is to answer them, okay?

Page 9

THE WITNESS: Understood.
MR. KEMP: If you don't understand my question, please let me know. I'm happy to rephrase at any time. I'm not here to trick you, confuse you. I just want to get a clear question, have you answer it to the best of your ability, okay?
THE WITNESS: Yes, sir.
MR. KEMP: Okay. We are doing this via Zoom, so if it freezes, it lags, something happens with the connection, please let me know so we can stop and then we can go back, okay?
THE WITNESS: Yes, sir.
MR. KEMP: If you answer my question, I'm going to assume, number one, you heard it, and, number two, you understood it. Is that fair?
THE WITNESS: Can you say that again, please?
MR. KEMP: Yeah. If you answer my question, I'm going to assume, number one, you heard it, and, number two, you understood it. Is that fair?
THE WITNESS: Yes, sir, it is.
MR. KEMP: Okay. And since we have a court reporter typing down everything we say, I just ask that you do your best to give a verbal response.

Page 10

It's really hard for her to type things down like uh-huh, shaking a head, nodding a head, things we might do in a normal conversation, okay?
THE WITNESS: Correct.
EXAMINATION
BY MR. KEMP:
**Q. All right. Can you please state your full name.**
A. Elias Salinas.
**Q. And it's my understanding you have been produced as the corporate representative of FJ Carrier Logistics LLC; is that correct?**
A. Yes, sir.
**Q. Okay. And so you understand your testimony's on behalf of FJ Carrier Logistics?**
A. Yes, sir.
**Q. Okay. And you -- were you provided a copy of the deposition notice for today's deposition?**
A. Yes, sir.
**Q. And have you reviewed that deposition notice?**
A. Yes, sir.
**Q. And you've been produced as the -- the person most knowledgeable in those categories on those topics in that deposition notice; is that right?**
MR. GROUSTRA: Subject to the objection that was filed.

Page 11

BY MR. KEMP:
**Q. You can answer, sir.**
A. Yes, sir.
**Q. Okay. If you are not the most knowledgeable person in a specific topic, can -- can you let me know that when we get to that topic, sir?**
A. Yes, sir, I will.
**Q. Okay. And, again, I don't want to know anything you may have discussed with your attorney, but what did you do to prepare for today's deposition?**
A. Went over the deposition files basically, and that's pretty much it.
**Q. And when you say, I guess, deposition files, are you talking about the deposition notice or other documents you reviewed?**
A. The notice.
**Q. Okay. The notice. Any other documents you reviewed in preparation for this deposition?**
A. No, sir.
**Q. Did you talk to anyone, again, besides your attorney, in preparation for today's deposition?**
A. No, sir.
**Q. Okay. No one else at FJ at all regarding this deposition?**
A. No. No, sir.

Page 12

**Q. And what is your current position at FJ Carrier Logistics LLC?**
A. Safety analyst.
**Q. How long have you been safety analyst?**
A. Since the company started, sir.
**Q. How long is that?**
A. About four years, more or less.
**Q. Okay. And is that the company started four years ago or you started with the company four years ago?**
A. I started with the company four years ago.
**Q. Okay. All right. So you've always held that position as safety analyst?**
A. Yes, sir.
**Q. What are your job responsibilities as a safety analyst?**
A. Check the insurance policies, speak to the departments for -- safety department when they have questions, and basically give them feedback if any information is needed.
**Q. Okay. All right. Any other job responsibilities?**
A. No, sir.
**Q. Is there a certain, I guess, home office or place you work out of?**
A. I do home office and I do some in the office as well.
**Q. Okay. And what is the location of the in office?**

Page 13

A. The what? I'm sorry.
**Q. What is the location of the office you go to?**
A. 13911 Copper Drive, Laredo, Texas 78045.
**Q. And when you say you speak to safety departments, are there multiple safety departments at FJ?**
A. Some of it is done in Laredo, and some of it is done in Mexico.
**Q. Do you oversee both the offices or the operations in Laredo as well as Tex -- or excuse me -- as well as Mexico?**
A. Sometimes Mexico, but mostly the -- in the United States, in Laredo.
**Q. Okay. The -- I guess the -- would that be -- so it's a separate office in Mexico; is that right?**
A. Correct.
**Q. Okay. And that -- that office, that's a FJ Carrier Logistics' office as well?**
A. Correct.
**Q. Okay. And, so, in terms of the -- I guess the safety departments in Laredo, are there more than one?**
A. No, sir.
**Q. Okay. And, so, who would you generally be communicating or talking with at the Laredo office?**
A. With Miss Hazel. Back in the day with Mr. Marcos, Jade.

Page 14

**Q. Okay. Anyone else?**
A. No, sir.
**Q. All right. That -- that's -- Hazel, is that Beccerra?**
A. That is correct.
**Q. Okay. And what is Hazel's position?**
A. Current position is safety manage.
**Q. Did she hold a -- a different position before?**
A. Yes. She was in the hiring division.
**Q. Sounds like she got a promotion?**
A. Correct.
**Q. Okay. And then you said Mar -- Marcos; is that right?**
A. Yes, Marco -- I forgot --
**Q. Marco Morales?**
A. That -- that's the one, yes, sir.
**Q. Okay. No, not a problem. All right. So Marco, what is his current title?**
A. He no longer works for FJ Carriers.
**Q. And when did he stop working there?**
A. I would say a couple of years ago. A year or two ago.
**Q. The collision that we're here for today occurred on August 29, 2023. He was working at FJ at -- at that time?**
A. Yes, sir. He was the term -- the safety manager back then.
**Q. Safety manager. Okay. Back at the time of the**

Page 15

**collision, was Hazel responsible for that hiring position?**
A. Yes, sir.
**Q. And then you mentioned Jade. What is Jade's last name?**
A. That's a good one. It's weird. It starts with a G. I can never pronounce it.
**Q. Okay. What is Jade's position?**
A. She assists in the safety department, so she does multiple tasks.
**Q. Okay. So would she, I guess, report to Hazel?**
A. Correct.
**Q. Okay. And so when you say like multiple tasks, what types of tasks are we talking about?**
A. I would say evaluate the drivers, violations, permits, things of that nature.
**Q. Was Jade working for -- and if -- if I say FJ, you understand I'm talking about FJ Carrier Logistics LLC?**
A. Yes, sir. We agree.
**Q. Okay. So was Jade working for FJ at the time of the collision?**
A. Yes, sir.
**Q. Okay. Same position?**
A. Yes, sir.
**Q. Okay. And then you mentioned you would also oversee,**

Page 16

**at least sometimes, the safety department in Mexico; is that right?**
A. Yes. You know, on a phone call or stuff like that.
**Q. Okay. And who would you typically speak with from the Mexican office?**
A. Basically it was just a phone call. I would never get names.
**Q. Okay. Well, what type of, I guess, positions of people are you dealing with from that office?**
A. It's just basic assistants to the drivers.
**Q. So are you dealing with like drivers specifically, dispatchers, managers?**
A. In the safety department, like when I would speak to in Mexico, it was just, you know, a brief question regarding, you know, something to do with the safety, that they -- they had a question.
**Q. Okay. So it sounds like a very small percentage of your day-to-day job responsibilities?**
A. Correct.
**Q. Okay. All right. Have you ever held a commercial driver's license?**
A. No, sir.
**Q. And what is your highest level of education?**
A. Some college.
**Q. No college degrees?**

Page 17

A. No, sir.
**Q. Okay. Any certificates of any kind?**
A. No, sir.
**Q. Any specific training in motor carriers, commercial motor vehicles, any -- anything like that in the transportation industry?**
A. No, sir.
**Q. Where did you work before FJ?**
A. Before, I used to work for Rio Grande Cartage.
**Q. And what is that?**
A. It's a trucking company, a local trucking company.
**Q. Did you have similar job responsibilities?**
A. Similar, and I was office manager as well.
**Q. Were they smaller than FJ?**
A. Yes, sir.
**Q. Okay. And how long did you work there for?**
A. Eleven years.
**Q. Okay. Where did you work before then?**
A. Before that I used to work for Danny Herman Trucking.
**Q. Okay. I assume another trucking company?**
A. Yes, sir.
**Q. Okay. What were your job responsibilities there?**
A. Mexico customer service, freight going into Mexico and out of Mexico, and customer service to the driver as well.

Page 18

**Q. How long did you work there for?**
A. I believe it was three or four years.
**Q. Where did you work before then?**
A. Zipp Xpress, which was bought out by Celadon Trucking.
**Q. Okay. What did you do there?**
A. It was a northbound dispatcher. Excuse me.
**Q. How long did you work there for?**
A. Around six years, give or take.
**Q. Any jobs before that?**
A. No, sir.
**Q. Okay. Sounds like you've been in the transportation industry your whole life?**
A. Correct.
**Q. And the -- the full legal name of FJ is FJ Carrier Logistics LLC; is that correct?**
A. That is correct, sir.
**Q. What does FJ stand for, if anything?**
A. I do not know, sir.
**Q. Okay. How did you find out about FJ?**
A. Basically through one of the owners, which is Leopoldo Mendiola.
**Q. I'm sorry. Which -- which owner was it?**
A. Leopoldo Mendiola, Jr.
**Q. Leopoldo Men -- Mendiola, Jr. you said?**
A. Correct.

Page 19

**Q. Okay. Did he, I don't know, like recruit you to come work at FJ?**
A. We had mutual friends.
**Q. All right. Does FJ Carrier Logistics LLC have any doing business as names or any other trade names at all?**
A. No, sir.
**Q. Do you know when FJ Carrier Logistics was formed?**
A. No, sir.
**Q. And it's a Texas corporation; is that correct?**
A. I believe so, yes, sir.
**Q. Okay. And the principal place of business, is that the address you gave me of 13911 Copper Drive in Laredo, Texas?**
A. That is correct, sir.
**Q. Okay. Does the company have any other addresses or locations?**
A. No, sir.
**Q. Okay. What about the location in Mexico that you described?**
A. Yes, sir. It is a -- basically a -- a trailer lot and they have like a mobile home that's basically converted into an office.
**Q. Okay. Anything else down at that Mexico location?**
A. Excuse me?

Page 20

**Q. Anything else down in that Mexico location?**
A. No, sir.
**Q. Is there a certain address for that Mexico location?**
A. Don't know the address itself, sir.
**Q. And does FJ have any other terminals or any other types of offices or presence anywhere else besides that Laredo, Texas address you provided me?**
A. No, sir.
**Q. Okay. I had an address of 221 Desert Palm Drive in Laredo, Texas. Did FJ Carrier ever have a location at that address?**
A. That is like the mailing address that they used when they first started.
**Q. Is that a personal residence?**
A. Yes, sir.
**Q. Okay. Of who?**
A. It used to -- well, I don't know if it is or it used to be Mr. Leopoldo Mendiola's house.
**Q. 607 Grand Central Boulevard in Laredo Texas, was that ever an address for FJ Carrier?**
A. Briefly they -- they rented out a space there, and they had a mobile home which was their office.
MR. GROUSTRA: I'm sorry. Which one was that?
MR. KEMP: 607 Grand Central Boulevard.

Page 21

MR. GROUSTRA: Thank you.
BY MR. KEMP:
**Q. Sounds like they weren't there for too long. Is that -- would that be fair?**
A. Yes, sir.
**Q. Okay. Has there ever been any address, whether physical or mailing address, of 3303 Geiberger Court in Laredo, Texas?**
A. Not to my knowledge, sir.
**Q. Okay. Has there ever been an address of 503 East Sandy Hill, McAllen, Texas?**
A. No, sir, not to -- not to my knowledge.
**Q. Okay. Any other truck yards or -- or anything else, or any other locations associated with FJ Carrier?**
A. Not to my knowledge, sir.
**Q. And obviously FJ Carrier Logistics is an LLC, which is a limited liability company, correct?**
A. I believe so.
**Q. Okay. And I received some answers to Interrogatories, which are some written questions we had sent to FJ, and it looks like there are five members of FJ Carrier Logistics; is that correct?**
A. Yes, sir.
**Q. Okay. And that is -- can you tell -- do you know who those members are?**

Page 22

A. Yes. Well, I know not their whole name, but I do. So it's Eric, Juan and Francisco Penalver, Michelle Velasco and Leopoldo Mendiola.
**Q. Okay. All right. And so that first, Eric Penalver Serna, Sr.? Would that be correct?**
A. I believe so.
**Q. Okay. And then Juan Penalver Hernandez, Sr.; is that right?**
A. I believe so.
**Q. And Juan Francisco Penalver Serna, Sr.; is that correct?**
A. I believe so, sir.
**Q. And I assume they're all related?**
A. Yes, sir.
**Q. Okay. And how are they related?**
A. Mr. Juan, he's the father, Eric and Francisco, obviously the sons, and Michelle is married to Eric.
**Q. Is Leopoldo a family member of any kind with everyone else?**
A. No, sir.
**Q. What is -- what is Eric's job title at FJ?**
A. He's -- we -- I consider him just one of the owners.
**Q. Okay. What would he do as part of his responsibilities as an owner of FJ?**
A. Mexican sales.

Page 23

**Q. And when you say sales, what exactly does that mean?**
A. Basically getting customers in Mexico.
**Q. And when you say customers, we're talking about being able to -- to haul loads?**
A. Correct.
**Q. Is he going directly to shippers? Is he dealing with brokers, freight forwarders?**
A. All of the above.
**Q. Okay. Juan Francisco, what would -- is he, I guess, considered one of the owners? Any different than Eric?**
A. No, sir.
**Q. As in he's just one of the owners, correct?**
A. Correct.
**Q. Okay. What is his job responsibilities?**
A. He basically -- to my knowledge, he does the same as Mr. Eric.
**Q. Anything different at all?**
A. Not to my knowledge.
**Q. What about Juan?**
A. Do not know basically. I know he's the -- the father, and that's probably it.
**Q. Is it mostly Eric and Juan that are, I don't know, quote-unquote, running the company?**
A. Fran -- Juan Francisco or Juan, Sr.?

Page 24

**Q. That's fair. Juan Francisco is the -- did you say -- he's the father, correct?**
A. There's two Juans.
**Q. Okay.**
A. Okay. So Juan, and I know they're -- they're both seniors, so Juan is -- Mr. Juan, he's the older gentleman, and he's the father. I -- basically I don't know -- I mean, he's the father. I don't know what he does and what role he has other than owner.
**Q. Okay. Juan Francisco is one of the sons?**
A. Correct.
**Q. Gotcha. I -- I apologize. I was confused. So is it -- is it Juan Francisco and Eric that are the ones running the company?**
A. Yes, sir.
**Q. Okay. To your knowledge, does Juan, the father, have any, I don't know, active role in running the day-to-day operations?**
A. Not to my knowledge, sir.
**Q. Okay.**
A. Excuse me.
**Q. And then you said Michelle is Eric's wife; is that correct?**
A. Yes, sir.
**Q. Okay. What are her responsibilities?**

Page 25

A. Silent partner.
**Q. All right. No -- no real job responsibilities in any day-to-day operations?**
A. No, sir.
**Q. And what about Leopoldo Mendiola?**
A. U.S. operations.
**Q. And is that sales? What else would that, I guess, be when you say operations?**
A. Basically sales, equipment purchases, or -- or stuff like that.
**Q. And, then, those five people are the -- the five owners of FJ Carrier Logistics; is that right?**
A. That is correct.
**Q. Do you know what the -- the split is of who has more ownership than others, an equal split, what that might be?**
A. I believe fifty percent is Mr. Mendiola, and the other fifty percent is distributed with the four family members, the Penalvers and Michelle.
**Q. Has that ownership interest ever changed since FJ began?**
A. Not to my knowledge.
**Q. Juan, he -- the father, does he have any business ownership in any other companies?**
A. Not to my knowledge, sir.

Page 26

**Q. Juan Francisco, does he have any business ownership in any other companies?**
A. Not to my knowledge, sir.
**Q. Eric, does he have any business ownership in any other companies?**
A. I believe they have a Mexican transportation company which is called Efe Jota, which is FJ Soluciones.
**Q. And -- and what is that company?**
A. It's a transportation company in Mexico.
**Q. Is that exclusively or only in Mexico?**
A. Yes, sir.
**Q. Now, FJ Carrier Logistics LLC, is that United States and Mexico?**
A. Yes, sir.
**Q. Is that mostly in the United States?**
A. Yes, sir.
**Q. Do you know who also owns the FJ Solut -- did you say Soluciones?**
A. Soluciones.
**Q. Okay. Does anyone else besides Eric have any ownership interest in that company?**
A. I -- I would not know, sir.
**Q. Okay. Does Eric have any ownership interest in any other companies?**
A. Not that I know, sir.

Page 27

**Q. And what is the relationship of FJ Carrier Logistics to FJ Soluciones?**
A. Not -- none to my knowledge.
**Q. And why would FJ Carrier Logistics and FJ Soluciones both have FJ in their name and both be owned by the same person then?**
A. I would not know, sir.
**Q. Okay. That sounds like Eric might be someone more knowledgeable in that subject, right?**
A. I believe so, sir.
**Q. Okay. Fair enough. Are there any other businesses that Michelle has any ownership interest in?**
A. Not to my knowledge, sir.
**Q. Is there any business that Leopoldo has any business ownership in?**
A. Yes, sir.
**Q. Okay. And what businesses?**
A. Tradex Logistics Incorporated.
**Q. And what is Tradex Logistics?**
A. It's a transportation company.
**Q. And where are they out of?**
A. Laredo, Texas.
**Q. Okay. Are they exclusive to United States or do they go to Mexico as well?**
A. Both.

Page 28

**Q. Who else would have an ownership interest in Tradex?**
A. He's the sole proprietor.
**Q. Any other businesses that Leopoldo has a business interest in?**
A. Not to my knowledge.
**Q. Americo Guerrero, who is that?**
A. He is a terminal manager for FJ Logistics.
**Q. What are the job responsibilities of a terminal manager?**
A. Basically foresee everything that's going on in the company.
**Q. Virginia Segura, who is that?**
A. She was in Mexico. She was in operations.
**Q. When you say was, does that mean she's no longer employed at FJ?**
A. Correct.
**Q. I assume she was employed at the time of our collision?**
A. Correct.
**Q. What was her job title?**
A. I know she was in operations. The exact title I don't.
**Q. And, I guess, when you say operation, what -- what can that, I don't know, potentially include?**
A. Basically get loads from customers, provide the info

Page 29

for the drivers to get dispatched.
**Q. Americo Guerrero, was he also the terminal manager back on the date of this collision?**
A. Yes, sir.
**Q. Ariel Gonzales, who is that?**
A. I believe she worked in Mexico as well.
**Q. What are her job responsibilities?**
A. I don't know.
**Q. I'm sorry. Did you say you don't know?**
A. Exactly. I don't.
**Q. Okay. All right. Is she still employed by FJ?**
A. I do not know.
**Q. Okay. So, Ariel and Virginia, they would have been working out of this trailer in Mexico?**
A. Yes, sir.
**Q. Okay. Does FJ have any type of website?**
A. Not that I know of, sir.
**Q. Why not?**
A. Why not don't I know, or -- or why not don't they have one?
**Q. That's a fair question. Why not would they have a website?**
A. I do not know. I mean, what's difference if you have a website or not have a website?
**Q. Okay. It -- it just -- 2026, most businesses have**

Page 30

**websites these days. That's -- that's why I ask why a business would not have a website.**
A. I do not know.
**Q. Okay. Does FJ Carrier Logistics LLC have any parent companies?**
A. No, sir.
**Q. Does FJ Carrier Logistics have any subsidiaries?**
A. No, sir.
**Q. Does FJ Carrier Logistics LLC have any sister companies?**
A. No, sir.
**Q. Does FJ Carrier Logistics LLC have any companies that are affiliated in any way?**
A. No, sir.
**Q. Would there be any affiliation with the FJ Soluciones?**
A. No, sir.
**Q. And why not?**
A. Because one is a U.S. trucking company and one is a Mexican trucking company.
**Q. FJ Carrier Logistics LLC you said is both United States and Mexico but predominantly in the United States; is that right?**
A. Correct.
**Q. Okay. Would FJ Carrier Logistics and FJ Soluciones ever work together in any way?**

Page 31

A. Not to my knowledge, sir.
**Q. Okay. And who would potentially have that knowledge? Eric?**
A. Yes, sir.
**Q. And, then, what about Tradex Logistics Incorporated. What is the relationship of them to FJ Carrier Logistics LLC?**
A. None, sir.
MR. GROUSTRA: Object -- object to form.
THE WITNESS: None.
BY MR. KEMP:
**Q. Okay. There is common ownership with both of those companies with Leopoldo, correct?**
A. That is correct, sir.
**Q. Okay. Do you know anything about Tradex Logistics Incorporated?**
A. Yes, sir.
**Q. Okay. Can you tell me about what you know of Tradex?**
MR. GROUSTRA: Object to form. Broad.
THE WITNESS: It's a trucking company owned by Mr. Mendiola.
BY MR. KEMP:
**Q. Okay. Do you know anyone else that works there?**
A. Yes, sir.
**Q. Okay. Who -- who else do you know that works there?**

Page 32

A. Paolo Lalasa (phonetic), Mayra Garza (phonetic), I believe her last name is, Lillian Martinez. I know a couple of different people there.
**Q. Are those people like in safety departments?**
A. In different departments.
**Q. Okay. Are you in contact with them in any way?**
A. Yes.
**Q. Okay. And what -- what would you be in contact with them for?**
A. Dispatching, any kind of information like that.
**Q. Does Tradex and FJ Carrier Logistics LLC, utilize the same dispatchers?**
A. No, sir.
**Q. So, then, when you say dispatch, what do you mean by that?**
A. I work for Tradex Logistics as well.
**Q. Oh, okay. All right. So you work for FJ Carrier Logistics LLC, right?**
A. I am their company rep, yes, sir.
**Q. Okay. Well, your position I think you said is safety analyst at FJ Carrier; is that correct?**
A. Correct.
**Q. Okay. You also work for Tradex Logistics Incorporated; is that right?**
A. Yes, sir.

**Q. Okay. And what is your job position at Tradex?**
A. I'm the safety manager, sir.
**Q. And what are your job responsibilities at Tradex as the safety manager?**
A. Overlook the -- the safety department.
**Q. Sounds like similar job responsibilities at FJ?**
A. Yes, sir.
**Q. Are they different in any way in those responsibilities?**
A. Yes, sir. Yes, sir.
**Q. Okay. Okay. And how are they different?**
A. I work on a day-to-day basis out of Tradex Logistics.
**Q. And so -- and just so I understand, most of your time is spent with Tradex Logistics Incorporated?**
A. That is correct, sir.
**Q. Okay. And when you say most, are we talking about like ninety-five percent, seventy percent, sixty percent? Can you give me an estimate?**
A. A guesstimate would be ninety-five percent.
**Q. Okay. So only about five percent of your time is actually dealing with FJ Carrier Logistics?**
A. That is correct, sir.
**Q. Has it been that way since you began working at FJ?**
A. Yes, sir.
**Q. Okay. And when you started at FJ, did you also start**



**at Tradex Logistics Incorporated?**
A. No, sir. I've been at Tradex Logistics for seven years.
**Q. Okay. Because when we were going through your prior job history, I don't recall Tradex. So when did you -- was that before the Rio Grande Cartage?**
A. After Rio Grande Cartage.
**Q. After Rio Grande Cartage, before FJ; is that right?**
A. Yes, sir.
**Q. Okay. And then you were working at Tradex for a few years, maybe three years or so and then also began having job responsibilities at FJ; is that correct?**
A. That is correct, sir.
**Q. And who would have hired you at Tradex?**
A. Mr. Mendiola.
**Q. Who would have approached you to also have job responsibilities at FJ Carrier?**
A. Mr. Mendiola.
**Q. Okay. And, so, do you work out of the Tradex office?**
A. Yes, I do, sir.
**Q. Okay. And what is the location of -- of that office?**
A. 607 Grand Central Boulevard, Laredo, Texas 78045.
**Q. The current address of Tradex was also once the address of FJ Carrier; is that correct?**
A. Yes, sir.



**Q. Okay. Is there any current office space or resources utilized at the 607 Grand Central office for FJ Carrier?**
A. No, sir.
**Q. So Leo -- Leopoldo is involved with Tradex as well as FJ, correct?**
A. Yes, sir.
**Q. Okay. Is there anyone else that has any relationship to Tradex that also has a relationship to FJ?**
A. No, sir.
**Q. And when I say relationship, I mean maybe involved or may not necessarily be an owner but maybe works on or -- or deals with both of them.**
A. No, sir.
**Q. Just Leopoldo and you?**
A. Yes, sir.
**Q. Tradex Logistics, how many trucks does Tradex have?**
A. Two hundred and forty trucks.
**Q. How many drivers?**
A. Roughly about four hundred drivers.
**Q. Has that been consistent or would that be approximately how many trucks and drivers Tradex would have had at the time of our collision?**
A. No. This was -- the accident happened in 20 -- 2023?
**Q. Correct.**



A. It would have been like around a hundred and fifty trucks.
**Q. So Tradex has grown since this collision?**
A. Correct.
**Q. Same amount of drivers, or I assume maybe a little less drivers back in 2023?**
A. That is correct, less drivers.
**Q. Okay. What type of cargo does Tradex Logistics haul?**
A. Freight, all kinds.
**Q. I'm sorry?**
A. Freight, all kinds.
**Q. Okay. And what type of cargo does FJ haul?**
A. Freight, all kinds.
**Q. Okay. And has Leopoldo always been the sole proprietor of Tradex Logistics?**
A. Yes, sir.
**Q. All right. So Tradex Logistics and FJ Carrier Logistics LLC, you're doing the same type of work; true?**
A. Similar, yes, sir.
**Q. Meaning they're both motor carriers hauling freight, all kinds of goods, correct?**
A. Yes, sir.
**Q. Okay. And FJ Carrier Logistics, currently, how many trucks do they have?**

Page 37

A. I believe it's a hundred and eighty trucks.
**Q. How many drivers?**
A. I would say about three hundred, three hundred fifty. Would you mind if I take a break, a cigarette break?
**Q. Sure. That's not a problem.**
THE VIDEO OPERATOR: Okay. We are now going off the record. The time is 10:51 a.m.
(Whereupon a recess was taken at 10:51 a.m. until 11 a.m.)
THE VIDEO OPERATOR: We are now back on the record. The time is 11 a.m.
BY MR. KEMP:
**Q. Sir, I wanted to ask you, who at FJ Carrier Logistics LLC would have appointed you as the person most knowledgeable of these topics for today's deposition?**
A. Mr. Mendiola.
MR. GROUSTRA: Counsel, object in part to the extent it calls for attorney-client privilege.
BY MR. KEMP:
**Q. And, again, I'm not trying -- I don't want to know anything that may have been discussed with your attorney.**
**Do you know why Mr. Mendiola would appoint you as the person most knowledgeable in these**

Page 38

**operations regarding FJ Carrier when you only spend about five percent of your time with FJ?**
A. Just because of what my experience is in transportation.
**Q. Okay. And so that's more of a -- a general knowledge of transportation?**
A. Yes, sir.
**Q. Okay. Not particular to FJ Carrier Logistics; true?**
A. Correct.
**Q. Okay. The trucks that Tradex Logistics have, are they ever utilized by FJ Carrier?**
A. No, sir.
**Q. Are the trucks by FJ Carrier -- are they ever utilized by Tradex?**
A. No, sir.
**Q. The drivers at FJ Carrier, are they ever utilized by Tradex?**
A. No, sir.
**Q. The drivers at Tradex, are they ever utilized by FJ?**
A. No, sir.
**Q. Do you know why Mr. Leopoldo would have started another trucking company doing the same thing?**
A. No, sir.
**Q. Obviously a question only Mr. Leopoldo could answer, right?**

Page 39

A. I would assume so.
**Q. Fair enough. Has FJ Carrier Logistics' operating authority ever been revoked, suspended or placed out of service?**
A. No, sir.
**Q. Okay. Has FJ Carrier Logistics ever had a compliance review by the Federal Motor Carrier Safety Administration?**
A. Yes, sir.
**Q. And when was that?**
A. A year after they initiated transportation.
**Q. Were you involved in that in any way?**
A. No, sir.
**Q. Do you know who was?**
A. At the time -- I don't recall her name.
**Q. Is she still employed at FJ?**
A. No, sir.
**Q. What were the results of that compliance review?**
A. Satisfactory, sir.
**Q. Okay. Any other compliance reviews?**
A. Not to my knowledge, sir.
**Q. Any other audits of any kind?**
A. No, sir.
**Q. Has the company ever received a conditional or unsatisfactory safety rating?**

Page 40

A. No, sir.
**Q. And current safety rating would -- would be satisfactory; is that right?**
A. Yes, sir.
**Q. Okay. All right. Do you monitor the basic scores of FJ?**
A. No, sir.
**Q. Is there anyone at FJ that does?**
A. The safety manager.
**Q. And -- and who is that again?**
A. Currently Miss Hazel Beccerra.
**Q. And would that have been Hazel at the time of the collision as well?**
A. Can you repeat the question.
**Q. Yes. You said Hazel's the one that monitors the basic scores at FJ, correct?**
A. Yes.
**Q. Okay. Would that have been her responsibilities back at the time of the collision as well?**
A. No, sir.
**Q. Okay. Who would have been that responsibility at the time of the collision?**
A. Marco Morales.
**Q. Not anything you personally are involved in; is that fair?**

Page 41

A. Say it again, sir.
**Q. Not --**
A. You cut off a little bit.
**Q. I'm sorry. Not anything you personally are involved with in terms of monitoring the basic scores?**
A. No, sir.
**Q. Okay. Do you have any idea what FJ Carrier's basic scores are?**
A. No.
**Q. Do you have any idea what FJ Carrier's basic scores were at the time of our collision?**
A. No, sir.
**Q. Has FJ Carrier ever had an intervention threshold in any basic category?**
A. Not to my knowledge, sir.
**Q. Do you monitor any basic scores for Tradex?**
A. Yes, I do, sir.
**Q. Okay. How are Tradex's basic scores currently?**
MR. GROUSTRA: And if I could interrupt just for a moment. So I'll object to relevance to that, one, as to Tradex scores, but then also, two, basic scores in general that, per it's terms, it's not for litigation purposes, and, I guess, while I'm at it, I'd also request at this time a continuing objection to anything pertaining to claims of

Page 42

negligent hiring, training, and supervision in light of the pending motion that's filed, but obviously you can ask questions and get answers over my objection. Just want a standing objection on them.
MR. KEMP: That's fine.
BY MR. KEMP:
**Q. Go ahead, sir.**
MR. GROUSTRA: Thank you.
THE WITNESS: Okay. Can you repeat the question.
BY MR. KEMP:
**Q. How are Tradex Logistics' basic scores currently?**
A. We have driver fitness, and we have -- I believe it's hours of service that are a little bit high.
**Q. Okay. When you say little bit high, what does that mean?**
A. Past the threshold.
**Q. Okay. And what is that threshold?**
A. It depends on -- on which -- which section you're looking at.
**Q. So, for example, driver fitness, what is the threshold?**
A. I believe it's eighty percent, if I'm not mistaken.
**Q. And obviously basic scores, that compares that company to other similar size companies, correct?**

Page 43

A. Yes, sir.
**Q. Okay. And, then, what is the threshold of hours of service?**
A. I believe it's seventy percent.
**Q. Okay. Do you know what Tradex's basic scores were at the time of our collision?**
A. No, sir.
**Q. Is that something --**
A. Not -- not top of my head, no, sir.
**Q. Okay. Back at the time of the collision, that's something you would have been monitoring?**
A. Yes, sir.
**Q. Okay. FJ Carrier Logistics, do they go across the country?**
A. Yes, sir.
**Q. Okay. I guess, is there anywhere they don't go in terms of the continental United States?**
A. No, sir.
**Q. Okay. And would that be the same for Tradex?**
A. Yes, sir.
**Q. The drivers that FJ Carrier Logistics hires, are they considered employees?**
A. To my knowledge, yes, sir.
**Q. Okay. Is that the same at Tradex?**
A. Yes, sir.

Page 44

**Q. How many of FJ Carriers' drivers are from the United States versus Mexico?**
A. I do not know, sir.
**Q. Okay. Do you know if it's more one than the other?**
A. I believe more -- more from Mexico, yes, sir.
**Q. Is it like ninety, ninety-five percent Mexico or just maybe like sixty percent?**
A. I would assume ninety percent.
**Q. Would that be the same for Tradex?**
A. Yes, sir.
**Q. Who is Grupo Express del Norte?**
A. I do not know, sir.
**Q. You've never heard of Grupo Express del Norte?**
A. I've seen the name, but I don't know.
**Q. I'm going to share my screen. Can you see this, sir? I will make it bigger so you can see it here.**
A. Yes, I see that, sir.
**Q. All right. We'll mark this as Exhibit 1.**
**Gru -- Grupo Express del Norte, which translates to Northern Express Group; is that right?**
A. Yes, sir.
**Q. Okay. And it talks about -- and, again, this is taken directly from their website, and this is freight transportation solutions in Mexico and the United -- USA, over thirty years of experience.**

**Did I read that correctly?**
A. Yes, sir.
**Q. Okay. And, then, if we scroll down to the second page under companies and services, do you see that?**
A. Yes, sir.
**Q. Okay. And according to Grupo Express del Norte's website, these are companies and services for Grupo Express del Norte; true?**
A. By what I'm reading, yes, sir.
**Q. Okay. Meaning Grupo Express del Norte is advertising to the public that their companies and services include Northern Express Transport, FJ Carrier Logistics, FJ Specialized Solutions and Tradex Logistics; true?**
A. That's what it says, sir, yes.
**Q. Okay. All right. So, obviously we talked about FJ Carrier Logistics and Tradex Logistics, and then we talked a little bit about FJ Specialized Solutions, correct?**
A. Yes, sir.
**Q. Okay. And then who is Northern Express Transport?**
A. I do not know, sir.
**Q. Have you ever heard of them before today?**
A. I've seen the logo.
**Q. Anything else besides seeing the logo?**



A. No, sir.
**Q. Do you know who owns Northern Express Transport?**
A. No, sir.
**Q. Is Grupo Express del Norte a parent company for these four companies?**
A. I don't know anything about Grupo Express enough to say.
**Q. I'm going to pull up what will be marked as Exhibit 2, and this is a Facebook page of FJ Carrier Auto Transports by Operator Recruitment.**
**This is the recruitment page for FJ Carrier Logistics; is that correct?**
A. I believe so.
**Q. Okay. Do you -- do you play any role in handling this?**
A. No, sir.
**Q. Okay. Do you know who would?**
A. I would assume the -- the recruitment and safety department for FJ.
**Q. And do you know who in particular would -- would deal with this?**
A. Not sure.
**Q. On FJ Carrier's recruitment Facebook page, the truck that they have has Express del Norte truck on the heading; is that correct?**



A. Yes, sir.
**Q. Okay. And if we scroll down, it looks like it has a visual, again, on FJ Carrier's recruitment page, dealing with Grupo Express del Norte; is that correct?**
A. Yes, sir.
**Q. Okay. And also similar referencing FJ Carrier, as well as the FJ Specialized Solutions, correct?**
A. I just see the logos, but I cannot make out the letters be -- below that. Thank you.
**Q. Okay. I'm sorry. I'll zoom --**
A. No, no, no. You're fine.
**Q. All right.**
A. Okay.
**Q. For the services, it is listed and has FJ Carrier's logo, as well as the FJ Specialized Solutions logo; true?**
A. Yes.
**Q. And this is -- is under the heading Grupo Express del Norte; true?**
A. Yes, sir.
**Q. Okay. So FJ Carrier Logistics' recruitment page is advertising to the public that they are a part of Grupo Express del Norte; true?**
MR. GROUSTRA: Object to form.
THE WITNESS: To what I see, yes, sir.



BY MR. KEMP:
**Q. I'm going to pull up another document here. We'll mark this as Exhibit 3.**
**And this is another post on the FJ Carrier LLC recruitment Facebook page and this has, again, the Grupo Express del Norte at the top; true?**
A. Yes, sir.
**Q. And nuestros servicios. What does that translate to in English?**
A. Our services.
**Q. Okay. So Grupo Express del Norte is advertising to the public that their services include four various companies; true?**
A. That's what it shows, yes, sir.
**Q. Okay. And of those companies, that would include the FJ Carrier Specialization -- Specialized Solutions, FJ Carrier Logistics, Tradex Logistics, and the Transport -- Northern Express Transport; true?**
A. That's what it shows there, yes, sir.
**Q. Okay. Have you ever looked at the recruitment Facebook page of FJ Carrier Logistics?**
A. No, sir.
**Q. Okay. Are you aware that there are many many posts similar to these posts regarding Grupo Express del Norte and advertising other companies such as Tradex,**

**FJ Specialized Solutions and Northern Express Group?**
A. No, sir.
**Q. And as we just looked at in the previous exhibit, you said it translates to our services; true?**
A. Yes, sir.
**Q. Okay. All right. So, again, FJ Carrier Logistics, as it's their Facebook page, is telling the public that they are a service for Grupo Express del Norte; true?**
A. That's what it says, yes, sir.
**Q. Okay. What is FJ Carriers Incorporated?**
A. No idea, sir.
**Q. Have you ever heard of them?**
A. No, sir.
**Q. Are you aware if they have a USDOT number?**
A. No, sir.
**Q. Are you aware of if there was any common ownership in FJ Carriers Incorporated and FJ Carrier Logistics LLC?**
A. No, sir.
**Q. Was FJ Carriers Incorporated ever a shipper?**
A. I do not know, sir.
**Q. Okay. Was FJ Carrier Logistics ever a shipper?**
A. Not to my knowledge, sir.
**Q. Okay. Has the address of 4318 South Zapata Highway in Laredo, Texas ever been associated with FJ Carrier Logistics?**



A. No, sir.
**Q. Okay. Has that address, to your knowledge, ever been associated with FJ Carriers Incorporated?**
A. Not to my knowledge, sir.
**Q. I'm going to share my screen. We'll mark this as Exhibit 4.**
**And this appears to be the -- the Facebook page or another Facebook page of FJ Carrier's recruitment; is that correct?**
A. Yes, sir.
**Q. And obviously we have a -- a photo at the top of an FJ Carrier tractor; is that correct?**
A. Yes, sir.
**Q. Okay. And if we scroll down -- I'll zoom in here -- on this recruitment page, FJ Carrier Logistics also has the logos of FJ Specialized Solutions and Northern Express Transport. Is that true?**
A. Yes, sir.
**Q. Okay. Do you know why FJ Carrier Logistics would be advertising to the public of recruiting drivers with other companies on their logo?**
A. No, sir.
**Q. Who is responsible for the advertising at FJ Carrier Logistics?**
A. I do not know, sir.



**Q. Do you know who would be -- who might know who's responsible?**
A. Don't know. Might be Eric directly.
**Q. Meaning you wouldn't be the person most knowledgeable; Eric might be for at least the advertising part of it?**
A. That is correct.
**Q. Okay. Who at FJ Carrier Logistics is responsible for buying tractors or trailers?**
A. Mr. Mendiola.
**Q. Anyone else?**
A. I would assume Eric.
**Q. Anyone else?**
A. Not to my knowledge.
**Q. I'm going to share my screen again, and we'll mark this as Exhibit 5.**
**And this looks like an article from Movilidad 3. Are you familiar with that website?**
A. No, sir.
**Q. Okay. Are you familiar with Movilidad 3 magazine at all?**
A. No, sir.
**Q. I see we have a picture here. It looks like we have some FJ Carrier trucks, as well as -- does that say X Trade -- or that's Tradex?**
A. Tradex, I believe, but... Tradex.



**Q. Okay. Okay. I'll zoom in here. I'm sorry. That -- that is the logo for Tradex trucks; is that right?**
A. Yes, sir.
**Q. Okay. And do you know who the people in this photo are?**
A. I know two of the people.
**Q. Okay. And who are those people?**
A. The person on the left is Mr. Mendiola. I do not know the person in the middle. And the person on the right is Mr. Eric.
**Q. Okay. And this article is titled Grupo Express del Norte Acquires Fruehauf Brand Equipment for the First Time for Mexico and the USA.**
**Is that true? What I read is accurate?**
A. Yes, sir.
**Q. Okay. And the first line of this article states FJ Carrier Logistics Corp and Tradex Logistics Incorporated are part of Grupo Express del Norte, a pioneering company in transportation and logistics in Mexico dedicated to the transport of dry cargo for the food, industrial, automotive and electronics industrials.**
**Did I read that correctly?**
A. Yes.
**Q. Okay. Is that statement true?**

Page 53

A. I do not know.
**Q. Is Eric someone that would know if that is a true statement or not?**
A. Yes, I would assume so.
**Q. And it looks like Eric gave some comments to this magazine, and he's listed as a commercial director of FJ Carrier?**
A. That is what it says.
**Q. Okay. And so it looks like a purchase or a joint purchase was made with FJ Carrier Logistics and Tradex Logistics to acquire these trailers; is that true?**
A. That is what it says.
**Q. Okay. And obviously a purchase of a trailer, that -- obviously that -- that cost money, right?**
A. Yes, sir.
**Q. Okay. And costs can affect bottom line profits; true?**
A. Yes, sir.
**Q. Okay. And, so, when Tra -- excuse me. When Grupo Express del Norte is making purchases with both FJ Carrier Logistics and Tradex Logistics as a -- as a combined deal, these businesses are working together; true?**
MR. GROUSTRA: Form. Foundation.
THE WITNESS: I do not know the relationship between Grupo Express del Norte. I never

Page 54

heard of that company before, sir.
MR. GROUSTRA: And I'm sorry. I can't see the date of this article. Do you have it?
MR. KEMP: I -- I'm sorry. March 17, 2022.
MR. GROUSTRA: Thank you.
BY MR. KEMP:
**Q. At least according to this article, FJ Carrier Logistics Corporation and Tradex Logistics are carrying out business together; true?**
A. What I've read so far on the article, yes.
**Q. Okay. At least according to this article, FJ Carrier Logistics and Tradex Logistics are making purchases together; true?**
A. Yes, sir.
**Q. Okay. And meaning FJ Carrier Logistics and Tradex Logistics are sharing those costs for these trailers, because they cost money; true?**
A. I do not know about that, sir. I mean, if -- if it says that there...
**Q. I -- I assume acquiring trailers costs money, right?**
A. Yes, sir.
**Q. This -- this brand is not just going to willingly give trailers away presumably, right?**
A. Correct.

Page 55

**Q. Okay. All right. So if a purchase is made for trailers, money is exchanged, correct?**
A. Yes, sir.
**Q. Okay.**
A. Sorry about that. These chairs are really uncomfortable.
**Q. That's okay.**
THE COURT REPORTER: Mr. Plagens disappeared.
MR. KEMP: We can -- I don't want to go ahead without him, but, Tim, you want to take a few-minute break and we can try to get ahold of him?
MR. GROUSTRA: Yeah. See if we can retrieve him.
THE VIDEO OPERATOR: Okay. We are going off the record now. The time is 11:30 a.m.
(Whereupon a recess was taken at 11:30 a.m. until 11:40 a.m.)
THE VIDEO OPERATOR: We are now back on the record. The time is 11:40 a.m.
BY MR. KEMP:
**Q. I'm going to share my screen again, and we'll mark this as -- I think we're on Exhibit 6, and this is an article from T21. Are you familiar with that, T21?**
A. No, sir.

Page 56

**Q. Okay. And it looks like it's titled "A Focus on Cross-Border Services is the Strength of Grupo Express del Norte".**
**Did I read that correctly?**
A. Yes, sir.
**Q. And it looks like it's dated May 31st, 2023, which would have been shortly before our collision; true?**
A. Yes, sir.
**Q. Okay. All right. And obviously we have a photo of an FJ Carrier tractor; is that right?**
A. Yes, sir.
**Q. Okay. And then it looks like there is a quote from Eric talking about our main differen -- differentiator is that we offer a comprehensive logistics solution, where in a shipment that can go from Mexico City to Ontario, Canada, everything is managed by a single person.**
**That's his quote; is that correct?**
A. That's what I read, yes, sir.
**Q. Okay. And it looks like it's stated that his -- the quote of him lists him as the CEO of FJ Carriers and FJ Solutions, companies that make up the Grupo Express del Norte. Is that correct?**
A. Yes, sir.
**Q. Okay. Do you have any reason to believe that**

Page 57

statement by Eric is in any way not factually correct?
A. No.
Q. Okay. And later on in this article it says Grupo Express del Norte is made up of Transportes Express del Norte, FJ Soluciones and FJ Carriers.
Did I read that correctly?
A. Yes, sir.
Q. Okay. Any reason to believe that that statement is incorrect?
A. No, sir.
Q. I'm going to pull up what is marked as Exhibit 7, and these are taken from corporation wiki of FJ Carrier Logistics LLC.
Are you familiar with corporation wiki?
A. No, sir.
Q. Okay. I will zoom in so you can see this. It's identified some key people, and those key people that are identified here are the people that are the -- the owners at FJ Carrier Logistics that we previously talked about. Is that right?
A. Yes, sir.
Q. Okay. And it's a little network visualizer here, and there is a company -- one of the companies here is Tdx Expedited Transport. Is that Tradex?
A. No, sir.

Page 58

Q. Okay. Do you know what Tdx Expedited Transport is?
A. No, sir.
Q. Have you ever heard of them?
A. No, sir.
Q. There's a company, Stellar Fly, Incorporated. Do you know who that is?
A. No, sir.
Q. Okay. There's a company Bird One Aviation Incorporated. Do you know who that is?
A. No, sir.
Q. There is a company U.S. Truck & Equipment Management, LLC. Do you know who that is?
A. No, sir.
Q. I'm going to go to the next page here for Eric's page, and he's listed as a managing member at Monterrey Logistics Solutions LLC. Do you know what that company is?
A. No, sir.
Q. Okay. There is a company listed here as a managing member of Jp Currencies LLC. Do you know what that company is?
A. No, sir.
Q. And you've already said Tdx is not Tradex; is that correct?
A. Yes, sir.

Page 59

Q. Okay. And you don't know what Tdx Expedited is, correct?
A. That is correct, sir.
Q. Okay. Do you know what Sal-Trans Xpress Leasing is?
A. No, sir.
Q. Do you know what United Investments, LLC is?
A. Yes, sir.
Q. Okay. And what is that?
A. It's a company that owns properties.
Q. Do they own the property where FJ Carrier is?
A. I believe they do, sir.
Q. Okay. And obviously it lists a managing member, FJ Carrier Logistics, correct?
A. Yes, sir.
Q. And -- let's see. All right. So you personally have never dealt with any of these other companies listed under Eric; is that correct?
A. No, sir. That's correct.
Q. Okay. All right. Under the next page, Leopoldo Mendiola, --
A. Uh-huh.
Q. -- we have obviously the same company of Tdx Expedited Transport, correct?
A. Yes, sir.
Q. All right. And then we have FJ Carrier Logistics,

Page 60

correct?
A. Yes, sir.
Q. And then the same three companies that we talked about earlier, U.S. Truck & Equipment Management, Bird One Aviation and Stellar Fly, Incorporated, those are three companies you've never heard of?
A. That is correct, sir.
Q. All right. And then it looks like Juan Hernandez, he's also associated with these three companies listed, according to this?
A. Yes, sir.
Q. And then Juan Serna listed associated with the same three companies, correct?
A. Yes, sir.
Q. Okay. Then, finally, Michelle associated with FJ Carrier; is that correct?
A. Yes, sir.
Q. Okay. So the owners at FJ Carrier Logistics LLC are associated with or have ownership interest in multiple companies, according to this?
A. That is correct.
Q. Meaning there is some type of common ownership between these owners; true?
A. Yeah, I believe so.
Q. Are there any type of agreements between FJ Carrier

Page 61

**Logistics and FJ Solutions -- Specialized Solutions?**
A. Can you repeat the question. Sorry.
**Q. Sure. Are there any type of agreements between FJ Carrier Logistics and FJ Specialized Solutions?**
A. Not to my knowledge.
**Q. Okay. Do you know who might have that knowledge? Would that be Eric is probably more knowledgeable in that?**
A. I would assume so, yes, sir.
**Q. Okay. Eric and maybe Leopoldo potentially?**
A. That is correct.
**Q. Okay. And same with potential agreements between FJ Carrier Logistics and Tradex. Are you knowledgeable in that at all or is that something Eric and Leopoldo would be more knowledgeable in?**
A. On Tradex it would be through me as well.
**Q. Okay.**
A. That would be through me, so I would know.
**Q. Okay. Are there any type of agreements between FJ Carrier and Tradex?**
A. Not -- no, sir.
**Q. Okay. Are there any type of agreements that necessarily aren't written but -- but workings together in any way with Tradex and FJ Carrier?**
A. No, sir.

Page 62

**Q. Okay. And what about Transport Express del Norte. Do you know anything about the potential agreements between that company and FJ Carrier Logistics?**
MR. GROUSTRA: Object to form.
THE WITNESS: Can you repeat the question again, please.
BY MR. KEMP:
**Q. Sure. So going back to any potential agreements between FJ Carrier Logistics and Transporte Express del Norte, are you --**
A. I'm not aware.
**Q. -- do you have any knowledge as to that?**
A. No, sir.
**Q. And I assume that would be something that maybe Eric or Leopoldo would be more knowledgeable about?**
A. I believe so, yes, sir.
**Q. Okay. How far is the -- the Tradex location from FJ Carrier location in Laredo?**
A. About eight miles.
**Q. Okay. And does Tradex have a Mexico location as well?**
A. Yes, sir.
**Q. Okay. And is it near the location of FJ Carrier?**
A. No, sir.
**Q. Where is the location of Tradex in Mexico?**
A. We have -- Tradex we have a yard where the trailers

Page 63

are held, and it's called -- the street name is Mex Dos. They call it Mex Dos.
**Q. And, I guess, where is that?**
A. It is near the World Trade Bridge in Laredo -- in Nuevo Laredo.
**Q. And that's -- that would be the city across the border from Laredo, Texas?**
A. Yes, sir.
**Q. Okay. In terms of, for example, like the purchase of equipment, like tractors and trailers, is that something that you would be knowledgeable in or is that someone -- someone else?**
A. It's -- Mr. -- Mr. Mendiola is the one that handles the purchases.
**Q. And I assume you don't handle any -- or maybe -- maybe you do. Do you handle any of the finances at FJ Carrier Logistics?**
A. No, sir.
**Q. Okay. Is that something Eric or Leopoldo would handle?**
A. Yes, sir.
MR. GROUSTRA: I guess I'll object to form.
BY MR. KEMP:
**Q. I'm going to pull up what we will mark as Exhibit 8,**

Page 64

**and then it looks like this is a -- an affidavit you signed back in August of 2025; is that correct?**
A. Yes, sir.
**Q. Okay. And that's obviously your signature. Is that correct?**
A. Yes, sir.
**Q. Okay. And it says you have -- part of your regular job duties include having full knowledge of the auto liability insurance coverages for the company; is that correct?**
A. Yes, sir.
**Q. Do you --**
MR. GROUSTRA: I'm sorry. Did we mark -- I'm sorry. Did we mark this as eight?
MR. KEMP: Yes, eight. I'm sorry. Yes.
MR. GROUSTRA: Great. Thank you.
BY MR. KEMP:
**Q. Are you the one at FJ that is responsible for acquiring insurance?**
A. Yes, sir.
**Q. Okay. So -- so you actually will go and maybe get quotes or sign the documents to attain the insurance?**
A. Some -- on the getting the quotes, yes. On the signing, I -- I -- we speak with Mr. Mendiola as well.
**Q. So, besides yourself and Mr. Mendiola, anyone else**

Page 65

**that would be responsible for obtaining any insurance?**
A. No, sir.
**Q. Do you also obtain insurance for Tradex?**
A. Yes, I do, sir.
**Q. Okay. And does Mr. Mendiola also take part in that as well?**
A. Yes, sir.
**Q. Anyone else associated with Tradex that would obtain any insurance?**
A. No, sir.
**Q. Okay. How long have you had responsibility for obtaining insurance at FJ?**
A. Since they started, sir.
**Q. Do you know who previously would obtain insurance before you started?**
A. No, sir.
**Q. And do you have the final say of we will acquire, I guess, this insurance versus that insurance, or is that something Mr. Mendiola would decide?**
A. We get quotes from different insurances and bring it up with Mr. Mendiola, and we make -- we make the decision on where to go.
**Q. Okay. So is that like a -- a joint decision or something that like you maybe give your opinion and it's ultimately up to him?**

Page 66

A. Give my opinion, ultimately up to him.
**Q. Okay. And it looks like, according to this affidavit, that an insurance policy with Accredited Specialty Insurance Company would apply or be applicable to this collision. Is that correct?**
A. That is correct.
**Q. And is that a policy you would have obtained?**
A. Yes, sir.
**Q. Okay. And where would you have obtained that policy from?**
A. Our insurance agent at the time was Licona Insurance.
**Q. And is that the -- the agency you went to is Licona?**
A. Yes, sir.
**Q. Okay. Is that the only agency you went to to obtain quotes?**
A. At that time, yes.
**Q. And would they give you quotes of different insurance companies?**
A. They provide the best pricing that they -- they found from different carriers.
**Q. Meaning they are what I would categorize as an independent agency where they can quote you on different companies and then provide what those results are; is that right?**
A. That is correct, sir.

Page 67

**Q. And at that time that is the only agency you would have gone to to obtain quotes?**
A. Excuse me. I'm sorry. Can you repeat that. I'm sorry.
**Q. Yeah. At the time of acquiring this insurance policy with Accredited Specialty Insurance Company, Licona Insurance is the only agency you would have gone to to obtain quotes, correct?**
A. That is correct, sir.
**Q. And what is -- where is Licona Insurance located?**
A. They have different locations. They have one here in Laredo, El Paso and San Antonio, to my knowledge.
**Q. And did you go to the Laredo office?**
A. I was dealing with the people from El Paso.
**Q. And is there a certain person you were dealing with?**
A. Mr. David Licona.
**Q. And it says FJ Carrier Logistics LLC did not maintain any additional liability, excess, or umbrella coverage for the date of the subject loss beyond the aforementioned primary layer with one million in coverage.**
**Did I read that correctly?**
A. Yes, sir.
**Q. And is that an accurate statement?**
A. Yes, sir, it is.

Page 68

**Q. Okay. It's your testimony on behalf of FJ Carrier Logistics LLC that there are no other liability, excess, umbrella policies that would potentially apply to this collision to provide coverage?**
A. That is correct, sir.
**Q. Okay. Has FJ Carrier Logistics LLC ever obtained any type of additional liability, excess, or umbrella policies?**
A. No, sir.
**Q. Okay. And -- and why is that?**
A. We have never pursued that.
**Q. And why is that?**
MR. GROUSTRA: Object to form.
THE WITNESS: Can you repeat the question.
BY MR. KEMP:
**Q. My -- my question is why have you -- has FJ Carrier never pursued that given that they are such a large company with many trucks and many drivers?**
MR. GROUSTRA: Object to form.
THE WITNESS: The policy that we have is basically what we -- we were able to get due to how the economy has been affecting trucking companies for the last couple of years, so that was as much as we could get in coverage.

Page 69

BY MR. KEMP:
**Q. So this insurance policy for a million dollars, that would cover all of FJ Carrier's trucks and drivers; is that true?**
MR. GROUSTRA: Object to form.
THE WITNESS: Yes.
BY MR. KEMP:
**Q. Okay. Would any other insurance policies cover any other trucks or drivers of FJ Carrier Logistics?**
MR. GROUSTRA: Object to form. Are you limiting it just to auto liability or broad?
MR. KEMP: We'll start with auto.
THE WITNESS: That's the only policy that we have, sir.
BY MR. KEMP:
**Q. Okay. Are there any other policies besides this auto policy, like commercial liability policies? Anything like that?**
MR. GROUSTRA: Object to form. Relevance.
THE WITNESS: No, sir.
BY MR. KEMP:
**Q. FJ Carrier does not maintain any commercial liability policies of any kind?**
A. It's the policy -- I don't know if it's that same

Page 70

policy number. It would have to be the -- I know there's cargo and there's those policies, but only auto liability, that's the policy number that we have there.
**Q. One more thing on this affidavit. It says, number seven, additionally there are no other companies affiliated with FJ Carrier Logistics LLC, and there is no insurance coverage with another business entity that might apply to the subject loss involving FJ Carrier LLC truck and driver.**
**Did I read that correctly?**
A. Yes, sir.
**Q. Okay. And that statement is accurate; is that correct?**
A. Yes, sir. Yes, sir.
**Q. Okay. Do you know if Tradex -- let me ask you this. Tradex obviously has insurance, correct?**
A. Yes, sir.
**Q. Okay. Has FJ Carrier ever been a named insured on any Tradex policy?**
A. No, sir.
**Q. Okay. Has Tradex ever been name -- named as an insured on a FJ Carrier policy?**
A. No, sir.
**Q. For the policy with FJ Carrier Logistics, do you have**

Page 71

**to identify and list out the vehicles that it covers?**
A. Yes. We provide the VIN numbers to our agent.
**Q. And I presume you would have to do the same thing for Tradex; is that right?**
A. That is correct.
**Q. Do you have to provide a list of drivers for the insurance policy?**
A. Yes, sir.
**Q. And would you have done that for this policy that you acquire?**
A. Yes, sir.
**Q. And I presume the same thing you would have to do with Tradex, you would have done that as -- as well, correct?**
A. That is correct, sir.
**Q. And, so, the ultimate decision to not purchase any excess or umbrella policies, that would have been ultimately up to Leopoldo; is that correct?**
A. Yes, sir.
**Q. Okay. Were there ever any quotes for any excess or umbrella policies?**
A. No, sir.
**Q. And, so, it sounds like cost was a factor in getting insurance?**
A. I'm sorry. Can you repeat the question.

Page 72

**Q. It sounds like, when you talked about -- previously about the economy, cost was a factor in determining how much insurance coverage to get?**
A. Yes, sir.
**Q. Okay. And Licona was the other -- the only agency you went to; is that right?**
A. Yes, sir.
**Q. I'm going to pull up what we'll mark as Exhibit 9.**
**And this would have been the insurance policy that we've been talking about; is that correct?**
A. Yes, sir.
**Q. All right. And that's with -- through Accredited Insurance Company Incorporated, correct?**
A. Yes, sir.
**Q. All right. And -- and that's where you went through -- the agent here is the Licona Insurance Group, correct?**
A. Yes, sir.
**Q. All right. And, then, the MGA, Southern Star MGA, LLC, do you know what that is?**
A. I know they're associated with Licona. I don't know the association itself.
**Q. And you said you dealt with the El Paso office, not the Laredo office?**
A. Yes, sir.

Page 73

**Q. Okay. And I'm just curious. Any reason why you wouldn't go to the -- or deal with the Laredo office if you're in Laredo?**
A. It was via e-mail.
**Q. And, so, under -- under this policy, for example, it says like commercial general liability not covered, correct?**
A. Correct.
**Q. Commercial auto physical damage not covered, correct?**
A. Correct.
**Q. Trailer interchange, not covered, correct?**
A. Correct.
**Q. All right. I presume FJ Carrier has some type of commercial general liability insurance; true?**
A. Yes, sir.
**Q. Okay. And what company would that be with?**
A. Licona as well.
**Q. Okay. Meaning it might be a different insurance company, but the policy was obtained through Licona?**
A. Yes, sir.
**Q. Okay. And, so, do you know how many different or separate insurance policies were obtained through Licona?**
A. I believe it's the two, and it includes the general liability, commercial auto physical and trailer

Page 74

interchange.
**Q. Okay. So -- so the other policy that you're referring to at -- that you -- you would have obtained through Licona, that would have been the general liability, as well as some of these other things listed here that were not obtained on this policy, correct?**
A. That is correct.
**Q. Okay. All right. So besides an auto policy and a commercial general liability policy, some additional trailer coverage, any other insurance policies obtained through Licona Insurance Group?**
A. Repeat the question, please. I'm sorry.
**Q. Yeah. So we talked about this is obviously the auto policy through Licona, correct?**
A. Yes, sir.
**Q. And then you mentioned there's a separate general commercial -- excuse me -- a -- a commercial general liability policy which would be a separate insurance company and a separate policy but obtained through Licona; true?**
A. Yes, sir.
**Q. Okay. And that separate insurance policy would include some additional coverage, for example, commercial auto physical damage, trailer interchange, maybe some things like that; true?**

Page 75

A. Correct.
**Q. Okay. Besides that policy and the auto policy that we're looking at here, are there any other policies that were obtained through Licona Insurance?**
A. No, sir.
**Q. Okay. All right. And Licona Insurance is the only agency that FJ Carrier would have obtained insurance through?**
A. Yes, sir.
**Q. And has -- has FJ Carrier ever had more than one million dollars in insurance coverage?**
A. No, sir.
**Q. Currently today FJ Carrier would have a million dollars in coverage?**
A. Yes, sir.
**Q. Do you play any role in obtaining insurance coverage for FJ Specialized Solutions?**
A. No, sir.
**Q. Do you know who does?**
A. No, sir.
**Q. Do you play any role in obtaining insurance coverage for Northern Express Transport?**
A. No, sir.
**Q. Any idea who would?**
A. No, sir.

Page 76

**Q. Do you play any role in obtaining any insurance coverage for Grupo Express del Norte?**
A. No, sir.
**Q. Are there any companies under FJ Carrier Logistics' insurance policy that would cover other companies besides FJ Carrier?**
A. No, sir.
**Q. Do you have any knowledge as to if any type of auto policy for FJ Carrier would apply to brokers or shippers or freight forwarders?**
A. Could you reword that question. I -- I didn't understand it. I'm sorry.
**Q. That -- that's fair. Do you know if the auto policy that FJ Carrier maintains, if it would cover brokers or shippers or freight forwarders?**
A. No. It would be under the other policies. Like for the cargo let's say, that would cover the broker.
**Q. Okay. And what insurance poli -- what is the insurance company that was obtained for that policy?**
A. It went through Licona Insurance as well.
**Q. Okay. So Li -- Licona would know what the policies are, who's on it, things like that?**
A. Yes, sir.
**Q. Okay. And at FJ Carrier is there anyone that maintains the documentation of the insurance policies**

Page 77

**that are required?**
A. Yes.
**Q. And who is that?**
A. Mr. Mendiola.
**Q. Because, I'm sure, kind of like every business, there's probably like a folder or file somewhere with insurance documents, right?**
A. That is correct.
**Q. All right. And that's something Leopoldo would handle?**
A. Yes, sir.
**Q. Do you know if a broker or a shipper or a freight forwarder, when they obtain insurance coverage, if it would potentially apply to FJ Carrier Logistics?**
MR. GROUSTRA: Object to form. Foundation.
THE WITNESS: No idea, sir. Under insurance.
BY MR. KEMP:
**Q. Fair enough. All right. Does FJ Carrier ever require that they be a named insured when dealing with a broker, a shipper, a freight forwarder?**
A. No, sir.
**Q. Talk to you -- kind of transition a little bit here. We'll kind -- kind of talk about the loads that FJ**

Page 78

**Carrier Logistics hauls, okay?**
A. Yes, sir.
**Q. Would -- would you be the person most knowledgeable regarding that topic, or is there anybody else that would be more knowledgeable on that topic?**
A. I think I can answer pretty much the questions.
**Q. Okay. And -- and, I guess, who else besides you would -- would deal with or have knowledge in how FJ Carrier handles the loads that they have?**
MR. GROUSTRA: Object to form.
THE WITNESS: Can you explain how you -- what do you mean by handling?
BY MR. KEMP:
**Q. Sure. Acquiring, having knowledge in the process of how loads are acquired or transported. Anything involving the load itself.**
A. Myself, Eric or Mr. Mendiola.
**Q. Does FJ Carrier maintain files regarding various loads that they've had?**
A. You would have to be a little bit more specific on the files.
**Q. Okay.**
A. Like what kind of files are you asking?
**Q. Fair enough. Let me ask you this. I assume there are various files that FJ Carrier maintains, right?**

Page 79

A. Correct.
**Q. All right. I assume one of those files is, for example, a driver qualification file, right?**
A. Yes, sir.
**Q. Maybe, for example, accident files, if someone's involved in an accident, right?**
A. Correct.
**Q. All right. Any other specific files that FJ Carrier would maintain besides those types of example files?**
A. I would say the trip envelope where it has a proof of delivery for the bill of lading of the load, a rate confirmation, scale tickets or any accessorial payments for the driver. Fuel tick -- it includes fuel tickets as well.
**Q. Anything else?**
A. Like I don't know if I mentioned accessorial, you know, let's just say they purchase some oil or wiper fluid or anything like that on the road.
**Q. Okay. Something that like the driver had to pay out of pocket to get reimbursed?**
A. That is correct.
**Q. Okay. All right. And -- and that would be what you would categorize the file as like a trip envelope; is that right?**
A. That is correct.

Page 80

**Q. All right. And so that would include, you said, proof of delivery, a bill of lading, the rate confirmation, scale tickets, the payments the driver may have made and field tickets; is that correct?**
A. Not field tickets. It's basically anything accessorial, like fuel tickets.
**Q. Oh, fuel tickets. I apologize.**
A. Yes. Not -- not field. Fuel.
**Q. I apologize.**
A. Yes, sir.
**Q. Anything else that would go like, for example, in a trip envelope?**
A. Not to my knowledge, no, sir.
**Q. And is that something a driver would maintain?**
A. Until the end of the trip, yes. He would have to turn that in.
**Q. Okay. And then who does he turn that into?**
A. Somebody in billing. Basically a billing and accounting department.
**Q. And -- and typically who would that be?**
A. Here it's Brenda -- I can't remember her last name.
**Q. Okay. And would she have been the billing/accounting person back at the time of our collision?**
A. Yes, sir.
**Q. Okay. And what about, for example, as a driver begins**

**a trip and gets like, for example, the rate confirmation or the bill of lading or things like that. Who gives them that information?**
A. The actual load confirmation is not put in the envelope until it gets to accounting, but a bill of lading is given by a dispatcher to the driver or if it is loaded in -- let's just say the -- the broker loaded it, the warehouse loaded it, they have the bill of lading and they hand it to the driver.
**Q. Okay. All right. So the bill of lading's not something that the company would give, but potentially wherever they are, whether a broker or a warehouse or a shipper, or something like that. Is that what you're saying?**
A. That is correct.
**Q. Okay. Is there anything that the dispatcher would give the driver pertaining to the load?**
A. Just basically an empty envelope, so that's where -- where they can fill out all the information and put everything in there as the trip goes on.
**Q. So does the driver receive a copy of the rate confirmation?**
A. No, sir. That is put at the end with the accountant.
**Q. Can a load have more than one bill of lading?**
A. I'm sorry. Can you say that again.



**Q. Can a load have more than one bill of lading?**
A. Yes. It could be multiple sheets depending on -- on what cargo it is, or it could have multiple stops.
**Q. And each stop would have a bill of lading; is that right?**
A. Yes, sir, and it could consist of one or more page each stop.
**Q. I'm sorry. You cut in and out. Can you repeat that?**
A. Sor -- sorry about that. Each stop could have multiple sheets for the bill of lading.
**Q. And why would there be multiple sheets for a bill of lading?**
A. It's just whatever it's issued from the customer to the driver -- or not the customer but the shipper. It might not -- all the -- the information might not fit in one sheet, and there's multiple sheets.
**Q. Okay. And when the driver receives the bill of lading, do they have to sign that?**
A. In some instances, yes.
**Q. Are drivers of FJ Carrier allowed to or required to sign bill of ladings?**
A. If the customer -- or the customer or the shipper requires, yes, they're allowed to.
**Q. Okay. So FJ Carrier says, hey, if the shipper requires you to sign it, go ahead and sign it?**



A. Yes, sir.
**Q. Okay. And regarding the load that was involved in this collision, what role did FJ Carrier Logistics play in that load?**
A. FJ was contracted to move a load from Mexico and to Michigan.
**Q. Okay. Anything else?**
A. That is it.
**Q. Okay. And who is the shipper?**
A. Do not recall the name of the shipper.
**Q. Have you ever heard of Rassini?**
A. I've heard of it, but don't remember who it was.
**Q. Okay. And what role did Diesel play in the load?**
A. They were the -- the logistics company you could say or the -- our customer that gave us the load.
**Q. So in terms of actually acquiring this load, is that something FJ Carrier would have acquired through the shipper or is that something through Diesel?**
MR. GROUSTRA: Object to form.
THE WITNESS: Okay. Repeat the question, please.
BY MR. KEMP:
**Q. Sure. So I -- I want to know how did FJ Carrier Logistics LLC first become involved in this load.**
A. Okay. Through Glo -- Diesel Global Logistics. They



come to terms of payment for the load, where to pick it up, when to pick up and where it's going.
**Q. So it's not something that the shipper directly reached out to FJ Carrier; it's something that Diesel directly reached out to FJ Carrier?**
MR. PLAGENS: Just object to form.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Yes, sir.
**Q. Okay. And -- and then Diesel tells FJ Carrier what the load is, where it's going, when it's going; is that right?**
A. That is correct, sir.
**Q. Okay. And -- and how would Diesel contact FJ Carrier?**
A. It could be via e-mail, via phone call, via What's Up (sic).
**Q. What about for this specific load. How would that have been contacted?**
A. I do not remember to tell you the truth.
**Q. Okay. And -- and who at FJ would receive that communication from Diesel?**
A. It might have been somebody from Mexico directly. They got the load, Mr. Eric, or somebody in the office might have gotten that information, and it was provided to one of the drivers.

Page 85

**Q. Okay. And so how would I find out who at FJ would have first received the -- that load?**
A. I would have to check into that, sir.
**Q. Okay. And is that -- is that something like Eric would potentially know, dispatch would potentially know?**
A. We would have to check with the dispatch and Eric, see where -- where -- where it originated from or who took the initial call or if we made a call.
**Q. Okay. And is this -- are -- are loads for FJ Carrier -- are they typically acquired just by brokers or shippers or freight forwarders reaching out directly with communication via like e-mail or phone or WhatsApp for a potential load?**
A. Yes, sir.
**Q. Okay. And is FJ Carrier ever -- are they like part of like load boards that they are involved in in any way?**
A. Yes, sir.
**Q. Okay. And would this load have come from any, for example, load board at all?**
A. As mentioned before, I would need to check, sir. I -- I don't know top of my head.
**Q. Okay. And does FJ Carrier maintain records of the loads that they -- they haul for people?**
A. Yes, sir.

Page 86

**Q. Okay. And is that something that you would handle or maybe like Eric or someone else would handle?**
A. It would probably be accounting, sir.
**Q. Okay. And that would be Brenda; is that right?**
A. Yes.
**Q. Okay. Anyone else in the -- that billing or accounting department?**
A. Andrew.
**Q. What is his last name?**
A. I do not know, sir.
**Q. Can you explain to me how a load board works?**
A. Basically it shows available notes from a city and state with destinations where it's going. It will advise what kind of equipment is required for -- for the load to be picked up, and that's -- obviously pickup and delivery, the information.
**Q. And, then, do you, for example, bid on a load to say we will deliver this load for X amount?**
A. There are some that you bid and there are some that is specific to that load.
**Q. Meaning it's already at a set price?**
A. Yes.
**Q. So like whoever -- whoever put the load on -- on the load board would have decide -- would have decided what that rate would be; is that right?**

Page 87

A. Can you repeat the question, please.
**Q. I apologize. That was a poor question. So -- so whoever puts the load on a load board, whether a broker, freight forwarder, shipper, whoever it is, they would put a set price of what they are paying for that load to be hauled; is that right?**
A. Sometimes they do post the -- the amount, sometimes they don't.
**Q. Okay. And would this amount for this load, would that have been posted on a load board?**
A. I would have to check, sir.
**Q. Okay. And in -- in terms of documentation for -- like, for example, a specific load, what documentation would exist for a load?**
A. The -- the rate confirmation and the bill of lading, which is the proof of delivery once it's delivered.
**Q. Okay. Anything else?**
A. No, sir.
**Q. Does FJ Carrier know how Diesel first got involved in this load?**
A. No, sir.
**Q. Does FJ Carrier know what Diesel was hired to do?**
A. No, sir.
**Q. Do you know who hired Diesel?**
A. No, sir.

Page 88

MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. So FJ Carrier gets this load, and I presume there is a pickup location; is that right?**
A. Yes, sir.
**Q. Okay. What -- what was that pickup location for this load?**
A. I do not recall.
**Q. I'm going to share my screen, and we'll -- can you see that, sir?**
A. Yes, sir.
**Q. All right. And I'll mark that as Exhibit 10.**
**And this is the bill of lading; is that correct?**
A. Yes, sir.
**Q. Okay. And it -- it looks like the name -- shipped from Rassini. Do you see that?**
A. Yes, sir.
**Q. Okay. Would they be considered the shipper?**
A. Yes, sir.
**Q. Okay. And then this address, is that the actual pickup location?**
A. Yes, sir.
**Q. And then shipped to, that is where it is being delivered; is that correct?**

Page 89

A. Yes, sir.
**Q. Okay. And then freight chart -- excuse me. Hollingsworth Logistics. Did they play any role in this load at all?**
A. It's just a receiver, sir.
**Q. Okay. And then freight charges billed to Diesel Global Logistics, that's what this bill of lading says; is that correct?**
A. Yes, sir.
**Q. Meaning they are handling all -- all the charges for this load, correct?**
A. Yes, sir.
**Q. And then Diesel would end up paying FJ whatever that agreed upon rate is to -- to haul the load; is that correct?**
A. That is correct, sir.
**Q. Okay. And then bill of lading number. Is there a reason that this would be blank?**
A. That is the shipper, sir.
**Q. Okay. Meaning the shipper would be the one to fill it in?**
A. Yes, sir.
**Q. Okay. All right. And then looks like the carrier name, it's -- it's FJ Carrier Logistics that's listed there, correct?**

Page 90

A. That is correct, sir.
**Q. SCAC, what does that stand for?**
A. The SCAC code, it's the code that is used from crossing from the United States to Mexico and Mexico to the United States.
**Q. Okay. And FJCB, what does that stand for?**
A. That's the code that was issued to us.
**Q. Okay. And that -- that code is issued by, what, customs?**
A. Yes, sir.
**Q. Is there any specific document when a load is transported across an international border?**
A. Could you -- I didn't get the question. Could you repeat it again, or can you explain the question again, please.
**Q. Sure. So, for example, if a load is Laredo to Dallas, there'd be a bill of lading, correct?**
A. Yes, sir.
**Q. But you're not going across international border, right?**
A. Correct.
**Q. All right. If a load does go through an international border, is there additional documentation or paperwork involved?**
A. Yes, sir.

Page 91

**Q. Okay. And what is that additional paperwork involved?**
A. Palmetto and documentation that is done through the U.S. custom and Mexican custom broker.
**Q. What was that first part you said?**
A. Palmetto.
**Q. Yeah. And what is that?**
A. It's basically like an -- an export or import document.
**Q. Okay. And what information is on that document?**
A. What cargo it is, description of the cargo, classification of the cargo, to and from, where it's going, where -- where -- where -- the destination of the cargo and from where it's coming from.
**Q. And, then, did you say there's another document from the U.S. Mexico broker?**
A. It's -- it's the Palmetto, which is -- it could be used from Mexico to the United States or vice -- vice versa.
**Q. Okay. All right. So besides that specific document, any other documents?**
A. Not to my knowledge.
**Q. All right. And obviously FJ Carrier does a lot of work transporting to Mexico, to the United States, or vice versa?**
A. Yes, sir.

Page 92

**Q. Okay. Would FJ Carrier's name be on that Palmetto documentation?**
A. I'm sorry. Can you repeat the question. It's -- it's cutting off.
**Q. Oh, I'm sorry. Is FJ Carrier Logistic -- would their name appear on the Palmetto documentation?**
A. I would not know. It's -- I don't see those documents. I don't know if they have the name there or not.
**Q. Do you get a copy of the documentation involved?**
A. No.
**Q. No one at -- at -- at FJ Carrier would get documentation?**
A. That's the bro -- the U.S. or Mexican custom broker that has those documentations.
**Q. Okay. All right. But there -- so there's no receipt given. Is that what you're saying, or no copy or anything like that?**
A. No, sir.
**Q. And what -- what is a CTPAT certification? Do you know?**
A. CTPAT? Customs -- I don't know the exact name and definition of it. I've heard it, but I -- I don't know the exact name of it.
**Q. And what is that certification?**

Page 93

A. I know it's through customs.
**Q. Do you know if that is a certification FJ Carrier has?**
A. Not that I know of.
**Q. Is that a certification that was used at all regarding this load?**
A. Not -- not that I know of.
**Q. Would there be any way to figure out if that certification was used for this load?**
A. I would have to check, sir.
**Q. Okay. And who would you have to check with?**
A. Dispatch, operations.
**Q. Okay. Besides -- I guess, let me ask you this. Dispatch, who would that particularly be?**
A. I do not know who is on dispatch or who has the information, so I would have to check.
**Q. Okay. And, then, pro number. Tell me what is pro number.**
A. On this it -- like I said, since this bill of lading is issued by the shipper, it might be the load number for Diesel Global Logistics.
**Q. Does FJ Carrier use, I guess, a different load number to identify a specific load?**
A. I believe so.
**Q. Okay. And what number is that?**
A. I think it's the one written on the very top, the

Page 94

52056.
**Q. Okay. And I assume FJ Carrier would maintain documentation regarding, I guess, specific load 52056, right?**
A. I believe so, yes, sir.
**Q. Okay. And what information would go along with the load number of 52056?**
A. The rate confirmation, the documents we had discussed prior, the docu -- the -- the trip envelope, all those documents in there.
**Q. Okay. Anything else?**
A. No, sir.
**Q. Under special instructions, it says multiple stop load; is that correct?**
A. Yes, sir.
**Q. Okay. And where would the multiple stops be for this load?**
A. I do not know. It might have been left there and not removed when they did the bill of lading.
**Q. What do you mean by that?**
A. Yes. When they're filling out the form, it might -- they might have been set multiple stops for another load or something. They just didn't erase that information there.
**Q. Okay. And you don't know if that, I guess, is**

Page 95

**accurate or not. Fair?**
A. Yes, sir.
**Q. Okay. This -- this could be -- at least it says that this is a multiple stop load; true?**
A. Correct.
**Q. And is that something the shipper puts on the bill of lading?**
A. It's something that should have been put if there was multiple stops, yes, sir.
**Q. And -- and what I mean is that -- that is -- if it is a multiple stop, that's written out or done by the shipper?**
A. Yes, sir.
**Q. Okay. And this is dated 8-18-23; is that correct?**
A. Yes, sir.
**Q. Okay. And does that mean the load was picked up by FJ on 8-18-23?**
A. No. It might have been the date that the bill of lading was done.
**Q. And once the bill of lading is done, is that handed to the driver?**
A. They hand a bill of lading to the driver, yes.
**Q. Would -- would they give it to anyone else?**
A. Not to my knowledge.
**Q. Would there be any reason to put a date other than the**

Page 96

**date the driver receives the bill of lading?**
A. That's a question for the shipper, not for me, sir.
**Q. In your experience in the trucking industry, typically would you have the date on the bill of lading as the date that the bill of lading is given to a driver?**
A. I've seen where they put the date they made the bill of lading, but the load was not picked up on that same day, might have been a day or two later.
**Q. Okay. Let me ask you this. Is it typical to have the date of when it's anticipated to be picked up?**
A. They put a date on it. I mean, it -- it could be that same day or they're just trying to get ahead of what they're processing on documentation.
**Q. Okay. Freight charge terms, it looks like it was checked off that it was prepaid, correct?**
A. Yes, sir.
**Q. Okay. Meaning that -- that Diesel would have prepaid the load to Rassini?**
A. Well, I think it's the other way around. Rassini --
**Q. Okay. Excuse me. Rassini prepays the load to Diesel; is that correct?**
A. I would assume so.
**Q. Okay. And then we have a -- a customer order here and then identifying what the packages and the -- the weights are, correct?**

Page 97

A. Yes, sir.
**Q. And then it outlines the -- essentially what it is or what -- what is a description of the item being hauled; is that correct?**
A. Yes, sir.
**Q. Okay. All right. And it looks like there's a -- a signature here of shipper signature slash date; is that correct?**
A. Yes, sir.
**Q. And would there be any reason that that is not signed?**
A. It's just -- like I said previously, it depends on the shipper.
**Q. Okay. And then this shows that the trailer was loaded and counted by the shipper, correct?**
A. Yes. Yes, sir.
**Q. Okay. And then the carrier signature slash pickup date -- I presume it says date with the fold here. It does not look like there's any signature there, correct?**
A. Correct.
**Q. And, again, is that because the shipper would not have had the -- the driver for the motor carrier sign it?**
A. That is correct.
**Q. Okay. And this -- this scan date, is this something that is scanned by FJ or -- or someone else?**

Page 98

A. I -- I believe -- I believe, because I can't really tell. It's -- it's really blurry.
**Q. Yep. I will zoom in. I apologize.**
A. I -- I believe that's where it was -- when it was delivered, that was the -- the -- the -- where it becomes -- from a bill of lading, it becomes a proof of delivery.
**Q. Okay. So it's your understanding -- I'm sorry to cut you off.**
A. Not a problem. Where the receiver received the actual parcel.
**Q. Okay. So it's your understanding this, I guess, stamp I assume we'll call it, or the scanned with this date is something that the receiver would stamp confirming that they actually received the load?**
A. That is correct.
**Q. Okay. Okay. Would there have been any other documentation that the shipper would have given the driver for this load?**
A. No, sir.
**Q. Would there have been any other documentation that the driver would have received from Diesel regarding this load?**
A. No, sir.
**Q. Okay. And it's Marco Polo Pastrana-Jimenez that was**

Page 99

**the driver involved in our collision, correct?**
A. Yes, sir.
**Q. Okay.**
A. Would you mind if I take another break?
**Q. Yeah. Not a problem.**
A. Thank you.
THE VIDEO OPERATOR: Okay. That concludes media one of this deposition. The time is 12:46 p.m. We are now going off the record.
(Whereupon a recess was taken at 12:46 p.m. until 1:00 p.m.)
(Leo St. Amour is now present)
THE VIDEO OPERATOR: We are now back on the record. This begins media two in the deposition of Elias Salinas. The time is 1 o'clock p.m.
BY MR. KEMP:
**Q. Sir, we were talking about this load here, and I know we were looking at the bill of lading, and it had the -- I'm going to share my screen here so we have it again here -- the -- obviously the address of where this load was shipped from, correct?**
A. Yes, sir.
**Q. Okay. Who would have picked up the load?**
A. I would have to check, but it should have been the same driver.

Page 100

**Q. Okay. And how can we confirm that?**
A. I would have to check and -- with the operations if they were the same one that picked up the load.
**Q. And when you say have to check, is that with someone in particular? Certain documentation?**
A. Just documentation itself.
**Q. Okay. And what documentation would show, I guess, what driver or what person picked up that load?**
A. Well, if there was any documents where it was dropped off at any point or anything.
**Q. What do you mean by that?**
A. Let's just say they picked -- somebody picked this trailer up and it was dropped off in one -- in the terminal in Laredo -- Nuevo Laredo -- sorry -- Nuevo Laredo, and somebody else picked it up, there would be, you know, a trailer -- the trailer interchange from where it was picked up and delivered to the yard.
**Q. Okay. And Nuevo Lardeo, that is the city across the border from Laredo, Texas; is that correct?**
A. Yes, sir. Sorry about that.
**Q. No, no. That's okay. I just want to make sure I understand. That's -- they're both border cities, right?**
A. Yes, sir.
**Q. All right. And, so, if there was a change, I guess,**

Page 101

**let's say in drivers or companies, that would be a trailer interchange document; is that correct?**
A. Yes, sir.
**Q. Okay. And what information does that provide in the trailer interchange?**
A. The date, the time, the truck number, the trailer number, if there is a seal number on the trailer.
**Q. Would that have information of who dropped -- who last drove it?**
A. Yes, sir.
**Q. And would that have information of who is then going to take it?**
A. Yes, sir.
**Q. And that would have information of the location of where that occurred?**
A. Yes, sir.
**Q. Would that have information of, for example, the shipper?**
A. No, sir.
**Q. Would that have information of like a broker or a freight forwarder?**
A. No, sir.
**Q. Okay. Just motor carrier to motor carrier?**
A. Yes, sir.
**Q. Okay. Any other information on the trailer**

Page 102

**interchange?**
A. The physical outside of the trailer, like let's just say if there was any damage to the trailer, you know, a cut, a -- a -- a patch, a -- something to that nature.
**Q. Okay. You're referring to like just noting if there was like damage or something, right?**
A. Yes, sir.
**Q. Okay. But as far as, I guess, transferring or changing the load, any other information that would be in that trailer interchange documentation?**
A. No, sir.
**Q. Okay. And with the -- besides the trailer interchange documentation, any other documentation that would be exchanged or documented when it is -- a load is handed off to someone else?**
A. No, sir.
**Q. All right. So in terms of who picked up this load, you would have to look at the trailer interchange to see who actually would have picked up the load in -- at Rassini's address here, correct?**
A. That is correct.
**Q. Okay. So we don't know for sure even if it is Marco Polo Pastrana-Jimenez?**
A. That is correct, sir.

Page 103

**Q. It could be someone completely different, correct?**
A. Yes, sir.
**Q. And it could be a completely different motor carrier, correct?**
A. It could be, yes, sir.
**Q. Okay. If it was a -- a different motor carrier, would there be any other documentation besides the trailer interchange?**
A. No, sir.
**Q. Okay. Would Rassini, as the shipper, have any other additional information if another motor carrier was hauling the load?**
A. You would have to ask them, sir.
**Q. Okay. Would a freight forwarder have any other information if a different motor carrier was involved in the load?**
A. I would not know. You would have to ask them, sir.
**Q. Okay. And FJ Carrier does not have any other information besides potentially looking at the trailer interchange?**
A. Correct.
**Q. Okay. And I'm going to mark what we'll mark as Exhibit 11.**
**This is a bill of lading, also dated 8-18-2023; is that correct?**

Page 104

A. Yes, sir.
**Q. Okay. And have you seen this document?**
A. I've seen it once, yes, sir.
**Q. Okay. It also has the ship from address information of Rassini that we talked about, correct?**
A. Yes, sir.
**Q. And where it's shipping to, correct?**
A. Yes, sir.
**Q. And do you know what this information is right here, Nori -- the agency here?**
A. That looks to be the Mexican custom broker.
**Q. And, I guess, can you walk me through what the Mexican custom broker does for something like this.**
A. I know they do documentations for the crossing.
**Q. And is that a private company or is that through the government of the customs?**
A. Private company.
**Q. Okay. And then on -- on the right here, it -- some type of -- the American agent; is that correct?**
A. That is correct, sir.
**Q. All right. And that would be, I guess, the United States custom broker; is that right?**
A. Yes, sir.
**Q. And that's also a private company?**
A. I believe so.

Page 105

Q. Okay. And do you have any idea what type of documentation they would have?
A. No, sir.
Q. And it looks like this -- on this bill of lading it has third party freight billing to Ford Customer Service Division; is that correct?
A. Yes, sir.
Q. Okay. Do you know why this bill of lading would have freight billed to Ford Customer Service Division, but the other bill of lading would be billed to Diesel Global Logistics?
A. No idea, sir.
Q. Have you ever seen that before?
A. In my experience, yes. Those are just documents like between the final customer and the -- like who's -- where they're purchasing from.
Q. All right. And then we also have the same different description of what is being transported; is that correct?
A. Yes, sir.
Q. Okay. And -- and it looks like on the -- if we look at the first bill of lading, it has twenty-four thousand pounds, is that correct, for the weight?
A. Yes, sir. Yes, sir.
Q. All right. And, now, the second bill of lading has --

Page 106

has a weight of thirty thousand; is that correct?
A. Yes, sir.
Q. Do you know why that would be different in weight?
A. No, sir. You would have to ask whoever did the documentation.
Q. Do you know if additional parts or the load was added or removed in any way?
A. Not to my knowledge, sir.
Q. Okay. Do you know who would have that knowledge?
A. The shipper or the agents.
Q. And when you say the agents, you're referring to the custom broker agents?
A. Yes, sir.
Q. All right. And then this is also dated the same date of 8-18-2023; is that correct?
A. Yes, sir.
Q. Okay. And there is some handwriting down here. Do you know whose handwriting that is?
A. I have no clue, sir.
Q. Okay. And do you know what this says?
A. Miltow Martinez.
Q. I'll make it a little bit bigger.
A. Can't make the other word out.
Q. That's okay. I'll make it... And do you know --
A. I can't read it. I'm sorry.

Page 107

Q. It's okay. Do you know if that's a person?
A. I would assume so.
Q. Okay. And do you know how that person would be related to this load?
A. No, sir.
Q. And you -- you yourself, you can read and speak Spanish, I presume? Can you hear me?
A. Yes, sir.
Q. Oh. I'm sorry. You yourself, you can -- you can read and speak Spanish, correct?
A. Yes, sir.
Q. Okay. Can you read what this -- this line says in the bottom of this?
A. Yes, I can, sir.
Q. Okay. And what does it say?
A. You mean translate?
Q. Correct.
A. Okay. So for the first part it says please make sure to send the documentations of the load in one envelope.
Second part, it's -- send it to attention Noriega, and please communicate with Schneider Logistics in Laredo, Texas for any questions, and it has a phone number.
Q. And what role did Schneider Logistics play in this

Page 108

load?
A. I do not know, sir.
Q. Do you know why their name would be listed on a bill of lading?
A. No, sir.
Q. Did FJ Carrier ever have any communication with Schneider Logistics?
A. No, sir.
Q. Would -- did FJ Carrier get a copy of this bill of lading?
A. I do not know, sir.
Q. Would there be any reason that FJ Carrier would not have received a copy of this bill of lading?
A. I do not know, sir.
MR. GROUSTRA: Form and speculation.
BY MR. KEMP:
Q. So if I wanted to confirm where FJ Carrier Logistics first obtained this load, what information or what documentation would be there to exist?
A. The rate confirmation and the bill of lading.
Q. And, then, also, potentially what we talked about before about trailer interchange; is that correct?
A. Yes, sir.
Q. Okay. Because like we said, the bill of lading says where it's shipped from but doesn't necessarily say

Page 109

**that FJ Carrier picked it up; true?**
A. That is true.
**Q. Okay. All right. We'll mark this as Exhibit 12.**
**And this was the rate confirmation sheet; is that correct?**
A. Yes, sir.
**Q. And that is the load ID. That is the same load on the -- the first bill of lading we looked at, correct?**
A. I believe so. I didn't memorize the number.
**Q. That's okay. That's okay. We can go back up. That's the -- ending in 520, correct?**
A. Yes, sir.
**Q. Okay. All right. So same load ID from the first bill of lading to the rate confirmation, correct?**
A. Yes, sir.
**Q. And this rate confirmation is actually two days earlier on August 16, 2023; is that correct?**
A. Yes, sir.
**Q. All right. And that has some information regarding billing with Diesel Global Logistics, correct?**
A. Yes, sir.
**Q. All right. And that has some carrier information of FJ Carrier Logistics with Virginia; is that correct?**
A. Yes, sir.
**Q. And you mentioned, I believe, Virginia is no longer**

Page 110

**employed at FJ; is that correct?**
A. That is correct.
**Q. Okay. All right. And then it has a pickup location on 8-18-2023 at that location of Rassini; is that correct?**
A. Yes, sir.
**Q. And then it has information of what is to be picked up for the load with, I guess, the parts and what it is and the weight; is that correct?**
A. Yes, sir.
**Q. All right. And then it looks like that weight matches one of the -- it looks like the first bill of lading of the weight; is that correct?**
A. Yes, sir.
**Q. Okay. And this -- this is something that's generated by Diesel Global Logistics; is that correct?**
A. Yes, sir.
**Q. And then it has a delivery of Hollingsworth Logistics; is that correct?**
A. Sorry, sir?
**Q. It has a delivery location of Holling -- Hollingsworth Logistics in Brownstown, Michigan, correct -- correct?**
A. Well, it says earliest delivery.
**Q. Okay. And then it also has, then, a latest delivery; is that correct?**

Page 111

A. Yes, sir.
**Q. Meaning this delivery would have to occur between 11 a.m. and 12 -- and 12 noon; is that correct?**
A. Yes, sir.
**Q. Okay. And the pickup time was earlier that day at 10 a.m.; is that correct?**
A. Yes, sir.
**Q. With the latest pickup at 10 a.m., correct?**
A. Yes, sir.
**Q. Is it possible for a load to be picked up at this location to be delivered in one day -- or excuse me -- in one to two hours all the way to Brownstown, Michigan?**
A. No, sir.
**Q. Okay. Do you know why that would have a -- a pickup date and a delivery date or time that is not possible?**
A. I do not know, sir.
**Q. Okay. Did anyone at FJ Carrier question that at all?**
A. It might have been discussed over the phone, sir.
**Q. Okay. And who would have had the -- that discussion?**
A. It shows there that it would have -- would have been the one who accepted the load.
**Q. And -- and -- and who is that?**
A. I'm sorry. Can you move -- can you move the screen up.

Page 112

**Q. Up?**
A. The other way. Sorry.
**Q. Up. I'm sorry.**
A. It says there Virginia Segura.
**Q. All right. So Virginia would have been the one in contact with Diesel regarding this specific load?**
A. That is correct.
**Q. And potentially would discuss the impossibility to deliver a load in one to two hours from Mexico to Michigan?**
A. That's correct, sir.
**Q. All right. Anyone else would have been involved in that at all?**
A. No, sir.
**Q. And, then -- zoom in here so we can see this on -- settlement, it talks about some pending charges and supporting document. Do you know what type of supporting documentation that would be?**
A. In my experience it could be a unloading fee or something to that nature.
**Q. Okay. Do you know if there was any documentation for this specific load?**
A. No, sir. I don't know.
**Q. And then it gives some carrier instructions that is provided by Diesel Global Logistics; is that correct?**

Page 113

A. Yes, sir.
**Q. Okay. And it talks about the driver must call a certain number for dispatch, correct?**
A. Yes, sir.
**Q. And that's a number associated with Diesel Global Logistics?**
A. I would assume so.
**Q. Okay. And it says all loads are considered time dated and must pick up and deliver as stated or may face a hundred dollar per day if problems are not communicated immediately, correct?**
A. Yes, sir.
**Q. All right. And obviously, as we talked about, it would be physically impossible to deliver this load as stated by the delivery time, correct?**
A. Yes, sir.
**Q. And it says changes to the above-stated rates must be approved in writing and signed by the customer, carry -- carried and Diesel Global Logistics.**
**Did I read that correctly?**
A. Yes, sir.
**Q. Were -- were there -- was there any documentation about any changes to the shipping rate?**
A. Not to my knowledge, sir.
**Q. Would there been any documentation as -- as to changes**

Page 114

**of delivery times and dates?**
A. Not to my -- not to my knowledge, sir.
**Q. And it says all van/containers must be sealed at origin by either shipper or driver, with the seal number noted on the bill of lading, correct?**
A. Yes, sir.
**Q. DGL cannot be held liable for damages lost as to transported goods or the carrier's equipment, correct?**
A. Yes, sir.
**Q. All right. And, then, if the load arrives at destination unsealed, carrier will be liable for any shortage/contamination claims, correct?**
A. Yes, sir.
**Q. And then they -- the driver is required to contact DGL when loading, unloading is complete, correct?**
A. Yes, sir.
**Q. All right. So that's something that Diesel is requiring a driver to contact them once a delivery -- or a loading or unloading is complete, correct?**
A. Correct.
**Q. All right. And then by signing this confirmation sheet, or by picking up the load, that carrier agrees to all terms and conditions stated in this document and confirms it maintains applicable and valid insurance without exclusions that would prevent**

Page 115

**coverage for the items listed above. Correct?**
A. Correct.
**Q. Okay.**
MR. GROUSTRA: And let me just object. Form. Correct, it was just stating or agreeing that that's what the document says?
MR. KEMP: Correct. Correct.
BY MR. KEMP:
**Q. I read the -- that statement correctly? Is that -- is that -- is that true?**
A. Yes, sir, you read it correctly.
**Q. Okay. Yeah. Okay. And obviously that's -- and that's what happened, that FJ Carrier agreed to the terms and conditions stated in this document, correct?**
A. Yes, sir.
**Q. Okay. And -- and, I guess, is there a reason why FJ Carrier would agree to terms and conditions that are impossible to fulfill?**
MR. GROUSTRA: Object to form.
THE WITNESS: Like I said, there might have been a change over the phone call. I do not know.
BY MR. KEMP:
**Q. If there is a change, like for example over a phone call, does that get documented?**

Page 116

A. That is up to the agent, which the agent being the person from Diesel Global Logistics.
**Q. Well, if FJ Carrier has a load with a certain pickup time and a certain delivery time and there is a change, would FJ Carrier not document that in any way?**
A. Can you repeat the question.
**Q. Sure. So if there's a specific del -- pickup time and date and a delivery time and date like there is here -- you follow me?**
A. Yes.
**Q. Okay. If there's a change to that in any way, wouldn't FJ Carrier document that somewhere on their own?**
A. Unless when it was just spoken and said that should say Diesel Global Logistics, let's assume, says, hey, it's a first come, first serve, just deliver when you can.
**Q. If something like that happens, does FJ Carrier document that in any way?**
A. No.
**Q. Why not?**
A. Because it was just a verbal written -- I mean a verbal communication.
**Q. Well, if, for instance, Diesel were to come back and say, hey, you did not deliver by this time according**

Page 117

**to the rate confirmation sheet, couldn't they penalize FJ Carrier according to the rate confirmation sheet?**
A. Yes, they could.
**Q. Wouldn't FJ Carrier want to protect themselves to say here is the time and date this person spoke with this person to say this was changed?**
A. I would assume so.
**Q. Okay. And I assume that would be documented in some way by FJ Carrier, right?**
A. I would assume so.
**Q. Okay. How or where is that documented?**
A. I never said it was done, sir.
**Q. Okay. If it was done, how or where would it be done?**
A. Probably written on the load sheet.
**Q. And when you say written on the load sheet, are you -- are you referring to the -- this rate confirmation sheet or a different load sheet?**
A. This rate confirmation sheet.
**Q. Meaning what? The -- this is printed out and someone handwrites it at FJ Carrier such as like the dispatcher?**
A. I did not say it was done. I said I would have done it that way.
**Q. I understand, but what I'm saying is if it's done, is that something like a dispatcher would print out and**

Page 118

**write out on hand -- with -- on their -- like with a pen and paper on -- on a specific copy of a -- a rate confirmation sheet like this?**
A. Yes, sir.
**Q. I -- I'm sorry. You cut in and out there.**
A. Yes, sir. Yeah. I'm -- I'm seeing unstable Internet here, so I'm sorry if it cuts off for a bit.
**Q. That's okay.**
**Then it says payment terms are thirty days upon receipt of invoice. Quick pay at 2.5 percent of the face value of the invoice can also be requested. Wire transfers are available upon request and may incur additional fees. All invoices must be accompanied by signed load confirmation sheet with all original bill of lading. Correct?**
A. Yes, sir.
**Q. Okay. The signed load confirmation sheet, what is that?**
A. It would be this sheet here. I am unaware if Diesel Global Logistics has a system where you go in there. I've seen it with other customers that when you get the load, there is basically electronic signature when you accept the load.
**Q. And, then, all original bill of ladings as well, correct?**

Page 119

A. Yes, sir.
**Q. Okay. Meaning if -- to -- to get paid for this invoice, FJ Carrier has to submit those signed load confirmation sheets and the original bill of lading, correct?**
A. Yes, sir.
**Q. And it says if you foresee any delays in pickup or delivery, you must contact us immediately at DispatchDieselGlobal.com.**
**Did I read that correctly?**
A. Yes, sir.
**Q. Okay. So Diesel Global Logistics, they're playing a role in the dispatch for a specific load such as this one, correct?**
A. In -- on that form, yes, sir.
**Q. Okay. Is -- for example, Virginia at FJ Carrier, is she in contact with a dispatcher at Diesel Global Logistics?**
A. She might have been.
**Q. Okay. And would the driver also be in contact with dispatch at Diesel Global Logistics?**
A. He might have been.
**Q. Okay. And, for example, Diesel Global Logistics, they can give orders to both the driver or the dispatcher at FJ Carrier; is that correct?**

Page 120

A. Yes, sir.
**Q. Okay. And the driver and the dispatcher at FJ Carrier Logistics would have to follow Diesel Global Logistics' orders; true?**
A. Can you repeat the question again, please.
**Q. The driver, as well as the dispatcher at FJ Carrier Logistics would have to follow any orders given by the dispatcher at Diesel Global Logistics; true?**
A. Yes, sir.
**Q. Okay. That's because Diesel Global Logistics is controlling the dispatcher at FJ Carrier Logistics and the driver; true?**
A. In a sense, yes.
**Q. Okay. Now, for this specific load, there was, I believe, a team of two drivers; is that correct?**
A. That is correct.
**Q. And the -- the other driver, Omar Lima; is that correct?**
A. Yes, sir.
**Q. All right. And when there are two drivers, is there like a -- a senior driver or someone in charge versus the other driver?**
A. There could be.
**Q. And what would have been for this -- this specific load?**

A. It's just a -- a load. I do not know --
**Q. Well, what --**
A. -- if there was any seniority. Sorry.
**Q. Okay. All right. So what I'm asking is is there any way to determine if one of these drivers versus the other was the senior driver as part of the team at all?**
A. I don't know, sir.
**Q. Throughout the -- the dates we've been looking at some of these -- these bill of ladings and the rate confirmation, August 16th, August 18th, would there be any way to determine or documentation of when FJ Carrier first became involved in this load?**
A. No, sir. Not that I -- not -- not to my knowledge.
**Q. And -- and why not?**
A. Well, we just saw that there was an inconsistency with the delivery time and pickup and delivery, so we will need to check.
**Q. Okay. And, so, what documentation would potentially exist for when FJ Carrier got involved in hauling this load?**
A. You just provided basically the information there. I would just have to check with operations if there's anything we can find, any conversation or any other document -- if there's anything that exists.



**Q. Okay. And you said -- I believe you said -- we talked about it earlier. We -- you would -- and correct me if I'm wrong. You would have to check if this specific load was acquired like on a -- on a load board; is that correct?**
A. Yes, sir.
**Q. Okay. And -- and how is it that, for example, these two drivers at FJ Carrier would have been assigned to this load?**
A. If they were next in line, they have enough hours to -- to deliver, but if they can complete the -- the load with the hours available, they are issued a load.
**Q. Okay. And who makes that de -- excuse me. Who makes that decision?**
A. A dispatcher.
**Q. Okay. And that would be likely -- likely Virginia in this -- this case?**
A. Correct.
**Q. And, so, would it have been Virginia at FJ Carrier that would have accepted this load for FJ Carrier?**
A. Yes, sir.
**Q. Okay. And Marco Polo Pastrana-Jimenez, he is a Mexican driver, correct?**
A. Yes, sir.
**Q. Okay. Do you know if he had ever driven in the United States prior to this load?**



A. I don't recall, sir.
**Q. Would there be any way to verify that?**
A. Yes, sir.
**Q. And what way would we verify that?**
A. On the DQ file.
**Q. And what would the DQ file tell us?**
A. Prior employments, if he's ever worked in United States, his driving history, driver licenses. Other information as well.
**Q. All right. And as we looked before, the -- the rate confirmation was 8-16-2023 and then the bill of lading 8-18-2023, correct?**
A. I didn't get -- I didn't re -- I don't remember the dates exactly. I know it was sixteen and eighteen -- and eighteen, --
**Q. Okay.**
A. -- but I don't -- yeah.
**Q. All right. The dates on the bill of lading and rate confirmation, they speak for themselves, right?**
A. Yes, sir.
**Q. Okay. All right. If a rate confirmation was given on 8-16 -- let me -- excuse me. Let me re-ask the question. If there is a rate confirmation and two bill of ladings discussing a date of August 18th,**



**2023, do you know why the load did not arrive in Michigan until 8-29-2023, eleven days later?**
A. There's -- it could have been held up in customs, with the custom broker. It would not have been ready when picked up or an -- another arrangement for the delivery since the delivery date that we saw for -- there on the rate confirmation was incorrect, so those may come into terms.
**Q. Okay. So is -- is there any way to determine where that load was sitting for eleven days?**
A. Not to my knowledge, sir.
**Q. Would there be any documentation regarding that?**
A. I would have to check if there's anything regarding that information.
**Q. I'm going to mark as Exhibit 13 -- this was some Monarch data that was produced.**
**Are you familiar with Monarch?**
A. Yes, sir.
**Q. Okay. That the -- tell me -- tell me what Monarch is.**
A. Mark -- Monarch is a provider of different services. It includes GPS, E-Log and dash cam.
**Q. So that's all like, for example, the telematics data; is that correct?**
A. Yes, sir.
**Q. And is there someone responsible at FJ Carrier for**

Page 125

**monitoring the telematics?**
A. Yes, sir.
**Q. Who is that?**
A. The -- well, not somebody in specific. It's the safety department.
**Q. So back -- back in 2023, or August of 2023 when this collision happened, who would have been, in the safety department, responsible for monitoring telematics?**
A. I believe that would be a better question asked to Marco Polo -- I mean Marco Morales. I'm sorry.
**Q. Okay. All right. Not something that you would do, I assume. Correct?**
A. No, sir.
**Q. Okay. All right. And like you said, that provides a -- a lot of information regarding the -- the truck and where it is, how fast it's going, things like that, correct?**
A. Correct.
**Q. And it -- it also can provide alerts, correct?**
A. Yes, sir.
**Q. All right. Like, for example, if a driver's speeding?**
A. Yes, sir.
**Q. Or if maybe like a hard braking event, things like that, correct?**
A. Correct.

Page 126

**Q. And that shows what driver's driving the truck at the time, correct?**
A. I -- it shows, but it's not always accurate.
**Q. And what do you mean it's not always accurate?**
A. Yes. This is a GPS system. It's not a logbook, so it sometimes recognizes who is driving. Sometimes it does not.
**Q. Okay. So if a driver is listed on Monarch, you're saying we don't know if it's accurate as to who was actually driving at the time?**
A. The GPS is not accurate.
**Q. And I -- correct me if I'm wrong, but you said the E-Logs were also through Monarch, correct?**
A. That's correct.
**Q. Okay. So if the E-Logs are through Monarch, why would it not show who is specifically driving on the Monarch data?**
MR. GROUSTRA: Object -- Object to form. Go ahead.
THE WITNESS: Yes. We're talking about two different systems and one platform. Monarch --
BY MR. KEMP:
**Q. Okay.**
A. -- provides three different services for -- or provided services for FJ back then, which was the GPS,

Page 127

the E-Log, and the dash cam. The system for the E-Log and the GPS, it -- it didn't communicate well and would not show if the correct driver was driving at the time, but the E-Log does.
**Q. So if we want to know who was actually driving the truck, we look at the E-Log is what you're saying?**
A. Yes, sir.
**Q. Okay. And all three systems are all Monarch products; is that right?**
A. Monarch is a provider. The -- like they -- they sell a -- or they -- they provide a service for us from different providers.
**Q. So, for example, the -- the E-Log and the dash cam, is that a Monarch E-Log and dash cam, or is that someone else then?**
MR. GROUSTRA: Object to form.
THE WITNESS: Like I said, they provide three services. They provided three services. Who they bought that service from or -- or -- I don't know. That's Monarch directly.
BY MR. KEMP:
**Q. I guess my question is, when FJ gets the -- the GPS E-Log and dash cam, they get it all from Monarch; is that right?**
A. Yes, sir.

Page 128

**Q. Okay. And did you say FJ no longer has Monarch?**
A. No, sir.
**Q. Who do they utilize now?**
A. Samsara.
**Q. And is that for -- for all three things?**
A. Yes, sir.
**Q. And when did that switch occur?**
A. I do not want to lie. I do not know. It's been a couple of years.
**Q. Okay.**
A. A year, year and a half, two years.
**Q. Obviously sometime after our collision, correct?**
A. Yes, sir.
**Q. And who would have made that decision to change over?**
A. Mr. Mendiola.
**Q. And the -- the dash cams, are those both forward facing and cab facing?**
A. Some of them were just front facing and some of them were front and inside the cab.
**Q. And why would some trucks have both and some only have one?**
A. It just depends what they had in stock or what -- what was available at the time.
**Q. And FJ Carrier's fleet, it's pretty -- pretty young fleet, right? The -- the trucks are pretty new,**

Page 129

**correct?**
MR. GROUSTRA: Object to form.
THE WITNESS: Depends on what you'd call new.
BY MR. KEMP:
**Q. I guess, what would you categorize new in terms of trucks in the trucking industry?**
A. I've seen trucks twenty years old and they're great trucks, and I've seen trucks three months old and they're in the shop, so it -- it just depends.
**Q. Okay. On average, the -- the -- how old the trucks are at FJ, they're relatively new; true?**
MR. GROUSTRA: Form.
THE WITNESS: They're usually between -- I would say the oldest truck would be a 2016 truck.
BY MR. KEMP:
**Q. So the truck that was involved in this collision, did it have a -- both a -- a outward facing and a dash cam -- cab-facing dash cam?**
A. I believe I only saw the -- the outer one, so it might have only had one.
**Q. Okay. Would there be any way to confirm that?**
A. No, not really.
**Q. Okay. Who -- would there be anyone that would know?**
A. It's a system, like I said, we don't use anymore, so I

Page 130

-- I don't think there's any -- anything there other than what you're showing me right now.
**Q. Okay. And the Monarch data has a lot of information, like, it says the time, the driver, the speeds, the odometer, the location, correct?**
A. Yes, sir.
**Q. Okay. And then it'll show, for example, the -- the speed at the time and then like the speed limit to see if, for example, a driver was speeding; is that correct?**
A. Yes, sir.
**Q. All right. So, for example, just the first line, it shows a driver is driving seventy-one miles an hour at the instant speed, but the speed limit is seventy, correct?**
A. Yes, sir.
**Q. I assume that's why it's in red, to signify that the driver's speeding, correct?**
A. Yes, sir.
**Q. And, then -- and then it looks like, for example, then there's something in this column, in-cab alert. And then that is -- for example, here, at 29:53 there's a speeding OBD; is that correct?**
A. Yes, sir.
**Q. And what is OBD?**

Page 131

A. I do not know, sir.
**Q. Okay. And is that -- that's something that the driver would receive is that warning?**
A. I do not know. It might have been a -- a -- a sound inside the vehi -- the cab.
**Q. Okay. And -- and that's an alert that whoever's monitoring the telematics data at FJ Carrier, they would receive as well; true?**
A. Yes.
**Q. Okay. All right. All right. So this -- this collision occurred -- let's pull it up -- in Pennsylvania Road in Brownstown, Michigan; is that correct?**
A. I believe so, sir.
**Q. Let's back up. Excuse me. All right. And the -- the police report indicated 7 o'clock, which is approximately 6 o'clock Texas time. That would show us, for example, the -- the collision occurring maybe about 5:59 or so, Texas time, correct?**
A. Yes, sir.
**Q. Okay. And obviously it shows Omar Lima is the driver, correct?**
A. Correct.
**Q. And we talked about that the GPS and the E-Logs don't exactly sync up as you would say, right?**

Page 132

A. Correct.
**Q. We know in our crash it was obviously Marco Polo Pastrana-Jimenez that was the driver; is that correct?**
A. Yes, sir.
**Q. Okay. And then if we -- we work our way backwards, we can see, I guess, the -- the locations and the -- I guess the -- the route where the drivers would have been driving; is that correct?**
A. Yes, sir.
**Q. Okay. And we can see them going all the way back to Texas back on Monday, August 28th; is that correct?**
A. Yes, sir.
**Q. Okay. And then on the 27th, that's -- we have the -- the Copper Drive address, Laredo. That would have been the FJ Carrier, correct?**
A. Yes.
**Q. Okay. Are -- are loads ever picked up from the location of FJ Carrier Logistics?**
A. Sometimes, yes, sir.
**Q. Okay. Is it possible that the load was taken from FJ Carrier Logistics?**
A. Could you repeat the question, sir.
**Q. Is -- is it possible the load began for FJ Carrier at FJ Carrier?**
A. Yes, sir.

Page 133

**Q. Okay. For example, earlier it talks about -- or where the location is, Nuevo Laredo, which would be across the border, correct?**
A. Yes, sir.
**Q. Okay. And does FJ Carrier have a location in Nuevo Laredo?**
A. Yes, sir.
**Q. Okay. Is this address the address in Laredo --**
A. Yes. I had mentioned before, I don't know the address or the exact address of the Nuevo office.
**Q. All right. But there is a FJ Carrier Logistics address in Nuevo Laredo; is that correct?**
A. Yes, sir.
**Q. And -- and before that time, then this truck, it was back in Texas and back in Laredo; is that correct?**
A. Yes, sir.
**Q. It looks like it was in Louisiana, Mississippi, Alabama. Back on August 26th; is that correct?**
A. Yes, sir.
**Q. Okay. According to this -- these logs that were produced, none of them show a pickup by FJ Carrier at the Rassini location, correct?**
A. No, sir.
**Q. Okay. Rassini, that location's -- it's not anywhere near the border, correct?**

Page 134

A. No, sir.
**Q. Okay. All right. And obviously these logs are only for the three -- three days or so before the collision, correct?**
A. Well, this is the --
**Q. Or excuse me.**
A. -- telematics.
**Q. Excuse me.**
A. This is the GPS.
**Q. The telematics. Yes. Yes. Would -- excuse me. Does FJ Carrier have the telematic data going prior to August 26, 2023 for this truck?**
A. I don't believe they have it, and since we don't have that system, I don't think it's available anymore.
**Q. Following this collision, did FJ Carrier take any steps to preserve the data of the telematics data for the time prior to this collision prior to August 26, 2023?**
A. I do not know, sir.
**Q. Who would?**
A. I don't know if it was still in the system or it overrides after a certain time.
**Q. Even if it does override over time, I'm asking did anyone at FJ Carrier take steps to preserve data to prevent it from being overwritten?**

Page 135

A. That would have to be with Marco -- Marco Morales.
**Q. Same thing with the logs for the drivers of Pas -- Pastrana-Jimenez and Omar Lima. Would their logs have been preserved prior to August 26, 2023?**
A. Yes, sir.
**Q. Okay. And does FJ Carrier still have both of those logs?**
A. I believe they do, sir.
**Q. Okay. And how far back do they have those logs going?**
A. It should been six months.
**Q. Meaning FJ Carrier would still have the logs six months prior to this collision?**
A. Yes, sir.
**Q. For both drivers, correct?**
A. Yes, sir.
**Q. And that's something you could easily produce, correct?**
A. I would have to check to see if they have them, yes, sir.
**Q. Share my screen again, and we'll mark this Exhibit 14.**
**Have you seen this before?**
A. No, sir.
**Q. This appears to be some type of instruction letter from Rassini; is that correct?**
A. That's what it seems so, yes, sir.

Page 136

**Q. Okay. And it talks about -- and this is dated August 23rd, 2023; is that correct?**
A. Yes, sir.
**Q. And obviously has the -- the -- the date -- or excuse me -- the location of where Rassini is and then where it's eventually going to be delivered, correct?**
A. Yes, sir.
**Q. Okay. And under the shipping information here, it gives some information about obviously what the product is and what it weighs, correct?**
A. Yes, sir.
**Q. Okay. This invoice number, is that something that FJ Carrier Logistics would have?**
A. I would not know, sir.
**Q. And it has instructions for dispatch. Do you see that?**
A. Yes, sir.
**Q. And it -- and it says T -- RT IMMEX. Do you know what that is?**
A. Don't know, sir.
**Q. And then it says the sales incoterm Ex Works, Puebla, Mexico. Do you know what that is?**
A. No, sir.
**Q. And it gives you a trailer number, it looks like FJ690, which presumably would be FJ's trailer; is that**

Page 137

**correct?**
A. I would assume so myself, yes, sir.
**Q. Do you know why this letter would be five days after the bill of lading?**
A. No idea, sir. In seeing that sheet, it does say something about a -- an -- custom broker on the top. Right there.
**Q. Right -- this sentence here?**
A. That sentence there.
**Q. Okay. And what does that sentence say in English?**
A. By means of this letter, we're soliciting the service for dispatch by custom dispatch for this load for exportation according to the following instructions.
So this -- I guess this is a -- an -- a custom broker letter.
**Q. Would that lead you to believe that -- that Rassini still had the load on August 23rd, 2023?**
A. I would assume so, or that's when they gave the instructions to cross the -- like for them to do the documentation for crossings.
**Q. And then obviously on the -- the second page here we have the -- what the actual load was, correct?**
A. Yes, sir.
**Q. And then I'm going to mark Exhibit 15.**
**This is, it looks like, a invoice with**

Page 138

**Rassini. Do you see this, sir?**
A. I do see it, but I've never seen that before.
**Q. Okay. And that was going to be my question. Would FJ Carrier have ever received, for example, a copy of this invoice?**
A. No, sir.
**Q. Okay. And is there any reason why they would not?**
A. I believe this is documentations for the -- for the custom broker.
**Q. And then it says truck down here, Ex Works slash -- is that ex -- expedited customer?**
A. No. Ex p -- Ex p -- I -- I don't know. I mean, I see it, but I don't know what it is or what it means.
**Q. Okay. And obviously it has trailer box number with FJ690. That would be the trailer we're dealing with, correct?**
A. That is correct.
**Q. And if this is a custom broker documentation, you don't -- FJ doesn't get a copy of this?**
A. No, sir.
**Q. Do you know why that is?**
A. No, sir.
**Q. Would there have been any contract agreements between FJ Carrier and Diesel Global Logistics?**
A. I believe so, but if -- if it's a -- sometimes on the

Page 139

load itself, like the rate -- rate confirmation, it could be that contract as considered as a contract as well.
**Q. Okay. Besides the rate confirmation, would there be any other contracts with Diesel Global Logistics and FJ Carrier?**
A. There could have been.
**Q. What -- what would those be?**
A. Carrier setup agreement between the broker --
**Q. Okay.**
A. -- for the customer.
**Q. Anything else?**
A. No. That'll be it.
**Q. Would there have been any contracts between FJ and Rassini?**
A. No, since we were hired by Diesel Global Logistics.
**Q. Would there have been any contracts between FJ and Hollingsworth?**
A. No, sir.
**Q. Are you aware of any contracts between Diesel and Rassini?**
A. No, sir.
**Q. Okay. If the shipper's hiring a freight forwarder, would it be typical for them to have a contract?**
A. I would not know, sir. I've never worked in that

Page 140

field.
**Q. Okay. Are you aware of any contract between Diesel and Hollingsworth?**
A. No, sir.
MR. GROUSTRA: It's been about an hour twenty. Is this a good time for a break?
MR. KEMP: I was going to say, yeah, I think maybe like a -- maybe a little longer break and we can all grab some snacks or some food real quick if that works for everyone.
MR. GROUSTRA: Sure.
MR. PLAGENS: Perfect.
MR. GROUSTRA: Any estimation of how much longer you may have with this witness just so I can let the other witness know.
MR. KEMP: Yeah. We can go off the record now. That's fine.
THE VIDEO OPERATOR: Okay. We are now going off the record. The time is 2:04 p.m.
(Whereupon an off-the-record discussion was held)
THE VIDEO OPERATOR: We are now back on the record. The time is 2:05 p.m., and this concludes media two of this deposition. We are now going off the record. The time is 2:05 p.m.

Page 141

(Whereupon a recess was taken at 2:05 p.m. until 2:25 p.m.)
THE VIDEO OPERATOR: We are now on the record. This begins media three in the deposition of Elias Salinas. The time is 2:25 p.m.
BY MR. KEMP:
**Q. Sir, I'm going to kind of change gears here now, talk about the collision that we're here for today.**
**Have you -- have you reviewed the police report?**
A. Yes, sir.
**Q. And you reviewed the dash cam footage?**
A. Yes, sir.
**Q. Okay. And you would agree that FJ Carrier's driver's responsible for causing this collision, correct?**
A. Yes, sir. I'm extremely sorry Mr. McDonald got injured in this accident.
**Q. Okay. His injuries are -- are because of the actions of FK -- FK -- FJ Carrier's actions, correct?**
A. The driver, yes, sir.
**Q. Okay. And as we can see on the dash cam, Mr. McDonald was on a motorcycle, correct?**
A. Yes, sir.
**Q. Okay. And as we can see from the dash cam, he was there to be seen; true?**

Page 142

A. I'm sorry. Can you repeat it.
**Q. As we can see in the dash cam, he was there to be seen; true?**
MR. GROUSTRA: Object to form.
THE WITNESS: I am seeing what the dash cam sees, sir, not what the driver sees, and, honestly, motorcycles are very hard to see in general.
BY MR. KEMP:
**Q. On the dash cam, can you see the motorcycle?**
A. Yes, sir.
**Q. Okay. On the dash cam did you have any trouble seeing the motorcycle?**
A. No, sir.
**Q. Clear weather that day; true?**
A. Yes, sir.
**Q. Flat road; true?**
A. It looked flat, yes, sir.
**Q. Okay. There should have been nothing preventing Mr. Pastrana from being able to see the motorcycle in front of him; true?**
A. That is correct, sir.
**Q. Okay. FJ Carrier is not blaming Mr. McDonald in any way for causing this collision; true?**
MR. GROUSTRA: Object to form.
THE WITNESS: Can you repeat -- can you

Page 143

repeat the question, please.
BY MR. KEMP:
**Q. FJ Carrier is not blaming Mr. McDonald for causing this collision in any way; true?**
A. No, sir.
**Q. What I said is accurate?**
A. Yes, sir.
**Q. Okay. And Mr. Pastrana, was he drug tested following the collision?**
A. Yes, sir.
**Q. Okay. And where was that drug test?**
A. It -- I believe it was done in Michigan.
**Q. And what were the results of that?**
A. Negative.
**Q. And how was FJ Carrier first notified of the collision?**
A. Mr. Pas -- Mr. Polo -- oh, I'm sorry. Mr. Marco Polo contacted Marcos Morales and notified him about the incident.
**Q. Obviously it being in Michigan, no one would have come to the scene, correct?**
A. That is correct, sir.
**Q. From FJ, I mean?**
A. That is correct, sir.
**Q. Okay. Did anyone else besides Marco Morales speak**

Page 144

**with the driver following the collision?**
A. The insurance company.
**Q. Okay. Anyone else?**
A. Not to my knowledge.
**Q. Did anyone speak with the co-driver following the collision?**
A. Not at the time.
**Q. Okay. What about after?**
A. I believe Mr. Marcos talked to the driver.
**Q. Anyone else?**
A. No, sir.
**Q. So, not just like immediately following the collision, but at any time did anyone from FJ Carrier speak with Mr. Pastrana following the collision?**
A. I'm sorry. You cut off for a second there, sir.
**Q. Not a problem. Not just immediately following the collision, but at any time thereafter, besides Mr. Marco Morales, is there anyone else at FJ that would have spoke to Mr. Pastrana about the collision?**
A. No, sir.
**Q. Okay. And you mentioned Mr. Marco Morales spoke with Omar Lima at some point following the collision?**
A. That is correct, sir.
**Q. Anyone else from FJ that would have spoke with him?**
A. No, sir.

Page 145

**Q. And it's my understanding both of those drivers gave written statements, correct?**
A. I believe so, sir.
**Q. And have you reviewed those?**
A. No, I have not.
**Q. Did FJ conduct any type of investigation following the collision?**
A. No, sir.
**Q. Why not?**
A. It was conducted by our insurance company.
**Q. And who was that?**
A. The Licona -- the twenty-four/seven hotline is the one that took the call after we were notified by Mr. Marco Polo.
**Q. No one else from FJ did any type of investigation following the collision?**
A. No, sir.
**Q. Was there any preventability analysis done by FJ Carrier Logistics?**
A. No, sir.
**Q. Why not?**
A. We -- we understand that -- we saw the video. We determined that it was the driver's negligence and saw that the driver was negligent causing harm to Mr. McDonald.

Page 146

**Q. Okay. Meaning you really didn't have to do much investigation. It was pretty clear right away he was at fault; true?**
A. Yes, sir.
**Q. Okay. All right. You agree that this collision was preventable but for Mr. Pastrana's actions, correct?**
A. Yes, sir.
**Q. Was Mr. Pastrana ever charged with a crime?**
A. Not to my knowledge, sir.
**Q. Was it ever discussed him possibly being charged with a crime?**
MR. GROUSTRA: Other than with counsel?
BY MR. KEMP:
**Q. Yeah. I don't want to know any discussions with attorneys, correct.**
A. I'm sorry. Your -- the -- the feed cuts off a little bit every now and then. I'm sorry about that.
**Q. No. That's okay.**
A. I don't know if it's from our side or your side. I'm sorry.
**Q. That's okay. I'll take the blame no matter what.**
**So, is -- was there any -- any discussions, not between counsel, but with anyone from FJ Carrier and with Mr. Pastrana about him being charged criminally?**

Page 147

A. No, sir, not that I know of.
**Q. Okay. Following this collision, was Mr. Pastrana terminated?**
A. Yes, sir.
**Q. And he was terminated as a result of this collision?**
A. Yes, sir.
**Q. And who made that determination?**
A. Mr. Marcos Po -- Marco Morales. Sorry about that. I hate it when there's two names the same.
**Q. That's okay.**
**All right. Following the collision, was Diesel Global Logistics ever notified that there was a collision?**
A. I don't believe they were.
**Q. Why not?**
A. There was no damage to their cargo or anything that might have said, hey, there's damage to your -- to your cargo or anything like that.
**Q. Obviously being involved in a collision delayed the delivery; true?**
A. Yes, sir.
**Q. If there is any potential delay, are you required to notify Diesel?**
A. Yes, sir.
**Q. Okay. If a collision is involved, whether minor,**

Page 148

**severe, are you required to notify Diesel?**
A. Yes and no. Yes, if there's any damages to their cargo or any damages that -- that can implement a cargo claim, but to let them know that this was a -- how -- how can I explain. Nothing of this collision caused any damage to the cargo, which is basically what they were hired -- we -- we were hired for.
**Q. So if there's a collision, but no cargo damage, you're not required to notify Diesel?**
A. Correct.
**Q. If there's possible cargo damage, you are required to notify Diesel?**
A. Yes, sir.
**Q. If you are involved in a collision, does that affect the potential relationship with Diesel?**
MR. GROUSTRA: Object to form.
THE WITNESS: Not --
MR. GROUSTRA: Otherwise...
THE WITNESS: Not to my knowledge, no.
BY MR. KEMP:
**Q. I'm going to pull up -- we'll mark this as Exhibit 16.**
**These are -- looks like driver vehicle inspection report; is that correct?**
A. Yes, sir.
**Q. Okay. Login here. And it looks like at 8 -- on**

Page 149

**8-29-2023 at 3:49 a.m. with a odometer reading of four forty-five one thirty-one, Mr. Pastrana would have completed his pretrip inspection for the trip; is that correct?**
A. Yes, sir. That's what it says.
**Q. And noted condition of the vehicle as satisfactory, correct?**
A. Yes, sir.
**Q. Okay. Now, on 8-29-2023 at 2:10 p.m. later that day in Woodhaven, Michigan, there's an odometer reading of four four three six seven nine. Do you see that?**
A. Yes, sir.
**Q. How is it possible to have an odometer reading go backwards?**
A. I would not know.
**Q. Do you have any explanation for that?**
A. Might have been a -- an error on the system. I don't know.
**Q. And these are electronically generated, correct?**
A. Yes, sir.
**Q. Meaning it would pull the information directly from the vehicle, correct?**
A. Yes, sir.
**Q. Following the collision, do you know what -- what Mr. Pastrana and Mr. Lima did?**

Page 150

A. I believe Mr. Pastrana got out of the vehicle to see if he need -- the -- Mr. McDonald needed any assistance, medical assistance or anything like that. I know that the EMS arrived shortly and the authorities arrived shortly after that.
**Q. Was there any type of in -- inspection done of the driver and vehicle by commercial motor vehicle inspection officer?**
A. I believe there was one done. I'm not really sure.
**Q. Did FJ Carrier Logistics get a copy of that?**
A. If there was one done, they should have -- have a record of it.
**Q. Is there, for example, like an accident file regarding this collision?**
A. Everything is -- there is a file, and everything is submitted to the insurance as well.
**Q. What goes in an accident file?**
A. One is the police report; two, drug screen -- like the post-accident drug screen, the results; any documentation that we receive via -- via mail, for like an example, attorneys or anything like that; any violations; any -- if there's any pictures or anything like that, obviously they're shared with the -- with the insurance as well.
**Q. Following the collision, did anyone review Mr.**

Page 151

**Pastrana or Mr. Lima's logs?**
A. I believe they did, sir.
**Q. Okay. And I presume that's to try to verify if there was any potential out-of-service violat -- or hours of service violations, correct?**
A. That is correct.
**Q. Okay. And would someone have also reviewed the telematics data to compare it to the logs?**
A. Yes, sir.
**Q. Okay. And, generally, who would review that -- the electronic logs and the telematics data following a collision?**
A. Well, on this particular one it would have been Mr. Marco or somebody he had designated.
**Q. All right. So he would have reviewed the -- excuse me -- Marco Morales would have reviewed the electronic logbook and the telematic data, which is that Monarch data we were looking at earlier, correct?**
A. That is correct, sir.
**Q. And at that time that would have showed, for example, the logs going back six months and the telematic data going back six months, correct?**
A. Yes, sir.
**Q. Okay.**
A. Well, the telematics, we can't do it for six months.

Page 152

We usually do it for a day or two, because it -- it won't go that back. It override the information.
**Q. Well, do you know for sure how far it went back?**
A. No, sir.
**Q. Okay. So it could have been a couple days, it could have been a month. You just -- you don't know personally; is that fair?**
A. Correct.
**Q. Okay. And you said the telematics data, besides what we already looked at today, you don't know if FJ Carrier has anything prior to that date; is that correct?**
A. That is correct, sir.
**Q. Okay. And, to your knowledge, nothing was done to preserve any potential telematics data prior to the collision; true?**
A. Correct. I -- I -- I don't know what else there was.
**Q. And after -- because obviously this collision occurred essentially right -- right outside the delivery point; is that right?**
A. That's -- yes. To my knowledge, yes.
**Q. They were turning into where they were going to deliver, correct?**
A. That is correct, sir.
**Q. Following the collision, was that then delivered to**

Page 153

**the -- the receiver there?**
A. To my knowledge, yes, sir.
**Q. Okay. And was there, I guess, any paperwork that would have been acquired by delivering the load?**
A. The bill of lading that we saw.
**Q. Anything else?**
A. That'll be all.
**Q. Does a driver need to get any type of signature from the receiver?**
A. It could be a signature or it could be a stamp.
**Q. And does that go on the bill of lading?**
A. Yes, sir.
**Q. Okay. Now, the bill of lading we looked at earlier didn't have any signatures, so would there have been a different bill of lading that had signatures?**
A. Like I said, it could have been a stamp as well, sir. It's either or --
**Q. Okay.**
A. -- or both.
**Q. Gotcha. Okay. And do you know which driver it was that drove, I guess, to finish the delivery?**
A. I don't know.
**Q. And then following the collision, Mr. -- was it -- Mr. Lima, would he have been the one that drove the vehicle back to Laredo?**

Page 154

A. It would be whoever -- if he -- if Mr. Marco Polo still had hours to drive, it might have been him or it might have been Mr. -- Mr. Lima.
**Q. So he -- following the collision, Mr. Pastrana, the driver involved in the collision, if he still had hours available, he would have still been allowed to continue driving to get back to Laredo; true?**
A. Yes, sir.
**Q. Okay. And the logbooks would reflect who actually drove that, correct?**
A. That is correct.
**Q. I want to talk about -- kind of transition now and talk about FJ Carrier's relationship with Diesel Global Logistics. Is that something you would be the most knowledgeable person on for this topic, or would someone else be more knowledgeable?**
A. I believe Mr. Eric would be more knowledgeable.
**Q. Okay. Would you have had any interaction with or dealing directly with Diesel Global Logistics?**
A. No.
**Q. All right. So any -- to be fair, any questions I would ask you about relationship with Diesel Global Logistics you would say either I don't know or I would defer to -- to someone else such as Eric?**
A. That is correct, sir.

Page 155

**Q. Okay. Do you ever deal with brokers, freight forwarders, shippers directly at all?**
A. I do if there is any cargo damages, if there is any -- if there is an accident inside the warehouse or incidents inside the warehouse. Besides that I have no -- no communication with them.
**Q. And besides Eric, who else would either deal with or have communications with a freight forwarder or a broker or a shipper?**
A. Operations.
**Q. And who would be considered in the operations, I guess, branch, so to speak?**
A. Per se on this load, the name of the person that's in -- in Mexico that received the load, she would be in communication with the broker or the warehouse.
**Q. And you're referring, I believe, Virginia?**
A. Virginia. There you go.
**Q. Okay. So when you say operations, are you essentially referring to like dispatch?**
A. Yes, sir.
**Q. Okay. And what about Ariel Gonzales. Would she have any communications or dealings with a broker, a freight forwarder, a shipper?**
A. I believe she would.
**Q. Is -- is she like a point person for that?**

Page 156

A. I don't know her actual job title or what she does.
**Q. You would not deal with a freight forwarder slash motor carrier agreement; is that right?**
A. No, sir.
**Q. Would you have any knowledge on the freight forwarder/motor carrier agreement between Diesel Global Logistics and FJ Carrier Logistics?**
A. No, sir.
**Q. All right. So you would not be the person most knowledgeable, obviously, correct?**
A. No, sir.
**Q. And do you know who that would be?**
A. It would be either Eric or Miss Virginia who was in contact with this particular load.
**Q. And not necessarily just this particular load, but I'm talking about also like setting up agreements or deals between a broker or a freight forwarder, maybe like an ongoing basis relationship. Who else would that be maybe besides Eric?**
A. Just those two people.
**Q. Okay. Have you ever even seen or -- or reviewed a -- the freight forwarder/motor carrier agreement between FJ Carrier and Diesel Global Logistics?**
A. No, sir.
**Q. Do you play any role in the hiring of drivers at FJ**

Page 157

**Carrier?**
A. No, sir.
**Q. Who does?**
A. Back there -- back then it was Hazel Beccerra.
**Q. Anyone else?**
A. No, sir.
**Q. Do you have any knowledge as to the process or the standards FJ Carrier utilizes to hire new drivers?**
A. Yes, sir.
**Q. And what is that?**
A. First of all, they have -- the driver, if it's a Mexican driver, they have to have an international Mexican CDL. They have -- it has to be checked with Secretaria that it's a valid license. Then we provide that to the insurance company, the license, and they verify that he meets the requirements of two years experience minimum from the age of twenty-five -- twenty -- twenty-four to sixty-five.
**Q. Any other requirements to be hired?**
A. Yes. We run a PSP to check the driver's history, and we also check the preemployment drug screen and the DataQ for any prior drug and alcohol abuse.
**Q. Anything else?**
A. Yes, sir. We try to communicate with previous employers.

Page 158

**Q. Anything else?**
A. We do the application and a road test.
**Q. Anything else?**
A. From there it is -- they go into a -- basically classes for hours of service, motor -- motor vehicle laws and all of that information, and if they can complete all those requirements, then the driver is hired.
**Q. Anything else?**
A. That's it, sir.
**Q. Is there anything that would disqualify a driver from being hired?**
A. Any of the above.
**Q. When you say any of the above, what do you mean by that?**
A. The -- if there's anything wrong with all the checking on the PSP, drug and alcohol, if the insurance says the driver's not hireable, if the previous employers advises that the -- that the driver was a reckless driver, or if he had accidents previously, anything like that.
**Q. Is there a certain number of accidents that would disqualify someone from being hired?**
A. It could be just one.
**Q. So if, for example, a driver had one prior accident,**

Page 159

**they would be disqualified from being hired?**
A. If they were at fault, yes, sir.
**Q. Okay. And is that at any time?**
A. What do you mean at any time?
**Q. Meaning if that accident that was at fault was three months ago or ten years ago, would they still be ineligible to be hired?**
A. It -- we would take that into consideration.
**Q. Okay. And, so, is that mean it's not necessarily that a driver who's involved in an at-fault collision is disqualified from being hired?**
A. Can you say that again, please.
**Q. Sure. So does that mean it's possible for a driver to be involved in a at-fault collision and still be hired by FJ Carrier?**
A. If it was betw -- prior to two years, like two years from the application, then, no.
**Q. All right. All right. Involved in a at-fault collision in the past two years, they're disqualified from being hired; true?**
A. Yes, sir, correct.
**Q. If -- if it's longer than two years, it's some type of evaluation process?**
A. Yes, sir.
**Q. And -- and that is Hazel that's making that**

Page 160

**determination?**
A. Say that again, sir.
**Q. And that's Hazel that would make that determination?**
A. Hazel, now she would make that determination, yes. She would -- back then she would bring it up with -- when they were doing the hiring process, and they would bring it up to Marco Morales and make a decision.
**Q. So, I guess, at the time of the collision, the -- the safety department was Hazel, Marco, and then you; is that correct?**
A. Yes.
**Q. Anyone else?**
A. Not -- I don't remember -- no, that I remember as of right now.
**Q. Okay. And -- and you, you would personally spend ninety-five percent of your time at Tradex, correct?**
A. That's correct.
**Q. So in terms of FJ Carrier, it's -- for the most part, it's -- it's Hazel and Marco at the time, correct?**
A. That is correct.
**Q. Okay. And they would, between the two of them, oversee two hundred drivers or so?**
A. I believe there was more personnel.
**Q. Okay. And then who would have been those personnel**

Page 161

**that were also involved in the safety department?**
A. Don't remember their names. I don't remember who they were.
**Q. Okay. You would have been the highest, I guess, person in the safety department?**
A. Yes, sir.
**Q. And then Marco and Hazel would have been below you?**
A. Yes.
**Q. Would either one of them been, quote-unquote, higher up in the pecking order, so to speak?**
A. Can you re -- restate that again, please.
**Q. Sure. So if you're the highest in the -- in the --**
A. Yes.
**Q. -- safety department, right below you with Hazel and Marco, are one of them higher than the other?**
A. They were in different -- well, Marco was the -- the safety manager back then.
**Q. And Hazel was more of the hiring at that time?**
A. Yes, sir.
**Q. And, so, are those technically different departments?**
A. They're together. They're -- they're together but separate.
**Q. Okay. Different responsibilities, still part of the safety department; is that fair?**
A. Yes, sir.

Page 162

**Q. Okay. And were there any people that reported to either Hazel or Marco?**
A. I believe there was.
**Q. Okay. Who would have those people been?**
A. I think that would be a better question for them.
**Q. I assume if you only spent five percent of your time at FJ, you probably didn't deal with those people below them that much, right?**
A. Correct.
**Q. Okay. Do you know when Mr. Pastrana was hired?**
A. I believe it was the beginning of August of 2023.
**Q. Okay. And, so, he would have been only working for FJ Carrier for a few weeks before this collision; is that correct?**
A. That is correct.
**Q. Were there any other incidents or accidents prior to our collision while working at FJ?**
A. No, sir.
**Q. Did Mr. Pastrana have any accidents or collisions prior to being hired at FJ?**
A. No, sir.
**Q. Did Mr. Pastrana have any moving violations, tickets, citations of any kind prior to being hired?**
A. No, sir.
**Q. Do you know what his driving experience was before**

Page 163

**driving for FJ?**
A. Not off top of my head, but I know he had a couple -- some years of experience.
**Q. Do you know if he had any experience driving in the United States?**
A. Not off top of my head, sir.
**Q. Do you know how Mr. Pastrana found employment at FJ?**
A. Not off top of my head, sir.
**Q. Do you know if FJ recruited him in any way?**
A. I do not know, sir.
**Q. That orientation that you talked about earlier, what is that orientation?**
A. I know it's laws, what to do in case of an emergency or an accident, who to contact, regulations, logbook, logbook laws, how to -- how to use the logbook, among other things.
**Q. How long is the orientation?**
A. I do not know. I think it's -- I know it's a few hours, but I don't know exactly.
**Q. Okay. All right. It sounds like it's less -- less than one day; fair?**
A. I would assume so, yeah.
**Q. And would Mr. Pastrana have been given a road test?**
A. Yes, sir.
**Q. And would -- would there have been documentation for**

Page 164

**that road test?**
A. I believe so.
**Q. Okay. Would FJ have allowed Mr. Pastrana to operate an FJ truck without a road test?**
A. They shouldn't, no.
**Q. And I assume when a driver -- who -- who does the road test at FJ?**
A. It -- to my knowledge, it's one of the local drivers.
**Q. Like one of the senior drivers; --**
A. Yes.
**Q. -- someone that's been there a while? Okay.**
A. Yes, sir.
**Q. And -- and the road test, that consists of -- they would sit in the passenger seat and watch the new driver drive and evaluate them?**
A. Correct.
**Q. And then they would usually like fill out a form or a checklist to see how -- and evaluate how they're doing, correct?**
A. Yes, sir.
**Q. And I assume they would -- would take that -- that form and then give it to maybe Hazel or Marco or someone in the safety department; true?**
A. That is correct, sir.
**Q. Okay. And that would confirm that a road test was**

Page 165

**actually completed and then that the driver passed the road test, correct?**
A. Correct.
**Q. Okay. Is there any specific training done on driving in the United States versus driving in Mexico?**
A. I know there's -- I haven't seen the -- the videos or tutorials and -- and anything like that, but I know they're -- they do provide some the driver.
**Q. And would that be just part of some of the class orientation for those few hours?**
A. Yes, sir.
**Q. Okay. Would there ever be any difference in training for a United States driver versus a Mexican driver?**
MR. GROUSTRA: Object to form.
THE WITNESS: There are different laws in Mexico and the United States. Most of the -- of the laws are the same, but there are some differences.
BY MR. KEMP:
**Q. Okay. And what I mean is if -- if a new applicant comes, and he's a United States citizen who -- who's driven in the United States versus a new applicant who is a Mexican driver who's driven in Mexico, would either of those drivers get different training when hired?**
A. No.

Page 166

**Q. Okay. Based upon Mr. Pastrana's prior employers -- let me ask you this. Did anyone contact those prior employers?**
A. Yes, sir.
**Q. And who would have contacted them?**
A. Hazel.
**Q. And do you know if she made contact with them?**
A. I believe she did try.
**Q. Okay. And I know you said you believe she tried, but do you know if she was successful?**
A. No, I don't know.
**Q. Okay. Are you aware of if there is anything that would indicate Mr. Pastrana had experience driving in the United States prior to being hired at FJ?**
A. No, sir.
**Q. Would FJ have run a motor vehicle record on Mr. Pastrana?**
A. You cannot run an MVR on a Mexican CDL. It has to be from the United States. The only thing that will show is the PSP and Secretaria's information.
**Q. So you're saying there's no equivalent of running an MVR in Mexico?**
A. Yes, the Secretaria.
**Q. Oh.**
A. There's -- yeah.

Page 167

**Q. Okay. And was that done through the Secretaria?**
A. Yes.
**Q. Okay. And did anything come back through that?**
A. No.
**Q. Could Mr. Pastrana -- could he speak English?**
A. I believe so. I don't know.
**Q. Okay. I guess, sitting here today, do you know one way or the other whether he could or couldn't?**
A. Say that again, please.
**Q. Sitting here today, do you know one way or the other whether he could or could not speak English?**
A. No, sir, I cannot tell you.
**Q. And could you tell me if he could or could not read English?**
A. I can't.
**Q. Okay. And is there a requirement for a driver to be able to read or speak English to operate a commercial motor vehicle in the United States?**
A. Yes, sir.
**Q. Okay. And what is that?**
A. It is -- there is a requirement to be able to read and write -- read and write and understand road signs and speak to an officer.
**Q. Okay. And how would -- was that confirmed in any way by anybody at FJ regarding Mr. Pastrana?**

Page 168

A. It would have to be asked through Miss Hazel.
**Q. Okay. Mr. Pastrana, did he have a valid medical card?**
A. Yes. It's the OPTAL, and it's -- it's the Mexican medical equivalent.
**Q. Okay. The -- I assume when someone is hired there's various documents that are given to the new drivers?**
A. Yes, sir.
**Q. Are those documents in English or in Spanish?**
A. Spanish.
**Q. Okay. And why is that?**
A. If the driver prefers in English, we can provide that as well.
**Q. And, so, what? You have both -- like whatever that -- the paperwork is, you have it in both English and Spanish?**
A. That is correct.
**Q. The -- that orientation that's done, is that English or Spanish?**
A. I believe it's both, English and Spanish. Some it's translated.
**Q. I'm going to mark Exhibit 17.**
**And this is, it looks like, some type of administrative sanctions; is that correct?**
A. Yes. Can you --
**Q. Yeah.**

Page 169

A. -- zoom in, please.
**Q. Yeah. Not a problem. That's much better.**
A. Thank you.
**Q. And these are administrative sanctions; is that correct?**
A. Yes, sir.
**Q. It -- it looks like, according to this, they're -- they're effective 1-1-2024; is that right?**
A. Correct.
**Q. Meaning these sanctions would not have been in place at the time of our collision?**
A. I don't know if they added some, so that's why there is an effective date of...
**Q. Do you know if there would be any documentation to show if there were any similar type of administrative sanctions at the time of our collision?**
A. You would have to ask Hazel.
**Q. It looks like there is a sanction for -- for speeding, and that's five hundred dollars; is that correct?**
A. Yes, sir.
**Q. Does that mean if a driver is caught speeding they are -- is that docked from their pay?**
A. Yes, sir.
**Q. Okay. And how is that tracked or determined?**
A. That would be the person checking, and if he's --

Page 170

usually if it's done, there is a -- a warning issued, verbal warning. Second time around that's when they start deducting.
**Q. Okay. And is that determined based upon, for example, the telematics data?**
A. Yes, sir.
**Q. Because that's the best way to see if they're speeding or doing something wrong, because it -- it tracks that, right?**
A. Correct.
**Q. Okay. And I think we saw when we were looking at the telematics data, Monarch, earlier, even though it showed Omar the entire time, whether it was Omar or Marc -- Marco Polo, there were various speeding violations; true?**
A. Yes, sir.
**Q. And, so, whoever was driving, would that person have been issued a speeding warning for each of those?**
A. I don't know if it's for each one or for the trip in total.
**Q. Okay. And then the next page here, it looks like it's a correspondence about the -- the -- the camera in the cab; is that correct?**
A. Yes.
**Q. Meaning there's a five hundred dollar penalty for**

Page 171

**covering the interior or exterior camera, correct?**
A. Yes, sir.
**Q. Okay. And I think you said -- I apologize if I asked you this. You didn't do any of, like, the training or orientation with the drivers, correct?**
A. That is correct, sir.
**Q. Okay. That would have been, at the time of the collision, Marco; is that right?**
A. I'm sorry?
**Q. At the time of the collision, that would have been Marco?**
A. Yes, sir.
**Q. Okay. And when -- when there are drivers out on the road, is there someone that is actively monitoring the Monarch data?**
A. I would not know. You would have to ask either of them.
**Q. Okay. When you say either of them, are you referring to Marco or -- or Hazel?**
A. Yes.
**Q. Okay. All right. So in regard to, I guess, the supervising of the monitoring of drivers, you would not be the person most knowledgeable; true?**
A. Correct.
**Q. And is there a written safety manual for FJ Carrier?**

Page 172

A. Yes, sir.
**Q. And I will share my screen here and mark this as -- I think we're on Exhibit 18.**
**And -- and this is the FJ Carrier Safety Manual; is that correct?**
A. Yes, sir.
**Q. And who would have been responsible for creating this?**
A. I think it was created a long time ago with the -- the person that was in charge back when they started with the safety, and I helped a bit.
**Q. So was it already -- was there a manual in place when you started?**
A. No.
**Q. And when was a company manual first finalized?**
A. I can't remember the date.
**Q. Would that have been before or after this collision?**
A. Before it.
**Q. Would Mr. Pastrana have been given a copy of this manual?**
A. He should have, yes, sir.
**Q. And then this manual that we're looking at, this is the manual -- or was this the manual that was in place at the time of our collision?**
A. I believe so, sir. Yes.
**Q. Has it been updated or changed since the collision?**

Page 173

A. I believe they have.
**Q. Okay. And do you know what changes there would have been?**
A. I do not know. I have not seen it.
**Q. Who would have been responsible for making those changes?**
A. Either Mr. Marcos or Miss Hazel.
**Q. On page nine here, there's, I guess, a mission statement and a vision statement, and it looks blank. Do you know why that is?**
A. No, sir.
**Q. Does FJ Carrier Logistics have a mission statement?**
A. Not off top of my head, sir.
**Q. Does FJ Carrier Logistics have a vision statement?**
A. Not off top of my head, sir.
**Q. All right. It says safety values, and it says safety first. We prioritize safety above all else, ensuring that our drivers, cargo and the public are always protected.**
**Did I read that correctly?**
A. Yes, sir.
**Q. And do you believe that that -- and that is a safety value that FJ Carrier has; is that correct?**
A. Yes, sir.
**Q. That safety is above all else?**

Page 174

A. It's -- it's part of it, yes, sir.
**Q. Okay. And when you say part of it, what do you mean by that?**
A. We want to be safe as much as we can.
**Q. Would there be anything more important than safety?**
A. No, sir.
**Q. Is there any type of code of conduct?**
A. I don't recall.
**Q. And then we talked about in the delivery if the driver -- the driver's allowed to sign the bill of lading; is that correct?**
A. Yes, he is allowed, sir.
**Q. Okay. And then it looks like there's a disciplinary policy for FJ Carrier; is that correct?**
A. Yes, sir.
**Q. And then it states if a driver consistently violates safety regulations or policies. This may include issues like speeding, reckless driving, accidents or not following hours of service regulations. Is that correct?**
A. Yes, sir.
**Q. All right. And, so, what would it mean to consistently violate safety regulations or policies?**
A. The first, the driver is brought into the department, and let's just say he has a speeding consistency, so

Page 175

we would give him a verbal warning. Second would be a written. Third would be a termination.
**Q. Now, for example, speeding, is that if someone has one speeding infraction on a trip or multiple? Does it matter?**
A. Like I said, you would have to -- bless you. You would have to speak to Marco or Hazel how they were administering that -- that fine to them.
**Q. That's not something you would have dealt with?**
A. That is correct.
**Q. Are there any type of safety meetings that are conducted with drivers?**
A. I believe there are, sir.
**Q. Okay. Is that anything you would do?**
A. Excuse me, sir?
**Q. Is that anything you would do?**
A. No. No, sir.
**Q. All right. I assume either Hazel or -- or Marco?**
A. Correct.
**Q. Part of this on page fifty-six talks about the company has contracts with automotive companies. What contracts does FJ Carrier have with automotive companies?**
MR. GROUSTRA: I'm sorry. Could you say the page number again. You cut out.

Page 176

MR. KEMP: Yep. Yep. I'm sorry. Page fifty-six.
MR. GROUSTRA: Thank you.
BY MR. KEMP:
**Q. It states the company has contracts with automotive companies. Which companies?**
A. That could be brokers. That could be -- let's just say Diesel Global Logistics in this instance, we are hauling automotive parts for them.
**Q. So, for example, would there be contracts directly with automotive companies?**
A. Not to my knowledge.
**Q. It states that the company can be held responsible for service interrupted -- interruption or stoppage damage.**
**Has that ever been fined or given to a driver if that occurs?**
A. No.
**Q. So -- because, for example, it states the company reserves the right to seek reimbursement money from you. That has never been done against a driver?**
A. No, sir.
**Q. You would agree that whatever duty is prescribed for a driver or prohibition is imposed upon the driver, it shall be the duty of the motor carrier to require**

Page 177

observance of such duty or prohibition?
MR. GROUSTRA: Object to form.
THE WITNESS: Yes.
BY MR. KEMP:
Q. Okay. Meaning it's FJ Carrier Logistics' duty to require their driver obeys the laws, correct?
A. Yes.
Q. Okay. And no person shall aid, abet, encourage, or require a motor carrier or its employees to violate the Federal Motor Carrier Safety Regulations; true?
A. True.
Q. Okay. Meaning FJ Carrier Logistics is not allowed or require their driver to violate the law. True?
A. True.
Q. I'm going to mark this Exhibit 19.
And this looks like a -- a letter sent to FJ Carrier Logistics from my office, what I would call a preservation letter.
Have you seen this before?
A. Yes, sir.
Q. Okay. And it looks like this would have been addressed to various addresses and locations of FJ Carrier Logistics, correct?
A. Yes.
Q. Okay. Meaning FJ Carrier Logistics would have

Page 178

received this letter; true?
A. Yes.
Q. And after receiving this preservation letter, did you or anyone else at FJ Carrier Logistics take any action to preserve the information requested to be preserved in this letter?
A. Yes.
Q. And what steps were taken?
A. The vehicle was put out of service, the truck and the trailer. Well, sorry. The truck was put out of service. The trailer I'm not really sure. I know that the documentations that we have, logbooks and the -- the telematics and the footage was all held.
Q. The telematics was only held for three days prior to the collision; is that correct?
A. Correct.
Q. Okay. And you're saying you still have the logs for the six months before the collision; true?
A. There should be the logs, yes, sir.
Q. Okay. I'm going to mark this Exhibit 20.
And this would have been a signature for receiving the preservation letter, and it looks like that is your signature; is that correct, sir?
A. That is correct, sir.
Q. All right. So you would have acknowledged actually

Page 179

receiving that letter; true?
A. Yes, sir.
Q. Okay. And the -- and that -- that safety manual we were talking about earlier, is that given to the drivers in English or in Spanish?
A. Like I said before, it's whichever they prefer.
Q. All right. So you -- you have it in both?
A. Yes.
Q. Okay. Going through my notes, sir. I might -- I might hopefully be done here, but let me just take a second to -- to verify.
A. Yes.
Q. Are you aware of if FJ Carrier ever had a -- or was a motor carrier prior to becoming FJ Carrier Logistics?
A. No, sir.
Q. And -- and what I mean by that, were the people that are the owners or involved in handling FJ Carrier Logistics, did they ever have a prior motor carrier that was, for example, shut down for any reason?
A. No, sir.
Q. Do you -- let me ask you this. Who deals with the paperwork for the FMCSA at FJ Carrier?
A. Right now it -- it will be Hazel, and it used to be Marcos.
Q. Do you know what an MCS-90 endorsement is?

Page 180

A. Yes.
Q. Okay. What is that?
A. It's -- it's -- yes, in -- in a way. I'm sorry. Say yes, and then stop. I know it is a -- like a surety bond type of deal, and it is with the insurance.
Q. Do you know what a BMC-91 filing is?
A. No, sir, I don't.
Q. Do you know what a B -- B -- BMC-91X filing is?
A. No, sir.
Q. Do you know if anyone at FJ Carrier completed a BMC-91X as compared to a BMC-91?
A. No, sir.
Q. Really quick here, sir, I'm going to pull back up that Monarch data that we looked at earlier, and I know we -- we -- we talked about how the vehicle was a few days before, Nuevos (sic) Laredo and Laredo, and then goes onto Michigan, correct?
A. Yes, sir.
Q. Okay. And the data showing prior to that, for example, going to Louisiana or Missou -- Mississippi, or any of this time on August 26th, do you have -- do you have any reason to believe that that would be associated with this load in any way?
A. Honestly, I would have to go through it very very carefully and -- and see it. I don't know if it's

Page 181

like a load that they were prior to.
**Q. Okay.**
A. And then were coming back to Texas.
**Q. My ques -- let me rephrase that. The -- the time that it shows here like on August 26th, like Alabama and traveling through Mississippi and then Louisiana and then going to Texas, --**
A. Correct.
**Q. -- do you have any reason to believe that would be associated with our load that we're discussing for this collision?**
A. No. That was previous -- that was the previous load.
**Q. Okay. So in terms of FJ's involvement, that would be somewhere starting in either Laredo or Nuevo Laredo regarding this load that we're here for today; true?**
A. Correct.
**Q. Okay. Meaning based upon the telematic data we're looking at, it wouldn't have been FJ Carrier that picked up the load from Rassini in Mexico; true?**
A. If you keep going down, he might have picked it up in Nuevo Laredo.
**Q. Let me -- let me rephrase my question. Based upon the telematic data, FJ Carrier did not go to Rassini's location that's identified in the bill of lading; true?**

Page 182

A. FJ could have picked it up. FJ Logistics could have picked it up, but it might have not been -- it might -- it was not Mr. Marco Polo.
**Q. If it was someone at FJ Carrier Logistics, would there be any reason to switch the tractor that the trailer is attached to?**
A. Might have been the appointment delivery.
**Q. All right. And if it was an FJ Carrier tractor or driver that picked it up originally at Rassini, what type of documentation or evidence would verify that?**
A. Like we previously touched, there might be an interchange.
**Q. All right. So the interchange would tell us -- obviously we have FJ Carrier at some point, but it would tell us who had it before; true?**
A. Correct.
**Q. Okay. And if it even was FJ Carrier before, there would still be required to be that interchange since the truck changed; true?**
A. Yes.
**Q. Okay.**
MR. KEMP: I don't have any other questions at this time. I would just reserve my right to continue the deposition on someone who is the most knowledgeable in the topics that weren't answered, but

Page 183

other than that, I'm done with you, sir, today. I appreciate your time.
THE WITNESS: Thank you, Tim.
MR. GROUSTRA: Kevin, do you have anything?
MR. PLAGENS: No questions.
EXAMINATION
BY MR. GROUSTRA:
**Q. All right. I have just one thing that I want to follow up on is Mr. (Inaudible) asked you at the very beginning of the deposition if you reviewed any materials, and if I were to ask you if it refreshed your recollection as to whether you reviewed the discovery, that is, the documents in the questions that FJ answered and pro -- produced, would that refresh your recollection as to you reviewing those in preparation for your deposition?**
A. That is correct.
**Q. And, similarly, you reviewed the dash cam as I believe you testified to later in your deposition?**
A. Yes, sir.
**Q. And other documents as you've testified throughout the course of -- of this line of your deposition, right?**
A. That's true.
MR. GROUSTRA: All right. Thank you.

Page 184

THE WITNESS: Thank you.
MR. KEMP: You're all set, sir. Appreciate it.
THE WITNESS: Thank you, sir.
THE VIDEO OPERATOR: That concludes the video deposition of Elias Salinas consisting of three media. The time is now 3:41 p.m. We are off the record.
(Deposition Exhibits Nos. 1-20, marked for identification)
(Videotaped deposition concluded at 3:41 p.m.)
\- - -

Page 185

STATE OF MICHIGAN )
COUNTY OF OAKLAND )

Certificate of Notary Public

I certify that this transcript, consisting of 185 pages, is a complete, true, and correct record of the testimony of ELIAS SALINAS held in this case on January 29, 2026.

I also certify that prior to taking this deposition, ELIAS SALINAS was duly sworn to tell the truth pursuant to Michigan law on notarial acts 55.265 Section 5(d)(i)(i).

I further certify that I am not related to any of the parties or their attorneys or agents, nor am I an employee of any of the parties or their attorneys; and that I am not interested directly, indirectly, or financially in the matter of controversy.

Maureen M. McLaughlin

Maureen M. McLaughlin, CSR-4400
Certified Shorthand Reporter
Notary Public, Oakland County, Michigan
My Commission expires 5/12/29

Date: February 10, 2026.

**A**

**a.m** 1:20 6:3,8 37:8,10,10,12 55:16,18,18 55:20 111:3,6 111:8 149:1
**abet** 177:8
**ability** 9:6
**able** 23:4 68:22 142:19 167:17,21
**above-stated** 113:17
**abuse** 157:22
**accept** 118:23
**accepted** 111:22 122:20
**accessorial** 79:12,16 80:6
**accident** 35:24 79:5,6 141:17 150:13,17 155:4 158:25 159:5 163:14
**accidents** 158:20,22 162:16,19 174:18
**accompanied** 118:14
**accountant** 81:23
**accounting** 80:19 81:5 86:3,7
**Accredited** 66:3 67:6 72:12
**accurate** 52:14 67:24 70:13 95:1 126:3,4 126:9,11 143:6
**acknowledged** 178:25
**acquire** 53:11 65:17 71:10
**acquired** 78:15 83:17 85:11 122:4 153:4
**Acquires** 52:12
**acquiring** 54:21 64:19 67:5 78:14 83:16
**action** 178:4
**actions** 141:18 141:19 146:6
**active** 24:17
**actively** 171:14
**acts** 185:11
**actual** 8:14 81:4 88:21 98:10 137:22 156:1
**added** 106:6 169:12
**additional** 67:18 68:7 74:9,23 90:23 91:1 103:11 106:6 118:13
**additionally** 70:6
**address** 19:13 20:3,4,7,9,11 20:12,20 21:6 21:7,10 34:23 34:24 49:23 50:2 88:21 99:20 102:21 104:4 132:14 133:8,8,9,10 133:12
**addressed** 177:22
**addresses** 19:16 177:22
**administering** 175:8
**Administrati...** 39:8
**administrative** 5:8 168:23 169:4,15
**advertising** 45:10 47:22 48:11,25 50:20,23 51:5
**advise** 86:14
**advises** 158:19
**affect** 53:16 148:14
**affidavit** 4:19 64:1 66:2 70:5
**affiliated** 30:13 70:7
**affiliation** 30:15
**aforementio...** 67:20
**age** 157:17
**agency** 66:12 66:14,22 67:1 67:7 72:5 75:7 104:10
**agent** 66:11 71:2 72:16 104:19 116:1 116:1
**agents** 106:10 106:11,12 185:14
**ago** 12:8,9,10 14:19,19 159:6,6 172:8
**agree** 15:19 115:17 141:14 146:5 176:23
**agreed** 89:14 115:13
**agreeing** 115:5
**agreement** 7:16 139:9 156:3,6,22
**agreements** 60:25 61:3,12 61:19,22 62:2 62:8 138:23 156:16
**agrees** 114:22
**ahead** 42:7 55:11 82:25 96:12 126:19
**ahold** 55:12
**aid** 177:8
**Akemp@mi...** 2:5
**Alabama** 133:18 181:5
**alcohol** 157:22 158:17
**alert** 130:21 131:6
**alerts** 125:19
**Alex** 7:4
**Alexander** 2:3
**allowed** 82:20 82:23 154:6 164:3 174:10 174:12 177:12
**American** 104:19
**Americo** 28:6 29:2
**amount** 36:5 86:18 87:7,9
**Amour** 2:4 99:12
**analysis** 145:18
**analyst** 12:3,4 12:12,15 32:21
**Andrew** 86:8
**answer** 8:24,25 9:5,13,18 11:2 38:24 78:6 84:8
**answered** 182:25 183:15
**answers** 21:19 42:3
**anticipated** 96:10
**Antonio** 67:12
**anybody** 78:4 167:25
**anymore** 129:25 134:14
**apologize** 24:12 80:7,9 87:2 98:3 171:3
**appear** 92:6
**APPEARAN...** 2:1 3:1
**Appearing** 2:9 2:17 3:8
**appears** 50:7 135:23
**applicable** 66:4 114:24
**applicant** 165:19,21
**application** 158:2 159:17
**apply** 66:4 68:3 70:9 76:9 77:14
**appoint** 37:25
**appointed** 37:15
**appointment** 182:7

**appreciate** 183:2 184:3
**approached** 34:16
**approved** 113:18
**approximately** 35:22 131:17
**Ariel** 29:5,13 155:21
**arrangement** 124:5
**arrive** 124:1
**arrived** 150:4 150:5
**arrives** 114:10
**article** 4:16,17 51:16 52:11 52:16 54:3,8 54:11,12 55:24 57:3
**asked** 125:9 168:1 171:3 183:10
**asking** 78:23 121:4 134:23
**assigned** 122:8
**assistance** 150:3,3
**assistants** 16:10
**assists** 15:9
**associated** 21:14 49:24 50:3 60:9,12 60:15,19 65:8 72:21 113:5 180:23 181:10
**association** 72:22
**assume** 9:14,19 17:20 22:13 28:17 36:5 39:1 44:8 46:18 51:11 53:4 54:21 61:9 62:14 63:15 78:24 79:2 94:2 96:22 98:13 107:2 113:7 116:15 117:7 117:8,10 125:12 130:17 137:2 137:18 162:6 163:22 164:6 164:21 168:5 175:18
**at-fault** 159:10 159:14,18
**attached** 5:12 182:6
**attain** 64:22
**attention** 107:22
**attorney** 8:18 8:20 11:9,20 37:23
**attorney-client** 37:19
**attorneys** 146:15 150:21 185:14,16
**audits** 39:22
**August** 14:21 64:2 109:17 121:11,11 123:25 125:6 132:11 133:18 134:12,17 135:4 136:1 137:17 162:11 180:21 181:5
**authorities** 150:5
**authority** 39:3
**auto** 2:2 46:9 64:8 69:11,12 69:16 70:3 73:9,25 74:8 74:13,24 75:2 76:8,13
**automotive** 52:21 175:21 175:22 176:5 176:9,11
**available** 86:12 118:12 122:12 128:23 134:14 154:6
**Avenue** 2:14 3:5
**average** 129:11
**Aviation** 58:8 60:5
**aware** 48:23 49:14,16 62:11 139:20 140:2 166:12 179:13

**B**

**B** 4:1,9 5:1 180:8,8
**back** 9:11 13:24 14:23 14:25 29:3 36:6 37:11 40:18 43:10 55:19 62:8 64:2 80:23 99:13 109:10 116:24 125:6 125:6 126:25 131:15 132:10,11 133:15,15,18 135:9 140:22 151:21,22 152:2,3 153:25 154:7 157:4,4 160:5 161:17 167:3 172:9 180:13 181:3
**backwards** 132:5 149:14
**based** 166:1 170:4 181:17 181:22
**basic** 16:10 40:5,15 41:5 41:7,10,14,16 41:18,22 42:12,24 43:5
**basically** 11:11 12:18 16:6 18:20 19:21 19:22 23:2,16 23:21 24:7 25:9 28:10,25 68:22 80:5,18 81:18 86:12 91:7 118:22 121:22 148:6 158:4
**basis** 33:12 156:18
**Beccerra** 14:3 40:11 157:4
**becoming** 179:14
**began** 25:21 33:23 34:11 132:23
**beginning** 162:11 183:11
**begins** 6:6 80:25 99:14 141:4
**behalf** 2:9,17 3:8 7:4,6,9 7:10 10:14 68:1
**believe** 18:2 19:11 21:18 22:6,9,12 25:17 26:6 27:10 29:6 32:2 37:1 42:13,23 43:4 44:5 46:13 51:25 56:25 57:8 59:11 60:24 62:16 73:24 93:23 94:5 98:1,1,4 104:25 109:9 109:25 120:15 122:1 125:9 129:20 131:14 134:13 135:8 137:16 138:8 138:25 143:12 144:9 145:3 147:14 150:1,9 151:2 154:17 155:16,24 160:24 162:3 162:11 164:2 166:8,9 167:6 168:19 172:24 173:1 173:22 175:13 180:22 181:9 183:19
**best** 9:6,25 66:19 170:7
**better** 125:9 162:5 169:2

**betw** 159:16
**beyond** 67:19
**bid** 86:17,19
**bigger** 44:16 106:22
**bill** 4:21,22 79:11 80:2 81:2,5,8,10 81:24 82:1,4 82:10,11,17 82:21 87:15 88:13 89:7,17 90:17 93:18 94:19 95:6,18 95:20,22 96:1 96:4,5,6 98:6 99:18 103:24 105:4,8,10,22 105:25 108:3 108:9,13,20 108:24 109:8 109:13 110:12 114:5 118:15,24 119:4 121:10 123:12,19,25 137:4 153:5 153:11,13,15 174:10 181:24
**billed** 89:6 105:9,10
**billing** 80:18 80:18 86:6 105:5 109:20
**billing/accou...** 80:22
**Bird** 58:8 60:4
**bit** 41:3 42:14 42:15 45:18 77:24 78:20 106:22 118:7 146:17 172:10
**blame** 146:21
**blaming** 142:22 143:3
**blank** 89:18 173:9
**bless** 175:6
**blurry** 98:2
**BMC-91** 180:6 180:11
**BMC-91X** 180:8,11
**board** 85:20 86:11,24 87:3 87:10 122:5
**boards** 85:17
**bond** 180:5
**border** 63:6 90:12,19,23 100:19,22 133:3,25
**bottom** 53:16 107:13
**bought** 18:4 127:19
**Boulevard** 20:19,25 34:22
**box** 138:14
**BOYER** 3:2
**braking** 125:23
**branch** 155:12
**brand** 52:12 54:23
**break** 37:4,5 55:12 99:4 140:6,8
**Brenda** 80:21 86:4
**Bridge** 63:4
**brief** 16:14
**briefly** 7:2 8:16 20:21
**bring** 65:20 160:5,7
**bro** 92:14
**broad** 31:19 69:11
**broker** 76:17 77:12,22 81:7 81:12 87:4 91:3,15 92:14 101:20 104:11,13,22 106:12 124:4 137:6,15 138:9,18 139:9 155:9 155:15,22 156:17
**brokers** 23:7 76:9,14 85:11 155:1 176:7
**brought** 174:24
**Brownstown** 110:22 111:12 131:12
**business** 19:5 19:12 25:23 26:1,4 27:14 27:14 28:3 30:2 54:10 70:8 77:5
**businesses** 27:11,17 28:3 29:25 53:21
**buying** 51:8

**C**

**C** 4:1
**cab** 128:17,19 131:5 170:23
**cab-facing** 129:19
**call** 16:3,6 63:2 84:15 85:9,9 98:13 113:2 115:21,25 129:3 145:13 177:18
**called** 26:7 63:1
**calls** 37:19
**cam** 124:21 127:1,13,14 127:23 129:18,19 141:12,21,24 142:2,6,9,11 183:19
**camera** 170:22 171:1
**cams** 128:16
**Canada** 56:16
**capacity** 8:3
**card** 168:2
**carefully** 180:25
**cargo** 36:8,12 52:20 70:2 76:17 82:3 91:10,10,11 91:13 147:16 147:18 148:3 148:4,6,8,11 155:3 173:18
**carried** 113:19
**carrier** 1:9 2:18 6:10 7:15 8:3 10:10,14 12:1 13:16 15:18 18:14 19:4,8 20:10,20 21:14,16,21 25:12 26:12 27:1,4 30:4,7 30:9,12,20,24 31:6 32:11,17 32:21 33:21 34:17,24 35:3 36:17,24 37:14 38:1,8 38:11,13,16 39:2,6,7 41:13 43:13 43:21 45:12 45:17 46:9,12 47:6,21 48:5 48:16,17,21 49:6,17,21,24 50:12,15,19 50:23 51:7,23 52:17 53:7,10 53:20 54:8,12 54:16 56:10 57:12,19 59:10,13,25 60:16,18,25 61:4,13,20,24 62:3,9,18,22 63:17 67:17 68:1,6,17 69:9,23 70:7 70:10,19,23 70:25 73:13 75:7,10,13 76:4,6,9,14 76:24 77:14 77:20 78:1,8 78:18,25 79:8 82:20,24 83:3 83:17,23 84:4 84:5,10,14 85:11,16,23 87:19,22 88:3 89:23,24 91:22 92:5,12 93:2,21 94:2 97:16,22 101:23,23 103:3,6,11,15 103:18 108:6 108:9,12,17 109:1,22,23

111:18 112:24 114:11,22 115:13,17 116:3,5,12,18 117:2,4,9,20 119:3,16,25 120:2,6,11 121:13,20 122:8,19,20 124:25 131:7 132:15,18,21 132:23,24 133:5,11,21 134:11,15,24 135:6,11 136:13 138:4 138:24 139:6 139:9 142:22 143:3,15 144:13 145:19 146:24 150:10 152:11 156:3 156:6,7,22,23 157:1,8 159:15 160:19 162:13 171:25 172:4 173:12,14,23 174:14 175:22 176:25 177:5 177:9,10,12 177:17,23,25 178:4 179:13 179:14,14,17 179:18,22 180:10 181:18,23 182:4,8,14,17
**carrier's** 41:7 41:10 46:23 47:3,14 50:8 69:3 92:1 114:8 128:24 141:14,19 154:13
**carriers** 14:17 17:4 36:21 49:10,17,19 50:3 56:21 57:5 66:20
**Carriers'** 44:1
**carry** 113:18
**carrying** 54:10
**Cartage** 17:9 34:6,7,8
**case** 1:7 6:12 122:17 163:13 185:8
**categories** 10:22
**categorize** 66:21 79:23 129:6
**category** 41:14
**caught** 169:21
**caused** 148:6
**causing** 141:15 142:23 143:3 145:24
**CDL** 157:13 166:18
**Celadon** 18:4
**Central** 20:19 20:25 34:22 35:2
**CEO** 56:21
**certain** 12:22 20:3 67:15 100:5 113:3 116:3,4 134:22 158:22
**Certificate** 185:4
**certificates** 17:2
**certification** 92:20,25 93:2 93:4,8
**Certified** 185:21
**certify** 185:5,9 185:13
**chairs** 55:5
**change** 100:25 115:21,24 116:5,11 128:14 141:7
**changed** 25:20 117:6 172:25 182:19
**changes** 113:17,23,25 173:2,6
**changing** 102:10
**charge** 96:14 120:21 172:9
**charged** 146:8 146:10,25
**charges** 89:6 89:10 112:16
**chart** 89:2
**check** 12:16 85:3,7,21 87:11 93:9,10 93:15 99:24 100:2,4 121:18,23 122:3 124:13 135:18 157:20,21
**checked** 96:15 157:13
**checking** 158:16 169:25
**checklist** 164:18
**CHILCOTE** 2:11
**cigarette** 37:5
**citations** 162:23
**cities** 100:22
**citizen** 165:20
**city** 56:15 63:6 86:12 100:18
**claim** 148:4
**claims** 41:25 114:12
**class** 165:9
**classes** 158:5
**classification** 91:11
**clear** 9:5 142:14 146:2
**clue** 106:19
**co-driver** 144:5
**code** 90:3,3,7,8 174:7
**college** 16:24 16:25
**collision** 14:20 15:1,21 28:18 29:3 35:23 36:3 40:13,19 40:22 41:11 43:6,10 56:7 66:5 68:4 80:23 83:3 99:1 125:7 128:12 129:17 131:11,18 134:4,15,17 135:12 141:8 141:15 142:23 143:4 143:9,16 144:1,6,12,14 144:17,19,22 145:7,16 146:5 147:2,5 147:11,13,19 147:25 148:5 148:8,14 149:24 150:14,25 151:12 152:16,18,25 153:23 154:4 154:5 159:10 159:14,19 160:9 162:13 162:17 169:11,16 171:8,10 172:16,23,25 178:15,18 181:11
**collisions** 8:6 162:19
**column** 130:21
**combined** 53:21
**come** 19:1 84:1 85:19 116:16 116:24 124:8 143:20 167:3
**comes** 165:20
**coming** 91:13 181:3
**comments** 53:5
**commercial** 16:20 17:4 53:6 69:17,23 73:6,9,14,25 74:9,17,17,24 150:7 167:17
**Commission** 185:24
**common** 31:12 49:16 60:22

**communicate** 107:22 127:2 157:24
**communicated** 113:11
**communicati...** 13:23
**communicati...** 84:21 85:13 108:6 116:23 155:6,15
**communicati...** 155:8,22
**companies** 25:24 26:2,5 26:24 30:5,10 30:12 31:13 42:25 45:4,7 45:11 46:5 48:13,15,25 50:21 56:22 57:23 59:16 60:3,6,9,13 60:20 66:18 66:23 68:23 70:6 76:4,5 101:1 175:21 175:23 176:6 176:6,11
**company** 12:5 12:8,9,10 17:11,11,20 19:16 21:17 23:24 24:14 26:6,8,9,21 27:20 28:11 30:18,19 31:20 32:19 38:22 39:24 42:24 46:4 52:19 54:1 57:23 58:5,8 58:11,17,19 58:21 59:9,22 62:3 64:9 66:4 67:6 68:19 72:13 73:16,19 74:19 76:19 81:11 83:14 104:15,17,24 144:2 145:10 157:15 172:14 175:20 176:5 176:13,19
**compare** 151:8
**compared** 180:11
**compares** 42:24
**complete** 114:15,19 122:11 158:7 185:6
**completed** 149:3 165:1 180:10
**completely** 103:1,3
**compliance** 39:6,18,20
**comprehensi...** 56:14
**concluded** 184:11
**concludes** 99:8 140:23 184:5
**condition** 149:6
**conditional** 39:24
**conditions** 114:23 115:14,17
**conduct** 145:6 174:7
**conducted** 145:10 175:12
**confirm** 100:1 108:17 129:22 164:25
**confirmation** 4:23 79:12 80:2 81:2,4 81:22 87:15 94:8 108:20 109:4,14,16 114:21 117:1 117:2,16,18 118:3,14,17 119:4 121:11 123:12,20,22 123:24 124:7 139:1,4
**confirmed** 167:24
**confirming** 98:14
**confirms** 114:24
**confuse** 9:4
**confused** 24:12
**connection** 9:10
**consider** 22:22
**consideration** 159:8
**considered** 23:10 43:22 88:19 113:8 139:2 155:11
**consist** 82:6
**consistency** 174:25
**consistent** 35:21
**consistently** 174:16,23
**consisting** 184:6 185:6
**consists** 164:13
**contact** 32:6,8 84:14 112:6 114:14,18 119:8,17,20 156:14 163:14 166:2 166:7
**contacted** 84:18 143:18 166:5
**continental** 43:17
**continue** 154:7 182:24
**Continued** 3:1
**continuing** 41:24
**contract** 138:23 139:2 139:2,24 140:2
**contracted** 83:5
**contracts** 139:5,14,17 139:20 175:21,22 176:5,10
**controlling** 120:11
**controversy** 185:18
**conversation** 10:3 121:24
**converted** 19:23
**Copper** 13:3 19:13 132:14
**copy** 10:16 81:21 92:10 92:17 108:9 108:13 118:2 138:4,19 150:10 172:18
**Core** 1:23,25 6:17
**Corp** 52:17
**corporate** 10:10
**corporation** 1:10,11 19:10 54:9 57:12,14
**Corporation...** 4:18
**correct** 8:15 10:4,11 13:15 13:18 14:4,10 15:12 16:19 18:13,15,16 18:25 19:10 19:15 21:17 21:22 22:5,11 23:5,13,14 24:2,11,23 25:13 28:16 28:19 30:23 31:13,14 32:21,22 33:15,22 34:12,13,24 35:6,25 36:4 36:7,22 38:9 40:16 42:25 45:19 46:12 46:25 47:4,7 50:9,12 51:6 54:25 55:2 56:18,23 57:1 58:24 59:2,3 59:13,17,18 59:23 60:1,7 60:13,16,21 61:11 64:2,5 64:10 66:5,6 66:25 67:8,9

68:5 70:14,17 71:5,14,15,18 72:10,13,17 73:7,8,9,10 73:11,12 74:6 74:7,14 75:1 77:8 79:1,7 79:21,25 80:4 81:15 84:13 88:14,25 89:8 89:11,15,16 89:25 90:1,17 90:21 94:14 95:5,14 96:15 96:21,25 97:4 97:8,14,19,20 97:23 98:16 99:1,21 100:19 101:2 102:21,22,25 103:1,4,21,25 104:5,7,19,20 105:6,19,23 106:1,15 107:10,17 108:22 109:5 109:8,11,14 109:17,20,23 110:1,2,5,9 110:13,16,19 110:22,22,25 111:3,6,8 112:7,11,25 113:3,11,15 114:5,8,12,15 114:19,20 115:1,2,5,7,7 115:14 118:15,25 119:5,14,25 120:15,16,18 122:2,5,18,23 123:13 124:23 125:12,17,18 125:19,24,25 126:2,12,13 126:14 127:3 128:12 129:1 130:5,10,15 130:18,23 131:13,19,22 131:23 132:1 132:3,8,11,15 133:3,12,15 133:18,22,25 134:4 135:14 135:17,24 136:2,6,10 137:1,22 138:16,17 141:15,19,22 142:21 143:21,22,24 144:23 145:2 146:6,15 148:10,23 149:4,7,19,22 151:5,6,18,19 151:22 152:8 152:12,13,17 152:23,24 154:10,11,25 156:10 159:21 160:11,17,18 160:20,21 162:9,14,15 164:16,19,24 165:2,3 168:16,23 169:5,9,19 170:10,23 171:1,5,6,24 172:5 173:23 174:11,14,20 175:10,19 177:6,23 178:15,16,23 178:24 180:17 181:8 181:16 182:16 183:18 185:7

**correctly** 45:1 52:23 56:4 57:6 67:22 70:11 113:20 115:9,11 119:10 173:20
**corresponde...** 170:22
**cost** 53:14 54:18 71:23 72:2
**costs** 53:16 54:17,21
**counsel** 7:16 37:18 146:12 146:23
**Counselors** 7:2
**counted** 97:14
**country** 43:14
**County** 185:2 185:22
**couple** 14:19 32:3 68:24 128:9 152:5 163:2
**course** 183:23
**court** 1:1 6:13 6:16,19 7:17 9:24 21:7 55:8
**cover** 69:3,8 76:5,14,17
**coverage** 67:18 67:21 68:4,25 70:8 72:3 74:10,23 75:11,14,16 75:21 76:2 77:13 115:1
**coverages** 64:9
**covered** 73:6,9 73:11
**covering** 171:1
**covers** 71:1
**crash** 132:2
**created** 172:8
**creating** 172:7
**crime** 146:8,11
**criminally** 146:25
**cross** 137:19
**Cross-Border** 56:2
**crossing** 90:4 104:14
**crossings** 137:20
**CSR-4400** 1:22 185:20
**CTPAT** 92:20 92:22
**curious** 73:1
**Currencies** 58:20
**current** 12:1 14:6,16 34:23 35:1 40:2
**currently** 36:24 40:11 41:18 42:12 75:13
**custom** 91:3,3 92:14 104:11 104:13,22 106:12 124:4 137:6,12,15 138:9,18
**customer** 17:23,24 82:13,14,22 82:22 83:15 96:23 105:5,9 105:15 113:18 138:11 139:11
**customers** 23:2 23:3 28:25 118:21
**customs** 90:9 92:22 93:1 104:16 124:3
**cut** 41:3 82:8 98:8 102:4 118:5 144:15 175:25
**cuts** 118:7 146:16
**cutting** 92:4

**D**

**D** 1:16,16,16 3:5
**Dallas** 90:16
**damage** 73:9 74:24 102:3,7 147:16,17 148:6,8,11 176:15
**damages** 114:7 148:2,3 155:3
**Danny** 17:19
**dash** 124:21 127:1,13,14 127:23 128:16 129:18,19 141:12,21,24 142:2,5,9,11 183:19
**data** 5:3 124:16,22 126:17 130:3 131:7 134:11 134:16,16,24

151:8,11,17 151:18,21 152:9,15 170:5,12 171:15 180:14,19 181:17,23
**DataQ** 157:22
**date** 1:19 6:7 29:3 54:3 67:19 95:18 95:25 96:1,4 96:5,6,10,11 97:7,17,17,24 98:13 101:6 106:14 111:16,16 116:8,8 117:5 123:25 124:6 136:4 152:11 169:13 172:15 185:25
**dated** 56:6 95:14 103:24 106:14 113:8 136:1
**dates** 114:1 121:9 123:15 123:19
**David** 67:16
**day** 13:24 96:8 96:8,12 111:5 111:11 113:10 142:14 149:9 152:1 163:21
**day-to-day** 16:18 24:18 25:3 33:12
**days** 30:1 109:16 118:10 124:2 124:10 134:3 137:3 152:5 178:14 180:16
**de** 122:13
**deal** 46:20 53:21 73:2 78:8 155:1,7 156:2 162:7 180:5
**dealing** 16:9,11 23:6 33:21 47:4 67:14,15 77:21 138:15 154:19
**dealings** 155:22
**deals** 35:13 156:16 179:21
**dealt** 59:16 72:23 175:9
**decide** 65:19 86:24
**decided** 86:24
**decision** 65:22 65:23 71:16 122:14 128:14 160:8
**Declarations** 4:20
**dedicated** 52:20
**deducting** 170:3
**Defendant** 3:8
**defendants** 1:13 2:17 7:11
**defer** 154:24
**definition** 92:23
**degrees** 16:25
**del** 44:11,13,19 45:6,8,10 46:4,24 47:4 47:18,23 48:6 48:11,24 49:8 52:11,18 53:19,25 56:3 56:23 57:4,5 62:1,10 76:2 116:7
**delay** 147:22
**delayed** 147:19
**delays** 119:7
**deliver** 86:18 112:9 113:9 113:14 116:16,25 122:11 152:23
**delivered** 87:16 88:25 98:5 100:17 111:11 136:6 152:25
**delivering** 153:4
**delivery** 79:11 80:2 86:16 87:16 98:7 110:18,21,23 110:24 111:2 111:16 113:15 114:1 114:18 116:4 116:8 119:8 121:17,17 124:6,6 147:20 152:19 153:21 174:9 182:7
**department** 12:17 15:9 16:1,13 33:5 46:19 80:19 86:7 125:5,8 160:10 161:1 161:5,14,24 164:23 174:24
**departments** 12:16 13:4,5 13:20 32:4,5 161:20
**depending** 82:2
**depends** 42:19 97:11 128:22 129:3,10
**DEPONENT** 1:18
**deposition** 6:6 7:15,21 10:17 10:17,19,23 11:10,11,13 11:14,18,21 11:24 37:16 99:8,14 140:24 141:4 182:24 183:11,17,20 183:23 184:6 184:9,11 185:10
**described** 19:20
**description** 4:10 5:2 91:10 97:3 105:18
**Desert** 20:9
**designated** 151:14
**destination** 91:12 114:11
**destinations** 86:13
**determination** 147:7 160:1,3 160:4
**determine** 121:5,12 124:9
**determined** 145:23 169:24 170:4
**determining** 72:2
**DGL** 114:7,14
**DICKIE** 2:11
**Diesel** 1:10 3:8 6:10 7:9 83:13,18,25 84:4,10,14,21 87:19,22,24 89:6,13 93:20 96:17,20 98:22 105:10 109:20 110:16 112:6 112:25 113:5 113:19 114:17 116:2 116:15,24 118:19 119:12,17,21 119:23 120:3 120:8,10 138:24 139:5 139:16,20 140:2 147:12 147:23 148:1 148:9,12,15 154:13,19,22 156:6,23 176:8
**differen** 56:13
**difference** 29:23 165:12
**differences** 165:17
**different** 14:7 23:10,18 32:3 32:5 33:8,11

65:20 66:17 66:20,23 67:11 73:18 73:21 93:21 103:1,3,6,15 105:17 106:3 117:17 124:20 126:21,24 127:12 153:15 161:16,20,23 165:15,23
**differentiator** 56:13
**directly** 23:6 44:23 51:3 84:3,5,22 85:13 127:20 149:21 154:19 155:2 176:10 185:16
**director** 53:6
**disappeared** 55:9
**disciplinary** 174:13
**discovery** 183:14
**discuss** 112:8
**discussed** 8:20 11:9 37:22 94:8 111:19 146:10
**discussing** 123:25 181:10
**discussion** 111:20 140:20
**discussions** 146:14,23
**dispatch** 32:14 85:5,7 93:11 93:13,14 113:3 119:13 119:21 136:15 137:12,12 155:19
**DispatchDie...** 119:9
**dispatched** 29:1
**dispatcher** 18:6 81:6,16 117:21,25 119:17,24 120:2,6,8,11 122:15
**dispatchers** 16:12 32:12
**Dispatching** 32:10
**disqualified** 159:1,11,19
**disqualify** 158:11,23
**distributed** 25:18
**District** 1:1,2 6:13,13
**division** 1:3 6:14 14:8 105:6,9
**docked** 169:22
**docu** 94:9
**document** 4:12 4:18 48:2 90:11 91:8,9 91:14,19 101:2 104:2 112:17 114:23 115:6 115:14 116:5 116:12,19 121:25
**documentati...** 76:25 87:12 87:13 90:23 91:2 92:2,6 92:10,13 94:3 96:13 98:18 98:21 100:5,6 100:7 102:11 102:14,14 103:7 105:2 106:5 108:19 112:18,21 113:22,25 121:12,19 124:12 137:20 138:18 150:20 163:25 169:14 182:10
**documentati...** 92:15 104:14 107:19 138:8 178:12
**documented** 102:15 115:25 117:8 117:11
**documents** 11:14,17 64:22 77:7 91:20 92:8 94:8,10 100:9 105:14 168:6 168:8 183:14 183:22
**doing** 9:8 19:5 36:18 38:22 160:6 164:19 170:8
**dollar** 113:10 170:25
**dollars** 69:2 75:11,14 169:19
**Dos** 63:2,2
**DQ** 123:6,7
**drive** 13:3 19:13 20:9 132:14 154:2 164:15
**driven** 122:25 165:21,22
**driver** 5:6 17:24 42:13 42:21 70:10 79:3,13,19 80:3,14,25 81:6,9,17,21 82:14,17 95:21,22 96:1 96:5 97:22 98:19,22 99:1 99:25 100:8 113:2 114:4 114:14,18 119:20,24 120:2,6,12,17 120:21,22 121:6 122:23 123:9 126:8 127:3 130:4,9 130:13 131:2 131:21 132:3 141:20 142:6 144:1,9 145:24 148:22 150:7 153:8,20 154:5 157:11 157:12 158:7 158:11,19,20 158:25 159:10,13 164:6,15 165:1,8,13,13 165:22 167:16 168:11 169:21 174:9 174:16,24 176:17,21,24 176:24 177:6 177:13 182:9
**driver's** 16:21 125:21 126:1 130:18 141:14 145:23 157:20 158:18 174:10
**drivers** 15:15 16:10,11 29:1 35:19,20,22 36:5,6,7 37:2 38:16,19 43:21 44:1 50:20 68:19 69:3,9 71:6 82:20 84:25 101:1 120:15 120:20 121:5 122:8 132:7 135:2,14 145:1 156:25 157:8 160:23 164:8,9 165:23 168:6 171:5,13,22 173:18 175:12 179:5
**driving** 123:9 126:1,6,10,16 127:3,5 130:13 132:8 154:7 162:25 163:1,4 165:4 165:5 166:13 170:17 174:18

**dropped** 100:9 100:13 101:8
**drove** 101:9 153:21,24 154:10
**drug** 143:8,11 150:18,19 157:21,22 158:17
**dry** 52:20
**due** 68:22
**duly** 6:22 185:10
**duties** 64:8
**duty** 176:23,25 177:1,5

**E**

**E** 1:16,16,16 4:1,1,3,9 5:1
**E-Log** 124:21 127:1,1,4,6 127:13,14,23
**E-Logs** 126:13 126:15 131:24
**e-mail** 2:5,13 3:4 73:4 84:15 85:13
**earlier** 60:4 109:17 111:5 122:2 133:1 151:18 153:13 163:11 170:12 179:4 180:14
**earliest** 110:23
**easily** 135:16
**East** 21:10
**Eastern** 1:2 6:13
**economy** 68:23 72:2
**education** 16:23
**Efe** 26:7
**effective** 169:8 169:13
**eight** 62:19 64:14,15
**eighteen** 123:15,16
**eighty** 37:1 42:23
**either** 114:4 153:17 154:23 155:7 156:13 161:9 162:2 165:23 171:16,18 173:7 175:18 181:14
**El** 67:12,14 72:23
**electronic** 118:22 151:11,16
**electronically** 149:19
**electronics** 52:21
**eleven** 17:17 124:2,10
**Elias** 1:18 4:4 6:7,21 10:8 99:15 141:5 184:6 185:7 185:10
**emergency** 163:13
**employed** 28:15,17 29:11 39:16 110:1
**employee** 185:15
**employees** 43:22 177:9
**employers** 157:25 158:18 166:1 166:3
**employment** 163:7
**employments** 123:8
**empty** 81:18
**EMS** 150:4
**encourage** 177:8
**endorsement** 179:25
**English** 48:9 137:10 167:5 167:11,14,17 168:8,11,14 168:17,19 179:5
**ensuring** 173:17
**entire** 170:13
**entity** 70:8
**envelope** 79:10 79:23 80:12 81:5,18 94:9 107:20
**equal** 25:15
**equipment** 25:9 52:12 58:11 60:4 63:10 86:14 114:8
**equivalent** 166:21 168:4
**erase** 94:23
**Eric** 22:2,4,16 22:17 23:11 23:17,23 24:13 26:4,20 26:23 27:8 31:3 51:3,5 51:11 52:10 53:2,5 56:13 57:1 59:17 61:7,10,14 62:14 63:19 78:17 84:23 85:4,7 86:2 154:17,24 155:7 156:13 156:19
**Eric's** 22:21 24:22 58:14
**error** 149:17
**essentially** 97:2 152:19 155:18
**estimate** 33:18
**estimation** 140:13
**evaluate** 15:15 164:15,18
**evaluation** 159:23
**event** 125:23
**eventually** 136:6
**evidence** 7:18 182:10
**ex** 4:11,13,14 4:15,16,17,18 4:19,20,21,22 4:23 5:3,4,5 5:6,8,9,10,11 136:21 138:10,11,12 138:12
**exact** 28:21 92:22,24 133:10
**exactly** 23:1 29:10 123:15 131:25 163:19
**Examination** 4:6,7 10:5 183:7
**examined** 6:25
**example** 42:21 63:9 73:5 74:23 79:3,5 79:9 80:11,25 81:1 85:20 86:17 87:13 90:16 101:17 115:24 119:16,23 122:7 124:22 125:21 127:13 130:7 130:9,12,20 130:22 131:18 133:1 138:4 150:13 150:21 151:20 158:25 170:4 175:3 176:10 176:19 179:19 180:20
**excess** 67:18 68:3,7 71:17 71:20
**exchanged** 55:2 102:15
**exclusions** 114:25
**exclusive** 27:23
**exclusively** 26:10
**excuse** 13:9 18:6 19:25 24:21 53:18 67:3 74:17 89:2 96:20 111:11 122:13 123:23

131:15 134:6 134:8,10 136:4 151:15 175:15
**exhibit** 44:18 46:8 48:3 49:3 50:6 51:15 55:23 57:11 63:25 72:8 88:12 103:23 109:3 124:15 135:20 137:24 148:21 168:21 172:3 177:15 178:20
**Exhibits** 5:12 184:9
**exist** 87:14 108:19 121:20
**exists** 121:25
**expedited** 57:24 58:1 59:1,22 138:11
**experience** 8:18 38:3 44:25 96:3 105:14 112:19 157:17 162:25 163:3 163:4 166:13
**expires** 185:24
**explain** 78:11 86:11 90:14 148:5
**explained** 8:19
**explanation** 149:16
**export** 91:7
**exportation** 137:13
**Express** 4:11 44:11,13,19 44:20 45:6,8 45:10,12,21 46:2,4,6,24 47:4,18,23 48:6,11,18,24 49:1,8 50:17 52:11,18 53:19,25 56:2 56:22 57:4,4 62:1,9 75:22 76:2
**extent** 37:19
**exterior** 171:1
**extremely** 141:16

**F**

**F** 4:1
**face** 113:9 118:11
**Facebook** 4:13 4:14,15 46:9 46:23 48:5,21 49:7 50:8,8
**facing** 128:17 128:17,18 129:18
**factor** 71:23 72:2
**factually** 57:1
**fair** 9:15,21 21:4 24:1 27:11 29:21 39:2 40:25 76:13 77:20 78:24 95:1 152:7 154:21 161:24 163:21
**familiar** 51:17
51:19 55:24 57:14 124:17
**family** 22:18 25:18
**far** 54:11 62:17 102:9 135:9 152:3
**Farmington** 2:7
**Farms** 2:15
**fast** 125:16
**father** 22:16 23:21 24:2,7 24:8,16 25:23
**fault** 146:3 159:2,5
**February** 185:25
**Federal** 7:17 7:18 39:7 177:10
**fee** 112:19
**feed** 146:16
**feedback** 12:18
**fees** 118:13
**few-minute** 55:12
**field** 80:4,5,8 140:1
**fifty** 25:17,18 36:1 37:3
**fifty-six** 175:20 176:2
**figure** 93:7
**file** 77:6 79:3 79:23 123:6,7 150:13,15,17
**filed** 10:25 42:2
**files** 11:11,13 78:18,21,23 78:25 79:2,5 79:8,9
**filing** 180:6,8
**fill** 81:19 89:20 164:17
**filling** 94:21
**final** 65:17 105:15
**finalized** 172:14
**finally** 60:15
**finances** 63:16
**financially** 185:17
**find** 18:19 85:1 121:24
**fine** 42:5 47:11 140:17 175:8
**fined** 176:16
**finish** 153:21
**Firm-8546** 1:23,25
**first** 6:22 20:13 22:4 52:12,16 83:24 85:2 87:19 91:4 105:22 107:18 108:18 109:8 109:13 110:12 116:16,16 121:13 130:12 143:15 157:11 172:14 173:17 174:24
**fit** 82:15
**fitness** 42:13 42:21
**five** 21:21 25:11,11 33:20 38:2 137:3 162:6 169:19
170:25
**FJ** 1:9 2:18 6:10 7:11,15 8:3 10:10,14 11:23 12:1 13:5,16 14:17 14:21 15:17 15:18,20 17:8 17:14 18:14 18:14,17,19 19:2,4,8 20:5 20:10,20 21:14,16,20 21:21 22:21 22:24 25:12 25:20 26:7,12 26:17 27:1,2 27:4,4,5 28:7 28:15 29:11 29:16 30:4,7 30:9,12,15,20 30:24,24 31:6 32:11,17,21 33:6,21,23,25 34:8,12,17,24 35:2,6,9 36:12,17,24 37:14 38:1,2 38:8,11,13,16 38:19 39:2,6 39:16 40:6,8 40:16 41:7,10 41:13 43:13 43:21 44:1 45:12,13,16 45:18 46:9,11 46:19,23 47:3 47:6,7,14,15 47:21 48:4,16 48:16,21 49:1 49:6,10,17,17 49:19,21,24 50:3,8,11,15 50:16,19,23

51:7,23 52:16
53:7,10,19
54:8,12,16
56:10,21,22
57:5,5,12,19
59:10,12,25
60:15,18,25
61:1,3,4,12
61:19,24 62:3
62:9,17,22
63:16 64:18
65:12 67:17
68:1,6,17
69:3,9,23
70:7,9,19,23
70:25 73:13
75:7,10,13,17
76:4,6,9,14
76:24 77:14
77:20,25 78:8
78:18,25 79:8
82:20,24 83:3
83:5,17,23
84:4,5,10,14
84:20 85:1,10
85:16,23
87:19,22 88:3
89:13,24
91:22 92:1,5
92:12 93:2,21
94:2 95:16
97:25 103:18
108:6,9,12,17
109:1,23
110:1 111:18
115:13,16
116:3,5,12,18
117:2,4,9,20
119:3,16,25
120:2,6,11
121:12,20
122:8,19,20
124:25
126:25
127:22 128:1
128:24
129:12 131:7
132:15,18,20
132:23,24
133:5,11,21
134:11,15,24
135:6,11
136:12 138:3
138:19,24
139:6,14,17
141:14,19
142:22 143:3
143:15,23
144:13,18,24
145:6,15,18
146:24
150:10
152:10
154:13 156:7
156:23,25
157:8 159:15
160:19 162:7
162:12,17,20
163:1,7,9
164:3,4,7
166:14,16
167:25
171:25 172:4
173:12,14,23
174:14
175:22 177:5
177:12,17,22
177:25 178:4
179:13,14,17
179:22
180:10
181:18,23
182:1,1,4,8
182:14,17
183:15
**FJ's** 136:25
181:13
**FJ690** 136:25
138:15
**FJCB** 90:6
**FK** 141:19,19
**flat** 142:16,17
**fleet** 128:24,25
**fluid** 79:18
**Fly** 58:5 60:5
**FMCSA**
179:22
**Focus** 56:1
**fold** 97:17
**folder** 77:6
**follow** 116:9
120:3,7
183:10
**following**
134:15
137:13 143:8
144:1,5,12,14
144:16,22
145:6,16
147:2,11
149:24
150:25
151:11
152:25
153:23 154:4
174:19
**follows** 6:25
**food** 52:21
140:9
**footage** 141:12
178:13
**Ford** 105:5,9
**foreign** 1:9,11
**foresee** 28:10
119:7
**forgot** 14:12
**form** 31:9,19
47:24 53:23
62:4 63:23
68:13,20 69:5
69:10,19
77:15 78:10
83:19 84:6
88:1 94:21
108:15 115:5
115:19
119:15
126:18
127:16 129:2
129:13 142:4
142:24
148:16
164:17,22
165:14 177:2
**formed** 19:8
**forty** 35:18
**forty-five**
149:2
**forward**
128:16
**forwarder**
77:13,22 87:4
101:21
103:14
139:23 155:8
155:23 156:2
156:17
**forwarder/m...**
156:6,22
**forwarders**
23:7 76:10,15
85:12 155:2
**found** 66:19
163:7
**Foundation**
53:23 77:16
**four** 12:7,8,9
12:10 18:2
25:18 35:20
46:5 48:12
149:1,11,11
**Fran** 23:25
**Francisco** 22:2
22:10,16 23:9
23:25 24:1,10
24:13 26:1
**freezes** 9:9
**freight** 17:23
23:7 36:9,11
36:13,21
44:23 76:10
76:15 77:12
77:22 85:12
87:4 89:2,6
96:14 101:21
103:14 105:5
105:9 139:23
155:1,8,23
156:2,5,17,22
**friends** 19:3
**front** 128:18
128:19
142:20
**Fruehauf**
52:12
**fuel** 79:13,14
80:6,7,8
**fulfill** 115:18
**full** 10:7 18:14
64:8
**further** 185:13

**G**

**G** 15:6
**Garza** 32:1
**gears** 141:7
**Geiberger** 21:7
**general** 38:5
41:22 73:6,14
73:24 74:4,9
74:16,17
142:7
**generally**
13:22 151:10
**generated**
110:15
149:19
**gentleman**
24:7
**getting** 23:2

64:23 71:23
**give** 9:25 12:18
18:8 33:18
54:23 65:24
66:1,17 81:11
81:17 95:23
119:24
164:22 175:1
**given** 7:21
68:18 81:6
92:17 96:5
98:18 120:7
123:22
163:23 168:6
172:18
176:16 179:4
**gives** 81:3
112:24 136:9
136:24
**Glo** 83:25
**Global** 1:10
3:9 6:10 7:9
83:25 89:7
93:20 105:11
109:20
110:16
112:25 113:5
113:19 116:2
116:15
118:20
119:12,17,21
119:23 120:3
120:8,10
138:24 139:5
139:16
147:12
154:14,19,22
156:7,23
176:8
**go** 8:17,19 9:11
13:2 27:24
42:7 43:13,16
55:10 56:15
58:14 64:21
65:22 67:13
73:2 80:11
82:25 90:22
94:6 109:10
118:20
126:19
140:16
149:13 152:2
153:11
155:17 158:4
180:24
181:23
**goes** 81:20
150:17
180:17
**going** 8:19
9:14,19 17:23
23:6 28:10
34:4 37:8
44:15 46:8
48:2 50:5
51:14 54:23
55:15,22
57:11 58:14
62:8 63:25
72:8 84:2,11
84:11 86:13
88:9 90:19
91:12 99:9,19
101:11
103:22
124:15
125:16
132:10
134:11 135:9
136:6 137:24
138:3 140:7
140:19,24
141:7 148:21
151:21,22
152:22
168:21
177:15
178:20 179:9
180:13,20
181:7,20
**Gonzales** 29:5
155:21
**good** 7:19,20
15:6 140:6
**goods** 36:22
114:8
**Gotcha** 24:12
153:20
**gotten** 84:24
**government**
104:16
**GPS** 124:21
126:5,11,25
127:2,22
131:24 134:9
**grab** 140:9
**Grand** 3:5
20:19,25
34:22 35:2
**Grande** 17:9
34:6,7,8
**great** 64:16
129:8
**Grosse** 2:15
**ground** 8:17
**Group** 4:11
44:20 49:1
72:16 74:11
**Groustra** 2:12
4:7 7:6,6,10
7:10 10:24
20:23 21:1
31:9,19 37:18
41:19 42:8
47:24 53:23
54:2,6 55:13
62:4 63:22
64:13,16
68:13,20 69:5
69:10,19
77:15 78:10
83:19 88:1
108:15 115:4
115:19
126:18
127:16 129:2
129:13 140:5
140:11,13
142:4,24
146:12
148:16,18
165:14
175:24 176:3
177:2 183:4,8
183:25
**grown** 36:3
**Gru** 44:19
**Grupo** 44:11
44:13,19 45:6
45:7,10 46:4
46:6 47:4,18
47:23 48:6,11
48:24 49:8
52:11,18
53:18,25 56:2
56:22 57:3
76:2
**Guerrero** 28:6
29:2
**guess** 11:13
12:22 13:13
13:19 15:11
16:8 23:9
25:7 28:23
41:23 43:16
63:3,22 65:18
78:7 93:12,21
94:3,25 98:12
100:7,25
102:9 104:12
104:21 110:8
115:16
127:22 129:6
132:6,7
137:14 153:3
153:21
155:12 160:9
161:4 167:7
171:21 173:8
**guesstimate**
33:19

**H**

**H** 4:9 5:1
**half** 128:11
**hand** 81:9
95:22 118:1
**handed** 95:20
102:15
**handle** 63:15
63:16,20
77:10 86:1,2
**handles** 63:13
78:9
**handling** 46:14
78:12 89:10
179:17
**handwrites**
117:20
**handwriting**
106:17,18
**happened**
35:24 115:13
125:7
**happens** 9:9
116:18
**happy** 9:3
**hard** 10:1
125:23 142:7
**harm** 145:24
**hate** 147:9
**haul** 23:4 36:8
36:12 85:24
89:14
**hauled** 87:6
97:4
**hauling** 36:21
103:12
121:20 176:9
**hauls** 78:1

**Hazel** 13:24 14:3 15:1,11 40:11,12 157:4 159:25 160:3,4,10,20 161:7,14,18 162:2 164:22 166:6 168:1 169:17 171:19 173:7 175:7,18 179:23
**Hazel's** 14:5 40:15
**head** 10:2,2 43:9 85:22 163:2,6,8 173:13,15
**heading** 46:25 47:18
**hear** 107:7
**heard** 9:14,19 44:13 45:23 49:12 54:1 58:3 60:6 83:11,12 92:23
**held** 12:11 16:20 63:1 114:7 124:3 140:21 176:13 178:13,14 185:7
**helped** 172:10
**Herman** 17:19
**Hernandez** 22:7 60:8
**hey** 82:24 116:15,25 147:17
**high** 42:14,15
**higher** 161:9 161:15
**highest** 16:23 161:4,12
**Highway** 2:6 49:23
**Hill** 21:11
**Hills** 2:7
**hire** 157:8
**hireable** 158:18
**hired** 34:14 87:22,24 139:16 148:7 148:7 157:19 158:8,12,23 159:1,7,11,14 159:20 162:10,20,23 165:24 166:14 168:5
**hires** 43:21
**hiring** 14:8 15:1 42:1 139:23 156:25 160:6 161:18
**history** 34:5 123:9 157:20
**hold** 14:7
**Holling** 110:21
**Hollingsworth** 89:3 110:18 110:21 139:18 140:3
**home** 12:22,24 19:22 20:22
**honestly** 142:7 180:24
**hopefully** 179:10
**hotline** 145:12
**hour** 130:13 140:5
**hours** 42:14 43:2 111:12 112:9 122:10 122:12 151:4 154:2,6 158:5 163:19 165:10 174:19
**house** 20:18
**hundred** 35:18 35:20 36:1 37:1,3,3 113:10 160:23 169:19 170:25

**I**

**ID** 109:7,13
**idea** 41:7,10 49:11 75:24 77:17 105:1 105:12 137:5
**identification** 184:10
**identified** 57:17,18 181:24
**identify** 71:1 93:22
**identifying** 96:24
**immediately** 113:11 119:8 144:12,16
**IMMEX** 136:18
**implement** 148:3
**import** 91:7
**important** 174:5
**imposed** 176:24
**impossibility** 112:8
**impossible** 113:14 115:18
**in-cab** 130:21
**Inaudible** 183:10
**incident** 143:19
**incidents** 155:5 162:16
**include** 28:24 45:12 48:12 48:15 64:8 74:23 80:1 174:17
**includes** 73:24 79:13 124:21
**inconsistency** 121:16
**Incorporated** 6:11 27:18 31:5,16 32:24 33:14 34:1 49:10,17,19 50:3 52:18 58:5,9 60:5 72:13
**incorrect** 57:9 124:7
**incoterm** 136:21
**incur** 118:13
**independent** 66:22
**indicate** 166:13
**indicated** 131:16
**indirectly** 185:17
**industrial** 52:21
**industrials** 52:22
**industry** 17:6 18:12 96:3 129:7
**ineligible** 159:7
**info** 28:25
**information** 12:18 32:10 81:3,19 82:15 84:24 86:16 91:9 93:15 94:6,24 101:4 101:8,11,14 101:17,20,25 102:10 103:11,15,19 104:4,9 108:18 109:19,22 110:7 121:22 123:10 124:14 125:15 130:3 136:8,9 149:21 152:2 158:6 166:20 178:5
**infraction** 175:4
**initial** 85:9
**initiated** 39:11
**injured** 141:17
**injuries** 141:18
**inside** 128:19 131:5 155:4,5
**inspection** 5:6 148:23 149:3 150:6,8
**instance** 116:24 176:8
**instances** 82:19
**instant** 130:14
**instruction** 5:4 135:23

**instructions** 94:13 112:24 136:15 137:13,19
**insurance** 12:16 64:9,19 64:22 65:1,3 65:9,12,14,18 65:18 66:3,4 66:11,11,17 67:5,6,7,10 69:2,8 70:8 70:17 71:7,24 72:3,9,13,16 73:14,18,22 74:10,11,18 74:22 75:4,6 75:7,11,16,21 76:1,5,18,19 76:20,25 77:7 77:13,18 114:25 144:2 145:10 150:16,24 157:15 158:17 180:5
**insurances** 65:20
**insured** 70:19 70:23 77:21
**interaction** 154:18
**interchange** 73:11 74:1,24 100:16 101:2 101:5 102:1 102:11,13,19 103:8,20 108:22 182:12,13,18
**interest** 25:20 26:21,23 27:12 28:1,4 60:19
**interested** 185:16
**interior** 171:1
**international** 90:12,19,22 157:12
**Internet** 118:6
**Interrogator...** 21:19
**interrupt** 41:19
**interrupted** 176:14
**interruption** 176:14
**intervention** 41:13
**introduce** 7:3
**investigation** 145:6,15 146:2
**Investments** 59:6
**invoice** 5:5 118:10,11 119:3 136:12 137:25 138:5
**invoices** 118:13
**involved** 35:5 35:11 39:12 40:24 41:4 79:6 83:2,24 85:17 87:19 90:24 91:1 92:10 99:1 103:15 112:12 121:13,20 129:17 147:19,25 148:14 154:5 159:10,14,18 161:1 179:17
**involvement** 181:13
**involving** 70:9 78:16
**issued** 82:13 90:7,8 93:19 122:12 170:1 170:18
**issues** 174:18
**it'll** 130:7
**item** 97:3
**items** 115:1

**J**

**J** 3:3
**Jade** 13:25 15:4,17,20
**Jade's** 15:4,8
**Jake** 1:24 6:15
**James** 1:5 6:9
**January** 1:19 6:1,8 185:8
**job** 8:24 12:14 12:20 16:18 17:12,22 22:21 23:15 25:2 28:8,20 29:7 33:1,3,6 34:5,12,16 64:8 156:1
**jobs** 18:9
**joint** 53:9 65:23
**Jota** 26:7
**Jp** 58:20
**Jr** 18:23,24
**Juan** 22:2,7,10 22:16 23:9,20 23:23,25,25 24:1,5,6,6,10 24:13,16 25:23 26:1 60:8,12
**Juans** 24:3

**K**

**keep** 181:20
**Kemp** 2:3 4:6 7:4,4,14,21 7:24 8:2,5,9 8:13,16,23 9:2,8,13,18 9:23 10:6 11:1 20:25 21:2 31:11,22 37:13,20 42:5 42:6,11 48:1 54:4,7 55:10 55:21 62:7 63:24 64:15 64:17 68:16 69:1,7,12,15 69:22 77:19 78:13 83:22 84:7 88:2 99:16 108:16 115:7,8,23 126:22 127:21 129:5 129:16 140:7 140:16 141:6 142:8 143:2 146:13 148:20 165:18 176:1 176:4 177:4 182:22 184:2
**Kercheval** 2:14
**Kevin** 3:3 7:8 7:8 183:4
**Kevin.plage...** 3:4
**key** 57:17,17
**kind** 17:2 22:18 32:10 39:22 69:24 77:5,24,25,25 78:23 86:14 141:7 154:12 162:23
**kinds** 36:9,11 36:13,22
**know** 8:20 9:3 9:10 11:5,8 16:3,14,15 18:18 19:1,8 20:4,17 21:24 22:1 23:21,21 23:23 24:5,8 24:8,17 25:14 26:17,22,25 27:7 28:21,24 29:8,9,12,17 29:19,23 30:3 31:15,18,23 31:25 32:2 37:21,24 38:21 39:14 43:5 44:3,4 44:12,14 45:22 46:2,6 46:17,20 49:20 50:19 50:25 51:1,1 51:3 52:4,6,8 53:1,2,24 54:19 58:1,6 58:9,12,16,20 59:1,4,6 61:6 61:18 62:2 65:14 69:25 70:1,16 72:20 72:21,21 73:21 75:19 76:13,21 77:12 79:16 79:17 83:23 85:5,6,22 86:10 87:19 87:22,24 92:7 92:8,21,22,24 93:1,2,3,6,14 94:18,25

99:17 100:16
102:3,23
103:17 104:9
104:14 105:8
106:3,6,9,18
106:20,24
107:1,3 108:2
108:3,11,14
111:15,17
112:17,21,23
115:22 121:1
121:8 122:25
123:15 124:1
126:9 127:5
127:20 128:8
129:24 131:1
131:4 132:2
133:9 134:19
134:21
136:14,18,20
136:22 137:3
138:12,13,21
139:25
140:15
146:14,19
147:1 148:4
149:15,18,24
150:4 152:3,6
152:10,17
153:20,22
154:23 156:1
156:12
162:10,25
163:2,4,7,9
163:10,13,18
163:18,19
165:6,7 166:7
166:9,10,11
167:6,7,10
169:12,14
170:19
171:16 173:2
173:4,10
178:11
179:25 180:4
180:6,8,10,14
180:25
**knowledge**
21:9,12,15
23:16,19
24:16,19
25:22,25 26:3
27:3,13 28:5
31:1,2 38:5
39:21 41:15
43:23 49:22
50:2,4 51:13
61:5,6 62:12
64:8 67:12
76:8 78:8,14
80:13 91:21
95:24 106:8,9
113:24 114:2
121:14
124:11 144:4
146:9 148:19
152:14,21
153:2 156:5
157:7 164:8
176:12
**knowledgeable**
10:22 11:4
27:9 37:16,25
51:4 61:7,13
61:15 62:15
63:11 78:3,5
154:15,16,17
156:10
171:23
182:25

**L**

**L** 4:1
**lading** 4:21,22
79:11 80:2
81:2,6,9,24
82:1,4,10,12
82:18 87:15
88:13 89:7,17
90:17 93:18
94:19 95:7,19
95:20,22 96:1
96:4,5,7 98:6
99:18 103:24
105:4,8,10,22
105:25 108:4
108:10,13,20
108:24 109:8
109:14
110:12 114:5
118:15 119:4
123:12,19
137:4 153:5
153:11,13,15
174:10
181:24
**lading's** 81:10
**ladings** 82:21
118:24
121:10
123:25
**lags** 9:9
**Lalasa** 32:1
**Lardeo** 100:18
**Laredo** 1:21
6:2 13:3,6,9
13:12,20,23
19:14 20:7,10
20:19 21:8
27:22 34:22
49:24 62:18
63:4,5,7
67:12,13
72:24 73:2,3
90:16 100:14
100:14,15,19
107:23
132:14 133:2
133:6,8,12,15
153:25 154:7
180:16,16
181:14,14,21
**large** 68:18
**latest** 110:24
111:8
**law** 2:2 177:13
185:11
**laws** 158:6
163:13,15
165:15,17
177:6
**layer** 67:20
**lead** 137:16
**Leasing** 59:4
**left** 52:8 94:18
**legal** 6:15
18:14
**Leo** 2:4 35:5
99:12
**Leopoldo**
18:20,23,24
20:18 22:3,18
25:5 27:14
28:3 31:13
35:5,15 36:14
38:21,24
59:19 61:10
61:14 62:15
63:19 71:18
77:9
**let's** 59:15
76:17 79:17
81:7 100:12
101:1 102:2
116:15
131:11,15
174:25 176:7
**letter** 5:4,10
135:23 137:3
137:11,15
177:16,18
178:1,3,6,22
179:1
**letters** 47:9
**level** 16:23
**Li** 76:21
**liability** 21:17
64:9 67:18
68:2,7 69:11
69:17,23 70:3
73:6,14,25
74:4,9,18
**liable** 114:7,11
**license** 16:21
157:14,15
**licenses** 123:9
**Licona** 66:11
66:12 67:6,10
67:16 72:5,16
72:21 73:17
73:19,23 74:4
74:11,14,20
75:4,6 76:20
76:21 145:12
**lie** 128:8
**life** 18:12
**light** 42:1
**Lillian** 32:2
**Lima** 120:17
131:21 135:3
144:22
149:25
153:24 154:3
**Lima's** 151:1
**limit** 130:8,14
**limited** 21:17
**limiting** 69:11
**line** 52:16
53:16 107:12
122:10
130:12
183:23
**list** 71:1,6
**listed** 47:14
53:6 58:15,19
59:16 60:10
60:12 74:5
89:24 108:3
115:1 126:8
**lists** 56:21

59:12
**litigation** 1:23 1:25 6:17 41:23
**little** 36:5 41:3 42:14,15 45:18 57:22 77:24 78:20 106:22 140:8 146:16
**LLC** 1:9,23,25 6:10,18 10:11 12:2 15:18 18:15 19:4 21:16 26:12 30:4,9,12,20 31:7 32:11,18 36:18 37:15 48:5 49:17 57:13 58:12 58:16,20 59:6 60:18 67:17 68:2,6 70:7 70:10 72:20 83:24
**load** 78:16 79:11 81:4,17 81:24 82:1 83:2,4,5,13 83:15,16,24 84:1,11,17,23 85:2,14,17,19 85:20 86:11 86:15,17,18 86:20,23,24 87:3,3,6,9,10 87:13,14,20 88:3,7 89:4 89:11,14 90:11,16,22 93:5,8,19,21 93:22 94:3,7 94:14,17,23 95:4,16 96:7 96:18,20 98:15,19,23 99:17,21,23 100:3,8 102:10,15,18 102:20 103:12,16 106:6 107:4 107:19 108:1 108:18 109:7 109:7,13 110:8 111:10 111:22 112:6 112:9,22 113:14 114:10,22 116:3 117:14 117:15,17 118:14,17,22 118:23 119:3 119:13 120:14,25 121:1,13,21 122:4,4,9,12 122:12,20 123:1 124:1 124:10 132:20,23 137:12,17,22 139:1 153:4 155:13,14 156:14,15 180:23 181:1 181:10,12,15 181:19
**loaded** 81:7,8,8 97:13
**loading** 114:15 114:19
**loads** 23:4 28:25 77:25 78:9,15,18 85:10,24 113:8 132:17
**local** 17:11 164:8
**located** 67:10
**location** 1:21 12:25 13:2 19:19,24 20:1 20:3,10 34:21 62:17,18,20 62:22,24 88:4 88:6,22 101:14 110:3 110:4,21 111:11 130:5 132:18 133:2 133:5,22 136:5 181:24
**location's** 133:24
**locations** 19:17 21:14 67:11 132:6 177:22
**logbook** 126:5 151:17 163:14,15,15
**logbooks** 154:9 178:12
**Login** 148:25
**Logistic** 92:5
**logistics** 1:9,10 2:18 3:9 6:10 6:11 7:9,15 8:3 10:10,14 12:2 15:18 18:15 19:4,8 21:16,22 25:12 26:12 27:1,4,18,19 28:7 30:4,7,9 30:12,20,24 31:5,7,15 32:11,16,18 32:23 33:12 33:14,21 34:1 34:2 35:17 36:8,15,17,18 36:24 37:14 38:8,10 39:6 43:13,21 45:13,14,17 45:17 46:12 48:17,17,21 49:6,17,21,25 50:15,19,24 51:7 52:17,17 52:19 53:10 53:11,20,20 54:9,9,13,13 54:16,17 56:14 57:13 57:19 58:16 59:13,25 60:18 61:1,4 61:13 62:3,9 63:17 67:17 68:2,6 69:9 70:7,25 77:14 78:1 83:3,14 83:24,25 89:3 89:7,24 93:20 105:11 107:23,25 108:7,17 109:20,23 110:16,18,22 112:25 113:6 113:19 116:2 116:15 118:20 119:12,18,21 119:23 120:3 120:7,8,10,11 132:18,21 133:11 136:13 138:24 139:5 139:16 145:19 147:12 150:10 154:14,19,23 156:7,7,23 173:12,14 176:8 177:12 177:17,23,25 178:4 179:14 179:18 182:1 182:4
**Logistics'** 13:17 39:2 42:12 47:21 76:4 120:4 177:5
**logo** 45:24,25 47:15,15 50:21 52:2
**logos** 47:8 50:16
**logs** 133:20 134:2 135:2,3 135:7,9,11 151:1,8,11,21 178:17,19
**long** 12:4,6 17:16 18:1,7 21:3 65:11 163:17 172:8
**longer** 14:17 28:14 109:25 128:1 140:8 140:14 159:22
**look** 97:18 102:19 105:21 127:6
**looked** 48:20 49:3 109:8 123:11 142:17 152:10 153:13 180:14
**looking** 42:20

75:3 99:18 103:19 121:9 151:18 170:11 172:21 181:18
**looks** 21:21 47:2 51:16,22 53:5,9 56:1,6 56:12,20 60:8 64:1 66:2 88:16 89:23 96:14 97:6 104:11 105:4 105:21 110:11,12 130:20 133:17 136:24 137:25 148:22,25 168:22 169:7 169:18 170:21 173:9 174:13 177:16,21 178:22
**loss** 67:19 70:9
**lost** 114:7
**lot** 19:21 91:22 125:15 130:3
**Louisiana** 133:17 180:20 181:6

**M**

**M** 1:22 185:20
**magazine** 51:19 53:6
**mail** 150:20
**mailing** 20:12 21:7
**main** 56:13
**maintain** 67:17 69:23 78:18 79:9 80:14 85:23 94:2
**maintains** 76:14,25 78:25 114:24
**making** 53:19 54:13 159:25 173:5
**manage** 14:6
**managed** 56:16
**Management** 58:11 60:4
**manager** 14:23 14:25 17:13 28:7,9 29:2 33:2,4 40:9 161:17
**managers** 16:12
**managing** 58:15,19 59:12
**manual** 5:9 171:25 172:5 172:11,14,19 172:21,22,22 179:3
**Mar** 14:11
**Marc** 170:14
**March** 54:4
**Marco** 1:11 6:11 7:11 14:12,13,15 40:23 98:25 102:23 122:22 125:10,10 132:2 135:1,1 143:17,25 144:18,21 145:13 147:8 151:14,16 154:1 160:7 160:10,20 161:7,15,16 162:2 164:22 170:14 171:8 171:11,19 175:7,18 182:3
**Marcos** 13:24 14:11 143:18 144:9 147:8 173:7 179:24
**mark** 44:18 48:3 50:5 51:14 55:22 63:25 64:13 64:14 72:8 88:12 103:22 103:22 109:3 124:15,20 135:20 137:24 148:21 168:21 172:2 177:15 178:20
**marked** 46:8 57:11 184:10
**married** 22:17
**Martinez** 32:2 106:21
**matches** 110:11
**materials** 183:12
**matter** 6:9 146:21 175:5 185:17
**Maureen** 1:22 6:16 185:20
**Mayra** 32:1
**McAllen** 21:11
**MCCAMEY** 2:11
**McDonald** 1:5 6:9 141:16,21 142:22 143:3 145:25 150:2
**McLaughlin** 1:22 6:17 185:20
**MCS-90** 179:25
**mean** 23:1 24:8 28:14 29:23 32:14 35:11 42:16 54:19 78:12 94:20 95:10,16 96:11 100:11 107:16 116:22 125:10 126:4 138:12 143:23 158:14 159:4 159:9,13 165:19 169:21 174:2 174:22 179:16
**meaning** 36:21 45:10 51:4 54:16 60:22 66:21 73:18 86:21 89:10 89:20 96:17 111:2 117:19 119:2 135:11 146:1 149:21 159:5 169:10 170:25 177:5 177:12,25 181:17
**means** 137:11 138:13
**media** 6:6 99:8 99:14 140:24 141:4 184:7
**medical** 150:3 168:2,4
**meetings** 175:11
**meets** 157:16
**member** 22:18 58:15,20 59:12
**members** 21:21,25 25:19
**memorize** 109:9
**Men** 18:24
**Mendiola** 18:21,23,24 22:3 25:5,17 31:21 34:15 34:18 37:17 37:24 51:9 52:8 59:20 63:13 64:24 64:25 65:5,19 65:21 77:4 78:17 128:15
**Mendiola's** 20:18
**mentioned** 15:4,25 74:16 79:16 85:21 109:25 133:9 144:21
**Mex** 63:1,2
**Mexican** 16:5 22:25 26:6 30:19 91:3 92:14 104:11 104:12 122:23 157:12,13 165:13,22 166:18 168:3
**Mexico** 13:7,10

13:11,14 16:1 16:14 17:23 17:23,24 19:19,24 20:1 20:3 23:2 26:9,10,13 27:24 28:13 29:6,14 30:21 44:2,5,6,24 52:13,20 56:15 62:20 62:24 83:5 84:22 90:4,4 91:15,17,23 112:9 136:22 155:14 165:5 165:16,22 166:22 181:19
**MGA** 72:19,19
**Michelle** 22:2 22:17 24:22 25:19 27:12 60:15
**Michigan** 1:2 2:2,7,15 3:6 6:13 83:6 110:22 111:13 112:10 124:2 131:12 143:12,20 149:10 180:17 185:1 185:11,23
**middle** 52:9
**miles** 62:19 130:13
**million** 67:20 69:2 75:11,13
**Miltow** 106:21
**mind** 37:4 99:4
**minimum** 157:17
**minor** 147:25
**mission** 173:8 173:12
**Mississippi** 133:17 180:20 181:6
**Missou** 180:20
**mistaken** 42:23
**mobile** 19:22 20:22
**moment** 41:20
**Monarch** 5:3 124:16,17,19 124:20 126:8 126:13,15,16 126:21 127:8 127:10,14,20 127:23 128:1 130:3 151:17 170:12 171:15 180:14
**Monday** 132:11
**money** 53:14 54:18,21 55:2 176:20
**monitor** 40:5 41:16
**monitoring** 41:5 43:11 125:1,8 131:7 171:14,22
**monitors** 40:15
**Monterrey** 58:15
**month** 152:6
**months** 129:9 135:10,12 151:21,22,25 159:6 178:18
**Morales** 14:13 40:23 125:10 135:1 143:18 143:25 144:18,21 147:8 151:16 160:7
**morning** 7:19 7:20
**motion** 42:2
**motor** 8:6 17:4 17:5 36:21 39:7 97:22 101:23,23 103:3,6,11,15 150:7 156:3 158:5,5 166:16 167:18 176:25 177:9 177:10 179:14,18
**motorcycle** 141:22 142:9 142:12,19
**motorcycles** 142:7
**move** 83:5 111:24,24
**Movilidad** 51:17,19
**moving** 162:22
**multiple** 13:5 15:10,13 60:19 82:2,3 82:10,11,16 94:13,16,22 95:4,9,11 175:4
**mutual** 19:3
**MVR** 166:18 166:22

**N**

**N** 1:16 4:1,1,3
**name** 6:15 10:7 15:5 18:14 22:1 27:5 32:2 39:15 44:14 63:1 70:22 80:21 83:10 86:9 88:16 89:24 92:1,6,8,22 92:24 108:3 155:13
**named** 70:19 70:22 77:21
**names** 16:7 19:5,5 147:9 161:2
**nature** 15:16 102:5 112:20
**near** 62:22 63:4 133:25
**necessarily** 35:12 61:23 108:25 156:15 159:9
**need** 85:21 121:18 150:2 153:8
**needed** 12:19 150:2
**Negative** 143:14
**negligence** 145:23
**negligent** 42:1 145:24
**network** 57:22
**never** 15:7 16:6 44:13 53:25 59:16 60:6 68:11,18 117:12 138:2 139:25 176:21
**new** 128:25 129:4,6,12 157:8 164:14 165:19,21 168:6
**nine** 149:11 173:8
**ninety** 44:6,8
**ninety-five** 33:17,19 44:6 160:17
**nodding** 10:2
**noon** 111:3
**Nori** 104:10
**Noriega** 107:22
**normal** 10:3
**Norte** 44:11,13 44:19 45:8,10 46:4,24 47:4 47:19,23 48:6 48:11,25 49:8 52:12,18 53:19,25 56:3 56:23 57:4,5 62:1,10 76:2
**Norte's** 45:6
**northbound** 18:6
**Northern** 4:11 44:20 45:12 45:21 46:2 48:18 49:1 50:16 75:22
**Northwestern** 2:6
**Nos** 184:9
**notarial** 185:11
**Notary** 185:4 185:22
**noted** 114:5 149:6
**notes** 86:12 179:9
**notice** 7:16 10:17,19,23 11:14,16,17
**notified** 143:15

143:18 145:13 147:12
**notify** 147:23 148:1,9,12
**noting** 102:6
**Novi** 3:6
**nuestros** 48:8
**Nuevo** 63:5 100:14,14,18 133:2,5,10,12 181:14,21
**Nuevos** 180:16
**number** 4:10 5:2 6:12 9:14 9:15,19,20 49:14 70:1,3 70:5 89:17 93:16,17,19 93:21,24 94:7 101:6,7,7 107:24 109:9 113:3,5 114:5 136:12,24 138:14 158:22 175:25
**numbers** 71:2

**O**

**O** 1:16,16,16 4:1,1
**o'clock** 99:15 131:16,17
**Oakland** 185:2 185:22
**OBD** 130:23 130:25
**obeys** 177:6
**object** 31:9,9 31:19 37:18 41:20 47:24 62:4 63:22 68:13,20 69:5 69:10,19 77:15 78:10 83:19 84:6 88:1 115:4,19 126:18,18 127:16 129:2 142:4,24 148:16 165:14 177:2
**objection** 10:24 41:25 42:3,4
**observance** 177:1
**obtain** 65:3,8 65:14 66:14 67:2,8 77:13
**obtained** 66:7 66:9 68:6 73:19,22 74:3 74:6,11,19 75:4,7 76:19 108:18
**obtaining** 65:1 65:12 75:16 75:21 76:1
**obviously** 21:16 22:17 38:24 42:2,24 45:16 50:11 53:13,14 56:9 59:12,22 64:4 70:17 74:13 86:15 91:22 99:20 113:13 115:12 128:12 131:21 132:2 134:2 136:4,9 137:21 138:14 143:20 147:19 150:23 152:18 156:10 182:14
**occur** 111:2 128:7
**occurred** 14:20 101:15 131:11 152:18
**occurring** 131:18
**occurs** 176:17
**odometer** 130:5 149:1 149:10,13
**off-the-record** 140:20
**offer** 56:14
**office** 12:22,24 12:24,25 13:2 13:14,16,17 13:23 16:5,9 17:13 19:23 20:22 34:19 34:21 35:1,2 67:13 72:23 72:24 73:2 84:23 133:10 177:17
**officer** 150:8 167:23
**offices** 13:8 20:6
**oh** 32:17 80:7 92:5 107:9 143:17 166:24
**oil** 79:17
**okay** 7:24 8:2,9 8:14,21,25 9:6,8,11,23 10:3,13,16 11:4,8,17,23 12:8,11,20,25 13:13,16,19 13:22 14:1,5 14:11,15,25 15:8,11,13,20 15:23,25 16:4 16:8,17,20 17:2,16,18,20 17:22 18:5,11 18:19 19:1,12 19:16,19,24 20:9,16 21:6 21:10,13,19 21:24 22:4,7 22:15,23 23:9 23:15 24:4,5 24:10,16,20 24:25 26:20 26:23 27:8,11 27:17,23 29:11,13,16 29:25 30:4,24 31:2,12,15,18 31:23,25 32:6 32:8,17,20,23 33:1,11,11,16 33:20,25 34:4 34:10,19,21 35:1,8 36:8 36:12,14,24 37:7 38:5,8 38:10 39:6,20 40:5,18,21 41:7,18 42:9 42:15,18 43:2 43:5,10,13,16 43:19,24 44:4 44:22 45:3,6 45:10,16,21 46:14,17 47:2 47:6,10,13,21 48:11,15,20 48:23 49:6,10 49:21,23 50:2 50:14,19 51:7 51:19 52:1,1 52:4,7,11,16 52:25 53:9,13 53:16,18 54:12,16 55:1 55:4,7,15 56:1,9,12,20 56:25 57:3,8 57:16,22 58:1 58:8,19 59:1 59:4,8,12,19 60:15,18 61:6 61:10,12,17 61:19,22 62:1 62:17,20,22 63:9,19 64:4 64:7,21 65:5 65:11,23 66:2 66:9,14 68:1 68:6,10 69:8 69:16 70:13 70:16,19,22 71:20 72:5 73:1,16,18,21 74:2,8,22 75:2,6 76:18 76:21,24 78:1 78:7,22 79:19 79:22 80:17 80:22,25 81:10,16 82:17,24 83:2 83:7,9,13,20 83:25 84:10 84:14,20 85:1 85:4,10,16,19 85:23 86:1,4 86:6 87:9,12 87:17 88:6,16 88:19,21 89:2 89:6,17,20,23 90:6,8 91:1,9 91:19 92:1,16 93:10,12,16

93:24 94:2,6
94:11,16,25
95:3,14,16
96:9,14,17,20
96:23 97:6,13
97:16,24 98:8
98:12,17,17
98:25 99:3,7
99:23 100:1,7
100:18,21
101:4,23,25
102:6,9,13,23
103:6,10,14
103:18,22
104:2,4,18
105:1,8,21
106:9,17,20
106:24 107:1
107:3,12,15
107:18
108:24 109:3
109:10,10,13
110:3,15,24
111:5,15,18
111:20
112:21 113:2
113:8 115:3
115:12,12,16
116:11 117:8
117:11,13
118:8,17
119:2,12,16
119:20,23
120:2,10,14
121:4,19
122:1,7,13,16
122:22,25
123:17,22
124:9,19
125:11,14
126:8,15,23
127:8 128:1
128:10
129:11,22,24
130:3,7 131:2
131:6,10,21
132:5,10,13
132:17,20
133:1,5,8,20
133:24 134:2
135:6,9 136:1
136:8,12
137:10 138:3
138:7,14
139:4,10,23
140:2,18
141:14,18,21
141:24
142:11,18,22
143:8,11,25
144:3,8,21
146:1,5,18,21
147:2,10,25
148:25 149:9
151:3,7,10,24
152:5,9,14
153:3,13,18
153:20 154:9
154:18 155:1
155:18,21
156:21 159:3
159:9 160:16
160:22,25
161:4,23
162:1,4,10,12
163:20 164:3
164:11,25
165:4,12,19
166:1,9,12
167:1,3,7,16
167:20,24
168:2,5,10
169:24 170:4
170:11,21
171:3,7,13,18
171:21 173:2
174:2,13
175:14 177:5
177:8,12,21
177:25
178:17,20
179:3,9 180:2
180:19 181:2
181:13,17
182:17,21
**old** 129:8,9,11
**older** 24:6
**oldest** 129:15
**Omar** 120:17
131:21 135:3
144:22
170:13,13
**once** 34:23
87:16 95:20
104:3 114:18
**ones** 24:13
**ongoing**
156:18
**Ontario** 56:16
**operate** 164:3
167:17
**operating** 39:2
**operation**
28:23
**operations**
13:8 24:18
25:3,6,8
28:13,21 38:1
93:11 100:2
121:23
155:10,11,18
**Operator** 6:5
7:1,12 37:7
37:11 46:10
55:15,19 99:7
99:13 140:18
140:22 141:3
184:5
**opinion** 65:24
66:1
**OPTAL** 168:3
**order** 96:23
161:10
**orders** 119:24
120:4,7
**orientation**
163:11,12,17
165:10
168:17 171:5
**origin** 114:4
**original** 118:15
118:24 119:4
**originally**
182:9
**originated**
85:8
**out-of-service**
151:4
**outer** 129:20
**outlines** 97:2
**outside** 102:2
152:19
**outward**
129:18
**Overlook** 33:5
**override**
134:23 152:2
**overrides**
134:22
**oversee** 13:8
15:25 160:23
**overwritten**
134:25
**owned** 27:5
31:21
**owner** 18:22
22:24 24:9
35:12
**owners** 18:20
22:22 23:10
23:13 25:12
57:19 60:18
60:23 179:17
**ownership**
25:15,20,24
26:1,4,21,23
27:12,15 28:1
31:12 49:16
60:19,22
**owns** 26:17
46:2 59:9

**P**

**p** 1:16,16 2:3
138:12,12
**P-48966** 2:12
**P-55992** 3:3
**P-80963** 2:3
**P-88642** 2:4
**P.C** 2:11 3:2
**p.m** 99:9,11,11
99:15 140:19
140:23,25
141:2,2,5
149:9 184:7
184:12
**packages** 96:24
**page** 4:4,10,13
4:14,15 5:2
5:11 45:3
46:9,11,23
47:3,21 48:5
48:21 49:7
50:8,8,15
58:14,14
59:19 82:6
137:21
170:21 173:8
175:20,25
176:1
**pages** 185:6
**paid** 119:2
**Palm** 20:9
**Palmetto** 91:2
91:5,16 92:1
92:6
**Paolo** 32:1
**paper** 118:2
**paperwork**
90:23 91:1

153:3 168:14 179:22
**parcel** 98:11
**parent** 30:4 46:4
**part** 22:23 37:18 47:22 51:5 52:18 64:7 65:5 85:16 91:4 107:18,21 121:6 160:19 161:23 165:9 174:1,2 175:20
**particular** 38:8 46:20 100:5 151:13 156:14,15
**particularly** 93:13
**parties** 185:14 185:15
**partner** 25:1
**parts** 106:6 110:8 176:9
**party** 105:5
**Pas** 135:2 143:17
**Paso** 67:12,14 72:23
**passed** 165:1
**passenger** 164:14
**Pastrana** 7:11 142:19 143:8 144:14,19 146:8,24 147:2 149:2 149:25 150:1 151:1 154:4 162:10,19,22 163:7,23 164:3 166:13 166:17 167:5 167:25 168:2 172:18
**Pastrana's** 146:6 166:1
**Pastrana-Ji...** 1:12 2:18 6:12 98:25 102:24 122:22 132:3 135:3
**patch** 102:4
**pay** 79:19 118:10 169:22
**paying** 87:5 89:13
**payment** 84:1 118:9
**payments** 79:13 80:3
**pecking** 161:10
**pen** 118:2
**penalize** 117:1
**penalty** 170:25
**Penalver** 22:2 22:4,7,10
**Penalvers** 25:19
**pending** 42:2 112:16
**Pennsylvania** 131:12
**people** 16:9 25:11 32:3,4 52:4,6,7 57:17,17,18 67:14 85:24 156:20 162:1 162:4,7 179:16
**percent** 25:17 25:18 33:17 33:17,18,19 33:20 38:2 42:23 43:4 44:6,7,8 118:11 160:17 162:6
**percentage** 16:17
**Perfect** 140:12
**permits** 15:15
**person** 10:21 11:4 27:6 37:15,25 51:4 52:8,9,9 56:17 67:15 78:3 80:23 100:8 107:1,3 116:2 117:5,6 154:15 155:13,25 156:9 161:5 169:25 170:17 171:23 172:9 177:8
**personal** 20:14
**personally** 8:8 8:10 40:24 41:4 59:15 152:7 160:16
**personnel** 160:24,25
**pertaining** 41:25 81:17
**phone** 16:3,6 84:15 85:13 107:24 111:19 115:21,24
**phonetic** 32:1 32:1
**photo** 50:11 52:4 56:9
**physical** 21:7 73:9,25 74:24 102:2
**physically** 113:14
**pick** 84:1,2 113:9
**picked** 86:15 95:16 96:7,10 99:23 100:3,8 100:12,12,15 100:17 102:18,20 109:1 110:7 111:10 124:5 132:17 181:19,20 182:1,2,9
**picking** 114:22
**pickup** 86:16 88:4,6,22 97:16 110:3 111:5,8,15 116:3,7 119:7 121:17 133:21
**picture** 51:22
**pictures** 150:22
**pioneering** 52:19
**place** 12:22 19:12 169:10 172:11,22
**placed** 39:3
**Plagens** 3:3 7:8 7:8,9 55:8 84:6 140:12 183:6
**plaintiff** 1:6 2:9 7:5 8:14
**platform** 126:21
**play** 46:14 75:16,21 76:1 83:4,13 89:3 107:25 156:25
**playing** 119:12
**please** 6:19 7:2 9:3,10,17 10:7 62:6 74:12 83:21 87:1 90:15 107:18,22 120:5 143:1 159:12 161:11 167:9 169:1
**Po** 147:8
**pocket** 79:20
**point** 100:10 144:22 152:19 155:25 182:14
**Pointe** 2:15
**poli** 76:18
**police** 131:16 141:9 150:18
**policies** 12:16 68:3,8 69:8 69:16,17,24 70:2 71:17,21 73:22 74:10 75:3 76:16,21 76:25 174:17 174:23
**policy** 4:20 66:3,7,9 67:5 68:21 69:2,13 69:17,25 70:1 70:3,20,23,25 71:7,9 72:10 73:5,19 74:2 74:6,8,9,14 74:18,19,22 75:2,2 76:5,9 76:13,19 174:14

**Polo** 1:12 6:11 98:25 102:24 122:22 125:10 132:2 143:17,17 145:14 154:1 170:14 182:3
**poor** 87:2
**position** 12:1 12:11 14:5,6 14:7 15:2,8 15:23 32:20 33:1
**positions** 16:8
**possible** 111:10 111:16 132:20,23 148:11 149:13 159:13
**possibly** 146:10
**post** 48:4 87:7
**post-accident** 150:19
**posted** 87:10
**posts** 48:23,24
**potential** 61:12 62:2,8 85:14 147:22 148:15 151:4 152:15
**potentially** 28:24 31:2 61:10 68:3 77:14 81:11 85:5,5 103:19 108:21 112:8 121:19
**pounds** 105:23
**predominantly** 30:21
**preemploym...** 157:21
**prefer** 179:6
**prefers** 168:11
**prepaid** 96:15 96:17
**preparation** 11:18,21 183:17
**prepare** 11:10
**prepays** 96:20
**prescribed** 176:23
**presence** 20:6
**present** 99:12
**preservation** 177:18 178:3 178:22
**preserve** 134:16,24 152:15 178:5
**preserved** 135:4 178:5
**presumably** 54:24 136:25
**presume** 71:3 71:12 73:13 88:3 97:17 107:7 151:3
**pretrip** 149:3
**pretty** 11:12 78:6 128:24 128:24,25 146:2
**prevent** 114:25 134:25
**preventability** 145:18
**preventable** 146:6
**preventing** 142:18
**previous** 49:3 157:24 158:18 181:12,12
**previously** 57:19 65:14 72:1 97:11 158:20 182:11
**price** 86:21 87:5
**pricing** 66:19
**PRIETO** 3:2
**Primak** 1:24 6:15
**primary** 67:20
**principal** 19:12
**print** 117:25
**printed** 117:19
**prior** 34:4 94:9 123:1,8 134:11,17,17 135:4,12 152:11,15 157:22 158:25 159:16 162:16,20,23 166:1,2,14 178:14 179:14,18 180:19 181:1 185:9
**prioritize** 173:17
**private** 104:15 104:17,24
**privilege** 37:19
**pro** 93:16,16 183:15
**probably** 23:22 61:7 77:6 86:3 117:14 162:7
**problem** 14:15 37:6 98:10 99:5 144:16 169:2
**problems** 113:10
**proceed** 7:13
**process** 78:14 157:7 159:23 160:6
**processing** 96:13
**produce** 135:16
**produced** 10:9 10:21 124:16 133:21 183:15
**product** 136:10
**products** 127:8
**profits** 53:16
**prohibition** 176:24 177:1
**promotion** 14:9
**pronounce** 15:7
**proof** 79:10 80:1 87:16 98:6
**properties** 59:9
**property** 59:10
**proprietor** 28:2 36:15
**protect** 117:4
**protected** 173:19
**provide** 28:25 66:19,23 68:4 71:2,6 101:4 125:19 127:11,17 157:14 165:8 168:11
**provided** 10:16 20:7 84:25 112:25 121:22 126:25 127:18
**provider** 124:20 127:10
**providers** 127:12
**provides** 125:14 126:24
**PSP** 157:20 158:17 166:20
**public** 45:11 47:22 48:12 49:7 50:20 173:18 185:4 185:22
**Puebla** 136:21
**pull** 46:8 48:2 57:11 63:25 72:8 131:11 148:21 149:21 180:13
**purchase** 53:9 53:10,13 55:1 63:9 71:16 79:17
**purchases** 25:9 53:19 54:13 63:14
**purchasing** 105:16
**purposes** 7:17 41:23
**pursuant** 7:16 185:11
**pursued** 68:11 68:18
**put** 81:4,19,23 86:23 87:5 95:8,25 96:6

96:11 178:9 178:10
**puts** 87:3 95:6

**Q**

**qualification** 79:3
**ques** 181:4
**question** 8:23 9:3,5,13,19 16:14,16 29:21 38:24 40:14 42:10 61:2 62:6 68:15,17 71:25 74:12 76:11 83:21 87:1,2 90:13 90:14 92:3 96:2 111:18 116:6 120:5 123:24 125:9 127:22 132:22 138:3 143:1 162:5 181:22
**questions** 8:24 12:17 21:20 42:3 78:6 107:24 154:21 182:23 183:6 183:14
**quick** 118:10 140:9 180:13
**QUINTAIR...** 3:2
**quote** 56:12,18 56:21 66:22
**quote-unquote** 23:24 161:9
**quotes** 64:22 64:23 65:20 66:15,17 67:2 67:8 71:20

**R**

**Rassini** 83:11 88:17 96:18 96:19,20 103:10 104:5 110:4 133:22 133:24 135:24 136:5 137:16 138:1 139:15,21 181:19 182:9
**Rassini's** 102:21 181:23
**rate** 4:23 79:11 80:2 81:1,21 86:25 87:15 89:14 94:8 108:20 109:4 109:14,16 113:23 117:1 117:2,16,18 118:2 121:10 123:11,19,22 123:24 124:7 139:1,1,4
**rates** 113:17
**rating** 39:25 40:2
**re-ask** 123:23
**reached** 84:4,5
**reaching** 85:12
**read** 45:1 52:14,23 54:11 56:4,19 57:6 67:22 70:11 106:25 107:6,9,12 113:20 115:9 115:11 119:10 167:13,17,21 167:22 173:20
**reading** 45:9 149:1,10,13
**ready** 124:4
**real** 25:2 140:9
**really** 10:1 55:5 98:1,2 129:23 146:1 150:9 178:11 180:13
**reason** 56:25 57:8 73:1 89:18 95:25 97:10 108:12 115:16 138:7 179:19 180:22 181:9 182:5
**recall** 34:5 39:15 83:10 88:8 123:2 174:8
**receipt** 92:16 118:10
**receive** 81:21 84:20 131:3,8 150:20
**received** 21:19 39:24 85:2 98:10,15,22 108:13 138:4 155:14 178:1
**receiver** 89:5 98:10,14 153:1,9
**receives** 82:17 96:1
**receiving** 178:3 178:22 179:1
**recess** 37:9 55:17 99:10 141:1
**reckless** 158:19 174:18
**recognizes** 126:6
**recollection** 183:13,16
**record** 6:6 7:3 7:14 37:8,12 55:16,20 99:9 99:14 140:17 140:19,23,25 141:4 150:12 166:16 184:8 185:7
**records** 85:23
**recruit** 19:1
**recruited** 163:9
**recruiting** 50:20
**recruitment** 46:10,11,18 46:23 47:3,21 48:5,20 50:9 50:15
**red** 130:17
**referencing** 47:6
**referring** 74:2 102:6 106:11 117:16 155:16,19 171:18
**reflect** 7:14 154:9
**refresh** 183:16
**refreshed** 183:12
**regard** 171:21
**regarding** 11:23 16:15 38:1 48:24 78:4,18 83:2 93:4 94:3 98:22 109:19 112:6 124:12 124:13 125:15 150:13 167:25 181:15
**regular** 64:7
**regulations** 163:14 174:17,19,23 177:10
**reimbursed** 79:20
**reimbursem...** 176:20
**related** 8:5 22:13,15 107:4 185:13
**relationship** 27:1 31:6 35:8,9,11 53:25 148:15 154:13,22 156:18
**relatively** 129:12
**relevance** 41:20 69:20
**remember** 80:21 83:12 84:19 123:14 160:14,14 161:2,2 172:15
**removed** 94:19 106:7
**rented** 20:21
**rep** 32:19
**repeat** 40:14 42:9 61:2 62:5 67:3 68:14 71:25 74:12 82:8 83:20 87:1

90:14 92:3 116:6 120:5 132:22 142:1 142:25 143:1
**rephrase** 9:3 181:4,22
**report** 5:7 15:11 131:16 141:10 148:23 150:18
**reported** 162:1
**reporter** 1:22 6:16,19 9:24 55:8 185:21
**representative** 10:10
**representing** 6:17
**request** 41:24 118:12
**requested** 118:12 178:5
**require** 77:20 176:25 177:6 177:9,13
**required** 77:1 82:20 86:14 114:14 147:22 148:1 148:9,11 182:18
**requirement** 167:16,21
**requirements** 157:16,19 158:7
**requires** 82:23 82:25
**requiring** 114:18
**reserve** 182:23
**reserves** 176:20
**residence** 20:14
**resources** 35:1
**response** 9:25
**responsibiliti...** 12:14,20 16:18 17:12 17:22 22:24 23:15 24:25 25:2 28:8 29:7 33:3,6,9 34:12,17 40:18 161:23
**responsibility** 40:21 65:11
**responsible** 15:1 50:23 51:2,7 64:18 65:1 124:25 125:8 141:15 172:7 173:5 176:13
**restate** 161:11
**result** 147:5
**results** 39:18 66:24 143:13 150:19
**retrieve** 55:14
**review** 39:7,18 150:25 151:10
**reviewed** 10:19 11:15,17 141:9,12 145:4 151:7 151:15,16 156:21 183:11,13,19
**reviewing** 183:16
**reviews** 39:20
**revoked** 39:3
**reword** 76:11
**right** 8:13,16 10:7,23 12:11 12:20 13:14 14:3,11,15 16:2,20 19:4 22:4,8 25:2 25:12 27:9 29:11 30:22 32:17,18,24 34:8 36:17 38:25 40:3,5 44:18,20 45:16 47:12 49:6 52:2,9 53:14 54:21 54:24 55:1 56:9,10 57:20 59:15,19,25 60:8 66:24 71:4 72:6,12 72:15,19 73:13 74:8 75:6 77:7,9 77:20 78:25 79:2,3,6,8,22 79:24 80:1 81:10 82:5 84:12 86:4,25 87:6 88:4,12 89:23 90:20 90:22 91:19 91:22 92:16 94:4 97:6 100:23,25 102:7,18 104:9,18,21 104:22 105:17,25 106:14 109:3 109:13,19,22 110:3,11 112:5,12 113:13 114:10,17,21 117:9 120:20 121:4 123:11 123:19,20,22 125:11,14,21 127:9,24 128:25 130:2 130:12 131:10,10,15 131:25 133:11 134:2 137:7,8 146:2 146:5 147:11 151:15 152:19,19,20 154:21 156:3 156:9 159:18 159:18 160:15 161:14 162:8 163:20 169:8 170:9 171:8 171:21 173:16 174:22 175:18 176:20 178:25 179:7 179:23 182:8 182:13,23 183:9,23,25
**Rio** 17:9 34:6,7 34:8
**River** 3:5
**road** 79:18 131:12 142:16 158:2 163:23 164:1 164:4,6,13,25 165:2 167:22 171:14
**role** 24:9,17 46:14 75:16 75:21 76:1 83:3,13 89:3 107:25 119:13 156:25
**Roughly** 35:20
**route** 132:7
**RT** 136:18
**rules** 7:18,18 8:17
**run** 157:20 166:16,18
**running** 23:24 24:14,17 166:21

**S**

**S** 1:16 2:12 4:1 4:3,3,9 5:1
**safe** 174:4
**safety** 5:9 12:3 12:4,12,14,17 13:4,5,19 14:6,23,25 15:9 16:1,13 16:15 32:4,20 33:2,4,5 39:7 39:25 40:2,9 46:18 125:5,7 160:10 161:1 161:5,14,17 161:24 164:23 171:25 172:4 172:10 173:16,16,17 173:22,25 174:5,17,23 175:11 177:10 179:3
**Sal-Trans** 59:4
**sales** 22:25 23:1 25:7,9 136:21
**Salinas** 1:18 4:4 6:7,21 10:8 99:15

141:5 184:6 185:7,10
**Samsara** 128:4
**San** 67:12
**sanction** 169:18
**sanctions** 5:8 168:23 169:4 169:10,16
**Sandy** 21:11
**satisfactory** 39:19 40:3 149:6
**saw** 121:16 124:6 129:20 145:22,23 153:5 170:11
**saying** 81:14 92:17 117:24 126:9 127:6 166:21 178:17
**says** 45:15 49:9 53:8,12 54:20 57:3 64:7 67:17 70:5 73:6 82:24 89:8 94:13 95:3 97:17 106:20 107:12,18 108:24 110:23 112:4 113:8,17 114:3 115:6 116:15 118:9 119:7 130:4 136:18,21 138:10 149:5 158:17 173:16,16
**SCAC** 90:2,3
**scale** 79:12 80:3
**scan** 97:24
**scanned** 97:25 98:13
**scene** 143:21
**Schneider** 107:23,25 108:7
**scores** 40:5,16 41:5,8,10,16 41:18,21,22 42:12,24 43:5
**screen** 44:15 50:5 51:14 55:22 88:9 99:19 111:24 135:20 150:18,19 157:21 172:2
**scroll** 45:3 47:2 50:14
**se** 155:13
**seal** 101:7 114:4
**sealed** 114:3
**seat** 164:14
**second** 45:3 105:25 107:21 137:21 144:15 170:2 175:1 179:11
**Secretaria** 157:14 166:23 167:1
**Secretaria's** 166:20
**section** 42:19 185:12
**see** 44:15,16,17 45:4 47:8,25 51:22 54:3 55:13 57:16 59:15 85:8 88:9,17 92:7 102:20 112:15 130:8 132:6,10 135:18 136:15 138:1 138:2,12 141:21,24 142:2,7,9,19 149:11 150:1 164:18 170:7 180:25
**seeing** 45:25 118:6 137:5 142:5,11
**seek** 176:20
**seen** 44:14 45:24 96:6 104:2,3 105:13 118:21 129:8 129:9 135:21 138:2 141:25 142:3 156:21 165:6 173:4 177:19
**sees** 142:6,6
**Segura** 28:12 112:4
**sell** 127:10
**send** 107:19,21
**senior** 120:21 121:6 164:9
**seniority** 121:3
**seniors** 24:6
**sense** 120:13
**sent** 21:20 177:16
**sentence** 137:8 137:9,10
**separate** 13:14 73:22 74:16 74:18,19,22 161:22
**Serna** 22:5,10 60:12
**serve** 116:16
**service** 17:23 17:24 39:4 42:14 43:3 49:8 105:6,9 127:11,19 137:11 151:5 158:5 174:19 176:14 178:9 178:11
**services** 45:4,7 45:11 47:14 48:10,12 49:4 56:2 124:20 126:24,25 127:18,18
**servicios** 48:8
**session** 8:24
**set** 86:21 87:5 94:22 184:2
**setting** 156:16
**settlement** 112:16
**setup** 139:9
**seven** 34:2 70:6 149:11
**seventy** 33:17 43:4 130:14
**seventy-one** 130:13
**severe** 148:1
**shaking** 10:2
**share** 44:15 50:5 51:14 55:22 88:9 99:19 135:20 172:2
**shared** 150:23
**sharing** 54:17
**sheet** 82:16 109:5 114:22 117:1,2,14,15 117:17,17,18 118:3,14,17 118:19 137:5
**sheets** 82:2,10 82:11,16 119:4
**ship** 104:4
**shipment** 56:15
**shipped** 88:16 88:24 99:21 108:25
**shipper** 49:19 49:21 77:12 77:22 81:13 82:14,22,24 83:9,10,18 84:3 87:4 88:19 89:19 89:20 93:19 95:6,12 96:2 97:7,12,14,21 98:18 101:18 103:10 106:10 114:4 155:9,23
**shipper's** 139:23
**shippers** 23:6 76:10,15 85:12 155:2
**shipping** 104:7 113:23 136:8
**shop** 129:10
**shortage/con...** 114:12
**Shorthand** 185:21
**shortly** 56:7 150:4,5
**show** 100:7 126:16 127:3 130:7 131:17 133:21 166:19

169:15
**showed** 151:20 170:13
**showing** 130:2 180:19
**shows** 48:14,19 86:12 97:13 111:21 126:1 126:3 130:13 131:21 181:5
**shut** 179:19
**sic** 84:16 180:16
**side** 146:19,19
**sign** 64:22 82:18,21,25 82:25 97:22 174:10
**signature** 5:11 64:4 97:7,7 97:16,18 118:22 153:8 153:10 178:21,23
**signatures** 153:14,15
**signed** 64:2 97:10 113:18 118:14,17 119:3
**signify** 130:17
**signing** 64:24 114:21
**signs** 167:22
**Silent** 25:1
**similar** 17:12 17:13 33:6 36:20 42:25 47:6 48:24 169:15
**similarly** 183:19
**single** 56:16
**sir** 7:19,23 8:4 8:7 9:7,12,22 10:12,15,18 10:20 11:2,3 11:6,7,19,22 11:25 12:5,13 12:21 13:21 14:2,14,23 15:3,19,22,24 16:22 17:1,3 17:7,15,21 18:10,16,18 19:7,9,11,15 19:18,21 20:2 20:4,8,15 21:5,9,12,15 21:23 22:12 22:14,20 23:12 24:15 24:19,24 25:4 25:25 26:3,11 26:14,16,22 26:25 27:7,10 27:13,16 29:4 29:15,17 30:6 30:8,11,14,16 31:1,4,8,14 31:17,24 32:13,19,25 33:2,7,10,10 33:15,22,24 34:2,9,13,20 34:25 35:4,7 35:10,14,16 36:16,20,23 37:14 38:7,12 38:15,18,20 38:23 39:5,9 39:13,17,19 39:21,23 40:1 40:4,7,20 41:1,6,12,15 41:17 42:7 43:1,7,9,12 43:15,18,20 43:23,25 44:3 44:5,10,12,15 44:17,21 45:2 45:5,9,15,20 45:22 46:1,3 46:16 47:1,5 47:20,25 48:7 48:14,19,22 49:2,5,9,11 49:13,15,18 49:20,22 50:1 50:4,10,13,18 50:22,25 51:18,21 52:3 52:15 53:15 53:17 54:1,15 54:19,22 55:3 55:25 56:5,8 56:11,19,24 57:7,10,15,21 57:25 58:2,4 58:7,10,13,18 58:22,25 59:3 59:5,7,11,14 59:18,24 60:2 60:7,11,14,17 61:9,21,25 62:13,16,21 62:23 63:8,18 63:21 64:3,6 64:11,20 65:2 65:4,7,10,13 65:16 66:8,13 66:25 67:9,23 67:25 68:5,9 69:14,21 70:12,15,15 70:18,21,24 71:8,11,15,19 71:22 72:4,7 72:11,14,18 72:25 73:15 73:20 74:15 74:21 75:5,9 75:12,15,18 75:20,23,25 76:3,7,23 77:11,17,23 78:2 79:4 80:10,13,24 81:23 82:6 83:1 84:8,9 84:13 85:3,15 85:18,21,25 86:3,10 87:11 87:18,21,23 87:25 88:5,10 88:11,15,18 88:20,23 89:1 89:5,9,12,16 89:19,22 90:1 90:10,18,25 91:25 92:19 93:9 94:5,12 94:15 95:2,9 95:13,15 96:2 96:16 97:1,5 97:9,15 98:20 98:24 99:2,17 99:22 100:20 100:24 101:3 101:10,13,16 101:19,22,24 102:8,12,17 102:25 103:2 103:5,9,13,17 104:1,3,6,8 104:20,23 105:3,7,12,20 105:24,24 106:2,4,8,13 106:16,19 107:5,8,11,14 108:2,5,8,11 108:14,23 109:6,12,15 109:18,21,24 110:6,10,14 110:17,20 111:1,4,7,9 111:14,17,19 112:11,14,23 113:1,4,12,16 113:21,24 114:2,6,9,13 114:16 115:11,15 117:12 118:4 118:6,16 119:1,6,11,15 120:1,9,19 121:8,14 122:6,21,24 123:2,4,21 124:11,18,24 125:2,13,20 125:22 127:7 127:25 128:2 128:6,13 130:6,11,16 130:19,24 131:1,14,20 132:4,9,12,19 132:22,25 133:4,7,13,16 133:19,23 134:1,19 135:5,8,13,15 135:19,22,25 136:3,7,11,14 136:17,20,23 137:2,5,23 138:1,6,20,22 139:19,22,25 140:4 141:7 141:11,13,16 141:20,23 142:6,10,13 142:15,17,21 143:5,7,10,22 143:24 144:11,15,20

144:23,25
145:3,8,17,20
146:4,7,9
147:1,4,6,21
147:24
148:13,24
149:5,8,12,20
149:23 151:2
151:9,19,23
152:4,13,24
153:2,12,16
154:8,25
155:20 156:4
156:8,11,24
157:2,6,9,24
158:10 159:2
159:21,24
160:2 161:6
161:19,25
162:18,21,24
163:6,8,10,24
164:12,20,24
165:11 166:4
166:15
167:12,19
168:7 169:6
169:20,23
170:6,16
171:2,6,12
172:1,6,20,24
173:11,13,15
173:21,24
174:1,6,12,15
174:21
175:13,15,17
176:22
177:20
178:19,23,24
179:2,9,15,20
180:7,9,12,13
180:18 183:1
183:21 184:2
184:4
**sister** 30:9
**sit** 164:14
**sitting** 124:10
167:7,10
**six** 18:8 135:10
135:11
149:11
151:21,22,25
178:18
**sixteen** 123:15
**sixty** 33:17
44:7
**sixty-five**
157:18
**size** 42:25
**slash** 97:7,16
138:10 156:2
**small** 16:17
**smaller** 17:14
**snacks** 140:9
**sole** 28:2 36:14
**soliciting**
137:11
**Soluciones**
26:7,18,19
27:2,4 30:15
30:24 57:5
**Solut** 26:17
**solution** 56:14
**solutions** 44:24
45:13,18 47:7
47:15 48:16
49:1 50:16
56:22 58:16
61:1,1,4
75:17
**somebody** 8:12
80:18 84:22
84:23 100:12
100:15 125:4
151:14
**someone's** 79:5
**sons** 22:17
24:10
**Sor** 82:9
**sorry** 13:1
18:22 20:23
29:9 36:10
41:4 47:10
52:1 54:2,4
55:5 61:2
64:13,14,15
67:3,4 71:25
74:12 76:12
81:25 82:8,9
92:3,5 98:8
100:14,20
106:25 107:9
110:20
111:24 112:2
112:3 118:5,7
121:3 125:10
141:16 142:1
143:17
144:15
146:16,17,20
147:8 171:9
175:24 176:1
178:10 180:3
**sound** 131:4
**sounds** 14:9
16:17 18:11
21:3 27:8
33:6 71:23
72:1 163:20
**South** 49:23
**Southern** 1:3
6:14 72:19
**space** 20:21
35:1
**Spanish** 107:7
107:10 168:8
168:9,15,18
168:19 179:5
**speak** 12:16
13:4 16:4,13
64:24 107:6
107:10
123:20
143:25 144:5
144:13
155:12
161:10 167:5
167:11,17,23
175:7
**special** 94:13
**Specialization**
48:16
**Specialized**
45:13,18 47:7
47:15 48:16
49:1 50:16
61:1,4 75:17
**Specialty** 66:3
67:6
**specific** 11:5
17:4 78:20
79:8 84:17
86:20 87:13
90:11 91:19
93:22 94:3
112:6,22
116:7 118:2
119:13
120:14,24
122:4 125:4
165:4
**specifically**
16:11 126:16
**speculation**
108:15
**speed** 130:8,8
130:14,14
**speeding**
125:21 130:9
130:18,23
169:18,21
170:7,14,18
174:18,25
175:3,4
**speeds** 130:4
**spend** 38:1
160:16
**spent** 33:14
162:6
**split** 25:14,15
**spoke** 117:5
144:19,21,24
**spoken** 116:14
**Sr** 22:5,7,10
23:25
**St** 2:4 99:12
**stamp** 98:12,14
153:10,16
**stand** 18:17
90:2,6
**standards**
157:8
**standing** 42:4
**Star** 72:19
**start** 33:25
69:12 170:3
**started** 12:5,8
12:9,10 20:13
33:25 38:21
65:13,15
172:9,12
**starting** 181:14
**starts** 15:6
**state** 10:7
86:13 185:1
**stated** 56:20
113:9,15
114:23
115:14
**statement**
52:25 53:3
57:1,8 67:24
70:13 115:9
173:9,9,12,14
**statements**
145:2
**states** 1:1
13:12 26:12
26:15 27:23
30:21,22
43:17 44:2

52:16 90:4,5 91:17,23 104:22 123:1 123:9 163:5 165:5,13,16 165:20,21 166:14,19 167:18 174:16 176:5 176:13,19
**stating** 115:5
**Stellar** 58:5 60:5
**steps** 134:16,24 178:8
**stock** 128:22
**stop** 9:10 14:18 82:4,7,9 94:13 95:4,11 180:4
**stoppage** 176:14
**stops** 82:3 94:16,22 95:9
**street** 63:1
**Strength** 56:2
**struck** 8:11
**stuff** 16:3 25:9
**subject** 10:24 27:9 67:19 70:9
**submit** 119:3
**submitted** 150:16
**subsidiaries** 30:7
**successful** 166:10
**sued** 8:9
**Suite** 2:14 3:5
**supervising** 171:22
**supervision** 42:1
**Support** 1:23 1:25 6:17
**supporting** 112:17,18
**sure** 37:6 46:22 61:3 62:8 77:5 78:14 83:23 90:16 100:21 102:23 107:18 116:7 140:11 150:9 152:3 159:13 161:12 178:11
**surety** 180:4
**suspended** 39:3
**swear** 6:19
**switch** 128:7 182:5
**sworn** 6:22 185:10
**sync** 131:25
**system** 118:20 126:5 127:1 129:25 134:14,21 149:17
**systems** 126:21 127:8

**T**

**T** 1:16,16 4:1,1 4:1,3,9 5:1 136:18
**T21** 55:24,24
**take** 18:8 37:4 55:11 65:5 99:4 101:12 134:15,24 146:21 159:8 164:21 178:4 179:10
**taken** 6:7 7:15 37:9 44:22 55:17 57:12 99:10 132:20 141:1 178:8
**talk** 11:20 77:24,25 141:7 154:12 154:13
**talked** 45:16 45:18 57:20 60:3 72:1 74:13 104:5 108:21 113:13 122:1 131:24 144:9 163:11 174:9 180:15
**talking** 11:14 13:23 15:14 15:18 23:3 33:16 56:13 72:10 99:17 126:20 156:16 179:4
**talks** 44:22 112:16 113:2 133:1 136:1 175:20
**tasks** 15:10,13 15:14
**Tdx** 57:23 58:1 58:23 59:1,22
**team** 120:15 121:6
**technically** 161:20
**telematic** 134:11 151:17,21 181:17,23
**telematics** 124:22 125:1 125:8 131:7 134:7,10,16 151:8,11,25 152:9,15 170:5,12 178:13,14
**Telephone** 2:8 2:16 3:7
**tell** 6:23 21:24 31:18 84:19 93:16 98:2 123:7 124:19 124:19 167:12,13 182:13,15 185:10
**telling** 49:7
**tells** 84:10
**ten** 159:6
**term** 14:23
**terminal** 28:7 28:8 29:2 100:14
**terminals** 20:5
**terminated** 147:3,5
**termination** 175:2
**terms** 13:19 41:5,22 43:17 63:9 83:16 84:1 87:12 96:14 102:18 114:23 115:14,17 118:9 124:8 129:6 160:19 181:13
**test** 143:11 158:2 163:23 164:1,4,7,13 164:25 165:2
**tested** 143:8
**testified** 6:25 183:20,22
**testimony** 68:1 185:7
**testimony's** 10:13
**Tex** 13:9
**Texas** 1:21 6:2 13:3 19:10,14 20:7,10,19 21:8,11 27:22 34:22 49:24 63:7 100:19 107:23 131:17,19 132:11 133:15 181:3 181:7
**Tgroustra@...** 2:13
**Thank** 7:1,12 21:1 42:8 47:9 54:6 64:16 99:6 169:3 176:3 183:3,25 184:1,4
**thing** 38:22 70:5 71:3,12 135:2 166:19 183:9
**things** 10:1,2 15:16 74:5,25 76:22 81:2 125:16,23 128:5 163:16
**think** 32:20 55:23 78:6 93:25 96:19 130:1 134:14 140:8 162:5 163:18 170:11 171:3 172:3,8
**third** 105:5 175:2

**thirty** 44:25 106:1 118:9
**thirty-one** 149:2
**thousand** 105:23 106:1
**three** 7:25 18:2 34:11 37:3,3 60:3,6,9,13 126:24 127:8 127:18,18 128:5 129:9 134:3,3 141:4 149:11 159:5 178:14 184:6
**threshold** 41:13 42:17 42:18,22 43:2
**Thursday** 1:19 6:1
**tick** 79:13
**tickets** 79:12 79:14 80:3,4 80:5,6,7 162:22
**Tim** 7:6,10 55:11 183:3
**time** 1:20 6:8 9:4 14:22,25 15:20 28:17 33:13,20 35:23 37:8,12 38:2 39:15 40:12,19,22 41:11,24 43:6 43:10 52:13 55:16,20 66:11,16 67:1 67:5 80:23 99:8,15 101:6 111:5,16 113:8,15 116:4,4,7,8 116:25 117:5 121:17 126:2 126:10 127:4 128:23 130:4 130:8 131:17 131:19 133:14 134:17,22,23 140:6,19,23 140:25 141:5 144:7,13,17 151:20 159:3 159:4 160:9 160:17,20 161:18 162:6 169:11,16 170:2,13 171:7,10 172:8,23 180:21 181:4 182:23 183:2 184:7
**times** 7:24,25 8:1 114:1
**Timothy** 2:12
**title** 14:16 22:21 28:20 28:21 156:1
**titled** 52:11 56:1
**today** 6:16 14:20 45:23 75:13 141:8 152:10 167:7 167:10 181:15 183:1
**today's** 6:7 8:19,23 10:17 11:10,21 37:16
**top** 43:9 48:6 50:11 85:22 93:25 137:6 163:2,6,8 173:13,15
**topic** 11:5,6 78:4,5 154:15
**topics** 10:22 37:16 182:25
**total** 170:20
**touched** 182:11
**Tra** 53:18
**tracked** 169:24
**tracks** 170:8
**tractor** 50:12 56:10 182:5,8
**tractors** 51:8 63:10
**trade** 19:5 51:24 63:4
**Tradex** 27:18 27:19 28:1 31:5,15,18 32:11,16,23 33:1,3,12,14 34:1,2,5,10 34:14,19,23 35:5,9,17,17 35:22 36:3,8 36:15,17 38:10,14,17 38:19 41:16 41:21 42:12 43:19,24 44:9 45:13,17 48:17,25 51:24,25,25 52:2,17 53:10 53:20 54:9,13 54:16 57:24 58:23 61:13 61:16,20,24 62:17,20,24 62:25 65:3,8 70:16,17,20 70:22 71:4,13 160:17
**Tradex's** 41:18 43:5
**trailer** 19:21 29:14 53:13 73:11,25 74:10,24 97:13 100:13 100:16,16 101:2,5,6,7 101:25 102:2 102:3,11,13 102:19 103:7 103:19 108:22 136:24,25 138:14,15 178:10,11 182:5
**trailers** 51:8 53:11 54:17 54:21,24 55:2 62:25 63:10
**training** 17:4 42:1 165:4,12 165:23 171:4
**transcript** 5:12 185:5
**transferring** 102:9
**transfers** 118:12
**transition** 77:24 154:12
**translate** 48:8 107:16
**translated** 168:20
**translates** 44:20 49:4
**transport** 45:12,21 46:2 48:17,18 50:17 52:20 57:24 58:1 59:23 62:1 75:22
**transportation** 17:6 18:11 26:6,9 27:20 38:4,6 39:11 44:24 52:19
**Transporte** 62:9
**transported** 78:15 90:12 105:18 114:8
**Transportes** 57:4
**transporting** 91:23
**Transports** 46:10
**traveling** 181:6
**trick** 9:4
**tried** 166:9
**trip** 79:10,23 80:12,15 81:1 81:20 94:9 149:3 170:19 175:4
**trouble** 142:11
**truck** 21:13 46:23,24 58:11 60:4 70:10 101:6 125:15 126:1 127:6 129:15 129:15,17 133:14 134:12 138:10 164:4 178:9,10 182:19
**trucking** 17:11 17:11,19,20 18:4 30:18,19 31:20 38:22 68:23 96:3 129:7

**trucks** 35:17 35:18,22 36:2 36:25 37:1 38:10,13 51:23 52:2 68:19 69:3,9 128:20,25 129:7,8,9,9 129:11
**true** 36:19 38:8 45:8,14 47:16 47:19,23 48:6 48:13,18 49:4 49:8 50:17 52:14,25 53:2 53:11,16,22 54:10,14,18 56:7 60:23 69:4 73:14 74:20,25 95:4 109:1,2 115:10 120:4 120:8,12 129:12 131:8 141:25 142:3 142:14,16,20 142:23 143:4 146:3 147:20 152:16 154:7 159:20 164:23 170:15 171:23 177:10,11,13 177:14 178:1 178:18 179:1 181:15,19,25 182:15,19 183:24 185:6
**truth** 6:23,23 6:24 84:19 185:11
**try** 55:12 151:3 157:24 166:8
**trying** 37:21 96:12
**turn** 80:15,17
**turning** 152:22
**tutorials** 165:7
**twenty** 129:8 140:6 157:18
**twenty-five** 157:17
**twenty-four** 105:22 157:18
**twenty-four/...** 145:12
**two** 7:25 8:7 9:15,20 14:19 24:3 35:18 41:21 52:6 73:24 96:8 99:14 109:16 111:12 112:9 120:15,20 122:8 123:24 126:21 128:11 140:24 147:9 150:18 152:1 156:20 157:16 159:16,16,19 159:22 160:22,23
**type** 10:1 16:8 29:16 36:8,12 36:18 60:22 60:25 61:3,19 61:22 68:7 73:13 76:8 104:19 105:1 112:17 135:23 145:6 145:15 150:6 153:8 159:22 168:22 169:15 174:7 175:11 180:5 182:10
**types** 15:14 20:6 79:9
**typical** 96:9 139:24
**typically** 16:4 80:20 85:11 96:3
**typing** 9:24

**U**

**U.S** 6:13 25:6 30:18 58:11 60:4 91:3,15 92:14
**uh-huh** 10:2 59:21
**ultimate** 71:16
**ultimately** 65:25 66:1 71:18
**umbrella** 67:18 68:3,7 71:17 71:21
**unaware** 118:19
**uncomfortable** 55:6
**understand** 9:2 10:13 15:18 33:13 76:12 100:22 117:24 145:22 167:22
**understanding** 10:9 98:8,12 145:1
**understood** 8:22 9:1,15 9:20
**United** 1:1 13:11 26:12 26:15 27:23 30:20,21 43:17 44:1,24 59:6 90:4,5 91:17,23 104:21 122:25 123:8 163:5 165:5 165:13,16,20 165:21 166:14,19 167:18
**unloading** 112:19 114:15,19
**unsatisfactory** 39:25
**unsealed** 114:11
**unstable** 118:6
**updated** 172:25
**USA** 44:25 52:13
**USDOT** 49:14
**use** 93:21 129:25 163:15
**usually** 129:14 152:1 164:17 170:1
**utilize** 32:11 128:3
**utilized** 35:2 38:11,13,16 38:19
**utilizes** 157:8

**V**

**V** 1:16
**valid** 114:24 157:14 168:2
**value** 118:11 173:23
**values** 173:16
**van/containers** 114:3
**various** 48:12 78:18,25 168:6 170:14 177:22
**vehi** 131:5
**vehicle** 5:6 8:6 148:22 149:6 149:22 150:1 150:7,7 153:25 158:5 166:16 167:18 178:9 180:15
**vehicles** 17:5 71:1
**Velasco** 22:3
**verbal** 9:25 116:22,23 170:2 175:1
**verify** 123:3,5 151:3 157:16 179:11 182:10
**versa** 91:18,24
**versus** 6:10 44:2 65:18 120:21 121:5 165:5,13,21
**vice** 91:17,17 91:24
**video** 1:24 6:5 6:6 7:1,12 37:7,11 55:15 55:19 99:7,13 140:18,22 141:3 145:22 184:5,6
**videographer** 6:16
**videos** 165:6

**Videotaped** 184:11
**VIN** 71:2
**violat** 151:4
**violate** 174:23 177:9,13
**violates** 174:16
**violations** 15:15 150:22 151:5 162:22 170:15
**Virginia** 28:12 29:13 109:23 109:25 112:4 112:5 119:16 122:16,19 155:16,17 156:13
**virtually** 6:7
**vision** 173:9,14
**visual** 47:3
**visualizer** 57:22
**vs-** 1:8

**W**

**W** 4:3
**walk** 104:12
**want** 8:19 9:5 11:8 37:21 42:4 55:10,11 83:23 100:21 117:4 127:5 128:8 146:14 154:12 174:4 183:9
**wanted** 37:14 108:17
**warehouse** 81:8,12 155:4 155:5,15
**warning** 131:3 170:1,2,18 175:1
**watch** 164:14
**way** 30:13,25 32:6 33:8,23 39:12 57:1 61:24 85:17 93:7 96:19 106:7 111:12 112:2 116:5 116:11,19 117:9,23 121:5,12 123:3,5 124:9 129:22 132:5 132:10 142:23 143:4 163:9 167:8 167:10,24 170:7 180:3 180:23
**we'll** 44:18 48:2 50:5 51:14 55:22 69:12 72:8 77:25 88:9 98:13 103:22 109:3 135:20 148:21
**we're** 14:20 23:3 55:23 75:3 126:20 137:11 138:15 141:8 172:3,21 181:10,15,17
**we've** 72:10 121:9
**weather** 142:14
**website** 29:16 29:22,24,24 30:2 44:23 45:7 51:17
**websites** 30:1
**weeks** 162:13
**weighs** 136:10
**weight** 105:23 106:1,3 110:9 110:11,13
**weights** 96:25
**weird** 15:6
**went** 11:11 66:12,14 72:6 72:15 76:20 152:3
**weren't** 21:3 182:25
**WhatsApp** 85:14
**whichever** 179:6
**whoever's** 131:6
**wife** 24:22
**wiki** 57:12,14
**willingly** 54:23
**wiper** 79:17
**Wire** 118:12
**witness** 6:20 7:20,23,25 8:4,7,11,15 8:22 9:1,7,12 9:16,22 10:4 31:10,20 42:9 47:25 53:24 62:5 68:14,21 69:6,13,21 77:17 78:11 83:20 115:20 126:20 127:17 129:3 129:14 140:14,15 142:5,25 148:17,19 165:15 177:3 183:3 184:1,4
**WOOD** 3:2
**Woodhaven** 149:10
**word** 106:23
**work** 12:23 17:8,9,16,18 17:19 18:1,3 18:7 19:2 30:25 32:16 32:17,23 33:12 34:19 36:18 91:23 132:5
**worked** 29:6 123:8 139:25
**working** 14:18 14:21 15:17 15:20 29:14 33:23 34:10 53:21 162:12 162:17
**workings** 61:23
**works** 14:17 31:23,25 35:12 86:11 136:21 138:10 140:10
**World** 63:4
**wouldn't** 51:4 73:2 116:12 117:4 181:18
**write** 118:1 167:22,22
**writing** 113:18
**written** 21:20 61:23 93:25 95:11 116:22 117:14,15 145:2 171:25 175:2
**wrong** 122:3 126:12 158:16 170:8

**X**

**X** 4:9 5:1 51:23 86:18
**Xpress** 18:4 59:4

**Y**

**yard** 62:25 100:17
**yards** 21:13
**yeah** 9:18 55:13 60:24 67:5 74:13 91:6 99:5 115:12 118:6 123:18 140:7 140:16 146:14 163:22 166:25 168:25 169:2
**year** 14:19 39:11 128:11 128:11
**years** 12:7,8,9 12:10 14:19 17:17 18:2,8 34:3,11,11 44:25 68:24 128:9,11 129:8 157:16 159:6,16,16 159:19,22 163:3
**Yep** 98:3 176:1 176:1
**young** 128:24

**Z**

**Zapata** 49:23
**Zipp** 18:4
**zoom** 9:9 47:10 50:14 52:1 57:16 98:3

112:15 169:1

**0**

**1**

**1** 4:11 44:18 99:15
**1-1-2024** 169:8
**1-20** 184:9
**1:00** 99:11
**10** 4:6,21 88:12 111:5,8 185:25
**10:04** 1:20 6:3 6:8
**10:51** 37:8,9
**11** 4:22 37:10 37:12 103:23 111:2
**11:30** 55:16,17
**11:40** 55:18,20
**12** 4:23 109:3 111:3,3
**12:46** 99:9,10
**120** 2:14
**13** 5:3 124:15
**13911** 13:3 19:13
**14** 5:4 135:20
**15** 5:5 137:24
**16** 5:6 109:17 148:21
**16th** 121:11
**17** 5:8 54:4 168:21
**18** 5:9 172:3
**183** 4:7
**184** 4:12,13,14 4:15,16,17,18 4:19,20,21,22 4:23 5:3,4,5 5:7,8,9,10,11
**185** 185:6
**18th** 121:11
123:25
**19** 5:10 177:15

**2**

**2** 4:13 46:8
**2.5** 118:10
**2:04** 140:19
**2:05** 140:23,25 141:1
**2:10** 149:9
**2:24-cv-1004...** 1:7 6:12
**2:25** 141:2,5
**20** 5:11 35:24 178:20
**200** 2:14
**2016** 129:15
**2022** 54:5
**2023** 14:21 35:24 36:6 56:6 109:17 124:1 125:6,6 134:12,18 135:4 136:2 137:17 162:11
**2025** 64:2
**2026** 1:19 6:1,8 29:25 185:8 185:25
**221** 20:9
**23rd** 136:2 137:17
**248.353.7575** 2:8
**248.783.6780** 3:7
**26** 134:12,17 135:4
**26th** 133:18 180:21 181:5
**27th** 132:13
**28th** 132:11
**29** 1:19 6:1,8
14:21 185:8
**29:53** 130:22

**3**

**3** 4:14 48:3 51:17,19
**3:41** 184:7,12
**3:49** 149:1
**30101** 2:6
**313.308.2034** 2:16
**31st** 56:6
**3303** 21:7

**4**

**4** 4:15 50:6
**41430** 3:5
**4318** 49:23
**48236** 2:15
**48334** 2:7
**48375** 3:6

**5**

**5** 4:16 51:15
**5(d)(i)(i)** 185:12
**5/12/29** 185:24
**5:59** 131:19
**503** 21:10
**520** 109:11
**52056** 94:1,3,7
**55.265** 185:11

**6**

**6** 4:17 55:23 131:17
**607** 20:19,25 34:22 35:2

**7**

**7** 4:18 57:11 131:16
**78045** 13:3 34:22

**8**

**8** 4:19 63:25 148:25
**8-16** 123:23
**8-16-2023** 123:12
**8-18-2023** 103:25 106:15 110:4 123:13
**8-18-23** 95:14 95:17
**8-29-2023** 124:2 149:1,9

**9**

**9** 4:20 72:8