Exhibit 5

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCDONALD,
Plaintiff,
Case No. 2:24-cv-10049-MFL-CI
-vs-
FJ CARRIER LOGISTICS LLC, a foreign corporation, DIESEL GLOBAL LOGISTICS, INC., a foreign corporation, and MARCO POLO PASTRANA-JIMENEZ,
Defendants.
_______________________________________/

V I D E O T A P E D   D E P O S I T I O N

DEPONENT: HAZEL BECCERRA
DATE: Thursday, January 29, 2026
TIME: 3:54 p.m.
LOCATION: Laredo, Texas
REPORTER: Maureen M. McLaughlin, CSR-4400
Core Litigation Support, LLC, Firm-8546
VIDEO: Jake Primak
Core Litigation Support, LLC, Firm-8546

Page 2

APPEARANCES:
MICHIGAN AUTO LAW
By: Alexander P. Kemp (P-80963)
Leo St. Amour (P-88642)
E-mail: Akemp@michiganautolaw.com
30101 Northwestern Highway
Farmington Hills, Michigan 48334
Telephone: 248.353.7575
Appearing on behalf of the Plaintiff

DICKIE MCCAMEY & CHILCOTE, P.C.
By: Timothy S. Groustra (P-48966)
E-mail: Tgroustra@dmclaw.com
120 Kercheval Avenue, Suite 200
Grosse Pointe Farms, Michigan 48236
Telephone: 313.308.2034
Appearing on behalf of Defendants Pastrana-Jimenez and FJ Carrier Logistics

Page 3

APPEARANCES: (Continued)
QUINTAIROS PRIETO WOOD & BOYER, P.C.
By: KEVIN J. PLAGENS (P-55992)
E-mail: Kevin.plagens@qpwblaw.com
41430 Grand River Avenue, Suite D
Novi, Michigan 48375
Telephone: 248.783.6780
Appearing on behalf of Defendant Diesel Global Logistics

Page 4

TABLE OF CONTENTS

WITNESS
HAZEL BECCERRA PAGE

Examination by Mr. Kemp. . . . . . . . . . .8

EXHIBITS
NUMBER DESCRIPTION PAGE
None offered

Thursday, January 29, 2026
Laredo, Texas
3:54 p.m.
* * *

THE VIDEO OPERATOR: We are now on the record. This is -- this begins media one in the video deposition of Hazel Beccerra, taken virtually. Today's date is January 29, 2026. The time is now 3:54 p.m.

This is the matter of James McDonald versus FJ Carrier Logistics LLC, Diesel Global Logistics, Incorporated and Marco Polo Pastrana-Jimenez, case number 2:24-cv-10049-MFL-CI in the Circuit -- or excuse me -- in the U.S. District Court, Eastern District of Michigan, Southern Division.

My name is Jake Primak, legal videographer. Our court reporter today's Maureen McLaughlin, both representing Core Litigation Support, LLC.

Will the court reporter please swear in the witness.

(Alan Carratala previously sworn to interpret English into Spanish and Spanish into English)

HAZEL BECCERRA,



after having been duly sworn through the interpreter to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

THE VIDEO OPERATOR: Thank you.

Counselors, would you please briefly introduce yourselves for the record.

MR. KEMP: Alex Kemp on behalf of the plaintiff.

MR. GROUSTRA: Tim Groustra on behalf of defendant FJ and defendant Pastrana.

MR. KEMP: And I know Mr. Plagens -- there he is.

MR. PLAGENS: Yeah, I'm here. Kevin Plagens appearing on behalf of Diesel Global Logistics.

THE VIDEO OPERATOR: Thank you. We may proceed.

MR. KEMP: Let the record reflect that this is the deposition of Hazel Beccerra, taken pursuant to notice and agreement of counsel, to be used for any and all purposes under the Federal Rules of Evidence and Federal Rules of Civil Procedure.

Good afternoon, ma'am.



A. Good afternoon.

MR. KEMP: Have you ever given a deposition?

THE WITNESS: No.

A. No.

MR. KEMP: I'm here to ask you some questions, and today your job is just to answer them to the best of your ability, okay?

THE WITNESS: Okay.

A. Okay.

MR. KEMP: Obviously we have a translator here, so I just ask that you wait till I'm done asking my question, and then he can translate, and then you can answer, and then he will translate it back to me, okay?

A. Okay.

MR. KEMP: If you ever don't understand my question, please let me know, and I will rephrase my question, okay?

A. I understand.

MR. KEMP: If you answer my question, I'm going to assume you heard it and you understood it properly as translated, okay? Is that fair?

A. Yes.



EXAMINATION

BY MR. KEMP:

**Q. Are you currently employed at FJ Carrier Logistics?**
A. Yes.
**Q. Are you employed anywhere else?**
**THE WITNESS: No.**
A. No.
**Q. How long have you been employed at FJ?**
A. Approximately three years.
**Q. We're here for a collision that occurred on August 29th, 2023. Were you employed back then with FJ?**
A. Yes.
**Q. When you started at FJ, what was your job title and job responsibilities?**
A. I was in charge of hiring.
**Q. Prior to working at FJ, where did you work and what did you do?**
A. I worked as safety manager at Forza.
**Q. Is -- is that a trucking company?**
A. Yes.
**Q. What were your job responsibilities as the safety manager there?**
A. I can't answer regarding previous jobs.
**Q. Do you not recall what you did, or why can you not answer?**

Page 9

A. Due to the previous company's privacy policies.
**Q. How many -- how long did you work there?**
A. Approximately for a year.
**Q. I apologize. What was the company called?**
THE WITNESS: Forza.
A. Forza.
**Q. Were any of the owners of FJ Carrier owners at Forza?**
MR. GROUSTRA: Object to foundation.
BY MR. KEMP:
**Q. You can still answer.**
A. I don't remember.
**Q. Where did you work before Forza?**
THE WITNESS: Mexico.
A. Mexico.
**Q. What -- what company?**
A. Can you repeat the question for me.
**Q. Sure. You said before working at FJ you worked at Forza. I want to know where you worked before Forza.**
A. I worked in Zacatecas.
**Q. At what company?**
A. I don't remember its name.
**Q. What type of work was it?**
A. Safety.
**Q. At a trucking company?**

Page 10

A. Yes.
**Q. And where did you work before then?**
A. No, I had not worked before.
**Q. Okay. Do you hold any degrees or certificates of any kind?**
A. I don't understand the question.
**Q. Have you ever gone to college?**
A. Yes.
**Q. And did you graduate and get a degree?**
A. Yes.
**Q. What was your degree in?**
A. I'm a company management engineer with a specialty in logistics.
**Q. Besides your degree, do you hold any other certificates or certain type of achievements in the logistics or trucking industry?**
**THE WITNESS: No.**
A. No.
**Q. Have you ever held a commercial driver's license?**
**THE WITNESS: No.**
A. No.
**Q. When you began work -- let me ask you this. How did you begin working at FJ? Meaning, were you recruited to work there, or how did you hear about them?**
A. Through a friend.

Page 11

**Q. When you were in charge of hiring, was there anyone else responsible for hiring along with you or was it -- was it only you?**
A. Just me.
**Q. Walk me through your day-to-day job responsibilities when you first started working at FJ.**
A. I don't understand the question.
**Q. I'm trying to get an understanding of what you did on a day-to-day basis when you first started working at FJ. Could you please explain what that was.**
THE INTERPRETER: Interpreter requires a repetition.
A. I was in charge of hiring, of recruiting the B-1 operators.
**Q. What is a B-1 operator?**
A. They are operators that come from Mexico to work in the United States.
MR. KEMP: What did she do in regards to recruiting?
A. I was in charge of sending them to the insurance, to check the PSP and the clearinghouse.
**Q. What else would you do?**
A. I was -- I would just supervise the hiring.
**Q. What does that mean to supervise the hiring?**
A. I don't understand the question.

Page 12

**Q. Did you have people that reported to you?**
A. Yes.
**Q. How many people and who were they?**
A. I don't remember their names, but there were three of them.
**Q. Those three people that reported to you, what were their job responsibilities?**
THE INTERPRETER: Interpreter requires a repetition. Interpreter will proceed with an interpretation of the witness testimony.
A. They would check -- well, one would check the books. Another one would check the driving test, and the other one would check that the license and medical card were valid.
**Q. Would it be up to you to make the decision whether or not a driver was hired or not?**
**THE WITNESS: No.**
A. No.
**Q. Who would it be up to?**
A. I don't understand the question.
**Q. If a driver wanted to get hired, whose decision at FJ would it be to decide whether or not they would be hired or not?**
A. No. That was mine.
**Q. So you had authority to either decline someone from**

Page 13

**employment or grant them employment with FJ?**
A. Yes.
**Q. When you were responsible for hiring drivers at that time, was there a certain hiring process or procedure that you had to follow at FJ?**
A. Yes.
**Q. All right. And what was that process or their criteria that needed to be followed for FJ and their new hires?**
A. Firstly, the operator has to send their license and their medical card, which is international, so that they can be able to be within the United States. Then you send that off to insurance to check that the operator is suitable to drive in the United States. Then you follow the rest of the protocol.
**Q. When you say the rest of the protocol, what does that protocol consist of?**
A. That they fill out the entire application, that is, the operators, for them to take the driving test, for them to do all the internal tests that we have so that we can approve them as good operators.
**Q. Does FJ Carrier provide a road test to new drivers?**
A. Yes.
**Q. Who provides the road test?**
A. In -- like an operator that we have who specialized in

Page 14

that.
**Q. Would they complete documentation or paperwork for that road test?**
A. Yes.
**Q. Would that go in some type of driver qualification file?**
A. I don't understand the question.
**Q. Do you know what a driver qualification file is?**
**THE WITNESS: No.**
A. No.
**Q. You were the person responsible for hiring truck drivers at FJ Carrier Logistics, and you do not know what a driver qualification file is; true?**
A. Can you repeat the question, because I understand file, but regarding qualifications, can you explain that word so that I can understand it.
**Q. Have you ever heard of the term "driver qualification file"?**
A. Yes.
**Q. Do you know what a driver qualification file is?**
**THE WITNESS: No.**
A. No.
**Q. Did anyone at FJ Carrier Logistics teach you what a driver qualification file is?**
**THE WITNESS: No.**

Page 15

A. No.
**Q. Despite your job responsibilities being the person who hires new drivers, FJ Carrier Logistics did not teach you what a driver qualification file is?**
MR. GROUSTRA: Asked and answered.
BY MR. KEMP:
**Q. You can answer.**
A. I can answer?
**Q. Yes.**
A. A file for me, that's where I attach all of the operator's documents, so a file, I have it, I manage it, but I don't know if that's what you are referring to.
**Q. Do you know what documents go in a driver qualification file?**
A. Yes.
**Q. What documents go in a driver qualification file?**
A. I have the operator's application, I have their driving test, I have their PSP, I have their consent for clearinghouse, their answer. I don't remember the rest.
**Q. How long were you responsible for hiring at FJ?**
A. I still am responsible.
**Q. What is your current title?**
A. Safety director.

Page 16

**Q. Now you have more responsibilities than just hiring?**
A. Yes.
**Q. What are those additional responsibilities?**
A. I'm in charge of monitoring.
**Q. Anything else?**
A. Window.
**Q. What is window?**
A. Receiving the operators and paying them attention.
**Q. Are you referring to giving the drivers payment or route information, or what exactly are you referring to?**
**THE WITNESS: No.**
A. No.
**Q. When you say come to a window, what do you mean by that?**
A. They can ask about their service hours. They can ask about their work permits, the printouts, things like that.
**Q. The drivers would come to essentially your office. Is that what you're referring to?**
**THE WITNESS: No.**
A. No.
**Q. When they would ask about their service, what are you referring to?**
A. I don't understand the question.

Page 17

**Q. You said that the drivers would ask about their service. I want to know what that means.**
A. Oh, service hours.
**Q. Do you have any new additional job responsibilities besides what we've talked about?**
**THE WITNESS: No.**
A. No.
**Q. When did you obtain the position of safety director?**
A. I don't remember.
**Q. When you say you were responsible for monitoring drivers, what did that include?**
THE INTERPRETER: The interpreter requires a repetition.
A. We -- we check their cameras. We check the cameras and the trucks.
**Q. Would you monitor any logs?**
A. Those are the service hours.
**Q. Would you monitor any telematic data?**
A. I don't understand.
**Q. Do you know what telematics are?**
A. Might you be referring to GPS?
**Q. Yes. Are you familiar with that?**
A. Yes.
**Q. And is that one of the things you do to monitor drivers -- is monitor their GPS?**

Page 18

**THE WITNESS: No.**
A. No.
**Q. Is there anyone at FJ that does that?**
A. Yes.
**Q. Who?**
A. I don't know.
**Q. Then how do you know someone does it?**
A. Because I have to do the checks, so, like, I know it exists, but I don't know who does it.
**Q. Does FJ get alerts if there's some type of violation of a driver, such as speeding or maybe a hard braking event?**
A. Yes.
**Q. Do you monitor that at all?**
A. Yes.
**Q. Does anyone else monitor that besides you?**
A. Yes.
**Q. Who else?**
A. Three people.
**Q. Who are those people?**
A. My team from Mexico.
**Q. Who is that?**
A. O Dalis.
**Q. Okay. Who else?**
THE INTERPRETER: Interpreter requires a

Page 19

verification.
Interpreter will proceed with witness testimony.
A. Janet and Fernanda.
**Q. Did you do any of the monitoring at the time of our collision?**
A. No.
**Q. Who did the monitoring at the time of our collision?**
A. I don't know.
**Q. What are O Dalis, Janet's and Fernanda's last names?**
A. I don't remember.
**Q. Do you speak with them on a daily basis?**
A. Yes.
**Q. When you monitor drivers regarding their speeding or hard braking events, how many drivers at a time are you monitoring?**
A. Can you repeat the question for me.
**Q. You mentioned you monitor drivers regarding violations such as speeding and hard braking. How many drivers are you monitoring at a time?**
A. I don't remember.
**Q. More than ten?**
A. Yes.
**Q. More than fifty?**
**THE WITNESS: No.**

Page 20

A. No.
**Q. More than thirty?**
A. Yes.
**Q. The other three people, would they monitor approximately the same number of people?**
A. They -- they are the ones who do that. I only supervise.
**Q. To be clear, you aren't actively monitoring the drivers; you monitor the people who monitor the drivers. Is that correct?**
A. Correct.
**Q. When you were referring to approximately thirty to fifty drivers, is that for each of those three people?**
A. Yes.
**Q. If one of the people monitoring the drivers has some type of alert about that driver, what are they supposed to do?**
A. What kind of alert would it be?
**Q. For example, a speeding alert.**
A. We have to call them on the phone to be able to know what's going on.
**Q. Is it your testimony whenever there's a speeding alert, that someone from FJ Carrier calls the driver?**
A. Can you repeat the -- the question for me. I'm sorry.
**Q. If there is an alert for speeding, does someone at FJ**

Page 21

**Carrier always call the driver to see why they are speeding?**
A. Yes, of course. We have to check on it when they get it.
**Q. If a driver continues -- let me ask -- I apologize. I'll restart. If a driver has a speeding alert and someone at FJ Carrier calls them, do they warn them not to continue to speed?**
A. Of course.
**Q. If the driver continues to speed, does anyone at FJ Carrier do anything?**
A. Yes. We have to -- we give them a warning.
**Q. If they speed again, what do you do?**
THE INTERPRETER: Interpreter requires a repetition.
Interpreter will verify.
Interpreter will proceed with the interpretation of the witness testimony.
A. At the third warning they're fired.
**Q. Is that speeding based upon each time there's an alert of speeding?**
A. I don't understand the question.
**Q. Can a driver have multiple speeding alerts and therefore receive multiple warnings on one trip?**
A. It's very rare, because normally after the first time

Page 22

that we warn them, they don't do it again, but still we write in the warning.
**Q. Can a driver get multiple warnings for one trip?**
A. Yes.
**Q. If a driver had three warnings during one trip, would they be fired?**
A. Of course, because it's dangerous.
**Q. A warning is given to a driver after each time a speeding alert comes up; is that correct?**
A. No, I didn't understand the question.
**Q. The monitoring that is done, that's where a employee at FJ Carrier received an alert that the driver is speeding; true?**
A. Yes.
**Q. After that speeding alert, then they are called and given a warning; true?**
A. True.
**Q. If a driver receives three speeding alerts, that driver should be fired?**
MR. GROUSTRA: Asked and answered.
BY MR. KEMP:
**Q. You can answer.**
A. Yes.
**Q. That is the policy of FJ Carrier Logistics; true?**
A. Can you repeat the question for me.

Page 23

**Q. That is policy at FJ Carrier Logistics; true?**
A. Can you repeat the question for me.
**Q. The decision to fire a driver after three speeding warnings is the policy of FJ Carrier Logistics?**
A. Yes.
**Q. That policy to fire a driver after three speeding warnings was in place at the time of the collision on August 29th, 2023?**
A. I don't remember.
**Q. Do you have any reason to believe that that policy was not in place at the time of the collision?**
A. Can you repeat the question for me.
**Q. Do you have any reason to believe that that policy was not in place at the time of the collision?**
**THE WITNESS: No.**
A. No.
**Q. Do you have the ability to pull drivers off the road?**
A. I don't understand the question.
**Q. Do you have the ability to tell drivers to stop driving?**
A. I don't understand the question.
**Q. Can you instruct a driver to stop driving?**
A. Yes.
**Q. If a driver is not driving safely, you have the ability to stop that driver from continuing to drive;**

Page 24

**true?**
A. True.
**Q. If someone at FJ Carrier Logistics sees their driver driving unsafe, they should stop them from driving?**
A. Can you repeat the question for me.
MR. KEMP: Maureen, can you read that back, please.
(Whereupon the record, as requested, was read back by the court reporter)
A. Yes.
BY MR. KEMP:
**Q. Would you agree with me that FJ Carrier Logistics has a responsibility to hire safe truck drivers?**
MR. GROUSTRA: Just in case it didn't carry over, I'd like to continue my continuing objection from the last dep regarding questions on negligent hiring, training, and supervision. Thank you.
BY MR. KEMP:
**Q. You can answer.**
A. Can you repeat the question for me.
**Q. Do you believe FJ Carrier Logistics has a responsibility to hire safe truck drivers?**
A. At FJ we have the safety to be able to hire good operators.

Page 25

**Q. Do you believe hiring a good driver means hiring a safe driver?**
A. Can you repeat the question.
MR. KEMP: Maureen, can you read that back, please.
(Whereupon the record, as requested, was read back by the court reporter)
A. Yes.
BY MR. KEMP:
**Q. When FJ Carrier Logistics hires a driver, they should ensure that that driver is a safe driver?**
A. Yes.
**Q. Did you hire Marco Polo Pastrana-Jimenez?**
A. Yes.
**Q. Does he speak English?**
A. I don't know.
**Q. Do you speak English?**
**THE WITNESS: No.**
A. No.
**Q. You were not able to speak with him in English; true?**
A. True.
**Q. Can Mr. Pastrana read English?**
A. I don't know.
**Q. Did he have any type of interview?**
A. Yes.

Page 26

**Q. Did you do that interview?**
**THE WITNESS: No.**
A. No.
**Q. Who did?**
A. I don't remember.
**Q. Would that be documented anywhere?**
A. I don't remember.
**Q. Did he undergo any training when he was hired?**
A. Yes.
**Q. What training did he undergo?**
A. Service hours.
**Q. Anything else?**
A. I don't remember.
**Q. Did Mr. Pastrana undergo any training by FJ Carrier Logistics on how to safely operate a commercial motor vehicle?**
**THE WITNESS: No.**
A. No.
**Q. Was Mr. Pastrana's driving history reviewed prior to hiring him?**
A. Yes, of course.
**Q. Who did that?**
A. Me.
**Q. What was Mr. Pa -- Pastrana's driving history when you reviewed it?**

Page 27

A. In the United States PSP exists, and it was completely clean. He is a certified operator and is in good standing before the United States.
**Q. When Mr. Pastrana applied to work at FJ Carrier Logistics, had he ever driven in the United States before?**
**THE WITNESS: No.**
A. No.
**Q. The hiring and training process that Mr. Pastrana went through, is that the same process all drivers go through?**
A. Yes.
**Q. Had Mr. Pastrana been involved in any motor vehicle accidents prior to hiring him?**
A. I don't know.
**Q. Did Mr. Pastrana have any traffic citations, moving violations or tickets prior to being hired?**
A. Well, like I said in my previous question, there's the PSP. In the PSP you will see the accidents, infractions, violations, anything monitored within the United States, right? So his PSP was clean, so within the United States he's a good operator to be able to drive.
**Q. Do you know what the Federal Motor Carrier Safety Regulations are?**

Page 28

A. Yes.
**Q. And what are they?**
A. Can you repeat the question.
**Q. What are they?**
A. What?
**Q. The Federal Motor Carrier Safety Regulations.**
A. Can you repeat the question for me.
**Q. What is your understanding of what the Federal Motor Carrier Safety Regulations are?**
A. Well, they're the regulations that we have from the FMCSA, the Federal Motor, that we have to fulfill with all the internal laws of the United States.
**Q. Have you ever read the Federal Motor Carrier Safety Regulations?**
A. Yes.
**Q. Do you provide a copy of the Federal Motor Carrier Safety Regulations to your new drivers?**
**THE WITNESS: No.**
A. No.
**Q. Why not?**
A. Can you repeat the question for me.
**Q. Why don't you provide a copy of the Federal Motor Carrier Safety Regulations to your drivers?**
A. Because it's a very lengthy book.
**Q. Do you agree that FJ Carrier Logistics is required to**

**comply with the Federal Motor Carrier Safety Regulations?**
A. Yes.
**Q. Do you agree that the drivers for FJ Carrier Logistics must comply with the Federal Motor Carrier Safety Regulations?**
A. Could you repeat the question for me.
**Q. Do you agree that Federal Motor Carrier Safety Regulations apply to FJ Carrier Logistics' drivers?**
A. Yes.
**Q. Are drivers given any type of commercial driver's license manual?**
A. Can you repeat the question for me.
**Q. Are drivers given any type of commercial driver's license manual upon hiring?**
A. I don't understand the ans -- the question. I'm sorry.
**Q. Do you know what a commercial driver's license manual is?**
A. Yes.
**Q. Is one of those given to your drivers?**
A. Yes.
**Q. Is that a company policy? Excuse me. Is that a company manual?**
A. I don't understand the question.



**Q. Does FJ Carrier Logistics have a safety manual?**
A. Yes.
**Q. Is that separate than the commercial driver's license manual?**
A. I don't know what the difference is between the two.
**Q. Is there anyone at FJ Carrier Logistics that would have taught the policies or procedures in the FJ Carrier Logistics' Safety Manual to Mr. Pastrana?**
A. I can't answer that question because I don't have that information.
**Q. When you hire new drivers, would you give them any type of safety manual?**
A. I don't remember.
**Q. Do drivers have to sign off receiving any type of driving manual?**
A. Now they do.
**Q. When did that start?**
A. I don't remember.
**Q. More than six months?**
A. I don't remember.
**Q. More than one week?**
A. I don't remember.
**Q. More than one day?**
A. I don't remember.
**Q. More than one year?**



A. I don't remember.
**Q. Have you ever given a driver a safety manual?**
A. Now I do.
**Q. When is the most recent time you've given a driver a safety manual?**
A. I don't remember.
**Q. How many driving manuals have you given out to new drivers?**
A. I don't remember.
**Q. More than one?**
A. I don't remember.
**Q. More than five?**
A. I don't remember.
**Q. Do you agree that safety is the number one priority when operating a commercial motor vehicle?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer.**
A. Can you please repeat the question for me.
**Q. Do you agree safety is the number one priority when operating a commercial motor vehicle?**
A. Yes, of course. Like I mentioned in my other answer, I know that safety is very important. That's why we always try to have a one hundred percent of it an hour.



**Q. You agree it's important for truck drivers to be as safe as possible?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer.**
A. Can you please repeat the question for me.
**Q. Would you agree that it is important for truck drivers to be as safe as possible on the road?**
A. Can you repeat the question for me, please.
**Q. Would you agree that it's important for truck drivers to be as safe as possible on the road?**
A. Yes, of course.
**Q. Would you agree that it's important for trucking companies to be as safe as possible?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer.**
A. Can you repeat the question for me.
**Q. Would you agree that it's important for trucking companies to be as safe as possible?**
A. Yes, of course.
**Q. Would you agree that when a trucking company becomes aware of a safety threat, the company must take meaningful action to fix that threat?**
MR. GROUSTRA: Object to form.

BY MR. KEMP:
**Q. You can answer.**
A. Can you please repeat the question for me.
**Q. Would you agree that when a trucking company becomes aware of a -- a safety issue, the company must take meaningful action to fix that safety issue?**
MR. GROUSTRA: Form.
BY MR. KEMP:
**Q. You can answer.**
A. Can you repeat the question for me.
MR. KEMP: Maureen, can you read it back, please.
(Whereupon the record, as requested, was read back by the court reporter)
A. I'm still not understanding the point of the question. Can you repeat it for me, please.
BY MR. KEMP:
**Q. Is there a part of my question you don't understand?**
A. Can you repeat the question for me.
**Q. Would you agree that when a trucking company becomes aware of a safety issue, the company must take meaningful action to fix the safety issue?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer.**



A. Can you repeat the question for me, please.
MR. KEMP: Maureen, one more time, please.
(Whereupon the record, as requested, was read back by the court reporter)
A. Yes.
BY MR. KEMP:
**Q. Would you agree that when a trucking company becomes aware of a safety issue, the company must act timely to fix that safety issue?**
MR. GROUSTRA: Object to form. Calls for speculation.
BY MR. KEMP:
**Q. You can answer.**
A. Can you repeat the question for me.
MR. KEMP: Can you repeat that, please, Maureen.
(Whereupon the record, as requested, was read back by the court reporter)
A. Yes.
BY MR. KEMP:
**Q. What company does FJ Carrier Logistics use for their E-Logs and telematics?**
THE WITNESS: Monarch.
A. Monarch.



**Q. Has FJ Carrier used Monarch the entire time you've been there?**
A. Can you repeat the question for me.
**Q. Has FJ Carrier Logistics used Monarch the entire time you've been there?**
**THE WITNESS: No.**
A. No.
**Q. What other software have they utilized?**
THE WITNESS: Samsara.
THE INTERPRETER: Interpreter requires a repetition.
A. Samsara. Now it's Samsara.
**Q. Does FJ use Monarch now?**
**THE WITNESS: No.**
A. No.
**Q. When did FJ start using Samsara?**
A. I don't have the information to answer that question.
**Q. More than a week ago?**
A. I don't have the information to be able to answer that question.
**Q. More than a day ago?**
A. I don't have the information to be able to answer that question.
**Q. You couldn't tell me if it was more than a year ago?**
A. I don't have the information to be able to answer that



question.
**Q. The Monarch --**
MR. GROUSTRA: We've been going about an hour and a half. Is now a good time for a break?
MR. KEMP: Yeah. Doesn't matter to me. That works. Whatever's easiest.
MR. GROUSTRA: Take a five-minute...
MR. KEMP: Yeah.
THE VIDEO OPERATOR: We are now going off the record. The time is 5:10 p.m.
(Whereupon a recess was taken at 5:10 p.m. until 5:23 p.m.)
THE VIDEO OPERATOR: We are now back on the record. The time is 5:23 p.m.
BY MR. KEMP:
**Q. Ma'am, before we took a break, we were talking about the Monarch data. Do you remember that?**
A. Yes.
**Q. Does the Monarch data show who is -- who is the driver of the vehicle?**
A. Yes, it does.
**Q. If a driver on the Monarch data is driving too much, for instance, a service of hours violation, will there be an alert?**
A. I don't remember whether or not Monarch has that

alert.
**Q. The data that you would read or be able to see on Monarch, is that all in Spanish?**
A. Yes, I can set it in Spanish.
**Q. Is it typically set in Spanish?**
A. For me it is.
**Q. If a driver is involved in an accident, who are they supposed to call at FJ Carrier?**
THE INTERPRETER: Interpreter requires a repetition.
I'm sorry, Counsel. Can you repeat that, please.
**Q. If a driver's involved in a collision, is there anyone in particular they are supposed to call at FJ Carrier?**
A. Now they do.
**Q. Who's that?**
A. The person who's in charge of accidents.
**Q. Who is that?**
A. I don't remember their name.
**Q. Was there anyone in charge of accidents at the time of this collision?**
A. Yes.
**Q. Who was that?**
THE WITNESS: Marco.
A. Marco.



**Q. Did Mr. Pastrana ever talk to you following this collision?**
**THE WITNESS: No.**
A. No.
**Q. Do you ever deal with drivers being involved in collisions?**
**THE WITNESS: No.**
A. No.
**Q. Do you have any idea what happened in this collision with Mr. Pastrana?**
**THE WITNESS: No.**
A. No.
**Q. Did -- did you ever talk to Marco about this collision?**
**THE WITNESS: No.**
A. No.
**Q. Does Marco still work for FJ?**
**THE WITNESS: No.**
A. No.
**Q. Do you know who he works for?**
**THE WITNESS: No.**
A. No.
**Q. Do you play any role in monitoring BASICS and SMS scores?**
A. Can you repeat the question for me.



**Q. Do you play any role in monitoring the SMS data, including BASIC scores, for FJ Carrier?**
A. I -- I'm still not understanding a question. I'm sorry.
**Q. Do you know what SMS data is?**
A. Yes.
**Q. Do you ever monitor that for FJ Carrier?**
**THE WITNESS: No.**
A. No.
**Q. Who at FJ does?**
A. I don't know.
**Q. Does Mr. Pastrana still work for FJ?**
**THE WITNESS: No.**
A. No.
**Q. Why not?**
A. I don't know.
**Q. Was he terminated as a result of this collision?**
A. It's been a long time already. I don't remember that.
**Q. Do all the trips that drivers at FJ take -- are they trips where there's two drivers?**
A. Yes.
**Q. Why is that?**
A. To be able to meet deadlines and to get to appointments in the right -- at the right time and in the right way.



**Q. Omar Lima was the co-driver at the time of our collision. Does he still work there?**
A. Yes.
**Q. Did you speak with him at all following the collision?**
**THE WITNESS: No.**
A. No.
**Q. Besides Marco, would -- would there be anyone else that would review when a driver's involved in a collision?**
**THE WITNESS: No.**
A. No.
**Q. Is Marco the one that runs the safety department?**
A. At the time of the accident, yes.
**Q. Does he work there now?**
**THE WITNESS: No.**
A. No.
**Q. When did he leave FJ Carrier?**
A. I don't remember.
**Q. Was it more than a day ago?**
A. Yes.
**Q. Was it more than a week ago?**
A. Yes.
**Q. More than a month ago?**
A. Yes.
**Q. More than six months?**

Page 41

A. Yes.
**Q. More than a year?**
A. Yes.
**Q. More than two years?**
A. That I'm not sure about.
**Q. Do you play any role in giving a route to a driver?**
**THE WITNESS: No.**
A. No.
**Q. Who does?**
A. Dispatch.
**Q. How many dispatchers are there at FJ Carrier?**
A. Approximately, I don't have the exact information, but there are four or five, depending on their shifts.
**Q. What are their names?**
A. I just remember Fanny, Hozel, Alvero, and -- and just that for now. I don't remember the rest.
**Q. Who were the dispatch at the time of this collision?**
A. I don't have that information. I don't know.
**Q. Do you know who Virginia Segura is?**
A. Yes.
**Q. Does she work for FJ?**
**THE WITNESS: No.**
A. No.
**Q. When did she stop working for FJ?**
A. I don't know.

Page 42

**Q. Was it more than a month ago?**
A. That I don't know.
**Q. Would you ever communicate with anyone at dispatch as part of your job responsibilities?**
**THE WITNESS: No.**
A. No.
**Q. Do you play any role or have any job responsibilities of giving specific loads to drivers?**
A. What do you mean loads?
**Q. Like what trailer they're going to be delivering.**
**THE WITNESS: No.**
A. No.
**Q. Do you play any role in collecting any paperwork that a driver might have following a delivery?**
**THE WITNESS: No.**
A. No.
**Q. Do you know what a bill of lading is?**
A. Yes.
**Q. Do you collect any bill of ladings following a delivery?**
**THE WITNESS: No.**
A. No.
**Q. Who does?**
A. I don't know.
**Q. Do you know who Americo Guerrero is?**

Page 43

A. Yes.
**Q. What are their job responsibilities?**
A. Honestly, I don't know them.
**Q. Do you currently audit drivers' logs?**
**THE WITNESS: No.**
A. No.
**Q. Do you know who does that?**
**THE WITNESS: No.**
A. No.
**Q. Do you run any of the Facebook pages for FJ Carrier?**
**THE WITNESS: No.**
A. No.
**Q. Do you know who does?**
**THE WITNESS: No.**
A. No.
**Q. Who is Grupo Express del Norte?**
THE INTERPRETER: Interpreter requires a repetition.
Interpreter will proceed with interpretation of witness testimony.
A. Well, it's a group of several companies that gets together in order to have a Fincomun.
**Q. To have a what?**
MR. KEMP: I'm sorry. Did you translate?

Page 44

THE INTERPRETER: The interpreter will repeat.
To have a Fincomun.
MR. KEMP: I -- I didn't get that either, Alan. I'm sorry.
THE INTERPRETER: The interpreter will repeat.
Fincomun. It's a -- an organization in -- in Mexico.
MR. KEMP: Okay. Thank you.
MR. GROUSTRA: Yeah. I don't -- I -- I don't think it's going to have a -- a U.S. English translation.
MR. KEMP: Gotcha.
BY MR. KEMP:
**Q. What -- when you say several companies, what are those companies that get together for the organization of Grupo Express del Norte?**
A. I just know that FJ Carrier is there and FJ Soluciones. I don't remember the rest.
**Q. What is FJ Soluciones?**
A. It's a Mexican company.
**Q. Mexican trucking company?**
A. Yes.
**Q. Do you ever do any work for them?**

Page 45

**THE WITNESS: No.**
A. No.
**Q. Do you ever have any communication with anyone from there?**
**THE WITNESS: No.**
A. No.
**Q. Who do you report to?**
A. With Americo.
**Q. I thought you said you don't know who Americo is.**
A. No, I do. I know who Americo is.
MR. GROUSTRA: She didn't know what the job duty was.
BY MR. KEMP:
**Q. You don't know what job he does?**
A. His activities as such, I don't know them. I report to him, but I don't know his activities.
**Q. Do you report to anyone else?**
**THE WITNESS: No.**
A. No.
**Q. Do you know who Tradex Logistics is?**
**THE WITNESS: No.**
A. No.
**Q. Do you know who Northern Express Transport is?**
A. Yes.
**Q. And who are they?**

Page 46

A. I just remember FJ Carrier and FJ Soluciones.
**Q. But you don't know who Northern Express Transport is?**
A. Yes.
**Q. Are they part of Grupo Express del Norte?**
A. Who?
**Q. Northern Express Transport.**
A. I don't understand the question.
**Q. Do you know the company Northern Express Transport?**
A. It's just that it's not a company.
**Q. All right. Are you -- did you say you cannot read English? Is that correct?**
A. That's correct.
**Q. So Grupo Express del Norte, it's your understanding they -- they are not a company?**
A. It's not a company.
**Q. Okay. And how do you know that?**
A. Because the concepts are managed -- are handled differently in Mexico.
**Q. And what do you mean by that?**
A. What?
**Q. What you just said of how it's handled differently in Mexico.**
A. No. I'm talking about the concept. You're telling me that Grupo Express del Norte is a company, and it is not a company.

Page 47

**Q. What is the concept of Grupo Express del Norte?**
A. I think it would be -- like here it would be called clusters, when companies get together to be stronger, but they don't always depend on them.
**Q. They like work together as like a common goal?**
THE INTERPRETER: Interpreter requires a repetition. I'm sorry, Counsel. I coughed. Could you repeat that, please.
**Q. So they work together as a common goal?**
THE WITNESS: Uh-huh.
A. Uh-huh.
**Q. Is that a yes?**
A. Yes.
**Q. Do you know anyone that works at FJ Specialized Solutions?**
A. Can you repeat the company for me. I didn't understand it.
**Q. FJ Specialized Solutions, the other company that you said you were familiar with, do you know anyone that works there?**
A. Okay. I spoke about FJ Soluciones. I didn't speak about another one. I don't know anyone else.
**Q. Do you know anyone that works at FJ Soluciones?**
**THE WITNESS: No.**
A. No.

Page 48

**Q. What is the location of the address that you work at?**
A. 13911 Hooper (sic).
**Q. Do you work at any other offices besides that one?**
**THE WITNESS: No.**
A. No.
**Q. Does FJ Carrier have any other offices besides that one?**
**THE WITNESS: No.**
A. No.
**Q. Are there any terminals anywhere else?**
A. What do you mean by terminal?
**Q. Anywhere for a FJ Carrier truck to go to.**
A. Yes.
**Q. Okay. Where are those?**
A. It's just one, and it's in Nuevo Laredo.
**Q. That's across the border in Mexico; is that correct?**
A. Yes.
**Q. Do you ever go to that location?**
**THE WITNESS: No.**
A. No.
**Q. Do you know who works there at that location?**
**THE WITNESS: No.**
A. No.
**Q. Is there any requirement for drivers to be able to read and speak English?**

Page 49

A. Now there is.
**Q. And when you say now there is, what do you mean by that?**
A. That right now we do run a protocol with English.
**Q. Is that a new protocol?**
A. Yes.
**Q. When did that start?**
A. I don't remember.
**Q. Was it after this collision?**
A. Yes.
**Q. If a driver cannot read and speak the English language sufficient to converse with the general public, that driver should not operate a commercial motor vehicle; true?**
**THE WITNESS: No.**
A. No.
**Q. What about my statement is incorrect?**
A. An operator can do their job knowing only how to communicate regarding their work. FMCSA put out a memorandum, a memo that -- saying that they only need to know certain things about their work.
**Q. And when did they put out that memo?**
A. I don't remember.
**Q. Do you know what the law says about being able to read and speak English language sufficient to converse with**

Page 50

**the general public?**
MR. GROUSTRA: Object to form.
THE INTERPRETER: Interpreter requires a repetition. I'm sorry. What objection was that?
MR. GROUSTRA: Form.
THE INTERPRETER: Interpreter will proceed with an interpretation.
BY MR. KEMP:
**Q. You can answer.**
A. Can you rephrase it for me, because I don't understand the point of the question.
**Q. Do you know what the law says regarding reading and speaking the -- speaking the English language sufficiently to converse with the general public?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer.**
A. Regarding the general public, what do you mean?
**Q. Do you know what the general public is?**
A. It would be any person who shares life or that could be in contact with that person.
**Q. Would you agree that a driver must be able to read and speak the English language sufficiently to understand traffic signs and signals in the English language?**
A. Yes, of course. I mentioned it in a previous answer.

Page 51

**Q. Would you agree that drivers are required to read and speak the English language sufficiently to respond to official inquiries?**
A. Regarding their work, yes.
**Q. Would you agree that drivers are required to read and speak the English language sufficiently to make entries on reports and records?**
A. What do you mean by that last part?
**Q. Do you know if a driver, to be able to operate a commercial motor vehicle, is required to be able to read and speak the English language sufficiently to make entries on reports and records?**
A. Yes, if it's regarding their work, of course they're required.
**Q. Did you play any role in developing the company safety manual?**
**THE WITNESS: No.**
A. No.
**Q. Do you have the ability to terminate drivers?**
A. Yes.
**Q. Do you need to get anyone's permission to terminate a driver?**
**THE WITNESS: No.**
A. No.
**Q. Is that something you have the ability to do that**

Page 52

**started when you got promoted to safety director?**
A. Can you repeat the question for me. I don't understand the point.
**Q. When you first started working at FJ, you were just responsible for the hiring, correct?**
A. Yes.
**Q. At that time did you have the ability to fire drivers?**
**THE WITNESS: No.**
A. No.
**Q. What company issues your paychecks?**
A. FJ Carrier.
**Q. Do you ever have any contact with Eric Serna?**
**THE WITNESS: No.**
A. No.
**Q. Do you know who that is?**
A. Yes.
**Q. Is he one of the owners?**
A. Yes.
**Q. Do you have any contact with any of the owners?**
A. Well, just from having seen them. Like having conversations with them or something like that, no.
MR. KEMP: I don't think I have any other questions. Thank you for your time, ma'am.
MR. GROUSTRA: Okay. Kevin, do you have anything?

Page 53

MR. PLAGENS: I don't have -- I don't have any questions.

MR. GROUSTRA: Great. We're all set then. Thank you.

THE VIDEO OPERATOR: That concludes this video deposition of Hazel Beccerra consisting of one media. The time is now 6:02 p.m. We are now off the record.

(Videotaped deposition concluded at 6:02 p.m.)

- - -

Page 54

STATE OF MICHIGAN )
COUNTY OF OAKLAND )

Certificate of Notary Public

I certify that this transcript, consisting of 54 pages, is a complete, true, and correct record of the testimony of HAZEL BECCERRA held in this case on January 29, 2026.

I also certify that prior to taking this deposition, HAZEL BECCERRA was duly sworn to tell the truth pursuant to Michigan law on notarial acts 55.265 Section 5(d)(i)(i).

I further certify that I am not related to any of the parties or their attorneys or agents, nor am I an employee of any of the parties or their attorneys; and that I am not interested directly, indirectly, or financially in the matter of controversy.

Maureen M. McLaughlin

Maureen M. McLaughlin, CSR-4400
Certified Shorthand Reporter
Notary Public, Oakland County, Michigan
My Commission expires 5/12/29

Date: February 10, 2026.

**A**

**ability** 7:8 23:17,19,25 51:19,25 52:7
**able** 13:12 20:20 24:24 25:20 27:22 35:19,22,25 37:2 39:23 48:24 49:24 50:22 51:9,10
**accident** 37:7 40:13
**accidents** 27:14,19 37:17,20
**achievements** 10:15
**act** 34:9
**action** 32:24 33:6,22
**actively** 20:8
**activities** 45:15 45:16
**acts** 54:11
**additional** 16:3 17:4
**address** 48:1
**afternoon** 6:25 7:1
**agents** 54:14
**ago** 35:18,21 35:24 40:19 40:21,23 42:1
**agree** 24:12 28:25 29:4,8 31:14,20 32:1 32:7,10,13,19 32:22 33:4,20 34:8 50:22 51:1,5
**agreement** 6:22
**Akemp@mi...** 2:5
**Alan** 5:23 44:5
**alert** 20:16,18 20:19,23,25 21:6,20 22:9 22:12,15 36:24 37:1
**alerts** 18:10 21:23 22:18
**Alex** 6:9
**Alexander** 2:3
**Alvero** 41:15
**Americo** 42:25 45:8,9,10
**Amour** 2:4
**ans** 29:16
**answer** 7:7,14 7:21 8:23,25 9:11 15:7,8 15:20 22:22 24:20 30:9 31:18,22 32:5 32:17 33:2,9 33:25 34:14 35:17,19,22 35:25 50:9,17 50:25
**answered** 15:5 22:20
**anyone's** 51:21
**apologize** 9:4 21:5
**APPEARAN...** 2:1 3:1
**appearing** 2:9 2:17 3:8 6:16
**application** 13:18 15:18
**applied** 27:4
**apply** 29:9
**appointments** 39:24
**approve** 13:21
**approximately** 8:9 9:3 20:5 20:12 41:12
**Asked** 15:5 22:20
**asking** 7:13
**assume** 7:22
**attach** 15:10
**attention** 16:8
**attorneys** 54:14,16
**audit** 43:4
**August** 8:10 23:8
**authority** 12:25
**AUTO** 2:2
**Avenue** 2:14 3:5
**aware** 32:23 33:5,21 34:9

**B**

**B** 4:1,8
**B-1** 11:13,15
**back** 7:15 8:11 24:7,9 25:5,7 33:12,14 34:5 34:19 36:13
**based** 21:20
**BASIC** 39:2
**BASICS** 38:23
**basis** 11:9 19:12
**Beccerra** 1:18 4:4 5:7,25 6:21 53:6 54:7,10
**began** 10:22
**begins** 5:6
**behalf** 2:9,17 3:8 6:9,11,16
**believe** 23:10 23:13 24:22 25:1
**best** 7:8
**bill** 42:17,19
**book** 28:24
**books** 12:11
**border** 48:16
**BOYER** 3:2
**braking** 18:11 19:15,19
**break** 36:4,16
**briefly** 6:7

**C**

**C** 4:1
**call** 20:20 21:1 37:8,14
**called** 9:4 22:15 47:2
**calls** 20:23 21:7 34:11
**cameras** 17:14 17:14
**card** 12:14 13:11
**Carratala** 5:23
**Carrier** 1:9 2:18 5:11 8:3 9:7 13:22 14:12,23 15:3 20:23 21:1,7 21:11 22:12 22:24 23:1,4 24:3,12,22 25:10 26:14 27:4,24 28:6 28:9,13,16,23 28:25 29:1,4 29:5,8,9 30:1 30:6,8 34:22 35:1,4 37:8 37:14 39:2,7 40:17 41:11 43:10 44:19 46:1 48:6,12 52:11
**carry** 24:15
**case** 1:7 5:13 24:14 54:8
**certain** 10:15 13:4 49:21
**Certificate** 54:4
**certificates** 10:4,15
**certified** 27:2 54:21
**certify** 54:5,9 54:13
**charge** 8:15 11:1,13,20 16:4 37:17,20
**check** 11:21 12:11,11,12 12:13 13:13 17:14,14 21:3
**checks** 18:8
**CHILCOTE** 2:11
**Circuit** 5:14
**citations** 27:16
**Civil** 6:24
**clean** 27:2,21
**clear** 20:8
**clearinghouse** 11:21 15:20
**clusters** 47:3
**co-driver** 40:1
**collect** 42:19
**collecting** 42:13
**college** 10:7
**collision** 8:10 19:6,8 23:7 23:11,14 37:13,21 38:2 38:9,14 39:17 40:2,4,9 41:17 49:9
**collisions** 38:6

**come** 11:16 16:14,19
**comes** 22:9
**commercial** 10:19 26:15 29:11,14,18 30:3 31:15,21 49:13 51:10
**Commission** 54:24
**common** 47:5 47:9
**communicate** 42:3 49:19
**communicati...** 45:3
**companies** 32:14,20 43:21 44:16 44:17 47:3
**company** 8:19 9:4,16,21,25 10:12 29:23 29:24 32:22 32:23 33:4,5 33:20,21 34:8 34:9,22 44:22 44:23 46:8,9 46:14,15,24 46:25 47:16 47:18 51:15 52:10
**company's** 9:1
**complete** 14:2 54:6
**completely** 27:1
**comply** 29:1,5
**concept** 46:23 47:1
**concepts** 46:17
**concluded** 53:9
**concludes** 53:5
**consent** 15:19
**consist** 13:17
**consisting** 53:6 54:6
**contact** 50:21 52:12,19
**continue** 21:8 24:15
**Continued** 3:1
**continues** 21:5 21:10
**continuing** 23:25 24:15
**controversy** 54:18
**conversations** 52:21
**converse** 49:12 49:25 50:14
**copy** 28:16,22
**Core** 1:23,25 5:19
**corporation** 1:10,11
**correct** 20:10 20:11 22:9 46:11,12 48:16 52:5 54:7
**coughed** 47:7
**counsel** 6:22 37:11 47:7
**Counselors** 6:7
**County** 54:2 54:22
**course** 21:3,9 22:7 26:21 31:22 32:12 32:21 50:25 51:13
**court** 1:1 5:15 5:18,21 24:9 25:7 33:14 34:5,19
**criteria** 13:8
**CSR-4400** 1:22 54:20
**current** 15:24
**currently** 8:3 43:4

**D**

**D** 1:16,16,16 3:5
**daily** 19:12
**Dalis** 18:23 19:10
**dangerous** 22:7
**data** 17:18 36:17,19,22 37:2 39:1,5
**date** 1:19 5:8 54:25
**day** 30:23 35:21 40:19
**day-to-day** 11:5,9
**deadlines** 39:23
**deal** 38:5
**decide** 12:22
**decision** 12:15 12:21 23:3
**decline** 12:25
**defendant** 3:8 6:12,12
**Defendants** 1:13 2:17
**degree** 10:9,11 10:14
**degrees** 10:4
**del** 43:16 44:18 46:4,13,24 47:1
**delivering** 42:10
**delivery** 42:14 42:20
**dep** 24:16
**department** 40:12
**depend** 47:4
**depending** 41:13
**DEPONENT** 1:18
**deposition** 5:7 6:21 7:3 53:6 53:9 54:10
**DESCRIPTI...** 4:9
**Despite** 15:2
**developing** 51:15
**DICKIE** 2:11
**Diesel** 1:10 3:8 5:11 6:16
**difference** 30:5
**differently** 46:18,21
**directly** 54:16
**director** 15:25 17:8 52:1
**dispatch** 41:10 41:17 42:3
**dispatchers** 41:11
**District** 1:1,2 5:14,15
**Division** 1:3 5:16
**documentati...** 14:2
**documented** 26:6
**documents** 15:11,14,17
**drive** 13:14 23:25 27:23
**driven** 27:5
**driver** 12:16 12:21 14:5,8 14:13,17,20 14:24 15:4,14 15:17 18:11 20:16,23 21:1 21:5,6,10,23 22:3,5,8,12 22:18,19 23:3 23:6,22,24,25 24:3 25:1,2 25:10,11,11 31:2,4 36:19 36:22 37:7 41:6 42:14 49:11,13 50:22 51:9,22
**driver's** 10:19 29:11,14,18 30:3 37:13 40:8
**drivers** 13:3,22 14:12 15:3 16:9,19 17:1 17:11,25 19:14,15,18 19:19 20:9,10 20:13,15 23:17,19 24:13,23 27:10 28:17 28:23 29:4,9 29:11,14,21 30:11,14 31:8 32:1,7,10 38:5 39:19,20 42:8 48:24 51:1,5,19 52:7
**drivers'** 43:4
**driving** 12:12 13:19 15:19 23:20,22,24 24:4,4 26:19 26:24 30:15 31:7 36:22

**Due** 9:1
**duly** 6:1 54:10
**duty** 45:12

**E**

**E** 1:16,16,16 4:1,1,3,8
**E-Logs** 34:23
**E-mail** 2:5,13 3:4
**easiest** 36:6
**Eastern** 1:2 5:15
**either** 12:25 44:5
**employed** 8:3,5 8:8,11
**employee** 22:11 54:15
**employment** 13:1,1
**engineer** 10:12
**English** 5:23 5:24 25:15,17 25:20,22 44:12 46:11 48:25 49:4,11 49:25 50:13 50:23,24 51:2 51:6,11
**ensure** 25:11
**entire** 13:18 35:1,4
**entries** 51:7,12
**Eric** 52:12
**essentially** 16:19
**event** 18:12
**events** 19:15
**Evidence** 6:24
**exact** 41:12
**exactly** 16:10
**Examination** 4:6 8:1
**examined** 6:4
**example** 20:19
**excuse** 5:14 29:23
**exists** 18:9 27:1
**expires** 54:24
**explain** 11:10 14:15
**Express** 43:16 44:18 45:23 46:2,4,6,8,13 46:24 47:1

**F**

**F** 4:1
**Facebook** 43:10
**fair** 7:23
**familiar** 17:22 47:19
**Fanny** 41:15
**Farmington** 2:7
**Farms** 2:15
**February** 54:25
**Federal** 6:23 6:24 27:24 28:6,8,11,13 28:16,22 29:1 29:5,8
**Fernanda** 19:4
**Fernanda's** 19:10
**fifty** 19:24 20:13
**file** 14:6,8,13 14:15,18,20 14:24 15:4,10 15:11,15,17
**fill** 13:18
**financially** 54:17
**Fincomun** 43:22 44:3,8
**fire** 23:3,6 52:7
**fired** 21:19 22:6,19
**Firm-8546** 1:23,25
**first** 11:6,9 21:25 52:4
**Firstly** 13:10
**five** 31:12 41:13
**five-minute** 36:7
**fix** 32:24 33:6 33:22 34:10
**FJ** 1:9 2:18 5:11 6:12 8:3 8:8,11,13,16 9:7,18 10:23 11:6,10 12:21 13:1,5,8,22 14:12,23 15:3 15:22 18:3,10 20:23,25 21:7 21:10 22:12 22:24 23:1,4 24:3,12,22,24 25:10 26:14 27:4 28:25 29:4,9 30:1,6 30:7 34:22 35:1,4,13,16 37:8,14 38:17 39:2,7,10,12 39:19 40:17 41:11,21,24 43:10 44:19 44:19,21 46:1 46:1 47:14,18 47:21,23 48:6 48:12 52:4,11
**FMCSA** 28:11 49:19
**follow** 13:5,15
**followed** 13:8
**following** 38:1 40:4 42:14,19
**follows** 6:5
**foreign** 1:9,11
**form** 31:16 32:3,15,25 33:7,23 34:11 50:2,5,15
**Forza** 8:18 9:5 9:6,8,13,19 9:19
**foundation** 9:9
**four** 41:13
**friend** 10:25
**fulfill** 28:11
**further** 54:13

**G**

**general** 49:12 50:1,14,18,19
**give** 21:12 30:11
**given** 7:2 22:8 22:16 29:11 29:14,21 31:2 31:4,7
**giving** 16:9 41:6 42:8
**Global** 1:10 3:9 5:11 6:16
**go** 14:5 15:14 15:17 27:10 48:12,18
**goal** 47:5,9
**going** 7:22 20:21 36:3,9 42:10 44:12
**good** 6:25 7:1 13:21 24:24 25:1 27:2,22 36:4
**Gotcha** 44:14
**GPS** 17:21,25
**graduate** 10:9
**Grand** 3:5
**grant** 13:1
**Great** 53:3
**Grosse** 2:15
**group** 43:21
**Groustra** 2:12 6:11,11 9:9 15:5 22:20 24:14 31:16 32:3,15,25 33:7,23 34:11 36:3,7 44:11 45:11 50:2,5 50:15 52:24 53:3
**Grupo** 43:16 44:18 46:4,13 46:24 47:1
**Guerrero** 42:25

**H**

**H** 4:8
**half** 36:4
**handled** 46:17 46:21
**happened** 38:9
**hard** 18:11 19:15,19
**Hazel** 1:18 4:4 5:7,25 6:21 53:6 54:7,10
**hear** 10:24
**heard** 7:22 14:17
**held** 10:19 54:7
**Highway** 2:6
**Hills** 2:7
**hire** 24:13,23 24:24 25:13 30:11
**hired** 12:16,21 12:23 26:8

27:17
**hires** 13:9 15:3 25:10
**hiring** 8:15 11:1,2,13,23 11:24 13:3,4 14:11 15:22 16:1 24:17 25:1,1 26:20 27:9,14 29:15 52:5
**history** 26:19 26:24
**hold** 10:4,14
**Honestly** 43:3
**Hooper** 48:2
**hour** 31:25 36:4
**hours** 16:16 17:3,17 26:11 36:23
**Hozel** 41:15
**hundred** 31:24

**I**

**idea** 38:9
**important** 31:23 32:1,7 32:10,13,19
**include** 17:11
**including** 39:2
**Incorporated** 5:12
**incorrect** 49:17
**indirectly** 54:17
**industry** 10:16
**information** 16:10 30:10 35:17,19,22 35:25 41:12 41:18
**infractions** 27:20
**inquiries** 51:3
**instance** 36:23
**instruct** 23:22
**insurance** 11:20 13:13
**interested** 54:16
**internal** 13:20 28:12
**international** 13:11
**interpret** 5:23
**interpretation** 12:10 21:18 43:20 50:7
**interpreter** 6:2 11:11,11 12:8 12:8,9 17:12 17:12 18:25 18:25 19:2 21:14,14,16 21:17 35:10 35:10 37:9,9 43:17,17,19 44:1,1,6,6 47:6,6 50:3,3 50:6,6
**interview** 25:24 26:1
**introduce** 6:8
**involved** 27:13 37:7,13 38:5 40:8
**issue** 33:5,6,21 33:22 34:9,10
**issues** 52:10

**J**

**J** 3:3
**Jake** 1:24 5:17
**James** 1:5 5:10
**Janet** 19:4
**Janet's** 19:10
**January** 1:19
5:1,8 54:8
**job** 7:7 8:13,14 8:21 11:5 12:7 15:2 17:4 42:4,7 43:2 45:12,14 49:18
**jobs** 8:23

**K**

**Kemp** 2:3 4:6 6:9,9,13,20 7:2,6,11,17 7:21 8:2 9:10 11:18 15:6 22:21 24:6,11 24:19 25:4,9 31:17 32:4,16 33:1,8,11,17 33:24 34:2,7 34:13,16,21 36:5,8,15 43:24 44:4,10 44:14,15 45:13 50:8,16 52:22
**Kercheval** 2:14
**Kevin** 3:3 6:15 52:24
**Kevin.plage...** 3:4
**kind** 10:5 20:18
**know** 6:13 7:18 9:19 14:8,12 14:20 15:12 15:14 17:2,20 18:6,7,8,9 19:9 20:20 25:16,23 27:15,24 29:18 30:5 31:23 38:20 39:5,11,16
41:18,19,25 42:2,17,24,25 43:3,7,13 44:19 45:9,10 45:11,14,15 45:16,20,23 46:2,8,16 47:14,19,22 47:23 48:21 49:21,24 50:12,19 51:9 52:15
**knowing** 49:18

**L**

**L** 4:1
**lading** 42:17
**ladings** 42:19
**language** 49:11 49:25 50:13 50:23,24 51:2 51:6,11
**Laredo** 1:21 5:2 48:15
**law** 2:2 49:24 50:12 54:11
**laws** 28:12
**leave** 40:17
**legal** 5:17
**lengthy** 28:24
**Leo** 2:4
**license** 10:19 12:13 13:10 29:12,15,18 30:3
**life** 50:20
**Lima** 40:1
**Litigation** 1:23 1:25 5:19
**LLC** 1:9,23,25 5:11,20
**loads** 42:8,9
**location** 1:21 48:1,18,21
**logistics** 1:9,10 2:18 3:9 5:11 5:12 6:17 8:3 10:13,16 14:12,23 15:3 22:24 23:1,4 24:3,12,22 25:10 26:15 27:5 28:25 29:4 30:1,6 34:22 35:4 45:20
**Logistics'** 29:9 30:8
**logs** 17:16 43:4
**long** 8:8 9:2 15:22 39:18

**M**

**M** 1:22 54:20
**ma'am** 6:25 36:16 52:23
**manage** 15:11
**managed** 46:17
**management** 10:12
**manager** 8:18 8:22
**manual** 29:12 29:15,18,24 30:1,4,8,12 30:15 31:2,5 51:16
**manuals** 31:7
**Marco** 1:11 5:12 25:13 37:24,25 38:13,17 40:7 40:12
**matter** 5:10 36:5 54:17
**Maureen** 1:22 5:18 24:6

25:4 33:11 34:2,17 54:20
**MCCAMEY** 2:11
**McDonald** 1:5 5:10
**McLaughlin** 1:22 5:19 54:20
**mean** 11:24 16:14 42:9 46:19 48:11 49:2 50:18 51:8
**Meaning** 10:23
**meaningful** 32:24 33:6,22
**means** 17:2 25:1
**media** 5:6 53:7
**medical** 12:13 13:11
**meet** 39:23
**memo** 49:20,22
**memorandum** 49:20
**mentioned** 19:18 31:22 50:25
**Mexican** 44:22 44:23
**Mexico** 9:14,15 11:16 18:21 44:9 46:18,22 48:16
**Michigan** 1:2 2:2,7,15 3:6 5:15 54:1,11 54:23
**mine** 12:24
**Monarch** 34:24,25 35:1 35:4,13 36:2 36:17,19,22 36:25 37:3
**monitor** 17:16 17:18,24,25 18:14,16 19:14,18 20:4 20:9,9 39:7
**monitored** 27:20
**monitoring** 16:4 17:10 19:5,8,16,20 20:8,15 22:11 38:23 39:1
**month** 40:23 42:1
**months** 30:19 40:25
**motor** 26:15 27:13,24 28:6 28:8,11,13,16 28:22 29:1,5 29:8 31:15,21 49:13 51:10
**moving** 27:16
**multiple** 21:23 21:24 22:3

**N**

**N** 1:16 4:1,1,3
**name** 5:17 9:22 37:19
**names** 12:4 19:10 41:14
**need** 49:20 51:21
**needed** 13:8
**negligent** 24:17
**new** 13:9,22 15:3 17:4 28:17 30:11 31:7 49:5
**normally** 21:25
**Norte** 43:16 44:18 46:4,13 46:24 47:1
**Northern** 45:23 46:2,6 46:8
**Northwestern** 2:6
**notarial** 54:11
**Notary** 54:4,22
**notice** 6:22
**Novi** 3:6
**Nuevo** 48:15
**number** 4:9 5:13 20:5 31:14,20

**O**

**O** 1:16,16,16 4:1,1 18:23 19:10
**Oakland** 54:2 54:22
**Object** 9:9 31:16 32:3,15 32:25 33:23 34:11 50:2,15
**objection** 24:16 50:4
**obtain** 17:8
**Obviously** 7:11
**occurred** 8:10
**offered** 4:10
**office** 16:19
**offices** 48:3,6
**official** 51:3
**Oh** 17:3
**okay** 7:8,9,10 7:15,16,19,23 10:4 18:24 44:10 46:16 47:21 48:14 52:24
**Omar** 40:1
**ones** 20:6
**operate** 26:15 49:13 51:9
**operating** 31:15,21
**operator** 5:5 6:6,18 11:15 13:10,14,25 27:2,22 36:9 36:13 49:18 53:5
**operator's** 15:11,18
**operators** 11:14,16 13:19,21 16:8 24:25
**order** 43:22
**organization** 44:8,17
**owners** 9:7,7 52:17,19

**P**

**P** 1:16,16 2:3
**P-48966** 2:12
**P-55992** 3:3
**P-80963** 2:3
**P-88642** 2:4
**P.C** 2:11 3:2
**p.m** 1:20 5:3,9 36:10,12,12 36:14 53:7,10
**Pa** 26:24
**PAGE** 4:4,9
**pages** 43:10 54:6
**paperwork** 14:2 42:13
**part** 33:18 42:4 46:4 51:8
**particular** 37:14
**parties** 54:14 54:15
**Pastrana** 6:12 25:22 26:14 27:4,9,13,16 30:8 38:1,10 39:12
**Pastrana's** 26:19,24
**Pastrana-Ji...** 1:12 2:18 5:13 25:13
**paychecks** 52:10
**paying** 16:8
**payment** 16:9
**people** 12:1,3,6 18:19,20 20:4 20:5,9,13,15
**percent** 31:24
**permission** 51:21
**permits** 16:17
**person** 14:11 15:2 37:17 50:20,21
**phone** 20:20
**place** 23:7,11 23:14
**Plagens** 3:3 6:13,15,16 53:1
**plaintiff** 1:6 2:9 6:10
**play** 38:23 39:1 41:6 42:7,13 51:15
**please** 5:21 6:7 7:18 11:10 24:7 25:5 31:19 32:6,9 33:3,12,16 34:1,3,16 37:12 47:8
**point** 33:15 50:11 52:3

**Pointe** 2:15
**policies** 9:1 30:7
**policy** 22:24 23:1,4,6,10 23:13 29:23
**Polo** 1:12 5:12 25:13
**position** 17:8
**possible** 32:2,8 32:11,14,20
**previous** 8:23 9:1 27:18 50:25
**previously** 5:23
**PRIETO** 3:2
**Primak** 1:24 5:17
**printouts** 16:17
**prior** 8:16 26:19 27:14 27:17 54:9
**priority** 31:14 31:20
**privacy** 9:1
**procedure** 6:24 13:4
**procedures** 30:7
**proceed** 6:19 12:9 19:2 21:17 43:19 50:7
**process** 13:4,7 27:9,10
**promoted** 52:1
**properly** 7:23
**protocol** 13:15 13:16,17 49:4 49:5
**provide** 13:22 28:16,22
**provides** 13:24
**PSP** 11:21 15:19 27:1,19 27:19,21
**public** 49:12 50:1,14,18,19 54:4,22
**pull** 23:17
**purposes** 6:23
**pursuant** 6:22 54:11
**put** 49:19,22

**Q**

**qualification** 14:5,8,13,17 14:20,24 15:4 15:15,17
**qualifications** 14:15
**question** 7:13 7:18,19,21 9:17 10:6 11:7,25 12:20 14:7,14 16:25 19:17 20:24 21:22 22:10 22:25 23:2,12 23:18,21 24:5 24:21 25:3 27:18 28:3,7 28:21 29:7,13 29:16,25 30:9 31:19 32:6,9 32:18 33:3,10 33:15,18,19 34:1,15 35:3 35:17,20,23 36:1 38:25 39:3 46:7 50:11 52:2
**questions** 7:7 24:16 52:23 53:2
**QUINTAIR...** 3:2

**R**

**rare** 21:25
**read** 24:6,9 25:4,7,22 28:13 33:11 33:14 34:5,19 37:2 46:10 48:25 49:11 49:24 50:22 51:1,5,11
**reading** 50:12
**reason** 23:10 23:13
**recall** 8:24
**receive** 21:24
**received** 22:12
**receives** 22:18
**receiving** 16:8 30:14
**recess** 36:11
**record** 5:6 6:8 6:20 24:8 25:6 33:13 34:4,18 36:10 36:14 53:8 54:7
**records** 51:7 51:12
**recruited** 10:23
**recruiting** 11:13,19
**referring** 15:12 16:9,10,20,24 17:21 20:12
**reflect** 6:20
**regarding** 8:23 14:15 19:14 19:18 24:16 49:19 50:12 50:18 51:4,13
**regards** 11:18
**regulations** 27:25 28:6,9 28:10,14,17 28:23 29:2,6 29:9
**related** 54:13
**remember** 9:12 9:22 12:4 15:20 17:9 19:11,21 23:9 26:5,7,13 30:13,18,20 30:22,24 31:1 31:6,9,11,13 36:17,25 37:19 39:18 40:18 41:15 41:16 44:20 46:1 49:8,23
**repeat** 9:17 14:14 19:17 20:24 22:25 23:2,12 24:5 24:21 25:3 28:3,7,21 29:7,13 31:19 32:6,9,18 33:3,10,16,19 34:1,15,16 35:3 37:11 38:25 44:2,7 47:8,16 52:2
**repetition** 11:12 12:9 17:13 21:15 35:11 37:10 43:18 47:7 50:4
**rephrase** 7:18 50:10
**report** 45:7,15 45:17
**reported** 12:1 12:6
**reporter** 1:22 5:18,21 24:9 25:7 33:14 34:5,19 54:21
**reports** 51:7,12
**representing** 5:19
**requested** 24:8 25:6 33:13 34:4,18
**required** 28:25 51:1,5,10,14
**requirement** 48:24
**requires** 11:11 12:8 17:13 18:25 21:14 35:10 37:9 43:17 47:6 50:3
**respond** 51:2
**responsibiliti...** 8:14,21 11:5 12:7 15:2 16:1,3 17:4 42:4,7 43:2
**responsibility** 24:13,23
**responsible** 11:2 13:3 14:11 15:22 15:23 17:10 52:5
**rest** 13:15,16 15:21 41:16 44:20
**restart** 21:6
**result** 39:17
**review** 40:8
**reviewed** 26:19 26:25
**right** 13:7 27:21 39:24

39:24,25 46:10 49:4
**River** 3:5
**road** 13:22,24 14:3 23:17 32:8,11
**role** 38:23 39:1 41:6 42:7,13 51:15
**route** 16:10 41:6
**Rules** 6:23,24
**run** 43:10 49:4
**runs** 40:12

S

**S** 1:16 2:12 4:1 4:3,3,8
**safe** 24:13,23 25:2,11 32:2 32:8,11,14,20
**safely** 23:24 26:15
**safety** 8:18,21 9:24 15:25 17:8 24:24 27:24 28:6,9 28:13,17,23 29:1,5,8 30:1 30:8,12 31:2 31:5,14,20,23 32:23 33:5,6 33:21,22 34:9 34:10 40:12 51:15 52:1
**Samsara** 35:9 35:12,12,16
**saying** 49:20
**says** 49:24 50:12
**scores** 38:24 39:2
**Section** 54:12
**see** 21:1 27:19 37:2
**seen** 52:20
**sees** 24:3
**Segura** 41:19
**send** 13:10,13
**sending** 11:20
**separate** 30:3
**Serna** 52:12
**service** 16:16 16:23 17:2,3 17:17 26:11 36:23
**set** 37:4,5 53:3
**shares** 50:20
**shifts** 41:13
**Shorthand** 54:21
**show** 36:19
**sic** 48:2
**sign** 30:14
**signals** 50:24
**signs** 50:24
**six** 30:19 40:25
**SMS** 38:23 39:1,5
**software** 35:8
**Soluciones** 44:20,21 46:1 47:21,23
**Solutions** 47:15,18
**sorry** 20:24 29:17 37:11 39:4 43:24 44:5 47:7 50:4
**Southern** 1:3 5:15
**Spanish** 5:24 5:24 37:3,4,5
**speak** 19:12 25:15,17,20 40:4 47:21 48:25 49:11 49:25 50:23 51:2,6,11
**speaking** 50:13 50:13
**specialized** 13:25 47:14 47:18
**specialty** 10:12
**specific** 42:8
**speculation** 34:12
**speed** 21:8,10 21:13
**speeding** 18:11 19:14,19 20:19,22,25 21:2,6,20,21 21:23 22:9,13 22:15,18 23:3 23:6
**spoke** 47:21
**St** 2:4
**standing** 27:3
**start** 30:17 35:16 49:7
**started** 8:13 11:6,9 52:1,4
**STATE** 54:1
**statement** 49:17
**States** 1:1 11:17 13:12 13:14 27:1,3 27:5,21,22 28:12
**stop** 23:19,22 23:25 24:4 41:24
**stronger** 47:3
**sufficient** 49:12,25
**sufficiently** 50:14,23 51:2 51:6,11
**suitable** 13:14
**Suite** 2:14 3:5
**supervise** 11:23,24 20:7
**supervision** 24:17
**Support** 1:23 1:25 5:19
**supposed** 20:17 37:8,14
**sure** 9:18 41:5
**swear** 5:21
**sworn** 5:23 6:1 54:10

T

**T** 1:16,16 4:1,1 4:1,3,8
**take** 13:19 32:23 33:5,21 36:7 39:19
**taken** 5:7 6:21 36:11
**talk** 38:1,13
**talked** 17:5
**talking** 36:16 46:23
**taught** 30:7
**teach** 14:23 15:3
**team** 18:21
**telematic** 17:18
**telematics** 17:20 34:23
**Telephone** 2:8 2:16 3:7
**tell** 6:2 23:19 35:24 54:10
**telling** 46:23
**ten** 19:22
**term** 14:17
**terminal** 48:11
**terminals** 48:10
**terminate** 51:19,21
**terminated** 39:17
**test** 12:12 13:19,22,24 14:3 15:19
**testified** 6:4
**testimony** 12:10 19:3 20:22 21:18 43:20 54:7
**tests** 13:20
**Texas** 1:21 5:2
**Tgroustra@...** 2:13
**Thank** 6:6,18 24:17 44:10 52:23 53:4
**things** 16:17 17:24 49:21
**think** 44:12 47:2 52:22
**third** 21:19
**thirty** 20:2,12
**thought** 45:9
**threat** 32:23,24
**three** 8:9 12:4 12:6 18:19 20:4,13 22:5 22:18 23:3,6
**Thursday** 1:19 5:1
**tickets** 27:17
**till** 7:12
**Tim** 6:11
**time** 1:20 5:8 13:4 19:5,8 19:15,20 21:20,25 22:8 23:7,11,14 31:4 34:2 35:1,4 36:4 36:10,14

37:20 39:18 39:24 40:1,13 41:17 52:7,23 53:7
**timely** 34:9
**Timothy** 2:12
**title** 8:13 15:24
**today** 7:7
**today's** 5:8,18
**Tradex** 45:20
**traffic** 27:16 50:24
**trailer** 42:10
**training** 24:17 26:8,10,14 27:9
**transcript** 54:5
**translate** 7:13 7:14 43:25
**translated** 7:23
**translation** 44:13
**translator** 7:12
**Transport** 45:23 46:2,6 46:8
**trip** 21:24 22:3 22:5
**trips** 39:19,20
**truck** 14:11 24:13,23 32:1 32:7,10 48:12
**trucking** 8:19 9:25 10:16 32:13,19,22 33:4,20 34:8 44:23
**trucks** 17:15
**true** 14:13 22:13,16,17 22:24 23:1 24:1,2 25:20 25:21 49:14 54:6
**truth** 6:2,3,4 54:11
**try** 31:24
**trying** 11:8
**two** 30:5 39:20 41:4
**type** 9:23 10:15 14:5 18:10 20:16 25:24 29:11 29:14 30:12 30:14
**typically** 37:5

**U**

**U.S** 5:14 44:12
**Uh-huh** 47:10 47:11
**undergo** 26:8 26:10,14
**understand** 7:17,20 10:6 11:7,25 12:20 14:7,14,16 16:25 17:19 21:22 22:10 23:18,21 29:16,25 33:18 46:7 47:17 50:10 50:23 52:3
**understanding** 11:8 28:8 33:15 39:3 46:13
**understood** 7:22
**United** 1:1 11:17 13:12 13:14 27:1,3 27:5,21,22 28:12
**unsafe** 24:4
**use** 34:22
35:13
**utilized** 35:8

**V**

**V** 1:16
**valid** 12:14
**vehicle** 26:16 27:13 31:15 31:21 36:20 49:13 51:10
**verification** 19:1
**verify** 21:16
**versus** 5:11
**video** 1:24 5:5 5:6 6:6,18 36:9,13 53:5 53:6
**videographer** 5:18
**Videotaped** 53:9
**violation** 18:10 36:23
**violations** 19:18 27:17 27:20
**Virginia** 41:19
**virtually** 5:7
**vs-** 1:8

**W**

**W** 4:3
**wait** 7:12
**Walk** 11:5
**want** 9:19 17:2
**wanted** 12:21
**warn** 21:7 22:1
**warning** 21:12 21:19 22:2,8 22:16
**warnings** 21:24 22:3,5 23:4,7
**way** 39:25
**We're** 8:10 53:3
**we've** 17:5 36:3
**week** 30:21 35:18 40:21
**went** 27:9
**Whatever's** 36:6
**window** 16:6,7 16:14
**witness** 5:22 7:4,9 8:6 9:5 9:14 10:17,20 12:10,17 14:9 14:21,25 16:12,21 17:6 18:1 19:2,25 21:18 23:15 25:18 26:2,17 27:7 28:18 34:24 35:6,9 35:14 37:24 38:3,7,11,15 38:18,21 39:8 39:13 40:5,10 40:15 41:7,22 42:5,11,15,21 43:5,8,11,14 43:20 45:1,5 45:18,21 47:10,24 48:4 48:8,19,22 49:15 51:17 51:23 52:8,13
**WOOD** 3:2
**word** 14:16
**work** 8:16 9:2 9:13,23 10:2 10:22,24 11:16 16:17 27:4 38:17 39:12 40:2,14 41:21 44:25 47:5,9 48:1,3 49:19,21 51:4 51:13
**worked** 8:18 9:18,19,20 10:3
**working** 8:16 9:18 10:23 11:6,9 41:24 52:4
**works** 36:6 38:20 47:14 47:20,23 48:21
**write** 22:2

**X**

**X** 4:8

**Y**

**Yeah** 6:15 36:5 36:8 44:11
**year** 9:3 30:25 35:24 41:2
**years** 8:9 41:4

**Z**

**Zacatecas** 9:20

**0**

**1**

**10** 54:25
**120** 2:14
**13911** 48:2

**2**

**2:24-cv-1004...** 1:7 5:13
**200** 2:14
**2023** 8:11 23:8
**2026** 1:19 5:1,8 54:8,25
**248.353.7575**

2:8
**248.783.6780** 3:7
**29** 1:19 5:1,8 54:8
**29th** 8:11 23:8

**3**

**3:54** 1:20 5:3,9
**30101** 2:6
**313.308.2034** 2:16

**4**

**41430** 3:5
**48236** 2:15
**48334** 2:7
**48375** 3:6

**5**

**5(d)(i)(i)** 54:12
**5/12/29** 54:24
**5:10** 36:10,11
**5:23** 36:12,14
**54** 54:6
**55.265** 54:11

**6**

**6:02** 53:7,9

**7**

**8**

**8** 4:6