Exhibit 6



# PSP AND MVR
# WHAT'S THE DIFFERENCE?

The Federal Motor Carrier Safety Administration (FMCSA) Pre-Employment Screening Program (PSP) report and a state motor vehicle record (MVR) offer different information. Both are important sources of data to consider when hiring a commercial driver. Let's look at the differences.

| PSP | MVR |
|---|---|
| Includes a driver's 5-year crash history and 3-year roadside inspection history, including all safety violations cited during an inspection. | Includes a driver's motor vehicle convictions in a given state; citations, warnings and tickets yet to be settled in court will not appear. |
| Includes data from all CDL numbers a driver has held for the past 5 years. | Includes only data from the driver's CDL issued by that particular state. |
| Always includes original violation regardless of whether it resulted in a different conviction. | Only includes events that resulted in a conviction by the state. |
| Managed by FMCSA using the Motor Carrier Management Information System (MCMIS) so data is country-wide and up-to-date. | Managed by individual states; data is updated periodically depending on each state's resources and process. |
| Motor carriers can access PSP records in one place by simply enrolling in the PSP service. | Motor carriers can access an MVR by contacting the motor vehicle division in the license-issuing state. |

***Access this valuable data today! Visit:*** www.psp.fmcsa.dot.gov/Enroll

## CHECK OUT PSP RECORDS TODAY:
www.psp.fmcsa.dot.gov

Follow FMCSA at:

Pre-Employment Screening Program
Federal Motor Carrier Safety Administration