Exhibit 7

# FJ Carrier Logistics LLC

# SAFETY POLICY MANUAL

# &

# CMV DRIVER HANDBOOK

CARRIER

LOGISTICS LLC

# TABLE OF CONTENTS


| | |
|---|---|
| **WELCOME** | 08 |
| Mission and Vision Statement | 09 |
| Safety Values | 10 |
| Compliance Message | 11 |
| Drivers and the Public | 12 |
| **SAFETY POLICY MANUAL** | |
| Accident Guide | 13 |
| Accident Reporting & Procedures | 14 |
| Accident Review & Board | 15 |
| Accident Pictures | 16 |
| Cargo Claims Avoidance Procedures | 18 |
| Commercial Driver's License | 20 |
| Annual Notification of Convictions | 20 |
| Notification of Violations | 20 |
| Disciplinary Policies | 21 |
| Violations which will result in termination | 21 |
| Disciplinary Policy for Traffic Violations/Accidents | 22 |
| Driver's Daily Log | 23 |
| Log Audit Policy | 24 |
| Log Violation Policy | 24 |
| Driver Responsibilities / Guide for Drivers | 25 |
| How to avoid getting fired | 26 |
| Prohibited Activity | 27 |
| Drug and Alcohol Policy info guide | 28 |

| | |
|---|---|
| Company Contacts | 29 |
| Nation-Wide Drug and Alcohol help and information | 30 |
| Hazardous Materials | 31 |
| Hours of Service | 32 |
| HOS Rules for Drivers | 32 |
| Sleeper Berth Provisions | 33 |
| Notice to Drivers | 34 |
| Inspections | 35 |
| Pre-Trip | 35 |
| En Route | 36 |
| Post Trip | 36 |
| Periodic | 36 |
| Roadside | 36 |
| Roadside Inspection information | 37 |
| Maintenance | 38 |
| Breakdowns & Damaged Trailers | 38 |
| Truck Tractor Care | 38 |
| Unauthorized Passenger Policy | 39 |
| Pet Policy | 40 |
| Physical Requirements | 41 |
| Injuries or Illness | 41 |
| Safety Meetings | 42 |
| Security Reminders | 43 |
| Vehicle Operation | 44 |
| Pre-Trip Inspection | 44 |

| | |
|---|---|
| Adjust Your Seat and Mirrors | 44 |
| Seat Belt | 44 |
| Vehicle Controls | 44 |
| Shifting Gears | 44 |
| Braking | 44 |
| Steering | 44 |
| Turns and Lane Changes | 44 |
| Backing Up or Going in Reverse | 44 |
| Bobtailing and Deadheading | 44 |
| Speed Management | 44 |
| Maintain Safe Following Distance | 45 |
| Following Distance During Adverse Conditions | 45 |
| Distracted Driving | 45 |
| Fatigue Management | 45 |
| Hours of Service (HOS) | 45 |
| Emergency Vehicles | 45 |
| Expressway and Interstate Highways | 45 |
| Intersections | 45 |
| Overhead Clearance | 45 |
| Load Securement/Cargo Handling | 45 |
| Overweight, Over height, Over width (wide load), Overlength | 46 |
| Parking | 46 |
| Passing | 46 |
| Railroad Crossings | 46 |
| Right of Way | 47 |

| | |
|---|---|
| School Bus and School Zones | 47 |
| Defensive Driving | 47 |
| Emergency Stopping | 48 |
| Trailers – Dropping off | 48 |
| Trailers - Hooking up | 48 |
| Truck Stop Parking | 48 |
| Unauthorized Use of Equipment | 48 |
| Unauthorized Passengers | 48 |
| Hazardous Materials | 48 |
| Ongoing Training | 49 |
| Communication | 49 |
| Incident Reporting | 49 |
| Personal Protective Equipment | 50 |
| Injury Avoidance | 52 |
| Unit Modifications | 53 |
| Whistleblower Protection | 54 |

**CDL DRIVER HANDBOOK**


| | |
|---|---|
| Driver Responsibilities | 55 |
| Job Requirements | 55 |
| Consequences for Lack of Communicating with us | 56 |
| Protect Company Information | 57 |
| Disciplinary Procedures | 58 |
| Required Documents to Keep | 58 |
| Driver Qualification and Hiring Policy | 59 |
| License | 60 |
| Driver Orientation | 62 |
| Personal Appearance and Conduct | 62 |
| License Checks & Med Exams | 63 |
| Controlled Substance and Alcohol Overview | 63 |
| Safety Compliance Overview | 64 |
| Don’t Drive While Tired or Sick | 64 |
| Unauthorized Passengers | 64 |
| Unauthorized Pets | 64 |
| Speed Limits | 65 |
| Seat Belts. | 65 |
| ELog &/or GPS Tracking Systems | 65 |
| CMV Appearance, Image, and Cleanliness | 66 |
| Vehicle exterior, engine compartment and undercarriage | 66 |
| Report leaks before we wash it | 66 |
| Vehicle interior, storage compartments, ash trays, fridge | 66 |
| Trailers and/or customer trailers | 66 |
| Vehicles | 66 |

| | |
|---|---|
| Truck tractor windshields | 67 |
| Driver's windshield area field of vision | 67 |
| Reporting to Work | 67 |
| Dress Code for CMV Drivers | 68 |
| Dress Code Violations | 68 |
| Personal Hygiene Habits | 68 |
| Good personal hygiene habits include | 68 |
| Other Safety Measures | 69 |
| Other Policies Noted | 69 |
| Success and Welcome | 69 |

# WELCOME

We are delighted to welcome you to the FJ Carrier Logistics LLC team! As a dedicated and experienced driver, you are a valuable addition to our company, and we are excited to have you on board.

At FJ Carrier Logistics LLC, we take great pride in our commitment to safety, customer satisfaction, logistics, and efficiency. As one of our drivers, you play a crucial role in upholding these principles. We have full confidence that your skills and expertise will make a significant contribution to our success.

We are excited to embark on this journey with you, and we look forward to a mutually rewarding partnership. Together, we will continue to deliver exceptional service to our clients and uphold the high standards that FJ Carrier Logistics LLC is known for.

Thank you for choosing FJ Carrier Logistics LLC as your employer. We are confident that you will find your time here professionally fulfilling and personally enriching. Once again, welcome to the FJ Carrier Logistics LLC family.

Sincerely,

FJ Carrier Logistics LLC

# MISSION

**STATEMENT**

# VISION

**STATEMENT**

# SAFETY VALUES

**Safety First:** We prioritize safety above all else, ensuring that our drivers, cargo, and the public are always protected.

**Continuous Training:** We invest in ongoing training and development for our drivers to keep them updated on the latest safety regulations and practices.

**Preventative Maintenance:** We maintain our fleet to the highest standards to prevent breakdowns and accidents due to mechanical issues.

**Compliance:** We adhere to all local, state, and federal regulations and work diligently to exceed safety compliance requirements.

**Communication:** We encourage open and honest communication among all team members to report safety concerns and incidents without fear of reprisal.

**Zero Tolerance:** We have a zero-tolerance policy for unsafe practices and substance abuse.

**Emergency Response:** We are prepared to respond swiftly and effectively to accidents or emergencies to minimize damage and ensure the well-being of all involved.

**Environmental Responsibility:** We strive to reduce our environmental impact by adopting fuel-efficient practices.

**Customer Commitment:** We understand that our customers' cargo is valuable, and we commit to delivering it safely and on time.

**Accountability:** Everyone in our organization is accountable for safety, from drivers to management.

These safety values help create a culture of safety and responsibility within the trucking company, reducing accidents and protecting lives on the road.

# FJ Carrier Logistics LLC

# COMPLIANCE MESSAGE

“Dear Drivers”

We want to remind you of the critical importance of compliance in our workplace. Compliance is not just a legal requirement, but also a fundamental aspect of our commitment to ethical and responsible business practices. Your adherence to company policies and relevant regulations ensures a safe, fair, and respectful environment for all. Please keep these key points in mind:

**Code of Conduct:** Always follow our company's Code of Conduct and ethical guidelines. Treat colleagues, customers, and partners with respect and professionalism.

**Regulatory Compliance:** Be aware of and strictly adhere to all relevant federal, state, and local laws and regulations that pertain to your role.

**Data and Information Security:** Safeguard sensitive company and customer information. Adhere to our data security policies to protect against breaches.

**Safety Protocols:** If your role involves safety standards, make safety your top priority. Follow safety protocols and report any concerns promptly.

**Environmental Responsibility:** Play your part in minimizing our environmental impact. Follow guidelines for recycling and reducing waste.

**Training and Development:** Participate in compliance training and seek clarification if you have questions or concerns.

Compliance is a shared responsibility, and your commitment to it strengthens our organization and upholds our reputation. If you have any questions or require assistance in understanding specific compliance requirements, please reach out to your supervisor or our compliance department.

Thank you for your dedication to maintaining the highest standards of compliance in our workplace.

Sincerely,

**FJ Carrier Logistics LLC**

# DRIVERS AND VALUED PUBLIC

We want to take a moment to express our gratitude for your trust in our trucking company. Without our dedicated drivers and the support of the public, we wouldn't be where we are today.

To our drivers, Today’s driving demands a new type of driver with an up-to-date attitude and commitment to safety, professionalism, and reliability on the road is what sets us apart.

The increased complexity of operating a commercial vehicle in all kinds of weather, around-the-clock operations, and the vast increase in traffic volume make it

essential that drivers constantly update their knowledge and ability in commercial truck handling.

Of all the people involved in the trucking industry, you are in the most strategic spot— where the public is. You must meet them on the streets and highways. You drive through their towns, by their homes and businesses.

This public are our shippers, our consignees, our customers, and politicians who formulate trucking legislation. Your job is to share the road smartly and safely with these people.

To the public, thank you for choosing our services. Your trust in us to transport goods safely and efficiently is something we take very seriously. We are committed to delivering on our promises and ensuring your satisfaction.

As we move forward, we will continue to invest in technology, safety, and sustainability to enhance our services and reduce our environmental impact. We look forward to serving you and our communities for many years to come.

Thank you for being part of our journey.

Sincerely,

# FJ Carrier Logistics LLC

## ACCIDENT GUIDE

**All accidents, regardless of how small, must be reported immediately.**

**Safety first, if you have an accident your immediate priority is to ensure the safety of those involved. Make sure you and others are safe from further harm.**

**Check for Injuries:**

- Check yourself for injury: bleeding & broken bones.
- Check your co-driver also.
- Turn on your emergency flashers.
- Look for other dangers: fuel leaks, spills, oncoming traffic, fire, etc.

**Contact Authorities:**

- Always report the accident to the appropriate authorities and request medical assistance if anyone is seriously injured. (police, fire department, or medical services).

**Notify:**

- Contact your Safety Department to report the accident.
- Contact your insurance company to report the accident.

**Resume Safety:**

- CAREFULLY get out & set up the 3 warning triangles.
- Update your ELog and have the Truck Binder ready.
- Wait in a safe location away from the truck, if you are on the roadway.
- Don't move the truck until the police ask you to do it.

**Document the Scene:**

- Take pictures or video of the scene, the other vehicle(s) involved, the area, etc.
- Make detailed notes about the accident, including date, time, weather conditions, and road characteristics.

**Exchange Information:**

- Only provide basic info: your name, company name, and contact information.
- Collect information from other involved parties' name and contact information.

**Stay Calm and Follow the Rules:**

- Wait for the police to arrive before you provide more information.
- Give the police your license & truck binder.
- Tell the police that you have or don't have HAZMAT cargo. Show shipping papers.
- Don't admit fault. Don't apologize for your actions.
- Tell the police what happened.
- If you do not know certain facts, tell the police you don't know. Don't guess.
- Say you are not sure that you are injured, instead of "no."
- Don't write or sign any accident reports for the police or the other party admitting fault.
- Obtain the police report number.
- Don't talk to news reporters. Decline the interview, politely.
- Get in the ambulance, if you are injured. The same goes for the co-driver.

**Final Step**

- Contact your Safety Department again to let them know DOT accident info.
- Pick up your warning triangles afterwards.
- Drive to a truck stop & complete accident report form.
- If your truck gets towed. Ride in the tow truck to the shop or a hotel.
- Take further instructions from your Safety Department.

# ACCIDENT REPORTING & PROCEDURES

**All accidents, regardless of how small, must be reported immediately.**

**ACCIDENT REPORTING & TESTS TAKE PRIORITY OVER LOADING & DELIVERY APPOINTMENTS.**

**Post-Accident Drug & Alcohol Testing**

You must, immediately, undergo post-accident drug and alcohol testing. If the accident meets one of these criteria.

- Disabling Damage: If there is disabling damage to any vehicle requiring it to be towed from the scene, and the driver receives a citation, they must be tested for drugs and alcohol.
- Injury: If the accident results in an injury requiring immediate medical attention away from the scene (e.g., hospitalization), the driver must be tested for drugs and alcohol
- Fatality: If the accident results in a fatality, the driver must be tested for drugs and alcohol.

Your employment will be terminated if you refuse to test, fail to make yourself available to test or test positive.

**Hit & Run**

If you are the victim of a hit and run because the other party fled the scene. At least try and memorize, write down or snap a picture of their license plate number. Call the Safety Department immediately, we will notify the Police about the hit and run accident. Afterwards, follow your Safety Department accident guidance procedures until the police arrive.

It is the Driver's responsibility to ensure their unit has a Truck Binder with this Safety Policy and Driver Handbook on board. Make the check a part of your pre-trip inspection.

**Accident Review Board**

- After the accident: Safety Department will analyze and determine whether your specific accident was preventable. The official police report and your written driver's statement will be used to make this determination.
- If the accident was classified as "Preventable" and you disagree with the decision, call the Safety Department and request a meeting. The Safety Department will gladly allow you to provide additional input and consider any extraordinary circumstances.
- If no agreement is reached, a Safety Review Board will be set up to hear your story. The Safety Review Board will consist of the Safety Director, one Management Official and one driver with at least 15 years of Class A, interstate, driving experience. (The driver will be a neutral party who has very little knowledge of who you are, in order to avoid favoritism.)
- The Safety Review Board's decision is final.

An accident will be automatically counted against you, as preventable, if you fail to turn in a timely, complete report with pictures.

“Preventable Accidents” are those that could have been avoided through responsible actions and choices. They can include car crashes due to speeding, distracted driving, not wearing seatbelts, or any accidents due to negligence. The accident’s location doesn’t matter either.



## ACCIDENT PICTURES

**All accidents, regardless of how small, must be reported immediately.**

**Safety First: Ensure your safety and the safety of others involved.**

- Overview Shots: Capture wide-angle photos to show the overall scene, including the position of vehicles, road conditions, and nearby landmarks.
- Vehicle Damage: Take close-up shots of the damage to all vehicles involved, showing different angles and areas of impact.
- License Plates: Capture clear images of license plates of all vehicles involved.
- Injury Documentation: Photograph any visible injuries on yourself or others involved in the accident, if applicable and with their consent.
- Roadway and Traffic Signs: Document any skid marks, debris, and the condition of the road. Include traffic signs and signals.
- Weather and Lighting: Take photos that depict the weather and lighting conditions at the time of the accident.

- Witnesses: If there are witnesses, photograph them and obtain their contact information if they are willing.
- Surroundings: Capture any relevant landmarks, street signs, or buildings near the scene.
- Time-Stamped Photos: Some smartphones automatically timestamp photos, or you can note the time of each picture in your notes.
- Notes and Descriptions: Include detailed written notes with each photo. Describe what the image shows, the date, time, and any additional context.
- Sequential Shots: If possible, take photos in chronological order to show the sequence of events leading up to the accident.
- Car Positions: Take photos of the positions of vehicles before they are moved, especially if they are blocking traffic.
- Injury Treatment: Document any medical treatment or assistance being provided to injured parties.

Remember that the quality and accuracy of your accident photos can be crucial in insurance claims and legal proceedings. Be thorough and methodical in your documentation.

**Photographs of cargo damage or loss should show:**

- Take wide-angle shots that show the entire cargo area and the extent of the damage.
- Close-Ups: Capture close-up photos of damaged items or areas to highlight specific issues.
- Ensure that the damage is clearly visible in the photos. Use good lighting and angles to show the nature and extent of the damage.
- If applicable, include photos of product labels or markings that indicate the type or brand of the damaged items.
- For items with serial numbers, make sure they are visible in the photos.
- Ensure the photos have timestamps or make a note of the date and time when they were taken.
- Material location where the damage occurred including securement and protection devices in use.
- Material location where damage was discovered.
- Identical material that is undamaged for comparison.
- Separate photos of each damaged piece, bundle, or container to verify actual quantity damaged.
- If there are relevant documents (e.g., bills of lading, packing lists) associated with the cargo, photograph them to show their condition.

By including these elements in your cargo damage photos, you provide a comprehensive visual record that can be essential when filing a cargo damage claim with the insurer. These photos serve as critical evidence to support your claim and to help assess the extent of the damage.

# CARGO CLAIMS AVOIDANCE PROCEDURES

**Loading Point**

- Ensure that loading procedures are carried out efficiently and safely. This may include the use of equipment like forklifts or pallet jacks.
- Ensure that cargo is loaded securely, and use appropriate restraints, such as straps and load bars, to prevent shifting and damage during transit.
- Distribute the weight of the cargo evenly in the truck to prevent overloading on one side, which can lead to accidents and cargo damage.
- Take exception to any damaged or unacceptable cargo (i.e., wet, rusty, bent, broken, crushed, torn, reused boxes, open boxes, dirty, uncrated or not properly packaged for transport, etc.)
- Get exceptions noted on all copies of the Bills of Lading (BOL)
- Prior to signing your cargo, count what is on your trailer and compare it to your Bill of Lading. If it doesn't match, has shortages or overages. Do not sign for it until you notify dispatch. If you cannot see it count it. Make a note on the BOL. Use STC or SLC on large

loads whenever possible. For example, 12 skids STC 450 cartons. STC stands for "said to contain". SLC stands for "shipper load and count".

- Document your pre-trip and post-trip, and document the condition of the cargo before and after transport.
- Maintain accurate and complete records of the cargo, including bills of lading, packing lists, and inspection reports.
- Plan the most efficient and safe routes, considering road conditions, traffic, and potential hazards.
- Maintain constant communication with dispatch to address any issues promptly.
- If hauling temperature-sensitive cargo, ensure that the refrigeration or heating systems are functioning correctly.
- Educate customers on proper packaging and labeling to reduce the risk of cargo damage during transportation.

**REMEMBER: Upon signing the BOL, the Bill of Lading becomes a legal and binding contract. It means the company and you will be held liable for cargo damaged at the delivery destination.**

**Delivery Point**

- Conduct a final cargo inspection before unloading to document the condition of the goods at the time of delivery.
- When delivering to our customers, we require you to be present while the cargo gets offloaded. (If the facility restricts you from being present, call dispatch.) Please be courteous and friendly to our customers. If there are delivery problems or severe delays, notify dispatch. We will attempt to resolve the issue from our end.
- Ensure that unloading procedures are carried out efficiently and safely. This may include the use of equipment like forklifts or pallet jacks.
- Before signing the Delivery Receipt, make sure the receiver did not write in any exceptions on the paperwork. Such as damaged or missing freight at delivery.
- If any exceptions (i.e., damage, water, short, crushed, missing, over, etc.) are made, contact Dispatch immediately. Do not leave the receiver until this calling us.
- If cargo is rejected, coordinate the loading of backhaul cargo, ensuring that it's done safely and efficiently.
- Follow this procedure or we may lose our chance to deny or minimize a claim.
- Contact your Dispatcher even though the exceptions made are not the driver's fault in transit. We will make a record of your call to ensure we are not held responsible for damage unrelated to the transportation of the cargo.
- After the delivery is completed, ensure that the delivery point is left in a clean and orderly condition, and that the truck departs safely.





# COMMERCIAL DRIVER'S LICENSE

Drivers must only have one valid commercial driver's license (CDL or Lic Fed) issued by their country and state of residence. Upon renewing your CDL or Lic Fed, please give a copy to the Safety Department, so we can update your driver qualification file.

**Annual Notification of convictions**

You must stop by the Safety Department when requested to do so. We perform an Annual Review of your driving record once every 12 months. A list of all traffic violations (other than parking) for the previous 12 months is compiled. When it's completed, we'll need you to review and sign the report.

**Notification of violations/suspensions**

- Part 383.31(a) FMCSA requires a CDL/LF holder to notify their employer(s) within 30 days of conviction for any State or local law pertaining to motor vehicle traffic control (other than a parking violation). The notification must be in writing and include all information outlined in 49 CFR 383.31(c).
- Part 383.33 FMCSA requires a driver whose license has been suspended, revoked or cancelled to notify the company of such suspension, revocation, cancellation, lost

privilege, or disqualification before the end of the business day following the day, he/she receives the notice.

- Part 383.31(b) FMCSA requires a driver who violates a state or local law relating to motor vehicle traffic control (other than parking violations) to notify his/her carrier of such violation. FMCSA requires you to notify us, immediately, after you have been issued a citation/ticket.

**When notifying us, you can either call or visit the Safety Department. Be ready to provide the following information:**

- Driver's name
- Date and time of citation
- Copy of the citation
- Court address and phone number
- Location of the citation
- Charge court date and time



## DISCIPLINARY POLICIES

Disciplinary action may include a verbal warning, written warning, suspension without pay or termination of your employment. The company will review and determine the appropriate disciplinary action. The company does not guarantee that one form of action will necessarily precede another. Examples of actions, which may result in disciplinary action, up to and including discharge are listed under Driver Responsibilities—Prohibited Activities.

**Violations, which will result in termination:**

- Providing false credentials, reports, or documents during the hiring process or employment.
- Use of alcohol or drugs during working hours.
- Reporting for work under the influence of drugs or intoxicants.
- Failure to submit to drug/alcohol test when required.
- A positive drug or alcohol test.
- Possession of firearms, intoxicants, or drugs while at work.
- Providing false information on logs, invoices, or any other documents.

- If a driver consistently violates safety regulations or policies. This may include issues like speeding, reckless driving, accidents or not following hours-of-service regulations.
- Inefficiency, cargo damage, frequent delays, or not meeting delivery schedules.
- Involvement in criminal activities, including theft or fraud.
- Not adhering to company policies, such as reporting procedures or vehicle maintenance requirements.
- Refusing to follow instructions, disregarding orders, or displaying a consistently negative attitude.
- Violations of company policies, such as harassment, discrimination, or insubordination.
- Engaging in activities that create a conflict of interest with the employer's interests.

## DRIVER DISCIPLINARY POLICY

**FOR TRAFFIC VIOLATIONS/ACCIDENTS**

Each driver’s driving record will be reviewed at least every twelve months. The review

will cover, but not be limited to the following:

- The driver’s motor vehicle record (MVR)
- The annual notice of violations submitted by the driver.
- Insurance and company records regarding preventable accidents
- Company records documenting knowledge of violations or accidents, which may not show up on the MVR.

Any driver’s driving record for the previous three (3) years which does not meet the criteria spelled out in the company policy. GUIDELINES FOR DRIVERS will be subject to probation or termination.

The terms of any probationary period would be:

- The driver’s motor vehicle record will be reviewed quarterly during the probationary period.

- If the driver has violations for speeding, the driver's ELog may be used to strictly monitor and look for speeding events.
- If the driver receives additional tickets or is involved in a preventable accident during the probationary period, he/she may be fired.
- Additional training may or will be required appropriate to the violations/accidents. on the driver's record.

## DRIVER'S ELOG

Notify the Safety Department, immediately, if you are unsure how to properly complete or correct an error on your ELog.

**Making and Completing Entries**

All log entries must be current. Keep the ELogs current up until the time of your last change of duty status. ELog entries in the "Remarks" section may be completed in English or Spanish.

- Log in to the ELD system using your unique credentials. Upon logging in, verify your name, carrier name, date, and tractor number,
- Choose your duty status (Off Duty, Sleeper Berth, Driving, On Duty Not Driving, or Personal Use, if applicable).
- Add trailer number, shipping document number(s), or shipper's name, and commodity.
- Perform a pre-trip inspection as required by regulations. If any issues are identified, report them as needed.
- Once you're ready to start driving, select the "Driving" duty status on the ELD.
- Take required breaks and rest periods in accordance with HOS regulations and ensure these are accurately recorded in the ELD.

- When you change your duty status (e.g., from Driving to On Duty Not Driving), ensure you make this change accurately on the ELD.
- If you need to add comments or annotations to your log, such as explaining a duty status change, make these annotations in the ELD.
- When you finish driving, select On Duty.
- Perform a post-trip inspection. Report any issues appropriately.
- Continuously review your ELD logs to ensure they accurately reflect your activities and adherence to HOS rules.
- Be aware of your responsibility to retain supporting documents, such as fuel receipts, bills of lading, and other records, to corroborate your ELD logs.
- When you're finished with your workday, select the "Off Duty" or "Sleeper Berth" status to indicate that you're not on duty.
- Review and certify your logs at the end of each day to confirm that they accurately reflect your activities. This is a legal requirement.
- Ensure your ELD data is transmitted to your carrier as required, typically within a specified timeframe.
- Be prepared to provide law enforcement officers with access to your ELD logs during roadside inspections.
- If the ELD malfunctions, you must follow the procedures outlined by the ELD provider and the regulatory authority for recording your hours manually. Ensure you report the malfunction to your carrier.
- Software Updates: Stay updated with any ELD software updates and install them as necessary to comply with regulatory changes.

**ELog Submission**

ELogs are automatically available on our system. No need to submit hard copies. The only exception are local drivers. You must update your timecards on a daily basis.

Timecards remain in the Safety Department. Do not take them with you!

**Retaining Driver Logs**

You are required to have the current day, plus the previous 7 days of ELogs while on duty.

**Supporting Documents**

Be aware of but do not modify time-dated documents. Submit all documents upon arriving to the yard.

**Log Audit Policy**

- Your ELogs will be audited to ensure:
- You did not violate the 30-minute break, 10, 11, 14, or 70-hour regulations.

- You have no 34-hour restart, personal conveyance, split sleeper berth, or "Form and Manner" violations.
- You have no false ELogs, using various date and time stamped supporting documents.
- All non-driving errors are corrected and supporting documents were turned in a timely manner.

## LOG VIOLATION POLICY

**ELogs will undergo frequent internal audits. We check for minor and critical violations.**

The DOT expects us to take disciplinary action when you create ELog or paper log violations. Our disciplinary actions will only consider the most recent 6 months prior to your log/ELog violation when tallying up your total number of offenses in a given period. Drivers found in violation of PART 395 are subject to a letter of reprimand, probation, time off without pay, log retraining, suspension, or a reduction in pay per mile and termination of employment penalties.

- Refer to a separate sheet which outlines log violation penalties. The subject title is "Log/ELog Warning Letter." A log/ELog incentive policy may be implemented at a later date.

## DRIVER RESPONSIBILITIES

**GUIDELINES FOR DRIVERS**

1. These minimum standards must be met, unless management has created an exception, documented in writing and placed in the driver's (DQ) file.
2. Adhere to FMCSA safety regulations and guidelines, including vehicle inspections, cargo securement, and weight limits.
3. Must have a valid Commercial Driver's License (CDL/LF) with proper endorsements from the country and state of residence.
4. Must be at least 23 years of age. 21 years of age is acceptable, upon review and approval, if all other issues are clear.
5. Two (2) years of experience if all other issues are clear.
6. You must pass a Department of Transportation (DOT/SCT) medical examination conducted by a certified medical examiner and obtain a valid Medical Examiner's Certificate.
7. Be subject to drug and alcohol testing as required by federal regulations.

8. You are required to pass written tests on general knowledge and any additional endorsements you need (e.g., air brakes, hazmat, passenger, tanker) as required for your specific job.
9. No current license suspension/revocation.
10. Maintain a clean driving record of moving violations.
    - no more than 3 moving violations in the past 5 years.
    - no more than 2 moving violations in the past 12 months.
11. No major traffic violations in the past 3 years
    - Reckless/careless driving.
    - Hit and run.
    - Leaving the scene of an accident.
    - Failure to report an accident.
    - Speed 15 miles over posted limit.
    - Erratic/improper lane changes.
    - Following too closely.
    - Disregard stoplight and/or sign.
12. No preventable DOT recordable accidents within the past 3 years.
13. No DUI, DWI, or positive post-accident test results within the last 10 years.

## DRIVER RESPONSIBILITIES (continued)

**How to avoid getting fired:**

- Follow DOT and company policy guidelines.
- Obey these specific DOT regulations which pertain to you, the CMV driver: Parts 391, 392, 395 and 396.
- Obey state and local safety rules and regulations of the states and cities you drive through.
- Keep only one valid commercial driver's license issued by your country & state of residence.
- Maintain a current and valid DOT/SCT physical.
- Furnish the company, once every 12 months, a list of all traffic violations (other than parking) for the previous 12 months

- If you are convicted of any driving violation of state or local law relating to motor traffic controls, regardless of which state issued the citation. Notify us within 48 hours of receipt of the citation.
- Notify us of any suspension, revocation, cancellation, loss of privilege or disqualification by the next business day following the day you received the notification.
- You are responsible for the safe, careful, and efficient operation of the equipment you are assigned.
- Courteous behavior is expected while driving, with customers and clients.
- Have the physical ability to safely climb on or into equipment as required.
- Have the physical ability to drive for the duration prescribed by DOT safety regulations.
- Hand load and unload freight as necessary.
- Maintain daily contact with operations.
- Follow all verbal and/or written orders from dispatch or management.
- Pick up and deliver in a timely “on schedule” manner.
- Transport shipments only in the service of the company
- Do not cause any losses to be charged to us, unless authorized by dispatch.
- Immediately report all accidents and/or cargo damage
- Turn in all paperwork in an orderly and timely manner.
- Keep yourself and your vehicle clean. Always watch your personal hygiene.

## DRIVER RESPONSIBILITIES (continued)

**Prohibited Activity:**

These company policies aid our employees and contractors in efforts to enable a harmonious work environment. We expect you to be in your best conduct while on and off duty. As a representative of the company, we hold you and your fellow workers responsible for conducting yourselves in an appropriate manner. Treat each other with respect and courtesy.

We expect your conduct and appearance to reflect a professional example of our company image. Perform quality work, be productive and remember the rights of others. Be respectful of management personnel and their decisions. The actions listed below violate our expectations of you. They include, but are not limited to:

- Violations of specific policies or requirements established by the company.

- Inadequate job performance, such as consistently missing delivery deadlines, not properly maintaining the vehicle, or failing to meet customer expectations.
- Possession of illegal drugs or unauthorized controlled substances.
- Driving under the influence of alcohol or drugs is prohibited.
- Failing a drug or alcohol test or refusing to take one when required.
- Convictions for certain criminal activities, especially those related to theft, fraud, or violence.
- unauthorized possession, use or sale of weapons, firearms, or explosives, at any time.
- Violating federal or state Hours of Service (HOS) regulations by exceeding the maximum driving hours or not adhering to required rest periods as outlined in Hours of Service (HOS) or not properly recording HOS.
- Providing false information or falsifying records, including logbooks and/or documents of any kind.
- Using a CDL for purposes other than those allowed by the license class and endorsements.
- Drivers are generally prohibited from texting or using hand-held mobile devices while operating a commercial vehicle. Hands-free devices may be allowed, but state laws can vary.
- Drivers should not operate their commercial vehicles at speeds significantly above posted limits.
- Reckless driving, aggressive behavior, or other dangerous driving.
- Operating a commercial vehicle that is overloaded or carrying improperly secured cargo is not allowed.
- Being involved in preventable accidents, especially those resulting in injuries, fatalities, Fleeing the scene of an accident is prohibited, or significant property damage.
- Accumulating traffic violations or being involved in multiple accidents.

These are just examples of prohibited activity. They are not all inclusive. Employment termination decisions will be thoroughly investigated before making a final decision.

## DRIVER GUIDE TO ALCOHOL & CONTROLLED SUBSTANCE TESTING

**There are several types of alcohol and controlled substances tests that you may be subject to as a driver.**

**Pre-Employment or pre-use:**

Before you can begin driving for the company, you will be required to undergo a pre-employment test. This test checks for the presence of alcohol and controlled substances in your system. You must pass this test to be eligible for employment.

**Random:**

Random tests are unannounced and can occur at any time. You may be selected for testing as part of a random pool. It is essential to comply with these tests when notified.

**Post-Accident:**

If you are involved in an accident while on duty, you may be required to undergo post-accident testing. This helps determine if alcohol or controlled substances played a role in the accident.

**Reasonable Suspicion:**

If your supervisor or another authorized person has reasonable suspicion that you are under the influence of alcohol or controlled substances, you may be subject to testing. This suspicion is typically based on specific observations or behavior.

**Return-to-Duty:**

If you have tested positive or refused a test in the past, you must complete the return-to-duty process, which includes a return-to-duty test. Passing this test is a requirement for resuming your driving duties.

**Follow-Up**

After returning to duty following a positive test, you may be subject to follow-up testing. These tests are scheduled unannounced and are part of the continuing evaluation process.

It's crucial to comply with all testing requirements. Failure to do so may result in disqualification from driving and other serious consequences. Remember that your safety and the safety of others on the road are the primary reasons for these tests. If you have questions or concerns about testing, please consult your Alcohol and Controlled Substances Testing Policy.

## COMPANY CONTACTS

As you read through this packet, you may have questions or concerns about company policy, company drug and alcohol testing program, post-accident procedures, or requirements mandated by state and federal governments. The following company representative(s) are available to handle your questions.

**Designated Company Representative:**

Safety Manager: Hazel Becerra

Phone: 956-962-5676

**Secondary Contacts:**

Operations Manager: Americo Guerrero

Phone: 956-482-9077

This information provides a general overview of the Federal Motor Carrier Safety Regulations on drug and alcohol misuse. It indicates the effects of alcohol and drug use on an individual's health, work, and personal life, signs and symptoms of an

alcohol or a controlled substances problem; and available methods of intervening when an alcohol or a controlled substances problem is suspected. This information combined with the company's drug and alcohol policy meets the Department of Transportation's requirements for driver educational materials in Part 382.601.

Please contact the designated company representative (DER), named in the company contact sheet, if you have any questions regarding drug and alcohol policy.

Note: the terms of alcohol use, drug abuse, and controlled substance are interchangeable throughout this information.

## A LIST OF MORE PLACES THAT CAN HELP YOUR SITUATION

**These are nation-wide sources of help and information. For local assistance refer to "COMPANY CONTROLLED SUBSTANCES AND ALCOHOL ABUSE POLICY."**

**Alcoholics Anonymous (AA)**

475 Riverside Drive at West 120th St.

11th and 8th Floors

New York, NY 10115

(212) 870-3400

**Narcotics Anonymous (NA)**

P.O. Box 9999

Van Nuys, CA 91409 818-773-9999

**Cocaine Anonymous (CA)**

3740 Overland Avenue, Suite C

Los Angeles, CA 90034

800-347-8998

**National Association of Alcoholism & Drug Abuse Counselors**

1911 N. Fortmeyer Dr., Suite 900

Arlington, VA 22209

703-741-7686

**National Council on Alcoholism and Drug Dependence**

800-622-2255

**National Clearinghouse for Alcohol & Drug Information**

800-729-6686

## HAZARDOUS MATERIALS (HM / HAZMAT)

**Drivers transporting HAZMAT, please refer to the (PHMSA) Pipeline and Hazardous Materials Safety Administration training regulations and manual for further instructions.**

**Our company does not transport HAZMAT as of the date of this publication - October 2023.**

# HOURS OF SERVICE

Check out the Federal Motor Carrier Safety Regulations (FMCSR) Part 395 for a complete reference of the minimum requirements. The regs. listed below are excerpts to remind you about key policies, which may be more stringent than the FMCSA.

The Hours of Service (HOS) rules set by the Federal Motor Carrier Safety Administration (FMCSA) establish limits on the amount of time a commercial motor vehicle driver can operate on a daily and weekly basis. These rules are crucial for reducing driver fatigue and improving road safety.

Here are the basic HOS rules, including daily and weekly limits:

**Daily HOS Rules for Drivers:**

- Drivers can drive a maximum of 11 hours after being off duty for 10 consecutive hours.
- Within the 14-hour duty period, drivers must not exceed 11 hours of driving. This includes all driving and non-driving tasks.

- After 8 hours of consecutive driving, drivers must take a rest break of at least 30 minutes before continuing.
- Drivers must take a 30-minute break before reaching the 8th hour of driving time. This break can be non-driving time, such as resting, eating, or performing other tasks.
- Drivers must finish their on-duty time within 14 consecutive hours after coming on duty.

**Weekly HOS Rules for Drivers:**

- Drivers are subject to a "60/70-hour" limit, which means they cannot drive if they have been on duty for 60 hours in any 7-day period or 70 hours in any 8-day period.
- To reset their weekly limits, drivers must take at least 34 consecutive hours off duty, which should include two periods from 1:00 a.m. to 5:00 a.m.
- Drivers must be conscious of and be aware of hours available in your 60/70-hour rule. The ELog automatically calculates your available hours. You must manually calculate the 70 Hour recap when using paper logs.




## HOURS OF SERVICE (continued)

**Sleeper Berth Provisions**

Drivers may use an approved sleeper berth outlined in § to get their required off-duty time. Driver's may use the sleeper berth in a different way to get the "equivalent of at least 10 hours off duty."

- One rest period must be no less than 7 hours and no more than 10.
- A second rest period must be at least 3 hours and no more than 10 hours.
- It does not matter which rest period the driver takes first.

Drivers may split their required 10-hour off-duty period, as long as one off-duty period (whether in or out of the sleeper berth) is at least 2 hours long and the other involves at least 7 consecutive hours spent in the sleeper berth. All sleeper berth pairings MUST add up to at least 10 hours.

**Change of Duty Status:**

Each change of duty status must be shown in the "remarks" section of the log. Notate the name of the nearest city, town or village and abbreviate the state name. Names of cities must not be abbreviated. If you are not in a city, indicate the intersecting roads and the nearest town by your location; or indicate the Hwy mile marker, direction (N, S, E, W) and nearest town by your location.

**On Duty, Not Driving (refer to FMCSR Part 395.2)**

Vehicle Inspections – "flag" pre-trip and post-trip vehicle inspections in the "remarks" section.

Other Stops – log accidents, roadside inspections, and breakdowns as "on duty, not driving" for the duration of the stop.

Times associated with items such as short loading times, awaiting paperwork, mandatory training, or meetings, performing pre-trip & post trip inspections, fueling or drug and/or alcohol screening must be logged as "on duty, not driving".

## HOURS OF SERVICE (continued)

Notice to drivers:

drivers are relieved from duty in the following situations:

During any period of driving time not exceeding eleven hours, you may make one or more stops for meals or breaks to further reduce fatigue, each stop must be of not less than thirty minutes nor more than two hours.

After arriving at our company patio, you are relieved of duty except for time spent receiving or giving documents, inspecting equipment or any other time spent in the service of the company, and/or performing a transportation function.

During the period spent at home, providing you comply with the criteria spelled out below.

For the duration of time you are stopped, you are relieved of all duty and responsibility for the care and custody of your vehicle, its accessories and any lading it may be carrying. Furthermore, throughout the duration of such stop or stops you are at liberty to pursue activities of your own choosing and you are free to leave the site at which your vehicle is properly parked and stationed if you are not on standby or awaiting a phone call from us to give you further instructions. This does not mean you may consume alcoholic beverages, as spelled out in the regulations, during this time.

The above instructions DO NOT APPLY when you are transporting Hazardous Materials and Dangerous Articles.

## INSPECTIONS

The Federal Motor Carrier Safety Administration (FMCSA) and our company require drivers to perform a thorough pre-trip inspection of their vehicle before each trip to ensure that it is in safe and proper operating condition. This inspection helps prevent accidents, breakdowns, and ensures compliance with safety regulations.

You are responsible for completing three (3) types of vehicle inspections.

**Pre-trip Inspection (FMCSR 392.7 and 396.13):**

- Begin your inspection at the front of the vehicle. Look for any visible damage, lose or missing parts, or leaks.
- Open the engine compartment and check for signs of fluid leaks, loose belts, or any visible damage.

- Ensure that the engine oil, power steering, coolant, and windshield washer fluid levels are appropriate.
- Examine each tire for proper inflation, tread depth, and signs of damage or uneven wear.
- Check for debris lodged between the tires and in the dual tires.
- Ensure that the wheels and rims are in good condition without cracks or damage.
- Verify that lug nuts are present, secure, and properly torqued.
- Test the brakes for effectiveness, including air brakes if the vehicle is equipped with them.
- Check for air leaks in the brake system.
- Examine the suspension components for any visible issues, such as damaged or missing parts.
- Look under the vehicle for any signs of damage, loose components, or leaks.
- Ensure that all lights and reflectors are functional, including headlights, taillights, turn signals, brake lights, and reflective tape.
- Verify that all required lighting is clean and visible.
- Examine the fifth-wheel, kingpin, and any other components related to the coupling system for any visible issues.
- Ensure that the load is properly secured and within legal limits.
- Check for visible signs of load shifting or damage.
- Examine the cargo area for any visible damage, leaks, or issues related to securing cargo.
- Ensure that required documents, such as permits and insurance, are in the vehicle.
- Check for the presence of required emergency equipment, such as fire extinguisher, warning triangles, and spare fuses.
- After completing the inspection, ensure that all compartments and doors are properly secured.
- Verify that the parking brakes are engaged.
- Drivers should document the results of the pre-trip inspection in the Elog, including any defects found and any corrective actions taken.
- If no defects are found, this should be documented as well.

## INSPECTIONS (continued)

(FMCSR 392.8) Before driving a CMV, you must be satisfied that the emergency equipment required by 393.95 is in place and ready for use.

Drivers must complete this pre-trip inspection before starting their daily work and address any defects or issues promptly. The goal is to ensure that the vehicle is safe to operate on the road. Any identified defects or safety concerns should be reported to the appropriate personnel for repairs. Compliance with pre-trip inspection requirements is essential for safety and regulatory adherence.

**En Route Inspections Flatbed trailers, usually (FMCSR 392.9):**

You must examine the cargo and its securing devices within the first 50 miles of a trip and make adjustments as needed to maintain a secure load. This strict requirement does not fully apply to a sealed, dry van, trailer.

During the en route inspection, the driver checks the truck's controls and instruments while driving. At each stop, the critical items are also checked. Conduct walks around safety inspections every 150 miles or every three hours, whichever comes first to reexamine the vehicle's cargo and its load securing devices and make necessary adjustments to maintain the security of the load.

**Post Trip Inspection (FMCSR 396.11):**

The Post Trips Inspection is a thorough check at the end of a trip. The inspection will be done on every vehicle driven (a bobtail or a combination of a tractor and trailer).

The driver must complete and close out the driver vehicle inspection report (DVIR) noting any defects.

**Periodic Inspections**

All commercial motor vehicles, operating in interstate commerce, must pass a full-scale DOT safety inspection every year. Make sure your vehicle's annual inspection is current before driving away. Expired inspections must be corrected prior to departing on your trip.

**Roadside Inspections**

When you undergo a roadside inspection at a weigh scale or are stopped by the police, state trooper or the sheriff for any reason and a report is made. You must call and notify the company immediately. We need to ensure any Out-of-Service violation is repaired before you move the vehicle. You are also required to turn in the original inspection report or ticket once you arrive back to the Safety Department in the yard.

## INSPECTIONS (continued)

**Roadside Inspection Information**

- Help make the inspection process flow smoothly:
- Roll down your driver's side window and watch or listen to the official for guidance about what to do next.
- Follow all hand signals or verbal instructions from the official.
- Do not unbuckle your seat belt until the official gives you the OK.
- Have your truck binder readily available.
- Have your CDL & Medical card, or Licencia Federal ready.
- Add any shipping paperwork, loosely, into the truck binder.
- If the situation permits, update your ELog to show inspection.
- Follow inspection procedure instructions from the official.
- Have your emergency equipment ready when asked for it.



- Sign for any roadside inspection paperwork.
- Find a safe place to park and call to notify the company about the inspection. Take additional instructions from dispatch or the safety department.
- Update your ELog again before driving away from the inspection location.

Do not drive away if you or your CMV was Declared Out-of-Service (OOS). Take instructions from dispatch or the safety department to get an OOS violation repaired. The company will call a Road Service company for needed equipment repairs to vehicles.

**Qualification of brake inspectors**

Drivers are not allowed to perform official brake inspections or make repairs and/or adjustments. You may make an observation and report poorly performing brakes, oil on the brakes or noticeable damage or missing parts on the brakes.

Only a Maintenance shop or the shop operated by the company may perform brake inspections, repairs or service. Owner/operators may register to be listed as a "Qualified Brake Inspector".

Visit our safety department and complete a DOT form. Submit written proof of brake experience or training. Once approved the company will list you as a "Qualified Brake Inspector".

**Recording Inspections on your Driver's Daily Log**

All time spent inspecting, servicing or conditioning any commercial motor vehicle at any time must be logged as "on duty, not driving".

You are required to notate your pre-trip and post-trip inspections on your ELog. Use the terms: pre-trip, PTI, post-trip or any Spanish equivalent. Don't forget to indicate the city and state or the nearest intersection to the city & state.

## MAINTENANCE

**Breakdown Service**

If your vehicle breaks down on the road, or if you notice an item needing immediate repair, call dispatch. We will contact the Road Service or guide you to a repair shop. Please get an authorization before allowing any repair work.

**Damaged Trailers**

You must perform a thorough inspection on each trailer you leave or pick up. Look for and report damages to dispatch. We will hold you responsible for unreported damage. Common damage issues to look for:

- deep scratches on the equipment (old or new)
- severe dents where the equipment walls have been pushed in
- severe bulges where the equipment walls have been pushed out.

- holes that allow you to see thru the wall, flooring, or roof.
- bent doors or sprung hinges making it difficult to close and lock.

**Driver Responsibilities**

- Perform daily pre-trip and post trip inspections.
- Check all fluid levels, using caution (engine oil, coolant, power steering fluid, windshield washer fluid, etc.)
- Drain air tanks and water separator daily in summer, twice daily in winter.
- Check tire pressures regularly and visually inspect tires throughout the trip to guard against blowouts and unnecessary tire damage and wear.
- Notify dispatch if you notice any serious items or OOS issues with your truck or trailer.
- Use the DVIR section of your ELog to report all mechanically related items.

**Tire Pressure**

Refer to Consolidated Policy Summary to view information regarding trailer tire pressure checks.

**Tractor Care**

It is your responsibility to care for the truck tractor's cab interior. Keep it clean and remove all trash and personal gear when your tour is finished. The safety department may charge you a cleaning fee if you leave the cab interior in a messy or unhealthy condition.

Report when the exterior of the truck and/or trailer need to be pressure washed. Report any damage you noticed or caused. Report any heavy oil or coolant leaks that need to be repaired, so we can pressure wash the soiled area afterwards.

**Unsafe Equipment**

No driver will be required to operate unsafe or OOS equipment. Unsafe equipment must be reported immediately to the company.

## UNAUTHORIZED PASSENGER POLICY

**Authorized Passengers**

Only individuals with valid passenger endorsements, as required by the licensing authority, are authorized to ride in a commercial vehicle when driven by a driver. Passengers must present appropriate identification and endorsements upon request.

**Instructor Exception**

An exception to the above rule is made for individuals providing instruction or training for the driver, such as a licensed driving instructor or mentor. In such cases, these individuals are authorized passengers, but only during the training or instructional period.

**Employee Exception**

Employees who do not possess a CDL but are required to be present in the vehicle during the course of their job duties may ride as passengers. These employees should have a legitimate reason for being in the vehicle, and their presence should be documented.

**Family or Friends**

Unauthorized passengers, including family members and friends who do not hold the necessary endorsements, are strictly prohibited from riding in a commercial vehicle. Drivers should refrain from giving unauthorized individuals a ride in the vehicle.

**Penalties for Non-Compliance**

Drivers found in violation of this policy by carrying unauthorized passengers may face disciplinary action, which may include warnings, suspension, or termination, depending on the severity and frequency of the violation. Additionally, violations may result in fines or penalties imposed by the licensing authority.

**Responsibility**

It is the responsibility of each driver to ensure compliance with this policy and be aware of the endorsements required for the type of vehicle they are operating. Supervisors and management shall enforce this policy and provide guidance and support to drivers in maintaining compliance.

## PET POLICY

This policy aims to ensure safety, compliance, and the responsible operation of commercial vehicles by establishing guidelines for the presence of pets in vehicles operated by drivers.

**Prohibition of Unauthorized Pets**

Unauthorized pets, including but not limited to dogs, cats, or other animals, are strictly prohibited from riding in commercial vehicles driven by drivers. Only service animals as defined by applicable laws are allowed.

**Service Animals**

Service animals, as defined by the Americans with Disabilities Act (ADA) or relevant local laws, are permitted to accompany drivers as necessary for drivers with disabilities who rely on the

assistance of such animals. However, drivers must ensure that their service animal does not impede the safe operation of the vehicle.

**Exceptions for Temporary Transport**

In cases where a driver temporarily transports an unauthorized pet, such as rescuing a lost animal, the driver must ensure that the pet is safely contained and does not interfere with the safe operation of the vehicle. These instances should be reported to the appropriate supervisor or management.

**Responsibility for Pet Care**

Drivers are responsible for the care, behavior, and cleanliness of any authorized service animals accompanying them. All waste and potential allergens must be managed appropriately to maintain a clean and safe environment.

**Penalties for Non-Compliance**

Drivers found in violation of this policy by carrying unauthorized pets without a legitimate reason may face disciplinary action, which may include warnings, suspension, or termination, depending on the severity and frequency of the violation. Additionally, violations may result in fines or penalties imposed by the licensing authority.

**Responsibility**

It is the responsibility of each driver to ensure compliance with this policy. Supervisors and management shall enforce this policy and provide guidance and support to drivers in maintaining compliance.

## PHYSICAL REQUIREMENTS

Drive only when you are in good mental and physical health. Wear prescription glasses, contact lenses, and hearing aids, with spare lenses and extra hearing aid batteries as required by your medical certificate.

Never operate a vehicle while your ability or alertness is impaired by illness, fatigue, or other causes making it unsafe for you to drive.

Drivers must be physically fit to safely operate the CMV. You must be able to adjust manual slide tandems on a trailer and release the tractor fifth wheel from the trailer kingpin on a tractor trailer combination. You must be able to stack and unstack freight from the dock to the trailer; and from the front of the trailer to the rear of the trailer or onto the dock, if requested to do so by dispatch or the receiver. (Special situations only.)

**Medical Recertification**

Each company driver and independent contractor must be examined and re-certified at least every 24 months at a DOT certified medical facility. It is your responsibility to ensure your medical certification remains valid. Submit a copy of your renewed med exam report to the safety department.

Contact the Safety Department if you fail your medical exam or experience a problem getting re-certified.

**Injuries or Illness**

The Federal Motor Carrier Safety Regulations are strict in the area of physical. standards for commercial drivers. See FMCSR Parts 391.41 and 391.43, for a complete description. If you have or suffer from an injury or illness (no matter how minor), or you are taking a medication(s), it is important you follow these steps below:

- Immediately contact and inform your dispatcher or the safety department.
- Notify dispatch or the safety department when the physician releases you and you are fit or unfit to drive. We reserve the right to discuss any issues with the physician, so we do not violate DOT requirements, or your health and safety.

If you were ill and it was necessary to see a doctor or a physician's assistant. We request a doctor's office written and signed release before you are allowed to work or drive. Please include the following info on the release letter:

- Statement containing your full name and that you may return to work and/or drive.
- The date you may begin working/driving.
- The physician's full name.
- The physician's signature.
- The date of the physician signed the statement.
- Note, any prescribed medication(s) and if this/these medicine(s) will hamper your work/driving ability, driving reaction ability and decision-making processes.

## SAFETY MEETINGS

The Safety Department will schedule informational presentations of safety related information for CMV drivers, leased contractors, admin staff and maintenance staff. We may employ various. methods of reaching out to you, not always via a group meeting setting. We may opt to text or relay important info to you via ELog texting, phone text, WhatsApp, video calls, email, leaflets or mini pamphlets.

**The purposes of these meetings will be:**

- will conduct safety meetings on a regular basis to ensure that all employees, including drivers, and contractors are informed about, and compliant with, safety regulations and best practices.

- will address a range of safety topics, including but not limited to vehicle inspections, hours of service (HOS) compliance, distracted driving, cargo securement, hazardous materials handling, and emergency procedures.

Safety meetings may be held on-site at facilities or remotely, depending on the circumstances and needs of participants. The company will provide advanced notice of meeting dates and times.

All employees, including drivers and contractors, are required to attend safety meetings. Non-attendance may result in disciplinary action.

The company may also invite external experts or authorities to present on specific safety topics.

Meetings will be led by the Safety Department and/or Human Resources Department.

Presenters will use engaging materials and real-world examples to ensure the information is informative and relevant.

Attendees are encouraged to actively participate, ask questions, and share their experiences.

Meeting minutes and records will be kept, including a list of attendees, topics discussed, and any actions or follow-up required.

In tandem with the safety meetings, an ongoing safety awareness program will be set up using posters, newsletters and payroll stuffers. Please review all the available information distributed, so you'll be well informed.




**SECURITY REMINDER**

- Always safeguard your CDL/LF. It's a valuable document and losing it can lead to administrative complications and delays.
- Keep your CMV secure when not in use. Lock the doors, close windows, and ensure the vehicle is parked in a well-lit and secure area, especially overnight.
- Always carry your CDL and a valid photo ID when operating a CMV. Law enforcement may request them during inspections.
- If your CDL is stolen or lost, report it to the appropriate authorities and your employer promptly.
- Ensure the security of your cargo. Be aware of any unusual activities near the CMV and inspect the cargo periodically during transit.

- Stay alert to your surroundings. Be aware of any suspicious behavior, especially at rest areas and truck stops.
- Take precautions for personal safety. Be cautious when interacting with strangers, especially if they approach your CMV.
- Do not pick up hitchhikers or allow unauthorized passengers in your CMV. It's a safety and liability concern.
- Secure your personal belongings, including cell phones, wallets, and other valuables, to prevent theft.
- Conduct thorough pre-trip inspections to identify any tampering or potential security issues with your CMV.
- Maintain a list of emergency contacts, including your employer, local law enforcement, and roadside assistance, for quick access in case of security concerns or incidents.
- Safeguard your records and documentation, including bills of lading and delivery receipts, to prevent unauthorized access.
- Comply with all regulations and security guidelines set by your employer and relevant authorities.
- In the event of a security breach or emergency, follow established company protocols for reporting incidents and seeking assistance.
- Stay informed about current security threats and updates related to the trucking industry. Be aware of trends in cargo theft and security issues.
- Be cautious with your personal and company-related electronic devices, especially those connected to the CMV's systems. Protect your data and be aware of cybersecurity threats.
- Properly use locks and seals on trailers and cargo to prevent tampering or theft.
- Ensure that any personnel with access to your CMV undergo thorough background checks and are authorized to be in or around the vehicle.
- Stay up-to-date with safety and security training provided by your employer or relevant industry organizations.
- Remember that safety and security are paramount in the trucking industry. By following these reminders and staying vigilant, CDL holders can help maintain the security of their CMV, cargo, and personal safety while on the road.

## VEHICLE OPERATION

Safely operating a semi-tractor is crucial to ensure the safety of the driver and other road users. Here are some recommended to safely operating a semi-tractor:

**Pre-Trip Inspection:** Conduct a thorough pre-trip inspection of the semi-tractor. Check the tires, brakes, lights, signals, mirrors, and other essential components to ensure everything is in working order.

**Adjust Your Seat and Mirrors:** Before starting the engine, adjust your seat and mirrors to ensure proper visibility.

**Seat Belt:** Always wear your seat belt when operating a semi-tractor. A motor vehicle, which has a seat belt assembly installed at the driver's seat shall not be driven unless the driver has properly restrained himself/herself with the seat belt. Every bus, truck and tractor manufactured on or after January 1, 1985, must be equipped with a seat belt assembly installed at the driver's seat and at the right front outboard seat, if the vehicle has one.

**IF IT'S THERE, USE IT. IF IT'S NOT THERE, FIND OUT WHY?**

**Vehicle Controls:** Familiarize yourself with the vehicle controls, including the accelerator, brake, clutch, and transmission.

**Shifting Gears:** Shift gears smoothly and without force. Avoid grinding gears, which can damage the transmission.

**Braking:** Use a steady and controlled foot on the brake pedal, especially when hauling heavy loads. Maintain a safe following distance from other vehicles.

**Steering:** Use both hands on the steering wheel for better control. Avoid oversteering, which can lead to a loss of control.

**Turns and Lane Changes:** Plan and position your vehicle in the turning lane well in advance. Use your turn signal to communicate your intention. Do not turn on your turn signal too soon. There may be a side street or alley before you get to the place you want to turn, and a vehicle may be waiting to enter the roadway. Upon seeing your turn signal the vehicle may dart out in front of you.

**Backing Up or Going in Reverse:** Plan your route to minimize the need to back up. Never go back into traffic without a ground guide to assist you. Even if you use a ground guide, remember you are ultimately responsible for backing up, safely.

**Bobtailing and Deadheading:** Exercise caution and travel at a slower speed when bobtailing or hauling empty or partially loaded trailers. Especially on wet or icy roads.

**Speed Management:** Adhere to posted speed limits and adjust your speed to road and weather conditions.

## VEHICLE OPERATION (continued)

**Maintain Safe Following Distance:** Keep a safe following distance from the vehicle in front of you to allow for sufficient braking distance.

**Following Distance During Adverse Conditions:** Double your following distance when the roads are slick, or visibility is limited. It is wise to make your truck more visible to other vehicles on the road by turning on your headlights.

**Distracted Driving:** Avoid distractions, such as using mobile devices, while driving. Focus on the road and your surroundings.

**Fatigue Management:** Manage fatigue effectively by taking breaks as required and getting adequate rest.

**Hours of Service (HOS):** Adhere to HOS regulations and maintain accurate records of your driving hours.

**Emergency Vehicles: YIELD** the right of way to emergency vehicles using sirens or warning lights. Use your turn signal, pull to the right and slow down or stop. Wait until the emergency vehicle passes by before re-entering the lane. Signal your intentions, use your turn signals.

**Expressway and Interstate Highways:** Do not attempt to pass in the vicinity of an interstate exit or entrance ramp. Other drivers might suddenly switch lanes to get in position to exit the interstate. Other drivers may enter the interstate in front of the vehicle you are passing, causing the vehicle you are passing to swerve into your lane.

**Intersections:** Watch for dim green, yellow or red lights. Green lights do not, automatically, give you the right of way. Yielding the right of way is the sign of a Professional, safe, driver. Never try to beat the light.

**Overhead Clearance:** Bridges, tunnels, alleys, wires, tree limbs and other obstructions demand special care on the part of a Professional Driver. Road repairs, rough roads, ice, and snow may cause difficulty where clearance is otherwise adequate. Watch for:

- new blacktop. They may not have re-measured the change in height and remarked the sign.
- snow and ice accumulation on the roadway.
- ice or other objects hanging down under viaducts or bridges.
- tunnels or underpasses not permitting 2 vehicles to pass at the same time.

**Load Securement/Cargo Handling:** When permitted, watch over and supervise the loading. Make sure the forklift operator properly distributes and balances the load. Ensure the cargo is properly blocked and braced to prevent movement or falling over. If you are not permitted to observe the loading, ensure this is noted on your BOL. They must sign a declaration statement indicating the cargo was loaded by them, the shipper, IAW DOT standards. If they refuse, notify your dispatcher. Stay calm and do not argue with anyone.

## VEHICLE OPERATION (continued)

**Overweight, Over height, Over width (wide load), Overlength:** You must ensure the gross weight and the axle weights of the vehicle comply with state laws and regulations. Pay attention to requirement changes in different states. If your truck and trailer do not scale properly, notify your dispatcher for help. Follow the guidance given by dispatch. Failing to meet height and weight requirements is against company policy.

**Parking:**

- Park so other vehicles can get out or move around you.

- Do not block driveways, fire hydrants, trains, crosswalks or park in a "no parking" zone.
- If you must park without turning off the engine. Be considerate of people in homes or trucks trying to sleep.
- Be aware of places or towns with laws against truck idling.
- Do not park on highway entrance or exit ramps, toll roads or any place where parking is prohibited by law.
- When parking, apply the parking brakes.
- If on a hill with the engine off, place vehicle in lowest forward or reverse gear, depending upon the position of the truck.
- Avoid parking on steep grades. If necessary, chock the wheels.
- If you need to park on the shoulder, TURN ON YOUR 4-WAY FLASHERS.

**Passing:** Ask yourself, "Is it really necessary?". Passing should be attempted only where legal to do so and when more than adequate clearance is available. Activate your turn signals with time, prior to any lane change.

Do not pass near interstate exit or entrance ramps. Other drivers might suddenly switch lanes to get in position to exit the interstate. Oncoming ramp drivers may enter the interstate in front of the vehicle you are passing, causing the vehicle you are passing to swerve into your lane.

If you are getting passed—keep right and reduce your speed to help the other vehicle pass quickly and safely. Avoid signaling other drivers when it is safe to pass. You may be held liable for injury or damage should an accident occur.

**Railroad Crossings:** Approach every crossing expecting a train. Adjust your vehicle's speed in accordance with your ability to see and check for a(n) approaching train(s). Keep your speed slow enough to enable you to stop, quickly, if necessary. Never attempt to cross to beat the train.

Some railroad crossings are in poor condition. Reduce your speed to avoid damaging your vehicle, its tires or cargo. Avoid getting caught in traffic and trapped atop or too close to the tracks. Watch for trains when inside a factory or plant. Do not shift gears while crossing railroad tracks.

## VEHICLE OPERATION (continued)

**BEWARE!!**

- **RAILROAD CROSSING SIGNALS, BELLS & ARM BARS CAN BE OUT OF ORDER!**
- **OF AREAS WITH HIGH-SPEED RAIL SERVICE.**
- **OF RAILROAD CROSSINGS WHERE THE STREET IS CURVED TOWARDS YOUR BLIND SIDE.**
- **OF CROSSINGS THAT HAVE MULTIPLE RAILS. MORE THAN ONE TRAIN COULD BE CROSSING AT THE SAME TIME.**

- **OF TRAFFIC STOPPED AT A SIGNAL LIGHT ON THE OTHERSIDE OF THE RAILROAD TRACKS BEFORE CROSSING. YOUR TRAILER MAY NOT HAVE ENOUGH ROOM TO CLEAR THE TRACKS IF THE LIGHT DOESN'T CHANGE TO GREEN.**

**Right of Way:**

- Never demand the right of way.
- Be courteous, let the other vehicle go first to avoid trouble.
- Stay towards the right, except when passing or getting into position to make a turn.
- Be ready to yield to vehicles that dash out in front of you from side streets, interchange ramps, private and public driveways.
- Make a complete stop when entering main streets from side streets, alleys, driveways, garages, terminal yards or building exits.
- Stop and leave room for pedestrians in a crosswalk.
- down or stop to check for oncoming traffic before completing your turn.
- When going thru a crosswalk, ensure the walk is clear, pull passed the crosswalk, slow.
- Never break a funeral procession.
- Military convoys, in close formation, have the right of way.

**School Bus and School Zones:** Pass School buses slowly and carefully. You must stop when the school bus has its red flashing lights turned on. You must stop when on a two-lane divided road or a one- way street. Watch out for children after the bus turns off its lights or begins to drive away.

Reduce your speed to the posted limit or below when passing through a school zone. Respect all school patrol signals. Proceed with caution even when signaled to proceed by a school patrol.

**Defensive Driving:** A defensive driver is careful. They do their best to avoid committing driving errors. A driver who makes allowances for the other driver's lack of skill, poor judgment, and attitude. A defensive driver adjusts his/her driving techniques during weather hazards, poor road conditions and for mistakes made by pedestrians and other drivers on the road. This style of driver is always alert, scanning the road ahead and behind looking for accident-producing situations. This professional driver applies any needed preventive actions and grants the right-of-way to avoid accidents.

## VEHICLE OPERATION (continued)

**Emergency Stopping:** Stop at accident scenes only in the absence of authorities and other assistance. If you stop to render aid in an emergency, always park your unit in a safe location. Attempt to park in front of the accident scene and set out your warning triangles. If your help is not needed, do not stop your vehicle. It could block traffic or cause an accident.

**Trailers – Dropping off:** If the ground is soft or uneven, consider dropping the trailer in another area. If there are no other options, look for something you can use as a landing leg parking pad.

This may limit the amount of sinking into the ground or compensate for unleveled areas. If the ground is too soft or other areas aren't available, notify dispatch.

Damage caused to trailers during hooking or dropping and unhooking is considered a preventable accident.

**Trailers - Hooking up:** Check to see if the trailer is resting and locked onto the fifth wheel.

Upon hooking the trailer, crank landing gear to the fully raised position. Do not pull a trailer with partially raised landing gear. If the landing gear or crank handle &/or gears are damaged, report it.

Check the clearance between the tractor and trailer during the first several turns. Slide the fifth wheel, if necessary, to enhance the clearance. Check to ensure the electric cable and air lines are not overstretched or pinched.

Check to ensure the locking mechanism and pins on trailer tandem axle slider are in a locked position before departing.

If the trailer does not have a seal or lock, check the paperwork. Add a seal or lock, and record the number on the BOL, if needed or when instructed to do so.

**Truck Stop Parking:** Truck stops are the scene of the most commercial vehicle accidents. Some of these accidents are avoidable by driving extra carefully thru these areas. Park in well-lit areas. Stay away from the back rows and do not park at the end corner of any row, leaving you exposed to the mistakes of others. Again, be careful when it's your turn to drive or leave the truck stop.

**Unauthorized Use of Equipment:** Company vehicles are for company business use. Visit and park at places that avoid portraying a poor company image. Company vehicles have GPS tracking. Be ready to explain any and all out of route trips. Trips to unauthorized places or grave deviations from the specified or regular route may subject you to disciplinary action.

**Hazardous Materials:** If transporting hazardous materials, strictly adhere to all relevant regulations and guidelines for handling, securing, and transporting hazardous materials.

**Ongoing Training:** Stay up to date with safety training and continue learning about industry best practices to improve your skills and knowledge.

**Communication:** Maintain effective communication with your dispatcher and other drivers to ensure the timely and safe delivery of cargo.

## VEHICLE OPERATION (continued)

**Incident Reporting:** In the event of an incident, promptly report it to your employer and law enforcement. Cooperate fully in accident investigations.

By following these recommendations, you can enhance the safety of your semi-tractor operations and contribute to the well-being of yourself and other road users. Safe and responsible driving is essential in the operation of commercial motor vehicles.

## PERSONAL PROTECTIVE EQUIPMENT

Drivers must have their Personal Protective Equipment (PPE) to ensure safety while on the road, at the shipper, and the consignee.

This may include:

**High-Visibility Vest**

To increase visibility to other drivers, especially when working on or around the truck.

**Steel-Toed Boots**

To protect the feet in case of accidents or injuries while loading/unloading cargo.

**Gloves**

For handling cargo and equipment safely, especially in adverse weather conditions.

**Safety Glasses**

To protect the eyes from debris or harsh weather conditions.

**Ear Protection**

For reducing noise exposure in noisy environments like loading docks.

**Hard Hat**

In some cases, when working around construction sites or while loading/unloading.

**Reflective Clothing**

Additional reflective gear for nighttime driving.

Remember that specific PPE requirements can vary based on the nature of the job. Always follow your employer's guidelines, shipper's and consignee's regulations for safety gear while operating as a driver.

## INJURY AVOIDANCE

If you are ill or injured while not on dispatch or prior to being dispatched, you must inform your dispatcher. Let them know your situation and when they can expect you back.

Conduct yourself in a safe manner to prevent injuries while working.

Here are some techniques and tips to help truck drivers prevent injuries:

- Always use your seat belt. Teams must use the sleeper safety net.
- When opening trailer doors, keep the door between you and the freight. Watch for wind gusts or loads that shifted and are weighted against the trailer door.
- do not jump from your trailer onto the dock, if the distance is too far. Watch for slippery surfaces when doing so.
- When loading or unloading cargo, use proper lifting techniques, such as bending at the knees, keeping the load close to your body, and using your leg muscles to lift.
- Whenever possible, use mechanical aids like pallet jacks, forklifts, or loading ramps to minimize manual handling of heavy cargo.
- Perform stretching exercises before starting your day to reduce the risk of muscle strains and stiffness.
- Pay attention to your posture while driving and avoid sitting in awkward positions. Use lumbar support to reduce back strain.
- Ensure you get enough sleep and take breaks during long drives to prevent fatigue-related injuries.
- Adjust your seat, steering wheel, and mirrors for ergonomic comfort to reduce strain on your body during long hours of driving.
- Ensure that your cargo is loaded and secured properly to prevent overloading, which can affect vehicle stability and increase injury risks.
- Wear comfortable and supportive footwear that provides good arch support to reduce strain on your legs and lower back. Steel-toed work shoes or boots are strongly recommended. Work shoes or boots are required for loading or unloading freight. Cowboy boots, tennis shoes, sandals, slippers, open-toed sandals or no shoes are unacceptable while climbing during loading and unloading situations.
- When entering or exiting your truck, always use three points of contact to prevent slips and falls.
- Stay hydrated to reduce the risk of muscle cramps and heat-related injuries, especially during hot weather.
- Incorporate regular exercise into your routine to maintain physical fitness and flexibility.
- Consume a balanced diet to maintain your overall health and energy levels on the road.
- Schedule regular health checkups to identify and address any potential health issues.
- Use seat cushions or cushioned seat covers to reduce vibration and pressure on your spine.
- Stay updated on safety regulations and be aware of any changes in the industry that might affect your safety.
- Use sunscreen and sunglasses to protect yourself from the sun's harmful UV rays, especially during long hours of exposure while driving.
- Report any safety concerns or equipment issues to your employer promptly, so they can be addressed.
- Pay attention to your mental health and seek support when needed. Long hours on the road can be isolating and stressful.
- Maintain a safe following distance and practice defensive driving techniques to reduce the risk of accidents and injuries.

- Avoid distractions like texting or using a phone while driving to ensure you stay focused on the road.

Remember, injury prevention is an ongoing process. Regular training, awareness, and a commitment to safety can help drivers reduce the risk of injuries and stay safe on the job.

## UNIT MODIFICATIONS

It is the responsibility of all drivers to ensure the vehicle they are operating is well-maintained and safe to operate. No modifications will be authorized to any company vehicle. This includes, but is not limited to lighting, speedometer, window tinting, license plates, exhaust, stereo equipment, and wheels.

**Lighting Modifications**

- All modifications to the unit lighting system, including the addition of non-standard, colored, or excessive lights, are strictly prohibited.
- All lighting modifications must adhere to federal, state, and local regulations. Any alterations that reduce visibility, distract other drivers, or violate these regulations are not allowed.
- Installation of lights that may distract or blind other drivers or impair the safe operation of the vehicle is strictly against policy.

**Speedometer Modifications**

- The speedometer must remain in factory-calibrated condition. Any changes that affect its accuracy or functionality are not permitted.
- Tampering with or altering the speedometer to display incorrect speeds is a serious policy violation.
- Maintaining an accurate speedometer is crucial for compliance with speed limits and FMCSA safety standards.

**Window Tint**

- Any window tinting on the unit must comply with federal, state, and local laws regarding light transmittance and darkness limits.
- Only professionally installed and approved window tints are allowed. Tints that hinder visibility, exceed federal, state, and local legal limits, or compromise driver safety are not permitted.

**License Plates**

- The license plates on the unit must be legible and comply with federal, state, and local regulations. Any modifications or obstructions that make the plates non-compliant are strictly against policy.

**Exhaust Modifications**

- All exhaust system modifications must adhere to federal, state, and local and environmental emissions regulations. Any changes that increase emissions beyond legal limits are prohibited.
- Modifications to the exhaust system that lead to excessive noise levels, causing disturbances or violating federal, state, and local noise regulations, are against policy.

**Stereo and Audio Equipment**

- Adding or modifying the stereo or audio equipment in a way that can be a distraction to the driver or impede safe operation is prohibited.
- Any modifications that interfere with the truck's ability to emit audible warning signals, such as horns, are strictly against policy.

**Wheel Modifications**

- Changing the size or type of wheels without prior authorization is not allowed. Wheels must meet safety and load-bearing requirements and be compliant with federal, state, and local standards.
- Modifying wheels or rims in a way that reduces load-bearing capacity or compromises structural integrity is strictly against federal, state, and local policy.

**General Compliance**

All modifications must comply with federal, state, and local regulations and laws. Non-compliant modifications can lead to fines, violations, and potential safety hazards.

## WHISTLEBLOWER PROTECTION

We take safety concerns seriously and encourage our drivers to report any issues they encounter. We are committed to protecting the rights of employees who report safety concerns, and we strictly prohibit any form of retaliation against those who report in good faith. As a driver, you have the following rights and protections when reporting safety concerns:

- You have the right to report safety concerns without fear of your identity being disclosed without your consent. Any reports you make will be treated with the utmost confidentiality.
- We strictly prohibit any form of retaliation against employees who report safety concerns in good faith. This includes, but is not limited to, termination, suspension, demotion, harassment, or any adverse employment action.
- As a whistleblower, you are protected by various federal and state laws, including the Surface Transportation Assistance Act (STAA) and the Federal Motor Carrier Safety Regulations (FMCSRs). These laws prohibit retaliation against drivers who report safety concerns.
- We encourage drivers to use our internal reporting procedures to address safety concerns. Reporting through the designated channels ensures that your concerns are appropriately addressed and documented.

If you feel that your rights as a whistleblower have been violated, contact the Safety Department immediately, and we will take the necessary steps to address the situation.

## END OF SAFETY POLICY MANUAL SECTION

# CMV DRIVER HANDBOOK

**Driver responsibilities are listed below in order of priority.**

Read and understand the contents of the CMV Driver Handbook.

You are required to know and follow all the items listed here.

1. Drive a tractor/trailer or straight truck in a safe and efficient manner.

2. Load and Unload freight in a safe manner.
3. Ensure that all freight picked up or delivered is:
   - Checked in and properly recorded.
   - Properly secured – from shifting and theft.
   - Loaded according to vehicle size and weight restrictions.
4. Comply with the company trucking safety standards & turn in papers on time.
5. Complete these forms & reports using our standards & methods:
   - Daily AGI paperwork not listed here.
   - Pre/Post Trip Inspections.
   - ELogs / paper logbooks or timecards.
   - Inspect and report the following types of Accidents:
     - Incidents, major or minor.
     - Injuries, major or minor.
     - Truck / Trailer damage to, the company owned, leased or interchange vehicles.
6. Accurately report cargo overages, shortages, or damages to Dispatch & follow company's procedures.
7. Please show courteous behavior to the motoring public, shippers, warehouse personnel, enforcement officers and fellow personnel.
   - Study & learn the DOT regulations & our policies related to the driver, driving & your commercial motor vehicle (CMV).
   - Pick up and deliver freight on schedule, without delays.
   - Drive only when you are in good mental and physical health.
   - Always carry your medical card & CDL; or Licencia Federal.
8. Wear glasses, contacts or other devices as required by your medical examiner; or as required by your CDL or Licencia Federal.
9. Never operate a vehicle while sleepy, tired, or very sick. Especially after drinking alcohol or using prohibited drugs. These conditions impair your senses & reaction time, making driving a big rig unsafe for you and others.

**Job Requirements (knowledge, skills, and abilities)**

- Drivers must comply with the DOT regulations.
- Drivers must be a minimum of 23 years of age, preferably.
- A driver's commercial driver's license must be a Class A or B with air brakes.
- Drivers must pass a DOT/SCT physical and drug screen.
- Drivers must have a valid and clear CDL. Only 1 speeding violation of less than 15 miles in the last twelve (12) months is acceptable.
- Drivers must understand and accept directions.
- Drivers must know & show GPS and paper map plotting & reading skills.

**CDL / LF Renewals**

Submit a copy of your CDL to the Safety Department on or prior to its expiration date. Failure to do so results in a suspension until you submit a valid copy.

**Annual Review of Driving Record**

DOT regs. Part 391.27 states you must report all moving violations to us, at least once a year. Report all violations, except parking tickets, you received in the last (12) months. We have a DOT form you must complete, sign and return to us. We will request a Motor Vehicle Report (MVR) for CDL holders. For Licencia Federal (LF)

holders, we'll check for tickets and warrants via the local Sheriff Office.

**Physical Requirements**

You must get a physical exam by a doctor (or equivalent) every 2 years. Unless your exam report indicates sooner. We'll remind you before your med card or Apto expires. We'll flag you from driving a CMV until we get a copy of your updated med exam report, card &/or Apto. Use must use a Certified clinic, as per DOT regs.

**Appearance and Attitude**

We expect you to act and dress professionally when interacting with customers, company employees or persons you meet in your daily activities. Don't embarrass or bring shame upon yourself and us.

Change or clean up before meeting others. T-shirts, polo shirts and jeans are OK. Avoid torn clothing, sleeveless or muscle shirts and open-toed shoes like sandals. Don't wear open-toed or slippery soled shoes on factory or warehouse grounds. Keep a set of proper clothing & safety gear for pickups & deliveries.

**Communication** is among the most important traits of a company driver. The company has contracts with automotive companies. **Some of these contracts require on-time pickups and deliveries, with no or very little flexibility.** This means, if you arrive late, the factory or plant may have to shut down to wait for you. The company and you can be held responsible for **"Service Interruption / Stoppage"** damage.

**Damages, like this, can cost around $60,000 dollars per minute for stopping a plant or factory's production.**

One way to avoid such a grave mishap is by **communication**. If you notify us, well in advance, due to a serious traffic accident, a big construction detour or a mechanical breakdown, we can alert our customer. They may be able to make other temporary arrangements to avoid the shutdown. Some plants can draw from a reserve supply of raw products or material to keep production going, for a short time longer, until you arrive. If we fail to inform our customer you will be late, the company and you will be held responsible for the Service Interruption of their production schedule.

**NOTIFY DISPATCH** if you have or foresee a problem getting to the scheduled pick or drop.

Be aware if the company is deemed responsible for shutting down a customer's production line. The company reserves the right to seek reimbursement money from you. Why? Because we'll

have to pay a fine to our customer for your mistake and your failure to tell us, well in advance, about your pick or drop delay.

**Payroll Policy**

All drivers and leased truck owners are paid weekly. If you have a pay question or problem, please schedule a meeting, or ask for a means to text or email the Finance Manager. Start by calling the main office number and inform your dispatcher of the details. The company will not pay for trips without receiving all the required paperwork. This includes an original, signed or stamped, BOL or delivery document.

**Protect Company Information**

Every employee or leased contractor must protect company information and techniques. We share a common interest in making sure confidential information is not disclosed. Please do not discuss information about our clients, cargo, pricing, contracts, deals, or similar confidential info with anyone that doesn't work for the company.

**Safety Guidelines Policy**

The company is committed to creating a safe working environment for you and our employees. (the company and you) / we must do our very best to meet and comply with all applicable safety and security laws, regulations, policies, and requirements. Laws and standards set in place by agencies such as USDOT-FMCSA, NHTSA, EPA, OSHA, DHS, CBP, ODAPC, PHMSA, state DPS, Sheriff, local police, and other local safety, fire and health departments or agencies.

Together, we must make every effort to ensure safe practices are employed and followed on a daily basis.

## THINK SAFETY!

We strive to achieve and keep a **"SIMPLE, Proactive"** safety goal in place.

- We expect you to Think First, then act.
- Keep yourself safe, so you, in turn, will keep others safe!

**Again, we remind and require you to:**

Comply with all federal, state, and local laws and regulations. Observe all company policies and guidelines related to the safe and efficient performance of your work. **THINK SAFETY** while performing each job function. Keep our Simple, Proactive, safety goal in place, every day. Report or correct unsafe items and/or methods and procedures. Avoid and prevent Accidents and Injuries!

**Disciplinary Procedures**

Follow all safety rules, regulations, plans and procedures in effect. Expect disciplinary action if you violate a company safety rule. Disciplinary actions may include:

- Verbal reprimand: your supervisor will meet with you informally and

- discuss your safety error(s) and expect you to make, better, decisions in the future.
- Written reprimand: your supervisor will write and place a letter of reprimand about your safety misconduct in your driver or leased contractor personnel file.
- Warning of probation: a written letter of probation about your safety misconduct will be placed in your driver or leased contractor personal file. The letter will state you will be placed on probation the next time it happens again.
- Probation: a period of time when you are given specific rules and goals to meet. If the rules and goals are not met, termination of employment follows.
- Warning of suspension: a written letter about your safety misconduct. It warns you that one more incident will lead to suspension. A copy will be placed in your personnel file.
- Suspension: a decided upon period of time that you are prohibited from using or being on company property. No pay will be paid to you during this time.
- Dismissal/Termination of Employment: the permanent separation of an employee or leased contractor from our company, due to disciplinary reasons.

Expect disciplinary actions upon violating a company safety guideline or rule. The disciplinary punishment will equal the severity of the safety violation.

**Required Documents to Keep**

We revise and continually update our company log policy and the ELog auditing processes. FMCSA requires us to keep certain records. Please study and learn what docs you must turn into us upon request or when you get back to Laredo, TX.

USDOT-FMCSA's 49 CFR, Part 395.8(k)(1) requires we keep all driver records of duty status (logs, ELogs, timecards) with all supporting paperwork:

- for each CMV driver we hire (to include leased CMV drivers).
- for a period of six months after the document was created.

**Supporting documents include items like these below:**

- Bill of lading and shipping documents (BL/BOLs)
- PRO, Pro Bills, PO
- Freight bills (Facturas)
- El pedimento
- Dispatch and scheduling records
- Fuel purchase records.
- Fuel billing statements/reports
- Toll and Bridge crossing receipts
- Weigh scale tickets or receipts
- Any sort or related shipping paper
- Cash advance receipts
- Pickup and/or Delivery receipts
- Settlement sheets/statements
- Driver or leased contractor pay records, statements or reports.
- ELog GPS tracking reports

- Shop or roadside repair bills and receipts
- Documents related to carrier operations.
- Transportation related faxes, emails, gate guard in-out records, etc.
- Any other transport, shipping or delivery related doc not mentioned here.

Turn in all documents to dispatch upon your arrival to the Laredo, TX yard. If you are on a cross-country type of run, then you must mail, scan or fax these documents to us within (13) days of when they were generated. **(Check with us before taking this action.)** Keep the original paperwork until you arrive at the Laredo, TX yard, then submit them.

All Records of Duty Status must be accurate. We'll check your ELog or timecard against supporting documents for falsification. Failure to submit all supporting documents will result in disciplinary action, the termination of your employment or leased contract with us.

**Driver Qualification and Hiring Policy**

Our company is committed to hiring the best and most qualified CMV drivers available. To fulfill this commitment, the company adheres to the following Driver Qualification (DQ) procedures and standards.

**Qualification Procedures**

Our driver hiring procedures and standards were developed to achieve two goals.

- Goal# 1: to meet or exceed all Federal Motor Carrier Safety Regulations (FMCSRs) concerning driver qualification.
- Goal# 2: to select the top drivers available. Drivers who share company values and goals of operating in a safe, legal, and professional manner.

**Hiring Standards**

We require driver applicants to be a minimum of 23 years of age and have a minimum of 2 years of verifiable tractor-trailer driving experience within the United States and/or Mexico in similar CMVs.

Driver candidates who worked at more than 3 truck companies within a given year may be rejected. We look for and prefer a driver who is stable and loyal.

Our hiring standards only accept driver applicants with 1 or fewer chargeable or preventable minor motor vehicle accidents within the past 3 years. Driver applicants who fail to meet this criterion won't be considered for employment. The preventable accidents listed below will automatically disqualify you:

- a preventable rollover.
- a preventable jackknife.
- a preventable rear-end collision.
- a preventable accident resulting in an injury or fatality.

CMV drivers with more than 1 preventable accident within 3 years will not be considered. Any current driver will be terminated for the same reason. Drivers accidentally dropping a trailer with raised landing gear will be terminated unless a mechanical failure was involved.

Applicants with violations beyond these standard limits or with patterns of unsafe driving behavior are unacceptable.

We won't consider drivers for employment if you were convicted of any drug or alcohol related offense within the past 5 years, using a CMV. A history of an offense involving a CMV while impaired by alcohol or drugs, or a history of refusing to undergo drug or alcohol testing is unacceptable. We do not tolerate violations of FMCSA drug and/or alcohol use or abuse requirements.

We won't consider drivers convicted of reckless or careless driving of a CMV within the past 5 years. Drivers convicted of operating a CMV with willful and wanton disregard for the safety of persons or property are also unacceptable.

We won't consider drivers convicted of a felony using a CMV or leaving the scene of an accident while operating a CMV.

We require and/or expect you to know, improve, study and comply with FMCSA regulations regarding the English language proficiency. Violations will result in a warning letter, probation and job termination.

**Application for Employment as a Driver**

Driver applicants must complete an application for employment furnished by the company. The application requirements are found in FMCSR Part 391.

We and DOT require you to list all previous employers for the last 10 years. Employment gaps must be explained on the application. We won't hire drivers who falsify application information.

**License**

The Safety Department will need a legible copy of your CDL or LF license. The Safety Department will ensure the license is valid, has not expired and is the correct Class of license. We'll check the endorsements issued by your state of residence and ensure you possess only one CMV or LF license.

**Motor Vehicle Record (MVR)**

We'll request an MVR or check the SCT website. We'll request other FMCSA or TXDPS reports also. We'll review all the information to see if you meet our policy hiring standards.

**Pre-employment Drug Test**

You must take a DOT pre-employment drug test. You will not be hired until we get a negative test result on the first test attempt.

**Road Test**

We require you to take a road test. The road test exam will be done in truck tractor like the one we expect you to drive. The company's road test exam will be approximately 5-15 miles in length, and cover most of these driving tasks:

- Perform a complete pre-trip and post-trip inspection.
- Safe coupling and uncoupling procedures of a combination tractor and trailer
- Placing the vehicle into operation
- Ability to control the commercial vehicle, including smooth acceleration, braking, and steering. Ensure you maintain proper lane positioning.
- Proper use of emergency equipment
- Regularly check your mirrors to be aware of your surroundings. Proper mirror use is crucial for safe driving.
- Follow all traffic laws, including obeying speed limits, stopping at stop signs and red lights, and yielding the right of way when required.
- Use your turn signals and brake lights appropriately when making turns, changing lanes, and slowing down.
- Maintain a safe following distance behind other vehicles. The examiner will assess your ability to anticipate and react to traffic conditions.
- Your test route includes lane changes, demonstrate proper signaling, mirror checks, and safe lane changes.
- Make safe and smooth turns at intersections. Yield the right of way when necessary and check for pedestrians and other road users.
- Use the horn when it's necessary to alert other drivers or pedestrians to your presence.
- Demonstrate appropriate use of the vehicle's brakes, including smooth and controlled. Braking, and slowing by means other than braking.
- Backing and parking, show your ability to safely back up the vehicle. This might include parallel parking or other maneuvers.
- Be prepared to adapt to changing road conditions and situations. Make safe decisions in response to traffic, weather, and other factors.
- Communicate effectively with the examiner. Answer questions and provide necessary information.
- Follow safety procedures, such as fastening your seatbelt, securing cargo (if applicable), and adjusting your mirrors.
- Continuously scan your surroundings to be aware of potential hazards and respond appropriately.
- Demonstrate overall safe driving practices and show that you can handle the commercial vehicle confidently.
- Other slow-moving operations

We'll complete a Road Test form at the end of the test. The original will go in your DQ file. You may ask us for a copy, if you like.

**Driver Orientation**

As a condition of employment, newly hired drivers will need to successfully participate in and complete the company orientation program.

**Driver Training**

As you've already read, the company requires you to participate and successfully complete our driver new hire orientation program. Our goal is to ensure you adjust to our way of thinking and doing things. We want you to start with a thorough understanding of our company's policies and procedures. We expect you to perform all functions and duties in a safe, legal, and professional manner.

**Let's Work Together**

Welcome and thank you for choosing our company. We wish you a safe, prosperous, and fulfilling career. We realize the company you choose to drive for is an important and sometimes difficult decision to make. As a driver associate with us, we value you as a very important part of our company. We believe you made the right decision to join us. We'd like to build a long lasting, mutually beneficial and rewarding relationship with you. We can best meet this goal by working together with honesty, respect, and trust.

**Personal Appearance and Conduct**

We expect you to dress, look, and act like a true professional driver. Keep a positive, professional, and safe public image. Our drivers are our most visible company representatives. We expect drivers to follow our company policies and procedures. Adhere to all customer plant safety rules. We will check and test your knowledge of U.S. federal, state laws and regulations. We expect your personal and driving actions to abide by these laws and regulations in your daily work.

Show courtesy and mutual respect for others. Practice this all the time. Of course, since we expect this of you, in turn, others are expected to show courtesy and respect to you. If you are not treated in this manner, please report the issue to your supervisor.

We don't tolerate sexual harassment by employees, associates, or customers. Any employee who is subjected to, or are a victim of, any form of sexual harassment should report the incident to their immediate supervisor, without fear of retaliation.

**License Checks & Med Exams**

The Federal Motor Carrier Safety Administration requires both you and/ or the company to check and update these areas every one or two years.

- ANNUAL REVIEW OF DRIVING RECORD
- CERTIFICATE OF VIOLATIONS
- DOT PHYSICAL EXAM OR SCT EXAM

Our Safety Department will keep and monitor these records. They will help remind you of when it's time to update or renew any of these documents. Upon notification, you are responsible for assisting us in getting these documents completed or renewed. Failure to assist us will disqualify you from driving. You will stay disqualified until these file documents are made current.

You must notify us when your CDL or LF license will be suspended, canceled, or revoked for any reason. You must report this event to the Safety Department within 24 or more hours before the action starting date. Drivers whose licenses are invalid will not be allowed to operate a company owned or leased vehicle.

We will disqualify you for violating the regulations listed in Sections 383.51 and 391.15 of the FMCSR. We will comply with these disqualification regulations and no exceptions will be made.

**Controlled Substances and Alcohol Overview**

We are committed to a drug and alcohol-free work environment. The company prohibits carrying alcohol or drinking alcohol, drugs, their sale, their purchase, transfer, possession, or their presence in one's system (except medically prescribed drugs) by any employee while on company property or operating company equipment. This covers company owned or property/equipment leased to us.

The USDOT-FMCSA requires us to have an alcohol and controlled substances testing program. We fully comply with these regulations. We must keep our workplace safe and drug free. Additionally - (Refer to our Company Drug and Alcohol Policy)

**Customer Service Overview**

Customer service is one of our top business abilities. We want continued success achieving high levels of customer satisfaction. By keeping customer service high, our customers will continue extending or renewing our transportation contracts. We expect you to aid in keeping our customers satisfied by picking and/or dropping on schedule. This includes avoiding cargo losses or damages.

Keep dispatch informed if you foresee a situation that prevents you from arriving on schedule for your pick or drop. The sooner you notify us, the better chance we and our customer may have of reacting to the situation.

We expect you to ensure the paperwork and billing information are correct, signed, and submitted promptly. Be courteous, cooperative, and respectful. If an issue or problem arises with a customer or warehouse person, excuse yourself, walk away calmly and call dispatch. We will intervene and do our best to resolve the matter, gracefully and amicably.

**Safety Compliance Overview**

By now you know, we expect you to perform all actions, duties, and work safely, legally, and in a correct and respectful manner. Report incidents to a supervisor if you are asked or required to do something unsafe or illegal. You may also contact the Safety Department if you are unsure. The Safety Department or Maintenance Shop can guide you if you note a mechanical fault and are unsure if further travel is wise. The Safety Department and Maintenance Shop staff have

access to the CVSA Out of Service Criteria manual, so any mechanical fault can be checked and a remedy for safe travel provided. The Maintenance Shop can tell you whether it is advisable or not to get an immediate repair done. Due to the kind of the mechanical fault the vehicle has i.e. leaking coolant, low oil pressure or poor braking ability.

**Don't Drive While Tired or Sick**

We understand you need a high level of skill and alertness to operate your Big Rig safely. The situation becomes more difficult when poor weather, visibility or heavy traffic is added to the mix. The company prefers and recommends you do not drive when you are tired or sick. We prefer you notify dispatch and tell them you need to rest properly or do a 34-hour reset before committing to another load. If you have the load already, then call dispatch and work out a solution. Perhaps, we can reschedule the pick or drop. Maybe we can send over a nearby power unit to help. We prefer you call and tell us, instead of driving in an ill or tired condition, fall asleep while driving and crash. (No one wants that to happen!)

**Unauthorized Passengers**

**Don't do it!** It's a DOT regulation and a company policy. You can get fired or we reserve the right to void your leased contract if we learn you transported an unauthorized passenger. Unauthorized passengers include family, friends, hitchhikers, etc., in a company or leased CMV.

In certain situations, we may make an exception, but you'll need to contact dispatch or the Safety Department well before starting your trip. There are several reasons for this. We need to review your reason for the request. Get our insurance company's approval, if they agree, or ask your passenger to sign an insurance coverage waiver. Create and print a written "Letter of Authorization" for you to carry in the truck, in case the DOT or police stop you.

**Unauthorized Pets**

**Don't do it!** It's not a DOT regulation, but it's a company policy. You can get fired if we learn you transported an unauthorized pet. Unauthorized pets include dogs, cats, birds, reptiles, exotic animals, etc., in a company commercial vehicle.

In certain situations, we may make an exception, but you'll need to contact dispatch or the Safety Department well before starting your trip. We may make an exception in a case like:

- The CMV is a leased truck, and we determine the pet/animal will not project a poor or negative image upon the company to our clients.
- The CMV is a leased truck, and we determine the pet/animal is not from a commonly known & bread vicious breed, i.e. pit bull, rottweiler, doberman pincher, etc.
- In a company or leased truck with a female CMV driver transporting the pet/animal as both a pet and for protection/security reasons. Only dogs will be considered in this example.

If we authorize you to transport a pet/animal, we expect you to abide by public laws and/or city ordinances in places where you stop and disembark the CMV with your pet.

If a bad mishap occurs with a pet such as a police warning, ticket or a complaint from a customer or the general public. We reserve the right to review and revoke your Pet Authorization letter, on a case-by-case basis.

**Speed Limits**

You must obey the posted speed limits on all roads traveled (public & private). This policy coincides with our expectation that you should perform all driving actions like a true, safe, legal, and professional trucker.

**Seat Belts**

Federal and state driving regulations along with company policy require you to use seat belts when driving any vehicle, especially a CMV. We will comply with these regulations. Below is the excerpt from the USDOT-FMCSA FMCSR 49 CFR, Part 392.16.

§392.16 Use of seat belts:

- **a.** Drivers. No driver shall operate a commercial motor vehicle, and a motor carrier shall not require or permit a driver to operate a commercial motor vehicle, that has a seat belt assembly installed at the driver's seat unless the driver is properly restrained by the seat belt assembly.
- **b.** Passengers. No driver shall operate a property-carrying commercial motor vehicle, and a motor carrier shall not require or permit a driver to operate a property-carrying commercial motor vehicle, that has seat belt assemblies installed at the seats for other occupants of the vehicle unless all other occupants are properly restrained by such seat belt assemblies.

Advice: if the police or sheriff stops you, or you get to a DOT inspection weigh scale.

1. Keep your seat belt fastened.
2. Do not unfasten your seat belt. Wait for the official to see it fastened or ask permission to unfasten your seat belt, then move around the cab or get out of the truck.
3. Once the inspection is completed you are permitted to leave. Fasten your seat belt before you start driving away.
4. All actions in 1 thru 3 apply to the co-driver too, if they are seated in the passenger seat.

**ELog &/or GPS Tracking Systems**

Do not modify, illegally tamper with or unplug your vehicle's ELog or GPS Tracking System when equipped with one. This includes any Tracking System in a trailer you are hauling. If we learn you tampered with any of these systems, we will investigate. If information, a testimony, a picture, video or technical data indicate you tampered, modified or disconnected any of these systems. We reserve the right to terminate your employment or leased contract.

**CMV Appearance, Image and Cleanliness**

**Vehicle exterior, engine compartment and undercarriage**

The company owned and leased vehicles will be neat and clean. You are responsible for ensuring your assigned company CMV or leased CMV presents a clean, neat and mechanically safe professional appearance.

The company requires you, as part of your pre-trip or post-trip inspection, to report items that degrade the vehicle's clean & mechanically sound image. Things like:

- needs a regular truck wash (the truck is dirty or has heavy mud)
- needs a high-pressure wash (oil seal was replaced but heavy oil stains remained)
- engine bay needs a wash (oil or antifreeze stains from spill or seepage)
- undercarriage needs a high-pressure wash (heavy mud or oil caked dirt)
- needs a high-pressure wash at axle 2 (axle breather valve seepage)

Company trucks will be scheduled for a wash or authorized to go to the truck wash, once we are made aware of the need. Leased truck owners are responsible for ensuring compliance with company policy.

**Report seal, gasket, O-ring, breather valve or hose/line leaks before we wash it.**

Report any light to heavy oil, hydraulic fluid, diesel or coolant seeps/leaks in need of repair, so we can fix the affected component before we pressure wash the vehicle and the reported stained or soiled area.

**Vehicle interior, storage compartments, ash trays, fridge, ice box and trash**

Company owned truck tractors: It is your responsibility to care for the truck tractor's cab interior. Keep it clean and tidy. Remove all trash and personal gear when your tour of duty is finished. The safety or maintenance department reserves the right to charge you a fee for hiring a cleaning service to clean up your mess. Save us the trouble and yourself some money. **DON'T LEAVE** the cab interior in a messy, trashy, or unhealthy condition!

**Trailers and/or customer trailers**

Report and inform us when the exterior of a trailer needs to be repaired due to oil seal leaks, etc. Do this in the same report you suggest we pressure wash the trailer because it's dirty or muddy. Report and/or explain vehicle body damage you noticed or caused.

The same goes for when you notice these same problems with a customer's trailer.

**Vehicles**

Report and inform us when you notice vehicle markings, decals, inspection stickers or conspicuity tape (reflective tape) problems like:

- the color appears faded or was discolored by the sun.
- numbers, letters, etc. are hard to see or read (too small, smeared)
- a number, letter or reflective tape is peeling off or was cut off.
- a marking, decal, number or letter(s) is/are missing.
- items were partially scraped off, damaged or painted over, etc.

**Truck tractor windshields**

Report and inform us when you notice:

- you have a cracked or broken windshield.

- you are assigned a truck tractor that has overly tinted windows (windshield or door windows)

**Truck tractor driver's side windshield, interior area.**

**DO NOT** place personal or official stickers, labels, bridge or toll transponder stickers, cell phone holders, GPS devices or any other item in the (cab interior) area of your driver's side windshield. The area just above the top of the steering wheel and the path wiped by the driver's wiper blade. The DOT and many states have a regulation that indicates labels, stickers or devices in this area restrict your field of vision. We've included the USDOT-FMCSA 49 CFR excerpt below.

Part 393.60:

- (e) Prohibition on obstructions to the driver's field of view—(1) Devices mounted on the interior of the windshield. (i) Antennas, and similar devices must not be mounted more than 152 mm (6 inches) below the upper edge of the windshield. These devices must be located outside the area swept by the windshield wipers, and outside the driver's sight lines to the road and highway signs and signals.
- (ii) Paragraph (e)(1)(i) of this section does not apply to vehicle safety technologies, as defined in §393.5, that are mounted on the interior of a windshield. Devices with vehicle safety technologies must be mounted outside the driver's sight lines to the road and to highway signs and signals, and:
    - Not more than 100 mm (4 inches) below the upper edge of the area swept by the windshield wipers; or
    - Not more than 175 mm (7 inches) above the lower edge of the area swept by the windshield wipers.
- (2) Decals and stickers mounted on the windshield. Commercial Vehicle Safety Alliance (CVSA) inspection decals, and stickers and/or decals required under Federal or State laws may be placed at the bottom or sides of the windshield provided such decals or stickers do not extend more than 115 mm (41⁄2 inches) from the bottom of the windshield and are located outside the area swept by the windshield wipers, and outside the driver's sight lines to the road and highway signs or signals.

**Reporting to Work**

We expect you to have reliable transportation to get you to and from your home or apartment to work. **YOU MUST NOT** use company truck tractors as your personal taxi. A supervisor may grant an exception in certain situations.

This policy is separate from using the CMV as a personal conveyance while loaded or empty and away from Laredo, TX on an official dispatched assignment.

**Dress Code for Drivers**

This policy applies to all drivers, company, owner-operator, & fleet drivers.

- You may wear a full-length shirt with short or long sleeves. T-Shirts with long or short sleeves are permitted also.
- Wear comfortable and supportive shoes with non-slip soles to ensure safe operation of the vehicle. Avoid open-toed shoes or sandals while driving.
- Dress according to the weather conditions. In cold weather, layer appropriately and wear warm clothing. In hot weather, wear breathable and lightweight fabrics.

- It's a good idea to have high-visibility clothing, such as a reflective vest, especially if you'll be working around the truck during loading and unloading.
- Avoid clothing with offensive language or images. Dress in a professional and respectful manner.
- Keep your clothing and personal grooming neat and clean. Maintain good personal hygiene, as mentioned in the previous response.

Some companies may require specific safety gear like gloves, hard hats, or safety glasses, depending on the type of cargo and work involved. Always prioritize safety, comfort, and professionalism in your choice of clothing when working as a driver. Adhering to safety regulations and guidelines is essential to your well-being and the safety of others on the road.

**Dress code violations may result in the following disciplinary actions:**

- First Offense – Written warning, copy placed into driver's personnel file.
- Second Offense – One Day Suspension, without pay.
- Third Offense – One Week Suspension, without pay.
- Fourth Offense – Driver is terminated with no right of recall.

**Personal Hygiene Habits**

What is the Importance of Personal Hygiene, you may ask? Good personal hygiene is important for both health and social reasons. It entails keeping your hands, head and body clean. This either stops or diminishes the spread of germs and illness. Your personal hygiene benefits your own health and impacts the lives of others around you.

**Good personal hygiene habits include.**

- Maintain a routine of regular showers to keep your body clean and fresh.
- Wash your hands frequently, especially after using the restroom and before eating.
- Brush your teeth and use mouthwash to maintain good oral health. Carry breath mints or gum for fresh breath.
- Keep your fingernails and toenails clean and trimmed to prevent dirt and bacteria buildup.
- Maintain clean and well-groomed hair by washing it regularly and keeping it tidy.
- Apply deodorant to control body odor, especially in warm weather or after physical exertion.
- Change into fresh and clean clothing regularly to prevent body odor and discomfort.
- If you wear a uniform, make sure it is clean and well-maintained.
- Always use designated rest areas or restrooms and follow proper hygiene practices when using them.
- Keep your truck's cab clean and free from clutter to prevent the buildup of dirt and odors.
- Dispose of trash and personal waste in designated containers and follow proper waste disposal guidelines.
- Ensure your razors, combs, and other grooming tools are clean and in good condition.

Remember that good personal hygiene is essential not only for your comfort but also for the safety and well-being of others on the road.

**Other Safety Measures**

Be knowledgeable and aware of client factory, warehouse or terminal specific requirements such as reflective safety vests, safety glasses, gloves, masks, hearing protection, gloves and proper footwear. It's a good idea to wear Safety vests and put on the proper footwear when entering our facilities.

Be knowledgeable and aware of facilities that require you to sign in, wear a visitor's badge or move around with an escort.

Our customers, their hired warehouse service personnel, and the public see YOU as a representative of the company. Be respectful, no matter the situation. Keep your cool and keep a sharp, clean, appropriately dressed appearance.

There may be items or topics not covered in this Driver CMV Handbook. Please refer to the Safety Policy, or the company Drug and Alcohol Policy. Bring or submit other questions or issues to the attention of your dispatcher or immediate supervisor.

# SUCCESS AND WELCOME!

## END OF DRIVER CMV HANDBOOK