Exhibit 10

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCDONALD,
Plaintiff,
v. Case No: 2:24-cv-10049-MFL-CI
Hon. Brandy R. McMillion
FJ CARRIER LOGISTICS LLC, a foreign corporation, DIESEL GLOBAL LOGISTICS, INC., a foreign corporation, and MARCO POLO PASTRANA-JIMENEZ, Mag. Judge Curtis Ivy, Jr.
Defendants.
______________________________/

V I D E O C O N F E R E N C E   D E P O S I T I O N

DEPONENT: Omar Lima
DATE: January 30, 2026
TIME: 10:15 a.m.
LOCATION: Zoom Videoconference
Grosse Pointe Farms, Michigan
REPORTER: Megan Vineyard, CSMR - 16405
Core Litigation Support, LLC - 8546

Page 2

APPEARANCES

FOR PLAINTIFF:

ALEXANDER P. KEMP (P80963)
LEO ST. AMOUR (P88642)
MICHIGAN AUTO LAW, P.C.
30101 Northwestern Highway
Farmington Hills, Michigan 48334
(248) 353-7575
akemp@michiganautolaw.com
lstamour@michiganautolaw.com

FOR DEFENDANTS PASTRANA-JIMENEZ & FJ CARRIER LOGISTICS:

TIMOTHY S. GROUSTRA (P48966)
DICKIE, MCCAME & CHILCOTE, PC
120 Kercheval Avenue
Suite 200
Grosse Pointe Farms, Michigan 48236
(313) 308-2034
tgroustra@dmclaw.com

FOR DEFENDANT DIESEL:
KEVIN J. PLAGENS (P55992)
QUINTAIROS, PRIETO, WOOD & BOYER, P.C.
41430 Grand River Avenue
Suite D
Novi, Michigan 48375
(248) 783-6780
kevin.plagens@qpwblaw.com

ALSO PRESENT:
Jeremy Ramsden, Videographer
Alan Carratalá, Interpreter

Page 3

TABLE OF CONTENTS

OMAR LIMA PAGE
Examination by Mr. Kemp 5
Examination by Mr. Groustra 58

EXHIBITS

None offered.

Page 4

January 30, 2026
Grosse Pointe Farms, Michigan
10:15 a.m.
* * *

THE VIDEOGRAPHER: We are now on the record. This begins Media 1 in the video deposition of Omar Lima be taken virtually. Today's date is January 30, 2026, and the time is now 10:15 a.m. This is the matter of James McDonald vs. FJ Carrier Logistics LLC, Diesel Global Logistics, and Marco Polo Pastrana-Jimenez, Case No. 2:24-cv-10049-MFL-CI, in the United States District Court, Eastern District of Michigan, Southern Division.

My name is Jeremy Ramsden, legal videographer. Our court reporter today is Megan Vineyard. Both representing Core Litigation Support, LLC.

Will the court reporter please swear in the witness.

(Interpreter is sworn in.)

(Witness is sworn in.)

THE VIDEOGRAPHER: Thank you.

Counselors, can you briefly introduce yourselves for the record.

MR. KEMP: Alex Kemp on behalf of the

Page 5

Plaintiff.

MR. PLAGENS: Kevin Plagens appearing on behalf of the Defendants Diesel Global Logistics.

MR. GROUSTRA: Tim Groustra on behalf of Defendants FJ Carrier and Pastrana.

THE VIDEOGRAPHER: Thank you. We may proceed.

MR. KEMP: Let the record reflect that this is the deposition of Omar Lima taken pursuant to notice in agreement of counsel to be used for any and all purposes under the Federal Court Rules and Federal Rules of Evidence -- Federal Rules of Civil Procedure. Excuse me.

OMAR LIMA,

was thereupon called as a witness herein and, after having first been duly sworn to testify to the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MR. KEMP:

**Q. Good morning, sir.**
A. Good morning.
**Q. Have you ever given a deposition before?**
A. No.

Page 6

**Q. Today, I'm just here to ask you some questions. Your job is just to answer them to the best of your ability. Okay?**
A. Yes.
**Q. Today, obviously, we have a translator. So I ask that you wait until I'm done asking my question, let the translator translate; you can answer; he will translate it back to me so we only have one person talking at a time. Okay?**
A. Yes.
**Q. We also have a court reporter typing everything everyone says. So it's very hard for her to do that if you say "uh-huh," "uh-uh," shake the head, nod the head, things we might do in a normal conversation. So I just ask that you do your best to give a verbal response. Okay?**
A. Yes.
**Q. I'm not here to trick you or confuse you. If you don't understand my question, please let me know. I'm happy to rephrase it at any time. Okay?**
A. Yes.
**Q. If you answer my question, I'm going to assume you heard it and you understood it; is that fair?**
A. Yes.
**Q. Can you please state your full name for me, sir?**

Page 7

A. Omar Lima Zavaleta.
**Q. How old are you today?**
A. Thirty.
**Q. Are you a United States citizen or a Mexican citizen?**
A. Mexican citizen.
**Q. Have you lived in Mexico your entire life?**
A. Yes.
**Q. What is your current address?**
A. San Juan, San Pedro de Atitlan.
**Q. Do you speak English?**
A. No.
**Q. Do you read English?**
A. No.
**Q. Are you currently employed?**
A. Yes.
**Q. Who are you employed by?**
A. FJ.
**Q. FJ who?**
A. FJ Carrier.
**Q. How long have you worked there?**
A. A year.
**Q. Did you ever stop working at FJ Carrier?**
A. Yes.
**Q. Where did -- you've been working at FA for about a year. Where did you work immediately before then?**

Page 8

A. Can you repeat the question?
**Q. Yes. You said you have worked at FJ Carrier for about a year. I want to know where you worked immediately before then.**
A. Oh, at another company.
**Q. What was that company?**
A. TRADEX.
**Q. How did -- how long did you work at TRADEX for?**
A. Eight months.
**Q. Where did you work before TRADEX?**
A. At FJ.
**Q. How long did you work at FJ during that time?**
A. Two and a half years.
**Q. Prior to working at FJ at that time, where did you work immediately before?**
A. In Mexico.
**Q. Was it another trucking job?**
A. Yes.
**Q. And you said it's in Mexico. What trucking company in Mexico?**
A. Transportes Unidos.
**Q. Can you spell that?**

THE INTERPRETER: Interpreter requires a repetition.

THE WITNESS: Transportes AU.

Page 9

BY MR. KEMP:
**Q. How long did you work there for?**
A. Three years.
**Q. Where did you work before then?**
A. Before that job?
**Q. Correct.**
A. At Transportes Urbanos.
**Q. Can you -- can you repeat that last word, please.**
THE INTERPRETER: Interpreter will repeat. Transportes Urbanos.
BY MR. KEMP:
**Q. Thank you. How long did you work at that job?**
A. Four years.
**Q. Where did you work before then?**
A. That was my first job.
**Q. All these jobs we talked about, you were a truck driver; is that right?**
A. Yes.
**Q. You hold a Mexican CDL license?**
A. Yes.
**Q. Have you ever been involved in a motor vehicle accident?**
MR. GROUSTRA: Object to relevance.
BY MR. KEMP:
**Q. You can answer, sir.**

Page 10

A. No.
**Q. Have you ever received any traffic citations, moving violations, or tickets?**
MR. GROUSTRA: Same objection. Object to relevance.
BY MR. KEMP:
**Q. You can answer, sir.**
A. No.
**Q. Did you attend any type of truck driving school?**
A. Yes.
**Q. Where was that?**
A. At Transportes Unidos.
**Q. Do you hold any degrees or certificates?**
A. No.
**Q. At Transportes Unidos, did you drive in the United States?**
A. No.
**Q. At Transportes AU, did you drive in the United States?**
A. No.
**Q. FJ Carrier would've been the first time you began driving in the United States; is that correct?**
A. Correct.
**Q. What year and month did you first start working at FJ Carrier the first time?**
A. May of 2022.

Page 11

**Q. Do you consider yourself a professional truck driver?**
MR. GROUSTRA: Object to form.
THE WITNESS: Yes.
BY MR. KEMP:
**Q. Do you know what the Federal Motor Carrier Safety Regulations are?**
A. Yes.
**Q. What are they?**
A. The -- the traffic rules?
**Q. Correct.**
A. To follow the speed limit.
**Q. Anything else?**
A. To use -- to drive the hours that are allowed by the law.
**Q. Anything else?**
A. To follow the signs on the road.
**Q. Anything else?**
A. Just that.
MR. GROUSTRA: Object to form to the extent you're asking him to recite the entire FMCSAs.
BY MR. KEMP:
**Q. Would you agree you have to follow the Federal Motor Carrier Safety Regulations when you operate a commercial motor vehicle?**
A. Yes.

Page 12

**Q. How did you first learn about working for FJ Carrier the first time?**
A. Through a friend.
**Q. Who is that?**
A. No, they don't work here anymore.
**Q. Where do they work?**
A. No, he returned to Mexico.
**Q. Were you recruited to work at FJ Carrier?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Yes.
**Q. By who?**
A. FJ.
**Q. Who at FJ?**
A. I don't remember their name.
**Q. Is there someone you would report to when you were hired at FJ that first time?**
A. Yes.
**Q. Who is that?**
A. The safety department.
**Q. Who were the people in the safety department?**
A. No, I don't remember.
**Q. Are they the same people in the safety department now?**
A. No.

Page 13

**Q. Who are the people in the safety department now?**
A. I don't remember their names.
**Q. Do you have people that you report to now?**
A. Yes.
**Q. How many people?**
A. One.
**Q. Is it a man or a woman?**
A. A woman.
**Q. Is it Hazel Becerra?**
A. Yes.
**Q. Did you report to Hazel back when you worked at FJ the first time?**
A. Yes.
**Q. When you were first hired at FJ Carrier that first time, were you ever provided any type of training?**
MR. GROUSTRA: Sorry. Go ahead.
If I can just have a continuing objection to claims of negligent hiring, training, and supervision.
MR. KEMP: Yeah, that's fine.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Yes.
**Q. What type of training did you receive?**
A. Can you repeat the question for me?
**Q. What type of training did you receive when you first**

Page 14

**started working at FJ?**
A. The maneuvers while driving.
**Q. What type of maneuvers?**
THE INTERPRETER: Interpreter requires a repetition.
THE WITNESS: Yard maneuvers.
BY MR. KEMP:
**Q. When you first started working at FJ Carrier Logistics, did you receive any type of training on how to operate a commercial motor vehicle on the roadway?**
A. Yes.
**Q. What type of training did you receive then?**
A. Roadway training.
**Q. What did that consist of?**
A. Like, testing my driving with a trainer.
**Q. How long did you do that for?**
A. A month.
**Q. Were you watching that driver, or was that driver watching you?**
A. He would watch me.
**Q. When you would drive at FJ, do you always drive with a team?**
A. Yes.
**Q. When you first worked at FJ, who would be on your paycheck?**

Page 15

A. My name.
**Q. And who would it come from?**
A. From FJ.
**Q. Any other training that you received?**
A. No.
**Q. Any type of training on how to read traffic signs in English?**
A. Yes.
**Q. What did that consist of?**
A. In teaching us how to communicate with the officer.
**Q. And how are you able to do that -- or how were you taught how to do that?**
A. Through a talk.
**Q. Okay. How are you able to do that if you said you cannot speak English?**
A. Not a lot, just the basics, for work.
**Q. What does that mean?**
A. I don't speak much, just to be able to do my job.
**Q. Did you receive any type of safety manual when you were hired?**
A. Yes.
**Q. Was that in English or Spanish?**
A. Spanish.
**Q. Did anyone go over that manual with you?**
A. No.

Page 16

**Q. When you drive as a team, do you have to provide any type of help to the other driver at all when you're not driving?**
A. No.
**Q. The trucks that you would drive at FJ, do you always drive the same truck, or would you get different trucks?**
A. Different trucks.
**Q. The trucks that you would drive at FJ, do they have dashcams?**
A. Yes.
**Q. Do those dashcams show what's ahead and what's in the cab?**
MR. GROUSTRA: Object to form.
THE WITNESS: Just ahead.
BY MR. KEMP:
**Q. Have you ever driven a truck that had a dashcam in the cab at FJ?**
A. Around this time?
**Q. At any time at FJ.**
A. Now they do.
**Q. I'm sorry. Did you say now they do?**
THE INTERPRETER: Interpreter will repeat: Now they do.
// //

BY MR. KEMP:
**Q. And when did FJ start doing cameras also in the cab?**
A. I don't remember the date.
**Q. Did they ever have cab dashcams during the first time you worked at FJ?**
A. No.
**Q. Have they always had it since you've worked there the second time?**
A. Yes.
**Q. When you would drive at FJ the first time, do they track your speeds?**
A. Yes.
**Q. How did they do that?**
MR. GROUSTRA: Object to foundation.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Through the camera.
**Q. When you would drive that first time at FJ, would you get alerts on the screen at all if you were speeding?**
A. Yes.
**Q. Was that system called Monarch?**
A. Yes.
**Q. If you received an alert, would someone at FJ call you as well?**
A. No.



**Q. When you would complete a trip and you had alerts, would anyone talk to you after that trip?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Yes.
**Q. And who would do that?**
A. Safety.
**Q. Were you ever given a talk about any violations or alerts that were received while driving at FJ?**
MR. GROUSTRA: Object to relevance.
BY MR. KEMP:
**Q. You can answer, sir.**
A. No.
**Q. Did you ever receive any written warnings regarding any alerts from any Monarch alerts, such as speeding from FJ?**
MR. GROUSTRA: Same objection.
BY MR. KEMP:
**Q. You can answer.**
A. No. No.
**Q. When you were driving, did you have to track your hours of service?**
A. Yes.
**Q. Did you also have to log on to the Monarch information**



**to show that it was you driving the vehicle?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer.**
A. Yes.
**Q. Each driver had their own login?**
MR. GROUSTRA: Same objection.
BY MR. KEMP:
**Q. You can answer.**
A. Yes.
**Q. When you would drive as a team, would you always stick with the same team or would you have a different teammate to drive with?**
A. Different teammate.
MR. GROUSTRA: Can you give us a second? There's someone trying to enter the room.
MR. KEMP: Yeah, let me know when you're ready.
MR. GROUSTRA: All right. Sorry about that.
MR. KEMP: No worries.
BY MR. KEMP:
**Q. When you worked at FJ the first time, how would you get your routes and who you would be driving with that day?**
THE INTERPRETER: Interpreter requires a verification.



Interpreter will proceed with an interpretation of the witness' testimony.
THE WITNESS: Yes. Through dispatch, the dispatchers.
BY MR. KEMP:
**Q. The location of FJ Carrier Logistics, is that where you would show up for work each day?**
A. Yes.
**Q. And where is that?**
A. Here in Laredo, Texas.
**Q. Were there any other locations that you would drive to to start your work besides Laredo, Texas?**
A. Nuevo Laredo.
**Q. That's right across the border in Mexico; is that correct?**
A. Yes.
**Q. Anywhere else?**
A. No.
**Q. And you said you live in Mexico. So you would be closer to Nuevo Laredo; is that correct?**
A. Yes.
**Q. How long does it take you from your house to get to Nuevo Laredo at FJ?**
A. Nineteen hours.
**Q. It takes you 19 hours to get to work every day?**

Page 21

A. No.
**Q. Then what are you referring to?**
A. I come to work for a long period of time.
**Q. And so where do you stay when you work for a long period of time?**
A. In the truck.
**Q. Okay. And when you work for a long period of time, how long are we talking about?**
A. Three months.
**Q. So you will work and sleep in the truck and drive the truck, and then every three months go back home to Puebla?**
A. Yes.
**Q. And then how long do you stay home in Puebla?**
A. Twenty-five days.
**Q. And then you go back working for another three months?**
A. Yes.
**Q. And then you continue to compete that process; is that correct?**
A. Yes.
**Q. And then so when you drive from Puebla, do you go to Nuevo Laredo or Laredo?**
A. Nuevo Laredo.
**Q. FJ Carrier has an office at Nuevo Laredo as well; is that correct?**

Page 22

A. Yes.
**Q. And so in order to start your work, you would have to at least get to Nuevo Laredo; is that correct?**
A. Yes.
**Q. You're not working or you don't have your truck in Puebla when you go home; correct?**
A. Yes.
**Q. Prior to this collision that we're here for today involving Marco Polo Pastrana-Jimenez, had you ever driven with him before?**
A. No.
**Q. Do you or your deliveries go from Nuevo Laredo to somewhere in the United States?**
A. Yes.
**Q. Do you always start at Nuevo Laredo?**
A. Yes.
**Q. The time that you were driving with Mr. Pastrana, or the collision, that's the first time you ever drove with him; is that correct?**
A. Yes.
**Q. Do you know how long he had been working at FJ at that time?**
A. No.
**Q. Did you know anything about his training or experience?**
A. No.

Page 23

**Q. When you are a codriver, do you ever pay attention if the other driver is getting any type of alert; for example, a speeding alert?**
A. Yes.
**Q. If the other driver gets some type of alert, do you do or say anything?**
A. No.
**Q. That would be the responsibility of someone at the safety department at FJ; is that correct?**
MR. GROUSTRA: Object to form and foundation.
BY MR. KEMP:
**Q. You can answer.**
A. Yes.
**Q. When you drive a truck for FJ Carrier Logistics, do you expect them to monitor your driving behavior?**
A. Yes.
**Q. I want to talk about the collision that we're here for today, back in August of 2023. Do you remember that?**
A. Yes.
**Q. Were you in the sleeper berth at the time of the collision?**
A. Yes.
**Q. Were you awake, or were you sleeping at the time?**
A. Asleep.
**Q. You did not witness or observe the collision at all; is that correct?**

Page 24

A. Correct.
**Q. The collision occurred somewhere in Michigan; is that right?**
A. Yes.
**Q. And how long had Mr. Pastrana been driving prior to the collision occurring?**
A. Three hours.
**Q. Where -- where did he start driving?**
A. Some 200 miles back from the accident.
**Q. Then were you the driver before then?**
A. Yes.
**Q. And then how did you guys switch off?**
A. I don't understand your question.
**Q. Would you guys stop the truck and take breaks where you both are -- are sleeping and taking a break, or would you rotate who is driving?**
A. We would rest.
**Q. When one person is resting, is the other person driving?**
A. Yes.
**Q. The place where the collision occurred, that was essentially where the destination was; is that right?**
A. Yes.
**Q. Did you have any stops along the way?**

Page 25

A. No.
**Q. Did -- did this trip start in Nuevo Laredo like you would normally do?**
A. Yes.
**Q. That is when you got your route information from FJ to start driving and deliver this load; is that correct?**
A. Yes.
**Q. That's when you were there both with Mr. Pastrana; is that correct?**
A. Yes.
**Q. Prior to -- to starting that drive with Mr. Pastrana, were you driving a different truck or a different vehicle at all?**
A. No.
**Q. Prior to starting to drive with Mr. Pastrana, were you delivering a -- or working on a different delivery?**
A. Yes.
**Q. Was that somewhere in Alabama?**
A. No.
**Q. Where was that?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer.**
A. In Nuevo Laredo.
**Q. You always start in Nuevo Laredo, and -- and you went**

Page 26

**somewhere else in the United States to deliver something; is that right?**
A. Yes.
**Q. After you make a delivery, when -- do you then drive back to Nuevo Laredo?**
A. Yes.
**Q. When you drive back to Nuevo Laredo, is your trailer then always empty at that time?**
A. No.
**Q. Do you get a -- a new trailer to go back to Nuevo Laredo?**
A. Yes.
**Q. When you are given information about what truck you're driving and who you're going to drive with and what the route is, who do you receive that from?**
A. From dispatch.
**Q. Is that something in person?**
A. Yes.
**Q. So you show up at the Nuevo Laredo location and talk to dispatch, and they give you that information; is that right?**
A. Yes.
**Q. And what time did you start or leave from Nuevo Laredo to begin delivering this load to go to Michigan?**
A. Two days prior.

Page 27

**Q. It takes about two days to drive to Michigan?**
A. Yes.
**Q. Who is the name of the person of dispatch that you would have received this load from?**
A. No, I don't remember his or her name.
**Q. Was it always the same dispatch person, or were there different dispatch people?**
A. Different.
**Q. Did you ever receive a load or this load from Virginia Segura?**
A. I don't remember.
**Q. When you receive information about the delivery that you are going to make, what information do you receive?**
A. The papers, the appointment.
**Q. When you say "papers," what papers?**
A. About the load.
**Q. And -- and what are there -- how many of those papers are there?**
A. Two.
**Q. And what -- what are those papers called?**
A. The load papers.
**Q. Is there a certain name for the load papers?**
A. No.
**Q. How many pages are there?**
A. Two.

Page 28

**Q. When you receive the two pages, are they part of the same document? Or are they separate documents, one page each?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer, sir.**
A. They're the same.
**Q. Okay. What information is on these papers?**
A. The load description and the pounds.
**Q. Anything else?**
A. The -- the customer's name, the name of the destination.
**Q. How do you know what route to take to get to your destination?**
THE INTERPRETER: Interpreter requires a repetition.
THE WITNESS: In a GPS.
BY MR. KEMP:
**Q. Do you enter the address on your own into the GPS?**
A. Yes.
**Q. When you get that load papers, do you have to have anyone sign those when you make a delivery?**
A. Yes.
**Q. Have you ever heard of the term "bill of lading"?**
A. Yes.

Page 29

Q. Is that the load paper you were talking about?
A. Yes.
Q. Are there any other documents you receive besides the bill of lading?
A. No.
Q. If something comes up or an issue happens while you're driving or with the load, who do you call?
A. Safety.
Q. You -- you don't call, for example, dispatch, then?
A. Safety.
Q. What if it is something regarding -- let me ask you this. I'll restart. Do you have certain deadlines to make your deliveries?
A. Yes.
Q. How do you know what those deadlines are?
A. Because it's in the papers, the appointment.
Q. The -- the papers that you receive, is that something that FJ creates and gives to you?
MR. GROUSTRA: Object to foundation.
BY MR. KEMP:
Q. You can answer, sir.
A. Yes.
Q. And the papers that FJ Carrier creates, what information is in there?
MR. GROUSTRA: Object to form.

Page 30

BY MR. KEMP:
Q. You can answer, sir.
A. The same ones regarding the load.
Q. So besides having that information of the deadline, is there any other information in there?
MR. GROUSTRA: Object to form.
THE WITNESS: No.
BY MR. KEMP:
Q. What happens if you don't make a delivery by the deadline?
A. They change the appointment.
Q. If you can't make the delivery deadline, do you call safety or dispatch or anyone else?
A. No, dispatch.
Q. Is that dispatch at FJ or a different dispatch?
A. FJ's.
Q. What was the deadline for the load that you were delivering at the time of the collision?
A. That same day.
Q. Will you get in trouble with FJ if you don't deliver on time?
A. No.
Q. When you go to start your day at Nuevo Laredo, is the trailer already attached to the tractor?
A. No.

Page 31

Q. Where do you go to get the trailer attached to the tractor?
A. There, in the yard.
Q. And they tell you which tractor to hook up to which trailer?
A. Yes.
Q. So, for example, for this load, when you started your day, you got into the tractor at the yard and went over to maybe the other side of the yard to hook up the trailer and begin your trip; is that correct?
A. Yes.
Q. Do you know how that specific trailer got to the yard at FJ Carrier Logistics in Nuevo Laredo?
A. Can -- no.
Q. Are you ever given any information as to how a trailer arrives at the FJ Carrier yard in Nuevo Laredo?
A. Yes.
Q. And what type of information are you given?
A. An inspection.
Q. Let me -- an inspection regarding the tractor or the trailer or both?
A. Both.
Q. And is that inspection, are you -- you referring to, for example, pretrip inspection reports?
A. Yes. Mechanically.

Page 32

Q. Would there be any other paperwork you receive about the load you're hauling; for example, where it came from?
A. Yes.
Q. And what information is that?
A. The origination point where the box is coming from.
Q. And is that a separate paperwork?
A. Yes.
Q. And what is that paperwork called?
A. Oh, it's load papers.
Q. And what other additional information is in that load papers besides the origination point?
A. The description of the load and the weight.
Q. Anything else?
A. That's all.
Q. Have you ever heard of a trailer interchange agreement?
A. Can you repeat the question for me?
Q. Have you ever heard of the term "trailer interchange agreement"?
A. No.
Q. Do you receive any paperwork such as a trailer interchange agreement?
A. Yes.
Q. Who gives that to you?
THE INTERPRETER: Interpreter requires a

Page 33

repetition.
THE WITNESS: Safety.
BY MR. KEMP:
**Q. Does that paperwork provide the information of who previously brought that trailer to that location?**
A. Yes.
**Q. Did you read that documentation for this load?**
A. Yes.
**Q. And where did that load originate from?**
A. I don't remember.
**Q. Who would've been the one that drove it to Nuevo Laredo at FJ?**
A. Other trucks.
**Q. Obviously, it wasn't you; correct?**
A. Yes.
**Q. Do you know what a broker is?**
A. Yes.
**Q. Do you ever communicate with brokers when you are transporting loads?**
A. Yes.
**Q. Would you have communicated with any broker regarding this load?**
A. No.
**Q. Do you know what a freight forwarder is?**
THE INTERPRETER: Interpreter requires a

Page 34

repetition. I'm sorry. Counsel, did you say "freight forwarder"?
MR. KEMP: Correct.
THE WITNESS: Yes.
BY MR. KEMP:
**Q. Do you ever communicate with freight forwarders just like you do with brokers?**
A. No.
MR. GROUSTRA: So we've been going an hour ten, hour 15 or so. I don't know how much longer you have, but is this a good time for a break if you have more?
MR. KEMP: Yeah. Yeah. Let me just finish this line of questioning, and then we can -- it won't be long on this, and then we can take a break, if that works.
MR. GROUSTRA: Sure.
BY MR. KEMP:
**Q. Have you -- do you know who Diesel Global Logistics is?**
A. Yes.
**Q. Did you ever communicate with Diesel Global Logistics regarding this load?**
A. No.
**Q. Did you ever receive any communication regarding this load and the delivery after you had picked it up?**

Page 35

A. Can you repeat the question for me?
**Q. Did you ever receive any communication after you had picked up the load to go deliver it -- like, for example, during your trip -- about the delivery time or anything regarding this load?**
A. No.
**Q. Okay. Do you know the name of the driver that would've driven the -- the trailer to the FJ Nuevo Laredo yard?**
A. No.
**Q. Do you know how long that trailer was at the Nuevo Laredo FJ yard?**
A. No.
**Q. The first time you became aware of that trailer was when you received it to go drive to Michigan; is that correct?**
A. Yes.
**Q. Do trailers that are loaded that need to be delivered, do they sit or stay at the FJ yard at Nuevo Laredo for an extended period of time?**
MR. GROUSTRA: Object to foundation.
BY MR. KEMP:
**Q. You can answer, sir.**
THE INTERPRETER: Interpreter requires a verification.
Interpreter will proceed with an

Page 36

interpretation of the witness' testimony.
THE WITNESS: I don't have that information.
MR. KEMP: We can take a break now. That -- it's a good time.
MR. GROUSTRA: Thank you.
THE VIDEOGRAPHER: We are now going off the record. The time is 11:39 a.m.
(Recess from 11:39 a.m. to 11:57 a.m.)
THE VIDEOGRAPHER: We are now back on the record. The time is 11:57 a.m.
MR. GROUSTRA: Yeah, off the record, I -- I had noted that there may have been a slight variance in one of the words by the witness regarding the questioning about five, ten minutes before we took the break regarding the trailer interchange. And the witness, as I understand it, used a term that he meant to say a "gate guard" by use of the term. And it was interpreted as "safety" instead of "gate guard." So with that correction, we're all set to proceed.
BY MR. KEMP:
**Q. Sir, just to follow-up just so I understand, what is a gate guard?**
A. Yes.
**Q. What -- what is a gate guard?**
A. A police officer that receives and -- and checks the

entrances and people who go in.
**Q. And -- and where is that gate guard?**
A. Nuevo Laredo.
**Q. Is that -- that -- there's a gate guard at the Nuevo Laredo at -- of FJ; is that correct?**
A. Yes.
**Q. And when would you interact or communicate or deal with that gate guard, just so I understand?**
A. When we would go in and go out with the trailer.
**Q. Do you have to give the gate guard any paperwork, or do you receive any paperwork from the gate guard?**
A. Yes.
**Q. And which of that paperwork do you either give or receive at the -- with the gate guard?**
A. An interchange. What the box is like at that moment. The state of the box.
**Q. Okay. So that trailer exchange agreement document that we were talking about, that's given or received with the gate guard, not the safety department? That's what we're talking about; is that correct?**
A. Yes.
**Q. This -- and that gate guard is someone at FJ; is that right?**
A. Yes.
**Q. And the -- it's just the one location at Nuevo Laredo;**



**is that correct?**
A. Yes.
**Q. Obviously, you've gone there quite a lot, I presume; is that right?**
A. Yes.
**Q. What road is it on?**
A. On Carretera and Mex.
**Q. What is the exact address?**
A. I don't remember.
**Q. What crossroads is it near?**
A. Close to the -- the road, the Mex. I ...
**Q. Is the Mex, is -- is that Road 85?**
A. No. I -- I don't remember.
**Q. I'm going to share my screen. Can you see this, sir?**
A. Yes.
**Q. And can you read these roads that are displayed here on Google Maps?**
A. Yes.
**Q. And it looks like there's a trailer yard here. Do you see that, sir?**
A. Yes.
**Q. And is this the trailer yard you would've gone to to pick up this load?**
A. No.
**Q. Have you ever gone to this yard to pick up trailers?**



A. No.
**Q. Do you know how far this is from the location of the FJ where you did pick up the load?**
THE INTERPRETER: Interpreter requires a repetition.
THE WITNESS: Thirty minutes.
BY MR. KEMP:
**Q. Do you ever receive any rate confirmation sheet when you haul a load?**
A. No.
**Q. Would you have any communication with Schneider Logistics regarding this load that you hauled?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer, sir.**
A. No.
**Q. Following this collision, was the delivery made?**
A. Yes.
**Q. Who made the delivery?**
A. I did.
**Q. Did you let them know that the vehicle had just been involved in a collision?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer, sir.**



A. Yes.
**Q. And who did you let know?**
A. Whoever receives my papers.
**Q. Did you have to get, like, a -- a stamp or a signature from someone there?**
A. Can you repeat the question?
**Q. Did you have to get some type of signature confirming that the delivery was completed?**
A. Yes.
**Q. Was it a signature or a stamp, or what exactly was it?**
A. Signature.
**Q. And then do you have to turn that paperwork in to FJ?**
A. Yes.
**Q. We talked about earlier you said -- I believe you said you were sleeping at the time of the collision; correct?**
A. Yes.
**Q. What's your first indication there was a collision?**
A. The sound.
**Q. And describe the sound.**
A. The sound of the impact.
**Q. Was it loud?**
A. A little bit.
**Q. Did the driver say anything?**
A. No.

**Q. Did you say anything to him?**
A. No.
**Q. Why not?**
THE INTERPRETER: Interpreter requires a repetition.
THE WITNESS: I didn't get out until the officers arrived.
BY MR. KEMP:
**Q. Did the driver get out before you?**
A. Yes.
**Q. Did he come back in and talk to you at all?**
A. No.
**Q. Did the driver ever tell you what happened?**
A. Yes.
**Q. What did he say happened?**
A. That there had been an incident.
**Q. What else did he say?**
A. Just that.
**Q. Did he describe how the collision occurred?**
A. No.
**Q. Could you see what had happened from you sitting in the truck?**
A. No.
**Q. Once the police arrived, you got out?**
A. Yes.



**Q. Did you ever see the other driver, the -- the one that was on a motorcycle?**
A. No.
**Q. You never went up to try to see if he was okay?**
A. No.
**Q. Did Mr. Pastrana ever go up to try to see if the driver of the motorcycle was okay?**
A. No, I didn't see.
**Q. Did you ever overhear anything the driver of the motorcycle said?**
A. No.
**Q. Did you speak with police?**
A. Yes.
**Q. And what did you say?**
A. They just asked me for the license.
**Q. Anything else?**
A. That's all.
**Q. Did you speak to anyone else while you were there?**
A. No.
**Q. Did you ever call anyone at FJ?**
A. Yes.
**Q. Who did you speak with?**
A. With dispatch.
**Q. And who at dispatch was that?**
A. I don't remember their name.



**Q. Would it have been Virginia Segura?**
A. I don't remember.
**Q. Did Mr. Pastrana ever tell you any details at all about what happened in the collision?**
A. No.
**Q. Did he ever say how it happened?**
A. No.
**Q. Did you ever ask him?**
A. No.
**Q. Why not?**
A. I didn't want to.
**Q. Why didn't you want to?**
A. I was scared.
**Q. Didn't you want to know what happened?**
A. I just asked him if he was okay.
**Q. Anything else?**
A. That's all.
**Q. Did he ever say what he was doing when the collision occurred?**
A. No.
**Q. Would you have reported the collision at all to Diesel Global Logistics?**
A. Yes.
**Q. Is that something you would've done or Mr. Pastrana?**
A. Me.



**Q. And who at Diesel did you speak with?**
A. At the office where they receive my papers.
**Q. Do you have to turn in certain papers to Diesel?**
A. Yes.
**Q. What papers do you have to give to Diesel?**
A. The ones regarding the load.
**Q. Do you turn in those same papers to FJ?**
A. Yes.
**Q. So is it the same paperwork, or -- or does certain paperwork go to Diesel, certain paperwork go to FJ?**
A. Copies.
**Q. And is -- are these the same paperworks we -- we've been talking about earlier, or is it any different paperwork?**
A. The same one.
**Q. Would that have been the first time you spoke with Diesel regarding this load, or had you spoken with them before?**
A. For the first time.
**Q. Did Mr. Pastrana ever talk to Diesel?**
A. No.
**Q. Besides the police and ambulance, did anyone else come to the scene?**
A. I don't remember.
**Q. Did you talk to anyone about the collision?**

Page 45

MR. GROUSTRA: Object to the extent that may encapsulate attorney-client privilege.
BY MR. KEMP:
**Q. Sir, I don't want to know anything you may have discussed with the attorney; I just want to know if there are any other people or who you did actually speak with regarding this collision?**
A. There's none.
**Q. Did you then drive the truck back to Nuevo Laredo?**
A. Yes.
**Q. Was Mr. Pastrana also doing some of that driving back to FJ?**
A. No.
**Q. Was he ever instructed not to do any of the driving on the way back?**
MR. GROUSTRA: Object to foundation.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Yes.
**Q. Do you know who -- who instructed him not to drive?**
A. No.
**Q. Did you make any stops to come back?**
A. Yes.
**Q. Where did you stop?**
MR. GROUSTRA: Object to relevance.

Page 46

BY MR. KEMP:
**Q. You can answer, sir.**
THE INTERPRETER: Interpreter requires a repetition.
THE WITNESS: At a truck stop.
BY MR. KEMP:
**Q. Was that for you to sleep?**
A. Yes.
**Q. Did you ever stop to pick up any other loads?**
A. No.
**Q. It was -- it was that same truck you drove all the way back to Nuevo Laredo; is that right?**
A. Yes.
**Q. And then when you got back, did you ever talk to anyone at -- at FJ about the collision?**
A. No.
**Q. No one about safety -- no one in the safety department spoke to you at all?**
A. Just dispatch.
**Q. And how long did you work at FJ following this collision?**
THE INTERPRETER: Interpreter will verify. Interpreter will proceed with an interpretation of witness' testimony.
THE WITNESS: Two years.

Page 47

BY MR. KEMP:
**Q. Why did you stop working at FJ the first time?**
MR. GROUSTRA: Object to relevance.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Due to a friend's invitation.
**Q. And who was that friend?**
MR. GROUSTRA: Relevance.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Where I live.
**Q. Were you terminated at all at FJ?**
MR. GROUSTRA: Object to relevance.
BY MR. KEMP:
**Q. You can answer.**
A. No.
**Q. And then you started working at TRADEX; is that correct?**
A. Yes.
**Q. Were you recruited to work at TRADEX at all?**
A. Yes.
**Q. And -- and who recruited you to work at TRADEX? Is that someone at FJ, or -- or who was it?**
A. Staff at TRADEX.
**Q. And who was the staff at TRADEX?**

Page 48

A. The -- the recruiter.
**Q. What was their name?**
A. I don't remember their name.
**Q. And then you began driving for TRADEX; is that correct?**
A. Yes.
**Q. Also taking loads to -- throughout the United States; is that correct?**
A. Yes.
**Q. And who did you report to at TRADEX?**
A. To dispatch.
**Q. And what were the names of the dispatchers that you would deal with at TRADEX?**
A. I don't remember. There were several.
**Q. Did you ever deal with Virginia Segura at TRADEX?**
A. No.
**Q. Do any of the people at TRADEX also work for FJ?**
A. No.
**Q. Do you know who Elias Salinas is?**
A. Sorry. Whom?
**Q. Elias Salinas?**
A. Elias, yes.
**Q. And who is that?**
A. The recruiter.
**Q. Is that who recruited you to work at TRADEX?**
A. Yes.

**Q. So while you were working at FJ, Mr. Salinas recruited you to then begin working at TRADEX; is that true?**
A. No.
**Q. Help me understand. You just said he was the one that recruited you.**
A. Yes. But after I had quit from FJ.
**Q. So why did you quit from FJ?**
THE INTERPRETER: Interpreter requires a verification.
Interpreter will proceed with a witness' testimony interpretation.
THE WITNESS: Due to a friend's invitation.
BY MR. KEMP:
**Q. A friend invited you to quit FJ?**
A. They invited me to work at TRADEX.
**Q. And so how did Mr. Salinas end up recruiting you?**
A. Because I was recommended.
**Q. By this friend?**
A. Yes.
**Q. And what is your friend's name?**
A. Carlos.
**Q. What was Carlos' last name?**
THE INTERPRETER: Interpreter requires a repetition.
THE WITNESS: Olmos.



BY MR. KEMP:
**Q. Is TRADEX -- where is their location?**
A. In Laredo.
**Q. Is that location that TRADEX is at in Laredo, is that the -- or one of the locations for FJ Carrier as well?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer.**
A. No.
**Q. Does TRADEX have a location in Mexico?**
A. Yes.
**Q. And where is that?**
A. On the Del Mex Road.
**Q. Is that in Nuevo Laredo?**
A. Yes.
**Q. Is that the same location of the FJ?**
A. No.
**Q. How far away is it?**
A. Like, five minutes away.
**Q. And what is the actual address of the TRADEX on Del Mex Road?**
A. I don't have that information. I don't remember.
**Q. When you would get your loads from TRADEX, would you get them in Mexico?**
A. Yes.



**Q. And when you cross the border, is there any type of documentation involved?**
A. Yes.
**Q. And what paperwork is that?**
A. Papers for customs.
**Q. And is that something you give customs or customs gives you?**
A. I give it to customs.
**Q. And do you get any paperwork back, like a receipt or stamped or any other paperwork from customs?**
A. Yes, a stamp.
**Q. A stamp on what?**
A. A stamp on the papers.
**Q. When you say "the papers," what papers are you referring to?**
A. The ones I give to them.
**Q. And are -- is that the load papers you were talking about earlier, or are those different papers? That's what I'm trying to understand.**
A. They are papers that go directly to customs.
**Q. Would you have any -- after you were recruited by Mr. Salinas, did you ever have any interactions with him?**
A. No.
**Q. How is working for TRADEX different than working for**



**FJ?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer, sir.**
THE INTERPRETER: Interpreter requires a repetition.
THE WITNESS: Comfort.
BY MR. KEMP:
**Q. What do you mean by that?**
A. Comfort with my teammate.
**Q. Do you stick with the same teammate when you drive at TRADEX?**
A. Can you repeat the question for me?
**Q. Do you drive with the same driver as a teammate at TRADEX?**
A. Yes.
**Q. Any other differences driving for TRADEX versus FJ?**
THE INTERPRETER: Interpreter requires a repetition. I'm sorry, Counsel. Can you repeat your question, please?
BY MR. KEMP:
**Q. Are there any other differences driving for TRADEX and FJ?**
MR. GROUSTRA: Same objection to form.
// //

Page 53

BY MR. KEMP:
**Q. You can -- you can answer, sir.**
A. The -- the work environment.
**Q. And what does that mean?**
THE INTERPRETER: Interpreter requires a repetition.
THE WITNESS: The -- the work. The -- the work, the environment.
BY MR. KEMP:
**Q. Are you aware that Mr. Salinas works for both TRADEX and FJ?**
A. No.
**Q. Do you know any of the owners at either TRADEX or FJ?**
A. No.
**Q. Who is Grupo Express del Norte?**
A. A transportation line.
**Q. Is that a transportation line of multiple companies?**
A. I don't know that information.
**Q. Is FJ Carrier Logistics part of Grupo Express del Norte?**
MR. GROUSTRA: Object to form and foundation.
BY MR. KEMP:
**Q. You can answer, sir.**
A. I wouldn't know what to tell you, no.
**Q. Is TRADEX part of Grupo Express del Norte?**

Page 54

MR. GROUSTRA: Same objection.
BY MR. KEMP:
**Q. You can answer, sir.**
A. I don't know.
**Q. Are you aware of recruiting materials utilized that have "TRADEX" as well as "FJ Carrier" on their materials?**
A. No.
**Q. Do you know who FJ Soluciones is?**
A. The -- the line.
**Q. What -- what do you mean by "the line"?**
A. The transportation line.
**Q. Okay. And the transportation line for who?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer, sir.**
A. For FJ.
**Q. And what does FJ Soluciones do for FJ?**
MR. GROUSTRA: Object to form and foundation.
BY MR. KEMP:
**Q. You can answer -- you can answer, sir.**
A. I don't know that information.
**Q. Do you ever have any communication with FJ Soluciones?**
A. No.
**Q. Do you know where FJ Soluciones is?**

Page 55

A. Yes.
**Q. Where is it?**
A. In -- in Nuevo Laredo.
**Q. Do you go to that location?**
A. No.
**Q. Then how do you know where it is?**
A. I'm sorry. Can you repeat the question?
**Q. Then how do you know where it is?**
A. Because I go by.
**Q. You've never stopped there at all?**
A. No.
**Q. Why did you stop working at TRADEX?**
A. Because I didn't like the type of work.
**Q. I thought you said you enjoyed the work environment.**
A. At the beginning.
**Q. How did it change?**
A. Getting to know -- well, over time.
**Q. Are there things that started to happen that you did not like at TRADEX?**
A. No.
**Q. Were you fired from TRADEX?**
MR. GROUSTRA: Object to relevance.
BY MR. KEMP:
**Q. You can answer, sir.**
A. No.

Page 56

**Q. How long after stopping to work for TRADEX did you begin working for FJ again?**
A. Three months.
**Q. Is that when you went back home?**
A. Yes.
**Q. And then how did you begin to work for FJ again?**
A. I went to ask for work again.
**Q. And is there someone in particular you went to?**
THE INTERPRETER: Interpreter requires a repetition.
THE WITNESS: With the boss, Amerigo.
BY MR. KEMP:
**Q. What is his name?**
A. Amerigo.
**Q. Did you ever have to go -- undergo any new training when you were hired a second time at FJ?**
A. Yes.
**Q. Was that the same training when you were hired the first time?**
A. Yes.
**Q. Do you ever have any interaction with Marco Morales?**
A. No.
**Q. Do you know who Northern Express Transport is?**
A. No.
**Q. When you worked at TRADEX, who would write or issue**

Page 57

**your paycheck?**
A. The dispatch.
**Q. And is there a certain company name that would be on your paychecks?**
A. No.
**Q. How are you paid? A personal check?**
A. Yes.
**Q. Okay. Did the check identify who was paying you?**
A. No.
**Q. When you get paid now at FJ, for your paychecks, does it identify who is paying you?**
A. FJ.
**Q. Have you ever had any contact with Mr. Pastrana since the collision?**
A. No.
**Q. Do you know where he is?**
A. No.
**Q. Do you know where he's working?**
A. No.
**Q. Has anyone ever told you any information about him?**
A. No.
**Q. When you are paired with a driver at FJ, is one of the drivers the leader?**
A. No.
**Q. As you continue to work at FJ, do you still -- still**

Page 58

**deal with loads through Diesel Global Logistics?**
THE INTERPRETER: Interpreter requires a verification.
Interpreter requires a repetition.
THE WITNESS: Yes.
BY MR. KEMP:
**Q. When you worked at TRADEX, would you deal with Diesel Global Logistics?**
A. No.
**Q. Did you talk to Mr. Salinas regarding this collision?**
A. No.
**Q. Did you speak with Hazel Becerra regarding this collision?**
A. No.
MR. KEMP: Sir, I don't think I have any other questions. Thank you for your time.
MR. GROUSTRA: Kevin, do you have anything?
MR. PLAGENS: No, I'm good.
MR. GROUSTRA: All right. I have just a couple follow-up questions for the witness.
EXAMINATION
BY MR. GROUSTRA:
**Q. When -- just so I understand, is it your understanding that when you were working for TRADEX, that you were being paid by TRADEX for that work?**

Page 59

MR. KEMP: Leading.
THE WITNESS: Yes.
BY MR. GROUSTRA:
**Q. And then when you went to go work for TRADEX, did you have to fill out an application and other paperwork just as you would when trying to start off with any trucking company?**
MR. KEMP: Same objection.
THE WITNESS: Yes.
MR. GROUSTRA: Thank you. That's all I have.
MR. KEMP: You're all set. Thank you, sir.
MR. GROUSTRA: Thank you.
THE VIDEOGRAPHER: This concludes the video deposition of Omar Lima consisting of two media. Deposition concluded at 12:54 p.m.
(The deposition was concluded at 12:54 p.m.)
* * *

Page 60

STATE OF MICHIGAN )
COUNTY OF ONTONAGON )

Certificate of Notary Public

I certify that this transcript, consisting of 60 pages, is a complete, true, and correct record of the testimony of OMAR LIMA held in this case on January 30, 2026.

I also certify that prior to taking this Deposition, OMAR LIMA was duly sworn to tell the truth pursuant to Michigan Law on Notarial Acts 55.265 Section 5(d)(i)(i).

I further certify that I am not related to Any of the parties or their attorneys or agents, nor am I an employee of any of the parties or their attorneys; and that I am not interested directly, indirectly, or financially in the matter of controversy.

MEGAN VINEYARD, CSMR 16405
Core Litigation Support, LLC - 8546
Certified Stenomask Reporter
Notary Public, Ontonagon County, Michigan
My Commission expires: May 18, 2031

DATE: February 10, 2026

**A**

**a.m** 1:22 4:3,8 36:7,8,8,10
**ability** 6:2
**able** 15:11,14 15:18
**accident** 9:22 24:10
**Acts** 60:11
**actual** 50:20
**additional** 32:11
**address** 7:8 28:19 38:8 50:20
**agents** 60:14
**agree** 11:22
**agreement** 5:10 32:16,19 32:22 37:17
**ahead** 13:16 16:12,15
**akemp@mic...** 2:6
**Alabama** 25:18
**Alan** 2:20
**alert** 17:23 23:2,3,5
**alerts** 17:19 18:1,10,16,16
**Alex** 4:25
**ALEXANDER** 2:3
**allowed** 11:13
**ambulance** 44:22
**Amerigo** 56:11 56:14
**AMOUR** 2:4
**answer** 6:2,7 6:22 9:25 10:7 12:11 13:21 17:16 18:5,13,20 19:4,9 23:12 25:23 28:6 29:21 30:2 35:22 39:15 39:25 45:18 46:2 47:5,10 47:15 50:8 52:4 53:2,23 54:3,16,21,21 55:24
**anymore** 12:5
**APPEARAN...** 2:1
**appearing** 5:2
**application** 59:5
**appointment** 27:14 29:16 30:11
**arrived** 41:7 41:24
**arrives** 31:16
**asked** 42:15 43:15
**asking** 6:6 11:20
**Asleep** 23:24
**assume** 6:22
**Atitlan** 7:9
**attached** 30:24 31:1
**attend** 10:9
**attention** 23:1
**attorney** 45:5
**attorney-client** 45:2
**attorneys** 60:14,16
**AU** 8:25 10:18
**August** 23:18
**AUTO** 2:4
**Avenue** 2:10 2:16
**awake** 23:23
**aware** 35:13 53:10 54:5

**B**

**back** 6:8 13:11 21:11,16 23:18 24:10 26:5,7,10 36:9 41:11 45:9,11,15,22 46:12,14 51:9 56:4
**basics** 15:16
**Becerra** 13:9 58:12
**began** 10:20 48:4
**beginning** 55:15
**begins** 4:6
**behalf** 4:25 5:3 5:4
**behavior** 23:15
**believe** 40:14
**berth** 23:20
**best** 6:2,15
**bill** 28:24 29:4
**bit** 40:23
**border** 20:14 51:1
**boss** 56:11
**box** 32:6 37:15 37:16
**BOYER** 2:15
**Brandy** 1:8
**break** 24:16 34:11,15 36:3 36:15
**breaks** 24:15
**briefly** 4:23
**broker** 33:16 33:21
**brokers** 33:18 34:7
**brought** 33:5

**C**

**C** 1:18,18
**cab** 16:13,18 17:2,4
**call** 17:23 29:7 29:9 30:12 42:20
**called** 5:15 17:21 27:20 32:9
**camera** 17:17
**cameras** 17:2
**Carlos** 49:21
**Carlos'** 49:22
**Carratalá** 2:20
**Carretera** 38:7
**Carrier** 1:9 2:8 4:9 5:5 7:19 7:22 8:2 10:20,24 11:5 11:23 12:1,8 13:14 14:8 20:6 21:24 23:14 29:23 31:13,16 50:5 53:19 54:6
**case** 1:7 4:11 60:7
**CDL** 9:19
**certain** 27:22 29:12 44:3,9 44:10 57:3
**Certificate** 60:4
**certificates** 10:13
**Certified** 60:22
**certify** 60:5,9 60:13
**change** 30:11 55:16
**check** 57:6,8
**checks** 36:25
**CHILCOTE** 2:10
**citations** 10:2
**citizen** 7:4,4,5
**Civil** 5:12
**claims** 13:18
**Close** 38:11
**closer** 20:20
**codriver** 23:1
**collision** 22:8 22:18 23:17 23:21,25 24:3 24:7,22 30:18 39:17,22 40:15,18 41:19 43:4,18 43:21 44:25 45:7 46:15,21 57:14 58:10 58:13
**come** 15:2 21:3 41:11 44:22 45:22
**comes** 29:6
**Comfort** 52:7 52:10
**coming** 32:6
**commercial** 11:24 14:10
**Commission** 60:23
**communicate** 15:10 33:18 34:6,21 37:7
**communicated** 33:21
**communicati...** 34:24 35:2 39:11 54:23
**companies** 53:17
**company** 8:5,6 8:19 57:3

59:7
**compete** 21:18
**complete** 18:1 60:6
**completed** 40:8
**concluded** 59:15,16
**concludes** 59:13
**confirmation** 39:8
**confirming** 40:7
**confuse** 6:18
**consider** 11:1
**consist** 14:14 15:9
**consisting** 59:14 60:5
**contact** 57:13
**CONTENTS** 3:1
**continue** 21:18 57:25
**continuing** 13:17
**controversy** 60:18
**conversation** 6:14
**Copies** 44:11
**Core** 1:24 4:16 60:21
**corporation** 1:10,12
**correct** 9:6 10:21,22 11:10 20:15 20:20 21:19 21:25 22:3,6 22:19 23:9 24:1,2 25:6,9 31:10 33:14 34:3 35:15
37:5,20 38:1 40:16 47:18 48:4,7 60:6
**correction** 36:19
**counsel** 5:10 34:1 52:19
**Counselors** 4:23
**County** 60:2 60:22
**couple** 58:20
**court** 1:1 4:12 4:15,18 5:11 6:11
**creates** 29:18 29:23
**cross** 51:1
**crossroads** 38:10
**CSMR** 1:24 60:21
**current** 7:8
**currently** 7:14
**Curtis** 1:9
**customer's** 28:11
**customs** 51:5,6 51:6,8,10,20

**D**

**D** 1:18,18 2:16
**dashcam** 16:17
**dashcams** 16:10,12 17:4
**date** 1:21 4:7 17:3 60:25
**day** 19:23 20:7 20:25 30:19 30:23 31:8
**days** 21:15 26:25 27:1
**de** 7:9
**deadline** 30:4
30:10,12,17
**deadlines** 29:12,15
**deal** 37:7 48:12 48:14 58:1,7
**DEFENDANT** 2:14
**Defendants** 1:14 2:8 5:3 5:5
**degrees** 10:13
**del** 50:13,20 53:15,19,25
**deliver** 25:6 26:1 30:20 35:3
**delivered** 35:17
**deliveries** 22:12 29:13
**delivering** 25:16 26:24 30:18
**delivery** 25:16 26:4 27:12 28:22 30:9,12 34:25 35:4 39:17,19 40:8
**department** 12:21,22,24 13:1 23:9 37:19 46:17
**DEPONENT** 1:21
**deposition** 4:6 5:9,24 59:14 59:15,16 60:10
**describe** 40:20 41:19
**description** 28:9 32:13
**destination** 24:23 28:12
28:14
**details** 43:3
**DICKIE** 2:10
**Diesel** 1:10 2:14 4:10 5:3 34:19,21 43:21 44:1,3 44:5,10,17,20 58:1,7
**differences** 52:17,22
**different** 16:6 16:8 19:12,14 25:12,12,16 27:7,8 30:15 44:13 51:18 51:25
**directly** 51:20 60:16
**discussed** 45:5
**dispatch** 20:3 26:16,20 27:3 27:6,7 29:9 30:13,14,15 30:15 42:23 42:24 46:19 48:10 57:2
**dispatchers** 20:4 48:11
**displayed** 38:16
**District** 1:1,2 4:12,12
**Division** 1:3 4:13
**document** 28:2 37:17
**documentati...** 33:7 51:2
**documents** 28:2 29:3
**doing** 17:2 43:18 45:11
**drive** 10:15,18
11:13 14:21 14:21 16:1,5 16:6,9 17:10 17:18 19:11 19:13 20:11 21:10,21 23:14 25:11 25:15 26:4,7 26:14 27:1 35:14 45:9,20 52:11,14
**driven** 16:17 22:10 35:8
**driver** 9:17 11:1 14:18,18 16:2 19:6 23:2,5 24:11 35:7 40:24 41:9,13 42:1 42:6,9 52:14 57:22
**drivers** 57:23
**driving** 10:9,21 14:2,15 16:3 18:10,22 19:1 19:23 22:17 23:15 24:6,9 24:17,20 25:6 25:12 26:14 29:7 45:11,14 48:4 52:17,22
**drove** 22:18 33:11 46:11
**Due** 47:6 49:12
**duly** 5:16 60:10

**E**

**E** 1:18,18,18 1:18,18
**earlier** 40:14 44:13 51:18
**Eastern** 1:2 4:12

**Eight** 8:9
**either** 37:13 53:13
**Elias** 48:18,20 48:21
**employed** 7:14 7:16
**employee** 60:15
**empty** 26:8
**encapsulate** 45:2
**English** 7:10 7:12 15:7,15 15:22
**enjoyed** 55:14
**enter** 19:16 28:19
**entire** 7:6 11:20
**entrances** 37:1
**environment** 53:3,8 55:14
**essentially** 24:23
**Evidence** 5:12
**exact** 38:8
**exactly** 40:10
**Examination** 3:4,5 5:20 58:21
**examined** 5:18
**example** 23:3 29:9 31:7,24 32:2 35:4
**exchange** 37:17
**Excuse** 5:13
**EXHIBITS** 3:7
**expect** 23:15
**experience** 22:24
**expires** 60:23
**Express** 53:15 53:19,25 56:23
**extended** 35:19
**extent** 11:19 45:1

**F**

**F** 1:18
**FA** 7:24
**fair** 6:23
**far** 39:2 50:18
**Farmington** 2:5
**Farms** 1:23 2:11 4:2
**February** 60:25
**Federal** 5:11 5:11,12 11:5 11:22
**fill** 59:5
**financially** 60:17
**fine** 13:19
**finish** 34:13
**fired** 55:21
**first** 5:16 9:15 10:20,23,24 12:1,2,18 13:12,14,14 13:25 14:8,24 17:4,10,18 19:22 22:18 35:13 40:18 44:16,19 47:2 56:19
**five** 36:14 50:19
**FJ** 1:9 2:8 4:9 5:5 7:17,18 7:19,22 8:2 8:11,12,14 10:20,23 12:1 12:8,14,15,18 13:11,14 14:1 14:8,21,24 15:3 16:5,9 16:18,20 17:2 17:5,10,18,23 18:10,17 19:22 20:6,23 21:24 22:21 23:9,14 25:5 29:18,23 30:15,20 31:13,16 33:12 35:8,11 35:18 37:5,22 39:2 40:12 42:20 44:7,10 45:12 46:15 46:20 47:2,12 47:23 48:16 49:1,6,7,14 50:5,16 52:1 52:17,23 53:11,13,19 54:6,9,17,18 54:18,23,25 56:2,6,16 57:10,12,22 57:25
**FJ's** 30:16
**FMCSAs** 11:20
**follow** 11:11,16 11:22
**follow-up** 36:21 58:20
**following** 39:17 46:20
**follows** 5:19
**foreign** 1:10,12
**form** 11:2,19 12:9 16:14 18:3 19:2 23:10 25:21 28:4 29:25 30:6 39:13,23 50:6 52:2,24 53:21 54:14 54:19
**forwarder** 33:24 34:2
**forwarders** 34:6
**foundation** 17:14 23:10 29:19 35:20 45:16 53:21 54:19
**Four** 9:13
**freight** 33:24 34:1,6
**friend** 12:3 47:7 49:14,18
**friend's** 47:6 49:12,20
**full** 6:25
**further** 60:13

**G**

**gate** 36:17,18 36:22,24 37:2 37:4,8,10,11 37:14,19,22
**getting** 23:2 55:17
**give** 6:15 19:15 26:20 37:10 37:13 44:5 51:6,8,16
**given** 5:24 18:9 26:13 31:15 31:18 37:18
**gives** 29:18 32:24 51:6
**Global** 1:11 4:10 5:3 34:19,21 43:22 58:1,8
**go** 13:16 15:24 21:11,16,21 22:6,12 26:10 26:24 30:23 31:1 35:3,14 37:1,9,9 42:6 44:10,10 51:20 55:4,9 56:15 59:4
**going** 6:22 26:14 27:13 34:9 36:6 38:14
**good** 5:22,23 34:11 36:4 58:18
**Google** 38:17
**GPS** 28:17,19
**Grand** 2:16
**Grosse** 1:23 2:11 4:2
**Groustra** 2:9 3:5 5:4,4 9:23 10:4 11:2,19 12:9 13:16 16:14 17:14 18:3,11 18:18 19:2,7 19:15,19 23:10 25:21 28:4 29:19,25 30:6 34:9,17 35:20 36:5,11 39:13,23 45:1 45:16,25 47:3 47:8,13 50:6 52:2,24 53:21 54:1,14,19 55:22 58:17 58:19,22 59:3 59:10,12
**Grupo** 53:15 53:19,25
**guard** 36:17,18 36:22,24 37:2

37:4,8,10,11
37:14,19,22
**guys** 24:13,15

**H**

**half** 8:13
**happen** 55:18
**happened** 41:13,15,21 43:4,6,14
**happens** 29:6 30:9
**happy** 6:19
**hard** 6:12
**haul** 39:9
**hauled** 39:12
**hauling** 32:2
**Hazel** 13:9,11 58:12
**head** 6:13,14
**heard** 6:23 28:24 32:16 32:18
**held** 60:7
**help** 16:2 49:4
**Highway** 2:5
**Hills** 2:5
**hired** 12:18 13:14 15:20 56:16,18
**hiring** 13:18
**hold** 9:19 10:13
**home** 21:11,14 22:6 56:4
**Hon** 1:8
**hook** 31:4,9
**hour** 34:9,10
**hours** 11:13 18:22 20:24 20:25 24:8
**house** 20:22

**I**

**identify** 57:8 57:11
**immediately** 7:25 8:3,15
**impact** 40:21
**incident** 41:16
**indication** 40:18
**indirectly** 60:17
**information** 18:25 25:5 26:13,20 27:12,13 28:8 29:24 30:4,5 31:15,18 32:5 32:11 33:4 36:2 50:22 53:18 54:22 57:20
**inspection** 31:19,20,23 31:24
**instructed** 45:14,20
**interact** 37:7
**interaction** 56:21
**interactions** 51:22
**interchange** 32:16,18,22 36:15 37:15
**interested** 60:16
**interpretation** 20:2 36:1 46:24 49:11
**interpreted** 36:18
**Interpreter** 2:20 4:20 8:23,23 9:9,9 14:4,4 16:23 16:23 19:24 19:24 20:1 28:15,15 32:25,25 33:25,25 35:23,23,25 39:4,4 41:4,4 46:3,3,22,22 46:23 49:8,8 49:10,23,23 52:5,5,18,18 53:5,5 56:9,9 58:2,2,4
**introduce** 4:23
**invitation** 47:6 49:12
**invited** 49:14 49:15
**involved** 9:21 39:22 51:2
**involving** 22:9
**issue** 29:6 56:25
**Ivy** 1:9

**J**

**J** 2:15
**James** 1:5 4:9
**January** 1:21 4:1,7 60:8
**Jeremy** 2:20 4:14
**job** 6:2 8:17 9:5,12,15 15:18
**jobs** 9:16
**Jr** 1:9
**Juan** 7:9
**Judge** 1:9

**K**

**Kemp** 2:3 3:4 4:25,25 5:8 5:21 9:1,11 9:24 10:6 11:4,21 12:10 13:19,20 14:7 16:16 17:1,15 18:4,12,19 19:3,8,17,20 19:21 20:5 23:11 25:22 28:5,18 29:20 30:1,8 33:3 34:3,5,13,18 35:21 36:3,20 39:7,14,24 41:8 45:3,17 46:1,6 47:1,4 47:9,14 49:13 50:1,7 52:3,8 52:21 53:1,9 53:22 54:2,15 54:20 55:23 56:12 58:6,15 59:1,8,11
**Kercheval** 2:10
**Kevin** 2:15 5:2 58:17
**kevin.plagen...** 2:18
**know** 6:19 8:3 11:5 19:17 22:21,24 28:13 29:15 31:12 33:16 33:24 34:10 34:19 35:7,10 39:2,21 40:2 43:14 45:4,5 45:20 48:18 53:13,18,24 54:4,9,22,25 55:6,8,17 56:23 57:16 57:18

**L**

**lading** 28:24 29:4
**Laredo** 20:10 20:12,13,20 20:23 21:22 21:22,23,24 22:3,12,15 25:2,24,25 26:5,7,11,19 26:23 30:23 31:13,16 33:11 35:8,11 35:18 37:3,5 37:25 45:9 46:12 50:3,4 50:14 55:3
**law** 2:4 11:14 60:11
**leader** 57:23
**Leading** 59:1
**learn** 12:1
**leave** 26:23
**legal** 4:14
**LEO** 2:4
**license** 9:19 42:15
**life** 7:6
**Lima** 1:21 3:3 4:7 5:9,14 7:1 59:14 60:7,10
**limit** 11:11
**line** 34:14 53:16,17 54:10,11,12 54:13
**Litigation** 1:24 4:16 60:21
**little** 40:23
**live** 20:19 47:11
**lived** 7:6
**LLC** 1:9,24 4:9 4:17 60:21

**load** 25:6 26:24 27:4,9,9,16 27:21,22 28:9 28:21 29:1,7 30:3,17 31:7 32:2,10,11,13 33:7,9,22 34:22,25 35:3 35:5 38:23 39:3,9,12 44:6,17 51:17
**loaded** 35:17
**loads** 33:19 46:9 48:6 50:23 58:1
**location** 1:22 20:6 26:19 33:5 37:25 39:2 50:2,4 50:10,16 55:4
**locations** 20:11 50:5
**log** 18:25
**login** 19:6
**Logistics** 1:9 1:11 2:8 4:9 4:10 5:3 14:8 20:6 23:14 31:13 34:19 34:21 39:12 43:22 53:19 58:1,8
**long** 7:20 8:8 8:12 9:2,12 14:16 20:22 21:3,4,7,8,14 22:21 24:6 34:15 35:10 46:20 56:1
**longer** 34:10
**looks** 38:19
**lot** 15:16 38:3
**loud** 40:22
**lstamour@m...** 2:7

**M**

**Mag** 1:9
**man** 13:7
**maneuvers** 14:2,3,6
**manual** 15:19 15:24
**Maps** 38:17
**Marco** 1:12 4:10 22:9 56:21
**materials** 54:5 54:7
**matter** 4:9 60:17
**MCCAME** 2:10
**McDonald** 1:5 4:9
**McMillion** 1:8
**mean** 15:17 52:9 53:4 54:11
**meant** 36:16
**Mechanically** 31:25
**media** 4:6 59:14
**Megan** 1:24 4:15 60:21
**Mex** 38:7,11 38:12 50:13 50:20
**Mexican** 7:4,5 9:19
**Mexico** 7:6 8:16,19,20 12:7 20:14,19 50:10,24
**Michigan** 1:2 1:23 2:4,5,11 2:17 4:2,13 24:3 26:24 27:1 35:14 60:1,11,22
**miles** 24:10
**minutes** 36:14 39:6 50:19
**moment** 37:15
**Monarch** 17:21 18:16 18:25
**monitor** 23:15
**month** 10:23 14:17
**months** 8:9 21:9,11,16 56:3
**Morales** 56:21
**morning** 5:22 5:23
**motor** 9:21 11:5,22,24 14:10
**motorcycle** 42:2,7,10
**moving** 10:2
**multiple** 53:17

**N**

**N** 1:18,18,18
**name** 4:14 6:25 12:16 15:1 27:3,5,22 28:11,11 35:7 42:25 48:2,3 49:20,22 56:13 57:3
**names** 13:2 48:11
**near** 38:10
**need** 35:17
**negligent** 13:18
**never** 42:4 55:10
**new** 26:10 56:15
**Nineteen** 20:24
**nod** 6:13
**normal** 6:14
**normally** 25:3
**Norte** 53:15,20 53:25
**Northern** 56:23
**Northwestern** 2:5
**Notarial** 60:11
**Notary** 60:4,22
**noted** 36:12
**notice** 5:9
**Novi** 2:17
**Nuevo** 20:13 20:20,23 21:22,23,24 22:3,12,15 25:2,24,25 26:5,7,10,19 26:23 30:23 31:13,16 33:11 35:8,10 35:18 37:3,4 37:25 45:9 46:12 50:14 55:3

**O**

**O** 1:18,18,18 1:18
**Object** 9:23 10:4 11:2,19 12:9 16:14 17:14 18:3,11 19:2 23:10 25:21 28:4 29:19,25 30:6 35:20 39:13 39:23 45:1,16 45:25 47:3,13 50:6 52:2 53:21 54:14 54:19 55:22
**objection** 10:4 13:17 18:18 19:7 52:24 54:1 59:8
**observe** 23:25
**obviously** 6:5 33:14 38:3
**occurred** 24:3 24:22 41:19 43:19
**occurring** 24:7
**offered** 3:8
**office** 21:24 44:2
**officer** 15:10 36:25
**officers** 41:7
**Oh** 8:5 32:10
**okay** 6:3,9,16 6:20 15:14 21:7 28:8 35:7 37:17 42:4,7 43:15 54:13 57:8
**old** 7:2
**Olmos** 49:25
**Omar** 1:21 3:3 4:6 5:9,14 7:1 59:14 60:7,10
**Once** 41:24
**ones** 30:3 44:6 51:16
**Ontonagon** 60:2,22
**operate** 11:23 14:9
**order** 22:2
**originate** 33:9
**origination** 32:6,12

**overhear** 42:9
**owners** 53:13

**P**

**P** 1:18 2:3
**P.C** 2:4,15
**p.m** 59:15,16
**P48966** 2:9
**P55992** 2:15
**P80963** 2:3
**P88642** 2:4
**page** 3:3 28:3
**pages** 27:24 28:1 60:6
**paid** 57:6,10 58:25
**paired** 57:22
**paper** 29:1
**papers** 27:14 27:15,15,17 27:20,21,22 28:8,21 29:16 29:17,23 32:10,12 40:3 44:2,3,5,7 51:5,13,14,14 51:17,18,20
**paperwork** 32:1,7,9,21 33:4 37:10,11 37:13 40:12 44:9,10,10,14 51:4,9,10 59:5
**paperworks** 44:12
**part** 28:1 53:19 53:25
**particular** 56:8
**parties** 60:14 60:15
**Pastrana** 5:5 22:17 24:6 25:8,11,15 42:6 43:3,24 44:20 45:11 57:13
**Pastrana-Ji...** 1:13 2:8 4:11 22:9
**pay** 23:1
**paycheck** 14:25 57:1
**paychecks** 57:4 57:10
**paying** 57:8,11
**PC** 2:10
**Pedro** 7:9
**people** 12:22 12:24 13:1,3 13:5 27:7 37:1 45:6 48:16
**period** 21:3,5,7 35:19
**person** 6:8 24:19,19 26:17 27:3,6
**personal** 57:6
**pick** 38:23,25 39:3 46:9
**picked** 34:25 35:3
**place** 24:22
**Plagens** 2:15 5:2,2 58:18
**Plaintiff** 1:6 2:2 5:1
**please** 4:18 6:19,25 9:8 52:20
**point** 32:6,12
**Pointe** 1:23 2:11 4:2
**police** 36:25 41:24 42:12 44:22
**Polo** 1:13 4:10 22:9
**pounds** 28:9
**PRESENT** 2:19
**presume** 38:3
**pretrip** 31:24
**previously** 33:5
**PRIETO** 2:15
**prior** 8:14 22:8 24:6 25:11,15 26:25 60:9
**privilege** 45:2
**Procedure** 5:12
**proceed** 5:7 20:1 35:25 36:19 46:23 49:10
**process** 21:18
**professional** 11:1
**provide** 16:1 33:4
**provided** 13:15
**Public** 60:4,22
**Puebla** 21:12 21:14,21 22:6
**purposes** 5:11
**pursuant** 5:9 60:11

**Q**

**question** 6:6 6:19,22 8:1 13:24 24:14 32:17 35:1 40:6 52:13,20 55:7
**questioning** 34:14 36:14
**questions** 6:1 58:16,20
**QUINTAIR...** 2:15
**quit** 49:6,7,14
**quite** 38:3

**R**

**R** 1:8,18
**Ramsden** 2:20 4:14
**rate** 39:8
**read** 7:12 15:6 33:7 38:16
**ready** 19:18
**receipt** 51:9
**receive** 13:23 13:25 14:9,12 15:19 18:15 26:15 27:9,12 27:13 28:1 29:3,17 32:1 32:21 34:24 35:2 37:11,14 39:8 44:2
**received** 10:2 15:4 17:23 18:10 27:4 35:14 37:18
**receives** 36:25 40:3
**Recess** 36:8
**recite** 11:20
**recommended** 49:17
**record** 4:5,24 5:8 36:7,10 36:11 60:6
**recruited** 12:8 47:20,22 48:24 49:1,5 51:21
**recruiter** 48:1 48:23
**recruiting** 49:16 54:5
**referring** 21:2 31:23 51:15
**reflect** 5:8
**regarding** 18:15 29:11 30:3 31:20 33:21 34:22 34:24 35:5 36:13,15 39:12 44:6,17 45:7 58:10,12
**Regulations** 11:6,23
**related** 60:13
**relevance** 9:23 10:5 18:11 45:25 47:3,8 47:13 55:22
**remember** 12:16,23 13:2 17:3 23:18 27:5,11 33:10 38:9,13 42:25 43:2 44:24 48:3,13 50:22
**repeat** 8:1 9:8 9:9 13:24 16:23 32:17 35:1 40:6 52:13,19 55:7
**repetition** 8:24 14:5 28:16 33:1 34:1 39:5 41:5 46:4 49:24 52:6,19 53:6 56:10 58:4
**rephrase** 6:20
**report** 12:17 13:3,11 48:9
**reported** 43:21
**reporter** 1:24 4:15,18 6:11 60:22
**reports** 31:24

**representing** 4:16
**requires** 8:23 14:4 19:24 28:15 32:25 33:25 35:23 39:4 41:4 46:3 49:8,23 52:5,18 53:5 56:9 58:2,4
**response** 6:16
**responsibility** 23:8
**rest** 24:18
**restart** 29:12
**resting** 24:19
**returned** 12:7
**right** 9:17 19:19 20:14 24:4,23 26:2 26:21 37:23 38:4 46:12 58:19
**River** 2:16
**road** 11:16 38:6,11,12 50:13,21
**roads** 38:16
**roadway** 14:10 14:13
**room** 19:16
**rotate** 24:17
**route** 25:5 26:15 28:13
**routes** 19:23
**rules** 5:11,12 5:12 11:9

**S**

**S** 1:18 2:9
**safety** 11:5,23 12:21,22,24 13:1 15:19 18:8 23:9 29:8,10 30:13 33:2 36:18 37:19 46:17 46:17
**Salinas** 48:18 48:20 49:1,16 51:22 53:10 58:10
**San** 7:9,9
**says** 6:12
**scared** 43:13
**scene** 44:23
**Schneider** 39:11
**school** 10:9
**screen** 17:19 38:14
**second** 17:8 19:15 56:16
**Section** 60:12
**see** 38:14,20 41:21 42:1,4 42:6,8
**Segura** 27:10 43:1 48:14
**separate** 28:2 32:7
**service** 18:23
**set** 36:19 59:11
**shake** 6:13
**share** 38:14
**sheet** 39:8
**show** 16:12 19:1 20:7 26:19
**side** 31:9
**sign** 28:22
**signature** 40:4 40:7,10,11
**signs** 11:16 15:6
**sir** 5:22 6:25 9:25 10:7 12:11 13:21 17:16 18:5,13 28:6 29:21 30:2 35:22 36:21 38:14 38:20 39:15 39:25 45:4,18 46:2 47:5,10 52:4 53:2,23 54:3,16,21 55:24 58:15 59:11
**sit** 35:18
**sitting** 41:21
**sleep** 21:10 46:7
**sleeper** 23:20
**sleeping** 23:23 24:16 40:15
**slight** 36:12
**Soluciones** 54:9,18,23,25
**sorry** 13:16 16:22 19:19 34:1 48:19 52:19 55:7
**sound** 40:19,20 40:21
**Southern** 1:3 4:13
**Spanish** 15:22 15:23
**speak** 7:10 15:15,18 42:12,18,22 44:1 45:7 58:12
**specific** 31:12
**speed** 11:11
**speeding** 17:19 18:16 23:3
**speeds** 17:11
**spell** 8:22
**spoke** 44:16 46:18
**spoken** 44:17
**ST** 2:4
**staff** 47:24,25
**stamp** 40:4,10 51:11,12,13
**stamped** 51:10
**start** 10:23 17:2 20:12 22:2,15 24:9 25:2,6,25 26:23 30:23 59:6
**started** 14:1,8 31:7 47:17 55:18
**starting** 25:11 25:15
**state** 6:25 37:16 60:1
**States** 1:1 4:12 7:4 10:16,18 10:21 22:13 26:1 48:6
**stay** 21:4,14 35:18
**Stenomask** 60:22
**stick** 19:11 52:11
**stop** 7:22 24:15 45:24 46:5,9 47:2 55:12
**stopped** 55:10
**stopping** 56:1
**stops** 24:25 45:22
**Suite** 2:11,16
**supervision** 13:18
**Support** 1:24 4:16 60:21
**Sure** 34:17
**swear** 4:18
**switch** 24:13
**sworn** 4:20,21 5:16 60:10
**system** 17:21

**T**

**T** 1:18
**TABLE** 3:1
**take** 20:22 24:15 28:13 34:15 36:3
**taken** 4:7 5:9
**takes** 20:25 27:1
**talk** 15:13 18:2 18:9 23:17 26:19 41:11 44:20,25 46:14 58:10
**talked** 9:16 40:14
**talking** 6:8 21:8 29:1 37:18,20 44:13 51:17
**taught** 15:12
**teaching** 15:10
**team** 14:22 16:1 19:11,12
**teammate** 19:13,14 52:10,11,14
**tell** 31:4 41:13 43:3 53:24 60:10
**ten** 34:10 36:14
**term** 28:24 32:18 36:16 36:17
**terminated** 47:12
**testified** 5:18
**testify** 5:16
**testimony** 20:2

36:1 46:24 49:11 60:7
**testing** 14:15
**Texas** 20:10,12
**tgroustra@d...** 2:12
**Thank** 4:22 5:6 9:12 36:5 58:16 59:10 59:11,12
**things** 6:14 55:18
**think** 58:15
**Thirty** 7:3 39:6
**thought** 55:14
**three** 9:3 21:9 21:11,16 24:8 56:3
**tickets** 10:3
**Tim** 5:4
**time** 1:22 4:8 6:9,20 8:12 8:14 10:20,24 12:2,18 13:12 13:15 16:19 16:20 17:4,8 17:10,18 19:22 21:3,5 21:7 22:17,18 22:22 23:20 23:23 26:8,23 30:18,21 34:11 35:4,13 35:19 36:4,7 36:10 40:15 44:16,19 47:2 55:17 56:16 56:19 58:16
**TIMOTHY** 2:9
**today** 4:15 6:1 6:5 7:2 22:8 23:18
**Today's** 4:7
**told** 57:20
**track** 17:11 18:22
**tractor** 30:24 31:2,4,8,20
**TRADEX** 8:7 8:8,10 47:17 47:20,22,24 47:25 48:4,9 48:12,14,16 48:24 49:2,15 50:2,4,10,20 50:23 51:25 52:12,15,17 52:22 53:10 53:13,25 54:6 55:12,19,21 56:1,25 58:7 58:24,25 59:4
**traffic** 10:2 11:9 15:6
**trailer** 26:7,10 30:24 31:1,5 31:10,12,15 31:21 32:16 32:18,21 33:5 35:8,10,13 36:15 37:9,17 38:19,22
**trailers** 35:17 38:25
**trainer** 14:15
**training** 13:15 13:18,23,25 14:9,12,13 15:4,6 22:24 56:15,18
**transcript** 60:5
**translate** 6:7,7
**translator** 6:5 6:7
**Transport** 56:23
**transportation** 53:16,17 54:12,13
**Transportes** 8:21,25 9:7 9:10 10:12,15 10:18
**transporting** 33:19
**trick** 6:18
**trip** 18:1,2 25:2 31:10 35:4
**trouble** 30:20
**truck** 9:16 10:9 11:1 16:6,17 21:6,10,11 22:5 23:14 24:15 25:12 26:13 41:22 45:9 46:5,11
**trucking** 8:17 8:19 59:7
**trucks** 16:5,7,8 16:9 33:13
**true** 49:2 60:6
**truth** 5:17,17 5:18 60:10
**try** 42:4,6
**trying** 19:16 51:19 59:6
**turn** 40:12 44:3,7
**Twenty-five** 21:15
**two** 8:13 26:25 27:1,19,25 28:1 46:25 59:14
**type** 10:9 13:15,23,25 14:3,9,12 15:6,19 16:2 23:2,5 31:18 40:7 51:1 55:13
**typing** 6:11

**U**

**uh-huh** 6:13
**uh-uh** 6:13
**undergo** 56:15
**understand** 6:19 24:14 36:16,21 37:8 49:4 51:19 58:23
**understanding** 58:23
**understood** 6:23
**Unidos** 8:21 10:12,15
**United** 1:1 4:12 7:4 10:15,18,21 22:13 26:1 48:6
**Urbanos** 9:7 9:10
**use** 11:13 36:17
**utilized** 54:5

**V**

**v** 1:7,18
**variance** 36:12
**vehicle** 9:21 11:24 14:10 19:1 25:13 39:21
**verbal** 6:15
**verification** 19:25 35:24 49:9 58:3
**verify** 46:22
**versus** 52:17
**video** 4:6 59:13
**Videoconfer...** 1:22
**videographer** 2:20 4:5,15 4:22 5:6 36:6 36:9 59:13
**Vineyard** 1:24 4:16 60:21
**violations** 10:3 18:9
**Virginia** 27:9 43:1 48:14
**virtually** 4:7
**vs** 4:9

**W**

**wait** 6:6
**want** 8:3 23:17 43:11,12,14 45:4,5
**warnings** 18:15
**wasn't** 33:14
**watch** 14:20
**watching** 14:18,19
**way** 24:25 45:15 46:11
**we're** 22:8 23:17 36:19 37:20
**we've** 34:9 44:12
**weight** 32:13
**went** 25:25 31:8 42:4 56:4,7,8 59:4
**witness** 4:19,21 5:15 8:25 11:3 14:6 16:15 20:3 23:25 28:17 30:7 33:2 34:4 36:2,13 36:16 39:6

41:6 46:5,25 49:12,25 52:7 53:7 56:11 58:5,20 59:2 59:9
**witness'** 20:2 36:1 46:24 49:10
**woman** 13:7,8
**WOOD** 2:15
**word** 9:8
**words** 36:13
**work** 7:25 8:8 8:10,12,14 9:2,4,12,14 12:5,6,8 15:16 20:7,12 20:25 21:3,4 21:7,10 22:2 46:20 47:20 47:22 48:16 48:24 49:15 53:3,7,8 55:13,14 56:1 56:6,7 57:25 58:25 59:4
**worked** 7:20 8:2,3 13:11 14:24 17:5,7 19:22 56:25 58:7
**working** 7:22 7:24 8:14 10:23 12:1 14:1,8 21:16 22:5,21 25:16 47:2,17 49:1 49:2 51:25,25 55:12 56:2 57:18 58:24
**works** 34:16 53:10
**worries** 19:20
**would've** 10:20
33:11 35:7 38:22 43:24
**wouldn't** 53:24
**write** 56:25
**written** 18:15

**X**

**Y**

**yard** 14:6 31:3 31:8,9,12,16 35:8,11,18 38:19,22,25
**Yeah** 13:19 19:17 34:13 34:13 36:11
**year** 7:21,25 8:3 10:23
**years** 8:13 9:3 9:13 46:25

**Z**

**Zavaleta** 7:1
**Zoom** 1:22

**0**

**1**

**1** 4:6
**10** 60:25
**10:15** 1:22 4:3 4:8
**11:39** 36:7,8
**11:57** 36:8,10
**12:54** 59:15,16
**120** 2:10
**15** 34:10
**16405** 1:24 60:21
**18** 60:23
**19** 20:25

**2**

**2:24-cv-1004...** 1:7 4:11
**200** 2:11 24:10
**2022** 10:25
**2023** 23:18
**2026** 1:21 4:1,8 60:8,25
**2031** 60:23
**248** 2:6,17

**3**

**30** 1:21 4:1,7 60:8
**30101** 2:5
**308-2034** 2:12
**313** 2:12
**353-7575** 2:6

**4**

**41430** 2:16
**48236** 2:11
**48334** 2:5
**48375** 2:17

**5**

**5** 3:4
**5(d)(i)(i)** 60:12
**55.265** 60:11
**58** 3:5

**6**

**60** 60:6

**7**

**783-6780** 2:17

**8**

**85** 38:12
**8546** 1:24 60:21