Exhibit 11

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCDONALD,
Plaintiff,
v.

Case No: 2:24-cv-10049-MFL-CI
Hon. Brandy R. McMillion
Mag. Judge Curtis Ivy, Jr.

FJ CARRIER LOGISTICS LLC, a foreign corporation, DIESEL GLOBAL LOGISTICS, INC., a foreign corporation, and MARCO POLO PASTRANA-JIMENEZ,
Defendants.
______________________________/

V I D E O C O N F E R E N C E   D E P O S I T I O N

DEPONENT: Marco Morales
DATE: January 30, 2026
TIME: 1:21 p.m.
LOCATION: Zoom Videoconference
Grosse Pointe Farms, Michigan
REPORTER: Megan Vineyard, CSMR - 16405
Core Litigation Support, LLC - 8546

Page 2

APPEARANCES

FOR PLAINTIFF:

ALEXANDER P. KEMP (P80963)
LEO ST. AMOUR (P88642)
MICHIGAN AUTO LAW, P.C.
30101 Northwestern Highway
Farmington Hills, Michigan 48334
(248) 353-7575
akemp@michiganautolaw.com
lstamour@michiganautolaw.com

FOR DEFENDANTS PASTRANA-JIMENEZ & FJ CARRIER LOGISTICS:

TIMOTHY S. GROUSTRA (P48966)
DICKIE, MCCAME & CHILCOTE, PC
120 Kercheval Avenue
Suite 200
Grosse Pointe Farms, Michigan 48236
(313) 308-2034
tgroustra@dmclaw.com

FOR DEFENDANT DIESEL:
KEVIN J. PLAGENS (P55992)
QUINTAIROS, PRIETO, WOOD & BOYER, P.C.
41430 Grand River Avenue
Suite D
Novi, Michigan 48375
(248) 783-6780
kevin.plagens@qpwblaw.com

ALSO PRESENT:
Jeremy Ramsden, Videographer
Alan Carratalá, Interpreter

Page 3

TABLE OF CONTENTS

MARCO MORALES PAGE
Examination by Mr. Kemp 5

EXHIBITS
None offered.

Page 4

January 30, 2026
Grosse Pointe Farms, Michigan
1:21 p.m.
* * *

THE VIDEOGRAPHER: We are now on the record. This begins Media 1 in the video deposition of Marco Morales being taken virtually. Today's date is January 30, 2026, and the time is now 1:21 p.m. This is the matter of James McDonald vs. FJ Carrier Logistics LLC, Diesel Global Logistics, and Marco Polo Pastrana-Jimenez, Case No. 2:24-cv-10049-MFL-CI, in the United States District Court, Eastern District of Michigan, Southern Division.

My name is Jeremy Ramsden, legal videographer. Our court reporter today is Megan Vineyard. Both representing Core Litigation Support, LLC.

Will the court reporter please swear in the witness.

(Interpreter is sworn in.)

(Witness is sworn in.)

THE VIDEOGRAPHER: Thank you.

Counselors, can you briefly introduce yourselves for the record.

MR. KEMP: Alex Kemp on behalf of the

Page 5

Plaintiff.
MR. PLAGENS: Kevin Plagens on behalf of Diesel Global Logistics.
MR. GROUSTRA: Tim Groustra on behalf of Defendants FJ Carrier and Mr. Pastrana.
THE VIDEOGRAPHER: Thank you. We may proceed.
MR. KEMP: Let the record reflect that this is the deposition of Marco Morales taken pursuant to notice in agreement of counsel to be used for any and all purposes under the Federal Court Rules and Federal Rules of Civil Procedure.
MARCO MORALES,
was thereupon called as a witness herein and, after having first been duly sworn to testify to the truth, the whole truth, and nothing but the truth, was examined and testified as follows:
EXAMINATION
BY MR. KEMP:
**Q. Good afternoon, sir.**
A. Good afternoon.
**Q. Have you ever given a deposition before?**
A. Yes.
**Q. How many times?**

Page 6

A. Once.
**Q. Was that in your capacity at FJ?**
A. No.
**Q. What was that in regard to?**
A. With a bond from an insurance.
**Q. All right. I'll just briefly go over the ground rules. I'm here to ask you some questions. Your job is just to answer them to the best of your ability. Okay?**
A. Yes.
**Q. We have a -- obviously, a translator here. So I just ask that you wait until I'm done asking my question, he can translate, then you could answer, and he will translate it back to me. We just have to make sure we have only one person talking at a time. Okay?**
A. Yes.
**Q. I'm not here to trick you or confuse you. If you don't understand my question, please ask me to rephrase and I will rephrase it at any time. Okay?**
A. Yes.
**Q. If you answer my question, I'm going to assume you heard it and you understood it; is that fair?**
A. Yes.
**Q. Are you currently employed, sir?**
A. Yes.

Page 7

**Q. Where?**
THE INTERPRETER: Interpreter requires a repetition.
THE WITNESS: I am the accountant for the National Nocturnal Worship.
BY MR. KEMP:
**Q. Did you say accountant?**
A. Yes.
**Q. And is this, like, a church?**
A. It's a partnership. Kind of like a church, but it's -- it's not a church. It's a partnership.
**Q. Nothing to do with the trucking company; is that right?**
A. Correct.
**Q. And prior to there, where did you work?**
A. Independently as an accountant.
**Q. And prior to that, where did you work?**
A. At FJ.
**Q. How long did you work at FJ for?**
A. I don't remember exactly.
**Q. More than a year?**
A. No.
**Q. More than six months?**
A. Yes.
**Q. And where did you work before FJ?**
A. I was at TRADEX just for about three months.

Page 8

**Q. What about before that?**
A. I was a business owner.
**Q. What type of business?**
A. Money transfers.
**Q. Anything to do with the trucking industry?**
A. No.
**Q. And how long did you do that for?**
A. Approximately for ten years.
**Q. What did you do before then?**
A. A bank employee.
**Q. What about before then?**
A. I was too young by then.
**Q. Do -- do you hold any degrees or certificates?**
A. Not in the United States.
**Q. What about in Mexico?**
A. In Mexico, I didn't do the degree, but I do have the career of public accountant.
**Q. Do you live in Mexico?**
A. No.
**Q. TRADEX, was that the first job you held at a trucking company or within the trucking industry?**
A. Yes.
**Q. What was your job title at TRADEX?**
A. It was warehouse manager regarding parts.
**Q. How did you get into the -- a job at TRADEX?**

Page 9

A. I applied.
**Q. Is there any reason you got into the trucking industry or any -- someone that helped you?**
A. At the border, that's what there is.
**Q. Did you hold the same job the entire time you worked at TRADEX?**
A. Yes.
**Q. Who did you report to?**
A. There, it was the -- the manager of the -- the shop and of everything.
**Q. And when you were the warehouse manager regarding parts, what were your job responsibilities?**
A. It was fulfilling what had been established, making sure that we had everything necessary to be able to fix the -- the trailers.
**Q. So it was in, like, for example, the maintenance department?**
A. No.
**Q. And then what do you mean by "repairing"?**
A. That the parts be in storage.
**Q. And when you say "parts," are you referring to parts of a tractor of a trailer or actual loads that are being stored?**
A. No, the trailers, fixing the trailers, just that.
**Q. And that manager that you reported to, what was his**

Page 10

**name?**
A. We would just call him Junior. I don't know what his name was.
**Q. Was it Eric Penalver Serna, Sr.?**
A. No.
**Q. Was it Juan Penalver Hernandez, Sr.?**
A. No. Not that I remember.
**Q. Was it Juan Francisco Penalver Serna, Sr.?**
A. Not that I remember.
**Q. Was it Leopoldo Mendiola, Jr.?**
A. No.
**Q. Do you know who any of those people are?**
A. Yes.
**Q. And who are they?**
A. Mendiola, Jr., he's the owner of TRADEX. The other one you said, Eric, I know him as one of the owners of FJ's dad. Just that. Eric.
**Q. What do you mean "of FJ's dad"?**
A. Well, because of the name. Eric is the owner of FJ, as far as I know.
**Q. Do you know if Eric is also an owner of TRADEX?**
A. Not that I know of.
**Q. Do you know if Leopoldo is also an owner of FJ?**
A. I never saw legal papers for FJ.
**Q. Did anyone ever say or -- or were you ever informed**

Page 11

**that Mr. Leopoldo was an owner in both TRADEX and FJ?**
A. Yes, for TRADEX. Regarding FJ, they never mentioned it to me that way.
**Q. And were any of those five people that -- that Junior that you were referring to, that you would report to?**
A. I don't know Junior's name, but none of the ones you said sound familiar.
**Q. What about Elias Salinas? Do you know who that is?**
A. Yes.
**Q. Who is that?**
A. He is the -- he worked at TRADEX. He is the safety person.
**Q. Would you report to him?**
A. No.
**Q. Was he in charge of all of safety at TRADEX?**
A. I didn't work at TRADEX. I wouldn't be able to tell you.
**Q. You said you worked at TRADEX for three months.**
A. At the warehouse, yes. That is the shop, not at the offices.
**Q. Where is the TRADEX shop?**
A. In Laredo.
**Q. What was the address?**
A. I don't know the exact address.
**Q. And what was the address of the shop?**

Page 12

A. Well, it was all together. I mean, it's on Mile 18. That's all I know. I don't know the address.
**Q. And why did you stop working at TRADEX?**
A. To go to FJ.
**Q. Were you recruited to go to FJ?**
A. I don't understand.
**Q. Did anyone recruit you to come work for FJ?**
MR. GROUSTRA: Object -- object to form.
BY MR. KEMP:
**Q. Who recruited you to come work for FJ?**
A. It was with Elias, the interview.
**Q. So how did that come about? Did he say, I have a position; you can come work at FJ?**
A. Yes. Because the manager -- the director had to retire due to health reasons. So he needed, provisionally, for someone to lead that department.
**Q. And what department did Mr. Salinas want you to lead at FJ?**
A. In safety.
**Q. Prior to working at FJ, you had never worked in a safety department; true?**
A. True.
**Q. Despite not having any experience working in a safety department at a trucking company, Mr. Salinas wanted you to run the safety department at FJ; true?**

Page 13

A. Yes.
**Q. And at that time, how many trucks and drivers did FJ have?**
A. I don't remember.
**Q. Hundreds?**
A. No.
**Q. More than 100?**
A. I don't remember.
**Q. And you went through an interview process with Mr. Salinas?**
A. Yes.
**Q. And then you were hired?**
A. Yes.
**Q. Did you undergo any training?**
A. Yes.
**Q. What was your training?**
A. Well, everything that had to do with -- with the department.
**Q. Who gave you the training?**
A. Mr. Elias directly.
**Q. Have you ever held a commercial driver's license?**
A. No.
**Q. And what training did -- did Mr. Salinas give you?**
A. Everything related to when a truck breaks down, what to do when there's an accident, the insurance, when you

Page 14

have to report it, who to report it to, everything that has to do with the department.
**Q. And then did you have people that would report to you in the safety department?**
A. Yes.
**Q. Who would report to you?**
A. Jade, Jade.
**Q. Anyone else?**
A. When I arrived, it was just her.
**Q. And you're the head of safety at the time of our collision in August of 2023; is that correct?**
A. Yes. Together with Hazel, Hazel.
**Q. And when you say "together with Hazel," was there a separation in job duties? Or -- or who did what?**
A. I would deal with the operation side, and she would deal with administrative -- administrative, dealing with drivers, the hours, all of that.
**Q. And when you say "operation," what exactly does that consist of?**
A. What I had mentioned regarding the training: When a truck would break down, what we had to do, where we had to take it to; when there was an accident, what we had to do. That's what we would do. We wouldn't -- only when a truck leaves and arrives.
**Q. And when a truck leaves or arrives, what is the**

Page 15

**protocol or procedure?**
A. The standard procedure in the industry is, you know, just they -- when they report that they're leaving, we verify, make sure that everything is in order just so, operationally, they could leave. And then Hazel, she does everything that has to do with the administrative.
**Q. When you say "everything in order," what are you referring to?**
A. That the driver has done all the checks that they have to do that are required by the state law of Texas, and that the merchandise is all okay with the documentation that it requires, and they can go on.
**Q. Would you deal with any of the documentation regarding the loads?**
A. Can you please repeat?
**Q. Would you deal with any of the documentation regarding the loads?**
A. No.
**Q. Who would?**
A. The operational side. The -- the -- whoever would deal with the customers and all of that.
**Q. I thought you were on the operations.**
A. No.
**Q. So who ran that part?**
A. Directly from Mexico. I don't know who handled that.

Page 16

We would do the safety -- the safety of the operations, not the operations of the business.
**Q. And walk me through what a typical day would be like when you talk about the safety of operations.**
A. I don't know what it is that you want to know. Can you ask the question again?
**Q. I'm trying to get an idea of what your typical day-to-day would be like. What would you do on a daily basis?**
A. Okay. What I would do, I would arrive, we would check to see what trucks we had in the shop, see which ones needed maintenance, send them over to maintenance, and then whatever would come up, we would deal with it.
**Q. The training you received regarding an accident, what -- what did that training until?**
A. I don't understand the question.
**Q. You said you received training from Mr. Salinas regarding what to do when there's an accident. What did you get trained on?**
THE INTERPRETER: Interpreter requires a verification of a portion of the testimony briefly.
The interpreter will proceed with an interpretation of witness' testimony.
THE WITNESS: Okay. The first point, the most important thing that we had to see about is to

Page 17

make sure that there were -- there wasn't anyone injured. If someone was injured, then, first, we would send them to be able to get treated or get treatment for the injured person. Regardless of where it was, we would call the police, call the ambulance.

Then after that, we would see about the procedures, dealing with the insurance, sending them off to doping to get drug tested. If they needed a tow -- tow truck to tow them, if they needed a hotel to stay in, we would do all that. But in our case, the insurance handled it all.

BY MR. KEMP:

**Q. And in terms of the insurance, are you the one calling to report the claim?**
A. Yes.
**Q. And is -- is there someone in particular you contact?**
A. A 1-800, but I don't remember the name.
**Q. And what insurance company is that?**
A. I also don't remember what it was called.
**Q. Is there paperwork you had of who to call?**
A. Yes. The insurance carrier themselves would send us a card.
**Q. Any other training regarding what to do following an accident?**
A. Yes. We had to store the documentation that the

Page 18

government requires so that we have it there in the file.
**Q. And what goes in a file?**
A. Right now, I don't remember. It's been a couple of years since I was there. But we would always try to follow what was legally required.
**Q. The training that Mr. Salinas gave you, how long did that last for?**
A. I don't remember if it was one or two months.
**Q. Did anyone besides him give you any trainings?**
A. Yes. The person who was there as a director. When I arrived, he spent one week with me.
**Q. Who was that?**
A. I don't remember their name.
**Q. And you said earlier, I believe, you were coming to replace someone that had left; is that correct?**
A. Yes.
**Q. And who were you replacing?**
A. The director that I'm mentioning.
**Q. Would you deal with dispatch at all?**
A. No.
**Q. Would you deal with pairing the drivers together of who drives with who at all?**
A. No.
**Q. Who would do those things?**

Page 19

A. It should have been the manager.
**Q. And who would that have been?**
A. It's Amerigo, but I don't remember their last name.
**Q. Would you deal with any bill of lading documentation?**
A. No.
**Q. Who would?**
A. Well, I suppose the people from dispatch and customer service.
**Q. Who was in dispatch?**
A. I don't remember.
**Q. Do you know who Virginia Segura is?**
A. It sounds familiar, but I don't remember where I heard it.
**Q. Did she ever work at FJ?**
A. No.
**Q. Did she ever work for TRADEX?**
A. I don't know.
**Q. Do you know where she has worked before?**
A. No.
**Q. After a driver leaves, would you have any communication with him?**
A. Yes -- no. Just whatever is necessary in case of a breakdown.
**Q. Which location of FJ did you work at?**
A. In Laredo.

Page 20

**Q. Was there other people in the office that you would work with?**
A. From the department or from another department?
**Q. Both.**
A. Yes.
**Q. Okay. Who?**
A. I don't remember their names.
**Q. Would you monitor the drivers at all?**
A. No. Hazel did.
**Q. Would you review any hours of service?**
A. No.
**Q. Was that also Hazel?**
A. Yes.
**Q. Would you review any telematic data from Monarch?**
A. I don't know what you mean by "telematic."
**Q. Do you know what Monarch is?**
A. Yes.
**Q. What is that?**
A. It's a company that provides services to transportation lines.
**Q. Did you ever review any information or data from Monarch?**
A. Only when it was necessary.
**Q. When is it necessary?**
A. When there are alerts that the system sends out due to

Page 21

a hard brake or a crash or things like that.
**Q. And when you would review the alerts, what would you do?**
A. Well, I would just talk to the operator to see what -- what had happened.
**Q. Okay. Every time that there is an alert, would someone at FJ contact the driver?**
A. There should be. Otherwise, I mean, my schedule, it would end at 5:00, 6:00 in the evening, and I was still watching out for that.
**Q. Is there anyone else besides you that would be responsible for contacting a driver after an alert?**
A. Hazel and Hazel's team.
**Q. Is there a certain policy if a driver gets an alert? For example, do they get a warning?**
A. I don't know that. Hazel was in charge of that.
**Q. Would you ever give any written warnings at all to drivers?**
A. I don't remember.
**Q. Did you have the authority to fire drivers?**
A. Yes.
**Q. And what would be a basis or reason to fire a driver?**
MR. GROUSTRA: Let me object to form. Speculation. Also, just because I've done it for the other ones, my continuing objection for negligent

Page 22

hiring, training, and supervision.
MR. KEMP: That's fine.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Can you repeat the question for me, please?
**Q. What would be a reason to fire a driver?**
A. Driving badly.
**Q. If a driver has too many alerts, are they fired?**
MR. GROUSTRA: Object to foundation.
BY MR. KEMP:
**Q. You can answer, sir.**
A. When that happens, I wouldn't see it. Hazel would -- was the one who would see that. They'd be fired whenever the time would come. If they had several alerts, that wouldn't be me.
**Q. So if a driver has too many alerts and they would get fired because of that, that's something Hazel would do and not you?**
MR. GROUSTRA: Object -- object to form and foundation.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Can you repeat, please?
**Q. You mentioned a driver being fired after alerts. Is that something that Hazel would do as opposed to you**

Page 23

**doing?**
A. I didn't mention that they were fired with alerts. That's the question that you made. If -- but, yes, if they received several alerts and they had to be fired, Hazel would do that.
BY MR. KEMP:
**Q. Is there a certain number of alerts a driver is allowed to receive before they get fired?**
MR. GROUSTRA: Object to foundation.
THE WITNESS: I don't know.
BY MR. KEMP:
**Q. In terms of actively monitoring the drivers as they're moving and those alerts come in, would you do that?**
A. No.
**Q. That would be Hazel and her team; is that correct?**
A. Yes.
**Q. When you first started at FJ, how long were you working there prior to our collision?**
A. I don't remember. I don't know exactly.
**Q. You said you worked between six months and a year at FJ; is that correct?**
A. Yes.
**Q. Why did you leave FJ?**
A. Because I wanted to do what I had studied for.
**Q. You didn't get fired from FJ?**

Page 24

A. No.
**Q. Were you contacted by anyone regarding this collision that we're here for?**
A. I don't understand the question.
**Q. Did, for example, Mr. Pastrana or Mr. Lima contact you following this collision?**
A. Yes.
**Q. Okay. Who was it?**
A. I don't remember.
**Q. And what -- what did they say to you?**
A. That they had had an accident, where they were at, that it had been with a motorcycle, that they -- the -- they -- that person was injured, and that they were fine.
**Q. Did they tell you what the injuries were to that person?**
A. No.
**Q. What else did they say?**
A. That's all I remember.
**Q. Did you tell them to do anything or say anything to them?**
A. To wait for a call from the insurance agent.
**Q. Anything else?**
A. That's all that I can remember.
**Q. Was there any other communication with either the --**

Page 25

**the driver or the codriver following the collision?**
A. After they finished with the insurance stuff, I sent them to doping for them to get tested for drug and alcohol.
**Q. Anything else?**
A. After they had finished that test, we returned them to Laredo.
**Q. Did you ever tell the driver, Mr. Pastrana, that he was not allowed to drive back?**
A. I don't remember.
**Q. Would anyone have done that?**
A. It would've been me.
**Q. Any other discussions with the driver or codriver before they arrived back in Laredo?**
A. No.
**Q. When you were notified of the collision, did you notify anyone?**
A. The insurance person.
**Q. Anyone else?**
A. Eric, FJ's owner.
**Q. What did Eric say?**
A. I don't remember. That was some years ago.
**Q. Okay. Anyone else you spoke with?**
A. That I remember, just with them.
**Q. When Mr. Pastrana and Mr. Lima got back in Laredo, did**

Page 26

**you speak with them?**
A. Yes.
**Q. What did they say?**
A. They told me about the accident, how they had seen it, and they asked me for some time off to go back to their houses.
**Q. What did they say happened in the accident?**
THE INTERPRETER: Interpreter requires a verification for clarity.
Interpreter will proceed with an interpretation of the witness' testimony.
THE WITNESS: I don't remember exactly. Just that they were driving slowly, and it was a crash that they didn't see. And I mean the one who was driving, in this case, the other guy, he was in the berth.
BY MR. KEMP:
**Q. Is there anything either the driver or the codriver said?**
A. Not that I remember at this time.
**Q. When you spoke with them, did you speak with them together?**
A. Yes.
**Q. Was anyone else there with you?**
A. Not that I remember.
**Q. Was Mr. Pastrana fired?**

Page 27

A. Yes.
**Q. Did you fire him?**
A. Not at that time. I had to speak to the manager to see what measures we would take.
**Q. And when you say "manager," who was that?**
A. Mr. Amerigo.
**Q. What did Mr. Amerigo say?**
A. That while they were investigating, yes, he could not drive again.
**Q. Did he tell you to fire Mr. Pastrana?**
A. No. That they were going to investigate to see what would be next.
**Q. Were you part of that investigation?**
A. No.
**Q. Who was?**
A. The insurance person, mainly them, and in coordination with Amerigo. I wouldn't be able to tell you who.
**Q. Then did you speak with Amerigo again?**
A. No. Because that was more or less when I left.
**Q. Were you the one that actually fired Mr. Pastrana?**
A. Well, I wouldn't call it firing him. I would just say giving him a leave while we proceeded with the next steps with the insurance and the investigation.
**Q. You did not terminate Mr. Pastrana?**
A. I don't remember how it happened back then, if he -- I

Page 28

terminated him then or later, because I left. But at that time, I just know that I couldn't allow him to drive again while the insurance had authorized for him to drive again.
**Q. Mr. Pastrana was terminated following this collision; true?**
MR. GROUSTRA: Object to foundation.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Yes.
**Q. Was it ultimately you that terminated him?**
MR. GROUSTRA: Asked and answered.
BY MR. KEMP:
**Q. You can answer, sir.**
A. I don't remember exactly when, but he was fired.
**Q. Okay. But was it you that fired him?**
A. I don't remember if it was me. I did put him on leave when he arrived, then I left. I didn't know -- I don't know what happened thereafter.
**Q. Did you speak with anyone else following the collision?**
A. I already told you I didn't.
**Q. Well, you spoke with -- you mentioned Eric and the driver and the codriver. I'm wondering if there's -- and Amerigo -- is there anyone else you spoke with regarding the collision?**

Page 29

MR. GROUSTRA: He -- he said he spoke with insurance.
BY MR. KEMP:
**Q. You can answer, sir.**
A. With the insurance.
**Q. Okay. Besides insurance, anyone else?**
A. Not that I remember.
**Q. Did you review any hours of service logs following the collision?**
A. No.
**Q. Would anyone have?**
A. Hazel would be responsible for that.
**Q. Did you review any Monarch data following this collision?**
A. Yes.
**Q. And what did you review?**
A. The speeds, above all. And I don't remember very well what we would do at that time.
**Q. Were there multiple speed alerts in the Monarch data?**
A. Not that I remember.
**Q. Is it acceptable to have multiple speeding alerts on a trip?**
A. No. But it depends on the case.
**Q. When would multiple speeding alerts be okay at FJ Carrier?**

Page 30

A. Hazel is the one in charge of that.
**Q. Have you ever had any training on the Federal Motor Carrier Safety Regulations?**
A. Yes.
**Q. What training have you received?**
A. From the insurance. They would give us regular trainings.
**Q. What types of things were you taught?**
A. I don't remember right now.
**Q. The vehicles that FJ Carrier have, do they have dashcams?**
A. Yes.
**Q. Do all the vehicles have dashcams?**
A. That I remember, yes.
**Q. Those dashcams, do those show both what's ahead both -- and what's in the cab?**
A. Not that I remember.
**Q. Were the dashcams showing ahead or in the cab?**
A. Ahead.
**Q. Did you review the dashcam for this collision?**
A. At that time, yes.
**Q. What did you see?**
THE INTERPRETER: Interpreter requires a verification of a portion of the witness' testimony.
Interpreter will proceed with an

Page 31

interpretation of the witness' testimony.
THE WITNESS: That it was low speed that the truck was traveling at, and a motorcycle was coming and collided with the truck head on.
BY MR. KEMP:
**Q. Did you play any role in hiring drivers?**
A. No.
**Q. Did you play any role in training drivers?**
A. No.
**Q. Did you do anything else as it relates to this collision?**
A. Not that I remember.
**Q. After you reviewed the Monarch data, did you take any steps to preserve that data?**
A. Yes, from what I remember. But precisely which ones, I don't remember right now.
**Q. What did you do to preserve the Monarch data?**
A. They're printed and they're placed into the accident's file.
**Q. Is that standard procedure at FJ?**
A. That's what I would do.
**Q. Okay. What else or what other documentation would you gather regarding when someone's involved in an accident?**
A. The operator's license. The papers for the trailer and

Page 32

the truck. The insurance.
THE INTERPRETER: Interpreter requires a repetition.
THE WITNESS: The -- the load papers. The set -- the ones that told you the little -- I can't remember what it was called. Tells you what's in the load, its weight, the number information for any trip.
BY MR. KEMP:
**Q. And that's called an accident file?**
A. Yes.
**Q. Anything else that goes in an accident file?**
A. I don't remember at this time.
**Q. Would you handle or store those documents, or would someone else?**
A. I would.
**Q. How long are those accident files maintained for?**
A. I wasn't there long enough to be able to answer that.
**Q. Who is Grupo Express del Norte?**
A. I don't know.
**Q. Have you ever heard of that?**
A. No.
**Q. Do you know if FJ Carrier is part of Grupo Express del Norte?**
A. I don't know.
**Q. Do you know if TRADEX is a part of Grupo Express del**

Page 33

**Norte?**
A. I don't know.
**Q. Do you know who FJ Soluciones is?**
A. No. Over here, it's FJ Carrier.
**Q. Have you ever heard of FJ Soluciones?**
A. Not that I remember.
**Q. Do you know who Northern Express Transport is?**
A. No.
**Q. When you were working at FJ Carrier, would you still deal with or speak with Mr. Salinas?**
A. Sometimes, yes.
**Q. And what would be a reason for you to talk to Mr. Salinas for?**
A. Questions that I had about procedures, he would help me.
**Q. Did you ever speak with Mr. Salinas regarding this collision?**
A. Not that I remember.
**Q. Did you say you received training on the Federal Motor Carrier Safety Regulations?**
A. Yes. From the insurance.
**Q. And what specific type of training did you receive?**
MR. GROUSTRA: Asked -- asked and answered.
BY MR. KEMP:
**Q. Go ahead, sir.**

Page 34

A. I don't remember.
**Q. Did anyone else provide you any training in the Federal Motor Carrier Safety Regulations?**
A. No.
**Q. FJ Carrier did not provide you any training on the Federal Motor Carrier Safety Regulations; true?**
A. I don't remember.
**Q. Sitting here today, you can't think of any training FJ Carrier gave you regarding the Federal Motor Carrier Safety Regulations?**
A. It's that FJ didn't have someone to give the training. That's why -- Elias was the one who trained me.
**Q. So you would not have received any training by FJ because there was no one to give you that training?**
MR. GROUSTRA: Object to form. Contrary to his testimony. Asked and answered.
BY MR. KEMP:
**Q. You can answer, sir.**
A. I don't know if FJ hired Mr. Salinas to do that, but he is the one who trained me.
**Q. And -- and when you printed out the Monarch data, what exactly did you print out?**
A. I printed out the -- the data that we used and that we needed -- or, well, that I needed in my field.
**Q. How many pages was that?**

Page 35

A. I don't remember.
**Q. Well, for example, is that, like, a couple pages? Or is it, like, hundreds of pages?**
A. It was -- it's been several years since that, and I think that it would be a bad answer for me to say there were a few pages or many pages if the exact answer is "I don't remember."
**Q. Were there other accidents when you were working at FJ?**
A. Yes.
MR. GROUSTRA: Object to relevance.
BY MR. KEMP:
**Q. And did you also have to print out Monarch data for those collisions?**
MR. GROUSTRA: Object to relevance. Sorry.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Yes.
**Q. When you would do that, are you typically printing out a few pages or hundreds of pages?**
MR. GROUSTRA: Object to relevance.
BY MR. KEMP:
**Q. You can answer, sir.**
A. It depends. Sometimes there were a few; sometimes there were many. But the amounts, I can't tell you if they were under 100 or over 100.

Page 36

**Q. And what exactly, in terms of the Monarch data, are you printing out?**
A. I don't remember their technical names, but they were the speedometer, the distances, their rest periods, what -- whatever was basic for this.
**Q. And when you say "print it out," you're able to just print it directly from, for example, the Monarch data and get a paper file?**
A. Yes.
**Q. Would you agree that when a truck driver operates a commercial motor vehicle, safety is the number one priority?**
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. You can answer, sir.**
A. Safety is the main thing.
**Q. I believe you answered this, and I apologize, but I just want to confirm. You do not deal with giving drivers any of their routes; true?**
A. True.
**Q. Did FJ Carrier ever have Samsara when you were there?**
A. Not that I remember.
**Q. Would you review any SMS data for FJ Carrier?**
A. No.
**Q. Do you know what that is?**

A. They're the messages.
**Q. And you would have never reviewed any bill of ladings regarding this specific load; is that correct?**
THE INTERPRETER: Interpreter requires repetition.
THE WITNESS: At the beginning, no. We don't check that paper at the start of the trip.
BY MR. KEMP:
**Q. What I'm asking is: Were your job duties -- would you ever review any bill of ladings?**
A. Yes. And above all, what we would check were the weights.
**Q. Did you review the specific bill of ladings for this load?**
A. I don't remember.
**Q. How many bill of ladings were there for this load?**
A. I don't remember.
**Q. Do you ever communicate with brokers, shippers, or freight forwarders?**
A. No.
**Q. Who at FJ --**
THE WITNESS: I need a -- I need a pause.
MR. KEMP: Did you say you need a break, or.
MR. GROUSTRA: Yes.
MR. KEMP: I just want to make sure we -- we



can get this --
THE WITNESS: Yes, please, so that I can go to the restroom.
MR. KEMP: That's fine. I just want to make sure. He's -- he needs to be out of here at 3:00?
MR. GROUSTRA: No. His -- his time has already lapsed. So we're kind of on borrowed time with him. Do -- any idea how much more you may have?
MR. KEMP: Just a few more minutes. That's why I just wanted to make sure. But, yeah, if -- we can go off the record and go to the bathroom. And, like I said, I'm just -- like, the last few minutes here.
THE VIDEOGRAPHER: We are now going off the record. The time is 2:46 p.m.
(Recess from 2:46 p.m. to 2:52 p.m.)
THE VIDEOGRAPHER: We are now back on the record. The time is 2:52 p.m.
BY MR. KEMP:
**Q. Sir, does FJ Carrier have any type of safety manual?**
A. I don't remember, but they should have it.
**Q. You wouldn't have played any role in creating a safety manual?**
A. No.
**Q. Do you know what training drivers get when they are**



**hired?**
A. No. Like, they do tests and all, but I don't know exactly what it is.
**Q. You're not involved in that; correct?**
A. No.
**Q. That Monarch data that you're able to see, that will show which driver is logged in; is that correct?**
A. Yes.
**Q. Each driver has their own login?**
A. Yes.
MR. GROUSTRA: Object to form.
BY MR. KEMP:
**Q. Does the driver, when they begin driving, do they have to log in to the Monarch to signify that they're the driver as well?**
A. I don't handle that, but that is how it's done.
**Q. When you worked at FJ, how much of your time was spent responding to or dealing with a driver being involved in a collision?**
A. I don't remember exactly how much, but whatever was necessary.
**Q. Were you dealing with a collision every day?**
A. No.
**Q. Multiple per week?**
MR. GROUSTRA: Object to form.



BY MR. KEMP:
**Q. You can answer.**
A. Not that I remember.
**Q. Would you agree that it is FJ Carrier's responsibility to make sure their drivers comply with the law?**
A. Yes.
MR. KEMP: Sir, I don't think I have any other questions. Thank you for your time.
THE WITNESS: Thank you.
MR. GROUSTRA: Kevin, do you have anything?
MR. PLAGENS: I don't have anything.
MR. GROUSTRA: Okay. We're all set. Thank you.
THE VIDEOGRAPHER: This concludes the deposition of Marco Morales consisting of one media. Deposition concluded at 2:57 p.m.
(The deposition was concluded at 2:57 p.m.)
* * *

STATE OF MICHIGAN )
COUNTY OF ONTONAGON )

Certificate of Notary Public

I certify that this transcript, consisting of 41 pages, is a complete, true, and correct record of the testimony of MARCO MORALES held in this case on January 30, 2026.

I also certify that prior to taking this Deposition, MARCO MORALES was duly sworn to tell the truth pursuant to Michigan Law on Notarial Acts 55.265 Section 5(d)(i)(i).

I further certify that I am not related to Any of the parties or their attorneys or agents, nor am I an employee of any of the parties or their attorneys; and that I am not interested directly, indirectly, or financially in the matter of controversy.

______________________________

MEGAN VINEYARD, CSMR 16405
Core Litigation Support, LLC - 8546
Certified Stenomask Reporter
Notary Public, Ontonagon County, Michigan
My Commission expires: May 18, 2031

DATE: February 10, 2026

**A**
**ability** 6:8
**able** 9:14 11:16 17:3 27:17 32:17 36:6 39:6
**acceptable** 29:21
**accident** 13:25 14:22 16:14 16:18 17:24 24:11 26:4,7 31:24 32:9,11 32:16
**accident's** 31:18
**accidents** 35:8
**accountant** 7:4 7:7,15 8:17
**actively** 23:12
**Acts** 41:11
**actual** 9:22
**address** 11:23 11:24,25 12:2
**administrative** 14:16,16 15:6
**afternoon** 5:21 5:22
**agent** 24:22
**agents** 41:14
**ago** 25:22
**agree** 36:10 40:4
**agreement** 5:10
**ahead** 30:15,18 30:19 33:25
**akemp@mic...** 2:6
**Alan** 2:20
**alcohol** 25:4
**alert** 21:6,12 21:14
**alerts** 20:25 21:2 22:8,15 22:16,24 23:2 23:4,7,13 29:19,21,24
**Alex** 4:25
**ALEXANDER** 2:3
**allow** 28:2
**allowed** 23:7 25:9
**ambulance** 17:5
**Amerigo** 19:3 27:6,7,17,18 28:24
**amounts** 35:24
**AMOUR** 2:4
**answer** 6:8,13 6:21 22:4,11 22:22 28:9,14 29:4 32:17 34:18 35:5,6 35:16,22 36:15 40:2
**answered** 28:12 33:23 34:16 36:17
**apologize** 36:17
**APPEARAN...** 2:1
**applied** 9:1
**Approximat...** 8:8
**arrive** 16:10
**arrived** 14:9 18:12 25:14 28:18
**arrives** 14:24 14:25
**asked** 26:5 28:12 33:23 33:23 34:16
**asking** 6:12 37:9
**assume** 6:21
**attorneys** 41:14,16
**August** 14:11
**authority** 21:20
**authorized** 28:3
**AUTO** 2:4
**Avenue** 2:10 2:16

**B**
**back** 6:14 25:9 25:14,25 26:5 27:25 38:17
**bad** 35:5
**badly** 22:7
**bank** 8:10
**basic** 36:5
**basis** 16:9 21:22
**bathroom** 38:11
**beginning** 37:6
**begins** 4:6
**behalf** 4:25 5:2 5:4
**believe** 18:15 36:17
**berth** 26:15
**best** 6:8
**bill** 19:4 37:2 37:10,13,16
**bond** 6:5
**border** 9:4
**borrowed** 38:7
**BOYER** 2:15
**brake** 21:1
**Brandy** 1:8
**break** 14:21 37:23
**breakdown** 19:23
**breaks** 13:24
**briefly** 4:23 6:6 16:21
**brokers** 37:18
**business** 8:2,3 16:2

**C**
**C** 1:18,18
**cab** 30:16,18
**call** 10:2 17:5,5 17:20 24:22 27:21
**called** 5:14 17:19 32:6,9
**calling** 17:13
**capacity** 6:2
**card** 17:22
**career** 8:17
**Carratalá** 2:20
**carrier** 1:9 2:8 4:9 5:5 17:21 29:25 30:3,10 32:22 33:4,9 33:20 34:3,5 34:6,9,9 36:21,23 38:20
**Carrier's** 40:4
**case** 1:7 4:11 17:10 19:22 26:15 29:23 41:7
**certain** 21:14 23:7
**Certificate** 41:4
**certificates** 8:13
**Certified** 41:22
**certify** 41:5,9 41:13
**charge** 11:15 21:16 30:1
**check** 16:10 37:7,11
**checks** 15:9
**CHILCOTE** 2:10
**church** 7:9,10 7:11
**Civil** 5:12
**claim** 17:14
**clarity** 26:9
**codriver** 25:1 25:13 26:17 28:23
**collided** 31:4
**collision** 14:11 23:18 24:2,6 25:1,16 28:5 28:20,25 29:9 29:14 30:20 31:11 33:17 39:19,22
**collisions** 35:13
**come** 12:7,10 12:12,13 16:13 22:14 23:13
**coming** 18:15 31:3
**commercial** 13:21 36:11
**Commission** 41:23
**communicate** 37:18
**communicati...** 19:20 24:25
**company** 7:12 8:21 12:24 17:18 20:19
**complete** 41:6
**comply** 40:5
**concluded** 40:16,17

**concludes** 40:14
**confirm** 36:18
**confuse** 6:17
**consist** 14:19
**consisting** 40:15 41:5
**contact** 17:16 21:7 24:5
**contacted** 24:2
**contacting** 21:12
**CONTENTS** 3:1
**continuing** 21:25
**Contrary** 34:15
**controversy** 41:18
**coordination** 27:16
**Core** 1:24 4:16 41:21
**corporation** 1:10,12
**correct** 7:13 14:11 18:16 23:15,21 37:3 39:4,7 41:6
**counsel** 5:10
**Counselors** 4:23
**County** 41:2 41:22
**couple** 18:4 35:2
**court** 1:1 4:12 4:15,18 5:11
**crash** 21:1 26:13
**creating** 38:22
**CSMR** 1:24 41:21
**currently** 6:24
**Curtis** 1:9
**customer** 19:7
**customers** 15:21

**D**

**D** 1:18,18 2:16
**dad** 10:17,18
**daily** 16:8
**dashcam** 30:20
**dashcams** 30:11,13,15 30:18
**data** 20:14,21 29:13,19 31:13,14,17 34:21,23 35:12 36:1,7 36:23 39:6
**date** 1:21 4:7 41:25
**day** 16:3 39:22
**day-to-day** 16:8
**deal** 14:15,16 15:13,16,20 16:13 18:20 18:22 19:4 33:10 36:18
**dealing** 14:16 17:7 39:18,22
**DEFENDANT** 2:14
**Defendants** 1:14 2:8 5:5
**degree** 8:16
**degrees** 8:13
**del** 32:18,22,25
**department** 9:17 12:16,17 12:21,24,25 13:18 14:2,4 20:3,3
**depends** 29:23 35:23
**DEPONENT** 1:21
**deposition** 4:6 5:9,23 40:15 40:16,17 41:10
**Despite** 12:23
**DICKIE** 2:10
**Diesel** 1:10 2:14 4:10 5:3
**directly** 13:20 15:25 36:7 41:16
**director** 12:14 18:11,19
**discussions** 25:13
**dispatch** 18:20 19:7,9
**distances** 36:4
**District** 1:1,2 4:12,12
**Division** 1:3 4:13
**documentati...** 15:11,13,16 17:25 19:4 31:22
**documents** 32:13
**doing** 23:1
**doping** 17:8 25:3
**drive** 25:9 27:9 28:3,4
**driver** 15:9 19:20 21:7,12 21:14,22 22:6 22:8,16,24 23:7 25:1,8 25:13 26:17 28:23 36:10 39:7,9,13,15 39:18
**driver's** 13:21
**drivers** 13:2 14:17 18:22 20:8 21:18,20 23:12 31:6,8 36:19 38:25 40:5
**drives** 18:23
**driving** 22:7 26:13,14 39:13
**drug** 17:8 25:3
**due** 12:15 20:25
**duly** 5:15 41:10
**duties** 14:14 37:9

**E**

**E** 1:18,18,18 1:18,18
**earlier** 18:15
**Eastern** 1:2 4:12
**either** 24:25 26:17
**Elias** 11:8 12:11 13:20 34:12
**employed** 6:24
**employee** 8:10 41:15
**entire** 9:5
**Eric** 10:4,16,17 10:19,21 25:20,21 28:22
**established** 9:13
**evening** 21:9
**exact** 11:24 35:6
**exactly** 7:19 14:18 23:19 26:12 28:15 34:22 36:1 39:3,20
**Examination** 3:4 5:19
**examined** 5:17
**example** 9:16 21:15 24:5 35:2 36:7
**EXHIBITS** 3:6
**experience** 12:23
**expires** 41:23
**Express** 32:18 32:22,25 33:7

**F**

**F** 1:18
**fair** 6:22
**familiar** 11:7 19:12
**far** 10:20
**Farmington** 2:5
**Farms** 1:23 2:11 4:2
**February** 41:25
**Federal** 5:11 5:11 30:2 33:19 34:2,6 34:9
**field** 34:24
**file** 18:2,3 31:19 32:9,11 36:8
**files** 32:16
**financially** 41:17
**fine** 22:2 24:14 38:4

**finished** 25:2,6
**fire** 21:20,22 22:6 27:2,10
**fired** 22:8,13 22:17,24 23:2 23:4,8,25 26:25 27:20 28:15,16
**firing** 27:21
**first** 5:15 8:20 16:24 17:2 23:17
**five** 11:4
**fix** 9:14
**fixing** 9:24
**FJ** 1:9 2:8 4:9 5:5 6:2 7:17 7:18,24 10:19 10:23,24 11:1 11:2 12:4,5,7 12:10,13,18 12:20,25 13:2 19:14,24 21:7 23:17,21,23 23:25 29:24 30:10 31:20 32:22 33:3,4 33:5,9 34:5,8 34:11,13,19 35:8 36:21,23 37:21 38:20 39:17 40:4
**FJ's** 10:16,18 25:20
**follow** 18:6
**following** 17:23 24:6 25:1 28:5,20 29:8,13
**follows** 5:18
**foreign** 1:10,12
**form** 12:8 21:23 22:19 34:15 36:13 39:11,25
**forwarders** 37:19
**foundation** 22:9,20 23:9 28:7
**Francisco** 10:8
**freight** 37:19
**fulfilling** 9:13
**further** 41:13

**G**

**gather** 31:23
**give** 13:23 18:10 21:17 30:6 34:11,14
**given** 5:23
**giving** 27:22 36:18
**Global** 1:11 4:10 5:3
**go** 6:6 12:4,5 15:12 26:5 33:25 38:2,11 38:11
**goes** 18:3 32:11
**going** 6:21 27:11 38:14
**Good** 5:21,22
**government** 18:1
**Grand** 2:16
**Grosse** 1:23 2:11 4:2
**ground** 6:6
**Groustra** 2:9 5:4,4 12:8 21:23 22:9,19 23:9 28:7,12 29:1 33:23 34:15 35:10 35:14,20 36:13 37:24 38:6 39:11,25 40:10,12
**Grupo** 32:18 32:22,25
**guy** 26:15

**H**

**handle** 32:13 39:16
**handled** 15:25 17:11
**happened** 21:5 26:7 27:25 28:19
**happens** 22:12
**hard** 21:1
**Hazel** 14:12,12 14:13 15:5 20:9,12 21:13 21:16 22:12 22:17,25 23:5 23:15 29:12 30:1
**Hazel's** 21:13
**head** 14:10 31:4
**health** 12:15
**heard** 6:22 19:12 32:20 33:5
**held** 8:20 13:21 41:7
**help** 33:14
**helped** 9:3
**Hernandez** 10:6
**Highway** 2:5
**Hills** 2:5
**hired** 13:12 34:19 39:1
**hiring** 22:1 31:6
**hold** 8:13 9:5
**Hon** 1:8
**hotel** 17:9
**hours** 14:17 20:10 29:8
**houses** 26:6
**hundreds** 13:5 35:3,19

**I**

**idea** 16:7 38:8
**important** 16:25
**Independently** 7:15
**indirectly** 41:17
**industry** 8:5,21 9:2 15:2
**information** 20:21 32:7
**informed** 10:25
**injured** 17:2,2 17:4 24:13
**injuries** 24:15
**insurance** 6:5 13:25 17:7,11 17:13,18,21 24:22 25:2,18 27:16,23 28:3 29:2,5,6 30:6 32:1 33:21
**interested** 41:16
**interpretation** 16:23 26:11 31:1
**interpreter** 2:20 4:20 7:2 7:2 16:20,20 16:22 26:8,8 26:10 30:23 30:23,25 32:2 32:2 37:4,4
**interview** 12:11 13:9
**introduce** 4:23
**investigate** 27:11
**investigating** 27:8
**investigation** 27:13,23
**involved** 31:23 39:4,18
**Ivy** 1:9

**J**

**J** 2:15
**Jade** 14:7,7
**James** 1:5 4:9
**January** 1:21 4:1,8 41:8
**Jeremy** 2:20 4:14
**job** 6:7 8:20,23 8:25 9:5,12 14:14 37:9
**Jr** 1:9 10:10,15
**Juan** 10:6,8
**Judge** 1:9
**Junior** 10:2 11:4
**Junior's** 11:6

**K**

**Kemp** 2:3 3:4 4:25,25 5:8 5:20 7:6 12:9 17:12 22:2,3 22:10,21 23:6 23:11 26:16 28:8,13 29:3 31:5 32:8 33:24 34:17 35:11,15,21 36:14 37:8,23 37:25 38:4,9 38:19 39:12 40:1,7

**Kercheval** 2:10
**Kevin** 2:15 5:2 40:10
**kevin.plagen...** 2:18
**kind** 7:10 38:7
**know** 10:2,12 10:16,20,21 10:22,23 11:6 11:8,24 12:2 12:2 15:2,25 16:5,5 19:11 19:17,18 20:15,16 21:16 23:10 23:19 28:2,18 28:19 32:19 32:22,24,25 33:2,3,7 34:19 36:25 38:25 39:2

**L**

**lading** 19:4
**ladings** 37:2,10 37:13,16
**lapsed** 38:7
**Laredo** 11:22 19:25 25:7,14 25:25
**law** 2:4 15:10 40:5 41:11
**lead** 12:16,17
**leave** 15:5 23:23 27:22 28:17
**leaves** 14:24,25 19:20
**leaving** 15:3
**left** 18:16 27:19 28:1,18
**legal** 4:14 10:24
**legally** 18:6
**LEO** 2:4
**Leopoldo** 10:10,23 11:1
**license** 13:21 31:25
**Lima** 24:5 25:25
**lines** 20:20
**Litigation** 1:24 4:16 41:21
**little** 32:5
**live** 8:18
**LLC** 1:9,24 4:10,17 41:21
**load** 32:4,7 37:3,14,16
**loads** 9:22 15:14,17
**location** 1:22 19:24
**log** 39:14
**logged** 39:7
**login** 39:9
**Logistics** 1:9 1:11 2:8 4:10 4:10 5:3
**logs** 29:8
**long** 7:18 8:7 18:7 23:17 32:16,17
**low** 31:2
**lstamour@m...** 2:7

**M**

**Mag** 1:9
**main** 36:16
**maintained** 32:16
**maintenance** 9:16 16:12,12
**making** 9:13
**manager** 8:24 9:9,11,25 12:14 19:1 27:3,5
**manual** 38:20 38:23
**Marco** 1:12,21 3:3 4:6,10 5:9,13 40:15 41:7,10
**matter** 4:9 41:17
**MCCAME** 2:10
**McDonald** 1:5 4:9
**McMillion** 1:8
**mean** 9:19 10:18 12:1 20:15 21:8 26:14
**measures** 27:4
**media** 4:6 40:15
**Megan** 1:24 4:15 41:21
**Mendiola** 10:10,15
**mention** 23:2
**mentioned** 11:2 14:20 22:24 28:22
**mentioning** 18:19
**merchandise** 15:11
**messages** 37:1
**Mexico** 8:15,16 8:18 15:25
**Michigan** 1:2 1:23 2:4,5,11 2:17 4:2,13 41:1,11,22
**Mile** 12:1
**minutes** 38:9 38:12
**Monarch** 20:14,16,22 29:13,19 31:13,17 34:21 35:12 36:1,7 39:6 39:14
**Money** 8:4
**monitor** 20:8
**monitoring** 23:12
**months** 7:22 7:25 11:18 18:9 23:20
**Morales** 1:21 3:3 4:7 5:9 5:13 40:15 41:7,10
**motor** 30:2 33:19 34:3,6 34:9 36:11
**motorcycle** 24:12 31:3
**moving** 23:13
**multiple** 29:19 29:21,24 39:24

**N**

**N** 1:18,18,18
**name** 4:14 10:1 10:3,19 11:6 17:17 18:14 19:3
**names** 20:7 36:3
**National** 7:5
**necessary** 9:14 19:22 20:23 20:24 39:21
**need** 37:22,22 37:23
**needed** 12:15 16:12 17:8,9 34:24,24
**needs** 38:5
**negligent** 21:25
**never** 10:24 11:2 12:20 37:2
**Nocturnal** 7:5
**Norte** 32:18,23 33:1
**Northern** 33:7
**Northwestern** 2:5
**Notarial** 41:11
**Notary** 41:4,22
**notice** 5:10
**notified** 25:16
**notify** 25:16
**Novi** 2:17
**number** 23:7 32:7 36:11

**O**

**O** 1:18,18,18 1:18
**object** 12:8,8 21:23 22:9,19 22:19 23:9 28:7 34:15 35:10,14,20 36:13 39:11 39:25
**objection** 21:25
**obviously** 6:11
**offered** 3:7
**office** 20:1
**offices** 11:20
**okay** 6:9,15,19 15:11 16:10 16:24 20:6 21:6 24:8 25:23 28:16 29:6,24 31:22

40:12
**Once** 6:1
**ones** 11:6 16:11 21:25 31:15 32:5
**Ontonagon** 41:2,22
**operates** 36:10
**operation** 14:15,18
**operational** 15:20
**operationally** 15:5
**operations** 15:22 16:1,2 16:4
**operator** 21:4
**operator's** 31:25
**opposed** 22:25
**order** 15:4,7
**owner** 8:2 10:15,19,21 10:23 11:1 25:20
**owners** 10:16

**P**

**P** 1:18 2:3
**P.C** 2:4,15
**p.m** 1:22 4:3,8 38:15,16,16 38:18 40:16 40:17
**P48966** 2:9
**P55992** 2:15
**P80963** 2:3
**P88642** 2:4
**PAGE** 3:3
**pages** 34:25 35:2,3,6,6,19 35:19 41:6
**pairing** 18:22
**paper** 36:8 37:7
**papers** 10:24 31:25 32:4
**paperwork** 17:20
**part** 15:24 27:13 32:22 32:25
**particular** 17:16
**parties** 41:14 41:15
**partnership** 7:10,11
**parts** 8:24 9:12 9:20,21,21
**Pastrana** 5:5 24:5 25:8,25 26:25 27:10 27:20,24 28:5
**Pastrana-Ji...** 1:13 2:8 4:11
**pause** 37:22
**PC** 2:10
**Penalver** 10:4 10:6,8
**people** 10:12 11:4 14:3 19:7 20:1
**periods** 36:4
**person** 6:15 11:12 17:4 18:11 24:13 24:16 25:18 27:16
**placed** 31:18
**Plagens** 2:15 5:2,2 40:11
**Plaintiff** 1:6 2:2 5:1
**play** 31:6,8
**played** 38:22
**please** 4:18 6:18 15:15 22:5,23 38:2
**point** 16:24
**Pointe** 1:23 2:11 4:2
**police** 17:5
**policy** 21:14
**Polo** 1:13 4:10
**portion** 16:21 30:24
**position** 12:13
**precisely** 31:15
**PRESENT** 2:19
**preserve** 31:14 31:17
**PRIETO** 2:15
**print** 34:22 35:12 36:6,7
**printed** 31:18 34:21,23
**printing** 35:18 36:2
**prior** 7:14,16 12:20 23:18 41:9
**priority** 36:12
**procedure** 5:12 15:1,2 31:20
**procedures** 17:7 33:14
**proceed** 5:7 16:22 26:10 30:25
**proceeded** 27:22
**process** 13:9
**protocol** 15:1
**provide** 34:2,5
**provides** 20:19
**provisionally** 12:15
**public** 8:17 41:4,22
**purposes** 5:11
**pursuant** 5:9 41:11
**put** 28:17

**Q**

**question** 6:12 6:18,21 16:6 16:16 22:5 23:3 24:4
**questions** 6:7 33:14 40:8
**QUINTAIR...** 2:15

**R**

**R** 1:8,18
**Ramsden** 2:20 4:14
**ran** 15:24
**reason** 9:2 21:22 22:6 33:12
**reasons** 12:15
**receive** 23:8 33:22
**received** 16:14 16:17 23:4 30:5 33:19 34:13
**Recess** 38:16
**record** 4:5,24 5:8 38:11,15 38:18 41:6
**recruit** 12:7
**recruited** 12:5 12:10
**referring** 9:21 11:5 15:8
**reflect** 5:8
**regard** 6:4
**regarding** 8:24 9:11 11:2 14:20 15:13 15:16 16:14 16:18 17:23 24:2 28:25 31:23 33:16 34:9 37:3
**Regardless** 17:4
**regular** 30:6
**Regulations** 30:3 33:20 34:3,6,10
**related** 13:24 41:13
**relates** 31:10
**relevance** 35:10,14,20
**remember** 7:19 10:7,9 13:4,8 17:17,19 18:4 18:9,14 19:3 19:10,12 20:7 21:19 23:19 24:9,19,24 25:10,22,24 26:12,19,24 27:25 28:15 28:17 29:7,17 29:20 30:9,14 30:17 31:12 31:15,16 32:6 32:12 33:6,18 34:1,7 35:1,7 36:3,22 37:15 37:17 38:21 39:20 40:3
**repairing** 9:19
**repeat** 15:15 22:5,23
**repetition** 7:3 32:3 37:5
**rephrase** 6:18 6:19
**replace** 18:16
**replacing**

18:18
**report** 9:8 11:5 11:13 14:1,1 14:3,6 15:3 17:14
**reported** 9:25
**reporter** 1:24 4:15,18 41:22
**representing** 4:16
**required** 15:10 18:6
**requires** 7:2 15:12 16:20 18:1 26:8 30:23 32:2 37:4
**responding** 39:18
**responsibiliti...** 9:12
**responsibility** 40:4
**responsible** 21:12 29:12
**rest** 36:4
**restroom** 38:3
**retire** 12:14
**returned** 25:6
**review** 20:10 20:14,21 21:2 29:8,13,16 30:20 36:23 37:10,13
**reviewed** 31:13 37:2
**right** 6:6 7:12 18:4 30:9 31:16
**River** 2:16
**role** 31:6,8 38:22
**routes** 36:19
**rules** 5:11,12 6:6
**run** 12:25

**S**

**S** 1:18 2:9
**safety** 11:11,15 12:19,21,23 12:25 14:4,10 16:1,1,4 30:3 33:20 34:3,6 34:10 36:11 36:16 38:20 38:22
**Salinas** 11:8 12:17,24 13:10,23 16:17 18:7 33:10,13,16 34:19
**Samsara** 36:21
**saw** 10:24
**schedule** 21:8
**Section** 41:12
**see** 16:11,11,25 17:6 21:4 22:12,13 26:14 27:3,11 30:22 39:6
**seen** 26:4
**Segura** 19:11
**send** 16:12 17:3,21
**sending** 17:7
**sends** 20:25
**sent** 25:2
**separation** 14:14
**Serna** 10:4,8
**service** 19:8 20:10 29:8
**services** 20:19
**set** 32:5 40:12
**shippers** 37:18
**shop** 9:9 11:19 11:21,25 16:11
**show** 30:15 39:7
**showing** 30:18
**side** 14:15 15:20
**signify** 39:14
**sir** 5:21 6:24 22:4,11,22 28:9,14 29:4 33:25 34:18 35:16,22 36:15 38:20 40:7
**Sitting** 34:8
**six** 7:22 23:20
**slowly** 26:13
**SMS** 36:23
**Soluciones** 33:3,5
**someone's** 31:23
**Sorry** 35:14
**sound** 11:7
**sounds** 19:12
**Southern** 1:3 4:13
**speak** 26:1,20 27:3,18 28:20 33:10,16
**specific** 33:22 37:3,13
**Speculation** 21:24
**speed** 29:19 31:2
**speeding** 29:21 29:24
**speedometer** 36:4
**speeds** 29:17
**spent** 18:12 39:17
**spoke** 25:23 26:20 28:22 28:24 29:1
**Sr** 10:4,6,8
**ST** 2:4
**standard** 15:2 31:20
**start** 37:7
**started** 23:17
**state** 15:10 41:1
**States** 1:1 4:12 8:14
**stay** 17:10
**Stenomask** 41:22
**steps** 27:23 31:14
**stop** 12:3
**storage** 9:20
**store** 17:25 32:13
**stored** 9:23
**studied** 23:24
**stuff** 25:2
**Suite** 2:11,16
**supervision** 22:1
**Support** 1:24 4:16 41:21
**suppose** 19:7
**sure** 6:14 9:14 15:4 17:1 37:25 38:5,10 40:5
**swear** 4:18
**sworn** 4:20,21 5:15 41:10
**system** 20:25

**T**

**T** 1:18
**TABLE** 3:1
**take** 14:22 27:4 31:13
**taken** 4:7 5:9
**talk** 16:4 21:4 33:12
**talking** 6:15
**taught** 30:8
**team** 21:13 23:15
**technical** 36:3
**telematic** 20:14 20:15
**tell** 11:16 24:15 24:20 25:8 27:10,17 35:24 41:10
**Tells** 32:6
**ten** 8:8
**terminate** 27:24
**terminated** 28:1,5,11
**terms** 17:13 23:12 36:1
**test** 25:6
**tested** 17:8 25:3
**testified** 5:17
**testify** 5:15
**testimony** 16:21,23 26:11 30:24 31:1 34:16 41:7
**tests** 39:2
**Texas** 15:10
**tgroustra@d...** 2:12
**Thank** 4:22 5:6 40:8,9,12
**They'd** 22:13
**thing** 16:25 36:16
**things** 18:25 21:1 30:8

40:7
**thought** 15:22
**three** 7:25 11:18
**Tim** 5:4
**time** 1:22 4:8 6:15,19 9:5 13:2 14:10 21:6 22:14 26:5,19 27:3 28:2 29:18 30:21 32:12 38:6,7,15,18 39:17 40:8
**times** 5:25
**TIMOTHY** 2:9
**title** 8:23
**today** 4:15 34:8
**Today's** 4:7
**told** 26:4 28:21 32:5
**tow** 17:9,9,9
**tractor** 9:22
**TRADEX** 7:25 8:20,23,25 9:6 10:15,21 11:1,2,11,15 11:16,18,21 12:3 19:16 32:25
**trailer** 9:22 31:25
**trailers** 9:15,24 9:24
**trained** 16:19 34:12,20
**training** 13:14 13:16,19,23 14:20 16:14 16:15,17 17:23 18:7 22:1 30:2,5
31:8 33:19,22 34:2,5,8,11 34:13,14 38:25
**trainings** 18:10 30:7
**transcript** 41:5
**transfers** 8:4
**translate** 6:13 6:14
**translator** 6:11
**Transport** 33:7
**transportation** 20:19
**traveling** 31:3
**treated** 17:3
**treatment** 17:3
**trick** 6:17
**trip** 29:22 32:7 37:7
**truck** 13:24 14:21,24,25 17:9 31:3,4 32:1 36:10
**trucking** 7:12 8:5,20,21 9:2 12:24
**trucks** 13:2 16:11
**true** 12:21,22 12:25 28:6 34:6 36:19,20 41:6
**truth** 5:16,16 5:17 41:11
**try** 18:5
**trying** 16:7
**two** 18:9
**type** 8:3 33:22 38:20
**types** 30:8
**typical** 16:3,7
**typically** 35:18

**U**

**ultimately** 28:11
**undergo** 13:14
**understand** 6:18 12:6 16:16 24:4
**understood** 6:22
**United** 1:1 4:12 8:14

**V**

**v** 1:7,18
**vehicle** 36:11
**vehicles** 30:10 30:13
**verification** 16:21 26:9 30:24
**verify** 15:4
**video** 4:6
**Videoconfer...** 1:22
**videographer** 2:20 4:5,15 4:22 5:6 38:14,17 40:14
**Vineyard** 1:24 4:16 41:21
**Virginia** 19:11
**virtually** 4:7
**vs** 4:9

**W**

**wait** 6:12 24:22
**walk** 16:3
**want** 12:17 16:5 36:18 37:25 38:4
**wanted** 12:24 23:24 38:10
**warehouse** 8:24 9:11 11:19
**warning** 21:15
**warnings** 21:17
**wasn't** 17:1 32:17
**watching** 21:10
**way** 11:3
**we're** 24:3 38:7 40:12
**week** 18:12 39:24
**weight** 32:7
**weights** 37:12
**went** 13:9
**witness** 4:19,21 5:14 7:4 16:24 23:10 26:12 31:2 32:4 37:6,22 38:2 40:9
**witness'** 16:23 26:11 30:24 31:1
**wondering** 28:23
**WOOD** 2:15
**work** 7:14,16 7:18,24 11:16 12:7,10,13 19:14,16,24 20:2
**worked** 9:5 11:11,18 12:20 19:18 23:20 39:17
**working** 12:3 12:20,23 23:17 33:9 35:8
**Worship** 7:5
**would've** 25:12
**wouldn't** 11:16 14:23 22:12 22:15 27:17 27:21 38:22
**written** 21:17

**X**

**Y**

**yeah** 38:10
**year** 7:20 23:20
**years** 8:8 18:5 25:22 35:4
**young** 8:12

**Z**

**Zoom** 1:22

**0**

**1**

**1** 4:6
**1-800** 17:17
**1:21** 1:22 4:3,8
**10** 41:25
**100** 13:7 35:25 35:25
**120** 2:10
**16405** 1:24 41:21
**18** 12:1 41:23

**2**

**2:24-cv-1004...** 1:7 4:11
**2:46** 38:15,16
**2:52** 38:16,18
**2:57** 40:16,17
**200** 2:11
**2023** 14:11
**2026** 1:21 4:1,8 41:8,25
**2031** 41:23

**248** 2:6,17

**3**

**3:00** 38:5
**30** 1:21 4:1,8 41:8
**30101** 2:5
**308-2034** 2:12
**313** 2:12
**353-7575** 2:6

**4**

**41** 41:6
**41430** 2:16
**48236** 2:11
**48334** 2:5
**48375** 2:17

**5**

**5** 3:4
**5(d)(i)(i)** 41:12
**5:00** 21:9
**55.265** 41:11

**6**

**6:00** 21:9

**7**

**783-6780** 2:17

**8**

**8546** 1:24 41:21