Exhibit 12

# Incident Report

**Print Date/Time:** 05/14/2026 08:22
**Login ID:** iparks2

Woodhaven Police Department
**ORI Number:** MI8283100

**Incident:** **2023-00006061**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 8/29/2023 10:00:13 AM | **Incident Type:** | Assist Other Agency |
| **Location:** | Brownstown MI | **Venue:** | BROWNSTOWN |
| **Phone Number:** | | **Source:** | Officer Initiated |
| **Report Required:** | No | **Priority:** | 1 |
| **Prior Hazards:** | No | **Status:** | In Progress |
| **LE Case Number:** | | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 1216 | 9975-Zimmers |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

Disposition(s)

| Disposition | Count |
|---|---|

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

# CAD Narrative

**08/29/2023 : 10:00:49 rzimm2 Narrative: Officer R. Villarreal called in to translate**

# Incident Report

**Print Date/Time:** 03/11/2026 10:23
**Login ID:** nrogers8

Brownstown Police Department
**ORI Number:** MI8294700

**Incident:** **2023-00015733**

| | | | |
|---|---|---|---|
| **Incident Date/Time:** | 8/29/2023 7:00:59 AM | **Incident Type:** | Traffic Accident |
| **Location:** | 20495 PENNSYLVANIA RD<br>BROWNSTOWN MI 48180 | **Venue:** | BROWNSTOWN |
| **Phone Number:** | | **Source:** | Telephone |
| **Report Required:** | Yes | **Priority:** | 1 |
| **Prior Hazards:** | No | **Status:** | In Progress |
| **LE Case Number:** | 2023-00015733 | **Nature of Call:** | |

Unit/Personnel

| Unit | Personnel |
|---|---|
| 1811 | 114-Klaff |
| 1821 | 160-Mott |
| 184 | 69-Goolsby |
| 187 | 156-Maxe |

Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Caller | Mcdonald, James | | | | | 01/03/1967 |

Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|
| Plate Inquiry | | | | | | R595377 | TX |

Disposition(s)

| Disposition | Count |
|---|---|

Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

08/29/2023 : 09:32:43 gmilatz8 Narrative: MSP ON SCENE
08/29/2023 : 08:08:07 gmilatz8 Narrative: USCBP REQUESTED FOR SPANISH LANGUAGE, STATE NO ONE AVAILABLE
08/29/2023 : 07:36:32 amaxe8 Narrative: Marco Polo Pastrana Jimenez 10-30-91 Mexico City CDL TX - (956)771-3573
Carrier Logistics LLC
DOT - 3162922
ICC MC - 112466
TX Plate - R595377 - White
MX Plate - 60EP5S
Trailer - OK - CD2032
Accredited Ins Co - 2SSMTX1950100107
22 Volvo white in color. 4V4NC9EH3NN610280
08/29/2023 : 07:29:46 jgillman Narrative: at Trenton
08/29/2023 : 07:22:18 jgillman Narrative: to Trenton
08/29/2023 : 07:07:30 gmilatz8 Narrative: MOTORCYCLIST UNCONSCIOUS AND BLEEDING

**BROWNSTOWN POLICE DEPARTMENT**
23-15733

**INFORMATION:**
On August 29th, 2023, at approximately 0733 hours, I, Officer Mott was dispatched to Pennsylvania Rd between Interstate 75 and Allen Rd for a motorcycle vs semi-truck traffic crash. The driver of the motorcycle involved in the crash was injured and was transported to the hospital with severe injuries.

**VENUE:**
Pennsylvania Rd/I-75, Brownstown Township, Wayne County, Michigan

**DATE AND TIME:**
The incident occurred on August 29th, 2023, at approximately 0700 hours.

**WEATHER:**
Weather at the time of the crash was sunny with clear skies, the temperature was approximately 58 degrees, with wind out of the WSW at 5mph

**DRIVER ONE/UNIT ONE (SUSPECT)**
Marco Polo Pastrana-Jimenez, H/M, 10/30/91, 116 2DA Cerrada De Hidalgo, Tenango, EM, Mexico, 52300, 956-771-3573

2022 Volvo, white in color, TX plate R595377, VIN 4V4NC9EH3NN610280

**DRIVER TWO/UNIT TWO (VICTIM)**
James McDonald, W/M, 01/03/67, 25625 Carlysle St, Dearborn Heights, MI, unknown tx

2003 Honda motorcycle, red/maroon in color, MI plate TQ801, VIN 1HFSC52023A008227

**ROADWAY:**
Pennsylvania Rd, in the area of the crash, is a four lane, non-divided, concrete roadway that runs in an east-west orientation. The roadway does not contain any traffic barriers, and the lanes are separated by a continuous double yellow line. The posted speed limit is 45mph. Pennsylvania Rd in the area of the crash is moderate to poor in condition with numerous patched pot holes, and cracks in the roadway. From the location of the crash, extending several hundred feet in both directions there are no noted vision obstructions or elevation changes in the roadway which would impede either direction of travels ability to see oncoming traffic.

The crash occurred at/near the entrance to a private drive where there are numerous businesses and logistic type companies operating. Entrance to this complex is via the left lane of westbound Pennsylvania, or from a right turn/flare lane of eastbound Pennsylvania Rd.

**ARRIVAL ON SCENE/OBSERVATIONS:**
I arrived on scene and observed a white semi-truck with trailer partially blocking all lanes of Pennsylvania Rd. The front of this vehicle was partially in the travel lane of east bound Pennsylvania Rd, with the trailer in the left travel lane of westbound Pennsylvania Rd. This vehicle had minor damage to its front end, on the orange push bumper and front grill/radiator.

To the south of this vehicle, in approach of the private drive was a motorcycle which had been stood upright. This vehicle had significant damage to its fuel tank, saddle bags, and front forks. Observable paint transfers from Unit 1's push bumper were observed on the left side of the motorcycle, as well as on the contact damage of the motorcycle. Next to this motorcycle was a small amount of blood, and personal items presumed to belong to the driver of Unit 2.

The roadway had minimal observable roadway evidence. Observed in the travel lane of eastbound Pennsylvania Rd was a skid mark leading to the area of impact between Units 1 and 2. Below the push bumper of Unit 1 on the driver's side were two small gouge marks.

**INVESTIGATION:**
Officer's Maxe and Klaft were the first Officers dispatched to the crash. Upon their arrival they spoke with witnesses and attempted to speak with the driver of Unit 1, but due to a language barrier were unable to do so. After it was determined the injuries to the driver of Unit 2 were severe and possibly life threatening, I was requested to the scene and told to contact the Downriver Crash Reconstruction Team (DCRT) so they could conduct a supplemental investigation into the crash. I contacted Lt. Lukofsky of the Southgate Police Department, commander of the DCRT, and he arrived on scene to assist in the investigation. As part of their investigation I took several digital photographs of the crash scene. These photographs will be copied to a DVD and attached to the case file.

When I arrived on scene I spoke with Officer Maxe and he told me the facts of the crash as he knew them. Officer Maxe stated Unit 1 was traveling west on Pennsylvania Rd and failed to yield the right of way to Unit 2 as it made a left turn onto a private drive, causing the crash between the two units. After speaking with Officer Maxe I spoke with the driver of Unit 1.

**INTERVIEW WITH DRIVER ONE:**
Officer Villarreal of the Woodhaven Police Department was requested to make the scene to assist in translation during the interview of Jimenez. Jimenez stated he was traveling west on Pennsylvania Rd when he went to turn onto a private drive. Jimenez stated he did not see the motorcyclist until it was too late and he had already started his turn. Jimenez estimated he first saw the motorcyclist when it was approximately 300-500 feet away from him. Jimenez stated he does have dash camera footage showing both the interior and exterior of his vehicle during the crash. Jimenez provided me with his supervisor's information so I could obtain a copy of the video. At the time of writing this report the video has not been obtained.

Jimenez took a PBT with the results being .000. While speaking with Jimenez I did not observe any signs of intoxication.

**ADDITIONAL INFORMATION:**
Trooper Dawdy of The Michigan State Police - Motor Carrier Division, was requested to the scene to complete an inspection of the vehicle. His report will be attached to this report. Trooper Dawdy was also requested to verify the driving status of Jimenez as Jimenez presented paperwork from Mexico that Officers on scene were unfamiliar with.

Shortly after the crash I went to Beaumont Hospital Trenton to check on the status of McDonald. I was told he was in surgery, but was alert and talking prior to going into his surgery. An update on his condition, including injuries sustained will be attached to this report when it is available. I also spoke

with family of McDonald and provided them with my information, the case number, and the steps that would be taken going forward with the investigation.

**UD-10**
A UD-10 crash report was completed for this incident. Please see it for specifics on the crash.

**BWC:**
I was equipped with a body worn camera, and it was in use during my investigation of this incident.

**CASE STATUS/DISPOSITION:**
Open

Officer Mott – Badge #15