Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| James McDonald,<br><br>Plaintiff,<br><br>vs.<br><br>FJ Carrier Logistics LLC, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-10049-BRM-CI<br>Hon. Brandy R. McMillion<br>Mag. Curtis Ivy, Jr. |

## PLAINTIFF'S RULE 26(a)(3) DISCLOSURES

NOW COMES Plaintiff, James McDonald, by and through his attorneys, Michigan Auto Law, P.C., and makes the following disclosures in accordance with Federal Rule of Civil Procedure 26(a)(3):

### I. Name, address, and telephone number of each witness Plaintiff expects to present at trial, Fed. R. Civ. P. 26(a)(3)(A)(*i*):

*Plaintiff:*

James McDonald
c/o Michigan Auto Law, P.C.
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575

*Defendants:*

Corporate Representative of FJ Carrier Logistics LLC
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Marco Polo Pastrana-Jimenez
c/o Dickie, McCamey, & Chilcote, P.C.
120 Kercheval Ave Suite 200, Grosse Pointe Farms, MI 48236
(313) 308-2030

Corporate Representative for Diesel Global Logistics, Inc.
11 Founders Blvd., Suite 300, El Paso, TX 79906
(915) 245-3789

*Defendants' Officers, Members, Agents, Employees, or Representatives:*

Eric Penalver Serna, Sr.
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Juan Penalver Hernandez, Sr.
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Michell Valacso Blake
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Juan Francisco Penalver Serna, Sr.
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Leopoldo Mendioloa, Jr.
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Marco Morales
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Omar Lima
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Hazel Beccerra
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Americo Guerrero
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Virginia Segura
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Ariel Gonzalez
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Elias Salinas
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Pat Hofacre
11 Founders Blvd., Suite 300, El Paso, TX 79906
(915) 245-3789

Jose Sanchez
11 Founders Blvd., Suite 300, El Paso, TX 79906
(915) 245-3789

*Lay Witnesses:*

Madison Jones
c/o Michigan Auto Law, P.C.
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575

Sherry Montoroy
20418 Bourasa Ave, Brownstown, MI 48183
(586) 744-5561

Jennifer McDonald
c/o Michigan Auto Law, P.C.
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575

Dale Dowel
25633 Carlysle St., Dearborn Hts., MI 48125
(313) 335-6804

Cindy Dowel
25633 Carlysle St., Dearborn Hts., MI 48125
(313) 335-6804

Charles Pascarella
7680 Cowpen Branch Rd., Elkton, FL 32033
(904) 466-6416

Bill Westermin
755 Ford Boulevard, Lincoln Park, MI 48146
(313) 389-5289

Scott Gutekunst
23625 Scott #107, Flat Rock, MI 48134
(734) 749-4425

Vince Detter
12570 Burlington, Southgate, MI 48195
(734) 558-1676

Eric Lange
17584 Bailey Rd, Brownstown, MI 48174
Phone number unknown

Terri Lange
17584 Bailey Rd, Brownstown, MI 48174
Phone number unknown

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Brian McCall
1603 Goddard Road, Lincoln Park, MI 48146
(313) 363-8163

Donald Kruczynski
1900 Marjorie Dr., Howell, MI 48843
(313) 727-4926

Sergeant Erik Mott
23125 King Rd, Brownstown Township, MI 48183
(734) 675-1300

Lieutenant Thomas Cox
24150 Sibley Rd, Brownstown Township, MI 48174
(734) 955-2600

Officer Klaft
23125 King Rd, Brownstown Township, MI 48183
(734) 675-1300

Officer Maxe
23125 King Rd, Brownstown Township, MI 48183
(734) 675-1300

William Carroll
24150 Sibley Rd, Brownstown Township, MI 48174
(734) 955-2600

Nicholas Sanfilippo
24150 Sibley Rd, Brownstown Township, MI 48174
(734) 955-2600

Sergeant Jayson Gillman
24150 Sibley Rd, Brownstown Township, MI 48174
(734) 955-2600

Ethan Siedlik
24150 Sibley Rd, Brownstown Township, MI 48174
(734) 955-2600

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Brandon Craft
24150 Sibley Rd, Brownstown Township, MI 48174
(734) 955-2600

*Treating Physicians:*

Hussein Mazloum, MD
5450 Fort St., Trenton, MI 48183
(734) 671-3800

Ashraf Hamza , MD
5450 Fort St., Trenton, MI 48183
(734) 671-3800

Dustin Baker, MD
5450 Fort St., Trenton, MI 48183
(734) 671-3800

Payam Sadry, DO
11780 Telegraph Road, Suite 100, Taylor, MI 48180
(734) 374-1112

Ateeq Rehman, MD
10000 Telegraph Rd., Taylor, MI 48180
(313) 295-5000

Philip Roskos, Ph.D
10000 Telegraph Rd., Taylor, MI 48180
(313) 295-5000

Saina Gowani, DO
10000 Telegraph Rd., Taylor, MI 48180
(313) 295-5000

Sungho Hong, MD
10000 Telegraph Rd., Taylor, MI 48180
(313) 295-5000

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Fadi Yasin, MD
10000 Telegraph Rd., Taylor, MI 48180
(313) 295-5000

Qanita Ali, DPM
22190 Garrison St #300, Dearborn, MI 48124
(313) 558-8444

Ana Villarreal, PT
10000 Telegraph Rd., Taylor, MI 48180
(313) 295-5000

Ana Tweedy, PT
10000 Telegraph Rd., Taylor, MI 48180
(313) 295-5000

Noah Kueber, DPT
36622 Five Mile Road, Suite 101, Livonia, MI 48154
(855) 750-5757

Andrea Bates, OT
10000 Telegraph Rd., Taylor, MI 48180
(313) 295-5000

Catherine Wagel, OT
10000 Telegraph Rd., Taylor, MI 48180
(313) 295-5000

Allison Lenning, OT
10000 Telegraph Rd., Taylor, MI 48180
(313) 295-5000

Julie Ann Bise, RN
3990 W Walton Blvd Ste A, Waterford Twp, MI 48329-4288
(248) 922-5700

Adam Khan, MD
5452 Fort Street, Suite 200, Trenton, MI 48183
(734) 642-2292

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Himanshu Aggarwal, MD
10501 Telegraph Rd., Suite 102, Taylor, MI 48180
(313) 228-5341

Henry M. Jurasek, MD
19020 Fort St, Riverview, MI 48193
(734) 362-5100

John D. Cramer, M.D.
26400 W 12 Mile Rd #140, Southfield, MI 48034
(248) 357-4151

Stephen Mendelson, M.D.
36622 Five Mile Road, Suite 101, Livonia, MI 48154
(855) 750-5757

Jeffrey Klein, DPM
36622 Five Mile Road, Suite 101, Livonia, MI 48154
(855) 750-5757

Anthony Oddo, DO
36622 Five Mile Road, Suite 101, Livonia, MI 48154
(855) 750-5757

Brian Fiani, DO
36622 Five Mile Road, Suite 101, Livonia, MI 48154
(855) 750-5757

Hanish Singh, MD
36622 Five Mile Road, Suite 101, Livonia, MI 48154
(855) 750-5757

Cassidy Ebach, PA-C
36622 Five Mile Road, Suite 101, Livonia, MI 48154
(855) 750-5757

Daniel Vogel, DO
25755 Telegraph Road, Flat Rock, MI 48134
(734) 782-7003

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Omar Obeidat, MD
19850 Gibraltar Rd., Gibraltar, MI 48173
(734) 301-3125

Syed M. Danish, MD
13819 Trenton Rd., Southgate, MI 48195
(734) 282-7911

Michael Antoniolli, MD
4201 Saint Antoine St., 6G UHC, Detroit, MI 48201
(313) 745-3000

Opada Alzohaili, MD
5250 Auto Club Dr., Dearborn, MI 48126
(313) 203-5300

Ramlingeswara Yalmanchi, MD
13300 Northline Rd., Southgate, MI 48195
(734) 282-7353

Bradley G. Sewick, Ph.D.
26555 Evergreen Rd #830, Southfield, MI 48076
(248) 350-3650

Destiny Peterson, Ph.D.
25900 Greenfield Rd Ste 100, Oak Park, MI 48237
(248) 788-4300

Bryan Weinstein, D.O.
25900 Greenfield Rd Ste 100, Oak Park, MI 48237
(248) 788-4300

Suraiya Azom, MD
15100 S Plz Dr, Taylor, MI 48180
(734) 287-3700

Mary F. Shaya, M.D.
1541 SE 17th Street, Ocala, FL 34471
(352) 509-2278

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Delani Mwathi, ARNP
1541 SE 17th Street, Ocala, FL 34471
(352) 509-2278

Darren Buono, M.D.
P.O. Box 260938, Tampa, Florida 33685
(813) 609-2579

*Expert Witnesses:*

Richard Graham Bowman, II, M.D.
RGB Medical, Inc.
P.O. Box #32, Charleston, WV 25321
(304) 400-8641

Sara Ford, MRC
Vocational Economics Inc.
325 W. Main St., Suite 310, Louisville, KY 40202
(502) 589-0995

Nitin V. Paranjpe, Ph.D.
1221 Bowers, #2072, Birmingham, MI 48012
(248) 790-2478

Timothy P. Robbins
M-Crash Group LLC
4106 Wilder Road, #290, Bay City, MI 48706-2239
(877) 627-2748

Adam Grill, C.D.S.
Atlantic Pacific Resource Group
1236 Cordova St., Billings, MT, 59101
(406) 248-2766

Gerald Shiener, M.D.
251 East Merrill, Birmingham, MI 48009
(248) 645-5155

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Thomas M. Corsi Ph.D.
1210 R St., NW, #316, Washington, DC 20009
(301) 405-2197

**II. Name, address, and telephone number of each witness Plaintiff may call at the time of trial if the need arises, Fed. R. Civ. P. 26(a)(3)(A)(*i*):**

*Records Custodians:*[1]

Custodian of Records for FJ Carrier Logistics LLC
13911 Copper Dr, Laredo, TX 78045
(440) 693-5872

Custodian of Records for Diesel Global Logistics, Inc.
11 Founders Blvd., Suite 300, El Paso, TX 79906
(915) 245-3789

Custodian of records and/or billing representative of Corewell Hospital – Trenton
5450 Fort St, Trenton, MI 48183
(734) 671-3800

Custodian of records and/or billing representative of Corewell Hospital – Taylor
10000 Telegraph Rd, Taylor, MI 48180
(313) 295-5000

Custodian of records and/or billing representative of Beaumont Brain and Spine Center Trenton
5452 Fort St #200, Trenton, MI 48183
(734) 642-2292

Custodian of records and/or billing representative of Aggarwal Ophthalmology, PLC,
10501 Telegraph Rd., Suite 102, Taylor, MI 48180
(313) 228-5341

[1] Plaintiff intends to call the witnesses contained in this subsection only if a stipulation to the authenticity of the records contained in Section IV and Section V, *infra*, is not reached.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Custodian of records and/or billing representative of Country View Case Management
3990 W Walton Blvd, Ste A, Waterford Twp, MI 48329-4288
(248) 922-5700

Custodian of records and/or billing representative of Henry M. Jurasek, MD
19020 Fort St, Riverview, MI 48193
(734) 362-5100

Custodian of records and/or billing representative of John D. Cramer, M.D.
26400 W 12 Mile Rd #140, Southfield, MI 48034
(248) 357-4151

Custodian of records and/or billing representative of Mendelson Kornblum Orthopedic and Spine Specialists
500 Stephenson Hwy, Ste 300, Troy, MI 48083
(855) 750-5757

Custodian of records and/or billing representative of Mendelson Kornblum Physical Therapy
36622 Five Mile Rd #101, Livonia, MI 48154
(855) 750-5757

Custodian of records and/or billing representative of Precision Orthopedics
25755 Telegraph Rd, Brownstown Township, MI 48134
(734) 782-7003

Custodian of records and/or billing representative of Synergy Surgery Center
5504 E. 12 Mile Road, Warren, MI 48092
(586) 838-2035

Custodian of records and/or billing representative of Awan & Associates, P.C.
30055 Northwestern Hwy Ste L-30, Farmington Hills, MI 48334
(248) 865-4238

Custodian of records and/or billing representative of Ameristaff Nursing
1938 Woodslee Ave Ste 400, Troy, MI 48083
(248) 288-2270

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Custodian of records and/or billing representative of Team Rehabilitation
33481 W. 14 Mile Road, Suite 130, Farmington Hills, MI 48331
(248) 661-6708

Custodian of records and/or billing representative of Senior Home Solutions
42416 Mound Rd., Sterling Heights, MI 48314
(586) 327-8689

Custodian of records and/or billing representative of Downriver Urgent Care
15830 Fort St., Southgate, MI 48195
(734) 282-5444

Custodian of records and/or billing representative of Detroit Wayne Integrated Health Network
8726 Woodward Ave, Detroit, MI 48202
(313) 833-2500

Custodian of records and/or billing representative of Drs Harris Birkhill, and Associates
840 Oakwood, Dearborn, MI 48124
(313) 359-7600

Custodian of records and/or billing representative of Emergency Professionals of Michigan
18101 Oakwood Blvd, Dearborn, MI 48124
(313) 593-7000

Custodian of records and/or billing representative of Family Health PC
19020 Fort St, Riverview, MI 48193
(734) 362-5100

Custodian of records and/or billing representative of First Choice Urgent Care
23455 Michigan Ave., Suite A, Dearborn, MI 48124
(313) 438-6094

Custodian of records and/or billing representative of Healix Pathology
4800 Fournace Place, BW3, Bellaire, TX
(281) 846-6723

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Custodian of records and/or billing representative of Premier Cardiovascular Specialists
20200 Outer Dr W, Dearborn, MI 48124
(313) 624-8417

Custodian of records and/or billing representative of Southgate Medical Clinic,
13819 Trenton Rd., Southgate, MI 48195
(734) 282-7911

Custodian of records and/or billing representative of Sun Medical Equipment
1938 Woodslee Ave Ste 100, Troy, MI 48083
(248) 280-2020

Custodian of records and/or billing representative of St. Mary Mercy Livonia
36475 Five Mile Rd, Livonia, MI 48154
(734) 655-4800

Custodian of records and/or billing representative of Wayne Health
400 Mack Ave., Detroit, MI 48201
(877) 929-6342

Custodian of records and/or billing representative of Michael Antoniolli, MD
4201 Saint Antoine St., 6G UHC, Detroit, MI 48201
(313) 745-3000

Custodian of records and/or billing representative of Metro Endocrinology Center, MD
5250 Auto Club Dr Suite 200, Dearborn, MI 48126
(313) 203-5300

Custodian of records of and/or billing representative for Ramlingeswara Yalmanchi, MD
13300 Northline Rd., Southgate, MI 48195
(734) 282-7353

Custodian of records of and/or billing representative Spectrum Rehabilitation Center
26555 Evergreen Rd #830, Southfield, MI 48076

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Custodian of records and/or billing representative of LifeSkills Village
25900 Greenfield Rd Ste 100, Oak Park, MI 48237
(248) 788-4300

Custodian of records and/or billing representative of Suraiya Azom, MD
15100 S Plz Dr, Taylor, MI 48180
(734) 287-3700

Custodian of records and/or billing representative of Ethos Health Group
1541 SE 17th Street, Ocala, FL 34471
(352) 509-2278

Custodian of records and/or billing representative of Parkwood Open Imaging
13161 W 10 Mile Rd, Oak Park, MI 48237
(248) 268-2789

Custodian of records and/or billing representative of Star Teleradiology, P.O.
P.O. Box 260938, Tampa, Florida 33685
(813) 609-2579

Custodian of records and/or billing representative of Superior Ambulance
2000 Centerwood Dr Warren, MI 48091
(877) 832-8558

Custodian of records and/or billing representative of Walgreens
26261 Evergreen Rd, Southfield, MI 48076
(800) 925-4733

Custodian of Records and/or billing representative for Befitting You
311 Mack Ave, Suite 11012, Detroit MI 48201
(888) 468-0485

Custodian of Records and/or billing representative for Beaumont Homecare
1200 Stephenson Hwy, Troy, MI 48083
(248) 743-9500

Custodian of Records and/or billing representative for Michigan Neuroscience Clinic
11780 Telegraph Rd, Taylor, MI 48180
(734) 374-1112

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Custodian of Records and/or billing representative for Critical Care Medical Partners
116 S Denwood St, Dearborn, MI 48124
(313) 294-2941

Custodian of Records and/or billing representative for NorthStar Anesthesia
44201 Dequindre Rd Troy, MI 48085-1117
(214) 687-0001

Custodian of Records and/or billing representative for Corewell Beaumont Neurosurgery–Dearborn
18181 Oakwood #203, Dearborn, MI 48124
(313) 982-5290

Custodian of Records and/or billing representative for Corewell Dearborn Radiology
18100 Oakwood Blvd., Dearborn, MI 48124
(313) 438-7701

Custodian of Records and/or billing representative for Synergy MRI Livonia
38822 Five Mile Road, Livonia, MI 48154
(734) 855-4975

Custodian of Records and/or billing representative for Corewell Family Medicine
4700 Schaefer Road, Ste. 150, Dearborn, MI
(947) 523-4720

Custodian of Records and/or billing representative for Beaumont/Oakwood Pharmacy
18181 Oakwood Blvd, Dearborn, MI 48124
(313) 593-7273

Custodian of Records and/or billing representative for Americare Medical
1938 Woodslee Ave, Troy, MI 48083
(248) 619-3681

Custodian of Records and/or billing representative for Superior Anesthetists
4550 Investment Dr, Suite 100, Troy, MI 48098
(248) 265-4600

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Custodian of Records and/or billing representative for Beaumont Urgent Care by Wellstreet
6470 Orchard Lake Rd, West Bloomfield Township, MI 48322
(248) 419-8019

Custodian of Records and/or billing representative for Quest Diagnostics
20298 Middlebelt Road, Livonia, MI 48152
(313) 348-0438

Custodian of Records and/or billing representative for Regional Medical Imaging
15300 Trenton Rd, Southgate, MI 48195
(734) 281-6600

Custodian of Records and/or billing representative for CVS Pharmacy
One CVS Drive, MC-B120, Woonsocket, RI 02895
(833) 571-1784

Custodian of Records and/or billing representative for Synergy MRI: Livonia - Instant Imaging
36622 Five Mile Rd, Livonia, MI 48154
(734) 855-4975

Custodian of Records and/or billing representative for Long Lake Anesthesiology
4550 Investment Dr Suite 100, Troy, MI 48098
(248) 265-4611

Custodian of Records and/or billing representative for Corazon Imaging
26261 Evergreen Rd, Southfield, MI 48076
(888) 855-6020

Custodian of Records and/or billing representative for Trinity Health
20555 Victor Parkway, Livonia, MI 48152
(734) 343-1000

Custodian of Records and/or billing representative for Genesys Surgery Center
36622 Five Mile Rd Ste 201, Livonia, MI 48154
(734) 351-5272

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Custodian of records of Southgate Lincoln LLC and/or Stu Evans Lincoln
16800 Fort St, Southgate, MI 48195
(734) 285-8800

Custodian of records of Allstate Insurance Company
3100 Sanders Road, Northbrook, IL 60062
(800) 726-6033

Custodian of records of Citizens United Reciprocal Exchange
214 Carnegie Center, Suite 301, Princeton, NJ 08540
(800) 535-2873

Custodian of records of Michigan Automobile Insurance Placement Facility
34405 W 12 Mile Rd #200, Farmington Hills, MI 48331
(734) 619-0456

Custodian of records of Michigan Department of Treasury
430 W. Allegan Street, Lansing, MI 48933
(517) 636-4486

Custodian of records of Internal Revenue Service
5th floor, 477 Michigan Ave, Detroit, MI 48226
(844) 545-5640

Custodian of records of Michigan Department of Health and Human Services
333 S. Grand Ave, P.O. Box 30195, Lansing, Michigan 48909
(517) 241-3740

Custodian of records of the Social Security Administration
6401 Security Blvd, Woodlawn, MD 21207
(410) 965-8882

Custodian of records of Brownstown Township Police Department
23125 King Rd, Brownstown Township, MI 48183
(734) 675-1300

Custodian of records of Brownstown Fire Department
24150 Sibley Rd, Brownstown Township, MI 48174
(734) 955-2600

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Custodian of Records for Michigan State Police
Michigan State Police FOIA Unit, P.O. Box 30634, Lansing, MI 48909
(517) 332-2521

Custodian of Records for Butcher Engineering
20501 Pennsylvania Rd, Brownstown Township, MI 48193
(734) 246-7700

Custodian of Records for Optum
11000 Optum Circle, Eden Prairie, MN 55344
(866) 234-8913

Custodian of Records for Federal Motor Carrier Safety Administration
1200 New Jersey Ave., SE Washington, DC 20590
(800) 832-5660

Custodian of records of Priority Health
26901 Northwestern Hwy Ste 3A, Southfield, MI 48033
(800) 528-8762

Custodian of records of Downriver Crash Reconstruction Team
23125 King Rd, Brownstown Township, MI 48183
(734) 675-1300

*Defendants' Experts:*

Dr. Douglas Gibson
898 Genesee Ave, La Jolla, CA 92037
(858) 824-5004

Dr. Richard Jackson
4111 Andover Rd, Bloomfield Township, MI 48302
(248) 290-5400

Dr. Mark Kwartowitz
2300 Haggerty Rd Ste 1110, West Bloomfield Township, MI 48323
(248) 669-2000

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Dr. Craig Hysni
43344 Woodward Ave Bloomfield Hills, MI 48302
(248) 335-9099

Dr. Seth Tuwiner
19490 Sandridge Way Suite 260, Leesburg, VA 20176
(703) 293-5244

Dr. Todd B. Francis
44555 Woodward Ave #305, Pontiac, MI 48341
(248) 858-3812

John E. Schneider, PhD
11921 S. Dixie Hwy., Suite 205, Pinecrest, FL 33156
(862) 260-9191

Lisa M. Zelinski, CPA, CFF, CFE
One Towne Square, Suite 1870, Southfield, MI 48076
(248) 728-2514

Joshua S. Shimony, MD, PhD
4525 Scott Ave, St. Louis, MO 63110
(314 ) 362-5950

Matthew Arbour
1725 North Talbot Road, RR#1, Windsor, ON,  N9A 6J3
(519) 981-8836

Pete Sullivan
7230 Wynnpark Dr, Houston, TX 77008
(713) 315-4321

Any and all additional witnesses as may be necessary to rebut Defendants' or their witnesses' testimony.

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

## III. Designation of witnesses whose testimony Plaintiff expects to present by deposition, Fed. R. Civ. P. 26(a)(3)(A)(*ii*):

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(*ii*) and Federal Rule of Civil Procedure 32(a), Plaintiff hereby designates the following witnesses whose testimony Plaintiff expects to present by deposition at the time of trial:

1. Eric Penalver Serna, Sr.
   13911 Copper Dr, Laredo, TX 78045
   (440) 693-5872

2. Marco Morales
   13911 Copper Dr, Laredo, TX 78045
   (440) 693-5872

3. Omar Lima
   13911 Copper Dr, Laredo, TX 78045
   (440) 693-5872

4. Hazel Beccerra
   13911 Copper Dr, Laredo, TX 78045
   (440) 693-5872

5. Virginia Segura
   13911 Copper Dr, Laredo, TX 78045
   (440) 693-5872

6. Jose Sanchez
   11 Founders Blvd., Suite 300, El Paso, TX 79906
   (915) 245-3789

7. Corporate Representative of FJ Carrier Logistics LLC
   13911 Copper Dr, Laredo, TX 78045
   (440) 693-5872

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

8. Marco Polo Pastrana-Jimenez
   c/o Dickie, McCamey, & Chilcote, P.C.
   120 Kercheval Ave Suite 200, Grosse Pointe Farms, MI 48236
   (313) 308-2030

9. Corporate Representative for Diesel Global Logistics, Inc.
   11 Founders Blvd., Suite 300, El Paso, TX 79906
   (915) 245-3789

10. Elias Salinas
    13911 Copper Dr, Laredo, TX 78045
    (440) 693-5872

11. Pat Hofacre
    11 Founders Blvd., Suite 300, El Paso, TX 79906
    (915) 245-3789

Plaintiff presently intends to present the entire depositions of the witnesses identified herein. Plaintiff may further designate additional witnesses Plaintiff expects to present via deposition should witnesses be unable to testify live at trial. Plaintiff will amend these disclosures to designate such witnesses.

## IV. Identification of each document or other exhibit Plaintiff expects to offer, Fed. R. Civ. P. 26(a)(3)(A)(*iii*):

1. State of Michigan Traffic Crash Report (UD-10)

2. Brownstown Township Police Department Incident Report

3. Brownstown Township Police Department Supplemental Report

4. Downriver Crash Reconstruction Team (DCRT) Accident Investigation Report

5. Michigan State Police Commercial Vehicle Enforcement Division Report

6. Brownstown Township Fire Department Medical Records

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

7. Beaumont Hospital – Trenton (Corewell Health Trenton) Medical Records and Bills

8. Beaumont Hospital – Taylor (Corewell Health Taylor) Medical Records and Bills

9. Americare Medical / Sun Medical Equipment Medical Records and Bills

10. Ameristaff Nursing Services Medical Records and Bills

11. Precision Orthopedics Medical Records and Bills

12. Befitting You, LLC Medical Records and Bills

13. CountryView Case Management Medical Records and Bills

14. Aggarwal Ophthalmology Medical Records and Bills

15. Corewell Health Beaumont Neurosurgery – Dearborn Medical Records and Bills

16. Awan & Associates, P.C. Medical Records and Bills

17. Corewell Health Dearborn – Radiology Medical Records and Bills

18. Premier Cardiovascular Specialists Medical Records and Bills

19. Beaumont Homecare Medical Records and Bills

20. Mendelson Kornblum Orthopedics & Spine (Synergy Health Partners) Medical Records and Bills

21. Synergy MRI Livonia Medical Records and Bills

22. Healix Pathology Medical Records and Bills

23. Trinity Health Livonia Hospital Medical Records and Bills

24. Corewell Health Family Medicine Medical Records and Bills

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

25. Corazon Imaging Medical Records and Bills
26. Life Skills Village Medical Records and Bills
27. Spectrum Rehabilitation Centers Medical Records and Bills
28. Metro Detroit Endocrinology Center Medical Records and Bills
29. Ethos Health Group Medical Records and Bills
30. Walgreens Pharmacy Medical Records and Bills
31. Genesys Surgery Center Medical Records and Bills
32. Drs. Harris Birkhill & Associates, P.C. Medical Records and Bills
33. Superior Ambulance Service Medical Records and Bills
34. Beaumont Pharmacy a/k/a Oakwood Pharmacy Medical Records and Bills
35. Emergency Professionals of Michigan Medical Records and Bills
36. Critical Care Medical Partners, P.C. Medical Records and Bills
37. Fadi Yasin, M.D. Medical Records and Bills
38. NorthStar Anesthesia of Michigan III, PLLC Medical Records and Bills
39. Superior Anesthetists Associates Medical Records and Bills
40. Long Lake Anesthesiology Consultants Medical Records and Bills
41. Downriver Urgent Care Medical Records and Bills
42. Detroit Wayne Integrated Health Network Medical Records and Bills
43. First Choice Urgent Care Medical Records and Bills
44. Family Health PC Medical Records and Bills

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

45. Southgate Medical Clinic Medical Records and Bills

46. St. Mary Mercy Medical Records and Bills

47. Wayne Health Medical Records and Bills

48. Parkwood Open Imaging Medical Records and Bills

49. Star Teleradiology Medical Records and Bills

50. Michigan Neuroscience Clinic Medical Records and Bills

51. Beaumont Brain & Spine Medical Records and Bills

52. Dr. Henry Jurasek Medical Records and Bills

53. John D. Cramer, M.D. Medical Records and Bills

54. Michael Antoniolli, MD Medical Records and Bills

55. Ramlingeswara Yalmanchi, MD Medical Records and Bills

56. Suraiya Azom, MD Medical Records and Bills

57. Team Rehabilitation Medical Records and Bills

58. Trinity Health Medical Records and Bills

59. Senior Home Solutions Records and Bills

60. Beaumont Urgent Care by Wellstreet Medical Records and Bills

61. Quest Diagnostics Medical Records and Bills

62. Regional Medical Imaging Medical Records and Bills

63. CVS Pharmacy Medical Records and Bills

64. Synergy MRI: Livonia - Instant Imaging Medical Records and Bills

65. CURE Auto Insurance PIP Claim File
66. Allstate Insurance Company PIP Claim File
67. Michigan Automobile Insurance Placement Facility Records
68. Michigan Department of Health and Human Services Records
69. Social Security Administration Records
70. Priority Health Records
71. Optum (Priority Health) Records
72. Southgate Lincoln Employment Records
73. Federal and State Income Tax Returns
74. IRS (U.S. Treasury) Records
75. Michigan Department of Treasury Records
76. Crash Scene Photographs
77. Vehicle Inspection photographs
78. Photograph of Plaintiff's injuries
79. FJ Carrier Logistics Dash Camera Footage
80. Butcher Engineering Surveillance Video
81. 911 call recordings
82. Brownstown PD video, Incident No. 23-15733
83. Brownstown Township Police Department Calls for Service Log/CAD Event
84. M-CRASH Group (MCG) Inspection Photographs of 2003 Honda Motorcycle

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

85. Biodynamic Research Corporation (B.R.C.) Inspection Photographs of 2022 Volvo Tractor

86. Biodynamic Research Corporation (B.R.C.) Inspection Photographs of 2023 Freuhuaf Trailer

87. Texas Registration for the 2022 Volvo Tractor

88. Oklahoma Registration for the 2023 Freuhuaf Trailer

89. Traffic Control Order for Pennsylvania Road

90. Google Earth/Aerial Images

91. Brownstown Township Adoptions

92. Michigan Complied Laws (M.C.L.)/Motor Vehicle Code

93. Michigan Motor Carrier Safety Act

94. Federal Motor Carrier Safety Administration (F.M.C.S.A.) Regulations and Standards

95. F.M.C.S.A. Guidance and Tips and Standards

96. Commercial Driver's Safety

97. Body-worn camera – Ofc. Jefferey Klaft (07:10) (08/29/2023)

98. Body-worn camera – Ofc. Aaron Maxe (08:29) (08/29/2023)

99. Body-worn camera – Sgt. Erik Mott (08:29) (08/29/2023)

100. Body-worn camera – Sgt. Erik Mott (08:47) (08/29/2023)

101. Body-worn camera – Sgt. Erik Mott (09:30) (08/29/2023)

102. Body-worn camera – Sgt. Erik Mott (10:09) (08/29/2023)

103. Driver’s Vehicle Inspection Report (DVIR), 8/29/2023

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

104. Monarch Activity Detail Report

105. Electronic Logging Device (ELD) Report for Marco Polo Pastrana-Jimenez

106. Electronic Logging Device (ELD) Report for Omar Lima

107. Bill of lading, shipping documents and load confirmation

108. Driver Qualification File

109. Pre-Employment Screening Program (PSP) Report

110. FMCSA Drug & Alcohol Clearinghouse Report

111. Driver's medical examiner's certificate

112. Driver motor vehicle record (MVR)

113. Driver vehicle inspection reports (DOL)

114. Vehicle inspection report

115. Post-accident drug and alcohol test results

116. FJ Carrier Logistics Safety Policy Manual

117. FJ Carrier Logistics driver handbook / welcome packet

118. FJ Carrier Logistics internal sanctions schedule

119. Truck title and registration; trailer title and registration

120. Trailer interchange agreement

121. Company Settlement No. 26069

122. Freight Forwarder-Motor Carrier Agreement

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

123. FMCSA Motor Carrier Identification Report (MCS-150)

124. Any and all documents from Diesel Global Logistics, Inc., including all documents not produced as of the current date

125. FMCSA warning letter to FJ Carrier Logistics (12/11/2020)

126. FMCSA letter to FJ Carrier Logistics (03/14/2022)

127. FMCSA Company Safety Profile (inspections and crashes)

128. FMCSA FOIA response

129. FMCSA Safety Measurement System – complete SMS profile, USDOT No. 3162922

130. FMCSA SAFER Company Snapshot – FJ Carrier Logistics LLC (09/25/2023)

131. Texas Commercial Driver's License Manual

132. Michigan Commercial Driver's License Manual

133. Mexico Driving Manual

134. The Truck Driver Model Curriculum

135. North American Transportation Management Institute. "Safety, A Management Function." Motor Fleet Safety Supervision: Principles and Practices, Eighth Edition, Denver, CO, NATMI, 2019

136. J. J. Keller. "Visual Search." Entry-Level Driver Training: Obtaining A CDL, Neenah, Wisconsin, J. J. Keller & Associates

137. Adams, Alice, and PTDI. "Visual Search." Tractor-Trailer Truck Driver Training, Fourth Edition, Clifton Park, NY, Delmar Cengage Learning, 2013

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

138. Mike Byrnes and Associates. "Safe Driving." Bumper to Bumper: The Complete Guide to Tractor-Trailer Operations, Fifth Edition, Corpus Christi, Texas

139. J. J. Keller. "Space Management." Entry-Level Driver Training: Obtaining A CDL, Neenah, Wisconsin, J. J. Keller & Associates, 2019

140. J. J. Keller. "Hazard Perception." Entry-Level Driver Training: Obtaining A CDL, Neenah, Wisconsin, J. J. Keller & Associates, 2019

141. Articles about FJ Carrier Logistics LLC and FJ Soluciones

142. FJ Carrier Logistics LLC Website

143. FJ Carrier Logistics LLC Facebook Profile and Posts

144. Screenshots of FJ Carrier Logistics LLC's website and Facebook Page

145. FJ Soluciones Website

146. FJ Soluciones Facebook Profile and Posts

147. Screenshots of FJ Soluciones's website and Facebook Page

148. Tradex Website

149. Tradex Facebook Profile and Posts

150. Screenshots of Tradex's website and Facebook Page

151. Grupo Express del Norte Website

152. Grupo Express del Norte Facebook Profile and Posts

153. Screenshots of Grupo Express del Norte's website and Facebook Page

154. Photographs of Plaintiff, his friends, and his family

155. Blow-ups of any and all x-ray and/or MRI scans of Plaintiff

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

156. Blow-ups of any and all operative procedures of Plaintiff

157. Blow-ups of any and all photographs

158. Life Expectancy Tables

159. Demonstrative medical drawings used during medical testimony

160. Photograph boards of Plaintiff's injuries, friends, and family

161. Any and all demonstrative drawings or writings used during live witness testimony

162. Any and all documents identified in written discovery

163. Any and all documents identified in depositions

164. Any and all documents referenced in depositions

165. Any and all documents relied upon by expert witnesses in forming their opinions

166. Any documents produced in discovery

## V. Identification of each document or other exhibit Plaintiff may offer at the time of trial if the need arises, Fed. R. Civ. P. 26(a)(3)(A)(*iii*):

1. Uniform Law Citation issued to Marco Polo Pastrana-Jimenez

2. Def. FJ Carrier Logistics LLC's Answer to Plaintiff's Complaint (ECF No. 11)

3. Def. Marco Polo Pastrana-Jimenez's Answer to Plaintiff's Complaint (ECF No. 10)

4. Def. FJ Carrier Logistics' Answers to Plaintiff's Interrogatories (original and supplemental)

5. Def. FJ Carrier Logistics' Responses to Plaintiff's Requests for Admission (1st, 2nd and 3rd sets)

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

6. Def. FJ Carrier Logistics' Responses to Plaintiff's Requests for Production (original and supplemental)

7. Def. Marco Polo Pastrana-Jimenez's Answers to Interrogatories

8. Def. Pastrana-Jimenez's Responses to Requests for Admission (1st and 2nd sets)

9. Def. Diesel Global Logistics' Answers to Interrogatories and Responses to Requests for Production (with supplements)

10. Def. Diesel Global Logistics' Responses to Requests for Admission (with supplement)

11. Defendants' Rule 26(a)(1) initial disclosures (with supplements)

12. Defendants' Pleadings

Additionally, Plaintiff may offer any and all documents necessary to rebut Defendants' or their witnesses' testimony presented at trial.

Respectfully submitted,

MICHIGAN AUTO LAW, P.C.

BY: /s/ Leo J. St. Amour

LEO J. ST. AMOUR (P88642)
Attorney for Plaintiff

KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (P80963)
Attorneys for Plaintiff
30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575
(248) 254-8081 (fax)

kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
lstamour@michiganautolaw.com
esimon@michiganautolaw.com

Dated: November 6, 2026

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiff's Rule 26(a)(3) Disclosures were filed with the Clerk of the Court using the CM/ECF electronic filing system, which generated a Notice of Electronic Filing (NEF) containing notice and a copy of the foregoing instrument and served it upon all counsel of record.

/s/ Leo St. Amour
Leo St. Amour