UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCDONALD,

Plaintiff,

v

FJ CARRIER LOGISTICS LLC, MARCO POLO PASTRANA-JIMENEZ, and DIESEL GLOBAL LOGISTICS, INC.,

Defendants.

Case No. 2:24-cv-10049
Hon. Brandy R. McMillion
Mag. Curtis Ivy, Jr.

**DEFENDANTS RULE 26(A)(3) DISCLOSURES**

KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (P80963)
LEO J. ST. AMOUR (P88642)
MICHIGAN AUTO LAW, P.C.
Attorneys for Plaintiff
30101 Northwestern Hwy.
Farmington Hills, MI 48334
(248) 353-7575 / Fax (248) 254-8081
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
lstamour@michiganautolaw.com
esimon@michiganautolaw.com

TIMOTHY S. GROUSTRA (P48966)
DICKIE, MCCAMEY & CHILCOTE, PC
Attorneys for Defendants Marco Pastrana-Jimenez/FJ Carrier Logistics
120 Kercheval Avenue, Ste. 200
Grosse Pointe Farms, MI 48236
(313) 308-2034 / Fax (888) 811-7144
tgroustra@dmclaw.com

KEVIN J. PLAGENS (P55992)
ANNE N. ROSENBACK (P79351)
QUINTAIROS, PRIETO, WOOD & BOYER
Attorneys for Defendant Diesel Global
41430 Grand River Avenue, Suite D
Novi, MI 48375
(248) 783-6780/ Fax (248) 783-6781
Kevin.Plagens@qpwblaw.com
anne.rosenbach@qpwblaw.com

**DEFENDANTS RULE 26(A)(3) DISCLOSURES**

NOW COME Defendants FJ Carrier Logistics, LLC ("FJ Carrier") and Marco Polo Pastrana-Jiminez ("Mr. Pastrana-Jiminez"), by and through their attorneys, DICKIE, McCAMEY, & CHILCOTE, P.C., and for their Rule 26(A)(3) Disclosures, state:

**Parties:**

1. James McDonald – contact through Plaintiff's Counsel

2. FJ Carrier Logistics, LLC – contact through Defense Counsel. This includes, but is not limited to, agents, employees, and contractors (past and present):

   a. Omar Lima

   b. Elias Salinas

   c. Hazel Beccerra

   d. Marco Morales

   e. Marco Polo Pastrana-Jimenez (currently unavailable)

3. Diesel Global Logistics, Inc. – contact through Co-Defendant's Counsel.

**Lay Witnesses:**

4. Madison Jones – contact through Plaintiff's Counsel

5. Sherry Montoroy - 20418 Bourasa Ave, Brownstown, MI 48183

6. Jennifer Burroughs/McDonald – contact through Plaintiff's Counsel

7. Jennifer Pascarella – address unknown

8. Officer E. Mott (badge 160), Brownstown Township Police Department, 21313 Telegraph Rd., Brownstown, MI 48183.

9. Brownstown Township Fire Department, 24150 Sibley Rd., Brownstown Township, MI 48174. This includes, but is not limited to, agents, employees, and contractors (past and present):

   a. Lt. Thomas Cox,

   b. William Carroll,

   c. Nicholas Sanfilippo,

   d. Sgt. Jayson Gillman,

   e. Ethan Siedlik,

   f. Brandon Craft.

10. Southgate Lincoln, 16800 Fort St., Southgate, MI 48195

11. Stu Evans Lincoln, 16800 Fort St, Southgate, MI 48195

12. Beaumont Corewell Hospital Trenton, 5450 Fort St., Trenton, MI 48183. This includes, but is not limited to, agents, employees, and contractors (past and present):

   a. Dr. Dustin Baker

   b. Dr. Hussein Mazloum

c. Dr. Ashraf Hamza

13. Beaumont Corewell Hospital Taylor/Oakwood Heritage, 10000 Telegraph Rd., Taylor, MI 48180. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Dr. Ateeq Rahman,

b. Dr. Philip Roskos,

c. Dr. Saina Gowani,

d. Ana Tweedy PT,

e. Ana Villarreal PT,

f. Dr. Fadi Yasin,

g. Dr. Sungho Hong,

h. Andrea Bates, OT,

i. Catherine Wagel, OT

j. Allison Lenning OT

14. Beaumont Brain and Spine Center Trenton, 5452 Fort Street, Ste. 200, Trenton, MI 48183. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Dr. Adam Khan

15. Beaumont Hospice/Beaumont ASHN Homecare, 1975 Technology Drive, Troy, MI 48083;

16. Corewell Health Care Center, 18181 Oakwood Blvd, Dearborn, MI 48124;

17. Corewell Health Neurosurgery, 18181 Oakwood Blvd., Ste. 203, Dearborn, MI 48124. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Dr. Khan

18. Aggarwal Ophthalmology, 10501 Telegraph Rd., Ste. 102, Taylor, MI 48180 and 28900 Joy Road, Livonia, MI 48150. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Himanshu Aggarwal, M.D.

19. Ameristaff Nursing/Americare Medical Inc., 1938 Woodslee Dr., Troy, MI 48083;

20. Awan and Associates, PC, 7105 Allen Road, Allen Park, MI 48101;

21. Befitting You Medical Supply, 23800 Orchard Lake Rd, Farmington, MI 48334;

22. Country View Case Management, 3990 W. Walton Blvd., Ste. A, Waterford, MI 48239;

23. Family Health PC, 19020 Fort Street, Riverview, MI 48193. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Henry M. Jurasek, M.D.

24. John D. Cramer, MD, Franklin Medical Building, 26400 W 12 Mile Rd, Ste. 111, Southfield, MI 48034;

25. Mendelson Kornblum Orthopedic and Spine Specialists, 36622 Five Mile Rd., Ste. 101, Livonia, MI 48154. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Dr. Stephen Mendelson,

b. Dr. Jeffrey Klein,

c. Dr. Anthony Odo,

d. Dr. Brian Fiani, DO,

e. Dr. Hanish Sing,

26. Mendelson Kornblum Physical Therapy, 36622 Five Mile Road, Suite 102, Livonia, MI 48154;

27. Precision Orthopedics, 25755 Telegraph Rd., Flat Rock, M 48134. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Dr. Daniel Vogel

28. Synergy Spine & Orthopedic Surgery Center, 500 Stephenson Hwy., Ste. 300 Troy, MI 48083

29. Team Rehabilitation. 33481 14 Mile Rd., Ste. 130 Farmington Hills, MI 48331

30. Senior Home Solutions, 42416 Mound Rd., Sterling Hts., MI 48314;

31. Downriver Urgent Care, 15830 Fort St., Southgate, MI 48195. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Dr. Mohamed Al-Jarrah

32. Detroit Wayne Integrated Health Network, 8726 Woodward Ave, Detroit, MI 48202;

33. Dr Harris Birkhill and Associates, 840 Oakwood Blvd., Dearborn, MI 48124;

34. Emergency Professionals of Michigan, PO Box 740011, Atlanta, GA 30374-0011;

35. Ethos Health Group, 1541 SE 17th Street, Ocala, FL 34471. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Dr. Mary Shaya

b. Delani Mwathi, APRN

36. First Choice Urgent Care, 23455 Michigan Ave., Suite A, Dearborn, MI 48124;

37. Healix Pathology, 4800 Fournace Place, BW3, Bellaire, TX 77401;

38. Premier Cardiovascular Specialists, 20200 Outer Drive W., Dearborn, MI 48124 and 19850 Gibraltar Rd., Gibraltar, MI 48173 and 20200 Outer Drive, Dearborn, MI 48124. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Omar Obeidat, MD

39. Quest Diagnostics, LLC, 17665 Torrence Ave., Lansing, IL 60438

40. Southgate Medical Clinic, 13819 Trenton Rd., Southgate, MI 48195. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Dr. Syed Danish, MD

41. Americare/Sun Medical Equipment, PO Box 129, Troy, MI 48099;

42. St. Mary Mercy Livonia/Trinity Health, 36475 Five Mile Rd, Livonia, MI 48154;

43. Star Teleradiology, PO Box 260938, Tampa FL 33685. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Dr. Darren Buono

44. Wayne Health, 400 Mack Ave., Detroit, MI 48201.

45. Michael Antoniolli, MD, 4201 Saint Antoine St, 6G UHC, Detroit, MI;

46. Metro Endocrinology Center, 5250 Auto Club Dr., Dearborn, MI 48126. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Dr. Opada Alzohaili, MD

47. Parkwood Open Imaging, 13161 W 10 Mile Road, Oak Park, MI 48237;

48. Ramlingesware Yalmanchi, MD, 13300 Northline Rd, Southgate, MI 48195;

49. Spectrum Rehabilitation, 26555 Evergreen Rd., Ste. 830, Southfield, MI 48076. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Dr. Bradley Sewick, Ph.D.,

50. Superior Ambulance, 25400 West Eight Mile Rd, Southfield, MI 48033;

51. Lifeskills Village, 25900 Greenfield Rd., Ste. 400, Oak Park, MI 48237.

a. Destiny Peterson PhD

b. Dr. Bryan Weinstein

52. Corewell Health Family Medicine, 15100 S. Plz Dr., Taylor, MI 48180. This includes, but is not limited to, agents, employees, and contractors (past and present):

a. Suraiya Azom, MD

53. Beaumont Urgent Care by Wellstreet, 6900 Orchard Lake Rd, West Bloomfield, MI 48322;

54. Synergy Surgery Center, 5504 E. 12 Mile Rd. Warren, MI 48092;

55. Walgreens Pharmacy;

56. Beaumont Pharmacy;

57. CVS Pharmacy;

58. Corazon Imaging, 1213 Mason St., Dearborn, MI 48124

59. Superior Air Ground Ambulance Service, PO Box 1408, Elmhurst, IL 60126

60. Instant Imaging, 500 Stephenson Highway, Ste. 300, Troy, MI 48084

**Expert Witnesses (all can be contacted through Defense Counsel):**

61. Lisa Zelinski

62. John Schneider, PhD

63. Douglas Gibson, PhD

64. Richard Jackson, MD

65. Pete Sullivan

66. Seth Tuwiner, MD

67. Joshua Shimony, MD

68. Craig Hysni, MD

69. Mark Kwartowitz, MD

70. Matt Arbour, Hrycay Engineering

**Records Custodians:**

71. Priority Health, 1231 E. Beltline Ave., NE, Grand Rapids, MI 49525. Records custodian.

72. Cure Auto Insurance Company, 214 Carnegie Center Drive, Ste. 301, Princeton NJ, 08540.

73. Michigan Assigned Claims Placement Facility, P.O. Box 532318, Livonia, MI 48153

74. Allstate Insurance Company, 3100 Sanders Rd., Northbrook, IL, 60062.

75. Tina's Tax Service, 18600 Florence St., Roseville, MI 48066.

76. Social Security Administration

77. Michigan Department of Treasury

78. Internal Revenue Service

79. State of Michigan Child Support Collection

80. Michigan Department of Health and Human Services.

**Documents:**

81. Photos of accident scene and/or vehicles
82. Dash Camera Footage
83. Marco Polo Pastrana-Jimenez Written Accident Report
84. Records of State of Michigan Child Support Collection
85. Records of Michigan Department of Health and Human Services
86. Records of Brownstown Township Police Department
87. Records of Brownstown Township Fire Department,
88. Records of Southgate Lincoln
89. Records of Stu Evans Lincoln
90. Records of Beaumont Corewell Hospital Trenton
91. Records of Beaumont Corewell Hospital Taylor/Oakwood Heritage
92. Records of Beaumont Brain and Spine Center Trenton
93. Records of Beaumont Hospice/Beaumont ASHN Homecare
94. Records of Corewell Health Care Center
95. Records of Corewell Health Neurosurgery
96. Records of Aggarwal Ophthalmology
97. Records of Ameristaff Nursing/Americare Medical Inc.
98. Records of Awan and Associates, PC

99. Records of Befitting You Medical Supply

100. Records of Country View Case Management

101. Records of Family Health PC

102. Records of John D. Cramer, MD

103. Records of Mendelson Kornblum Orthopedic and Spine Specialists

104. Records of Mendelson Kornblum Physical Therapy

105. Records of Precision Orthopedics

106. Records of Synergy Spine & Orthopedic Surgery Center

107. Records of Team Rehabilitation

108. Records of Senior Home Solutions

109. Records of Downriver Urgent Care

110. Records of Detroit Wayne Integrated Health Network

111. Records of Dr Harris Birkhill and Associates

112. Records of Emergency Professionals of Michigan

113. Records of Ethos Health Group

114. Records of First Choice Urgent Care

115. Records of Healix Pathology

116. Records of Premier Cardiovascular Specialists

117. Records of Quest Diagnostics, LLC

118. Records of Southgate Medical Clinic,

119. Records of Americare/Sun Medical Equipment

120. Records of St. Mary Mercy Livonia/Trinity Health

121. Records of Star Teleradiology

122. Records of Wayne Health

123. Records of Michael Antoniolli, MD

124. Records of Metro Endocrinology Center

125. Records of Parkwood Open Imaging

126. Records of Ramlingesware Yalmanchi

127. Records of Spectrum Rehabilitation

128. Records of Superior Ambulance

129. Records of Lifeskills Village

130. Records of Corewell Health Family Medicine

131. Records of Beaumont Urgent Care by Wellstreet

132. Records of Synergy Surgery Center

133. Records of Walgreens Pharmacy;

134. Records of Beaumont Pharmacy;

135. Records of CVS Pharmacy;

136. Records of Corazon Imaging

137. Records of Allstate Insurance Company

138. Records of Cure Auto Insurance Company

139. Records of Priority Health

140. Records of Superior Air Ground Ambulance Service

141. Records of Corewell Health Care Center

142. Records of Corewell Health Neurosurgery

143. Records of Instant Imaging

Respectfully Submitted,

DICKIE, MCCAMEY & CHILCOTE, PC

By: /s/ Timothy S. Groustra

TIMOTHY S. GROUSTRA (P48966)
Attorney for Defendants Marco Pastrana-Jimenez/FJ Carrier Logistics
120 Kercheval Avenue, Ste. 200
Grosse Pointe Farms, MI 48236
(313) 308-2034 / Fax (888) 811-7144
tgroustra@dmclaw.com

Dated: November 9, 2026

**PROOF OF SERVICE**

On November 9, 2026, via court's e-filing system, a copy of the foregoing upon all counsel of record at their respective addresses. I declare under penalty of perjury that this statement is true to the best of my knowledge, information, and belief.

/s/ Beth Pellegrini
Beth Pellegrini

37130731.1