UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES MCDONALD,

Plaintiff,

vs.

FJ CARRIER LOGISTICS LLC, a foreign corporation, DIESEL GLOBAL LOGISTICS, INC., a foreign corporation, and MARCO POLO PASTRANA-JIMENEZ,

Defendants.

CASE NO. 2:24-cv-10049

HON. BRANDY R. MCMILLION
Mag. Judge Curtis Ivy, Jr.

**DEFENDNAT RULE 26(A)(3) DISCLOSURES**

---

KEVIN H. SEIFERHELD (P58016)
ALEXANDER P. KEMP (80963)
MICHIGAN AUTO LAW, P.C.
30101 Northwestern Hwy.
Farmington Hills, MI 48334
T: 248.353.7575 | F: 248.254.8081
Email: kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
assistant: esimon@michiganautolaw.com
*Attorneys for Plaintiff*

KEVIN J. PLAGENS (P55992)
MICHAEL J. WATT (P63869)
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
32605 W. Twelve Mile Road, Suite 300
Farmington Hills, MI 48334
T: 248.783.6780 | F: 248.783.6781
Email: Kevin.Plagens@qpwblaw.com
Michael.Watt@qpwblaw.com
assistant: Kimberly.Ramsay@qpwblaw.com
*Attorneys for Diesel Global Logistics, Inc.*

TIMOTHY S. GROUSTRA (P48966)
KELLY M. MANN (P60596)
DICKIE, MCCAMEY & CHILCOTE, PC
120 Kercheval Avenue, Ste. 200
Grosse Pointe Farms, MI 48236
(313) 308-2034 / Fax (888) 811-7144
Email: tgroustra@dmclaw.com
kmann@dmclaw.com
*Attorneys for Defendants Marco Pastrana-Jimenez/FJ Carrier Logistics*

---

**<u>DEFENDANT DIESEL GLOBAL LOGISTICS, INC.'S Rule 26(A)(3) DISCLOSURES</u>**

NOW COMES Defendant, Global Logistics, Inc., by and through its attorneys, QUINTAIROS, PRIETO, WOOD & BOYER, P.A., for its Rule 26(A)(3) Disclosures state the following:

**PARTIES:**

1. James McDonald – Plaintiff, contact Plaintiff's counsel
2. FJ Carrier Logistics, LLC – Defendant, contact Defense counsel. Including but not limited to the following.
    a. Omar Lima
    b. Elias Salianas
    c. Hazel Beccerra
    d. Marco Morales
    e. Marco Polo Pastrana- Jimenez
3. Diesel Global Logistics, Inc. – Contact through Defense counsel. Including but not limited to the following:
    a. Patrick Hofacre

**LAY WITNESSES**

4. Madison Jones – contact through Plaintiff's counsel.
5. Sherry Montory – 20418 Bourasa Ave, Brownstown, MI 48183
6. Jennifer Burrouht/ McDonald, contact through Plaintiff's counsel
7. Jennifer Pascarella - address unknown
8. Officer E. Mott (badge (160) Brownstown Township, Police Department, 21313 Telegraph Road, Brownstown, MI 48183
9. Brownstown Township Fire Department, 2450 Sibley Rd. Brownstown, MI 48183. Including but not limited to the following:

a. Lt. Thomas Cox,

b. William Carroll,

c. Nicholas Sanfilippo,

d. Sgt. Jayson Gillman,

e. Ethan Siedlik,

f. Brandon Craft.

10. Southgate Lincoln, 16800 Fort St Southgate, MI, 48195

a. Stu Evans Lincoln, 16800 Fort St Southgate, MI, 48195,

11. Beaumont Corwell Hospital Trenton, 5450 Fort St. Trenton, MI, 48183. This includes but is not limited to the following:

a. Dustin Baker

b. Dr. Hussein Mazloum

c. Adam Khan, MD

d. Ashraf Hamza, MD

12. Beaumont Hospital, 1000 Telegraph Road, Taylor, MI 48180 including but not limited to the following:

a. Ateeq Rehmann, MD,

b. Philip Roskos, MD,

c. Saina Gowani, DO,

d. Sungho Hong, MD,

e. Fadi Yasin, MD,

f. Ana Villarreal, PT,

g. Ana Tweedy, PT,

h. Andrea Bates, OT,

i. Catherine Wagel, OT,

j. Allison Lenning, OT

13. Beaumont Urgent Care, 6472 Orchard Lake Road, West Bloomfield, MI 48322

14. Country View Case Management, 3990 W. Walton Blvd., Ste A, Waterford, MI 48239.

15. Daniel Vogel, MD, 25755 Telegraph Road, Brownstown Township, MI 48134

16. Detroit Wayne Integrated Health Network, 8726 Woodward Blvd., Detroit, MI 48202

17. Downriver Urgent Care, 15830 Fort St., Southgate, MI 48195

18. Drs. Harris Birkhill and Associates, 840 Oakwood Blvd., Dearborn, MI 48124

19. Beaumont Hospice/Beaumont ASHN Hpomecare, 1975 Technology Drive, Troy, MI 48083.

20. Corewell Health Neurosurgery, 18181 Oakwood Blvd., Ste 203, Dearborn, MI 48124, including but not limited to the following:

    a. Dr. Khan

21. Emergency Professionals of Michigan, PO Box 74001, Atlanta, GA 30371

22. Family Health, 19020 Fort Street, Riverview, MI 48193, including but not limited to the following:

    a. Henry Jurasek, MD

23. First Choice Urgent Care, 23455 Michigan Ave., Ste A, Dearborn, MI 48124

24. Healix Pathology, 4800 Fourance Place, BW3, Bellaire, TX 77401

25. John D. Cramer, MD, Frankling Medical Building, 26400 W. 12 Mile Road, Ste 111, Southfield, MI 48034

26. Mendelson Kornblum Orthopedic and Spine Specilaists, 36622 Five Mile Road, Suite 101, Livonia, MI 48154 including but not limited to the following:
    a. Jeffrey Klien, DPM,
    b. Brian Fiani, DO,
    c. Hanish Singh, MD,
    d. Stephen Mendelson, MD,
    e. Anthony Odo, DO
27. Mendelson Kornblum Physical Therapy, 36622 Five Mile Road, Suite 102, Livonia, MI 48154
28. Michael Antoniolli, MD 4201 Saint Antoine St., 6G UHC, Detroit, MI 48201
29. Opada Alzhaili, MD 5250 Auto Club Dr., Dearborn, MI 48126
30. Precision Orthopedics, 25755 Telegraph Road, Flat Rock, MI 48134
31. Premier Cardiovascular Specialists, 20200 Outer Drive W., Dearborn, MI 48124, including but not limted to the following:
    a. Omar Obeidat, MD
32. RR. Yalamanchi, MD, 13300 Northline Road, Southgate, MI 48195
33. Senior Home Solutions, 42416 Mound Road, Sterling Heights, MI 48314
34. Southgate Medical Clinic, 13819 Trenton Road, Southgate, MI 48195, including but not limited to the following:
    a. Syed M. Danish, MD
    b. Keeper and custodian of the records
35. St. Mary Mercy Hospital, 36475 Five Mile Road, Livonia, MI 48154
36. Sun Medical Equipment, PO Box 129, Troy, MI 48099

37. Synergy Surgery Center, 5504 E. 12 Mile Road, Warren, MI 48092
38. Team Rehabilitation, 33481 W. 14 Mile Road, Suite 103, Farmington Hills, MI 48331.
39. Wayne Health, 400 Mack Ave., Detroit, MI 48201
40. Aggarwal Opthalmology, PLC, 10501 Telegraph Rd., Ste. 102, Taylor, MI 48180, including but not limited to the following:
    a. Himanshu Aggarwal, MD
41. County View Case Management, 3990 W. Walton Blvd., Ste. A, Waterford, MI 48239
42. Ethos Health Group, 1541 SE 17th St., Ocala, FL 34471, including but not limited to the following:
    a. Mary F. Shaya, MD,
    b. Delani Mwathis, ARNP
43. LifeSkills Village, 25900 Greenfield Rd., Ste. 400, Oak Park, MI 48237, including but not limited to the following:
    a. Destiny Peterson, Ph.D,
    b. Bryan Weinstein, DO
44. Metro Endocrinology Center, MD, 5250 Auto Club Dr., Dearborn, MI 48126, including but not limited to the following:
    a. Opada Alzohaili, MD
45. Parkwood Open Imaging, 13161 W. 10 Mile Rd., Oak Park, MI 48237
46. Spectrum Rehabilitation Center, 26555 Evergreen Road, Ste. 830, Southfield, MI 48076, including but not limited to the following:
    a. Bradley G. Sewick, Ph.D

47. Star Teleradiology, PO Box 260938, Tampa, FL 33685, including but not limited to the following:
    a. Darren Buono, MD
48. Superior Ambulance
49. Suraiya Azom, MD, 15100 S. Plz. Dr., Taylor, M 48180
50. Walgreens Pharmacy
51. American Medical, Inc., 445 Whitehorse Ave., Ste. 202, Hamilton, NY 08610
52. Beaumont Pharmacy
53. Befitting You Medical Supply, 28300 Orchard Lake Rd., Farmington Hills, MI 48334
54. Corazon Imaging, 1213 Mason St., Dearborn, MI 48124
55. Dr. Nida Hamid, 3155 W. Big Beaver Rd., #109, Troy, MI 48084
56. Family Health, PC, 19020 Fort St., Riverview, MI 48193
57. Henry Ford Health, 13300 Northline, Southgate, MI 48195, including but not limited to the following:
    a. Dr. Ramlingeswara Yalmanchi,
    b. Noelle White, PA
58. Instant Imaging, 36622 Five Mile Rd., Ste. 103, Livonia, MI 48154
59. Livonia Dermatology, David Pegouske, MD, 14801 Farmington Rd., Livonia, MI 48154
60. Macomb Pain Management, Brian Fiani, DO, 8152 25 Mile Rd., Ste. B, Shelby Township, MI 48316
61. Ohio State University Wexner Medical Center, 410 W. 10th Ave., Columbus, OH 43210

62. Quest Diagnostics, LLC, IL
63. Synergy Spine & Orthopedic Surgery Center, 500 Stephenson Hwy., Ste. 300, Troy, MI 48083
64. University Health Center, 4201 Saint Antoine St., 6G UHC, Detroit, MI 48201, including but not limited to the following:
    a. Dr. Michael Antoniolli
65. Wayne Neurology, 34815 W. Michigan Ave., Ste. 1, Wayne, MI 48184
66. Corwell Health Family Medicine, 15100 S. plz. Dr. Taylor, MI 48180, including but not limited to the following:
    a. Suraiya Azom, MD

**Expert Witnesses (All contacted throught FJ Carrier Defense Counsel)**

67. Lisa Zelinski
68. John Schneider, PhD
69. Douglas Gibson, PhD
70. Richard jackson, MD
71. Pete Sullivan
72. Seth Tuwiner, MD
73. Joshua Shimony, Md
74. Craig Hysni, MD
75. Mark Kwartowitz, MD
76. Matt Arbour, Hrycay Engineering

**Records Custodians:**

77. Prioritn Health, 1231 E. Beltline Ave, N.E., Grand Rapids, MI, 49525

78. Cure Auto Insurance Company, 214 Carnegie Center Drive Ste. 301 Princeton, NJ, 08540
79. Michigan Assigned Claims Placement Facility, P.O. Box 532318, Livonia, MI 48153
80. Allstate Insurance Company, 3100 Sanders Rd. Northbrook IL, 60062
81. Tina's Tax Service, 18600 Florence St., Roseville, MI, 48066
82. Social Security Administration,
83. Michigan Department of Treasury,
84. Internal Revenue Service
85. State of Michgan Child Support Collection,
86. Michgan Department of Health and Human Services.

**Documents/Exhibits**

87. Photgraphs of the accident scene
88. Photographs of of vehicles
89. Map of area
90. Dash Camera Footage
91. Marco Polo Pastrana-Jimenez Written Accident Report
92. Records of State of Michgan Child Support Collection
93. Federal Motor Carrier Safer Report
94. Bills of Lading for delivery at issue
95. Records of Michigan Department of Health and Human Services
96. Recotrds of Brownstown Township Police Department
97. Records of Brownstown Township Fire Department
98. Records of Southgate Lincoln

99. Records of Stu Evans Lincoln

100. Records of Beaumont Corwell Hospital Trenton

101. Records of Beaumont Corwell Hospital Taylor/Oakwood Heriatge

102. Records of Beamont Brain and Spine Center Trenton

103. Records of Beaumont Hospice Beaumont ASHN Homecare

104. Records of Corwell Health Care Center

105. Records of Corwell Health Neurosurgery

106. Records of Aggarwal Ophthalmology

107. Records of Ameristaff Nursing.Americare Medical Inc.

108. Records of Awan and Associates P.C.

109. Records of Befitting You Medical Supply

110. Records of Country View Case Management

111. Records of Family Health P.C.

112. Records of John Cramer, MD

113. Records of Beaumont Mendelson Kornblum Orthopedic and Spine Specialists

114. Records of Beaumont Mendelson Kornblum Physical Therapy

115. Records of Beaumont Precision Orthopedics

116. Records of Beaumont Synergy Spine & Orthopedic Surgery Center

117. Records of Beaumont Team Rehabilitation

118. Records of Beaumont Senior Home Solutions

119. Records of Beaumont Downriver Urgent Care

120. Records of Beaumont Detroit Wayne Integrated Health Network

121. Records of Beaumont Dr. Harris Birkhill and Associates

122. Records of Beaumont Emergency Professionals of Michigan

123. Records of Beaumont Ethos Health Group

124. Records of Beaumont First Choice Urgent Care

125. Records of Beaumont Helix Pathology

126. Records of Beaumont Premier Cardivascular Specialists

127. Records of Beaumont Quest Diagnostics, LLC

128. Records of Beaumont Southgate Medical Clinic,

129. Records of Beaumont Americare/Sun Medical Equipment

130. Records of Beaumont St Mary Mercy Livonia/Trinity Health

131. Records of Beaumont Star Telaradiology

132. Records of Beaumont Wayne Health

133. Records of Beaumont Michael Antoniolli, MD

134. Records of Beaumont Metro Endocrinology Center

135. Records of Beaumont Parkwood Open Imaging

136. Records of Beaumont Ramlingesware Yalmanci

137. Records of Beaumont Federal Motor Carrier Safety Administration

138. Records of Beaumont Diesel Global Logistics

139. Records of Beaumont FJ Carriere Logistics

140. Records of Beaumont Spectrum Rehabilitation

141. Records of Beaumont Superior Ambulance

142. Records of Beaumont Lifeskills Village

143. Records of Beaumont Corwell Health FamilyMedicine

144. Records of Beaumont Beaumont Urgent Care by Wellstreet

145. Records of Beaumont Synergy Surgery Center

146. Records of Beaumont Walgreens Pharmacy

147. Records of Beaumont Beaumont Pharmacy

148. Records of Beaumont CVS Pharmacy

149. Records of Beaumont Corazon Imaging

150. Records of Beaumont Allstate Insurance Company

151. Records of Beaumont Cure Auto Insurance Company

152. Records of Beaumont Priority Health

153. Records of Beaumont Superior Air Ground Ambulance Service

154. Records of Beaumont Corwell Health Care Center

155. Records of Beaumont Corwell Health Neurosurgery

156. Records of Beaumont Instant Imaging

Respectfully Submitted,

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By: /s/ Kevin J. Plagens

KEVIN J. PLAGENS (P55992)
*Attorneys for Diesel Global Logistics, Inc.*
32605 W. Twelve Mile Road, Suite 300
Farmington Hills, MI 48334
T: 248.783.6780

Dated: November 9, 2026

**CERTIFICATE OF SERVICE**

STATE OF MICHIGAN )
) SS.
COUNTY OF OAKLAND )

I, Kimberly Ramsay, am an employee of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., and I certify that I e-filed the foregoing document on November 9, 2026, using the ***ECF e-filing system*** which will send a copy of this document together with notification to all counsel of record; and that I mailed a copy of this document to any non-e-filing participants.

*/s/ Kimberly Ramsay*

Kimberly Ramsay
*for Quintairos, Prieto, Wood & Boyer, P.A.*