UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

James McDonald,

Plaintiff(s),

v.

Case No. 2:24−cv−10049−BRM−CI
Hon. Brandy R. McMillion

FJ Carrier Logistics LLC, et al.,

Defendant(s),

**NOTICE OF TELEPHONIC CONFERENCE**

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Brandy R. McMillion as follows:

- STATUS CONFERENCE: November 12, 2026 at 01:00 PM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:** Please call 313−261−7355 Phone conference ID 551 436 223#

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Leanne Hosking
Case Manager

Dated: November 10, 2026